# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### BECKLEY DIVISION

**WHITE SULPHUR SPRINGS HOLDINGS,
LLC**, a Texas limited liability company,

     *Plaintiff,*

**v.**

                                                   Civil Action No. 5:26-cv-00257
                                                   Chief Judge Volk

**JAMES C. JUSTICE, II**, individually;
**CATHY L. JUSTICE**, individually;
**JAMES C. JUSTICE, III**, individually;
**GREENBRIER HOTEL CORPORATION**,
a West Virginia corporation;
**GREENBRIER MEDICAL INSTITUTE,
LLC**, a West Virginia limited liability company;
**OAKHURST CLUB, LLC**, a West Virginia
limited liability company;
**GREENBRIER GOLF AND TENNIS
CLUB CORPORATION**, a West Virginia
corporation;
**GREENBRIER LEGACY COTTAGE
DEVELOPMENT COMPANY I, INC.** a
West Virginia corporation; and
**GREENBRIER LEGACY COTTAGE
DEVELOPMENT COMPANY II, INC.**, a
West Virginia corporation,

     *Defendants.*

### NOTICE OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that H. Rodgin Cohen of Sullivan & Cromwell LLP, 125 Broad

Street, New York, NY 10004, a member of the bar of this Court and of the State of West Virginia

(W. Va. Bar No. 767), hereby enters his appearance as counsel for all Defendants.

DATED:  April 17, 2026

*/s/ H. Rodgin Cohen*
H. Rodgin Cohen (WVSB #767)
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
cohenhr@sullcrom.com

*Counsel for Defendants*

2

**CERTIFICATE OF SERVICE**

I, H. Rodgin Cohen, hereby certify that a copy of the foregoing NOTICE OF APPEARANCE OF COUNSEL was electronically filed on April 17, 2026, via the Court's CM/ECF System, which will send notification of such filing to counsel of record.

*/s/ H. Rodgin Cohen*
H. Rodgin Cohen (WVSB #767)

3