UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY

WHITE SULPHUR SPRINGS HOLDINGS, LLC,
*a Texas Limited Liability Company,*

        Plaintiff,

v.                                                                CIVIL ACTION NO. 5:26-cv-00257

JAMES C. JUSTICE, II,
*individually,* and
CATHY L. JUSTICE,
*individually,* and
JAMES C. JUSTICE, III,
*individually,* and
GREENBRIER HOTEL CORPORATION,
*a West Virginia Corporation,* and
GREENBRIER MEDICAL INSTITUTE, LLC,
*a West Virginia Limited Liability Company,* and
OAKHURST CLUB, LLC,
*a West Virginia Limited Liability Company,* and
GREENBRIER GOLF AND TENNIS CLUB CORPORATION,
*a West Virginia Corporation,* and
GREENBRIER LEGACY COTTAGE DEVELOPMENT COMPANY I, INC.,
*a West Virginia Corporation,* and
GREENBRIER LEGACY COTTAGE DEVELOPMENT II, INC.,
*a West Virginia Corporation,*

        Defendants.

## ORDER

Pending is Defendants' Motion to Substitute Exhibit 6 to Defendants' Motion to Stay [ECF 31], filed April 21, 2026. Pursuant to *Local Rule of Civil Procedure* 5.2.1, and for the reasons stated in the motion, the Court **GRANTS** the motion. [**ECF 31**].

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER:  April 22, 2026

Frank W. Volk
Chief United States District Judge

2