**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
(BECKLEY DIVISION)**

WHITE SULPHUR SPRINGS HOLDINGS, LLC )
a Texas Limited Liability Company, )
                                )
        Plaintiff, )
                                )
v. )     Case No. 5:26-cv-00257
                                )     The Honorable Frank W. Volk
JAMES C. JUSTICE, II, Individually; )
CATHY L. JUSTICE, Individually; )
JAMES C. JUSTICE, III, Individually; )
GREENBRIER HOTEL CORPORATION, )
a West Virginia Corporation; )
GREENBRIER MEDICAL INSTITUTE, LLC, )
a West Virginia Limited Liability Company; )
OAKHURST CLUB, LLC, )
a West Virginia Limited Liability Company; )
GREENBRIER GOLF AND TENNIS )
CLUB CORPORATION, )
a West Virginia Corporation; )
GREENBRIER LEGACY COTTAGE )
DEVELOPMENT COMPANY I, Inc., )
a West Virginia Corporation; )
GREENBRIER LEGACY COTTAGE )
DEVELOPMENT II, Inc., )
a West Virginia Corporation. )
                                )
        Defendants. )

**JOINT MOTION TO AMEND CASE MANAGEMENT ORDER**

The Parties to this action, through their undersigned counsel, jointly move this Court to amend the Case Management Order. On April 23, 2026, Plaintiff advised Defendant of its intention to file an amended complaint and amended motion for the appointment of a receiver. Because of the deadlines in the current Case Management Order, Plaintiff agreed to cooperate with Defendants in requesting a modification of the current scheduling deadlines should Defendants believe one was necessary.

The Parties, having met and conferred, agree that a brief extension to the deadlines set forth in the Case Management Order is warranted to facilitate the orderly disposition of the issues raised in their respective motions.  Accordingly, the Parties jointly propose the following deadlines be implemented by the Court:

1.    Plaintiff shall file an amended complaint as well as an amended motion for the appointment of a receiver and injunctive relief by May 1, 2026.

2.    Defendants shall file an amended motion to stay, should they choose to do so, by May 8, 2026.

3.    The Parties shall file response briefs to the amended motions by May 22, 2026.

4.    The Parties shall file any replies by June 1, 2026.

5.    A prehearing conference will be scheduled for the week of June 1, 2026 in Charleston, West Virginia or as soon thereafter as the Court is able to do so.  Lead counsel for each party shall appear in person.

6.    An evidentiary hearing on the amended motion for the appointment of a receiver and amended motion to stay is scheduled for the week of June 8, 2026 or as soon thereafter as the Court is able to do so.  The evidentiary hearing shall be in Charleston, West Virginia.

Wherefore, for the reasons set forth herein, the parties request that their Joint Motion to Amend Case Management Order be granted.

Respectfully submitted,

**WHITE SULPHUR SPRINGS HOLDINGS, LLC**

By counsel,

/s/ *Seth P. Hayes*
Seth P. Hayes, Esq. (WVSB #10381)
Zachary H. Warder, Esq. (WVSB # 13566)
JACKSON KELLY PLLC
3000 Swiss Pine Way, Suite 200
P.O. Box 619
Morgantown, WV  26501
shayes@jacksonkelly.com
Zachary.warder@jacksonkelly.com

and

Ellen Cappellanti, Esq. (WVSB #627)
Albert F. Sebok, Esq. (WVSB #4722)
Elizabeth B. Elmore (WVSB #6061)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, WV  25301-3202
ecappellanti@jacksonkelly.com
asebok@jacksonkelly.com


Agreed to by:


/s/ *Steven R. Ruby*
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
David R. Pogue (WVSB #10806)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
sruby@cdkrlaw.com
rfranks@cdkrlaw.com
drpogue@cdkrlaw.com

and

SULLIVAN & CROMWELL LLP

H. Rodgin Cohen (WVSB #767)
Robert L. Jones IV
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
cohenhr@sullcrom.com
jonesrob@sullcrom.com

Amanda Flug Davidoff
Oliver W. Engebretson-Schooley
1700 New York Avenue, N.W.
Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
davidoffa@sullcrom.com
engebretsono@sullcrom.com