**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT BECKLEY**

WHITE SULPHUR SPRINGS HOLDINGS, LLC,
*a Texas Limited Liability Company,*

      Plaintiff,

v.                                      CIVIL ACTION NO. 5:26-cv-00257

JAMES C. JUSTICE, II,
*individually,* and
CATHY L. JUSTICE,
*individually,* and
JAMES C. JUSTICE, III,
*individually,* and
GREENBRIER HOTEL CORPORATION,
*a West Virginia Corporation,* and
GREENBRIER MEDICAL INSTITUTE, LLC,
*a West Virginia Limited Liability Company,* and
OAKHURST CLUB, LLC,
*a West Virginia Limited Liability Company,* and
GREENBRIER GOLF AND TENNIS CLUB CORPORATION,
*a West Virginia Corporation,* and
GREENBRIER LEGACY COTTAGE DEVELOPMENT COMPANY I, INC.,
*a West Virginia Corporation,* and
GREENBRIER LEGACY COTTAGE DEVELOPMENT II, INC.,
*a West Virginia Corporation,*

      Defendants.

## <u>ORDER</u>

Pending is the parties' Joint Motion to Amend Case Management Order [ECF 33], filed April 24, 2026. Inasmuch as the parties seek an amended Case Management Order, the parties are relieved of the deadlines in the operative Case Management Order. [*See* ECF 18]. New deadlines will be set by the Court in a forthcoming amended Case Management Order.

2

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER:  April 25, 2026

Frank W. Volk
Chief United States District Judge

2