**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY**

WHITE SULPHUR SPRINGS HOLDINGS, LLC,
*a Texas Limited Liability Company,*

      Plaintiff,

v.                                                                    CIVIL ACTION NO. 5:26-cv-00257

JAMES C. JUSTICE, II,
*individually,* and
CATHY L. JUSTICE,
*individually,* and
JAMES C. JUSTICE, III,
*individually,* and
GREENBRIER HOTEL CORPORATION,
*a West Virginia Corporation,* and
GREENBRIER MEDICAL INSTITUTE, LLC,
*a West Virginia Limited Liability Company,* and
OAKHURST CLUB, LLC,
*a West Virginia Limited Liability Company,* and
GREENBRIER GOLF AND TENNIS CLUB CORPORATION,
*a West Virginia Corporation,* and
GREENBRIER LEGACY COTTAGE DEVELOPMENT COMPANY I, INC.,
*a West Virginia Corporation,* and
GREENBRIER LEGACY COTTAGE DEVELOPMENT II, INC.,
*a West Virginia Corporation,*

      Defendants.

## AMENDED CASE MANAGEMENT ORDER

      Pending is the parties' Joint Motion to Amend Case Management Order [ECF 33], filed April 24, 2026. The parties seek brief extensions of the deadlines set forth in the operative Case Management Order to facilitate the orderly disposition of the issues raised in their respective motions. [*See* ECF 18].

For good cause shown, the Court **GRANTS AS MOULDED** the Motion [**ECF 33**] and **ORDERS** as follows:

1. Plaintiff shall file an amended complaint and an amended motion for the appointment of a receiver and injunctive relief by **May 1, 2026**;

2. Defendants, should they choose to do so, shall file an amended motion to stay by **May 8, 2026**;

3. Response briefs to the amended motions shall be filed on or before **May 22, 2026**;

4. Any replies shall be filed on or before **May 29, 2026**;

5. A prehearing conference is set for **Monday, June 1, 2026, at 11:00 a.m.**, in Charleston. Lead counsel for each party shall appear in person; and

6. An evidentiary hearing on the amended motions is set for **Monday, June 8, 2026, at 9:30 a.m.**, in Charleston. Lead counsel for each party shall appear in person.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented party.

ENTER:  April 27, 2026

Frank W. Volk
Chief United States District Judge

2