# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### (BECKLEY DIVISION)

WHITE SULPHUR SPRINGS HOLDINGS, LLC )
a Texas Limited Liability Company, )
                                )
          Plaintiff, )
                                )
v. )    Case No. 5:26-cv-00257
                                )    The Honorable Frank W. Volk
JAMES C. JUSTICE, II, Individually; )
CATHY L. JUSTICE, Individually; )
JAMES C. JUSTICE, III, Individually; )
GREENBRIER HOTEL CORPORATION, )
a West Virginia Corporation; )
GREENBRIER MEDICAL INSTITUTE, LLC, )
a West Virginia Limited Liability Company; )
OAKHURST CLUB, LLC, )
a West Virginia Limited Liability Company; )
GREENBRIER GOLF AND TENNIS )
CLUB CORPORATION, )
a West Virginia Corporation; )
GREENBRIER LEGACY COTTAGE )
DEVELOPMENT COMPANY I, Inc., )
a West Virginia Corporation; )
GREENBRIER LEGACY COTTAGE )
DEVELOPMENT II, Inc., )
a West Virginia Corporation. )
                                )
          Defendants. )

## APPENDIX OF EXHIBITS TO FIRST AMENDED VERIFIED COMPLAINT

# <u>APPENDIX TABLE OF CONTENTS</u>

Exhibit A -    Fourteenth Amended and Restated Forbearance Agreement dated February 28, 2026

Exhibit B -    Credit Line Deed of Trust dated March 29, 2010, as amended and Credit Line Deed of Trust Original Credit Line Credit Line Deed of Trust, Assignment of Leases and Rents, As-Extracted Filing and Fixture Filing, dated June 30, 2020

Exhibit C -    Credit Line Deed of Trust dated April 8, 2016, as amended

Exhibit D -    Credit Line Deed of Trust, dated April 8, 2016, as amended

Exhibit E -    Credit Line Deed of Trust dated May 24, 2016, as amended

Exhibit F -    Credit Line Deed of Trust, Assignment of Leases and Rents, As-Extracted Filing and Fixture Filing, dated June 30, 2020, as amended

Exhibit G -    Security Agreement dated March 29, 2010

Exhibit H -    Security Agreement dated May 22, 2017

Exhibit I -    Security Agreement dated December 1, 2017

Exhibit J -    Security Agreement dated January 1, 2018

Exhibit K -    Security Agreement dated June 30, 2020

Exhibit L -    Security Agreement dated August 1, 2021

Exhibit M -    Confession of Judgment for Loan #022231663972 (Corporate)

Exhibit N -    Confession of Judgment for Loan #022231663972 (Personal)

Exhibit O -    Confession of Judgment for Loan #022231215388 (Corporate)

Exhibit P -    Confession of Judgment for Loan #022231215388 (Personal)

Exhibit Q -    Confession of Judgment for Loan #042137284583 (Corporate)

Exhibit R -    Confession of Judgment for Loan #042137284583 (Personal)

Exhibit S -    Confession of Judgment for Loan #022231443470 (Corporate)

Exhibit T -  Confession of Judgment for Loan #022231443470 (Personal)

Exhibit U -  Confession of Judgment for Loan #21841

Exhibit V -  Judgments Sale Agreement dated March 25, 2026

Exhibit W -  Notice of Default and Termination of Forbearance dated February 28, 2026

Exhibit X -  April 21, 2026 Letter

Exhibit Y -  April 23, 2026 Response

Exhibit Z -  Amalgamated National Health Fund's Notice of Delinquency

Exhibit AA -  Tax Lien #1795873

Exhibit BB -  Tax Lien #1802982

Exhibit CC -  Tax Lien #1813989

Exhibit DD -  Tax Lien #1813990

Exhibit EE -  Tax Lien #1799863

Exhibit FF -  Tax Lien #1813991

Exhibit GG -  Tax Lien #1831210

Exhibit HH -  Tax Lien #1813993

Exhibit II -  Tax Lien #1813409