**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
(BECKLEY DIVISION)**

| | | |
|---|---|---|
| WHITE SULPHUR SPRINGS HOLDINGS, LLC<br>a Texas Limited Liability Company, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:26-cv-00257 |
| | ) | The Honorable Frank W. Volk |
| JAMES C. JUSTICE, II, Individually; | ) | |
| CATHY L. JUSTICE, Individually; | ) | |
| JAMES C. JUSTICE, III, Individually; | ) | |
| GREENBRIER HOTEL CORPORATION, | ) | |
| a West Virginia Corporation; | ) | |
| GREENBRIER MEDICAL INSTITUTE, LLC, | ) | |
| a West Virginia Limited Liability Company; | ) | |
| OAKHURST CLUB, LLC, | ) | |
| a West Virginia Limited Liability Company; | ) | |
| GREENBRIER GOLF AND TENNIS | ) | |
| CLUB CORPORATION, | ) | |
| a West Virginia Corporation; | ) | |
| GREENBRIER LEGACY COTTAGE | ) | |
| DEVELOPMENT COMPANY I, Inc., | ) | |
| a West Virginia Corporation; | ) | |
| GREENBRIER LEGACY COTTAGE | ) | |
| DEVELOPMENT II, Inc., | ) | |
| a West Virginia Corporation. | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S AMENDED EMERGENCY MOTION
<u>FOR APPOINTMENT OF A RECEIVER</u>**

Pursuant to Rule 66 of the Federal Rules of Civil Procedure and West Virginia Code § 53-6-1, Plaintiff White Sulphur Springs Holdings, LLC ("WSSH") respectfully files this amended emergency motion to appoint a receiver over Defendants Greenbrier Hotel Corporation, Greenbrier Medical Institute, LLC, Oakhurst Club, LLC, Greenbrier Golf and Tennis Club Corporation, Greenbrier Legacy Cottage Development Company I, Inc., and Greenbrier Legacy Cottage Development Company II, Inc. (collectively, the "Greenbrier Resort Defendants").

As further explained in the accompanying Amended Memorandum of Law, WSSH has brought this action seeking specific performance and declaratory relief in connection with Defendants' debt obligations to WSSH. WSSH is seeking the appointment of a receiver to preserve and protect its collateral—specifically the assets of the Greenbriar Resort Defendants, which are part of the Greenbrier Resort.

WSSH has asked the Court to appoint a receiver on an emergency basis to protect the value of its collateral from further decline. WSSH has become aware of public reports that Defendants James C. Justice, II, Cathy L. Justice, and James C. Justice, III (the "Justice Defendants") have misappropriated revenue from the Greenbrier Resort and diverted it to their other, unrelated businesses. Furthermore, the Greenbrier Resort's property has become rundown, prompting local community members to complain about Defendants' failure to pay their local contractors, employees, and vendors, unkempt grounds, and peeling paint. In addition, Defendants have jeopardized the Greenbrier Resort's operations and licenses by failing to pay outstanding state sales and property taxes.

The immediate appointment of a receiver would ensure that revenue generated by the Greenbrier Resort is not misappropriated by the Justice Defendants and that the Greenbrier Resort continues to run smoothly for the benefit of its numerous employees, guests, and the larger surrounding community. West Virginia federal courts analyze the appointment of a receiver under federal common law, applying an eight-factor test to determine whether a receiver would "safeguard the disputed assets, administer the property as suitable, and to assist the district court in achieving a final, equitable distribution of the assets if necessary." *See First United Bank & Tr. v. Square at Falling Run, LLC*, No. 1:11CV31, 2011 WL 1563108, at *8 (N.D. W. Va. Mar. 31, 2011) (Kaull, J.); *report and recommendation adopted in part*, No. 1:11CV31, 2011 WL 1563027,

at *5 (N.D. W. Va. Apr. 25, 2011) (Keeley, I.) (adopting recommendation for emergency appointment of receiver). As explained in the Amended Memorandum of Law, each of the eight factors weigh in favor of the appointment of a receiver to protect the value of the collateral securing Defendants' debts to WSSH. *See U.S. Bank Nat. Ass'n v. Sayona Hosp., LLC*, No. 3:14-CV-62-GMG, 2014 WL 2918549, at *5 (N.D. W. Va. June 25, 2014) (Trumble, R.) (finding emergency appointment of receiver "is necessary to collect rents and operate the hotel"), *report and recommendation adopted*, No. 3:14-CV-62, 2014 WL 2918547, at *1 (N.D. W. Va. June 26, 2014) (Groh, G.).

