# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### (BECKLEY DIVISION)

| | | |
|---|---|---|
| WHITE SULPHUR SPRINGS HOLDINGS, LLC a Texas Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 5:26-cv-00257 The Honorable Frank W. Volk |
| JAMES C. JUSTICE, II, Individually; CATHY L. JUSTICE, Individually; JAMES C. JUSTICE, III, Individually; GREENBRIER HOTEL CORPORATION, a West Virginia Corporation; GREENBRIER MEDICAL INSTITUTE, LLC, a West Virginia Limited Liability Company; OAKHURST CLUB, LLC, a West Virginia Limited Liability Company; GREENBRIER GOLF AND TENNIS CLUB CORPORATION, a West Virginia Corporation; GREENBRIER LEGACY COTTAGE DEVELOPMENT COMPANY I, Inc., a West Virginia Corporation; GREENBRIER LEGACY COTTAGE DEVELOPMENT II, Inc., a West Virginia Corporation. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFF'S EMERGENCY MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff White Sulphur Springs Holdings, LLC ("WSSH") respectfully files this emergency motion to enjoin Defendants James C. Justice, II, Cathy L. Justice, and James C. Justice, III (the "Justice Defendants"), and Greenbrier Hotel Corporation, Greenbrier Medical Institute, LLC, Oakhurst Club, LLC, Greenbrier Golf and Tennis Club Corporation, Greenbrier Legacy Cottage Development Company I, Inc., and Greenbrier Legacy Cottage Development Company II, Inc. (the "Greenbrier Resort Defendants").

As further explained in the accompanying Memorandum of Law, WSSH has brought this action in connection with Defendants' debt obligations to WSSH, seeking injunctive relief, among other remedies. WSSH's goal is to preserve and protect its collateral—specifically the assets of the Greenbriar Resort Defendants, which are part of the Greenbrier Resort. To that end, WSSH is seeking an injunction to prevent Defendants from diverting revenue away from the Greenbrier Resort and to require their compliance with the terms of the Fourteenth Amended and Restated Forbearance Agreement, dated February 28, 2026 ("14th FBA," attached as Ex. A to the First Amended Complaint).

WSSH's entitlement to preliminary injunctive relief is based on public reports that the Justice Defendants have misappropriated revenue from the Greenbrier Resort and diverted it to their other, unrelated businesses, as well as Defendants' own statements refusing to comply with reporting requirements under the 14th FBA. WSSH has also learned that the Greenbrier Resort's property has become rundown, prompting local community members to complain about Defendants' failure to pay their local contractors, employees, and vendors, unkempt grounds, and peeling paint. Further, Defendants have endangered the Greenbrier Resort's operations and licenses by failing to pay outstanding state sales and property taxes.

Preliminary injunctive relief would primarily ensure that revenue generated by the Greenbrier Resort is not further misappropriated by the Justice Defendants. West Virginia federal courts analyze the propriety of preliminary injunctive relief by applying a four-factor test to determine whether there is a likelihood of success on the merits and whether the balance of the harms weighs in favor of granting injunctive relief. *Scott v. Bierman*, 429 F. App'x 225, 228–29 (4th Cir. 2011). As explained in the Memorandum of Law, each of the factors weighs in favor of granting the relief requested herein to protect the value of the collateral securing Defendants' debts

to WSSH. *See Sogefi USA, Inc. v. Interplex Sunbelt, Inc.*, 538 F. Supp. 3d 620, 631 (S.D. W. Va. 2021) (Chambers, J.) (granting preliminary injunction and enjoining defendant from violating its contractual obligations).

In support of this emergency motion and in compliance with Local Civil Rule 7.1(a)(1), WSSH attaches true and correct copies of the exhibits filed in conjunction with the First Amended Complaint.

**WHEREFORE**, WSSH respectfully requests that this Court grant its emergency motion for preliminary injunction and that Defendants be enjoined as detailed in the proposed order attached to this motion.

Respectfully submitted,

**WHITE SULPHUR SPRINGS HOLDINGS, LLC**

By counsel,

/s/ *Seth P. Hayes*
Seth P. Hayes, Esq. (WVSB #10381)
Zachary H. Warder, Esq. (WVSB # 13566)
JACKSON KELLY PLLC
3000 Swiss Pine Way, Suite 200
P.O. Box 619
Morgantown, WV  26501
shayes@jacksonkelly.com
zachary.warder@jacksonkelly.com

And

Ellen Cappellanti, Esq. (WVSB #627)
Albert F. Sebok, Esq. (WVSB #4722)
Elizabeth B. Elmore (WVSB #6061)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, WV  25301-3202
ecappellanti@jacksonkelly.com
asebok@jacksonkelly.com

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### (BECKLEY DIVISION)

WHITE SULPHUR SPRINGS HOLDINGS, LLC )
a Texas Limited Liability Company, )
                                   )
                 Plaintiff, )
                                   )
v. )      Case No. 5:26-cv-00257
                                   )      The Honorable Frank W. Volk
JAMES C. JUSTICE, II, Individually; )
CATHY L. JUSTICE, Individually; )
JAMES C. JUSTICE, III, Individually; )
GREENBRIER HOTEL CORPORATION, )
a West Virginia Corporation; )
GREENBRIER MEDICAL INSTITUTE, LLC, )
a West Virginia Limited Liability Company; )
OAKHURST CLUB, LLC, )
a West Virginia Limited Liability Company; )
GREENBRIER GOLF AND TENNIS )
CLUB CORPORATION, )
a West Virginia Corporation; )
GREENBRIER LEGACY COTTAGE )
DEVELOPMENT COMPANY I, Inc., )
a West Virginia Corporation; )
GREENBRIER LEGACY COTTAGE )
DEVELOPMENT II, Inc., )
a West Virginia Corporation. )
                                   )
                 Defendants. )

## <u>CERTIFICATE OF SERVICE</u>

I, Seth P. Hayes, certify that on the 1st day of May, 2026, the foregoing "***PLAINTIFF'S***

***EMERGENCY MOTION FOR PRELIMINARY INJUNCTION***" was filed using the Court's

CM/ECF system.  Counsel of record will be served by the Court's CM/ECF system as follows:

4910-9830-7166.v1

Steven R. Ruby, Esquire
Raymond S. Franks II, Esquire
David R. Pogue, Esquire
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV 25323
sruby@cdkrlaw.com
rfranks@cdkrlaw.com
drpogue@cdkrlaw.com

H. Rodgin Cohen, Esquire
Robert L. Jones IV, Esquire
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
cohenhr@sullcrom.com
jonesrob@sullcrom.com

Amanda Flug Davidoff, Esquire
Oliver W. Engebretson-Schooley, Esquire
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W.
Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
davidoffa@sullcrom.com
engebretsono@sullcrom.com

/s/ *Seth P. Hayes*
Seth P. Hayes, Esq. (WVSB # 10381)

4910-9830-7166.v1