**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**BECKLEY DIVISION**

WHITE SULPHUR SPRINGS HOLDINGS, LLC,

    Plaintiff,

v.

JAMES C. JUSTICE, II, *et al.*,

    Defendants.

Civil Case No. 5:26-cv-00257

Hon. Frank W. Volk

## DEFENDANTS' AMENDED MOTION TO STAY

Defendants James C. Justice, II; Cathy L. Justice; James C. Justice, III; Greenbrier Hotel Corporation; Greenbrier Medical Institute, LLC; Oakhurst Club, LLC; Greenbrier Golf and Tennis Club Corporation; Greenbrier Legacy Cottage Development Company I, Inc.; and Greenbrier Legacy Cottage Development II, Inc. hereby respectfully move this Court to stay this action pending the resolution of proceedings in a related case in the Circuit Court for Greenbrier County, West Virginia. *See Greenbrier Hotel Corp.* v. *TRT Holdings, Inc.*, Case No. CC-13-2026-C-51 (Cir. Ct. Greenbrier Cnty.).

Pursuant to Local Civil Rule 7.1(a)(1), Defendants submit the following declarations and exhibits in support of Defendants' Amended Motion to Stay:

- Exhibit 1 – Amended Complaint, filed in *Greenbrier Hotel Corporation* v. *TRT Holdings, Inc.*, Case No. CC-13-2026-C-51 (Cir. Ct. Greenbrier Cnty.).

- Exhibit 2 – Declaration of James C. Justice II in Support of Defendants' Amended Motion to Stay.

- Exhibit 3 – Declaration of James C. Justice III in Support of Defendants' Amended Motion to Stay.

- Exhibit 4 – March 6, 2024 Non-Disclosure Agreement.

- Exhibit 5 – April 23, 2026 *Dallas Morning News* article by Nick Wooten titled "Dallas hotel billionaire, U.S. senator locked in legal feud over historic Greenbrier resort."

- Exhibit 6 – Fifth Amended and Restated Secured Term Promissory Note, dated October 15, 2024 and effective as of October 15, 2024, made by James C. Justice II in favor of CF Green Investors LP.

- Exhibit 7 – Form 8-K filed by Carter Bankshares, Inc. with the Securities and Exchange Commission on March 26, 2026.

- Exhibit 8 – April 8, 2026 email from Paul Jorge of TRT Holdings to Steve Ruby, James C. Justice II, and Drew McKnight, copying Mike Smith and Stephen Ball, subject line: "Meeting Follow-up."

- Exhibit 9 – April 9, 2026 letter from White Sulphur Springs Holdings, LLC to, among others, Defendants and Robert D. Wolford, Esq., with the subject line "Notice of Default and Termination of Forbearance — Fourteenth Amended and Restated Forbearance Agreement dated as of February 28, 2026."

- Exhibit 10 – April 23, 2026 email from Seth Hayes of Jackson Kelly PLLC to Steve Ruby, copying H. Rodgin Cohen, Amanda Flug Davidoff, Oliver W. Engebretson-Schooley, Robert L. Jones, Clay Hoblit, and Al F. Sebok, subject line: "Meeting Follow-up."

- Exhibit 11 – April 27, 2023 appraisal report prepared by Newmark Valuation & Advisory, LLC for CLMG Corporation regarding The Greenbrier Resort, located at 101 Main Street West, White Sulphur Springs, Greenbrier County, West Virginia.

- Exhibit 12 – April 21, 2023 appraisal report prepared by Newmark Valuation & Advisory, LLC for CLMG Corporation regarding The Greenbrier Cottages / Estate Homes / Land, located at 101 Main Street West, White Sulphur Springs, Greenbrier County, West Virginia.

- Exhibit 13 – April 28, 2023 appraisal report prepared by CBRE Valuation & Advisory Services for CLMG Corporation regarding The Greenbrier Oakhurst Planned Resort Development & Residual Non-Contiguous Raw Land, located at 1 Montague Drive, White Sulphur Springs, Greenbrier County, West Virginia.

- Exhibit 14 – April 27, 2023 appraisal report prepared by CBRE Valuation & Advisory Services for CLMG Corporation regarding The Greenbrier Timber and Farm Acreage, located on Karnes Bottom Road, Gap Mills, in Fayette and Monroe Counties, West Virginia.

- Exhibit 15 – January 2025 Technical Report Summary titled "Coal Reserves, Bishop Property Permitted Area, McDowell County, West Virginia and Tazewell County, Virginia," prepared by John T. Boyd Company for Justice Low Seam Mining, Inc., Pages 1-1 through 6-13.

- Exhibit 16 – January 2025 Technical Report Summary titled "Coal Reserves, Bishop Property Permitted Area, McDowell County, West Virginia and Tazewell County, Virginia," prepared by John T. Boyd Company for Justice Low Seam Mining, Inc., Pages 6-14 through 13-1 and Appx. A.

-3-

For the reasons set forth in the accompanying Memorandum of Law and proposed order, as well as the foregoing declarations and exhibits, Defendants respectfully request that the Court stay this action pending resolution of the above-mentioned case in the Circuit Court for Greenbrier County, West Virginia.

Dated:  May 8, 2026

Respectfully submitted,

/s/ *Steven R. Ruby*

Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
David R. Pogue (WVSB #10806)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV  25323
Telephone:  (304) 345-1234
Facsimile:  (304) 342-1105
sruby@cdkrlaw.com
rfranks@cdkrlaw.com
drpogue@cdkrlaw.com

/s/ *H. Rodgin Cohen*

H. Rodgin Cohen (WVSB #767)
Robert L. Jones IV (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
Telephone:  (212) 558-4000
cohenhr@sullcrom.com
jonesrob@sullcrom.com

Amanda Flug Davidoff (*pro hac vice*)
Oliver W. Engebretson-Schooley (*pro hac vice*)
1700 New York Avenue, N.W.
Suite 700
Washington, DC  20006
Telephone:  (202) 956-7500
davidoffa@sullcrom.com
engebretsono@sullcrom.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2026, the foregoing document was served upon the following counsel by means of the Court's CM/ECF filing system.

Ellen S. Cappellanti, Esq.
Albert F. Sebok, Esq.
Elizabeth B. Elmore, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, WV 25301-3202
ecappellanti@jacksonkelly.com
asebok@jacksonkelly.com
ebelmore@jacksonkelly.com

Seth Patrick Hayes, Esq.
Zachary Hanley Warder, Esq.
JACKSON KELLY PLLC
3000 Swiss Pine Way, Suite 200
P.O. Box 619
Morgantown, WV 26501
shayes@jacksonkelly.com
zachary.warder@jacksonkelly.com

R. Clay Hoblit, Esq.
HOBLIT DARLING RALLS HERNANDEZ
& HUDLOW
802 North Carancahua Street
Suite 2100
Corpus Christi, TX 78401
choblit@hdr-law.com

/s/ *H. Rodgin Cohen*
H. Rodgin Cohen (WVSB #767)