**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**(BECKLEY DIVISION)**

**WHITE SULPHUR SPRINGS HOLDINGS, LLC**

      **Plaintiff,**

**v.**                                  **Case No. 5:26-cv-00257**
                                         **The Honorable Frank W. Volk**

**JAMES C. JUSTICE, II, et al.**

      **Defendants.**

## WEST VIRGINIA STATE TAX DIVISION'S MOTION TO INTERVENE

COMES NOW, the Tax Division of the West Virginia Department of Revenue (herein, for simplicity, the "**Tax Division**"), by counsel, John F. Willems, Assistant Attorney General, who moves for an order allowing it to intervene in this case to protect its interest. The Defendants owe millions in unpaid Consumers Sales and Services Taxes to the Tax Division. The Tax Division has filed tax liens, attached as Exhibit A, which give it an interest in Defendants' property. The Tax Division seeks to Intervene to protect that interest, as explained in the attached memorandum in support.

WHEREFORE, the Tax Division move that it be permitted to intervene in this case.

1

**Respectfully submitted,**


**WEST VIRGINIA STATE TAX DIVISION**

**By counsel,**

**JOHN B MCCUSKEY**
**ATTORNEY GENERAL**

*/s/John F. Willems*

John F. Willems (WV Bar No. 13711)
*Assistant Attorneys General*
State Capitol Complex
Building 1, Room W-435
Charleston, West Virginia 25305
Telephone: (304) 558-2522
Fax: (304) 558-2525
Email: jwillems@wvago.gov

2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**(BECKLEY DIVISION)**

**WHITE SULPHUR SPRINGS HOLDINGS, LLC**

      **Plaintiff,**

**v.**                                  **Case No. 5:26-cv-00257**
                                            **The Honorable Frank W. Volk**

**JAMES C. JUSTICE, II, et al.**

      **Defendants.**

---

### CERTIFICATE OF SERVICE

---

      I, John F. Willems hereby certify that the foregoing "*West Virginia State Tax Division's Motion to Intervene*" has been served on all parties to this Civil Action of the foregoing through the CM/ECF system.

*/s/ John F. Willems*
John F. Willems (WVSB# 17311)
Assistant Attorney General

3