# Exhibit A



**25269070039 0053**

Compliance
P.O. Box 229
Charleston, WV 25321-0229



**WEST VIRGINIA**
**TAX DIVISION**

Matthew R. Irby, Tax Commissioner

| | |
|---|---|
| Letter ID: | L0102201760 |
| Issued: | 09/05/2025 |
| Account #: | 2206-1924 |
| Lien #: | 1795873 |

**GREENBRIER COUNTY CLERK**
**912 COURT STREET N**
**LEWISBURG WV 24901**

**GREENBRIER HOTEL CORPORATION**
300 W MAIN ST
WHITE SULPHUR SPRINGS, WV 249862414

## NOTICE OF TAX LIEN

The above named taxpayer is indebted to the State of West Virginia for accrued Sales & Use, interest, additions to tax and penalties as set forth below. The taxes, interest, additions to tax, and penalties constitute a lien upon all real and personal property of the taxpayer under *W. Va. Code §11-10-12* and are immediately due and payable to the West Virginia Tax Division. The tax, interest, additions to tax and penalties became final under *W. Va. Code §11-10-6 or W. Va. Code §11-10-8* on June 22, 2025. This lien expires on June 22, 2035 under the provisions of *W. Va. Code §11-10-16*.

| Period | Tax | Interest | Penalty | Balance |
|---|---|---|---|---|
| 5/31/2025 | $514,664.68 | $12,758.53 | $7,719.96 | $535,143.17 |
| | | | **Lien Total:** | **$535,143.17** |

This instrument was prepared on September 5, 2025 by the undersigned pursuant to the lawful delegation of authority by the Tax Commissioner under *W. Va. Code §38-10C-2*.

*Rita Dunlap*

Rita Dunlap, Tax Unit Supervisor
Compliance Division

The above signature is authenticated as required by *W. Va. Code §§38-10C-2 and 6-14-2*.

Greenbrier County
Robin McCullough, Clerk
Instrument 326153
09/18/2025 @ 09:03:40 AM
JUDGMENT NO FEE
Book 70 @ Page 230
Pages Recorded 1

btL012 v.52

261250700290039



Compliance
P.O. Box 229
Charleston, WV 25321-0229



### WEST VIRGINIA TAX DIVISION



Matthew R. Irby, Tax Commissioner

| | |
|---|---|
| Letter ID: | L1039653792 |
| Issued: | 04/13/2026 |
| Account #: | 2206-1924 |
| Lien #: | 1813993 |

**GREENBRIER COUNTY CLERK**
912 COURT STREET N
LEWISBURG WV 24901

GREENBRIER HOTEL CORPORATION
300 W MAIN ST
WHITE SULPHUR SPRINGS, WV 249862414

## NOTICE OF TAX LIEN

The above named taxpayer is indebted to the State of West Virginia for accrued Sales & Use, interest, additions to tax and penalties as set forth below. The taxes, interest, additions to tax, and penalties constitute a lien upon all real and personal property of the taxpayer under *W. Va. Code §11-10-12* and are immediately due and payable to the West Virginia Tax Division. The tax, interest, additions to tax and penalties became final under *W. Va. Code §11-10-6 or W. Va. Code §11-10-8* on January 7, 2026. This lien expires on January 7, 2036 under the provisions of *W. Va. Code §11-10-16*.

| Period | Tax | Interest | Penalty | Balance |
|---|---|---|---|---|
| 10/31/2025 | $531,936.72 | $23,224.35 | $13,298.40 | $568,459.47 |
| | | | Lien Total: | $568,459.47 |

This instrument was prepared on April 13, 2026 by the undersigned pursuant to the lawful delegation of authority by the Tax Commissioner under *W. Va. Code §38-10C-2*.

*Rita Dunlap*

Rita Dunlap, Tax Unit Supervisor
Compliance Division

The above signature is authenticated as required by *W. Va. Code §§38-10C-2 and 6-14-2*.

