WHITE SULPHUR SPRINGS HOLDINGS, LLC,
*a Texas Limited Liability Company,*

       Plaintiff,

v.                                 CIVIL ACTION NO. 5:26-cv-00257

JAMES C. JUSTICE, II,
*individually,* and
CATHY L. JUSTICE,
*individually,* and
JAMES C. JUSTICE, III,
*individually,* and
GREENBRIER HOTEL CORPORATION,
*a West Virginia Corporation,* and
GREENBRIER MEDICAL INSTITUTE, LLC,
*a West Virginia Limited Liability Company,* and
OAKHURST CLUB, LLC,
*a West Virginia Limited Liability Company,* and
GREENBRIER GOLF AND TENNIS CLUB CORPORATION,
*a West Virginia Corporation,* and
GREENBRIER LEGACY COTTAGE DEVELOPMENT COMPANY I, INC.,
*a West Virginia Corporation,* and
GREENBRIER LEGACY COTTAGE DEVELOPMENT II, INC.,
*a West Virginia Corporation,*

       Defendants.

## <u>ORDER</u>

Pending is Defendant's Motion to Continue Briefing Deadlines and Scheduled Hearings [ECF 58], filed May 22, 2026. Defendants seek the following: "that the Court . . . continue all briefing deadlines for 60 days, continue the pending June 1, 2026 prehearing conference and June 8, 2026 evidentiary hearing, and schedule a telephonic status conference for the week of June 22, 2026." [*Id.* at 6]. In support of the Motion, Defendants represent they "have obtained a term sheet

for new financing that will allow them to repay the total amount of debt that Plaintiff White Sulphur Springs Holdings, LLC claims it is owed. That repayment will moot all pending motions and resolve this action." [*Id.* at 1].

The Court **ORDERS** Plaintiff White Sulphur Springs Holdings, LLC, and putative intervenor Tax Division of the West Virginia Department of Revenue to respond to the Motion no later than **12:00 p.m. on Saturday, May 23, 2026.** Pending a decision on the Motion, all briefing deadlines and case events will remain in full force and effect.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER:  May 22, 2026

Frank W. Volk
Chief United States District Judge