# EXHIBIT 2

WHITE SULPHUR SPRINGS HOLDINGS, LLC,

    Plaintiff,

v.

JAMES C. JUSTICE, II, *et al.*,

    Defendants.

Civil No. 5:26-cv-00257

Hon. Frank W. Volk

## DECLARATION OF JAMES C. JUSTICE II IN SUPPORT OF DEFENDANTS' AMENDED MOTION TO STAY

I, James C. Justice II, hereby declare under penalty of perjury the following:

1. I have personal knowledge of the facts set forth in this declaration and, if called to testify, could and would competently testify to the truth of the matters stated below.

2. I submit this declaration in support of Defendants' Amended Motion to Stay.

3. I am currently a sitting United States Senator representing West Virginia in the United States Senate.

4. I am also the owner of 49% of Justice Family Group, LLC ("JFG") and have been a partial owner of JFG since 2009. I also am an owner or part owner of several other of the entity Defendants.

5. Along with others, I have owned The Greenbrier Hotel & Resort in White Sulphur Springs, West Virginia ("The Greenbrier") since 2009.

6. As relevant here, The Greenbrier and several related entities and properties are collateral for certain loans extended to myself, Cathy L. Justice, James C. Justice III, and a variety of related entities (the "Loans") by Virginia bank Carter Bank & Trust ("Carter Bank").

7. Around March 26, 2026, I became aware that White Sulphur Springs Holdings, LLC ("WSSH"), a shell company that is wholly owned by TRT Holdings, Inc. ("TRT"), purported to purchase the Loans.

8. On or around March 27, 2026, I had a telephone conversation with the owner of TRT, Robert Rowling, at his request.

9. During the call, Robert Rowling expressed that TRT wanted to collaborate with myself and my family at The Greenbrier.

10. Following that call, on April 6, 2026, Robert Rowling, Blake Rowling, and Michael Smith visited The Greenbrier. I was present for that visit. During that visit, the Rowlings and Michael Smith conveyed that the Loans could be repaid for $341 million.

11. Additionally, as an alternative option, Robert Rowling offered that TRT could forgive $200 million of the Loans in exchange for a 50% interest in The Greenbrier. I indicated that I would consider this offer and eventually accepted the offer, asking TRT to put it in writing. I felt that I had no choice but to accept this offer given my view that TRT posed a serious threat to the value of The Greenbrier.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of May, 2026 in Lewisburg, West Virginia.

James C. Justice II