# EXHIBIT 5

# Dallas hotel billionaire, U.S. senator locked in legal feud over historic Greenbrier resort

## Two sides have traded opening salvos in what could be a contentious legal fight over the fate of West Virginia's "crown jewel" — the landmark Greenbrier Resort.

*TRT Holdings, run by Blake Rowling (pictured left) and his father Robert, are locked in a legal battle with U.S. Sen. Jim Justice (R-WV) over The Greenbrier Resort.*

*TRT Holdings, run by Blake Rowling (pictured left) and his father Robert, are locked in a legal battle with U.S. Sen. Jim Justice (R-WV) over The Greenbrier Resort.*

The billionaire Dallas family who owns the Omni hotel chain and a sitting U.S. senator have fired the opening salvos in a contentious legal feud over the fate of West Virginia's "crown jewel" — the landmark Greenbrier Resort.

Robert and Blake Rowling, the father-son duo who lead Omni Hotels' parent company TRT Holdings, purchased the first lien debt on assets, including the resort, for nearly $290 million. They've asked a federal court to take control of the resort away from Sen. Jim Justice, R-W.Va., who has owned it since 2009.

Facing a request to turn over property, the Justice family is fighting back. They've filed a lawsuit in a West Virginia court, accusing the Rowlings and others of conspiring to seize the historic resort by "unlawful and deceptive means."

The parties met at The Greenbrier earlier this month, but they reached no agreement regarding Justice's debt. The deadlock sets the stage for legal proceedings, and the issues may not be resolved for years.

A federal judge will hear evidence May 11 to determine if the Justice family must turn over the 11,000-acre luxury property to a third party, or hold off until a state court rules on Justice's lawsuit.

Attempts to contact representatives for the Justice family were not returned before publication.

"I don't foresee a partnership coming together after the way the first meeting went," Blake Rowling told *The Dallas Morning News* in a recent interview. "It was not fruitful. ...We bought a piece of debt. If we get paid off, we're no longer a lender, which is fine. But at this point, they're in breach of the forbearance agreement. We're moving forward with the rights we have."

*The Greenbrier Resort, established in 1778, has 710 rooms, four golf courses and 20 restaurants and lounges.*
*Steve Helber/AP*

## Dueling lawsuits

The Dallas hospitality giants bought the loans for $289.48 million from Carter Bank, which previously held the debt related to several of Justice's network of companies.

Article continues below this ad

The Virginia-based bank sold the loans after granting Justice 14 forbearance agreements over the last two years, allowing the Republican senator to extend over and over again before the debt was ultimately sold.

An issue at the heart of the disagreement: Justice estimates the value above the $360 million that he and his family owe on the property.

However, the Rowlings are concerned that the family's well-documented financial woes and mismanagement have put the resort in jeopardy. The Dallas group estimates the property needs between $100 million and $200 million in capital improvements to restore it to glory.

The TRT-affiliated White Sulphur Springs Holdings LLC filed its lawsuit in federal court April 9. The Dallas-based firm has asked a federal judge to appoint a receiver to oversee the Justice assets.

The third party would take full control of The Greenbrier and related assets, including the ability to sell the properties.

The Rowlings allege "the waste, fraud and abuse" by the Justice family threatens the value of the resort as they have diverted revenue generated by The Greenbrier to other unrelated businesses.

The Dallas firm estimates The Greenbrier Hotel Corp. owes more than $2 million in unpaid sales taxes.

The Justices "have not made all required payments to the employees of The Greenbrier Resort, including employees' health insurance premiums and 401(k) employer matching contributions; and The Greenbrier Resort itself is not being properly operated and maintained," the filing reads.

This is not the only Justice debt that the Dallas family owns. The Rowlings have owned second-lien debt against The Greenbrier since September 2024. Their share is worth between $12 million and $15 million, Blake Rowling said.

"We're a lender. There's an opportunity to buy debt," he said. "If there ever was an opportunity, we were going to be interested."

The Justice family filed its local lawsuit against the Rowlings, their businesses, TRT Holdings executive Michael Smith and Carter Bank on April 12, accusing the groups of attempting to "pilfer one of West Virginia's crown jewels."

Instead, the senator seeks to have the court overturn the sale of the debt to the Rowlings and allow his family to pay off the loans "at a fair price."

Justice alleges that Carter Bank originally agreed to a $300 million loan payoff. The family found several lenders who would pay off the loan, but Carter Bank upped the payoff amount to $360 million.

All but one prospective lender dropped out, and Carter Bank's imposed deadlines made this deal impossible. Other attempts to pay off the loans were progressing or pitched to the bank, but nothing came to fruition as the bank opted to sell the debt.

The Justice family also accused the Rowlings and TRT Holdings of obtaining the resort's confidential information in September 2024 on false pretenses, as part of a secret attempt to acquire The Greenbrier.

Justice alleges in the lawsuit that TRT proposed terms during the early April meeting that would see the Dallas firm forgive $200 million of the loans. In exchange, the Rowlings would become a 50% owner of the resort.

Justice agreed to the initial terms, but TRT Holdings withdrew the offer, according to the lawsuit.

TRT sent The Greenbrier a notice of default on April 9 before the loans came due April 15, according to the lawsuit.

A Greenbrier spokesperson told Forbes that the resort "was and is in compliance with its obligations under the loans formerly held by Carter Bank," calling TRT "a predatory out-of-state company" that sought to steal the resort.

It's the latest in a series of financial struggles for Justice. A 2025 Forbes report shows that the Republican senator could be more than $1 billion in debt.

*U.S. Sen. Jim Justice of West Virginia and his family have owned The Greenbrier Resort since 2009.*
*J. Scott Applewhite/AP*

## What's next?

There are many paths forward for The Greenbrier.

"It's kind of a black box right now. We know the different paths this can take. We'll know over the next months and potentially years how it plays out," Blake Rowling said.

Article continues below this ad

If the loan is repaid in full, the Rowlings would collect their payday and be on their way.

If a foreclosure or bankruptcy proceeds, TRT Holdings gets a prime seat at the table to claim what it's owed. The Dallas firm could scoop up the sprawling resort in a sale.

Were The Greenbrier to change hands, TRT Holdings says its one of the few entities that could restore and operate the iconic property. Omni operates 50 hotels with 28 golf courses and 20,000 rooms worldwide, driving Robert Rowling's net worth to nearly $9 billion.

The Dallas executives pointed to several of the firm's recent projects, including the $170 million renovation and restoration of the Homestead resort in Virginia and the $165 million worth of work at Barton Creek Resort in Austin.

The Greenbrier, with its 710 rooms, four golf courses and 20 restaurants and lounges, would require similar care.

"If we take the collateral, we're one of the few people that can actually operate the resort and fix it," said Smith, the TRT executive. " We worked with the county to create a public-private partnership to renovate [the Homestead], which we believe put it in a position to assure its future for the next 50 to 100 years. That opportunity sits there with The Greenbrier."