# EXHIBIT 8

 **Outlook**

## Re: Meeting Follow-up

**From** Paul Jorge <pjorge@trtholdings.com>

**Date** Wed 4/8/2026 11:29 AM

**To** Steve Ruby <sruby@cdkrlaw.com>; jcj2@bluestone-coal.com <jcj2@bluestone-coal.com>; drew@fortress.com <drew@fortress.com>

**Cc** Mike Smith <msmith@trtholdings.com>; steve.ball@bluestoneindustries.com <steve.ball@bluestoneindustries.com>

1 attachment (17 KB)

Wire Instructions_White Sulphur Holdings.pdf;

Steve, good morning. Attached are the wire instructions for the payoff, which are the same wire instructions that the interest payments have been sent to.

Regards,
Paul

Paul Jorge
214.283.8586

---

**From:** Steve Ruby <sruby@cdkrlaw.com>
**Sent:** Tuesday, April 7, 2026 3:10 PM
**To:** Paul Jorge <pjorge@trtholdings.com>; jcj2@bluestone-coal.com <jcj2@bluestone-coal.com>; drew@fortress.com <drew@fortress.com>
**Cc:** Mike Smith <msmith@trtholdings.com>; steve.ball@bluestoneindustries.com <steve.ball@bluestoneindustries.com>
**Subject:** [EXTERNAL] Re: Meeting Follow-up

**\*\*\*\* ATTENTION: The sender of this message is from outside of the Omni Hotels and Resorts organization. Please do not click links or open attachments unless you recognize the sender and know the content is safe. \*\*\*\***

Paul,

We are certainly disappointed and puzzled by your drastic change in position from just 24 hours ago. That said, and in light of your encouragement to pursue other options, we intend to exercise our

payoff right under the forbearance agreement. Please send us the wiring instructions for the payoff.

Steve

---

**From:** Paul Jorge <pjorge@trtholdings.com>
**Date:** Tuesday, April 7, 2026 at 1:54 PM
**To:** Steve Ruby <sruby@cdkrlaw.com>, jcj2@bluestone-coal.com <jcj2@bluestone-coal.com>, drew@fortress.com <drew@fortress.com>
**Cc:** Mike Smith <msmith@trtholdings.com>, steve.ball@bluestoneindustries.com <steve.ball@bluestoneindustries.com>
**Subject:** Meeting Follow-up

Gentlemen:

Thank you for your time and hospitality yesterday.  We enjoyed meeting all of you and thought most of the conversation was constructive.  We promised to be back in touch with you quickly.  With this goal in mind, we spent several hours last night and this morning discussing these ideas among our team, including our external advisors, and we have concluded that there is not a transaction that can ultimately get done to meet our respective objectives.  Specifically, we think it would be very difficult for the Justice family to have equity in a "Newco" when some creditors are not paid in full.

Therefore, we want to promptly notify you that we are not able to send any proposal, including any proposal to extend or further forbear on the collection of the debt.   Accordingly, we encourage you to pursue all other options available to you.

Regards,

Paul

---

Paul A. Jorge
TRT Holdings
4001 Maple Avenue, Suite 600
Dallas, Texas 75219

214 283 8586
pjorge@trtholdings.com