# EXHIBIT 10

**From:** Hayes, Seth P. <shayes@JacksonKelly.com>
**Sent:** Thursday, April 23, 2026 4:09 PM
**To:** Steve Ruby <sruby@cdkrlaw.com>
**Cc:** Cohen, H. Rodgin <Cohenhr@sullcrom.com>; Davidoff, Amanda Flug <davidoffa@sullcrom.com>; Engebretson-Schooley, Oliver W. <ENGEBRETSONO@sullcrom.com>; Jones, Robert L. <jonesrob@sullcrom.com>; Clay Hoblit <choblit@hdr-law.com>; Sebok, Al F. <ASEBOK@jacksonkelly.com>
**Subject:** [EXTERNAL] White Sulphur Springs Holdings, LLC v. Justice, et al.

Steve,

In light of Judge Volk's order that counsel should satisfy the highest professional standards, we wanted to provide you with advance notice that we intend to file an amended complaint and amended motion for emergency appointment of receiver next week. We recognize you have a response deadline of April 27th. If Defendants believe these filings necessitate modifying the current briefing schedule, we are prepared to agree to a reasonable extension to the current deadlines. If you want to discuss, please let us know and we can coordinate a telephone conference.

I am copying Clay Hoblit on this email. We will be filing a motion to admit Clay pro hac vice in this matter.

Sincerely,

Seth

**Seth Hayes [jacksonkelly.com]** | Member | **JACKSONKELLY**PLLC [jacksonkelly.com]
3000 Swiss Pine Way, Suite 200 | Morgantown, WV 26501 | www.JacksonKelly.com [jacksonkelly.com]
Office: (304) 284-4150 | Mobile: (304) 288-1155 | Fax: (304) 284-4142 | shayes@JacksonKelly.com

# JACKSONKELLYPLLC

CONFIDENTIALITY NOTE: This email message from the law office of Jackson Kelly PLLC is for the sole use of the intended recipient or recipients and may contain confidential and privileged information. Any unauthorized review, use, disclosure, distribution, or other dissemination of this e-mail message and/or the information contained therein is strictly prohibited. If you are not the intended recipient of this e-mail message, please contact the sender by reply e-mail and destroy all copies of the original message.

**\*\*This is an external message from:** shayes@jacksonkelly.com **\*\***