In support of this emergency motion and in compliance with Local Rule of Procedure 7.1(a)(1), WSSH attaches true and correct copies of the exhibits filed in conjunction with its First Amended Complaint.

**WHEREFORE**, WSSH respectfully requests that this Court grant its amended emergency motion for the appointment of a receiver and that a receiver be appointed over the Greenbrier Resort Defendants as detailed in the proposed order attached to this emergency motion.

Respectfully submitted,

**WHITE SULPHUR SPRINGS
HOLDINGS, LLC**

By counsel,

/s/ *Seth P. Hayes*
Seth P. Hayes, Esq. (WVSB #10381)
Zachary H. Warder, Esq. (WVSB # 13566)
JACKSON KELLY PLLC
3000 Swiss Pine Way, Suite 200
P.O. Box 619
Morgantown, WV  26501
shayes@jacksonkelly.com
Zachary.warder@jacksonkelly.com

And

Ellen Cappellanti, Esq. (WVSB #627)
Albert F. Sebok, Esq. (WVSB #4722)
Elizabeth B. Elmore (WVSB #6061)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, WV  25301-3202
ecappellanti@jacksonkelly.com
asebok@jacksonkelly.com

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## (BECKLEY DIVISION)

WHITE SULPHUR SPRINGS HOLDINGS, LLC )
a Texas Limited Liability Company, )
         )
        Plaintiff, )
         )
v. )    Case No. 5:26-cv-00257
         )    The Honorable Frank W. Volk
JAMES C. JUSTICE, II, Individually; )
CATHY L. JUSTICE, Individually; )
JAMES C. JUSTICE, III, Individually; )
GREENBRIER HOTEL CORPORATION, )
a West Virginia Corporation; )
GREENBRIER MEDICAL INSTITUTE, LLC, )
a West Virginia Limited Liability Company; )
OAKHURST CLUB, LLC, )
a West Virginia Limited Liability Company; )
GREENBRIER GOLF AND TENNIS )
CLUB CORPORATION, )
a West Virginia Corporation; )
GREENBRIER LEGACY COTTAGE )
DEVELOPMENT COMPANY I, Inc., )
a West Virginia Corporation; )
GREENBRIER LEGACY COTTAGE )
DEVELOPMENT II, Inc., )
a West Virginia Corporation. )
         )
        Defendants. )

## CERTIFICATE OF SERVICE

I, Seth P. Hayes, certify that on the 1st day of May, 2026, the foregoing "***PLAINTIFF'S***

***AMENDED EMERGENCY MOTION FOR APPOINTMENT OF A RECEIVER***" was filed

using the Court's CM/ECF system.  Counsel of record will be served by the Court's CM/ECF

system as follows:

4910-9830-7166.v1

Steven R. Ruby, Esquire
Raymond S. Franks II, Esquire
David R. Pogue, Esquire
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
sruby@cdkrlaw.com
rfranks@cdkrlaw.com
drpogue@cdkrlaw.com

H. Rodgin Cohen, Esquire
Robert L. Jones IV, Esquire
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
cohenhr@sullcrom.com
jonesrob@sullcrom.com

Amanda Flug Davidoff, Esquire
Oliver W. Engebretson-Schooley, Esquire
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
davidoffa@sullcrom.com
engebretsono@sullcrom.com

/s/ *Seth P. Hayes*
Seth P. Hayes, Esq. (WVSB # 10381)

4910-9830-7166.v1