Greenbrier County
Robin McCullough, Clerk
Instrument 330980
04/20/2026 @ 10:36:13 AM
JUDGMENT NO FEE
Book 71 @ Page 305
Pages Recorded 1

btL012 v.52

**260570700080081**



Compliance
P.O. Box 229
Charleston, WV 25321-0229


**WEST VIRGINIA TAX DIVISION**

Matthew R. Irby, Tax Commissioner

| | |
|---|---|
| Letter ID: | L1248162720 |
| Issued: | 02/05/2026 |
| Account #: | 2206-1924 |
| Lien #: | 1831210 |

**GREENBRIER COUNTY CLERK**
**912 COURT STREET N**
**LEWISBURG WV 24901**

GREENBRIER HOTEL CORPORATION
300 W MAIN ST
WHITE SULPHUR SPRINGS, WV 249862414

## NOTICE OF TAX LIEN

The above named taxpayer is indebted to the State of West Virginia for accrued Sales & Use, interest, additions to tax and penalties as set forth below. The taxes, interest, additions to tax, and penalties constitute a lien upon all real and personal property of the taxpayer under *W. Va. Code §11-10-12* and are immediately due and payable to the West Virginia Tax Division. The tax, interest, additions to tax and penalties became final under *W. Va. Code §11-10-6 or W. Va. Code §11-10-8* on November 22, 2025. This lien expires on November 22, 2035 under the provisions of *W. Va. Code §11-10-16*.

| Period | Tax | Interest | Penalty | Balance |
|---|---|---|---|---|
| 10/31/2025 | $2,167.13 | $54.34 | $32.52 | $2,253.99 |
| | | | Lien Total: | $2,253.99 |

This instrument was prepared on February 5, 2026 by the undersigned pursuant to the lawful delegation of authority by the Tax Commissioner under *W. Va. Code §38-10C-2.*

*Rita Dunlap*

Rita Dunlap, Tax Unit Supervisor
Compliance Division

The above signature is authenticated as required by *W. Va. Code §§38-10C-2 and 6-14-2.*

btL012 v.52

Greenbrier County
Robin McCullough, Clerk
Instrument 329484
02/17/2026 @ 09:13:35 AM
JUDGMENT NO FEE
Book 71 @ Page 60
Pages Recorded 1

261250700290040



Compliance
P.O. Box 229
Charleston, WV 25321-0229


WEST VIRGINIA
TAX DIVISION

Matthew R. Irby, Tax Commissioner

| Letter ID: | L1576524704 |
| Issued: | 04/13/2026 |
| Account #: | 2206-1924 |
| Lien #: | 1813992 |

**GREENBRIER COUNTY CLERK**
**912 COURT STREET N**
**LEWISBURG WV 24901**

GREENBRIER HOTEL CORPORATION
300 W MAIN ST
WHITE SULPHUR SPRINGS, WV 249862414

## NOTICE OF TAX LIEN

The above named taxpayer is indebted to the State of West Virginia for accrued Sales & Use, interest, additions to tax and penalties as set forth below. The taxes, interest, additions to tax, and penalties constitute a lien upon all real and personal property of the taxpayer under *W. Va. Code §11-10-12* and are immediately due and payable to the West Virginia Tax Division. The tax, interest, additions to tax and penalties became final under *W. Va. Code §11-10-6 or W. Va. Code §11-10-8* on November 7, 2025. This lien expires on November 7, 2035 under the provisions of *W. Va. Code §11-10-16*.

| Period | Tax | Interest | Penalty | Balance |
| --- | --- | --- | --- | --- |
| 6/30/2025 | S521,520.91 | $44,084.15 | $23,468.40 | $589,073.46 |
| | | | Lien Total: | $589,073.46 |

This instrument was prepared on April 13, 2026 by the undersigned pursuant to the lawful delegation of authority by the Tax Commissioner under *W. Va. Code §38-10C-2*.

Rita Dunlap

Rita Dunlap, Tax Unit Supervisor
Compliance Division

The above signature is authenticated as required by *W. Va. Code §§38-10C-2 and 6-14-2*.

btL012 v.52

Greenbrier County
Robin McCullough, Clerk
Instrument 330979
04/20/2026 @ 10:36:12 AM
JUDGMENT NO FEE
Book 71 @ Page 304
Pages Recorded 1

261250700290042



**Compliance**
P.O. Box 229
Charleston, WV 25321-0229



Matthew R. Irby, Tax Commissioner

| | |
|---|---|
| Letter ID: | L0502782880 |
| Issued: | 04/13/2026 |
| Account #: | 2206-1924 |
| Lien #: | 1813991 |

**GREENBRIER COUNTY CLERK**
**912 COURT STREET N**
**LEWISBURG WV 24901**

GREENBRIER HOTEL CORPORATION
300 W MAIN ST
WHITE SULPHUR SPRINGS, WV 249862414

## NOTICE OF TAX LIEN

The above named taxpayer is indebted to the State of West Virginia for accrued Sales & Use, interest, additions to tax and penalties as set forth below. The taxes, interest, additions to tax, and penalties constitute a lien upon all real and personal property of the taxpayer under *W. Va. Code §11-10-12* and are immediately due and payable to the West Virginia Tax Division. The tax, interest, additions to tax and penalties became final under *W. Va. Code §11-10-6 or W. Va. Code §11-10-8* on October 23, 2025. This lien expires on October 23, 2035 under the provisions of *W. Va. Code §11-10-16.*

| Period | Tax | Interest | Penalty | Balance |
|---|---|---|---|---|
| 9/30/2025 | $531,279.14 | $28,712.99 | $39,845.96 | $599,838.09 |
| 9/30/2025 | $2,340.95 | $126.53 | $175.54 | $2,643.02 |
| | | | Lien Total: | $602,481.11 |

This instrument was prepared on April 13, 2026 by the undersigned pursuant to the lawful delegation of authority by the Tax Commissioner under *W. Va. Code §38-10C-2.*

*Rita Dunlap*

Rita Dunlap, Tax Unit Supervisor
Compliance Division

The above signature is authenticated as required by *W. Va. Code §§38-10C-2 and 6-14-2.*

btL012 v.52

Greenbrier County
Robin McCullough, Clerk
Instrument 330977
04/20/2026 @ 10:36:10 AM
JUDGMENT NO FEE
Book 71 @ Page 302
Pages Recorded 1

261250700290043



**WEST VIRGINIA TAX DIVISION**

Compliance
P.O. Box 229
Charleston, WV 25321-0229

Matthew R. Irby, Tax Commissioner

| | |
|---|---|
| **Letter ID:** | L1844960160 |
| **Issued:** | 04/13/2026 |
| **Account #:** | 2206-1924 |
| | |
| **Lien #:** | 1813990 |

**GREENBRIER COUNTY CLERK**
912 COURT STREET N
LEWISBURG WV 24901

GREENBRIER HOTEL CORPORATION
300 W MAIN ST
WHITE SULPHUR SPRINGS, WV 249862414

## NOTICE OF TAX LIEN

The above named taxpayer is indebted to the State of West Virginia for accrued Sales & Use, interest, additions to tax and penalties as set forth below. The taxes, interest, additions to tax, and penalties constitute a lien upon all real and personal property of the taxpayer under *W. Va. Code §11-10-12* and are immediately due and payable to the West Virginia Tax Division. The tax, interest, additions to tax and penalties became final under *W. Va. Code §11-10-6 or W. Va. Code §11-10-8* on September 19, 2025. This lien expires on September 19, 2035 under the provisions of *W. Va. Code §11-10-16*.

| Period | Tax | Interest | Penalty | Balance |
|---|---|---|---|---|
| 8/31/2025 | $531,279.14 | $33,696.38 | $18,594.80 | $583,570.32 |
| 8/31/2025 | $7,944.50 | $503.88 | $278.04 | $8,726.42 |
| | | | **Lien Total:** | **$592,296.74** |

This instrument was prepared on April 13, 2026 by the undersigned pursuant to the lawful delegation of authority by the Tax Commissioner under *W. Va. Code §38-10C-2*.

*Rita Dunlap*

Rita Dunlap, Tax Unit Supervisor
Compliance Division

The above signature is authenticated as required by *W. Va. Code §§38-10C-2 and 6-14-2*.

btL012 v.52

Greenbrier County
Robin McCullough, Clerk
Instrument 330976
04/20/2026 @ 10:36:01 AM
JUDGMENT NO FEE
Book 71 @ Page 301
Pages Recorded 1

261250700290044

Compliance
P.O. Box 229
Charleston, WV 25321-0229


**WEST VIRGINIA TAX DIVISION**

Matthew R. Irby, Tax Commissioner

| | |
|---|---|
| Letter ID: | L0771218336 |
| Issued: | 04/13/2026 |
| Account #: | 2206-1924 |
| Lien #: | 1813989 |

**GREENBRIER COUNTY CLERK**
**912 COURT STREET N**
**LEWISBURG WV  24901**

GREENBRIER HOTEL CORPORATION
300 W MAIN ST
WHITE SULPHUR SPRINGS, WV 249862414

## NOTICE OF TAX LIEN

The above named taxpayer is indebted to the State of West Virginia for accrued Sales & Use, interest, additions to tax and penalties as set forth below.  The taxes, interest, additions to tax, and penalties constitute a lien upon all real and personal property of the taxpayer under *W. Va. Code §11-10-12* and are immediately due and payable to the West Virginia Tax Division.  The tax, interest, additions to tax and penalties became final under *W. Va. Code §11-10-6 or W. Va. Code §11-10-8* on August 22, 2025.  This lien expires on August 22, 2035 under the provisions of *W. Va. Code §11-10-16*.

| Period | Tax | Interest | Penalty | Balance |
|---|---|---|---|---|
| 7/31/2025 | $540,612.48 | $40,264.82 | $21,624.48 | $602,501.78 |
| | | | Lien Total: | $602,501.78 |

This instrument was prepared on April 13, 2026 by the undersigned pursuant to the lawful delegation of authority by the Tax Commissioner under *W. Va Code §38-10C-2*.

Rita Dunlap

Rita Dunlap, Tax Unit Supervisor
Compliance Division

The above signature is authenticated as required by *W. Va. Code §§38-10C-2 and 6-14-2*.

btL012 v.52

Greenbrier County
Robin McCullough, Clerk
Instrument 350975
04/20/2026 @ 10:36:01 AM
JUDGMENT NO FEE
Book 71 @ Page 300
Pages Recorded 1



260840600140051


WEST VIRGINIA
TAX DIVISION

Compliance
P.O. Box 229
Charleston, WV 25321-0229

Matthew R. Irby, Tax Commissioner

| | |
|---|---|
| **Letter ID:** | **L1688521632** |
| **Issued:** | **03/05/2026** |
| **Account #:** | **2206-1924** |

**GREENBRIER COUNTY CLERK**
**912 COURT STREET N**
**LEWISBURG WV 24901**

**Lien #:**     **1813409**

GREENBRIER HOTEL CORPORATION
300 W MAIN ST
WHITE SULPHUR SPRINGS, WV 249862414

## NOTICE OF TAX LIEN

The above named taxpayer is indebted to the State of West Virginia for accrued Sales & Use, interest, additions to tax and penalties as set forth below. The taxes, interest, additions to tax, and penalties constitute a lien upon all real and personal property of the taxpayer under *W. Va. Code §11-10-12* and are immediately due and payable to the West Virginia Tax Division. The tax, interest, additions to tax and penalties became final under *W. Va. Code §11-10-6 or W. Va. Code §11-10-8* on December 11, 2025. This lien expires on December 11, 2035 under the provisions of *W. Va. Code §11-10-16*.

| Period | Tax | Interest | Penalty | Balance |
|---|---|---|---|---|
| 11/30/2025 | $442,706.18 | $10,259.71 | $6,640.59 | $459,606.48 |
| | | | **Lien Total:** | **$459,606.48** |

This instrument was prepared on March 5, 2026 by the undersigned pursuant to the lawful delegation of authority by the Tax Commissioner under *W. Va. Code §38-10C-2*.

*Rita Dunlap*

Rita Dunlap, Tax Unit Supervisor
Compliance Division

The above signature is authenticated as required by *W. Va. Code §§38-10C-2 and 6-14-2*.

Greenbrier County
Robin McCullough, Clerk
Instrument 3380200
03/19/2026 @ 09:00:04 AM
JUDGMENT NO FEE
Book 71 @ Page 180
Pages Recorded 1

253650700530020



Compliance
P.O. Box 229
Charleston, WV 25321-0229



WEST VIRGINIA
TAX DIVISION

Matthew R. Irby, Tax Commissioner

**GREENBRIER COUNTY CLERK**
**912 COURT STREET N**
**LEWISBURG WV 24901**

| | |
|---|---|
| Letter ID: | L0776123808 |
| Issued: | 12/05/2025 |
| Account #: | 2206-1924 |
| Lien #: | 1802982 |

GREENBRIER HOTEL CORPORATION
300 W MAIN ST
WHITE SULPHUR SPRINGS, WV 249862414

## NOTICE OF TAX LIEN

The above named taxpayer is indebted to the State of West Virginia for accrued Sales & Use, interest, additions to tax and penalties as set forth below. The taxes, interest, additions to tax, and penalties constitute a lien upon all real and personal property of the taxpayer under *W. Va. Code §11-10-12* and are immediately due and payable to the West Virginia Tax Division. The tax, interest, additions to tax and penalties became final under *W. Va. Code §11-10-6 or W. Va. Code §11-10-8* on July 23, 2025. This lien expires on July 23, 2035 under the provisions of *W. Va. Code §11-10-16.*

| Period | Tax | Interest | Penalty | Balance |
|---|---|---|---|---|
| 6/30/2025 | $28,221.53 | $1,295.23 | $705.55 | $30,222.31 |
| | | | Lien Total: | $30,222.31 |

This instrument was prepared on December 5, 2025 by the undersigned pursuant to the lawful delegation of authority by the Tax Commissioner under *W. Va. Code §38-10C-2.*

*Rita Dunlap*

Rita Dunlap, Tax Unit Supervisor
Compliance Division

The above signature is authenticated as required by *W. Va. Code §§38-10C-2 and 6-14-2.*

Greenbrier County
Robin McCullough, Clerk
Instrument 320133
12/16/2025 @ 08:16:07 AM
JUDGMENT NO FEE
Book 70 @ Page 695
Pages Recorded 1

btL012 v.52



**260570700080071**

Compliance
P.O. Box 229
Charleston, WV 25321-0229



WEST VIRGINIA
TAX DIVISION



Matthew R. Irby, Tax Commissioner

| Letter ID: | L0756724640 |
| Issued: | 02/05/2026 |
| Account #: | 1034-2613 |

**GREENBRIER COUNTY CLERK**
**912 COURT STREET N**
**LEWISBURG WV  24901**

Lien #:       1799863

GREENBRIER HOTEL CORPORATION
300 W MAIN ST
WHITE SULPHUR SPRINGS, WV 249862414

## NOTICE OF TAX LIEN

The above named taxpayer is required to deduct and withhold personal income tax from wages paid, and to pay the amount withheld to the Tax Commissioner. See *W. Va. Code §§11-21-71—75*. The money penalty, memorialized by this lien, is the amount of tax not withheld or not paid to the Tax Commissioner under *W. Va. Code §11-10-19* for the periods indicated below. The above named taxpayer is indebted to the State of West Virginia for the money penalty set forth below. The money penalty constitutes a lien upon all real and personal property of the taxpayer under *W. Va. Code §11-10-12* and is immediately due and payable to the West Virginia Tax Division. The money penalty became final under *W. Va. Code §11-10-8* on November 11, 2025. This lien expires on November 11, 2035 under the provisions of *W. Va. Code §11-10-16*.

| Period | Money Penalty | Interest | Penalty | Balance |
|---|---|---|---|---|
| 9/30/2025 | $402,372.35 | $21,485.13 | $31,212.63 | $455,070.11 |
| | | | Lien Total: | $455,070.11 |

This instrument was prepared on February 5, 2026 by the undersigned pursuant to the lawful delegation of authority by the Tax Commissioner under *W. Va. Code §38-10C-2*.

*Rita Dunlap*

Rita Dunlap, Tax Unit Supervisor
Compliance Division

The above signature is authenticated as required by *W. Va. Code §§38-10C-2 and 6-14-2*.

btL012 v.52

Greenbrier County
Robin McCallough, Clerk
Instrument 329474
02/17/2026 @ 09:13:25 AM
JUDGMENT NO FEE
Book 71 @ Page 50
Pages Recorded 1