# EXHIBIT 12

# The Greenbrier Cottages / Estate Homes / Land

101 Main Street West
White Sulphur Springs, Greenbrier County, West
Virginia 24986
Geo Coordinates: 37.785803,-80.308083
Newmark Job ID: 23-0185168

## Appraisal Report Prepared For:

Mr. Michael H. Cottrell
Managing Director
CLMG Corporation
7195 Dallas Parkway
Plano, Texas 75024

## Prepared By:

**Newmark Valuation & Advisory**
Hospitality, Gaming & Leisure Group
Valuation & Advisory
1899 Pennsylvania Avenue, Suite 300
Washington, D.C. 20006



**1899 PENNSYLVANIA AVENUE, SUITE 300**
**WASHINGTON**, **D.C. 20006**

April 21, 2023

Mr. Michael H. Cottrell
Managing Director
CLMG Corporation
7195 Dallas Parkway
Plano, Texas 75024

RE:     Appraisal of The Greenbrier Cottages / Estate Homes / Land located at 101 Main Street West, White Sulphur Springs, Greenbrier County, West Virginia, prepared by Newmark Valuation & Advisory, LLC (herein "Firm" or "Newmark")

Newmark Job No.:  23-0185168

Dear Mr. Cottrell:

Newmark Valuation & Advisory, LLC has prepared an appraisal of the referenced property presented in the following Appraisal Report.

## Summary of the Subject Property

The subject property includes various homes, cottages and vacant residential lots located within the Greenbrier Resort and Greenbrier Sporting Club property. The Greenbrier Resort is a historic 660-room hotel located in White Sulphour Springs, West Virginia. The overall resort includes over 10,000 acres of total land area.

The subject of this appraisal includes the following:

➢ Four Estate Homes

➢ 54 Cottages

➢ 61 Residential Lots

The four estate homes have not been released for sale and marketed, but should be soon according to management. There were a total of 68 cottages all listed for sale in August 2022, with 14 selling since marketing commenced. The remaining 54 cottages are included within this valuation. Finally, the 61 residential lots valued are located as part of the Greenbrier Sporting Club area of the resort.

The lots and cottages are part of the Greenbrier Resort (cottages and estate homes) and the Greenbrier Sporting Club (developer vacant lots). The Greenbrier Sporting Club includes the 18-hole Snead Golf Course, the clubhouse/members lodge, fitness center, spa hunt club and stables and the Summit Lodge / activities barn (not part of this valuation).

The subject cottages and estate homes benefit from their immediate location adjacent to the 660-room Greenbrier hotel. The Greenbrier features all basic services for a resort property, and offers amenities including 10 lobbies, 40+ meeting rooms with over 100,000 square feet of meeting space including a complete



conference center facility, a Chapel that is used for weddings and other social events, championship golf with three courses, fine dining, more than 55 activities, designer retail boutiques, the famous mineral spa and a 103,000 square foot gaming and entertainment venue (casino). Buyers at the Greenbrier for the cottages and estate homes will have access to the amenities of the hotel. The subject property is located along West Main Street in White Sulphur Springs, just off Interstate 64 in the east portion of West Virginia.

**Final Reconciled Values**

The purpose of this appraisal is to develop certain opinions of value for the subject property in its Fee Simple interest. The following table conveys the final opinions of market value for the subject property as developed within this appraisal report:

| FIN ALLOCATION OF PROPERTY COMPONENTS | |
| --- | --- |
| **Conclusions** | **As Is**<br>**April 16, 2023** |
| **Development Approach** | |
| 61 Developer Lots | $16,400,000 |
| 4 Estate Homes / 54 Cottage | $94,000,000 |

**Extraordinary Assumptions**

An extraordinary assumption is defined in USPAP as an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions. The value conclusions are subject to the following extraordinary assumptions that may affect the assignment results.

The appraisal does not include any extraordinary assumptions.

**Hypothetical Conditions**

A hypothetical condition is defined in USPAP as a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis. The value conclusions are based on the following hypothetical conditions that may affect the assignment results

This appraisal does not employ any hypothetical conditions.

**Compliance Remarks**

The intended use and user of our report are specifically identified in our report as agreed upon in our contract for services and/or reliance language found in the report. No other use or user of the report is permitted by any other party for any other purpose. Dissemination of this report by any party to non-client, non-intended users does not extend reliance to any other party, and Newmark will not be responsible for unauthorized use of the report, its conclusions or its contents used partially or in their entirety.

The appraisal was developed based on, and this report has been prepared in conformance with the Client's appraisal requirements, the guidelines and recommendations set forth in the Uniform Standards of Professional Appraisal Practice (USPAP), the requirements of the Code of Professional Ethics and Standards of



Professional Appraisal Practice of the Appraisal Institute, Title XI of the Financial Institution Reform, Recovery and Enforcement Act (FIRREA) of 1989, and the Interagency Appraisal and Evaluation Guidelines (December 2, 2010).



# Certification

We certify that, to the best of our knowledge and belief:

1.  The statements of fact contained in this report are true and correct.

2.  The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial and unbiased professional analyses, opinions, and conclusions.

3.  We have no present or prospective interest in the property that is the subject of this report and no personal interest in with respect to the parties involved.

4.  We have no bias with respect to the property that is the subject of this report or to the parties involved with this assignment.

5.  Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

6.  Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

7.  This appraisal assignment was not based upon a requested minimum valuation, a specific valuation, or the approval of a loan.

8.  Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice, as well as the requirements of the State of West Virginia.

9.  The reported analyses, opinions and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

10. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

11. As of the date of this report, Bryan Younge, MAI, ASA, FRICS completed the continuing education program for Designated Members of the Appraisal Institute. In addition, as of the date of this report, Brian M. Johnson completed the continuing education program for Candidates of the Appraisal Institute. All signatories have completed more than 20 going concern appraisals of properties similar to the subject.

12. Brian M. Johnson made a personal inspection of the property that is the subject of this report. Bryan Younge, MAI, ASA, FRICS did not personally inspect the property that is the subject of this report.

13. No one provided significant real property appraisal assistance (general market research, editorial assistance, etc.) to the persons signing this certification.

14. Valuation & Advisory operates as an independent economic entity within Newmark.  Although employees of other Newmark divisions may be contacted as a part of our routine market research investigations, absolute client confidentiality and privacy were maintained at all times in regard to this assignment without conflict of interest.

15. Within this report, "Newmark", "Newmark Valuation & Advisory", "Newmark, Inc.", and similar forms of reference refer only to the appraiser(s) who have signed this certification and any persons noted above as having provided significant real property appraisal assistance to the persons signing this report.

16. We have provided services as an appraiser regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.



17. The undersigned state certified appraiser has met the requirements of the applicable board of the State of West Virginia that allow this report to be regarded as a certified appraisal.

*BrianMJohnson*

Brian M. Johnson
Executive Vice President
WV Certificate# CG2809 Expires 09/30/2023
Telephone: +1 434 996 2323
Email: brian.johnson@nmrk.com

*BEYounge*

Bryan Younge, MAI, ASA, FRICS
Executive Vice President | National Practice Leader
WV Certificate #CG597 Expires 09/30/2023
Telephone: +1 773 263 4544
Email: bryan.younge@nmrk.com



# Table of Contents

| | |
|---|---|
| **Subject Photographs** | **8** |
| **Executive Summary** | **14** |
| **Introduction** | **16** |
| Appraisal Report | 17 |
| Purpose of the Appraisal | 17 |
| Scope of Work | 18 |
| **Economic Analysis** | **19** |
| Local Area Analysis | 34 |
| **Land Description and Analysis** | **41** |
| General Description | 41 |
| **Improvement Description** | **44** |
| Zoning | 57 |
| **Real Estate Taxes** | **58** |
| **National Lodging Market Analysis** | **60** |
| Residential Land Market Analysis | 60 |
| **Highest and Best Use** | **65** |
| **Valuation** | **67** |
| **Insurable and Actual Cash Value** | **68** |
| **Development Approach** | **70** |
| **Reconciliation** | **90** |
| **Assumptions & Limiting Conditions** | **92** |
| **Glossary** | **94** |
| **Addenda** | **99** |



# Subject Photographs



**AERIAL IMAGE – Overall Greenbrier Resort Area**

NEWMARK



*Cottages*



*Interior Cottage*



*Interior Cottage*



*Interior Cottage*



*Interior Cottage*



*Interior Cottage*





*Interior Cottage*



*Interior Cottage*



*Cottage Under Renovation*



*Cottage Interior*



*Cottage Interior*



*Cottage interior*





*Estate Home*



*Estate Home*



*Cottage*



*Cottage*



*Cottage*



*Estate Home*





*Estate Home*



*Estate Home*



*Estate Home*



*Estate Home Interior*



*Estate Home Interior*



*Estate Home Interior*





*Estate Home Interior*



# Executive Summary

| PROPERTY OVERVIEW | |
|---|---|
| Subject Description | The subject property includes 54 cottages, 4 estate homes and 61 lots available for sale as part of the Greenbrier Resort and Sporting Club. The subject property is located along West Main Street in White Sulphur Springs, just off Interstate 64 in the east portion of West Virginia. |
| Assessor's Parcel #(s) | Various parcels summarized later in this report. |
| Address | 300 West Main Street, White Sulphur Springs, Greenbrier County, West Virginia |
| | Geo Coordinates: 37.785803,-80.308083 |

| SITE DESCRIPTION | |
|---|---|
| Size | The 61 development lots include 123.892 acres. The cottages and estate homes are part of the larger 222.6 acre Greenbrier Resort site. |
| Topography | Generally level for the location of the improvements. Some areas of the land area are steep, mountainous terrain. |
| Access and Visibility | The subject site enjoys good access, in close proximity to Interstate 64. |
| Exposure | The subject enjoys good frontage along various roadways throughout the resort. |
| Flood Zone | X Flood Zone, described as areas of minimal flood hazard, which are the areas outside the SFHA and higher than the elevation of the 0.2-percent-annual-chance flood. (Flood panel number 54025C0670E, dated 10/16/2012.) |

| HIGHEST AND BEST USE | |
|---|---|
| As Vacant | Determination would be for residential development on the vacant lots. |
| As Improved | Continued use as branded residential structures on the grounds of the Greenbrier resort. |



14

| OVERVIEW OF VALUE CONCLUSIONS | |
|---|---|
| Methodology for Market Value Conclusions | As Is April 16, 2023 |
| **Development Approach** | |
| 61 Developer Lots | $16,400,000 |
| 4 Estate Homes / 54 Cottage | $94,000,000 |



# Introduction

| OWNERSHIP HISTORY | |
|---|---|
| **Current Owner:** | The current ownership includes the following entities:<br><br>Greenbrier Hotel Corporation (GHC)<br><br>The Greenbrier Sporting Club Development Company, Inc. |
| **Three-Year Sale History:** | To the best of our knowledge, the subject has not sold in the last three years. The most recent sale of the property occurred in 2009, when operations were at a historic low. For most of its history, the hotel was owned by the Chesapeake & Ohio Railway and its successors, including the CSX Corporation. Before its most recent purchase and sale in 2009, the hotel was operated by CSX Hotels, Inc., a subsidiary of the CSX Corporation. Following a year of significant income loss, CSX placed the hotel into bankruptcy in 2009. Justice Family Group, LLC, a company owned by local entrepreneur Jim Justice, subsequently bought the property and guaranteed all debts, resulting in dismissal of the bankruptcy. Mr. Justice, at that time, promised to return the hotel to its former status as a five-star resort and to introduce "tasteful" gambling for guests as a revenue enhancer. The Greenbrier Hotel Corp. today operates as a subsidiary of Justice's company. Ownership confirmed that the total purchase price in 2009 was near $42.0 million. This included $7.5 million paid to Marriott to buy the company out of a potential pending purchase by the hotel company. A total of $20.1 million was paid for the hotel and approximately $14.0 million for the remaining land and Sporting Club. Since the purchase, the performance has improved significantly. |
| **Listing Status:** | Not listed for sale. |
| **Current or Pending Contract:** | None reported.<br><br>. |

## INTENDED USE AND USER

The intended use and user of our report are specifically identified in our report as agreed upon in our contract for services and/or reliance language found in the report. No other use or user of the report is permitted by any other party for any other purpose. Dissemination of this report by any party to non-client, non-intended users does not extend reliance to any other party and Newmark will not be responsible for unauthorized use of the report, its conclusions or contents used partially or in its entirety.



| Client: | CLMG Corporation |
|---|---|
| Intended Use: | Loan Financing / Internal Review by our client. |
| Intended User: | CLMG Corporation |

## DEFINITION OF MARKET VALUE

Market Value is defined as:

*The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:*

- *Buyer and seller are typically motivated;*

- *Both parties are well informed or well advised, and acting in what they consider their own best interests;*

- *A reasonable time is allowed for exposure in the open market;*

- *Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and*

- *The price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.*

*(Source: Code of Federal Regulations, Title 12, Chapter I, Part 34.42[g]; also Interagency Appraisal and Evaluation Guidelines, Federal Register, 75 FR 77449, December 10, 2010, page 77472.)*

## INTEREST APPRAISED

The property rights appraised reflect the Fee Simple interest of the subject property.

*Fee Simple Estate - Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat.*

*Source*: Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th ed. (Chicago: Appraisal Institute, 2015)

## APPRAISAL REPORT

This appraisal is presented in the form of an Appraisal Report, which is intended to comply with the reporting requirements set forth under Standards Rule 2-2(a) of USPAP. This report incorporates practical explanation of the data, reasoning, and analysis that were used to develop the opinion(s) of value.

## PURPOSE OF THE APPRAISAL

The purpose of the appraisal is to develop an opinion of certain Market Value components of the Fee Simple interest in the subject property as of the effective date(s) of the appraisal. The following list summarizes pertinent scenarios and dates relevant to this appraisal assignment:



| PERTINENT DATES | |
| --- | --- |
| **Premise** | **Date** |
| Date of Inspection | April 16, 2023 |
| Market Value As Is | April 16, 2023 |
| Prospective Market Value Upon Stabilization | April 16, 2026 |

## SCOPE OF WORK

### Extent to Which the Property is Identified

The property is identified through various sources such as:

– Physical characteristics

– Legal characteristics

– Economic characteristics

### Extent to Which the Property is Inspected

Brian M. Johnson made a personal inspection of the property that is the subject of this report. Bryan Younge, MAI, ASA, FRICS did not personally inspect the property that is the subject of this report.

### Type and Extent of the Data Researched

– Exposure and marking time;

– Neighborhood and land use trends;

– Demographic trends;

– Market trends;

– Flood zone status;

– Zoning requirements and compliance;

– Real estate tax data;

– Cost data;

– Comparable listing and sales data; and

– Comparable income and expense data.

### Type and Extent of Analysis Applied

We analyzed the property and market data gathered through appropriate, relevant, and accepted market-derived methods and procedures. Further, we employed the appropriate and relevant approaches to value, and correlated and reconciled the results into an estimate of market value, as demonstrated within the appraisal report.



# Economic Analysis

## NATIONAL TRENDS AND UNCERTAINTIES

National and Global economies have experienced record setting inflation and interest rates are rising. Influences of the COVID pandemic on the economy have reduced but some fallout effects continue. The recession is still generally expected across surveys of business managers, economists and the populace at large as well as yield curve indicators. A recent Wall Street Journal poll of business and academic economics put the odds of recession at 61% - virtually unchanged since October, 2022's poll result of 63%.

To curtail inflation, The Fed has embarked on an aggressive strategy. As of February 2023, the Federal Reserve has raised rates eight times for a total of 450 basis points over the course of 2022 into 2023. The Federal Reserve is targeting a range of 4.50% to 4.75% for the Federal Funds Rate – the highest since October 2007. The February increase was smaller at 25 basis points than the previous increases but the Fed signaled further increases will come. The effects of such a substantial increase in the cost of funds include increased mortgage rates but also investment rates.

We are cognizant that such significant changes have had an effect on Commercial Capital Markets activity and have driven changes in rent and expense growth. Commercial transaction volume was down 62% for the fourth quarter of 2022 compared to the same period in 2021. For the year, transaction volume was down 15% over 2021 implying that much of the volume reduction occurred late in the year as the debt market became illiquid as well as less favorable.

We have considered, and will address, these issues throughout this appraisal and report including in our determinations of overall capitalization rates, discount rates and growth of rents and expenses where applicable.

### Demographics Snapshot: Moody's Analytics

The following regional profile reviews the overall economy and trends within White Sulphur Springs, the Greenbrier Valley of West Virgnia, and Greenbrier County.



## REGIONAL AREA MAP



The subject is in within the Greenbrier Valley which is nestled in the southeast corner of West Virginia, bordering the West Virginia-Virginia state line. Greenbrier Valley consists of Pocahontas County, Greenbrier County, and Monroe County West Virginia and Allegheny County Virginia. Established in 1778, Greenbrier County has an estimated population of close to 33,000. The county is in the heart of the Alleghany Mountains, and the area serves as a regional- and national-level tourist attraction thanks to its bounty of parks, scenic areas and forests as well as the internationally-renowned Greenbrier Resort (subject of this appraisal).

The following illustrates the Greenbrier Valley location within the state and distance to major cities.



| Truck Time and Distance | | |
|---|---|---|
| **Atlanta, GA** | 512 mi / 824 km | 8 hrs. 10 min. |
| **Charleston, SC** | 482 mi / 776 km | 7 hrs. 41 min. |
| **Chicago, IL** | 627 mi / 1009 km | 9 hrs. 53 min. |
| **Dallas, TX** | 1161 mi / 1868 km | 17 hrs. 12 min. |
| **Detroit, MI** | 497 mi / 800 km | 8 hrs. 8 min. |
| **Huntsville, AL** | 530 mi / 853 km | 8 hrs. 19 min. |
| **Kansas City, MO** | 885 mi / 1424 km | 13 hrs. 25 min. |
| **Nashville, TN** | 500 mi / 807 km | 7 hrs. 51 min. |
| **New York, NY** | 500 mi / 807 km | 7 hrs. 55 min. |

## Accessibility

Convenient access to the region via Interstate 64 connects the eastern and western regions of the county. The highway provides easy access to Charlestown, the state's capital, in a two-hour, 110-mile drive. The county also has two additional main highways, U.S. Route 60 (Midland Trail) and U.S. Route 219 (Seneca Trail), which intersect in downtown Lewisburg. Greenbrier Airport is located 10 minutes from Lewisburg and 20 minutes from the Greenbrier Resort. Amtrak Service is available to White Sulphur Springs and Alderson on the Cardinal Route.

**NEWMARK**



*Greenbrier Valley*

## Recent Economic Performance

West Virginia's economy has nearly fully recovered from the COVID-19 recession. While the pandemic does continue to have lingering impacts on aspects of the economy, e.g., the labor force and persistent bottlenecks in supply chains for some products, most of the state's big picture economic indicators now surpass pre-pandemic levels and several have even managed to reach new highs (or lows). West Virginia's economic growth prospects for the next five years are moderately positive overall thanks to further waning of the pandemic and some major economic development announcements and initiatives; however, the state's economy does face heightened downside risks to its performance over the next year or so because of national concerns over the impacts of high inflation and rising interest rates. Also, geopolitical issues continue to cast

a shadow of uncertainty. Overall, this report provides a foundation to understand West Virginia's long-run economic challenges and opportunities.

Highlights related to West Virginia's recent economic performance are as follows:

➢ Despite being the shortest official recession on record, employment fell by roughly 95,000 in March and April 2020. As of late-summer 2022, preliminary data shows nearly 93,000 jobs have been regained—leaving the state nearly on par with its pre-pandemic level.

➢ Several sectors have seen activity return to or surpass what was considered typical before the pandemic, led by construction and business services. Nonetheless, many sectors continue to deal with severe supply chain problems and others are facing record-high rates of unfilled job openings.

➢ The state's unemployment rate surged to nearly 16 percent in April 2020 but has declined significantly since then. The jobless rate reached an all-time low of roughly 3.5 percent during the second quarter of 2022.

➢ Only 55 percent of West Virginia's adult population is either working or looking for work. Though an improvement from recent years, this remains the lowest rate of labor force participation among all 50 states and represents a key hurdle to economic growth.

➢ Per capita personal income in West Virginia increased by more than 7 percent in 2021, fueled in large part by federal government pandemic relief and surging wage growth. Per capita personal income in West Virginia stands at 76 percent or so of the national average.

➢ West Virginia's real GDP increased 4 percent in 2021, helping to offset the drop in economic output observed during 2020. The state's topline measure of real economic output remains volatile, largely because of the energy sector, and that volatility continues into 2022.

➢ Export shipments from West Virginia have also been quite volatile in recent years, due in large part to swings in energy demand, persistent problems with shortages of key manufacturing equipment, and congestion at seaports. Expanding and diversifying the state's export portfolio is of vital importance to economic development in West Virginia over the long run.

The energy sector is an important driver of economic activity in the state:

➢ Coal output plunged to its lowest levels in decades during 2020, falling to roughly 60 million short tons. Production has rebounded over the past two years, however, and should average in the low-80-million-ton range during the medium term, in part due to global export demand.

➢ As domestic demand for coal continues to retreat over the long term, increased reliance on the global coal trade will create more year-to-year volatility for West Virginia's coal industry.

➢ Natural gas production increased 6 percent in 2021, following two consecutive years of 20+ percent growth in output. Production growth has moderated further during the first half of 2022 but drilling activity has increased amid high market prices and rising global demand, which should boost output going forward.



➢ West Virginia's natural gas industry has experienced significant output growth since 2016, becoming the nation's fifth-leading producer of gas and third-highest producer of natural gas liquids. However, downstream manufacturing activity in the Appalachian Basin will be essential to supporting growth and broadening prosperity in West Virginia's natural gas industry over the long term.

Highlights related to West Virginia's economic outlook are as follows:

➢ West Virginia reached pre-pandemic levels during the fourth quarter of 2022, but ultimately employment growth is expected to slow in the coming quarters as higher interest rates and other factors weigh on broader US economic growth. Overall, payrolls in West Virginia are expected to increase 0.3 percent annually, compared to 0.4 percent for the nation.

➢ We anticipate the state's energy sector will rebound over the forecast horizon, but longer-term prospects are better for natural gas. Coal will see some benefit from global demand growth, particularly the developing world, but domestic use will shrink as more coal-fired generating capacity is retired.

➢ The construction sector's near-term performance will be hurt by the national housing market slowdown, but the overall outlook has improved thanks to a mix of public infrastructure investment and major economic development projects. The $2.7 billion investment by Nucor will be one of the single-largest developments in state history.

➢ Manufacturing will also add jobs at an above-average pace during the five-year forecast horizon and is also expected to enjoy some diversification into new industries, such as clean-tech manufacturing.

➢ West Virginia's healthcare sector will grow at a slower rate compared to the last decade or so, but the state's underlying demographics should support service demand and recent strategic developments and additions by several health system networks provide upside potential.

➢ The state's unemployment rate is expected to increase over the next year or so, reaching five percent or so by late-2023/early-2024. This increase will largely be driven by entry into the labor force.

➢ Real per capita personal income is expected to grow 1.6 percent annually through 2027. Investment income and transfer payments are expected to register the fastest growth over the next five years, while wages and salaries will increase at just over one percent annually.

## Greenbrier Valley

The Greenbrier Valley has had some stability as an economic region within the past four years. Portions of the region suffered additional setbacks as a direct result of the massive damage and loss of life caused by the major flooding event in 2016. Overall, while some growth in the region's hardwood industries and export-driven gains in coal output have bolstered Greenbrier Valley's economy over the past couple of years, the area continues to see payrolls hover close to the lows briefly observed at the height of the Great Recession and are on par with levels recorded during the mid-1990s.

Although technically part of the Allegheny Highlands, the combined area of Alleghany County and independent city of Covington in Virginia are a key part of the Greenbrier Valley economy via the large numbers of commuters flowing back and forth across the state border. These two combined areas account for less than third of the Greenbrier Valley's jobs but are a disproportionate driver of manufacturing activity with more than



half of the region's payrolls and output – much of which is found at WestRock Co.'s bleached paperboard and packaging materials operations along I-64. Long-term structural changes in the industry and productivity gains have led to a decline in paperboard manufacturing payrolls over the past couple of decades, but WestRock has invested nearly half a billion dollars in its local operations and recently received a multi-year $248 million grant to aid in worker skill development and increase capital spending.

Monroe and Pocahontas counties are the smallest in the Greenbrier Valley region but have outperformed the area's larger counties to some extent over the past few years. Monroe County tends to be more of a bedroom community, sending a few thousand residents to neighboring counties in Virginia and West Virginia. However, Monroe plays a critical role in regional manufacturing activity with aerospace manufacturer United Technologies. The county has also experienced a boost in construction activity over the past year or so due to the construction of the Mountain Valley Pipeline.

Pocahontas County has recorded modest payroll growth since 2014, with most of it connected to hardwood production and early-stage wood products manufacturing. Like Monroe and many other counties in West Virginia, Pocahontas County has experienced a jump in construction activity linked to natural gas pipeline infrastructure development. An ongoing court-ordered stoppage of the Atlantic Coast Pipeline has caused all workers to be laid off and significant uncertainty remains over the future of the project.

## Demographics

According to the West Virginia University John Chambers College of Business and Economics, West Virginia Economic Outlook 2020-2024, the following economic and demographic statistics across the state's counties during the past decade and how the measures are expected to perform from a geographic perspective over the next five years. Greenbrier County is forecast to have annual negative population growth through 2026.



Figure 5.1: Annual Population Growth, 2010-2020

Source: US Census Bureau



Figure 5.2: Forecast Annual Population Growth, 2021-2026

Source: WVU BBER County Econometric Model



## Population

### Population By Age 2022



### Population By Age 2027



### Age & Gender 2022



### Median Age 2022



Additional demographic data is shown in the following tables.



## Population and Household Formation

| Demographic Growth Rate Analysis | | | | | | |
|---|---|---|---|---|---|---|
| | 1-Mile Radius | 3-Miles Radius | 5-Miles Radius | White Sulphur Springs City | Greenbrier County | West Virginia |
| **Population** | | | | | | |
| 2010 Total Population | 1,373 | 3,202 | 4,708 | 2,412 | 35,480 | 1,852,994 |
| 2022 Total Population | 1,308 | 2,934 | 4,327 | 2,235 | 32,471 | 1,779,052 |
| 2027 Total Population | 1,283 | 2,875 | 4,221 | 2,182 | 31,799 | 1,762,127 |
| Annual Growth - Past Period | -0.4% | -0.7% | -0.7% | -0.6% | -0.7% | -0.3% |
| Annual Growth - Future Period | -0.4% | -0.4% | -0.5% | -0.5% | -0.4% | -0.2% |
| | | | | | | |
| **Households** | | | | | | |
| 2010 Total Households | 629 | 1,443 | 2,071 | 1,120 | 15,443 | 763,831 |
| 2022 Total Households | 586 | 1,290 | 1,888 | 1,004 | 14,197 | 738,310 |
| 2027 Total Households | 572 | 1,257 | 1,837 | 975 | 13,910 | 732,673 |
| Annual Growth - Past Period | -0.6% | -0.9% | -0.8% | -0.9% | -0.7% | -0.3% |
| Annual Growth - Future Period | -0.5% | -0.5% | -0.5% | -0.6% | -0.4% | -0.2% |

*Source: ESRI; Compiled by Newmark*

As shown, population in the immediate area of the subject is limited, and continues to trend downward.

## Employment/Personal Income

Although lacking a major population center like other economic regions in West Virginia, Greenbrier County represents the economic center of Greenbrier Valley's economy. Greenbrier County contains approximately 50 percent of the region's employment base and hosts a wide array of resource-based industries including timber production, wood products manufacturing and coal mining. The expansion in hardwoods-related production and coal output have buoyed local economic activity during the past two years, as has the growing niche of food and drinking tourism businesses in Lewisburg and other locales.



**Greenbrier Valley Employment Distribution by Sector**

## Employment by Industry

| | |
|---|---|
| Health Care / Social Assistance: | 4,333 |
| Retail Trade: | 3,249 |
| Accommodation / Food Services: | 2,685 |
| Educational Services: | 2,369 |
| Manufacturing: | 1,928 |
| Construction: | 1,867 |
| Transportation / Warehousing: | 1,241 |
| Other Services: | 1,129 |
| Public Administration: | 1,092 |
| Agriculture / Forestry / Fishing / Hunting: | 813 |
| Finance / Insurance: | 705 |
| Professional / Scientific / Tech Services: | 593 |
| Wholesale Trade: | 590 |
| Admin / Support / Waste Management Services: | 503 |
| Arts / Entertainment / Recreation: | 467 |
| Utilities: | 386 |
| Real Estate / Rental / Leasing: | 359 |
| Information: | 273 |
| Mining / Quarrying / Oil & Gas Extraction: | 231 |
| Management of Companies / Enterprises: | 0 |

Employment data by occupation and business/industry sectors provides an indication of the amount of diversification and stability in the local economy. Job sector composition also gives an indication of the predominant drivers of current and future demand for supporting commercial real estate sectors. The following tables display employment data by occupation sector and by business/industry sector for the area and region.



## Current Employment by Occupation Sector

| Occupation Sector | White Sulphur Springs City | | Greenbrier County | | West Virginia | |
|---|---|---|---|---|---|---|
| **White Collar** | **472** | **44.6%** | **8,467** | **54.0%** | **441,320** | **55.8%** |
| Administrative Support | 137 | 12.9% | 1,637 | 10.4% | 91,094 | 11.5% |
| Management/Business/Financial | 60 | 5.7% | 1,991 | 12.7% | 92,506 | 11.7% |
| Professional | 161 | 15.2% | 3,268 | 20.8% | 179,321 | 22.7% |
| Sales and Sales Related | 114 | 10.8% | 1,571 | 10.0% | 78,399 | 9.9% |
| **Services** | **348** | **32.9%** | **3,090** | **19.7%** | **139,720** | **17.7%** |
| **Blue Collar** | **238** | **22.5%** | **4,118** | **26.3%** | **209,489** | **26.5%** |
| Construction/Extraction | 59 | 5.6% | 914 | 5.8% | 55,976 | 7.1% |
| Farming/Fishing/Forestry | 1 | 0.1% | 101 | 0.6% | 2,572 | 0.3% |
| Installation/Maintenance/Repair | 54 | 5.1% | 652 | 4.2% | 32,287 | 4.1% |
| Production | 47 | 4.4% | 901 | 5.7% | 44,455 | 5.6% |
| Transportation/Material Moving | 77 | 7.3% | 1,550 | 9.9% | 74,199 | 9.4% |
| **Total Employees (16+ Occupation Base)** | **1,058** | **100.0%** | **15,675** | **100.0%** | **790,529** | **100.0%** |

*Source: ESRI; Compiled by Newmark*

## Current Employment by Industry Sector

| Industry Sector | White Sulphur Springs City | | Greenbrier County | | West Virginia | |
|---|---|---|---|---|---|---|
| Agriculture/Mining | 10 | 0.9% | 480 | 3.1% | 21,392 | 2.7% |
| Construction | 93 | 8.8% | 1,011 | 6.4% | 57,224 | 7.2% |
| Manufacturing | 29 | 2.7% | 876 | 5.6% | 60,029 | 7.6% |
| Wholesale Trade | 8 | 0.8% | 418 | 2.7% | 14,708 | 1.9% |
| Retail Trade | 132 | 12.5% | 2,366 | 15.1% | 102,511 | 13.0% |
| Transportation/Utilities | 20 | 1.9% | 811 | 5.2% | 54,298 | 6.9% |
| Information | 0 | 0.0% | 164 | 1.0% | 9,548 | 1.2% |
| Finance/Insurance/Real Estate | 38 | 3.6% | 708 | 4.5% | 30,715 | 3.9% |
| Services | 670 | 63.3% | 8,105 | 51.7% | 383,358 | 48.5% |
| Public Administration | 57 | 5.4% | 736 | 4.7% | 56,746 | 7.2% |
| **Total Employees (16+ Occupation Base)** | **1,058** | **99.9%** | **15,675** | **100.0%** | **790,529** | **100.0%** |

*Source: ESRI; Compiled by Newmark*

Comparing the industry sectors for the local market area (3-Miles Radius) to Greenbrier County indicates the local market area is somewhat more heavily weighted toward the Services, Construction, Public Administration, and Retail Trade sectors. By contrast, the industry employment totals for Greenbrier County indicate somewhat higher proportions within the Transportation/Utilities, Manufacturing, Agriculture/Mining, Wholesale Trade, Information, and Finance/Insurance/Real Estate sectors. The following graphic further illustrates this comparison.



**Unemployment**

The following table displays the historical unemployment data for the area derived from the US Department of Commerce, Bureau of Labor Statistics. The most recent reported unemployment rate for the Greenbrier County, WV is 3.6% (February 2023).



**Unemployment Rate: Greenbrier County, WV**

Bars represent beginning to end range of unemployment rates in each year

Orange bars denote increasing unemployment from beginning to end of year

Blue bars are declining unemployment from beginning to end of year

Arrows are extent of unemployment rates over the year

*Compiled by Newmark*

## Income

The graphic below illustrates the average weekly wages by county in West Virginia.





## Income Distributions

| Household Income Analysis | | | | | | |
|---|---|---|---|---|---|---|
| **2022** | **1-Mile Radius** | **3-Miles Radius** | **5-Miles Radius** | **White Sulphur Springs City** | **Greenbrier County** | **West Virginia** |
| Household Income <$15,000 | 56  9.5% | 140  10.9% | 217  11.5% | 102  10.1% | 1,764  12.4% | 94,306  12.8% |
| Household Income $15,000-$24,999 | 112  19.1% | 239  18.5% | 339  18.0% | 192  19.1% | 1,984  14.0% | 75,304  10.2% |
| Household Income $25,000-$34,999 | 73  12.4% | 152  11.8% | 215  11.4% | 118  11.7% | 1,916  13.5% | 74,265  10.1% |
| Household Income $35,000-$49,999 | 90  15.3% | 230  17.8% | 319  16.9% | 160  15.9% | 2,468  17.4% | 104,066  14.1% |
| Household Income $50,000-$74,999 | 124  21.1% | 257  19.9% | 377  20.0% | 205  20.4% | 2,459  17.3% | 132,442  17.9% |
| Household Income $75,000-$99,999 | 82  14.0% | 174  13.5% | 250  13.2% | 141  14.0% | 1,681  11.8% | 96,354  13.1% |
| Household Income $100,000-$149,999 | 43  7.3% | 84  6.5% | 137  7.3% | 75  7.5% | 1,360  9.6% | 100,594  13.6% |
| Household Income $150,000-$199,999 | 4  0.7% | 8  0.6% | 16  0.8% | 7  0.7% | 358  2.5% | 31,567  4.3% |
| Household Income $200,000+ | 3  0.5% | 6  0.5% | 18  1.0% | 5  0.5% | 207  1.5% | 29,411  4.0% |
| Median Household Income | $42,529 | $41,106 | $41,839 | $42,232 | $42,421 | $52,809 |
| Average Household Income | $54,309 | $52,723 | $55,045 | $53,989 | $59,810 | $75,035 |
| Per Capita Income | $24,053 | $23,509 | $24,329 | $24,055 | $26,171 | $31,228 |

*Source: ESRI; Compiled by Newmark*



## Housing Market

The following table shows the various statistics for the housing market in Greenbrier County.

### Housing Overview

| | |
|---|---|
| 2022 Median Home Value: | $134,819 |
| 2027 Median Home Value: | $147,650 |
| 2022 Total Housing Units: | 17,789 |
| 2022 Owner Occupied Units: | 10,258 |
| 2022 Renter Occupied Units: | 3,939 |
| 2022 Vacant Units: | 3,592 |
| 2027 Total Housing Units: | 17,583 |
| 2027 Owner Occupied Units: | 10,169 |
| 2027 Renter Occupied Units: | 3,939 |
| 2027 Vacant Units: | 3,673 |

## Tourism

According to the Greenbrier Valley's annual report by the Greenbrier County Convention and Visitors Bureau, Greenbrier County's most current estimate indicates a $232 million tourism industry and a leading industry in the county. The graphic below shows the economic impact of tourism in Greenbrier County.

A recent six-month study by a destination travel and tourism research and marketing firm in Maryland, commissioned by the Greenbrier Tourism Partnership to assess the county's vibrancy as travel destination found that the tourism ceiling is quite high in the county, unlike many other destinations that don't have the potential. The study revealed the three tourist types emerged as the best fit for what Greenbrier County has to offer. They include outdoor/nature, culinary/dining, and cultural/arts/historical sites. Looking at the three groups of targeted tourists, the untapped market potential is between 459,000 and 817,000 groups. Figuring on an average per party, per visit expenditure of $1,515, the total local spending amount that could result is between $695 million and $1.2 billion. The local tourism bureau expects continued increases in visitation to the area, led by the subject Greenbrier resort as a resort destination.

## Conclusion

Expectations for the West Virginia and US economy during the next five years will have a significant impact on the performance of the Greenbrier Valley going forward. The forecast calls for the region to return to growth after a period of declining or stable levels of economic activity. The floods in 2016, followed by the pandemic in 2020 certainly provided significant setbacks for the region.



Overall, it is anticipated that total employment will increase. Payrolls are expected to grow at their fastest rate over the first half of the outlook period. Manufacturing and tourism activity will be a key factor driving growth in the region's economy going forward.



## LOCAL AREA ANALYSIS



## LOCATION DESCRIPTION

The subject property is located along West Main Street in White Sulphur Springs, just off Interstate 64 in the east portion of West Virginia.

### Drive Times from Subject Property

The following image illustrates the approximate distance from the subject property a motorist could reach at average traffic speeds over a 10-minute period.



Local access through White Sulphur Springs is provided by West Main Street, which runs through the town generally parallel to Interstate 64. Route 60 extends from Exit 181 to Exit 175 off Interstate 64, and provides direct access to the subject.

Regional access is provided via Interstate 64. In West Virginia, Interstate 64 travels for 184 miles passing by the major towns and cities of Huntington, Charleston, Beckley, and Lewisburg. It has only two major junctions within the state: Interstate 77 in Charleston and in Beckley. Interstate 64 extends to the west of the subject into Charleston and east into Virginia. Further into Virginia, I-64 connects with Interstate 81, a major north-south roadway through the state of Virginia, and north into Pennsylvania.

The Greenbrier Valley Airport (LWB) is located on US 219, 3 miles north of I-64, only 20 minutes from The Greenbrier. The airport offers daily and seasonal flights, as well as complete FBO service. Roanoke Airport (ROA) is located only 1 hour and 20 minute drive and offers flights to many major cities on the East Coast. The Greenbrier provides transportation to/from each of these airports.

## Immediate Area Profile

This section discusses uses and development trends in the immediate area that directly impact the performance and appeal of the subject property. We utilized CoStar to perform a search of all office, industrial/flex, retail, and multi-family uses within a 7.00-mile radius of the subject. This searched returned a total of 389 properties totaling ±6 million square feet of space. The distribution of these results is illustrated in the chart below:



**PROPERTY MIX**



The subject's competitive market area is characterized as a commercial, retail and industrial support district. The local area has a mix of commercial uses nearby and the composition is shown in the preceding graph.

## Demographic Profile

The following table details a demographic study of the area, sourced by CoStar, an online resource center that provides information used to analyze and compare the past, present, and future trends of properties and geographical areas.



## DEMOGRAPHIC SNAPSHOT

| Category | 2 mile | 5 mile | 10 mile |
|---|---|---|---|
| **Population** | | | |
| 2010 Population | 3,086 | 4,460 | 19,392 |
| 2022 Population | 3,007 | 4,295 | 19,362 |
| 2027 Population Projection | 2,947 | 4,199 | 19,078 |
| Annual Growth 2010-2022 | -0.2% | -0.3% | 0.0% |
| Annual Growth 2022-2027 | -0.4% | -0.4% | -0.3% |
| **Housing** | | | |
| Median Home Value | $131,550 | $136,622 | $152,798 |
| Median Year Built | 1965 | 1968 | 1974 |
| **Households** | | | |
| 2010 Households | 1,373 | 1,953 | 8,573 |
| 2022 Households | 1,338 | 1,879 | 8,547 |
| 2027 Household Projection | 1,311 | 1,835 | 8,414 |
| Annual Growth 2010-2022 | 0.1% | 0.1% | 0.2% |
| Annual Growth 2022-2027 | -0.4% | -0.5% | -0.3% |
| Owner Occupied Households | 876 | 1,289 | 5,912 |
| Renter Occupied Households | 434 | 546 | 2,502 |
| Avg Household Size | 2.20 | 2.20 | 2.20 |
| **Income** | | | |
| Avg Household Income | $50,220 | $51,677 | $59,550 |
| Median Household Income | $43,199 | $43,062 | $44,164 |
| < $25,000 | 359 | 522 | 2,257 |
| $25,000 - 50,000 | 429 | 594 | 2,619 |
| $50,000 - 75,000 | 277 | 365 | 1,413 |
| $75,000 - 100,000 | 172 | 231 | 960 |
| $100,000 - 125,000 | 56 | 85 | 518 |
| $125,000 - 150,000 | 32 | 51 | 370 |
| $150,000 - 200,000 | 6 | 9 | 206 |
| $200,000+ | 7 | 21 | 205 |

*Source: CoStar*

**Population Growth Trends**

**Distribution of Household Income**



## Retail Development

The following table shows a summary of retail data by type in the immediate area.

| SUMMARY OF RETAIL DEVELOPMENTS | | | | | |
|---|---|---|---|---|---|
| **Property Type** | **Number of Properties** | **NRA (SF)** | **Average Year Built** | **Reported Occupancy** | **Reported Rent (Ask)** |
| Auto Dealership | 5 | 72,389 | 1950 | 100% | $10.53 |
| Bank | 6 | 25,785 | 1995 | 100% | $10.83 |
| Convenience Store | 6 | 28,275 | - | 100% | $11.39 |
| Drug Store | 1 | 6,000 | 1977 | 53% | $11.51 |
| Restaurant | 15 | 85,125 | 1974 | 100% | $11.63 |
| Freestanding | 44 | 650,218 | 1985 | 98% | $10.95 |
| Storefront | 86 | 492,499 | 1937 | 99% | $10.95 |
| Supermarket | 1 | 28,024 | 1990 | 100% | $10.70 |
| General Retail | 73 | 850,529 | 1965 | 98% | $11.01 |
| **TOTAL/AVERAGE** | **237** | **2,238,844** | **1910** | **98%** | **$11.01** |

Source: CoStar

The subject is in an area that has a fairly moderate density of retail structures. The following table shows the largest tracked retail properties in the immediate area, as published by CoStar:

| LARGEST RETAIL DEVELOPMENTS | | | | | | |
|---|---|---|---|---|---|---|
| **No.** | **Name** | **Type** | **NRA (SF)** | **Year Built** | **Reported Occupancy** | **Reported Rent (Ask)** |
| 1 | Red Oaks Shopping Center | General Retail | 165,000 | 1974 | 100% | $8.83 |
| 2 | Red Oaks Shopping Center (add'l bldg) | General Retail | 151,848 | 1971 | 96% | $10.61 |
| 3 | Jefferson Square | Freestanding | 129,596 | | 100% | $10.55 |
| 4 | Lowe's | Freestanding | 104,768 | | 100% | $10.35 |
| 5 | Greenbrier Valley Mall | Freestanding | 90,933 | 1993 | 100% | $10.64 |
| 6 | Greenbrier Valley Mall (add'l bldg) | Freestanding | 85,911 | 1979 | 100% | $8.66 |
| 7 | Red Oaks Shopping Center (add'l bldg) | Freestanding | 56,221 | 1972 | 100% | $10.83 |
| 8 | Retail Property | Freestanding | 43,016 | | 100% | $10.07 |
| 9 | Jefferson Square (add'l bldg) | General Retail | 40,301 | 1999 | 100% | $11.29 |
| 10 | Retail Property | Freestanding | 34,569 | | 100% | $10.93 |

Source: CoStar





## Industrial Development

The following table shows a summary of industrial data by type in the immediate area, as published by CoStar.

| SUMMARY OF INDUSTRIAL DEVELOPMENTS | | | | | |
|---|---|---|---|---|---|
| Type | Number of Properties | NRA (SF) | Average Year Built | Reported Occupancy | Reported Rent (Ask) |
| Industrial | 20 | 731,723 | 1977 | 95% | $6.59 |
| Flex | 11 | 111,469 | 1909 | 100% | $10.02 |
| **TOTAL/AVERAGE** | **31** | **843,192** | **-** | **97%** | **$7.81** |

*Source: CoStar*

The subject is in an area that has a very moderate density of industrial structures. The following table shows the largest tracked industrial properties in the immediate area, as published by CoStar.

| LARGEST INDUSTRIAL PROPERTIES | | | | | | |
|---|---|---|---|---|---|---|
| No. | Name | Property Type | NRA (SF) | Year Built | Reported Occupancy | Reported Rent (Ask) |
| 1 | Industrial Facility | Industrial | 256,017 | | 100% | $5.14 |
| 2 | Industrial Facility | Industrial | 91,500 | 1980 | 100% | $7.33 |
| 3 | Industrial Facility | Industrial | 66,000 | | 100% | $6.83 |
| 4 | Industrial Facility | Industrial | 56,000 | 1939 | 0% | $6.83 |
| 5 | Industrial Facility | Industrial | 52,000 | | 100% | $6.83 |
| 6 | Industrial Facility | Flex | 50,000 | | 100% | $9.36 |
| 7 | Industrial Facility | Industrial | 42,600 | | 100% | $5.30 |
| 8 | Industrial Facility | Industrial | 37,000 | | 100% | $5.30 |
| 9 | Greenbrier Architechtural Woodwork Building | Industrial | 34,836 | 1972 | 100% | $5.32 |
| 10 | Industrial Facility | Industrial | 34,131 | | 100% | $5.32 |

*Source: CoStar*





## PHYSICAL SPECIAL HAZARDS OR ADVERSE INFLUENCES

Generally, properties in the subject neighborhood appear to be functional for their intended use and they exhibit minimal deferred maintenance and sufficient occupancy. No special hazards or detrimental influences were identified that are expected to affect local value levels.

## LOCAL AREA OUTLOOK

The subject is located in a small town in West Virginia, near the border to the state of Virginia. Access is good via Interstate 64. Overall, the subject neighborhood represents good locational characteristics for area businesses and resort operations. Domestic productivity in the region is rebounding, which bodes well for the health of area companies, lodging demand generators, and hotel facilities overall.



# Land Description and Analysis

## GENERAL DESCRIPTION

| | |
|---|---|
| **Location** | The subject property is located along West Main Street in White Sulphur Springs, just off Interstate 64 in the east portion of West Virginia. |
| **Land Area** | The subject lots contain 123.892 acres. The subject estate homes and cottages are part of a larger resort parcel with 222.6 acres. |
| **Frontage** | The subject enjoys good frontage along various roadways throughout the resort. |
| **Shape and Utility** | The site is Irregularly shaped. Site utility is good. |
| **Topography** | The site includes rolling terrain, areas of level street grade land area, and some steep terrain. The topography does not appear to bear any particular development limitations. |
| **Drainage** | No drainage problems were observed at the time of field inspection, and none were disclosed to the appraisers. Please note that this appraisal assumes that surface water collection, both on-site, off-site and in public streets adjacent to the subject, is adequate. |
| **Environmental Hazards** | An environmental assessment report was not provided for review, and during our inspection, we did not observe any obvious signs of contamination on or near the subject. However, environmental issues are beyond our scope of expertise. It is assumed that the property is not adversely affected by environmental hazards. |
| **Ground Stability** | A soils report was not provided for our review. Based on our inspection of the subject and observation of development on nearby sites, there are no apparent ground stability problems. However, we are not experts in soils analysis. We assume that the subject's soil bearing capacity is sufficient to support the subject improvements. Furthermore, it is our understanding that the subject site is not located in a seismic zone. |
| **Utilities** | Utilities to the site are all available. |



| | |
|---|---|
| **Other Land Use Regulations** | We are not aware of any other land use regulations that would affect the property. |
| **Easements, Encroachments and Restrictions** | There do not appear to be any easements, encroachments, or restrictions that would adversely affect value. Our valuation assumes no adverse impacts from easements, encroachments, or restrictions, and further assumes that the subject has clear and marketable title. |
| **Flood Hazard** | The subject property is located in FEMA flood zone X (panel number 54025C0670E, dated 10/16/2012) which is areas of minimal flood hazard, which are the areas outside the SFHA and higher than the elevation of the 0.2-percent-annual-chance flood. |
| | Note that some of the golf course lots are within a flood zone. This area was significantly impacted by flood (summer 2016). There was some minor flooding at the hotel, but ownership reports the impact was very limited and has been repaired for the hotel. Significant repair was required for the golf courses. |

**Flood Zone Map**



| | |
|---|---|
| **CONCLUSION OF SITE ANALYSIS** | The subject site enjoys good access along Interstate 64. The site is weill suited for the planned residential development. |



## LOT MAP



*Note: Lots in Orange are the sites that are part of this valuation.*

# Improvement Description

As noted, the subject includes 4 estate homes and 54 cottages. A description of each is provided in the following section.

Dating to 1778, The Greenbrier in White Sulphur Springs, West Virginia, ranks as one of the oldest and most storied resorts in the United States. For more than 236 years, guests — who have included the likes of celebrities, royals and 28 U.S. presidents — have come to the National Historic Landmark in the Allegheny Mountains, in part, to enjoy the healing properties of the area's natural mineral waters and its many restaurants. For the first time ever, the resort is offering some of its inventory for sale, including the cottages, situated in the heart of the grounds near the main hotel building.

Numbering 68 in total (54 included in this valuation, as 14 have sold since August 2022), the one- to five-bedroom offerings have asking prices from $1.08 million to $4.3 million in price, and include approximately 724 to 2,699 square feet. The cottages are being sold as fully furnished turnkey residences, with interiors by the celebrated New York-based firm Dorothy Draper & Co. (The company is named after the iconic American interior designer Dorothy Draper, who refurbished the entire resort prior to its reopening in April 1948 following World War II, when it was used as a hospital and housing for diplomats.)

Constructed between the late 18th and early 20th centuries, these cottages were introduced as rentals and reserved by families during summers who stayed for weeks, even months, at a time. They would rent the same home year after year, according to longtime Greenbrier historian, Dr. Robert Conte.

Many of the properties are arranged in rows and named after the destinations where their renters were from — Baltimore Row and Florida Row, for instance.

"These rows were mini-communities where families from the same cities socialized all summer over dinner parties, golf games and other occasions," said Conte. "We even have Paradise Row Cottages from the early 1800s, which are the oldest buildings in Greenbrier and got their name because they were the best available accommodations on the property at the time they were built."

The newest cottages, 33 in total, date to the 1990s and are on Spring Row. They were rebuilt to replace structures that had become dilapidated to the point where they couldn't be renovated.

Design is a part of the story that's as significant as the sales of the cottages themselves: Draper's protégé, Carleton Varney, was tasked to give all of the homes a reimagined aesthetic fit for the modern age. He embarked on the multi-decade project of revitalizing the dwellings starting in the mid-1990s, which continued until 2022.

Varney created a look favoring bold colors, such as pineapple yellow, lime and azalea — the latter of which is in the genus rhododendron, which is West Virginia's state flower. He designed rooms with sumptuous florals to bring the surrounding gardens inside and layered them with other patterns to bring eye-catching appeal to the spaces.



The Greenbrier, overall, is famed for spacious interiors with dramatic colors, classical influences and modern touches. According to Saunders, the Draper team's philosophy for the resort is gift-wrapping your vacation memories in a package that's crowned with a dazzling ribbon.

All of the Legacy Cottages are decorated in keeping with this sensibility — and feature luxury fabrics and handcrafted furniture, along with antiques and vintage pieces, and artwork.

Examples of the properties include the Colonnade Estate Home, which has a dining room that holds 30 people, two stately antique crystal chandeliers and a hand-painted floral wallcovering. It also features a powder room with a rose quartz pedestal sink.

Buying a Legacy Cottage has privileges associated with the Greenbrier. Owners have access to The Greenbrier's many amenities, including four golf courses. Residents can also use the tennis and pickleball courts, multiple gyms, a 40,000-square-foot spa, a casino and multiple restaurants including a steakhouse, Prime 44 West, and a sushi spot, In Fusion.

Cottage owners can also take advantage of additional perks, such as a dedicated concierge, free airport transfers and use of branded golf carts — plus free and unlimited use of those golf courses.

Photographs of the interior of cottages are shown as follows.



A summary of the cottages is shown in the following table.

| THE LEGACY CLUB | Address | Square Footage | Bdrms | Baths |
|---|---|---|---|---|
| **Estate Homes** | | | | |
| Colonnade | South Carolina Cottage Drive | 3486 | 3 | 3.5 |
| Hawley | South Carolina Cottage Drive | 5471 | 7 | 6 |
| Top Notch | Top Notch Cottage Drive | 4273 | 4 | 4.5 |
| Valley View | Valley View Estate House Rd | 5803 | 5 | 5.5 |
| **Legacy Cottage - Florida** | | | | |
| Freestanding  Florida | Copeland Hill Drive | 2699 | 4 | 4 |
| **Legacy Cottages - South Carolina** | | | | |
| A with kitchen | South Carolina Cottage Drive | 2176 | 4 | 4 |
| B with kitchen | South Carolina Cottage Drive | 2144 | 4 | 4 |
| C | South Carolina Cottage Drive | 2300 | 3 | 3 |
| D | South Carolina Cottage Drive | 1822 | 4 | 4 |
| E with kitchen | South Carolina Cottage Drive | 2611 | 4 | 4 |
| F with kitchen | South Carolina Cottage Drive | 2611 | 4 | 4 |
| **Legacy Cottages - Tansas** | | | | |
| A with kitchen | South Carolina Cottage Drive | 1541 | 3 | 3 |
| B with kitchen | South Carolina Cottage Drive | 1541 | 3 | 3 |
| C | South Carolina Cottage Drive | 1621 | 3 | 3 |
| D with kitchen | South Carolina Cottage Drive | 1487 | 3 | 3 |
| E | South Carolina Cottage Drive | 1541 | 2 | 2 |
| F | South Carolina Cottage Drive | 1517 | 2 | 2 |
| **Legacy Cottages - Baltimore** | | | | |
| A | White Sulphur Hill Rd | 1624 | 2 | 2 |
| B | White Sulphur Hill Rd | 1716 | 2 | 2 |
| C | White Sulphur Hill Rd | 2241 | 4 | 4 |
| D | White Sulphur Hill Rd | 1933 | 4 | 4 |
| Two-story  E with Kitchen | White Sulphur Hill Rd | 1799 | 4 | 3 |
| F | White Sulphur Hill Rd | 1727 | 3 | 3 |
| Robt E Lee (G) | White Sulphur Hill Rd | 1443 | 2 | 2 |



| Legacy Cottages - Paradise | | | | |
|---|---|---|---|---|
| Freestanding 1 - 6740 | White Sulphur Hill Rd | 877 | 1 | 2 |
| 2 - 6741 | White Sulphur Hill Rd | 825 | 1 | 2 |
| 3 - 6742 | White Sulphur Hill Rd | 825 | 1 | 2 |
| 4 - 6743 | White Sulphur Hill Rd | 825 | 1 | 2 |
| 5 - 6744 | White Sulphur Hill Rd | 825 | 1 | 2 |
| 6 - 6745 | White Sulphur Hill Rd | 825 | 1 | 2 |
| 7 - 6746 | White Sulphur Hill Rd | 825 | 1 | 2 |
| 8 - 6747 | White Sulphur Hill Rd | 983 | 1 | 2 |
| 9 - 6748 | White Sulphur Hill Rd | 983 | 1 | 2 |
| 10 - 6749 | White Sulphur Hill Rd | 825 | 1 | 2 |
| 11 - 6750 | White Sulphur Hill Rd | 825 | 1 | 2 |
| 12 - 6751 | White Sulphur Hill Rd | 825 | 1 | 2 |
| 13 - 6752 | White Sulphur Hill Rd | 825 | 1 | 2 |
| 14 - 6753 | White Sulphur Hill Rd | 825 | 1 | 2 |
| 15 - 6754 | White Sulphur Hill Rd | 825 | 1 | 2 |
| **Legacy Cottages - Spring Row** | | | | |
| 1 - 6301 | Springhouse Lane | 724 | 1 | 1 |
| 2 - 6302 | Springhouse Lane | 724 | 1 | 1 |
| 3 - 6303 | Springhouse Lane | 724 | 1 | 1 |
| 4 - 6304 | Springhouse Lane | 724 | 1 | 1 |
| 5 - 6305 | Springhouse Lane | 724 | 1 | 1 |
| (MODEL)   6 - 6306 | Springhouse Lane | 724 | 1 | 1 |
| 7 - 6307 | Springhouse Lane | 724 | 1 | 1 |
| 8 - 6308 | Springhouse Lane | 724 | 1 | 1 |
| 9 - 6309 | Springhouse Lane | 724 | 1 | 1 |
| 10 - 6310 | Springhouse Lane | 724 | 1 | 1 |
| 11 - 6311 | Springhouse Lane | 724 | 1 | 1 |
| 12 - 6312 | Springhouse Lane | 724 | 1 | 1 |
| 13 - 6313 | Croquet Lawn Drive | 724 | 1 | 1 |
| 14 - 6314 | Croquet Lawn Drive | 724 | 1 | 1 |
| 15 - 6315 | Croquet Lawn Drive | 724 | 1 | 1 |
| 16 - 6316 | Croquet Lawn Drive | 724 | 1 | 1 |
| 17 - 6317 | Croquet Lawn Drive | 724 | 1 | 1 |
| 18 - 6318 | Croquet Lawn Drive | 724 | 1 | 1 |
| 19 - 6319 | Croquet Lawn Drive | 724 | 1 | 1 |
| 20 - 6320 | Croquet Lawn Drive | 724 | 1 | 1 |
| 21 - 6321 | Croquet Lawn Drive | 724 | 1 | 1 |
| 22 - 6322 | Croquet Lawn Drive | 724 | 1 | 1 |
| 23 - 6323 | Croquet Lawn Drive | 724 | 1 | 1 |
| 24 - 6324 | Croquet Lawn Drive | 724 | 1 | 1 |
| 25 - 6325 | Springhouse Lane | 724 | 1 | 1 |
| 26 - 6326 | Springhouse Lane | 724 | 1 | 1 |
| 27 - 6327 | Springhouse Lane | 724 | 1 | 1 |
| 28 - 6328 | Springhouse Lane | 724 | 1 | 1 |
| 29 - 6329 | Springhouse Lane | 724 | 1 | 1 |
| 30 - 6330 | Springhouse Lane | 724 | 1 | 1 |
| 31 - 6331 | Springhouse Lane | 724 | 1 | 1 |
| 32 - 6332 | Springhouse Lane | 724 | 1 | 1 |
| 33 - 6133 | Springhouse Lane | 724 | 1 | 1 |





**Map of Resort – Location of Lots and Cottages Relative to the Hotel**

As noted, we are also providing the valuation of four estate homes, summarized as follows:

| *Name* | *Address* | *SF* | *Bedroom* | *Baths* |
|---|---|---|---|---|
| Colonnade | South Carolina Cottage Drive | 3,486 | 3 | 3.5 |
| Hawley | South Carolina Cottage Drive | 5,471 | 7 | 6 |
| Top Notch | Top Notch Cottage Drive | 4,273 | 4 | 4.5 |
| Valley View | Valley View Estate House Rd. | 5,803 | 5 | 5.5 |

The estate homes are located on the grounds of the Greenbrier resort, all within a short walk to the hotel.

## HAWLEY





The house has five bedrooms on two levels, each with private bath. Guests also enjoy two kitchens, living room, dining room, parlor, sunroom, two porches and a patio.

**Type:** Estate Home | **Bedrooms:** 5 | **Accommodates:** 10 | **Entertains:** 200 | LOCATION

## Enhanced Features for Hawley Estate Home (available for Prevail Rate only)

Complimentary Fresh Flower Arrangements in Living Room Areas.
Complimentary VIP Chocolates for Each Bedroom.
Complimentary Non-Alcoholic Beverages and Snacks in the Kitchen upon Arrival.
Complimentary Parking at Hawley Estate Home.

## Standard Room Features at The Greenbrier

- High-Speed WiFi
- Personal In-Room Safes
- Ice Service Once Daily
- Digital Access to Newspapers
- Clock Radios
- Flat Screen Televisions
- Dual-Line Accessory Compatible Telephones
- Maid Service Daily
- Greenbrier Mineral Spa Toiletries
- Lighted Vanity Mirrors
- Hair Dryers
- Irons/Ironing Boards
- Guest-Controlled Heat/AC
- Non-Smoking
- Robes and Slippers



## VALLEY VIEW





On the lower level is an executive boardroom and bath, wet bar and fireplace. The entire area opens onto a beautiful flagstone terrace. Another feature of the lower floor is a living room with three hideaway double beds. It can be used as a fifth bedroom or conference room.

**Type:** Estate Home | **Bedrooms:** 5 | **Accommodates:** 14 | **Entertains:** 100 | LOCATION

## Enhanced Features for Valley View Estate Home (available for Prevail Rate only)

Complimentary Fresh Flower Arrangements in Living Room Areas.
Complimentary VIP Chocolates for Each Bedroom.
Complimentary Non-Alcoholic Beverages and Snacks in the Kitchen upon Arrival.
Complimentary Parking at Valley View Estate Home.

## Standard Room Features at The Greenbrier

- High-Speed WiFi
- Personal In-Room Safes
- Ice Service Once Daily
- Digital Access to Newspapers
- Clock Radios
- Flat Screen Televisions
- Dual-Line Accessory Compatible Telephones
- Maid Service Daily
- Greenbrier Mineral Spa Toiletries
- Lighted Vanity Mirrors
- Hair Dryers
- Irons/Ironing Boards
- Guest-Controlled Heat/AC
- Non-Smoking
- Robes and Slippers



## TOP NOTCH





Built in 1912, the estate originally served as the private residence of George Stevens, President of the Chesapeake and Ohio Railroad. Top Notch became an estate home in 1930 and was reserved for large families and special guests spending summers at The Greenbrier. During World War II, many illustrious generals occupied Top Notch including General and Mrs. Dwight D. Eisenhower.

As the Top Notch legend continues, The Greenbrier's guests have the opportunity to enjoy yesterday's traditions with today's conveniences.

**Type:** Estate Home | **Bedrooms:** 4 | **Accommodates:** 8 | **Entertains:** 200 | LOCATION

## Enhanced Features for Top Notch Estate Home (available for Prevail Rate only)

Complimentary Fresh Flower Arrangements in Living Room Areas.
Complimentary VIP Chocolates for Each Bedroom.
Complimentary Non-Alcoholic Beverages and Snacks in the Kitchen upon Arrival.
Complimentary Parking at Top Notch Estate Home

## Standard Room Features for The Greenbrier

- High-Speed WiFi
- Personal In-Room Safes
- Ice Service Once Daily
- Digital Access to Newspapers
- Clock Radios
- Flat Screen Televisions
- Dual-Line Accessory Compatible Telephones
- Maid Service Daily
- Greenbrier Mineral Spa Toiletries
- Lighted Vanity Mirrors
- Hair Dryers
- Irons/Ironing Boards
- Guest-Controlled Heat/AC
- Non-Smoking
- Robes and Slippers



## COLONNADE





Colonnade has been a favorite meeting spot for foreign dignitaries, presidents and aristocrats. Its 18th and 19th century American and European furnishings provide dramatic accents throughout the home. The lavishly decorated bedrooms create the effect of a splendid, personal residence.

Ideally suited for entertaining up to 100 people, Colonnade accommodates six people. Private catering is also available to guests of the Colonnade Estate Home.

**Type:** Estate Home | **Bedrooms:** 3 | **Accommodates:** 6 | **Entertains:** 100 | LOCATION

## Enhanced Features for Colonnade Estate Home (available for Prevail Rate only)

Complimentary Fresh Flower Arrangements in Living Room Areas.
Complimentary VIP Chocolates for Each Bedroom.
Complimentary Non-Alcoholic Beverages and Snacks in the Kitchen upon Arrival.
Complimentary Parking at Colonnade Estate Home.

## Standard Room Features at The Greenbrier

- High-Speed WiFi
- Personal In-Room Safes
- Ice Service Once Daily
- Digital Access to Newspapers
- Clock Radios
- Flat Screen Televisions
- Dual-Line Accessory Compatible Telephones
- Maid Service Daily
- Greenbrier Mineral Spa Toiletries
- Lighted Vanity Mirrors
- Hair Dryers
- Irons/Ironing Boards
- Guest-Controlled Heat/AC
- Non-Smoking
- Robes and Slippers



## ZONING

The applicable zoning information for the subject is summarized as follows:

| ZONING SUMMARY | |
|---|---|
| **Zoning Municipality** | County of Greenbrier |
| **Zoning Name** | Not Zoned |
| **Current Use** | Vacant Residential / Improved Homes |
| **Legally Permitted** | Yes |
| **Legal and Conforming Use** | Yes |

We have analyzed the zoning requirements in relation to the subject property, and considered the conformance of the existing or proposed use. We are not experts in the interpretation of complex zoning ordinances but based on our review of public information, the subject property is a conforming use. We not that typical building inspections occur with new development and typical permits are required.

### Historic Registry

Note that the subject is listed on the Historic Registry. To retain historic integrity a property will always possess several, and usually most, of the aspects. The retention of specific aspects of integrity is paramount for a property to convey its significance. Determining which of these aspects are most important to a particular property requires knowing why, where, and when the property is significant. The following sections define the seven aspects and explain how they combine to produce integrity.

Seven Aspects of Integrity for Historic Registry Properties:

•Location

•Design

•Setting

•Materials

•Workmanship

•Feeling

•Association

Any change to any building would require approval from the Historic Registry.

Detailed zoning studies are typically performed by a zoning or land use expert, including attorneys, land use planners, or architects. The depth of our study correlates directly with the scope of this assignment, and it considers all pertinent issues that have been discovered through our due diligence.

We note that this appraisal is not intended to be a detailed determination of compliance, as that determination is beyond the scope of this real estate appraisal assignment.



# Real Estate Taxes

Real estate taxes and assessments for the current tax year are shown in the following table. This includes the 61 available residential lots.

| Name on Tax bill | Map/Parcel | Acreage | Description | Assessment | Full Year Tax |
|---|---|---|---|---|---|
| The Greenbrier Sporting Club Development Company Inc | 26 0051 0000 0000 | 1.7 | LOT 69 - The Ridges on GBR MTN Phase II Sugar Creek Hollow | $90,000 | $1,760 |
| The Greenbrier Sporting Club Development Company Inc | 26 0062 0000 0000 | 2.4 | LOT 38 - The Ridges on GBR MTN Phase II Bear Club Trail | $90,000 | $1,760 |
| The Greenbrier Sporting Club Development Company Inc | 26 0067 0000 0000 | 2.07 | LOT 51 - The Ridges on GBR MTN Phase II McKinley Ridge Rd | $90,000 | $1,760 |
| The Greenbrier Sporting Club Development Company Inc | 26 0070 0000 0000 | 2.19 | LOT 52 - The Ridges on GBR MTN Phase II McKinley Ridge Rd | $90,000 | $1,760 |
| The Greenbrier Sporting Club Development Company Inc | 26 0073 0000 0000 | 2.16 | LOT 53 - The Ridges on GBR MTN Phase II McKinley Ridge Rd | $90,000 | $1,760 |
| The Greenbrier Sporting Club Development Company Inc | 26 0076 0000 0000 | 2.16 | LOT 54 - The Ridges on GBR MTN Phase II McKinley Ridge Rd | $90,000 | $1,760 |
| The Greenbrier Sporting Club Development Company Inc | 26 0079 0000 0000 | 2.59 | LOT 55 - The Ridges on GBR MTN Phase II McKinley Ridge Rd | $90,000 | $1,760 |
| The Greenbrier Sporting Club Development Company Inc | 26 0083 0000 0000 | 4.17 | LOT 56 - The Ridges on GBR MTN Phase II McKinley Ridge Rd | $90,000 | $1,760 |
| The Greenbrier Sporting Club Development Company Inc | 26A 0007 0000 0000 | 0.909 | Lot 25 Or 0.909 Ac Surface Gbr Summit Village Phase 1 From Mckinney | $120,000 | $2,431 |
| The Greenbrier Sporting Club Development Company Inc | 26 0064 0000 0000 | 2.12 | LOT 50 The Ridges on GBR MTN Phase II MCKinley Ridge | $126,000 | $2,464 |
| The Greenbrier Sporting Club Development Company Inc | 21 0042 0000 0000 | 4.121 | LOT 109 - Greenbrier MTN Phase 4 - Wilson Ridge Rd. | $165,000 | $3,227 |
| The Greenbrier Sporting Club Development Company Inc | 21 0148 0000 0000 | 3.701 | LOT 127 The Ridges GBR MTN Phase 6 Polk Lane | $165,000 | $32,227 |
| The Greenbrier Sporting Club Development Company Inc | 26 0089 0000 0000 | 3.218 | LOT 87 The Ridges Phase 3 Dogwood Trail | $165,000 | $3,227 |
| The Greenbrier Sporting Club Development Company Inc | 26 0090 0000 0000 | 2.418 | LOT 86 The Ridges Phase 3 Dogwood Trail | $165,000 | $3,227 |
| The Greenbrier Sporting Club Development Company Inc | 26 0095 0000 0000 | 2.99 | LOT 93 The Ridges Phase 3 Dogwood Trail | $165,000 | $3,227 |
| The Greenbrier Sporting Club Development Company Inc | 26 0096 0000 0000 | 2.432 | LOT 92 The Ridges Phase 3 Dogwood Trail | $165,000 | $3,227 |
| The Greenbrier Sporting Club Development Company Inc | 26 0097 0000 0000 | 2.766 | LOT 91 The Ridges Phase 3 Dogwood Trail | $165,000 | $3,227 |
| The Greenbrier Sporting Club Development Company Inc | 26 0099 0000 0000 | 3.707 | LOT 85 The Ridges Phase 3 Dogwood Trail | $165,000 | $3,227 |
| The Greenbrier Sporting Club Development Company Inc | 26 0103 0000 0000 | 3.089 | LOT 81 The Ridges Phase 3 Arthur Ridge | $165,000 | $3,227 |
| Oakhurst Club LLC | 26 0109 0000 0000 | 2.15 | 2.150 Ac Or Lot 76 The Ridges Phase 3 From Moore | $189,000 | $3,829 |
| The Greenbrier Sporting Club Development Company Inc | 26 0112 0000 0000 | 5.131 | LOT 98 The Ridges Phase 3 Sugar Creek Hollow | $165,000 | $3,227 |
| The Greenbrier Sporting Club Development Company Inc | 26 0113 0000 0000 | 5.038 | LOT 97 The Ridges Phase 3 Sugar Creek Hollow | $165,000 | $3,227 |
| The Greenbrier Sporting Club Development Company Inc | 21J 0002 0000 0000 | 1.785 | LOT 62 - The Ridges on GBR MTN Phase II Sugar Creek Hollow | $165,000 | $3,227 |
| The Greenbrier Sporting Club Development Company Inc | 21J 0003 0000 0000 | 1.776 | LOT 63 GBR Summit Village Phase 3 | $165,000 | $3,227 |
| The Greenbrier Sporting Club Development Company Inc | 21J 0004 0000 0000 | 1.689 | LOT 64 GBR Summit Village Phase 3 | $165,000 | $3,227 |
| The Greenbrier Sporting Club Development Company Inc | 21N 0012 0000 0000 | 0.995 | LOT 38 GBR Summit Village Phase 1 From Summit Properties LLC | $165,000 | $3,227 |
| The Greenbrier Sporting Club Development Company Inc | 21N 0013 0000 0000 | 0.68 | LOT 37 Surface GBR Summit Village Phase 1 | $165,000 | $3,227 |
| The Greenbrier Sporting Club Development Company Inc | 21N 0014 0000 0000 | 0.68 | LOT 36 Surface GBR Summit Village Phase 1 | $165,000 | $3,227 |
| The Greenbrier Sporting Club Development Company Inc | 21N 0021 0000 0000 | 3.78 | LOT 67 GBR Summit Village Phase 3 | $165,000 | $3,227 |
| The Greenbrier Sporting Club Development Company Inc | 21N 0022 0000 0000 | 1.731 | LOT 65 GBR Summit Village Phase 3 | $165,000 | $3,227 |
| The Greenbrier Sporting Club Development Company Inc | 21N 0023 0000 0000 | 3.201 | LOT 66 GBR Summit Village Phase 3 | $165,000 | $3,227 |
| The Greenbrier Sporting Club Development Company Inc | 21P 0002 0000 0000 | 0.815 | LOT 12 Surface GBR Summit Village Phase 1 | $165,000 | $3,227 |
| The Greenbrier Sporting Club Development Company Inc | 21P 0003 0000 0000 | 0.638 | LOT 11 Surface GBR Summit Village Phase 1 | $165,000 | $3,227 |
| The Greenbrier Sporting Club Development Company Inc | 21P 0004 0000 0000 | 1.058 | LOT 9 Surface GBR Summit Village Phase 1 | $165,000 | $3,227 |
| The Greenbrier Sporting Club Development Company Inc | 21P 0016 0000 0000 | 7.267 | Lot 56 Or 7.267 Ac (Surface) Gbr Summit Village Phase 2 | $165,000 | $3,343 |
| The Greenbrier Sporting Club Development Company Inc | 21P 0017 0000 0000 | 7.467 | Lot 54 Or 7.267 Ac (Surface) Gbr Summit Village Phase 2 | $165,000 | $3,343 |
| The Greenbrier Sporting Club Development Company Inc | 21P 0018 0000 0000 | 4.251 | Lot 53 Or 4.251 Ac (Surface) Gbr Summit Village Phase 2 From Wells Fargo Bank | $165,000 | $3,343 |
| The Greenbrier Sporting Club Development Company Inc | 21P 0019 0000 0000 | 2.288 | Lot 55 Or 2.288 Ac (Surface) Gbr Summit Village Phase 2 | $165,000 | $3,343 |
| The Greenbrier Sporting Club Development Company Inc | 21P 0020 0000 0000 | 2.441 | Lot 42 Or 2.441 Ac (Surface) Gbr Summit Village Phase 2 | $165,000 | $3,343 |
| The Greenbrier Sporting Club Development Company Inc | 21P 0031 0000 0000 | 3.013 | Lot 59 Or 3.013 Ac (Surface) Gbr Summit Village Phase 2 | $165,000 | $3,343 |
| The Greenbrier Sporting Club Development Company Inc | 26A 0008 0000 0000 | 0.741 | Lot 26 0.741 Ac Surface Gbr Summit Village Phase 1 | $165,000 | $3,343 |
| The Greenbrier Sporting Club Development Company Inc | 26A 0009 0000 0000 | 0.732 | Lot 27 0.732 Ac Surface Gbr Summit Village Phase 1 | $165,000 | $3,343 |
| The Greenbrier Sporting Club Development Company Inc | 26B 0005 0000 0000 | 0.721 | Lot 28 Or 0.721 Ac Surface Gbr Summit Village Phase 1 From Deerfield Int | $165,000 | $3,343 |
| The Greenbrier Sporting Club Development Company Inc | 22P 0061 0000 0000 | 0.315 | 0.315 Ac Or Lot 43 (Surface) Howards Creek Phase Iii | $191,280 | $3,875 |
| The Greenbrier Sporting Club Development Company Inc | 22P 0062 0000 0000 | 0.297 | 0.297 Ac Or Lot 44 (Surface) Howards Creek Phase Iii | $191,280 | $3,875 |
| The Greenbrier Sporting Club Development Company Inc | 22P 0063 0000 0000 | 0.366 | 0.366 Ac Or Lot 41 (Surface) Howards Creek Phase Iii | $191,280 | $3,875 |
| The Greenbrier Sporting Club Development Company Inc | 21N 0001 0000 0000 | 0.79 | LOT 22 GBR Summit Village Phase 1 From Deerfield INT | $195,600 | $3,825 |
| The Greenbrier Sporting Club Development Company Inc | 26 0056 0000 0000 | 3.75 | LOT 37 The Ridges on GBR MTN Phase II Bear Club Trail | $210,000 | $4,107 |
| The Greenbrier Sporting Club Development Company Inc | 26 0152 0000 0000 | 0.3 | LOT 1 158 Ashford Court S/D | $300,000 | $5,867 |
| The Greenbrier Sporting Club Development Company Inc | 26 0155 0000 0000 | 0.312 | LOT 4 230 Ashford Court S/D | $300,000 | $5,867 |
| The Greenbrier Sporting Club Development Company Inc | 26 0161 0000 0000 | 0.795 | LOT 1 132 Shawnee Corner S/D | $300,000 | $5,867 |
| The Greenbrier Sporting Club Development Company Inc | 26 0162 0000 0000 | 0.339 | LOT 2 154 Shawnee Corner S/D | $300,000 | $5,867 |
| The Greenbrier Sporting Club Development Company Inc | 26 0163 0000 0000 | 0.41 | LOT 3 160 Shawnee Corner S/D | $300,000 | $5,867 |
| The Greenbrier Sporting Club Development Company Inc | 26 0164 0000 0000 | 0.644 | LOT 1 The Willows S/D | $300,000 | $5,867 |
| The Greenbrier Sporting Club Development Company Inc | 26 0165 0000 0000 | 0.505 | LOT 2 The Willows Subdivision | $300,000 | $5,867 |
| The Greenbrier Sporting Club Development Company Inc | 26 0168 0000 0000 | 0.396 | LOT 5 The Willows Subdivision | $300,000 | $5,867 |
| The Greenbrier Sporting Club Development Company Inc | 26 0170 0000 0000 | 0.355 | LOT 7 The Willows Subdivision | $300,000 | $5,867 |
| The Greenbrier Sporting Club Development Company Inc | 26 0171 0000 0000 | 1.07 | LOT 8 The Willows Subdivision | $300,000 | $5,867 |
| The Greenbrier Sporting Club Development Company Inc | 26 0172 0000 0000 | 1.218 | LOT 9 The Willows Subdivision | $300,000 | $5,867 |
| The Greenbrier Sporting Club Development Company Inc | 26B 0004 0000 0000 | 1.051 | Lot 30 Or 1.051 Ac Surface Gbr Summit Village Phase 1 From Deerfield Int | $360,000 | **$7,293** |
| **SUB-TOTALS** | | **61**  **123.892** | | **$11,074,440** | **$247,493** |

A portion of the cottages are part of tax parcel 16 260150000000 that includes a total of 547.83 acres.

The estate homes and additional cottages are part of a larger tax parcel 16 260001000000 that includes 222.64 acres. This includes the Greenbrier Resort Hotel and other related improvements.



## LOCAL TAXATION METHODOLOGY

It is understood that a sale in this jurisdiction does not typically trigger a reassessment, and although there may be a discrepancy between the indicated government-appraised and market value. Therefore, it is not likely that a substantial reassessment would occur immediately following a sale.

It is our understanding that taxes are current; however, we recommend performing a title and tax lien search to properly ascertain the situation of delinquent taxes, if any. If taxes are in fact delinquent, the marketability of the subject could be negatively impacted.



# National Lodging Market Analysis

## RESIDENTIAL LAND MARKET ANALYSIS

The strength of any market depends on supply and demand. The following analysis focuses on conditions affecting the subject's specific market. The analysis addresses regional trends in the raw land market as well as conditions affecting the subject's residential housing market. Supply and demand in the submarket directly affect the subject's viability, as well as its potential exposure time and marketing period.

### National Residential Market

According to the Federal Housing Finance Agency's (FHFA) House Price Index (HPI), home prices, rose by 0.3% from the 3rd Quarter of 2022 to the 4th Quarter of 2022. House prices rose 8.4% from the 4th Quarter of 2021 to the 4th Quarter of 2022. FHA's seasonally adjusted monthly index for December 2022 was down 0.1% from November 2022. Significant findings in the most recent HPI report were as follows:

➢ Nationally, the U.S. housing market has experienced positive annual appreciation each quarter since the start of 2012.

➢ House prices rose in all 50 states, while prices declined in the District of Columbia between the fourth quarters of 2021 and 2022. The five areas with the highest annual appreciation were 1) **Florida**, 15.2 percent; 2) **North Carolina**, 13.4 percent; 3) **South Carolina**, 12.9 percent; 4) **Hawaii**, 12.8 percent; and 5) **Maine**, 12.2 percent. The areas showing the lowest annual appreciation were 1) **District of Columbia**, -0.8 percent; 2) **California**, 2.3 percent; 3) **Idaho**, 3.1 percent; 4) **Oregon**, 3.6 percent; and 5) **Washington**, 3.7 percent.

➢ House prices rose in all but six of the top 100 largest metropolitan areas over the last four quarters. The annual price increase was greatest in **North Port-Sarasota-Bradenton, FL** at 20.1 percent. The metropolitan area that experienced the greatest price decline was **Oakland-Berkeley-Livermore, CA (MSAD)** at -4.3 percent.

➢ Of the nine census divisions, the **South Atlantic** division recorded the strongest fourquarter appreciation, posting a 12.4 percent increase between the fourth quarters of 2021 and 2022. Appreciation was weakest in the **Pacific** division, where prices rose by 2.9 percent.

"House price appreciation continued to wane in the fourth quarter" said Dr. Polkovnichenko, Supervisory Economist in FHFA's Division of Research and Statistics. "House prices grew at a much slower pace in recent quarters amid higher mortgage rates and a decline in mortgage applications. These negative pressures were partially offset by historically low inventory." Historical movements in the FHFA HPI are displayed in the following chart:





**House Price Appreciation Over Previous Four Quarters for U.S.**
Purchase-Only FHFA HPI® (Seasonally Adjusted, Nominal) through 2022Q4

Source: FHFA

On March 5, 2020, the 30-Yr FRM (fixed rate mortgage) rate reached a new all-time low of 3.29%. We note that on March 15, 2020, amid the COVID-19 outbreak, the Federal Reserve cut interest rates to essentially 0 and launched a massive $700 billion quantitative easing program to shelter the economy from the effects of the virus. Since that time, the rate continued to reach new record lows through January 2021, bottoming out January 2, 2021 at 2.65%. Rates hovered between the upper 2's to low 3's through the end of 2021.

Since the beginning of 2022, rates for fixed-rate mortgages have surged, rising more than three full percentage points. As of November 10, 2022, the 30-Yr FRM had increased to 7.08%. By April 13, 2023, the 30-Yr FRM was at 6.27%. The higher borrowing costs are part of a campaign by the Fed to raise interest rates, in an effort to slow inflation. The fallout in the housing market has been immediate. According to the Mortgage Bankers Association, by January 2023, mortgage demand had decreased to the lowest point since 1996. Buyers have lost considerable purchasing power as mortgage rates have more-than doubled since the beginning of last year.

## Mortgage Rates Decrease Slightly

### April 13, 2023

Mortgage rates decreased for the fifth consecutive week. Incoming data suggest inflation remains well above the desired level but showing signs of deceleration. These trends, coupled with tight labor markets, are creating increased optimism among prospective homebuyers as the housing market hits its peak in the spring and summer.





The S&P CoreLogic Case-Shiller U.S. National Home Price Index, covering all nine U.S. census divisions, reported a 3.8% annual gain in January 2023, down from 5.6% the previous month. In the 12 months ending January 2023, the 10-City Composite annual increase came in at 2.5%, down from 4.4% the previous month. The 20-City Composite posted an 2.5% year-over-year gain, down from 4.6% in the previous month. The following analysis was provided in the S&P Dow Jones Indices press release, dated March 28, 2023:

*"2023 began as 2022 had ended, with U.S. home prices falling for the seventh consecutive month," says Craig J. Lazzara, Managing Director at S&P DJI. "The National Composite declined by 0.5% in January, and now stands 5.1% below its peak in June 2022. On a trailing 12-month basis, the National Composite is only 3.8% ahead of its level in January 2022, a result also reflected in our 10- and 20-City Composites (both +2.5% year-over-year).*

*January's market weakness was broadly based. Before seasonal adjustment, 19 cities registered a decline; the seasonally adjusted picture is a bit brighter, with only 15 cities declining. With or without seasonal adjustment, most cities' January declines were less severe than their December counterparts.*

*Miami (+13.8% year-over-year) was the best performing city in January, extending its winning streak to six consecutive months. Tampa (+10.5%) and Atlanta (+8.4%) continued in second and third place, with Charlotte (+8.1%) not far behind. At the other end of the scale, one of the most interesting aspects of January's report is the continued weakness in home prices on the West Coast, as San Diego and Portland joined San Francisco and Seattle in negative year-over-year territory. It's therefore unsurprising that the Southeast (+10.2%) continues as the country's strongest region, while the West (-1.5%) continues as the weakest.*

*Financial news this month has been dominated by ructions in the commercial banking industry, as some institutions' risk management functions proved unequal to the rising level of interest rates. Despite this, the Federal Reserve remains focused on its inflation-reduction targets, which suggest that rates may remain elevated in the near-term. Mortgage financing and the prospect of economic weakness are therefore likely to remain a headwind for housing prices for at least the next several months."*



A chart showing historical changes in S&P/Case-Shiller's HPI is shown below:



National and regional homebuilders had been optimistic and are actively developing residential land in most markets prior to 2022. However, over the past year, the tone has turned negative. After a period of historically low Interest rates, the cost of debt recently had a dramatic increase. For the first time in over 10 years, in April 2022, the 30-year fixed-rate mortgage rate rose above 5% and continued to increase to more than 7% by October 2022. Since that time, the rate has moderated slightly.

Mortgage demand has decreased as has home buyers' purchasing power. Another issue facing the housing market in many areas is an inventory shortage, especially for the lower end of the market. Post-pandemic, difficulty in finding available lots and skilled craftspeople to do the work had hampered some builder's efforts. However, with the current weakening taking place in the market, builders are expecting a shift to much slower sales in the coming year. On a positive note, material and labor shortages that persisted following the COVID-19 pandemic have started to stabilize and build cycle challenges are improving.

## BRANDED RESIDENTIAL – ESTATE HOMES AND COTTAGES

The first true branded residence, the Sherry-Netherland hotel in Manhattan, opened its doors in 1927. Almost a century later, there are more than 400 branded residences across the globe, the majority of which are hotel branded, according to Newmark Research. Growth has been underpinned by demand for the product. More than one in three prime international buyers (39%) would be willing to pay a premium for a branded residence, according to our survey of more than 900 Newmark clients globally. That figure rises to 45% and 43% in Australia and Asia respectively.

The key motivation for purchasing a branded residence is the service provision and amenities. Second comes the development's high-yielding potential, while in third place is the building's management and maintenance. 39% of respondents in a survey by Newark in 2022 would be willing to pay a premium for a branded residence.





## SERVICES AND AMENITIES ARE THE TOP MOTIVES BEHIND THE PURCHASE OF A BRANDED RESIDENCE

Q. If you were to purchase a property in a branded residence, what would be the key motive behind your purchase?

% of respondents

| Service provision and physical amenities | High yield/ investment potential | Building maintenance and management | Brand identity | Lock up and leave option |
|---|---|---|---|---|
| 34% | 25% | 23% | 10% | 8% |

Drivers of demand vary from scheme to scheme. Whilst a brand association and its benefits may result in a premium in any region, the additional value varies substantially. Defining factors and special features, such as historical legacy or park views, can also influence the price that buyers are willing to pay. Everyone we spoke with regarding the subject Greenbrier product echoed the same sentiment, buyers are purchasing history at The Greenbrier, and very unique given the product and location on the Greenbrier Resort property.

Indeed, our research shows that there is great variation on price differentials between global cities, and even within cities. Price premiums can vary from as much as 132% in some cities, to there being no differential at all. Typically, the premiums are between 25% and 35% comparable to non-branded product. The subject estate homes and cottages would be associated with the Greenbrier, and considered a similar branded product.



# Highest and Best Use

## PROCESS

Before a property can be valued, an opinion of highest and best use must be developed for the subject site, both as if vacant, and as improved or proposed. By definition, the highest and best use must be:

- ◆ Physically possible
- ◆ Legally permissible under the zoning regulations and other restrictions that apply to the site
- ◆ Financially feasible
- ◆ Maximally productive (i.e., capable of producing the highest value from among the permissible, possible, and financially feasible uses)

## HIGHEST AND BEST USE AS IF VACANT

The subject site is level at street grade with good accessibility. The subject enjoys good frontage along various roadways throughout the resort. The subject property is located along West Main Street in White Sulphur Springs, just off Interstate 64 in the east portion of West Virginia. The physical characteristics of the site do not appear to impose any unusual restrictions on development. Overall, the physical characteristics of the site and the availability of utilities result in functional utility suitable for a variety of uses.

The site is not zoned.

To our knowledge, there are no legal restrictions (such as easements or deed restrictions) that would effectively limit the use of the subject property.

Financial feasibility, maximal productivity, marketability, legal, and physical factors have been considered and the highest and best use of the subject site as if vacant is to hold as vacant until demand substantiates the development of a residential use.

## HIGHEST AND BEST USE AS IMPROVED

Government regulations (such as zoning and buildings codes) are the main legal factors that influence the highest and best use of the subject property. The subject improvements were built in 1910 and the site is zoned Zoning.

To the best of our knowledge, the subject is considered a legal, conforming use based on zoning requirements. The physical and locational characteristics of the property have been previously discussed in this report. We have determined the property is of good quality construction and in good condition, with adequate service amenities for a property of this type and assume it will remain this way throughout the holding period.

Legal, physical, locational, and marketability factors support the subject's current use as the highest and best use of the subject site. Therefore, the property as improved, meets the physical and locational criteria as the highest and best use of the property.

In addition to legal, physical, and locational considerations, analysis of the subject property as if improved requires the treatment of alternative uses for the property. The five possible alternative treatments of the property are demolition, expansion, renovation, conversion, and continued use "as-is." Among the five



alternative uses, the Highest and Best Use of the subject property as improved is residential development branded with the Greenbrier Resort.



# Valuation

## VALUATION METHODOLOGY

Appraisers usually consider three approaches to estimating the market value of real property. These are the cost approach, sales comparison approach, and the income capitalization approach.

The **sales comparison approach** assumes that an informed purchaser would pay no more for a property than the cost of acquiring another existing property with the same utility. This approach is especially appropriate when an active market provides sufficient reliable data. The sales comparison approach is less reliable in an inactive market or when estimating the value of properties for which no directly comparable sales data is available. The sales comparison approach is often relied upon for owner-user properties.

The **cost approach** assumes that an informed purchaser would pay no more than the cost of producing a substitute property with the same utility. This approach is particularly applicable when the improvements being appraised are relatively new and represent the highest and best use of the land, or when the property has unique or specialized improvements for which there is little or no sales data from comparable properties.

The **income capitalization approach** reflects the market's perception of a relationship between a property's potential income and its market value. This approach converts the anticipated net income from ownership of a property into a value indication through capitalization. The primary methods are direct capitalization, room revenue multiplier, and discounted cash flow analysis (DCF).

## RECONCILIATION

The Development Approach is the most widely used method in appraising sell-off of lots and improved homes. We have therefore placed primary emphasis on this approach.

The cost approach has limited applicability in the valuation of existing homes of the subject age. Along with the difficulty in accurately quantifying physical depreciation due to ongoing capital improvements (which can make this approach less reliable), it is our experience that prudent purchasers of similar properties are more concerned with the economics of the investment. Therefore, prudent investors typically do not rely on the cost approach, and we have not employed the cost approach in this analysis.

Reconciliation of the various value indications into a value conclusion is based on an evaluation of the quantity, quality, and reliability of available data in each approach and the applicability of each approach to the property type.



# Insurable Value

## BACKGROUND

Global warming has resulted in an increase in natural disasters such as hurricanes, floods, wildfires, and other extreme weather events. These disasters can cause significant damage to hotels and other properties, leading to an increase in insurance claims.

As insurance companies are faced with more claims related to natural disasters, they are raising their premiums to cover the increased risks. This means that hotels and other businesses may have to pay higher insurance premiums to protect their properties from potential damage caused by natural disasters.

The impact of these increased insurance premiums on hotel values can be significant. Higher insurance costs can lead to lower profits and reduced cash flow for hotel owners and investors. This, in turn, can reduce the overall value of the hotel.

In addition, higher insurance premiums can make it more difficult for hotels to secure financing and loans. Lenders often consider insurance costs when evaluating the risk associated with a property, and higher premiums can make a property appear riskier.

Overall, the increase in insurance premiums due to global warming is having a significant impact on the hospitality industry. Hotels and other businesses are facing higher costs and reduced profitability, which is affecting their ability to attract investors and maintain property values.

## DEFINITION AND APPROACH

Insurable value is based on the replacement and/or reproduction cost of physical items that are subject to loss from hazards. The Dictionary of Real Estate Appraisal, 6th Edition defines insurable value as:

1. A type of value for insurance purposes.  See also *Insurable Replacement Cost* [*Replacement cost for Insurance Purposes*]

2. Replacement cost for Insurance Purposes - The estimated cost, at current prices as of the effective date of valuation, of a substitute for the building being valued, using modern materials and current standards, design, and layout for insurance coverage purposes guaranteeing that damaged property is replaced with new property (i.e., depreciation is not deducted).

Provision of an Insurable Value by the Appraiser does not change the intended use or user of this Report. No liability is assumed for the Insurable Value estimate provided and it does not guarantee that any estimate or opinion will result in the Property being fully insured for any possible loss that may be sustained. It is recommended that an insurance professional be consulted. The Insurable Value estimate may not be a reliable indication of the replacement or reproduction cost for any date other than the effective date of this Report due to changing costs of labor and materials and due to the changing building codes and governmental regulations and requirements.



## METHODOLOGY

We have calculated insurable value to be replacement cost new of the building improvements, less insurance exclusions. Our estimate of insurable value does not include land value, entrepreneurial profit, depreciation, site improvements, and/or the costs to demolish damaged structures. We further note that we were not provided with, nor have we reviewed a policy associated with the subject improvements. Given the variance in insurable value calculation methodologies, reliance in our estimate should only be made when the estimates made herein are consistent with the in-place policy.

Additionally, at the request of the Client, we have provided an actual cash value estimate. The actual cash value estimate requires a deduction from the replacement cost of the improvements and the personal property for depreciation. Depreciation was estimated on a straight line basis utilizing the age/life method.

| INSURABLE REPLACEMENT COST NEW ANALYSIS | | | | | | |
|---|---|---|---|---|---|---|
| **Component** | **Colonnade** | **Hawley** | **Top Notch** | **Valley View** | **Cottages** | **Total/Ave.** |
| Class Description | C | C | C | C | B | - |
| Marshall Valuation Service Sec/Page/Class | 12/25 | 12/25 | 12/25 | 12/25 | 12/15 | - |
| Quality Rating | Good | Good | Good | Good | Good | **Average** |
| Gross Structure Area | 3,486 SF | 5,471 SF | 4,273 SF | 5,803 SF | 74,729 SF | **93,762 SF** |
| **Base Cost (per SF)** | **$220.00** | **$220.00** | **$220.00** | **$220.00** | **$201.00** | **$204.86** |
| **Square Foot Refinements** | | | | | | |
| Heating and Cooling | $2.75 | $2.75 | $2.75 | $2.75 | $2.75 | **$2.75** |
| Fire Sprinklers | $2.25 | $2.25 | $2.25 | $2.25 | $2.25 | **$2.25** |
| **Subtotal** | **$225.00** | **$225.00** | **$225.00** | **$225.00** | **$206.00** | **$209.86** |
| **Height and Size Refinements** | | | | | | |
| Number of Stories Multiplier | 1.015 | 1.015 | 1.015 | 1.015 | 1.015 | **1.015** |
| Height Per Story Multiplier | 1.027 | 1.027 | 1.027 | 1.027 | 1.027 | **1.027** |
| Area/Perimeter Multiplier | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | **1.000** |
| **Subtotal** | **$234.54** | **$234.54** | **$234.54** | **$234.54** | **$214.74** | **$218.76** |
| **Cost Multipliers** | | | | | | |
| Current Cost Multiplier | 1.050 | 1.050 | 1.050 | 1.050 | 1.050 | **1.050** |
| Local Multiplier | 1.030 | 1.030 | 1.030 | 1.030 | 1.030 | **1.030** |
| **Final Square Foot Cost** | **$253.66** | **$253.66** | **$253.66** | **$253.66** | **$232.24** | **$236.59** |
| Insurable Replacement Cost of Structures | $884,246 | $1,387,753 | $1,083,873 | $1,471,967 | $17,354,792 | $22,182,962 |
| Insurable Value Exclusions 10.0% | -$88,425 | -$138,775 | -$108,387 | -$147,197 | -$1,735,479 | -$2,218,296 |
| Plus FF&E (RCN) | $0 | $0 | $0 | $0 | $0 | $0 |
| Insurable Replacement Cost | $795,821 | $1,248,978 | $975,486 | $1,324,770 | $15,619,312 | $19,964,666 |
| **TOTAL INSURABLE REPLACEMENT COST (ROUNDED)** | | | | | | **$20,000,000** |
| Value per Room | | | | | | $30,303 |
| Value per SF | | | | | | $213.31 |



# Development Approach

## Developer Owned Lots

As noted, the subject includes 61 remaining single-family residential lots available for sale as part of the Greenbrier Sporting Club. The lots are part of several sections of the property, including some mountain lots and some lots along the floor of the resort.

The lots range in size from approximately 0.3 to over 5.0 acres. Utilities are in place for the 61 lots, including public water and a combination of public sewer and private septic systems.  Most of the lots are priced in the $300,000 to $500,000 range. There are premium lots, particularly the Willows, with prices near $1.0 to $1.25 million each and located on the floor of the valley along the golf course. A full list of the lots is provided in the following table.



**Greenbrier Sporting Club**
**Lot Price List**

| Neighborhood | Lot Number | Acres | Price |
|---|---|---|---|
| Greenbrier Summit Village | 9 | 1.058 | $350,000.00 |
| Greenbrier Summit Village | 11 | 0.638 | $350,000.00 |
| Greenbrier Summit Village | 12 | 0.815 | $350,000.00 |
| Greenbrier Summit Village | 26 | 0.741 | $350,000.00 |
| Greenbrier Summit Village | 27 | 0.732 | $350,000.00 |
| Greenbrier Summit Village | 28 | 0.721 | $350,000.00 |
| Greenbrier Summit Village | 36 | 0.688 | $350,000.00 |
| Greenbrier Summit Village | 37 | 0.68 | $350,000.00 |
| Greenbrier Summit Village | 38 | 0.995 | $350,000.00 |
| Greenbrier Summit Village | 42 | 2.441 | $750,000.00 |
| Greenbrier Summit Village | 54 | 7.467 | $550,000.00 |
| Greenbrier Summit Village | 55 | 2.288 | $375,000.00 |
| Greenbrier Summit Village | 56 | 7.267 | $500,000.00 |
| Greenbrier Summit Village | 59 | 3.013 | $575,000.00 |
| Greenbrier Summit Village | 62 | 1.785 | $400,000.00 |
| Greenbrier Summit Village | 63 | 1.776 | $400,000.00 |
| Greenbrier Summit Village | 64 | 1.689 | $400,000.00 |
| Greenbrier Summit Village | 65 | 1.731 | $400,000.00 |
| Greenbrier Summit Village | 66 | 3.201 | $400,000.00 |
| Greenbrier Summit Village | 67 | 3.78 | $400,000.00 |
| The Ridges on Greenbrier Mtn | 37 | 3.75 | $500,000.00 |
| The Ridges on Greenbrier Mtn | 38 | 2.4 | $290,000.00 |
| The Ridges on Greenbrier Mtn | 50 | 2.12 | $325,000.00 |
| **Neighborhood** | **Lot Number** | | **Price** |
| The Ridges on Greenbrier Mtn | 51 | 2.07 | $325,000.00 |
| The Ridges on Greenbrier Mtn | 52 | 2.19 | $325,000.00 |
| The Ridges on Greenbrier Mtn | 53 | 2.16 | $325,000.00 |
| The Ridges on Greenbrier Mtn | 54 | 2.16 | $325,000.00 |
| The Ridges on Greenbrier Mtn | 55 | 2.59 | $325,000.00 |
| The Ridges on Greenbrier Mtn | 56 | 4.17 | $2,200,000.00 |
| The Ridges on Greenbrier Mtn | 69 | 1.7 | $290,000.00 |
| The Ridges on Greenbrier Mtn | 81 | 3.089 | $675,000.00 |
| The Ridges on Greenbrier Mtn | 85 | 3.707 | $500,000.00 |
| The Ridges on Greenbrier Mtn | 86 | 2.418 | $500,000.00 |
| The Ridges on Greenbrier Mtn | 87 | 3.218 | $500,000.00 |
| The Ridges on Greenbrier Mtn | 88 | 3.137 | $750,000.00 |
| The Ridges on Greenbrier Mtn | 91 | 2.766 | $550,000.00 |
| The Ridges on Greenbrier Mtn | 92 | 2.432 | $550,000.00 |
| The Ridges on Greenbrier Mtn | 93 | 2.99 | $550,000.00 |
| The Ridges on Greenbrier Mtn | 95 | 3.122 | $750,000.00 |
| The Ridges on Greenbrier Mtn | 96 | 3.805 | $850,000.00 |
| The Ridges on Greenbrier Mtn | 97 | 5.038 | $550,000.00 |
| The Ridges on Greenbrier Mtn | 98 | 5.274 | $550,000.00 |
| The Ridges on Greenbrier Mtn | 109 | 4.121 | $850,000.00 |
| The Ridges on Greenbrier Mtn | 127 | 3.701 | $900,000.00 |



| | | | |
|---|---|---|---|
| **Howard's Creek** | **41** | **0.366** | **$325,000.00** |
| **Howard's Creek** | **43** | **0.315** | **$325,000.00** |
| **Howard's Creek** | **44** | **0.297** | **$325,000.00** |
| **Meadows Estates** | **1** | **0.88** | **$575,000.00** |
| **Meadows Estates** | **2** | **0.87** | **$625,000.00** |
| **The Willows** | **1** | **0.644** | **$800,000.00** |
| **The Willows** | **2** | **0.505** | **$800,000.00** |
| **The Willows** | **5** | **0.396** | **$1,000,000.00** |
| **The Willows** | **7** | **0.355** | **$1,000,000.00** |
| **The Willows** | **8** | **1.07** | **$1,250,000.00** |
| **The Willows** | **9** | **1.218** | **$1,250,000.00** |
| **Shawnee Corner** | **1** | **0.795** | **$1,000,000.00** |
| **Shawnee Corner** | **2** | **0.361** | **$800,000.00** |
| **Shawnee Corner** | **3** | **0.41** | **$700,000.00** |
| **Ashford** | **1** | **0.3** | **$600,000.00** |
| **Ashford** | **4** | **0.312** | **$600,000.00** |
| **Lodge Cottages Phase Four** | **22** | **0.441** | **$1,000,000.00** |

As noted, in total, there are 61 lots. The general location of the lots and neighborhoods are further illustrated on the following map.







**SUBJECT LOTS IN ORANGE – BLUE COLORED LOTS NOT PLATTED OR INCLUDED IN THIS VALUATION**

The average asking rate for the subject lots is just over $600,000 per lot.

## Lot Values

We have valued the subject separate lots combined via the Subdivision Development Analysis. The subdivision development analysis is a technique that employs parts of the Sales Comparison and the Income Capitalization Approaches. The Sales Comparison Approach is utilized within the subdivision development analysis to provide the requested values of the individual components where appropriate. In the subdivision development analysis, a discounted cash flow is performed by projecting net sales receipts over an anticipated sell-off period, then discounting the net income estimates, in order to derive an indication of present value.

The subdivision development method is applicable to a tract of land or a building where the highest and best use is to subdivide into smaller ownership parcels or units in order to facilitate a sell-off. The process of the development approach mirrors the anticipated sell-off of the individual land bays associated with the subject. All applicable expenses are deducted from the anticipated revenues, resulting in net proceeds to the developer. These proceeds are discounted back, at a market-derived rate, to arrive at a present value indication of the property to a potential investor/developer on a bulk basis. The entire subject property, if sold in its entirety as

of the date of this appraisal, would be sold to a developer who would purchase the site at a discount from the retail value.  Specifically, the development approach involves the following steps:

- ➢ Estimate the market value of the typical lot via the sales comparison approach.
- ➢ Estimate the direct and indirect costs associated with sale of each of the component sites.
- ➢ Estimate the necessary cost of ownership and sales expenses that may be incurred during the sell-off period.  These costs include marketing costs, sales commissions, and administration or oversight costs.
- ➢ Estimate the marketing (sell-off) period required to sell all of the individual parcels.  This will determine the timing of the costs and revenues associated with the development.
- ➢ Discount the net income streams by an appropriate yield (discount) rate, and sum the cash flows to arrive at a net present value estimate.

## Subject Sales

The following tables summarize the sales of the lots that are similar to the subject remaining inventory. This sales data is most applicable and reliable in estimating lot prices for the remaining available lots.



Lot Sales

| 2018 | **Property** | **Location** | **Dev $** |
|---|---|---|---|
| 04 ME | | Meadows | $625,000.00 |
| 67 RGM | | Ridges | $220,000.00 |
| 60 GSV | | Ridges | $525,000.00 |
| Developer Lots | | | $1,370,000.00 |
| Average per Lot | | | $456,666.67 |

| 2019 | **Property** | **Location** | **Dev $** |
|---|---|---|---|
| 82 RGM | | Meadows | $500,000.00 |
| 07 ASH | | Ridges | $550,000.00 |
| 06 ASH | | Ashford | $550,000.00 |
| 94 RGM | | Ashford | $500,000.00 |
| 107 RGM | | Ridges | $540,000.00 |
| 02 ASH | | Ashford | $550,000.00 |
| 03 ASH | | Ashford | $525,000.00 |
| 21 LC | | Lodge Cottages | $800,000.00 |
| Developer Lots | | | $4,515,000.00 |
| Average per Lot | | | $564,375.00 |

| 2020 | **Property** | **Location** | **Dev $** |
|---|---|---|---|
| 116 RGM | | Ridges | $295,000.00 |
| Developer Lots | | | $295,000.00 |
| Average per Lot | | | $295,000.00 |

| 2021 | **Property** | **Location** | **Dev $** |
|---|---|---|---|
| 47 RGM | | Ridges | $325,000.00 |
| Developer Lots | | | $325,000.00 |
| Average per Lot | | | $325,000.00 |

| 2022 | **Property** | **Location** | **Dev $** |
|---|---|---|---|
| 08 ME | | Meadows | $550,000.00 |
| Developer Lots | | | $550,000.00 |
| Average per Lot | | | $550,000.00 |

We also note that there were 8 sales in 2017, with an average lot price of $565,000. 2017 was a strong year of sales activity, with a total of $4,520,000 in sales, or an average of $565,000 per lot. There have been a total of 22 lots sold over the past six years, or an average of 3.66 lots per year. The cumulative sale price equates to $11,575,000, or $526,136 per lot. The sales in 2020 and 2021 were impacted by the pandemic. The market did have a fair amount of in-place inventory (resales) of existing homes in the Sporting Club. Buyers flocked to the market for these existing homes during the pandemic, seeking to escape more urban areas, and sales



increased significantly. The lot and builder market was negatively impacted by the supply chain issues and cost of construction. One broker noted that there are currently only 4 resale homes available, and lot sales should improve in 2023 with price of construction decreasing some in recent months. The broker is marketing the subject lots, and anticipates 15+ sales in 2023.

For the 61 lots with established pricing provided, the average price per lot is near $610,000. In 2023, we have estimated an increase in sales as the market recognizes the lack of existing home inventory. The remaining lot sales are forecast through the next 10 years (or approximately 6 lots per year – on average).

The lot sales within the subject development are most relevant to the projection of future pricing assumptions. There is strong support for the pricing assumed based upon sales to date in the development. The sales that have closed are reported to be selling at or near the asking price. Prices range from $350,000 per lot for smaller lots with limited to views to over $1,000,000 for an elevated lots with views.

The subject is very unique to the region, with no similar projects in the area. As noted, the average actual sale price for lots at the subject has been over $525,000 per lot (2017-2022), and the average asking price for the remaining inventory near $610,000 per lot. The remaining inventory does include more of the higher priced lots on the floor of the resort, and thus the higher average price.

## Comparable Discussion

We discussed the residential lot sales market with several similar resort areas across the U.S.

At the Broadmoor in Colorado, a similar destination resort, there is a similar structure as the subject, with lot sales and home sales within a private club or Residences area of the resort. The 700-room hotel, built in 1918, anchors the resort and surrounding area, includes golf as an amenity. Smaller, less than one acre lots have recently sold near $400,000. Finished home prices at the comparable resort start at over $1.2 million, and increase to over $5.0 million. The representative noted minimal recent sales, and a fairly limited inventory of for-sale product.

The Residences at Reynolds Plantation includes similar exclusive lots. These are part of the previously discussed Ritz Carlton Reynolds Plantation resort in Georgia. Similar lots in the resort include a range from $500,000 to near $1.0 million for the most prime lots (some waterfront). A representative from the resort noted that lot sales have increased in the past year. Most are second home buyers.

In South Carolina, there is a prime development known as Palmetto Bluff, and includes the Inn at Palmetto Bluff hotel and resort (small hotel and two golf courses. The property includes significant land for residential development. Home sites currently available range from $400,000 to over $2.0 million. Home values at $1.2 million to over $12.0 million. The broker reports housing prices are up 20%-40% since 2019, and increased significantly after the pandemic and the change in travel patterns / lifestyle from buyers.

A summary of recent activity at Palmetto Bluff is shown in the following table.



**Palmetto Bluff**

| Lot Sales | | | | | |
|---|---|---|---|---|---|
| Property | Acres | SF | Sale Price | $/Acre | Date |
| 67 Trout Hole Road | 1.29 | 56,192 | $2,950,000 | $2,286,822 | Under Contract |
| 312 Quayside Village Lane | 0.28 | 12,197 | $549,000 | $1,960,714 | Under Contract |
| 11 Persea Street | 0.25 | 10,890 | $495,000 | $1,980,000 | Under Contract |

We believe the actual lot sales at the subject provide most support for the conclusion, along with the noted projects throughout the country. With most weight given to the actual sales at the subject, we have estimated an average sale price for the remaining inventory at $550,000 per lot. This is below the average asking price, and discounted somewhat to entice sales through the projected holding period.

## EXPENSES

### COMMISSIONS/COST OF SALES

We are adjusting the gross sale receipts to reflect an allowance for the costs of sale. These costs typically include commissions, marketing materials, transfer tax, some recording fees and possibly some minimal contributions to the buyer's closing costs.

In order to properly estimate these expenses, we surveyed several developers of several residential projects in the overall region and reviewed development budgets for several projects in the area. The developer responses indicate a total of 3 to 5 percent.

In the valuation of the subject property, we assumed 3% total sale commissions, plus marketing materials/closing expenses of 1.5% including some minimal administrative costs or contributions to the buyer's closing costs. In the development analysis, we use a 4.5% deduction for gross sales receipts, in order to account for the anticipated cost of sales in the proposed environment taking into account the developer's cost of sale estimate and our survey.

### Developer Profit and Discounting

As an incentive for an investor to purchase the lots and market the lots over a lengthy period, a developer profit is required. The preceding analysis includes all remaining direct and indirect costs of development. The developer typically creates, coordinates, and oversees the investment and is entitled to the entrepreneurial profit the venture creates. Accordingly, this expertise must be rewarded.

There are two general methods for applying appropriate rates of return, and both recognize that engaging in a future sales program over time provides a riskier income stream than conventional stabilized real estate investment properties. One method is to apply a single higher rate to the projected cash flows. A second method is to bifurcate the risk elements by applying a typical discount rate associated with the characteristics of real estate investment, and to deduct a separate profit amount to compensate for the return necessary for incurring the risk of selling each individual unit on a speculative basis.

We have selected one of the more commonly used formats in implementing our development analysis, incorporating all entrepreneurial profit and project management in the discount rate (weighted average cost of



capital). We have considered the subject project with regard to its risk in relation to other investments, liquidity, projected absorption period, and our ability to obtain information on return expectations from market participants.

In our analysis, we have considered profit in relation to several major components, the risk and management services to obtain the approvals; develop the project; market the lots; and manage the project during sell-out.

Residential respondents to national surveys have historically reported unleveraged pretax returns (IRRs) that range from 14% to 70% with a sample median of 25%. Returns on the low end of the range were noted for sites where certain development risks had been lessened or eliminated. Several respondents indicate that they expect slightly lower returns when approvals/entitlements are already in place, or where pre-sales occur prior to construction. These responses support the perception that when significant steps in the development process are achieved, risk remaining in the project decreases. In other words, the rate of return decreases over the life of a project.

We have consulted RealtyRates.com, a national commercial real estate data source which tracks actual and pro-forma discount rates on sell-out property types including residential subdivisions. The Developer Survey represents a polling of commercial appraisers, lenders, and local, regional and national developers.

RealtyRates.com provides survey data by property type, with the relevant categories for the subject being Mid-Atlantic Site-Built Residential 100-500 Units. The most recent rates are shown as follows:

| RealtyRates.com DEVELOPER SURVEY - 1st Quarter 2023* Average Comparative (Quarter-Over-Quarter) National Rates | | | | | | |
|---|---|---|---|---|---|---|
| **Subdivisions & PUDs** | | | | | | |
| | Actual Rates | | | Pro-Forma Rates | | |
| | 4Q22 | 3Q22 | Basis Point Change | 4Q22 | 3Q22 | Basis Point Change |
| **Site-Built Residential** | 31.67% | 30.70% | 97 | 30.40% | 29.47% | 93 |
| -100 Units | 28.28% | 27.39% | 89 | 27.15% | 26.29% | 85 |
| 100-500 Units | 30.58% | 29.63% | 95 | 29.94% | 29.01% | 93 |
| 500+ Units | 31.81% | 30.83% | 99 | 31.76% | 30.77% | 98 |
| Mixed Use | 32.20% | 31.20% | 100 | 32.14% | 31.15% | 100 |
| **Manufactured Housing** | 34.70% | 33.63% | 106 | 32.66% | 31.66% | 100 |
| -100 Units | 31.13% | 30.16% | 97 | 29.31% | 28.39% | 92 |
| 100-500 Units | 33.69% | 32.65% | 104 | 32.35% | 31.34% | 100 |
| 500+ Units | 35.07% | 33.98% | 108 | 34.32% | 33.26% | 106 |
| **Business Parks** | 32.76% | 31.70% | 106 | 30.84% | 29.83% | 100 |
| -100 Acres | 29.45% | 28.47% | 97 | 27.72% | 26.80% | 92 |
| 100-500 Acres | 31.84% | 30.80% | 104 | 30.57% | 29.56% | 100 |
| 500+ Acres | 33.13% | 32.04% | 108 | 32.42% | 31.36% | 106 |
| **Industrial Parks** | 29.44% | 28.37% | 106 | 28.32% | 27.29% | 102 |
| -100 Acres | 26.56% | 25.59% | 97 | 25.05% | 24.13% | 92 |
| 100-500 Acres | 28.66% | 27.62% | 104 | 27.57% | 26.57% | 100 |
| 500+ Acres | 29.81% | 28.72% | 108 | 28.11% | 27.09% | 102 |



It is the general perception of the market that the results of this survey tend to lag the marketplace so that if trends are improving, it may be on the conservative side. Or conversely, if the market is weakening, it could be overly optimistic.

In the case of RealtyRates.com, the rates reflect anticipated returns for land that has entitlements in place, but which is not improved. In selecting a reasonable rate, we surveyed land brokers representing opportunistic investors to ascertain their current requirements. To encourage participation, we promised that individual responses would remain confidential and would only be reported as an average of those surveyed. Survey responses ranged from 20% to 30% for typical projects at record plat.

We also examined profit projections for the subject property and surveyed several local market participants. As indicated, the investor's responding to this survey are reporting a wide array of profit expectations. This is not surprising as development projects tend to vary greatly in terms of risk. One factor to consider is that many of these responses may be geared towards development of raw land, which would typically require more profit, due to higher risk. Another factor that should be considered is that the profit expectations cited above are based on cost (including land), rather than the sales receipts. Developers consulted indicated that a required entrepreneurial incentive between 8% and 25% of gross sales would be required in purchasing finished lots in today's market.

The appropriate overall profit for use in the valuation of the subject should near the average of the survey, with recent sale activity. However, most of the higher priced lots remain. Based on the information from regional investors, the current state of the residential and commercial markets indicates a discount rate of 20.0% appears reasonable for the remaining lot sell-off.

The discounted sell-off models are presented on the following table. The discounted present value of the lots is $16,400,000, or just over $268,800 per lot as a bulk sale.

| LOT HOLDING PERIOD - 61 Remaining Lots | | | | | | | | | | | |
| Year | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Remaining Inventory - 15 Lots | 8 | 8 | 6 | 6 | 6 | 6 | 6 | 5 | 5 | 5 | 61 |
| Total Units Sold | 8 | 8 | 6 | 6 | 6 | 6 | 6 | 5 | 5 | 5 | |
| Cumulative Units Sold | 8 | 8 | 14 | 20 | 26 | 32 | 38 | 43 | 48 | 53 | 61 |
| Units Remaining Inventory | 61 | 53 | 47 | 41 | 35 | 29 | 23 | 18 | 13 | 8 | |
| Average Lot Price - Remaining Lots | $600,000 | $600,000 | $600,000 | $618,000 | $636,540 | $655,636 | $675,305 | $695,564 | $716,431 | $737,924 | |
| Total Sale Price - Remaining Lots | $4,800,000 | $4,800,000 | $3,600,000 | $3,708,000 | $3,819,240 | $3,933,817 | $4,051,832 | $3,477,822 | $3,582,157 | $3,689,622 | $39,462,490 |
| Total Sale Price - Lots Under Contract | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Sales | $4,800,000 | $4,800,000 | $3,600,000 | $3,708,000 | $3,819,240 | $3,933,817 | $4,051,832 | $3,477,822 | $3,582,157 | $3,689,622 | $39,462,490 |
| Uses of Cash | | | | | | | | | | | |
| Dvelopment Costs: | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Sales Commissions @ 3.0% | $144,000 | $144,000 | $108,000 | $111,240 | $114,577 | $118,015 | $162,073 | $139,113 | $143,286 | $147,585 | $1,331,889 |
| Closing Costs @ 1.5% | $72,000 | $72,000 | $54,000 | $55,620 | $57,289 | $59,007 | $60,777 | $52,167 | $53,732 | $55,344 | $591,937 |
| Total Expenses | $216,000 | $222,357 | $167,637 | $171,778 | $171,866 | $190,935 | $274,404 | $234,953 | $239,264 | $243,779 | $2,202,762 |
| Net Retail Sales | $4,584,000 | $4,577,643 | $3,432,363 | $3,536,222 | $3,647,374 | $3,742,882 | $3,777,428 | $3,242,869 | $3,342,893 | $3,445,843 | $37,329,516 |
| Discount Rate | 20.0% | | | | | | | | | | |
| Discount Factor | 0.8333333 | 0.6944444 | 0.5787037 | 0.4822531 | 0.4018776 | 0.3348980 | 0.2790816 | 0.2325680 | 0.1938067 | 0.1615056 | |
| PV of Net Cash Flow | $3,820,000 | $3,178,919 | $1,986,321 | $1,705,354 | $1,465,798 | $1,253,484 | $1,054,211 | $754,188 | $647,875 | $556,523 | $16,422,672 |
| Total PV of Net Cash Flows | $16,422,672 | | | | | | | | | | |
| Rounded | $16,400,000 | | | | | | | | | | |
| Per Lot | $268,852 | | | | | | | | | | |



## ESTATE HOMES AND COTTAGES

As noted, part of this valuation includes the estimate market value of 4 estate homes and 54 cottages.  The following table summarizes the inventory of estate homes and cottages.



| THE LEGACY CLUB | Address | Square Footage | Bdrms | Baths | List Price | Sold Price | $/SF | Sale Date |
|---|---|---|---|---|---|---|---|---|
| **Estate Homes** | | | | | | | | |
| Colonnade | South Carolina Cottage Drive | 3486 | 3 | 3.5 | $7,500,000 | | $2,151 | |
| Hawley | South Carolina Cottage Drive | 5471 | 7 | 6 | $10,950,000 | | $2,001 | |
| Top Notch | Top Notch Cottage Drive | 4273 | 4 | 4.5 | $8,550,000 | | $2,001 | |
| Valley View | Valley View Estate House Rd | 5803 | 5 | 5.5 | $11,000,000 | | $1,896 | |
| **Legacy Cottage - Florida** | | | | | | | | |
| Freestanding Florida | Copeland Hill Drive | 2699 | 4 | 4 | $4,318,400 | | $1,600 | |
| **Legacy Cottages - South Carolina** | | | | | | | | |
| A with kitchen | South Carolina Cottage Drive | 2176 | 4 | 4 | $3,264,000 | | $1,500 | |
| B with kitchen | South Carolina Cottage Drive | 2144 | 4 | 4 | $3,216,000 | | $1,500 | |
| C | South Carolina Cottage Drive | 2300 | 3 | 3 | $3,450,000 | | $1,500 | |
| D | South Carolina Cottage Drive | 1822 | 4 | 4 | $2,733,000 | | $1,500 | |
| E with kitchen | South Carolina Cottage Drive | 2611 | 4 | 4 | $3,981,775 | | $1,525 | |
| F with kitchen | South Carolina Cottage Drive | 2611 | 4 | 4 | $3,981,775 | | $1,525 | |
| **Legacy Cottages - Tansas** | | | | | | | | |
| A with kitchen | South Carolina Cottage Drive | 1541 | 3 | 3 | $2,311,500 | | $1,500 | |
| B with kitchen | South Carolina Cottage Drive | 1541 | 3 | 3 | $2,326,000 | | $1,509 | |
| C | South Carolina Cottage Drive | 1621 | 3 | 3 | $2,431,500 | | $1,500 | |
| D with kitchen | South Carolina Cottage Drive | 1487 | 3 | 3 | $2,230,500 | $2,230,500 | $1,500 | 10/3/2022 |
| E | South Carolina Cottage Drive | 1541 | 2 | 2 | $2,311,500 | | $1,500 | |
| F | South Carolina Cottage Drive | 1517 | 2 | 2 | $2,275,500 | | $1,500 | |
| **Legacy Cottages - Baltimore** | | | | | | | | |
| A | White Sulphur Hill Rd | 1624 | 2 | 2 | $2,436,000 | | $1,500 | |
| B | White Sulphur Hill Rd | 1716 | 2 | 2 | $2,574,000 | | $1,500 | |
| C | White Sulphur Hill Rd | 2241 | 4 | 4 | $3,361,500 | | $1,500 | |
| D | White Sulphur Hill Rd | 1933 | 4 | 4 | $2,918,830 | $2,918,830 | $1,510 | 9/9/2022 |
| Two-story E with Kitchen | White Sulphur Hill Rd | 1799 | 4 | 3 | $2,698,500 | | $1,500 | |
| F | White Sulphur Hill Rd | 1727 | 3 | 3 | $2,590,500 | | $1,500 | |
| Robt E Lee (G) | White Sulphur Hill Rd | 1443 | 2 | 2 | $2,164,500 | $2,164,500 | $1,500 | 10/17/2022 |
| **Legacy Cottages - Paradise** | | | | | | | | |
| Freestanding 1 - 6740 | White Sulphur Hill Rd | 877 | 1 | 2 | $1,337,000 | | $1,525 | |
| 2 - 6741 | White Sulphur Hill Rd | 825 | 1 | 2 | $1,258,000 | | $1,525 | |
| 3 - 6742 | White Sulphur Hill Rd | 825 | 1 | 2 | $1,258,000 | | $1,525 | |
| 4 - 6743 | White Sulphur Hill Rd | 825 | 1 | 2 | $1,237,500 | | $1,500 | |
| 5 - 6744 | White Sulphur Hill Rd | 825 | 1 | 2 | $1,237,500 | | $1,500 | |
| 6 - 6745 | White Sulphur Hill Rd | 825 | 1 | 2 | $1,237,500 | | $1,500 | |
| 7 - 6746 | White Sulphur Hill Rd | 825 | 1 | 2 | $1,237,500 | | $1,500 | |
| 8 - 6747 | White Sulphur Hill Rd | 983 | 1 | 2 | $1,474,500 | | $1,500 | |
| 9 - 6748 | White Sulphur Hill Rd | 983 | 1 | 2 | $1,474,500 | | $1,500 | |
| 10 - 6749 | White Sulphur Hill Rd | 825 | 1 | 2 | $1,237,500 | | $1,500 | |
| 11 - 6750 | White Sulphur Hill Rd | 825 | 1 | 2 | $1,237,500 | | $1,500 | |
| 12 - 6751 | White Sulphur Hill Rd | 825 | 1 | 2 | $1,237,500 | | $1,500 | |
| 13 - 6752 | White Sulphur Hill Rd | 825 | 1 | 2 | $1,237,500 | | $1,500 | |
| 14 - 6753 | White Sulphur Hill Rd | 825 | 1 | 2 | $1,237,500 | | $1,500 | |
| 15 - 6754 | White Sulphur Hill Rd | 825 | 1 | 2 | $1,250,000 | | $1,515 | |



| Legacy Cottages - Spring Row | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1 - 6301 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | $1,086,000 | $1,500 | 10/14/2022 |
| 2 - 6302 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | | $1,500 | |
| 3 - 6303 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | | $1,500 | |
| 4 - 6304 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | $1,086,000 | $1,500 | 8/12/2022 |
| 5 - 6305 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | | $1,500 | |
| (MODEL) 6 - 6306 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | | $1,500 | |
| 7 - 6307 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | | $1,500 | |
| 8 - 6308 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | | $1,500 | |
| 9 - 6309 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | | $1,500 | |
| 10 - 6310 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | | $1,500 | |
| 11 - 6311 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | | $1,500 | |
| 12 - 6312 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | $1,086,000 | $1,500 | 3/7/2023 |
| 13 - 6313 | Croquet Lawn Drive | 724 | 1 | 1 | $1,086,000 | | $1,500 | |
| 14 - 6314 | Croquet Lawn Drive | 724 | 1 | 1 | $1,086,000 | | $1,500 | |
| 15 - 6315 | Croquet Lawn Drive | 724 | 1 | 1 | $1,086,000 | | $1,500 | |
| 16 - 6316 | Croquet Lawn Drive | 724 | 1 | 1 | $1,086,000 | $1,086,000 | $1,500 | 12/21/2022 |
| 17 - 6317 | Croquet Lawn Drive | 724 | 1 | 1 | $1,086,000 | | $1,500 | |
| 18 - 6318 | Croquet Lawn Drive | 724 | 1 | 1 | $1,086,000 | $1,086,000 | $1,500 | 8/31/2022 |
| 19 - 6319 | Croquet Lawn Drive | 724 | 1 | 1 | $1,086,000 | | $1,500 | |
| 20 - 6320 | Croquet Lawn Drive | 724 | 1 | 1 | $1,086,000 | | $1,500 | |
| 21 - 6321 | Croquet Lawn Drive | 724 | 1 | 1 | $1,086,000 | $1,086,000 | $1,500 | 1/31/2023 |
| 22 - 6322 | Croquet Lawn Drive | 724 | 1 | 1 | $1,086,000 | $1,086,000 | $1,500 | 1/31/2023 |
| 23 - 6323 | Croquet Lawn Drive | 724 | 1 | 1 | $1,086,000 | | $1,500 | |
| 24 - 6324 | Croquet Lawn Drive | 724 | 1 | 1 | $1,086,000 | | $1,500 | |
| 25 - 6325 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | $1,086,000 | $1,500 | 8/30/2022 |
| 26 - 6326 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | | $1,500 | |
| 27 - 6327 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | $1,086,000 | $1,500 | 10/28/2022 |
| 28 - 6328 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | | $1,500 | |
| 29 - 6329 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | | $1,500 | |
| 30 - 6330 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | | $1,500 | |
| 31 - 6331 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | $1,086,000 | $1,500 | 11/17/2022 |
| 32 - 6332 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | | $1,500 | |
| 33 - 6133 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | $1,086,000 | $1,500 | 12/21/2022 |

As shown, since release of a portion of the cottages in August 2022, there have been 14 sales. These cottages are not part of this valuation, including only the remaining 54 cottages and 4 estate homes. The sales agent notes strong interest in the cottages and estate homes. The estate homes have not been officially released to the sales market. The agent noted that parties have expressed interest in the homes, and would likely sell to high-net worth families that have been visiting the Greenbrier for years.

## COMPARABLE SALES

Similar to the lots at the Sporting Club, the subject product type is very unique. With 26 Presidents visiting the Greenbrier in its history, some staying in the Estate homes and Cottages, brokers we spoke with noted that "buyers are purchasing a piece of history, with limited comparability to any branded residential purchase."



According to brokers, branded residences—those affiliated with hotels or other high-end companies—are attracting buyers left and right, according to a report in The Wall Street Journal in 2023. Their focus on luxe design and amenities has proved fruitful, even if the larger housing sector is struggling. "We always believed if there was a downturn there'd be a flight to quality," the developer Jon Cronin told the WSJ in the recent article.

At the end of 2022, there were 38,900 branded residences across 200 developments in the United States. That's a 40 percent increase from 2010, according to the real-estate firm Savills. Of those homes, about 80 percent are affiliated with a hotel, such as the St. Regis, the Four Seasons or Mandarin Oriental, among others.

For those branded residences with a hotel name, buyers pay an average 30 percent premium for perks like in-room dining, butler service and housekeeping. In just one example of such a property, the Four Seasons is developing a private residence resort near Austin, Texas. The 179 homes and nine villas will be accompanied by 53 private pools, a lake club with more than three dozen boat slips and 100,000 square feet of indoor amenities.

Some hotel groups are even offering up their residences fully furnished: Mandarin Oriental is scheduled to open a property on Manhattan's Fifth Avenue later this year where inhabitants won't even have to buy their own furniture. (That will be the company's third standalone residence, following one in Beverley Hills and one in Barcelona.)

Brokers we surveyed noted the following for comparable data:

➢ Avg Rosewood Residences (several resort locations in and outside of the U.S.) are selling at $2,300/sf One-bedroom 635sf studios (with kitchenettes) are averaging at $1,630/sf with the best view one-bedroom studio recently selling at $2,210/sf. The least expensive (poor location with no view) recently sold for $1,260/sf.

➢ Two-and three-bedroom residences have sold at an average of $1,798/sf 5-bedroom Estate Home sold at $3,200/sf. The subject estate homes are listed near $2,000 per square foot, with a broker in the area reporting strong interest from buyers prior to any release of the homes.

➢ Ritz-Carlton Residences - Pompano Beach, FL has started construction on a stand-alone condo-development with no hotel attached, few amenities, and not turnkey. Avg price per sf is $1,665.

➢ The luxury hotel residential industry model uses a general figure of $1,500 per square foot or $1,000,000 per bedroom for branded product. This is in line with the subject 14 sales in 2022 and 2023, which are given most weight in our analysis.

➢ The previously noted Palmetto Bluff development includes the following recent sales and listings. These homes are inferior to the subject Greenbrier branded product.



**Palmetto Bluff**

| Home Sales | | | | |
| --- | --- | --- | --- | --- |
| 19 Harrier Street | 4,455 | $3,450,000 | $774 | Under Contract |
| 3 Bells Park South | 3,573 | $3,621,000 | $1,013 | Under Contract |
| 184 Vinson Road | 4,315 | $3,195,000 | $740 | Under Contract |
| 409 Old Palmetto Bluff Road | 8,291 | $8,495,000 | $1,025 | Listing |
| 123 August Lane | 3,135 | $4,899,000 | $1,563 | Listing |

➢ As noted, the Sporting Club includes some existing inventory of residential homes. Recent sales are noted in the following table. The broker for the resort noted that interest rate increases have little impact on the typical buyer for product at The Greenbrier, with all cash transactions being typical.

**Sporting Club Homes Sales 2019-2023**

**2023**

| Property | Sales Price | Square Footage | |
| --- | --- | --- | --- |
| Lodge Cottage 19 | $4,100,000 | 4,931 | $831.47 |
| Longmeadows 507-509 | $1,890,000 | 5,710 | $331.00 |
| Copeland Hill 13 | $1,250,000 | 3,300 | $378.79 |
| Copeland Hill 30 | $1,025,000 | 2,700 | $379.63 |
| Creekside 327 | $1,010,000 | 2,414 | $418.39 |
| **2022** | | | |
| Ridges 79-A | $2,425,000 | 5,546 | $437.25 |
| Lodge Cottage 02 | $1,950,000 | 4,425 | $440.68 |
| Traveller's Hill 03 | $2,575,000 | 7,409 | $347.55 |
| Lodge Cottage 16 | $1,790,000 | 4,425 | $404.52 |
| Village Run Road 197 | $868,276 | 3,000 | $289.43 |
| Creekside 340 | $1,175,000 | 2,419 | $485.74 |
| Ridges 06 | $1,320,000 | 4,142 | $318.69 |
| Lodge Cottage 01 | $2,072,000 | 4,425 | $468.25 |
| White Sulphur Hill 51 | $1,870,000 | 5,200 | $359.62 |
| Creekside 326 | $1,100,000 | 2,500 | $440.00 |
| White Sulphur Hill 45-A | $3,100,000 | 6,114 | $507.03 |
| Copeland Hill 27 | $1,350,000 | 2,700 | $500.00 |
| Howard's Creek 33 | $1,625,000 | 4,087 | $397.60 |
| Lodge Cottage 11 | $2,000,000 | 5,614 | $356.25 |
| Howard's Creek 03 | $1,690,000 | 3,600 | $469.44 |
| Springhouse Cottage 06 | $2,300,000 | 5,398 | $426.08 |
| Greenbrier Summit Village 46 | $1,980,000 | 4,157 | $476.31 |
| Creekside 244 | $910,000 | 2,419 | $376.19 |
| White Sulphur Hill 59 | $2,275,000 | 4,825 | $471.50 |
| Creekside 320 | $1,220,000 | 2,499 | $488.20 |
| Lodge Cottage 06 | $1,600,000 | 4,700 | $340.43 |



> ➢ The sales generally include prices at $500 per square foot or below. While not comparable to the subject Greenbrier branded residential, they are sales in the immediate area, part of the Sporting Club.

> ➢ After just five days of accepting contracts, 40 of the 46 available homes at the upcoming Cirque Residences x Viceroy in Snowmass Village outside of Aspen are already under contract. The speedy success of the much-anticipated sequel to the original Viceroy Residences puts it on track to be the latest in a string of sold-out luxury residential developments in the area.

> ➢ Affiliation with a luxury hotel and the available amenities offered thanks to that affiliation were a key part of the appeal for buyers, indicated Taylor Burstyn of leading Colorado brokerage Slifer, Smith & Frampton Real Estate. "The services are a big seller for this product. They add to the lifestyle that so many buyers are identifying with." Such amenities include room service, a spa and fitness center and three on-site restaurants. All are available at the subject, and along with three championship Golf Courses and other amenities. The broker noted prices of $1,0000 to $2,000 per square foot.

As noted, most weight is given to the subject 14 sales in 2022 and 2023 for the subject cottages. The following table summarizes the recent sales.

| THE LEGACY CLUB | Address | Square Footage | Bdrms | Baths | List Price | Sold Price | $/SF | Sale Date |
|---|---|---|---|---|---|---|---|---|
| D with kitchen | South Carolina Cottage Drive | 1487 | 3 | 3 | $2,230,500 | $2,230,500 | $1,500 | 10/3/2022 |
| D | White Sulphur Hill Rd | 1933 | 4 | 4 | $2,918,830 | $2,918,830 | $1,510 | 9/9/2022 |
| Robt E Lee (G) | White Sulphur Hill Rd | 1443 | 2 | 2 | $2,164,500 | $2,164,500 | $1,500 | 10/17/2022 |
| 1 - 6301 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | $1,086,000 | $1,500 | 10/14/2022 |
| 4 - 6304 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | $1,086,000 | $1,500 | 8/12/2022 |
| 12 - 6312 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | $1,086,000 | $1,500 | 3/7/2023 |
| 16 - 6316 | Croquet Lawn Drive | 724 | 1 | 1 | $1,086,000 | $1,086,000 | $1,500 | 12/21/2022 |
| 18 - 6318 | Croquet Lawn Drive | 724 | 1 | 1 | $1,086,000 | $1,086,000 | $1,500 | 8/31/2022 |
| 21 - 6321 | Croquet Lawn Drive | 724 | 1 | 1 | $1,086,000 | $1,086,000 | $1,500 | 1/31/2023 |
| 22 - 6322 | Croquet Lawn Drive | 724 | 1 | 1 | $1,086,000 | $1,086,000 | $1,500 | 1/31/2023 |
| 25 - 6325 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | $1,086,000 | $1,500 | 8/30/2022 |
| 27 - 6327 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | $1,086,000 | $1,500 | 10/28/2022 |
| 31 - 6331 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | $1,086,000 | $1,500 | 11/17/2022 |
| 33 - 6133 | Springhouse Lane | 724 | 1 | 1 | $1,086,000 | $1,086,000 | $1,500 | 12/21/2022 |

All of the sales were sold at asking price, and the broker and owner representative noted that no sales would occur below the asking price going forward given the unique opportunity afforded to buyers to own at the Greenbrier.

We believe the subject, given the unique product offered, will sell at asking, similar to the recent sales. Similar to the land valuation presented prior, we have estimated a sell-off of the product over a holding period. The



average estate home price is $9,500,000, and utilized in the cash flow for the sell-off. We also averaged the sale price for the various groups of cottages.

In the cash flow to follow, we have established sales for the four estate homes and cottages. We have not escalated the pricing of the product until Year 3 to entice buyers in the initial sell-off. Commencing in Year 3, we have increased the pricing at 3.0% annually. The holding period includes approximately 4 years, or approximately 1.2 homes per month (on average). The existing absorption since release of the Spring Row cottages includes an average of 1.75 sales per month.

## EXPENSES

### COMMISSIONS/COST OF SALES

We are adjusting the gross sale receipts to reflect an allowance for the costs of sale. These costs typically include commissions, marketing materials, transfer tax, some recording fees and possibly some minimal contributions to the buyer's closing costs.

In order to properly estimate these expenses, we surveyed several developers of several residential projects in the overall region and reviewed development budgets for several projects in the area. The developer responses indicate a total of 3 to 5 percent.

In the valuation of the subject property, we assumed 3% total sale commissions, plus marketing materials/closing expenses of 1.5% including some minimal administrative costs or contributions to the buyer's closing costs. In the development analysis, we use a 4.5% deduction for gross sales receipts, in order to account for the anticipated cost of sales in the proposed environment taking into account the developer's cost of sale estimate and our survey.

### Developer Profit and Discounting

We reference the reader to the prior discussion of the discount rate, Residential respondents to national surveys have historically reported unleveraged pretax returns (IRRs) that range from 14% to 70% with a sample median of 25%. Returns on the low end of the range were noted for sites where certain development risks had been lessened or eliminated. Several respondents indicate that they expect slightly lower returns when approvals/entitlements are already in place, or where pre-sales occur prior to construction. These responses support the perception that when significant steps in the development process are achieved, risk remaining in the project decreases. In other words, the rate of return decreases over the life of a project.

We have consulted RealtyRates.com, a national commercial real estate data source which tracks actual and pro-forma discount rates on sell-out property types including residential subdivisions. The Developer Survey represents a polling of commercial appraisers, lenders, and local, regional and national developers.

RealtyRates.com provides survey data by property type. The most recent rates are shown as follows:



| RealtyRates.com DEVELOPER SURVEY - 1st Quarter 2023* | | | | | | |
|---|---|---|---|---|---|---|
| Average Comparative (Quarter-Over-Quarter) National Rates | | | | | | |
| Subdivisions & PUDs | | | | | | |
| | Actual Rates | | | Pro-Forma Rates | | |
| | 4Q22 | 3Q22 | Basis Point Change | 4Q22 | 3Q22 | Basis Point Change |
| Site-Built Residential | 31.67% | 30.70% | 97 | 30.40% | 29.47% | 93 |
| -100 Units | 28.28% | 27.39% | 89 | 27.15% | 26.29% | 85 |
| 100-500 Units | 30.58% | 29.63% | 95 | 29.94% | 29.01% | 93 |
| 500+ Units | 31.81% | 30.83% | 99 | 31.76% | 30.77% | 98 |
| Mixed Use | 32.20% | 31.20% | 100 | 32.14% | 31.15% | 100 |
| Manufactured Housing | 34.70% | 33.63% | 106 | 32.66% | 31.66% | 100 |
| -100 Units | 31.13% | 30.16% | 97 | 29.31% | 28.39% | 92 |
| 100-500 Units | 33.69% | 32.65% | 104 | 32.35% | 31.34% | 100 |
| 500+ Units | 35.07% | 33.98% | 108 | 34.32% | 33.26% | 106 |
| Business Parks | 32.76% | 31.70% | 106 | 30.84% | 29.83% | 100 |
| -100 Acres | 29.45% | 28.47% | 97 | 27.72% | 26.80% | 92 |
| 100-500 Acres | 31.84% | 30.80% | 104 | 30.57% | 29.56% | 100 |
| 500+ Acres | 33.13% | 32.04% | 108 | 32.42% | 31.36% | 106 |
| Industrial Parks | 29.44% | 28.37% | 106 | 28.32% | 27.29% | 102 |
| -100 Acres | 26.56% | 25.59% | 97 | 25.05% | 24.13% | 92 |
| 100-500 Acres | 28.66% | 27.62% | 104 | 27.57% | 26.57% | 100 |
| 500+ Acres | 29.81% | 28.72% | 108 | 28.11% | 27.09% | 102 |

For the subject, risk is significantly minimized for this product, as the owner is selling finished homes with branding to the Greenbrier hotel. As shown, there is strong interest in the product, with 14 sales of cottages since August 2022.

The appropriate overall profit for use in the valuation of the subject should be below the average. Based on the information from regional investors, the current state of the residential and commercial markets indicates a discount rate of 15.0% appears reasonable for the remaining lot sell-off of the homes.

The discounted sell-off models are presented on the following table. The discounted present value of the lots is $94,000,000, or just over $1.6 million per home for bulk sell-off.



| 58 Homes - Estate Homes and Cottages | | | | | |
|---|---|---|---|---|---|
| Year | Year 1 | Year 2 | Year 3 | Year 4 | Total |
| | | | | | |
| 4 Estate Homes | 2 | 2 | 0 | 0 | **4** |
| Florida Cottage | 0 | 1 | 0 | 0 | **1** |
| SC, Tansas, Baltimore, Paradise | 2 | 8 | 12 | 9 | **31** |
| Spring Row | 8 | 10 | 4 | 0 | **22** |
| **Total Units Sold** | **12** | **21** | **16** | **9** | |
| | | | | | |
| Cumulative Units Sold | 12 | 33 | 49 | 58 | **58** |
| Units Remaining Inventory | 46 | 25 | 9 | 0 | |
| | | | | | |
| Average Price  - Estate Homes | $9,500,000 | $9,500,000 | $9,785,000 | $10,078,550 | |
| Average Price - Florida | $4,318,400 | $4,318,400 | $4,447,952 | $4,581,391 | |
| Average Price - SC, Tansas, Baltimore, Paradise | $2,130,800 | $2,130,800 | $2,194,724 | $2,260,566 | |
| Average Price- Spring Row | $1,086,000 | $1,086,000 | $1,118,580 | $1,152,137 | |
| | | | | | |
| Total Sales - Estate Homes | $19,000,000 | $19,000,000 | $0 | $0 | **$38,000,000** |
| Total Sales - Florida | $0 | $4,318,400 | $0 | $0 | **$4,318,400** |
| Total Sales - SC, Tansas, Baltimore, Paradise | $4,261,600 | $17,046,400 | $26,336,688 | $20,345,091 | **$67,989,779** |
| Total Sales - Spring Row | $8,688,000 | $10,860,000 | $4,474,320 | $0 | **$24,022,320** |
| | | | | | |
| Total Sales | $31,949,600 | $51,224,800 | $30,811,008 | $20,345,091 | **$134,330,499** |
| | | | | | |
| **Uses of Cash** | | | | | |
| Dvelopment Costs: | $0 | $0 | $0 | $0 | **$0** |
| Sales Commissions @ 3.0% | $958,488 | $1,536,744 | $924,330 | $610,353 | **$4,029,915** |
| Closing Costs @ 1.5% | $479,244 | $768,372 | $462,165 | $305,176 | **$2,014,957** |
| **Total Expenses** | $1,437,732 | $2,308,115 | $1,387,575 | $915,529 | **$7,908,252** |
| | | | | | |
| **Net Retail Sales** | $30,511,868 | $48,916,685 | $29,423,433 | $19,429,562 | **$128,281,549** |
| | | | | | |
| Discount Rate | 15.0% | | | | |
| Discount Factor | 0.8695652 | 0.7561437 | 0.6575162 | 0.5717532 | |
| | | | | | |
| **PV of Net Cash Flow** | $26,532,059 | $36,988,042 | $19,346,385 | $11,108,915 | $93,975,401 |
| | | | | | |
| **Total PV of Net Cash Flows** | $93,975,401 | | | | |
| **Rounded** | **$94,000,000** | | | | |
| **Per Lot** | **$1,620,690** | | | | |

As shown, the gross sell-out of the product is $134.3 million. Some related expenses are estimated, including a total of $7.9 million, with net proceeds of $128.3 million. Any buyer would require some profit / discounting for the purchase of all homes as a bulk purchase and associated risk. The net present value of the proceeds is $94,000,000.



# Reconciliation

The Reconciliation of Value Conclusions is the final step in the appraisal process and involves the weighing of the individual valuation techniques in relationship to their substantiation by market data, and the reliability and applicability of each valuation technique to the subject property. Understanding the profiles of potential buyers and their typical reliance on each approach to value strongly influences the weighting process.

As addressed earlier in this report, the cost approach has limited reliability in the valuation for older homes similar to the subject. This approach was not utilized for the subject improvements.

The sales comparison approach was employed as part of the Development Approach. The Development Approach includes components of the Sales Comparison Approach and Income Capitalization Approach. In this analysis, the Discounted Cash Flow was developed and relied upon most heavily in arriving at our final determination of value. The value estimates by this approach best reflects the analysis that knowledgeable buyers and sellers carry out in their decision-making processes regarding this type of property. Sufficient market data was available to reliably estimate revenues and expenses for the sell-off of the lots and improved home sites.

Our opinion of value reflects current conditions and the likely actions of market participants as of the date of value. It is based on the available information gathered and provided to us, as presented in this report, and does not predict future performance. Changing market or property conditions can and likely will have an effect on the subject 's value.

**Reconciliation of Value Conclusions**

We have placed primary emphasis on the Development Approach and, more specifically, the Discounted Cash Flow method as this mirrors the methodology of purchasers of this type of property. After considering all the factors relevant to the valuation of the subject property, our overview value conclusions and final reconciled values are presented in the following table:

| OVERVIEW OF VALUE CONCLUSIONS | |
|---|---|
| Methodology for Market Value Conclusions | As Is April 16, 2023 |
| **Development Approach** | |
| 61 Developer Lots | $16,400,000 |
| 4 Estate Homes / 54 Cottage | $94,000,000 |

**Exposure Time**

Exposure time is the length of time the subject property would have been exposed for sale in the market had it sold on the effective valuation date at the concluded market value. Exposure time is always presumed to precede the effective date of the appraisal.



Recent sales transaction data for similar properties, supply and demand characteristics for the local market, and the opinions of local market participants were reviewed and analyzed. Based on this data and analysis, it is our opinion that the probable exposure time for the subject at the concluded market value for all valuation scenarios is 12 months or less.

**Marketing Time**

Marketing time is an estimate of the amount of time it might take to sell a property at the concluded market value immediately following the effective date of value. Accordingly, we estimate the subject's marketing period for all valuation scenarios is 12 months or less.



# Assumptions & Limiting Conditions

The Appraisal contained in this Report (herein "Report") is subject to the following assumptions and limiting conditions:

1.  Unless otherwise stated in this Report, title to the property which is the subject of this Report (herein, "Property") is assumed to be good and marketable and free and clear of all liens and encumbrances and that there are no recorded or unrecorded matters or exceptions to title that would adversely affect marketability or value.  No responsibility is assumed for the legal description, zoning, condition of title or any matters which are legal in nature or otherwise require expertise other than that of a professional real estate appraiser.  This Report shall not constitute a survey of the Property.

2.  Unless otherwise stated in this Report, it is assumed: that the improvements on the Property are structurally sound, seismically safe and code conforming; that all building systems (mechanical/electrical, HVAC, elevator, plumbing, etc.)  are in good working order with no major deferred maintenance or repair required; that the roof and exterior are in good condition and free from intrusion by the elements; that the Property and improvements conform to all applicable local, state, and federal laws, codes, ordinances and regulations including environmental laws and regulations.  No responsibility is assumed for soil or subsoil conditions or engineering or structural matters. The Property is appraised assuming that all required licenses, certificates of occupancy, consents, or other legislative or administrative authority from any local, state, or national government or private entity or organization have been or can be obtained or renewed for any use on which the value estimates contained in this Report is based, unless otherwise stated.  The physical condition of the Property reflected in this Report is solely based on a visual inspection as typically conducted by a professional appraiser not someone with engineering expertise. Responsible ownership and competent property management are assumed.

3.  Unless otherwise stated in this Report, this Report did not take into consideration the existence of asbestos, PCB transformers or other toxic, hazardous, or contaminated substances or underground storage tanks, or the cost of encapsulation, removal or remediation thereof. Real estate appraisers are not qualified to detect such substances.  The presence of substances such as asbestos, urea formaldehyde foam insulation, contaminated groundwater or other potentially hazardous materials and substances may adversely affect the value of the Property.  Unless otherwise stated in this Report, the opinion of value is predicated on the assumption that there is no such material or substances at, on or in the Property.

4.  All statements of fact contained in this Report as a basis of the analyses, opinions, and conclusions herein are true and correct to the best of the appraiser's actual knowledge and belief.  The appraiser is entitled to and relies upon the accuracy of information and material furnished by the owner of the Property or owner's representatives and on information and data provided by sources upon which members of the appraisal profession typically rely and that are deemed to be reliable by such members. Such information and data obtained from third-party sources are assumed to be reliable and have not been independently verified. No warranty is made as to the accuracy of any of such information and data. Any material error in any of the said information or data could have a substantial impact on the conclusions of this Report.  The appraiser reserves the right to amend conclusions Reported if made aware of any such error.

5.  The opinion of value stated in this Report is only as of the date of value stated in this Report. An appraisal is inherently subjective, and the conclusions stated apply only as of said date of value, and no representation is made as to the effect of subsequent events.  This Report speaks only as of the date hereof.

6.  Any projected cash flows included in the analysis are forecasts of estimated future operating characteristics and are predicated on the information and assumptions contained within this Report.  Any projections of income, expenses and economic conditions utilized in this Report are not predictions of the future.  Rather, they are estimates of market expectations of future income and expenses.  The achievement of any financial projections will be affected by fluctuating economic conditions and is dependent upon other future occurrences that cannot be assured.  Actual results may vary from the projections considered herein.  There is no warranty or assurances that these forecasts will occur.  Projections may be affected by circumstances beyond anyone's knowledge or control. Any income and expense estimates contained in this Report are used only for the purpose of estimating value and do not constitute predictions of future operating results.

7.  The analyses contained in this Report may necessarily incorporate numerous estimates and assumptions regarding Property performance, general and local business and economic conditions, the absence of material changes in the competitive environment and other matters. Some estimates or assumptions, however, inevitably will not materialize, and unanticipated events and circumstances may occur; therefore, actual results achieved during the period covered by the analysis will vary from estimates, and the variations may be material.

8.  All prospective value opinions presented in this Report are estimates and forecasts which are prospective in nature and are subject to considerable risk and uncertainty. In addition to the contingencies noted in the preceding paragraphs, several events may occur that could



substantially alter the outcome of the estimates such as, but not limited to changes in the economy, interest rates, capitalization rates, behavior of consumers, investors and lenders, fire and other physical destruction, changes in title or conveyances of easements and deed restrictions, etc. In making prospective estimates and forecasts, it is assumed that conditions reasonably foreseeable at the present time are consistent or similar with the future.

9. The allocations of value for land and improvements must not be used in conjunction with any other appraisal and are invalid if so used. This Report shall be considered only in its entirety. No part of this Report shall be utilized separately or out of context.

10. Neither all nor any part of the contents of this Report (especially any conclusions as to value, the identity of the appraiser, or any reference to the Appraisal Institute) shall be disseminated through advertising media, public relations media, news media or any other means of communication (including without limitation prospectuses, private offering memoranda and other offering material provided to prospective investors) without the prior written consent of the Firm. Possession of this Report, or a copy hereof, does not carry with it the right of publication.

11. Client and any other Intended User identified herein should consider this Report and the opinion of value contained herein as only one factor together with its own independent considerations and underwriting guidelines in making any decision or investment or taking any action regarding the Property. Client agrees that Firm shall not be responsible in any way for any decision of Client or any Intended User related to the Property or for the advice or services provided by any other advisors or contractors. The use of this Report and the appraisal contained herein by anyone other than an Intended User identified herein, or for a use other than the Intended Use identified herein, is strictly prohibited. No party other than an Intended User identified herein may rely on this Report and the appraisal contained herein.

12. Unless otherwise specifically stated in the agreement to prepare this Report, the appraiser shall not be required to participate in, prepare for, or attend any judicial, arbitration, or administrative proceedings.

13. The Americans with Disabilities Act (ADA) became effective January 26, 1992. No survey or analysis of the Property has been made in connection with this Report to determine whether the physical aspects of the improvements meet the ADA accessibility guidelines. No expertise in ADA issues is claimed, and the Report renders no opinion regarding the Property's compliance with ADA regulations. Inasmuch as compliance matches each owner's financial ability with the cost to cure the non-conforming physical characteristics of a property, a specific study of both the owner's financial ability and the cost to cure any deficiencies would be needed for the Department of Justice to determine compliance.

14. Acceptance and/or use of this Report constitutes full acceptance of these Assumptions and Limiting Conditions and any others contained in this Report, including any Extraordinary Assumptions and Hypothetical Conditions, and is subject to the terms and conditions contained in the agreement to prepare this Report and full acceptance of any limitation of liability or claims contained therein.

15. During the course of fieldwork, the professionals within the Hospitality, Gaming, and Leisure Group at Newmark have understood actual segmentation data obtained by operators at the most competitive properties is problematic as the data may not be accurate for a variety of reasons. Efforts were made to ascertain the demand mix at each of the competitive hotels; however, additional industry data is utilized to enhance research collected in the competitive set. There is a correlation between the various service scales of hotels and the demand mix indicated by market participants as well as industry data. With this information, the base segmentation for each service class is estimated and additional qualitative adjustments are made in accordance with the hotel's size, suite inventory, total inventory of meeting space, etc.



# Glossary

In this section, we provide additional analysis and discussion of the terms, definitions and methodologies employed in this appraisal. The sections are configured in the same sequence as this appraisal report.

The following definitions are derived from The Dictionary of Real Estate Appraisal, 6th ed. (Chicago: Appraisal Institute, 2015).

- **Absorption Period:** The actual or expected period required from the time a property, group of properties, or commodity is initially offered for lease, purchase, or use by its eventual users until all portions have been sold or stabilized occupancy has been achieved.

- **Absorption Rate:** 1) Broadly, the rate at which vacant space in a property or group of properties for sale or lease has been or is expected to be successfully sold or leased over a specified period of time. 2) In subdivision analysis, the rate of sales of lots or units in a subdivision.

- **Ad Valorem Tax:** A tax levied in proportion to the value of the thing(s) being taxed. Exclusive of exemptions, use-value assessment provisions, and the like, the property tax is an ad valorem tax. (International Association of Assessing Officers [IAAO])

- **Assessed Value:** The value of a property according to the tax rolls in ad valorem taxation; may be higher or lower than market value, or based on an assessment ratio that is a percentage of market value.

- **Cash Equivalency:** An analytical process in which the sale price of a transaction with nonmarket financing or financing with unusual conditions or incentives is converted into a price expressed in terms of cash or its equivalent.

- **Contract Rent:** The actual rental income specified in a lease.

- **Disposition Value:** The most probable price that a specified interest in property should bring under the following conditions: 1) Consummation of a sale within a specified time, which is shorter than the typical exposure time for such a property in that market. 2) The property is subjected to market conditions prevailing as of the date of valuation. *3)* Both the buyer and seller are acting prudently and knowledgeably. 4) The seller is under compulsion to sell. 5) The buyer is typically motivated. 6) Both parties are acting in what they consider to be their best interests. 7) An adequate marketing effort will be made during the exposure time. 8) Payment will be made in cash in US dollars (or the local currency) or in terms of financial arrangements comparable thereto. 9) The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. This definition can also be modified to provide for valuation with specified financing terms.

- **Effective Rent:** Total base rent, or minimum rent stipulated in a lease, over the specified lease term minus rent concessions; the rent that is effectively paid by a tenant net of financial concessions provided by a landlord.

- **Excess Land:** Land that is not needed to serve or support the existing use. The highest and best use of the excess land may or may not be the same as the highest and best use of the improved parcel. Excess land has the potential to be sold separately and is valued separately. See also **surplus land.**

- **Excess Rent:** The amount by which contract rent exceeds market rent at the time of the appraisal; created by a lease favorable to the landlord (lessor) and may reflect unusual management, unknowledgeable or unusually motivated parties, a lease execution in an earlier, stronger rental market, or an agreement of the parties.



♦ **Exposure Time:** 1) The time a property remains on the market.  2) [The] estimated length of time that the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal.

♦ **Extraordinary Assumption:** An assumption, directly related to a specific assignment, as of the effective date of the assignment results, which, if found to be false, could alter the appraiser's opinions or conclusions. See also **hypothetical condition.**

♦ **Fee Simple Estate:** Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power, and escheat.

♦ **Floor Area Ratio (FAR):** The relationship between the above-ground floor area of a building, as described by the zoning or building code, and the area of the plot on which it stands; in planning and zoning, often expressed as a decimal, e.g., a ratio of 2.0 indicates that the permissible floor area of a building is twice the total land area.

♦ **Frictional Vacancy:** The amount of vacant space needed in a market for its orderly operation. Frictional vacancy allows for move-ins and move-outs.

♦ **Full Service Lease:** See **gross lease.**

♦ **General Vacancy:** A method of calculating any remaining vacancy and collection loss considerations when using discounted cash flow (DCF) analysis, where turnover vacancy has been used as part of the income estimate. The combined effects of turnover vacancy and general vacancy relate to total vacancy and collection loss.

♦ **Going-Concern Premise:** One of the premises under which the total assets of a business can be valued; the assumption that a company is expected to continue operating well into the future (usually indefinitely).

♦ **Going Concern Value:** An outdated label for the market value of all the tangible and intangible assets of an established and operating business with an indefinite life, as if sold in aggregate; more accurately termed the market value of the going concern or market value of the total assets of the business.

♦ **Gross Building Area (GBA):** 1) Total floor area of a building, excluding unenclosed areas, measured from the exterior of the walls of the above grade area. This includes mezzanines and basements if and when typically included in the market area of the type of property involved.  2) Gross leasable area plus all common areas.  3) For residential space, the total area of all floor levels measured from the exterior of the walls and including the superstructure and substructure basement; typically does not include garage space.

♦ **Gross Lease:** A lease in which the landlord receives stipulated rent and is obligated to pay all of the property's operating and fixed expenses; also called full-service lease.

♦ **Hypothetical Condition:** 1) A condition that is presumed to be true when it is known to be false. (Appraisal Institute: The Standards of Valuation Practice [SVP])  2) A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.  See also **extraordinary assumption.**

♦ **Intended Users:** 1) The party or parties the valuer intends will use the report. (SVP)  2) The client and any other party as identified, by name or type, as users of the appraisal or appraisal review report by the appraiser on the basis of communication with the client at the time of the assignment. (USPAP, 2016-2017 ed.)

♦ **Investment Value:** 1) The value of a property to a particular investor or class of investors based on the investor's specific requirements. Investment value may be different from market value because it depends on a set of investment criteria that are not necessarily typical of the market. **2)** The value of an asset to the owner or a prospective owner for individual investment or operational objectives. (International Valuation Standards [IVS])



- **Land-to-Building Ratio:**  The proportion of land area to gross building area; one of the factors determining comparability of properties.

- **Lease:**  A contract in which the rights to use and occupy land, space, or structures are transferred by the owner to another for a specified period of time in return for a specified rent.

- **Leased Fee Interest:**  The ownership interest held by the lessor, which includes the right to receive the contract rent specified in the lease plus the reversionary right when the lease expires.

- **Leasehold Interest:**  The right held by the lessee to use and occupy real estate for a stated term and under the conditions specified in the lease.

- **Lessee:**  One who has the right to occupancy and use of the property of another for a period of time according to a lease agreement.

- **Lessor:**  One who conveys the rights of occupancy and use to others under a lease agreement.

- **Liquidation Value:**  The most probable price that a specified interest in property should bring under the following conditions:  1) Consummation of a sale within a short time period.  2) The property is subjected to market conditions prevailing as of the date of valuation.  3) Both the buyer and seller are acting prudently and knowledgeably. 4) The seller is under extreme compulsion to sell.  5) The buyer is typically motivated.  6) Both parties are acting in what they consider to be their best interests.  7) A normal marketing effort is not possible due to the brief exposure time. 8) Payment will be made in cash in US dollars (or the local currency) or in terms of financial arrangements comparable thereto. 9) The price represents the normal consideration for the property sold, unaffected by special or creative financing or sales concessions granted by anyone associated with the sale.  This definition can also be modified to provide for valuation with specified financing terms.

- **Market Rent:** The most probable rent that a property should bring in a competitive and open market reflecting the conditions and restrictions of a specified lease agreement, including the rental adjustment and revaluation, permitted uses, use restrictions, expense obligations, term, concessions, renewal and purchase options, and tenant improvements (TIs).

- **Market Value:**  A type of value that is the major focus of most real property appraisal assignments. Both economic and legal definitions of market value have been developed and refined, such as the following.  1) The most widely accepted components of market value are incorporated in the following definition: The most probable price, as of a specified date, in cash, or in terms equivalent to cash, or in other precisely revealed terms, for which the specified property rights should sell after reasonable exposure in a competitive market under all conditions requisite to a fair sale, with the buyer and seller each acting prudently, knowledgeably, and for self-interest, and assuming that neither is under undue duress.  2) Market value is described, not defined, in the Uniform Standards of Professional Appraisal Practice (USPAP) as follows: A type of value, stated as an opinion, that presumes the transfer of a property (i.e., a right of ownership or a bundle of such rights), as of a certain date, under specific conditions set forth in the definition of the term identified by the appraiser as applicable in an appraisal. [1]

- **Market Value of the Going Concern:**  The market value of an established and operating business including the real property, personal property, financial assets, and the intangible assets of the business.

- **Marketing Time:**  An opinion of the amount of time it might take to sell a real or personal property interest at the concluded market value level during the period immediately after the effective date of an appraisal. Marketing time differs from exposure time, which is always presumed to precede the effective date of an appraisal.

---

[1] The actual definition of value used for this appraisal is contained within the body of the report.  The definition of market value given above is general in viewpoint and is only provided for amplification.



♦ **Modified Gross Lease:**  A lease in which the landlord receives stipulated rent and is obligated to pay some, but not all, of the property's operating and fixed expenses.  Since assignment of expenses varies among modified gross leases, expense responsibility must always be specified. In some markets, a modified gross lease may be called a double net lease, net lease, partial net lease, or semi-gross lease.

♦ **Net Lease:**  A lease in which the landlord passes on all expenses to the tenant. See also **gross lease; modified gross lease.**

♦ **Net Net Lease:**  An alternative term for a type of net lease. In some markets, a net net net lease is defined as a lease in which the tenant assumes all expenses (fixed and variable) of operating a property except that the landlord is responsible for structural maintenance, building reserves, and management; also called NNN lease, triple net lease, or fully net lease.

♦ **Occupancy Rate:**  1) The relationship or ratio between the potential income from the currently rented units in a property and the income that would be received if all the units were occupied. 2) The ratio of occupied space to total rentable space in a building.

♦ **Overage Rent:**  The percentage rent paid over and above the guaranteed minimum rent or base rent; calculated as a percentage of sales in excess of a specified breakpoint sales volume.

♦ **Percentage Rent:**  Rental income received in accordance with the terms of a percentage lease; typically derived from retail store and restaurant tenants and based on a certain percentage of their gross sales.

♦ **Prospective Opinion of Value:**  A value opinion effective as of a specified future date. The term does not define a type of value. Instead, it identifies a value opinion as being effective at some specific future date. An opinion of value as of a prospective date is frequently sought in connection with projects that are proposed, under construction, or under conversion to a new use, or those that have not yet achieved sellout or a stabilized level of long-term occupancy.

♦ **Rentable Area:**  For office or retail buildings, the tenant's pro rata portion of the entire office floor, excluding elements of the building that penetrate through the floor to the areas below. The rentable area of a floor is computed by measuring to the inside finished surface of the dominant portion of the permanent building walls, excluding any major vertical penetrations of the floor. Alternatively, the amount of space on which the rent is based; calculated according to local practice.

♦ **Retrospective Value Opinion:**  A value opinion effective as of a specified historical date. The term retrospective does not define a type of value. Instead, it identifies a value opinion as being effective at some specific prior date. Value as of a historical date is frequently sought in connection with property tax appeals, damage models, lease renegotiation, deficiency judgments, estate tax, and condemnation. Inclusion of the type of value with this term is appropriate, e.g., "retrospective market value opinion."

♦ **Shell Rent:**  The typical rent paid for retail, office, or industrial tenant space based on minimal "shell" interior finishes (called vanilla finish or white wall finish in some areas). Usually the landlord delivers the main building shell space or some minimum level of interior build-out, and the tenant completes the interior finish, which can include wall, ceiling, and floor finishes, mechanical systems, interior electricity, and plumbing. Typically these are long-term leases with tenants paying all or most property expenses.

♦ **Surplus Land:**  Land that is not currently needed to support the existing use but cannot be separated from the property and sold off for another use. Surplus land does not have an independent highest and best use and may or may not contribute value to the improved parcel. See also **excess land.**

♦ **Turnover Vacancy:**  A method of calculating vacancy allowance that is estimated or considered as part of the potential income estimate when using discounted cash flow (DCF) analysis. As units or suites turn over and are available for re-leasing, the periodic vacancy time frame (vacancy window) to release the space is considered.



- ***Usable Area:*** 1) For office buildings, the actual occupiable area of a floor or an office space; computed by measuring from the finished surface of the office side of corridor and other permanent walls, to the center of partitions that separate the office from adjoining usable areas, and to the inside finished surface of the dominant portion of the permanent outer building walls. Sometimes called net building area or net floor area. See also floor area. 2) The area that is actually used by the tenants measured from the inside of the exterior walls to the inside of walls separating the space from hallways and common areas.

- ***Use Value:*** The value of a property assuming a specific use, which may or may not be the property's highest and best use on the effective date of the appraisal. Use value may or may not be equal to market value but is different conceptually. See also ***value in use.***

- ***Value In Use:*** The value of a property assuming a specific use, which may or may not be the property's highest and best use on the effective date of the appraisal. Value in use may or may not be equal to market value but is different conceptually. See also ***use value.***

- ***Value Indication:*** A valuer's conclusion of value resulting from the application of an approach to value, e.g., the value indication by the sales comparison approach.



# Addenda

**QUALIFICATIONS OF HOSPITALITY, GAMING & LEISURE SPECIALTY PRACTICE**

**ENGAGEMENT LETTER**

**QUALIFICATIONS OF THE APPRAISERS**



# Qualifications of the Hospitality, Gaming and Leisure Specialty Practice



# Hospitality, Gaming & Leisure

Our Hospitality, Gaming & Leisure practice is focused exclusively on providing superior valuation and consulting services for a broad range of hotels, casinos and leisure properties. Our team takes a holistic, consultative approach that goes far beyond the physical asset, analyzing every aspect of a property's business and real estate operations to identify all areas of value for owners and investors.

*Our Hospitality, Gaming & Leisure platform has experience in valuation assignments and market analysis for properties including:*

**Hotels and Resorts**

**Gaming Facilities**

**Arenas, Stadiums and Sports Facilities**

**Conference, Expo and Convention Centers**

**Golf Courses**

**Marinas**

**Ski and Village Resorts**

**Water Parks, Amusement Parks and Attractions**

*Our core disciplines and expert subject areas include:*

**Economic Impact**
We empower owners and operators to maximize economic incentives and advise government entities on the impact of incentives on a community or development.

**Feasibility**
We take feasibility studies to the next level, combining market knowledge with expert economic impact analysis and acumen in cash-on-cash, ROI and other metrics.

**Financial Reporting**
Our seamless approach to fulfilling clients' financial reporting requirements means no outside assistance is needed.

**Litigation**
Our experts bring a strategic perspective and hands-on approach, exceeding the depth and scope of typical litigation services every time.

**Portfolio Analytics**
We bring industry averages and trends to bear on traditional analytics, ensuring comprehensive due diligence.

**Property Tax**
We understand every aspect of a property's operations, allowing us to craft advanced tax strategies.

**ABOUT NEWMARK**

**We transform untapped potential into limitless opportunity.**

At Newmark, we don't just adapt to what our partners need—we adapt to what the future demands. Our integrated platform delivers seamlessly connected services tailored to every type of client, from owners to occupiers, investors to founders, and growing startups to leading companies. We think outside of boxes, buildings and business lines, delivering a global perspective and a nimble approach. From reimagining spaces to engineering solutions, we have the vision to see what's next and the tenacity to get there first.

**CONTACT**

**Bryan Younge, MAI, ASA, FRICS**
*Executive Vice President*
*Specialty Practice Leader – Hospitality, Gaming & Leisure*

t 312-224-3208
bryan.younge@nmrk.com



# Assignment Specific Addenda Items

# Beal Service Corporation

**APPRAISAL ENGAGEMENT LETTER**

4/3/2023

Mr. Brian M. Johnson
Executive Vice President
Hospitality & Gaming Group
1899 Pennsylvania Avenue NW Suite 300
Washington DC  20006

Dear Mr. Johnson:

CLMG Corp. ("CLMG", "we", "us", or "our") is pleased to offer you an opportunity to conduct an appraisal of the property described below and prepare a report under the specifications stated herein, the Uniform Standards of Professional Appraisal Practice (USPAP), and the attached Appraisal Policy (Exhibit 1) on behalf of us and our affiliates. The client is CLMG Corporation.

| | |
|---|---|
| Property Address (the "Properties"): | The Greenbrier Resort 101 Main Street West White Sulphur Springs, West Virginia  24986 |
| Property Description: | See Attached Addendum |
| Date Needed: | 04/21/2023 |
| Intended User: | CLMG Corp |
| Intended Purpose: | Financing |
| Type of Appraisal: | Appraisal Report |
| Value Premises: | As Is & As If Stabilized Market Values, Self Contained, Insurable Value |

1.  Appraiser
Under the terms of this engagement, you certify that you are a licensed or certified real estate appraiser as required by the jurisdiction in which the Property is located.  You further agree to notify us in writing at the address below if any appraisal board, court of law, or other industry-recognized regulatory agency has found you guilty of a wrongdoing.  Additionally, you must refuse this and any other appraisal engagement from us or our affiliates if your certification or license is suspended or revoked.  You further certify that this engagement was not given based on a requested minimum evaluation or specific evaluation required by us or our affiliates.  You must remain in good standing and meet all requirements to be considered for subsequent appraisal engagements.  As we desire to engage you due to your unique qualifications,

responsibilities, duties, and obligations under this engagement may not be transferred, assigned, or sub-contracted to another party without our written permission.

2.  Appraisal Process

In addition to the specifications herein, including the attached exhibits, the appraisal must conform to generally accepted appraisal standards as evidenced by the USPAP and promulgated by the Appraisal Standards Board (ASB) of the Appraisal Foundation unless principles of safe and sound banking require compliance with stricter standards.

If you need any additional property information that is not listed on the provided RFP or if the property contact is unresponsive, please feel free to contact us at dallasreviews@irr.com.

3.  Report

After completing the appraisal, you agree to provide us with a report in electronic draft format for our review to dallasreviews@irr.com.  If the report is accepted by us, you will then provide us with two (2) bound copies of the finished appraisal as well as an electronic copy in PDF format on or before the Date Needed (above).

In addition to the report requirements specified by USPAP and provided in the attached exhibits, the report shall:

1.  Contain a properly supported declaration of the Highest and Best Use for the property.
2.  Contain a properly supported Declaration of Value for the property.  The Declaration of Value shall include:

**Market Value - Fee Simple**
**Leasehold**

3.  Identify the property rights appraised.
4.  List all material assumptions and limiting conditions observed in making the final market value estimate.
5.  Identify and separately value any personal property, fixtures, or intangible items that are not real property or improvements but are included in the appraisal and discuss the impact of their inclusion or exclusion on the estimate of market value.
6.  Reflect appropriate deductions and discounts for any proposed construction on the Property or any portion of the Property that is partially leased or are leased at other than market rents as of the date of the appraisal, or any tract developments with unsold units.
7.  Be written and contain sufficient information and analysis to support the decision-making process(es).
8.  Identify the appropriate deductions and discounts for proposed construction or renovation, partially leased buildings, non-market lease terms, and tract developments with unsold units, etc.
9.  Be based upon the definition of market value as set forth in the Appraisal Requirements (Exhibit 1).
10. Contain your personal certification, be signed in your personal capacity as well as in any business capacity and include your state licensing or certification information and any professional accreditations.

The Appraisal Review Checklist (Exhibit 2) has been enclosed identifying specific information that we consider as part of the formal appraisal review process.  By accepting this engagement, you agree to provide all information outlined on the checklist that applies to the Property.  If information required or deemed pertinent to the completion of the appraisal is unavailable, that fact should be disclosed and explained in the report.

Mr. Brian M. Johnson
Newmark Valuation & Advisory
Re: The Greenbrier Resort – White Sulphur Springs  West Virginia
4/3/2023
Page 3 of 5

Upon receipt of the report, we reserve the right, at our option or in accordance with state and federal law, to provide a copy of or disclose information contained in the appraisal to our affiliates, a borrower, and other persons as necessary to conduct the business of us and our affiliates.

Please include an accepted copy of this engagement letter, your invoice, and an executed Form W-9 with your report.  The appraisal report and your invoice for payment should be sent mailed to my attention. Address the report to:

> Michael H. Cottrell
> Managing Director
> CLMG Corporation
> 7195 Dallas Parkway
> Plano, Texas 75024

4. Compensation
The fee for completion of the appraisal will be **Twenty Eight Thousand dollars ($28,000)  total** paid upon our review and acceptance of the final appraisal report.

5.  Preservation of Confidential Information
You agree that you will not disclose to any third party without our prior written consent any Confidential Information which is received from us.  Confidential Information shall mean all information provided by us to you that is not known to the public or generally known to our competitors, whether communicated orally or in writing.  You also agree that any Confidential Information received from us shall only be used for the purpose of providing the services under this engagement.

6. Other Terms and Provisions
Notwithstanding any terms to the contrary in this engagement or any writing or other agreement attached hereto, under any and all circumstances, our aggregate liability and obligation to pay hereunder, with respect to or arising in any way from this engagement or any transaction contemplated herein (whether in contract, tort or otherwise) shall not exceed **Twenty Eight Thousand dollars**, and you hereby waive any claim or right to special, punitive, or consequential damages.
Additionally, we may terminate this engagement at any time and shall be fully released from all liabilities and obligations to pay or otherwise perform hereunder provided that we have paid any amounts due and owing under this engagement as of the date of such termination, but in no event shall the total of amounts paid to you exceed the amount stated above.

Furthermore, the relationship between you and us is that of an independent contractor and service recipient, and no employer-employee or agency relationship shall exist.  Neither you nor we shall enjoy any of the benefits nor be subject to any of the burdens that would arise, result, proceed, or project from an employer-employee or agency relationship.  In no event will we be liable or responsible for any actions or inaction of you or any of your employees, agents, subcontractors, or other representatives, and in no event will you hold yourself out to be anything other than an independent contractor for us.

Mr. Brian M. Johnson
Newmark Valuation & Advisory
Re: The Greenbrier Resort – White Sulphur Springs  West Virginia
4/3/2023
Page 4 of 5

This engagement letter and the two attached exhibits constitute the entire agreement between you and us and supersede any and all prior or contemporaneous oral or written communications with respect to the subject matter herein.  This engagement and its attached exhibits may not be modified, amended, or in any way altered except by an instrument in writing signed by both you and us.

If you agree with the foregoing, please sign below and return the enclosed copy of this engagement.  All additional questions pertaining to the engagement should be directed to me at 214.676.7883.  We look forward to working with you.

Sincerely,

Stephen T. Crosson, MAI, SRA
On behalf of CLMG Corporation

ACCEPTED AND AGREED:

Brian M. Johnson | Executive Vice President
Newmark Valuation & Advisory

By: _Brian Johnson_

Name: __Brian Johnson__

Title: __Executive VP__

Date: __4/4/2023__

ADDENDUM

APPRAISAL

## VALUATION ASSISTANCE REQUEST FORM (VARF #1)

| APPRAISAL DETAILS | | | |
|---|---|---|---|
| **Date of Request** | 3/30/2023 | | |
| **Portfolio/Marketing Manager** | **Name/Phone:** | Larry Cotton – CSG Investments, Inc. | |
| **Team Lead** | **Name/Phone:** | Mike Cottrell / 469-467-5529 | |
| **Loan Number / REO Number** | TBD | | |
| **Accounting ID** | TBD | | |
| **Borrower Name(s)** | Greenbrier Resort | | |
| **Appraisal Date Needed** | **ASAP, but not later than April 21st** | | |
| **Appraisal Prepared For** (Beal ownership entity) | Beal Bank USA | | |
| **Intended USE** (i.e. internal, foreclosure, lending, etc.) | Loan Origination | | |
| **Valuation Issue(s)** | Will appraiser need to testify for deficiency? | ☐ YES | ☒ NO |
| | Does legal counsel need to order? | ☐ YES | ☒ NO |
| | Other: | | |
| **Factors Affecting Value (access, environmental, zoning)** | Please specify Delivery Date, and Extra Fee for early delivery. | | |

| **Type of Appraisal** (check appropriate) | ☒ Self-Contained | | |
|---|---|---|---|
| **Declaration of Value(s)** (check all that are appropriate) | ☒ As Is | ☒ UnImproved Land Value | ☒ Golf Course |
| | ☒ Fair Market Value | ☒ | As if Stabilized |
| | ☒ Fee Simple | ☒ Improvement Values | ☒ Insurable Values |

| PROPERTY INFORMATION | |
|---|---|
| **Property Address/Description** | The Greenbrier Resort, 101 Main Street West, White Sulphur Springs, West Virginia, 24986. |
| **Property Description** | Approximately 6,500 acres improved with numerous structures containing approximately 1,500,000 total SF, including a Hotel with 433 rooms, Casino, Golf Course formerly hosting the PGA Ryder Cup, 20 restaurants, cafes, bars and lounges, Greenbrier Sports Performance Center used by NFL teams, and 2,500 seat Tennis Stadium, Conference Center, Spa with Sulphur springs, Medical Health Clinic. Six 6 Estate Homes, 39 Cottages, and 68 Residential Lots for sale, will be valued separately. |
| **Property Contact Information** (required) | Mr. Adam Long, CFO/Treasurer The Greenbrier Resort. 304-536-7846 and email <Adam_Long@Greenbrier.com> |
| **Lien Priority** | |
| **Participating Loan (%)** | ☐ YES ☒ NO Beal%: ☐Lead ☐Non-Lead ☒N/A |

| Accounting | | | |
|---|---|---|---|
| **Bill Borrower's Statement? (check one)** | ☒ **YES** – show on loan statement | ☐ **NO** – exclude on loan statement | ☐ **N/A** – not reimbursable by borrower |
| **Bill Participant's Statement? (check one)** | ☐ **YES** – show on A/R statement | ☐ **NO** – exclude on A/R statement | ☒ **N/A** – not a participating loan/not billable to participant |
| **Additional Comments** | | | |
| **APPROVAL SIGNATURE** (mandatory) | Michael Cottrell | | |
| **Additional Items for Appraiser** | Provide Information Checklist Items for the Appraiser | | |

| Type | | | Item | Comments |
|---|---|---|---|---|
| ☐ Hardcopy | ☐Electronic | ☐Not Avail | Prior engineering or physical descriptions from prior appraisals or asset mgmt reports. | |
| ☐ Hardcopy | ☐Electronic | ☐Not Avail | Income and expense statements for the past three | |

APPRAISAL

## VALUATION ASSISTANCE REQUEST FORM (VARF #2)

| APPRAISAL DETAILS | | |
|---|---|---|
| Date of Request | 3/30/2023 | |
| Portfolio/Marketing Manager | **Name/Phone:** | Larry Cotton – CSG Investments, Inc. |
| Team Lead | **Name/Phone:** | Mike Cottrell / 469-467-5529 |
| Loan Number / REO Number | TBD | |
| Accounting ID | TBD | |
| Borrower Name(s) | Greenbrier Resort | |
| Appraisal Date Needed | **ASAP, but not later than April 21st** | |
| Appraisal Prepared For (Beal ownership entity) | Beal Bank USA | |
| Intended USE (i.e. internal, foreclosure, lending, etc.) | Loan Origination | |

| Valuation Issue(s) | Will appraiser need to testify for deficiency? | ☐ YES ☒ NO |
|---|---|---|
| | Does legal counsel need to order? | ☐ YES ☒ NO |
| | Other: | |
| Factors Affecting Value (access, environmental, zoning) | Please specify Delivery Date, and Extra Fee for early delivery. | |

| Type of Appraisal (check appropriate) | ☒ *Self-Contained* | *Self-Contained* ~~Improvements~~ |
|---|---|---|

| Declaration of Value(s) (check all that are appropriate) | ☒ *As Is* | ☒ *UnImproved Land Value* |
|---|---|---|
| | ☒ *Fair Market Value* | ☒ *As if Stabilized* |
| | ☒ *Fee Simple* | ☒ *Insurable Values* |

| PROPERTY INFORMATION | |
|---|---|
| Property Address/Description | The Greenbrier Resort, 101 Main Street West, White Sulphur Springs, West Virginia, 24986. |
| Property Description | Assets Marketed for Sale, being approximately 68 Residential Lots, 39 Cottages, and 6 Estate Homes.  Resort will be valued separately. |
| Property Contact Information (required) | Mr. Adam Long, CFO/Treasurer The Greenbrier Resort.  304-536-7846 and email <Adam_Long@Greenbrier.com> |
| Lien Priority | |
| Participating Loan (%) | ☐ YES ☒ NO  Beal%:  ☐Lead ☐Non-Lead ☒N/A |

## Accounting

| Bill Borrower's Statement? (check one) | ☒ **YES** – show on loan statement | ☐ **NO** – exclude on loan statement | ☐ **N/A** – not reimbursable by borrower |
|---|---|---|---|
| Bill Participant's Statement? (check one) | ☐ **YES** – show on A/R statement | ☐ **NO** – exclude on A/R statement | ☒ **N/A** – not a participating loan/not billable to participant. |
| Additional Comments | | | |
| APPROVAL SIGNATURE (mandatory) | Michael Cottrell | | |

| Additional Items for Appraiser | Provide Information Checklist Items for the Appraiser | | |
|---|---|---|---|
| **Type** | **Item** | | **Comments** |
| ☐ *Hardcopy* ☐*Electronic* ☐*Not Avail* | Prior engineering or physical descriptions from prior appraisals or asset mgmt reports. | | |
| ☐ *Hardcopy* ☐*Electronic* ☐*Not Avail* | Income and expense statements for the past three years PLUS year-to-date income and expense numbers. | | |
| ☐ *Hardcopy* ☐*Electronic* ☐*Not Avail* | Personal property inventory, if applicable. | | |
| ☐ *Hardcopy* ☐*Electronic* ☐*Not Avail* | List of any known major repairs/improvements needed at the property (Property Condition Report). | | |
| | Rent roll and copies of leases, including addenda and all amendments. Please indicate which leases have early | | |

# 8.6 Exhibit 1—Beal Bank Appraisal Requirements

This Exhibit sets forth the appraisal requirements for Beal Bank and its affiliates and defines common appraisal terms in five major sections:

- Required Elements of Appraisals
- Scope of Work
- Appraisal Development
- Reporting of Assignment Results
- Common Appraisal Terms

## Required Elements of Appraisals

All appraisals of real estate assets must conform to the current Uniform Standards of Professional Appraisal Practice promulgated by the Appraisal Standards Board of the Appraisal Foundation unless principles of safe and sound banking require compliance with stricter standards, and certify within the report both compliance and independence. Additionally, all appraisals must at a minimum:

- Be written and contain sufficient information and analysis to provide the Bank the ability to make an informed decision as to whether to engage or decline the anticipated transaction
- Analyze and report appropriate deductions and discounts, which may be included proposed construction or renovation costs, if partially leased buildings are part of the collateral and/or the presence of non-market lease terms
- Be based upon the definition of market value in accordance with the most current agency regulations and guidelines
- Be performed by State licensed or certified appraisal professionals in accordance with requirements set forth by the agency regulations and guidelines

The following contains recitations and paraphrasing from USPAP. It is the appraiser's responsibility to undertake and complete assignments for the Bank in conformance with the relevant elements of USPAP. These Bank Guidelines incorporate USPAP in its entirety by reference.

Because the Bank lends on a variety of collateral classes, an appraisal or valuation of a non-real estate asset may require specialized analytical methods that differ from those used for valuing real estate collateral to arrive at an accurate and market-relevant value for a particular commodity.

## Scope of Work

In order to be acceptable, the scope of work must include the research and analyses that are necessary to develop credible assignment results. The appraiser must not allow assignment conditions to limit the scope of work to such a degree that the assignment results are not credible in the context of the intended use.

In undertaking an appraisal assignment, the appraiser must:

- Identify the problem to be solved
- Determine and perform the scope of work necessary to develop credible assignment results
- Disclose the scope of work in the report

The intended uses of appraisals for the Bank are to provide a basis for sound loan underwriting and/or for making certain important decisions regarding loans or owned real estate.

### Appraisal Development

In developing a real property appraisal, the appraiser must be aware of, understand, and correctly employ those recognized methods and techniques that are necessary to produce a credible appraisal.

Appraisal development must include the following:

- Analysis of a reasonable exposure time and marketing period, as these terms are defined in USPAP
- Analysis of any prior sales of the asset being appraised that occurred within the following time periods:
  - For one- to four-family residential property, one year preceding the date of the appraisal
  - For all other property, three years preceding the date of the appraisal

## Reporting of Assignment Results

Given the intended users of appraisals performed for the Bank, Restricted Appraisal Reports are not typically appropriate, unless utilized in conjunction with a previously prepared appraisal of the collateral for the Bank, which was an Appraisal Report, as the term is defined by USPAP. The appraiser is expected to determine the level of information and written explanation necessary to enable the intended users to understand the report properly, given the characteristics of the specific property and the market in which it competes.

All assumptions, extraordinary assumptions, hypothetical conditions, and limiting conditions must be clearly, accurately, and fully disclosed.

Real estate appraisals must additionally:

- If required to meet the scope of the assignment, the appraiser shall identify and separately value any personal property, fixtures, or intangible items that are not real property but are included in the appraisal and discuss the impact of their inclusion or exclusion on the estimate of market value.

- Support appropriate deductions and discounts for any proposed construction, or any completed properties that are partially leased or are leased at other than market rents as of the date of the appraisal, or any tract developments with unsold units.

- Contain compelling data and analyses in support of conclusions reached regarding the various components of intrinsic and extrinsic risks (as manifested in selected overall capitalization and discount rates).

If information required or deemed pertinent to the completion of an appraisal is unavailable, that fact shall be disclosed and explained in the appraisal.

Appraisals on existing or proposed one- to four-family properties may be prepared on forms approved by the Federal National Mortgage Association (FNMA) and the Federal Home Loan Mortgage Corporation (FHLMC) in compliance with the appraisal standards approved by those agencies. Appraisals of non-real estate assets must use an appropriate Appraisal Institute format and any corresponding forms.

Appraisals must contain sufficient supporting documentation with all pertinent information reported so that the appraiser's logic, reasoning, judgment, and analysis in arriving at a final conclusion is evident and indicate to the reader the reasonableness of the market value reported.

## Common Appraisal Terms

**Appraisal Report.** A written report, in accordance with Uniform Standards of Professional Appraisal Practice, that is independently and impartially prepared by a qualified appraiser conveying an analysis, opinion, or conclusion of the defined value, quality, or utility of a defined interest in real property as of a given date. This report format prescribes the minimum level of reporting for an assignment where there is a client, as well as other intended users. The appraiser is required to determine if additional detail or explanation is required, given the intended use and users (refer to discontinued Self Contained and Summary report formats). The opinion may include the contribution of non-realty interests such as business value, franchise, or machinery and equipment. While an appraisal will, for the Bank's purposes, ordinarily be the market value opinion of an adequately described property as of a specific date or dates and supported by the presentation and analysis of relevant market information, the term is intended to include market and feasibility analyses, highest and best-use studies, estimates of rental value, and similar reports. Letter opinions, certificates of value, and appraisal updates are included in the definition.

**Appraisal Foundation.** The Appraisal Foundation established on November 30, 1987, as a not-for-profit corporation under the laws of the State of Illinois.

**Appraisal Subcommittee.** The Appraisal Subcommittee of the Federal Financial Institution Examination Council (FFIEC).

**Appraiser.** A person employed by the Bank, whether salaried or as an independent contractor, to conduct appraisals and render appraisal reports for the benefit of the Bank.

**Certificate of Reasonable Value.** A certificate issued by the Department of Veteran Affairs showing the estimated reasonable value of a specific property.

**Comparable Evaluation.** A written evaluation on proposed one- to four-family residential construction prepared by a qualified appraiser or other qualified individual which is based on value estimates, performed in the past six months, on a "Like Property" as a basis for evaluating the current loan. All Comparable Evaluations must be supported by these items:

- An executed contract of sale between the builder and the proposed purchaser (for sold homes) or a sales price list from the builder for spec homes.
- A construction budget depicting the estimated hard cost of construction for the proposed home.
- A location map, a plat indicating the lot the proposed home will be built on, and a plot plan showing how the home will be situated on the lot.
- A complete set of plans. In cases where the builder has specific plans which are built over and over again, the Construction Lending Department may keep a master set of plans on file and place a copy of the reduced set of plans in the loan file.
- A copy of the lot sales contract, or in instances where the borrower already owns the lot, a copy of the settlement statement to verify the actual sales price of the lot.
- A full copy of the Evaluation on the "Like Property" which is the basis for the Comparable Evaluation.
- In cases where the Lender expects to make multiple loans in the same addition, the lot contract, plat, and Deed Restrictions may be kept in a Master Subdivision File.

**Complex One- to Four-Family Residential Transaction.** A one- to four-unit structure in which the property to be appraised is atypical of its market. Example atypical factors include:

- Age of improvements
- Architectural style
- Size of improvements
- Size of lot
- Neighborhood land use
- Potential environmental hazard liability
- Leasehold interest
- Limited supply of readily available comparable sales data

- Other unusual factors

**Developmental Property.** (1) Any property of which the market value is contingent on future events and capital outlays, such as installation of on-site or off-site improvements, new construction, rehabilitation, or tenant improvements; or (2) any property wherein a portion of the overall real property rights or physical assets would typically be sold to their ultimate user over a future time period (for example, subdivisions, proposed tract developments, and condominiums); or (3) completed multi-tenant buildings for which the appraisal contemplates a marketing/lease-up period before stabilized occupancy can be achieved are also included in the definition.

**Federally Related Transaction.** Any real estate-related financial transaction entered into on or after August 9, 1990, that the FDIC or any regulated institution engages in or contracts for and that requires the services of an appraiser.

**Like Property.** Property used as collateral on recent loans that has a similar floor plan to the subject property and in which the lot or site is comparable to the subject property.

**Liquidation Value.** Estimated gross monetary amount that could be typically realized from sale of an asset, within a specified marketing period that may not fully and effectively expose the property to the market, with the Seller being compelled to sell on an as-is, where-is basis.

**Management.** The directors and officers of the Bank.

**Market Value.** Market value is defined as the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

- Buyer and seller are typically motivated

- Both parties are well informed or well advised, and each acting in what they consider their own best interests

- A reasonable time is allowed for exposure in the open market

- Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

- The price represents the normal consideration for the property sold, and is unaffected by special or creative financing or sales concessions granted by anyone associated with the sale

Market value falls into one of two types, defined as follows:

| "As Is" on Appraisal Date | "Prospective Market Value" |
|---|---|
| Market value of the property appraised in the condition observed upon inspection and as it physically and legally exists without hypothetical conditions, assumptions, or qualifications as of the date the appraisal is prepared. | Market value of the property with all proposed construction, conversion, or rehabilitation hypothetically completed, or under other specified hypothetical conditions, as of a specified future date(s) for the completion of construction and/or achievement of stabilized occupancy. With regard to properties wherein anticipated market conditions indicate that stabilized occupancy is not likely as of the date of completion, this estimate of value shall reflect the market value of the property as if complete and prepared for occupancy by tenants. That is, the value includes the non-discounted anticipated cost of tenant improvements for the level of occupancy contemplated as of stabilized occupancy. Any Prospective Market Value will be subject to the requirements of USPAP Statement No. 4, USPAP Advisory Opinion 17, and Appendix D of the December 2010 Interagency Appraisal and Evaluation Guidelines. |

**Master CRV Appraisals (MCRV).** Master Certificate of Reasonable Value issued by the Department of Veteran Affairs. The MCRV may be issued for one- to four-family dwellings, subdivisions where the Builder plans on constructing the same floor plan on multiple lots. The MCRV should contain the name of the plan, the value, and the square footage of the living area for each dwelling to be constructed in the subdivision by said builder. For the purpose of making one- to four-family construction loans, other Master Appraisal formats may be utilized and performed by an approved state-certified or state-licensed appraiser. These other Master Appraisals should be based on these criteria:

- List each plan to be appraised, detailing the plan name, square footage, room count, and type of garage

- List and detail amounts for any specific lots which will either receive a premium or a discount due to shape, size, amenities, or other factors

- List the standard options to be offered with each plan and base all values only on standard options

- List and detail any known option packages and state a value to be added to the price for each home for said option packages

- Attach copies of reduced floor plans, detail amounts of any discounts or premiums for different options to room counts, lofts, elevations, tile roofs, and so on

- Attach reduced, legible copy of subdivision plat

- Include any price lists or literature on the subdivision and plans available from the builder at the time of appraisal, if not already covered in the previously mentioned items

**Orderly Liquidation Value.** Estimated gross monetary amount that could typically be realized from sale of an asset, given a reasonable period of time to find a purchaser, with the seller being compelled to sell on an as-is, where-is basis.

**Other Real Estate Owned (OREO).** Real estate, including improvements, mineral interests, surface and subsurface rights, owned in whole or in part or leased by a state bank, no matter how acquired, which is not a bank facility as defined by paragraph (3) of 7 TAC Rule 12.91 or leasehold property as permitted under the Finance Code Section 34.204(a), but excluding nonworking royalty interests classified as personal property pursuant to Finance Code Section 34.004.

**Proposed Tract Development.** A project of five or more units that is constructed or is to be constructed as a single project.

**Prospective Future Value Upon Completion of Construction.** The prospective future value of a property on the date that construction is completed based upon market conditions forecast to exist as of the completion date.

**Prospective Future Value Upon Reaching Stabilized Occupancy.** The prospective future value of a property as of a point in time when all improvements have been physically constructed and the property has been leased to its optimum level of long-term occupancy. At such point, all capital outlays for tenant improvements, leasing commissions, marketing costs, and other carrying charges are assumed to have been absorbed.

**Real Estate or Real Property.** An identified parcel or tract of land, with improvements, and includes easements, rights of way, undivided or future interests, or similar rights in a tract of land, but does not include mineral rights, timber rights, growing crops, water rights, or similar interests severable from the land when the transaction does not involve the associated parcel or tract of land.

**Restricted Appraisal Report.** An appraisal report that provides only summary information. All appraisal details and supporting documentation are kept in the appraiser's files. The report should be restricted to use only when the client is also the sole intended user.

**Short Form Appraisal.** A written evaluation prepared by an approved appraiser utilizing Freddie Mac Form 704 or Fannie Mae Form 1040, or another comparable form which adheres to USPAP requirements. The following information should be made available to the appraiser prior to the completion of the Short Form Appraisal:

- An executed contract of sale between the builder and the proposed purchaser (for sold homes) or a sales price list, if available, from the builder for spec homes.

- A construction budget depicting the estimated hard cost of construction for the proposed home.

- A location map, a plat indicating the lot the proposed home will be built on, and a plot plan showing how the home will be situated on the lot.

- A complete set of plans. In cases where the builder has specific plans which are built over and over again, the Construction Lending Department may keep a master set of plans on file and place a copy of the reduced set of plans in the loan file.

- A copy of the lot sales contract, or in instances where the borrower already owns the lot, a copy of the settlement statement to verify the actual sales price of the lot. In cases where the Lender expects to make multiple loans in the same addition, the lot contract, plat, and Deed Restrictions may be kept in a Master Subdivision File.

**State-Certified Appraiser.** Any individual who has (1) satisfied the requirements for certification in a State or territory whose criteria for certification as a real estate appraiser currently meet the minimum criteria for certification issued by the Appraiser Qualifications Board of the Appraisal Foundation and (2) achieved a passing grade upon a suitable examination administered by a State or territory that is consistent with and equivalent to the Uniform State Certification Examination issued or endorsed by the Appraiser Qualifications Board of the National Foundation. In addition, the Appraisal Subcommittee must not have issued a finding that the State's or territory's policies, practices, or procedures are inconsistent with Title XI of FIRREA. The Regulators may, from time to time, impose additional qualification criteria for certified appraisers performing appraisals in connection with Federally related transactions within their jurisdiction.

**State-Licensed Appraiser.** Any individual who has satisfied the requirements for licensing in a State or territory where the licensing procedures comply with Title XI of FIRREA and where the Appraisal Subcommittee has not issued a finding that the State's or territory's appraisal policies, practices, or procedures are inconsistent with Title XI. The Regulators may, from time to time, impose additional qualification criteria for licensed appraisers performing appraisals in connection with Federally related transactions within their jurisdiction.

**Subject Property.** The property being evaluated, which will be used as collateral for the loan.

**Transaction Value.** (1) For loans or other extensions of credit, the amount of the loan or extension of credit; (2) for sales, leases, purchases, and investments in or exchanges of real property, the market value of the real property interest involved; and (3) for the pooling of loans or interests in real property for resale or purchase, the amount of the loan or market value of the real property calculated with respect to each such loan or interest in real property.

**Valuation Methods.** There are three methods of determining value:

- **Cost Approach.** Value based on the reproduction or replacement cost of the building and improvements minus estimated accrued depreciation (functional and external obsolescence and physical deterioration), plus the value of the land. Particularly helpful when reviewing draws on construction loans. Usually inappropriate in a troubled real estate market because construction costs for a new facility normally exceed the market value of existing comparable properties.

- **Sales Comparison Approach.** Value based on the price of similar properties that have sold recently in the market. It is important that the characteristics of the observed

transactions be similar in terms of property rights, market location, financing terms, property condition and use, timing, and transaction costs.

- **Income Capitalization Approach.** Value of an income-producing property that may be based on a variety of methodologies, including Direct Capitalization Approach (based on income or income as reasonably modeled that can realistically be earned under current market and economic conditions), Discounted Cash Flow Approach and/or Gross Income (Rent) Multiplier Approach.

## APPRAISAL DETAILS

| | | | APPRAISAL INFORMATION CHECKLIST | |
|---|---|---|---|---|
| **VARF CONTROL #** | | | | |
| **Loan Number** | | | | |
| **Borrower Name(s)** | | | | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | **Item** | **Comments** |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Site plans | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Building plans | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Prior engineering or physical descriptions from prior appraisals or asset mgmt reports | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Leasing brochures and/or other marketing materials | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | If property has been offered for sale within the last two years, a copy of the offering memorandum or investment book | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Past feasibility or market studies and economic impact studies as well as any relevant information collected from third party sources | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Agreement of Sale/Options to Buy (current or during last 3 years) | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Income and expense statements for the past three years PLUS year-to-date income and expense numbers. | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Operating budget | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Copy of management contracts | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Copy of most recent tax bill - please advise if there has been a recent assessment increase | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Title report, legal description, or copy of deed - provide written statement of five-year history of property ownership. Please advise if there are any deed restrictions or encumbrances, easements or cross easements. | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Personal property inventory, if applicable | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Occupancy rates for last three years if not shown in operating statements. | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Ground leases, if any | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Approximate actual construction costs, if built during the last three years | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Environmental audits and studies disclosing any wetlands, hazardous wastes or other environmental conditions such as asbestos or radon. | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | List of any known major repairs and improvements needed at the property | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Aerial photos | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Three year history of capital improvements | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Name of contact person for the on-site physical inspection | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Rent roll and copies of leases, including addenda and all amendments. Please indicate which leases have early termination, expansion and/or purchase options. Please identify any tenants who have initiated discussion to renew, terminate or renegotiate their leases, or who have given notice of termination. Proposed terms for re-negotiations or lease renewals should be disclosed. | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Letters of intent to lease or other outstanding lease proposals that have a reasonable likelihood of being finalized into executed leases. | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Prior Argus files, if any | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | List of outstanding leasing commissions to brokers and terms of any future payments. | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Financial information such as Annual Statements or credit report/ratings on any major tenant. | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | CAM and real estate tax reimbursement worksheets or listing of base year operating expenses, if applicable. | |
| ☐ Hardcopy | ☐ Electronic | ☐ Not Avail | Three-year history of tenant retail sales, if applicable. | |

Lot Sales

| 2018 | **Property** | **Location** | **Dev $** |
|---|---|---|---|
| | 04 ME | Meadows | $625,000.00 |
| | 67 RGM | Ridges | $220,000.00 |
| | 60 GSV | Ridges | $525,000.00 |
| Developer Lots | | | $1,370,000.00 |
| Average per Lot | | | $456,666.67 |

| 2019 | **Property** | **Location** | **Dev $** |
|---|---|---|---|
| | 82 RGM | Meadows | $500,000.00 |
| | 07 ASH | Ridges | $550,000.00 |
| | 06 ASH | Ashford | $550,000.00 |
| | 94 RGM | Ashford | $500,000.00 |
| | 107 RGM | Ridges | $540,000.00 |
| | 02 ASH | Ashford | $550,000.00 |
| | 03 ASH | Ashford | $525,000.00 |
| | 21 LC | Lodge Cottages | $800,000.00 |
| Developer Lots | | | $4,515,000.00 |
| Average per Lot | | | $564,375.00 |

| 2020 | **Property** | **Location** | **Dev $** |
|---|---|---|---|
| | 116 RGM | Ridges | $295,000.00 |
| Developer Lots | | | $295,000.00 |
| Average per Lot | | | $295,000.00 |

| 2021 | **Property** | **Location** | **Dev $** |
|---|---|---|---|
| | 47 RGM | Ridges | $325,000.00 |
| Developer Lots | | | $325,000.00 |
| Average per Lot | | | $325,000.00 |

| 2022 | **Property** | **Location** | **Dev $** |
|---|---|---|---|
| | 08 ME | Meadows | $550,000.00 |
| Developer Lots | | | $550,000.00 |
| Average per Lot | | | $550,000.00 |

# Greenbrier Valley Region
Counties: Greenbrier (WV), Monroe (WV), Pocahontas (WV)



Source: ESRI®, 2023

## Population

### Population By Age 2023



- 19 & Under **19%**
- 20-34 **16%**
- 35-44 **12%**
- 45-64 **28%**
- 65 & Older **26%**

### Population By Age 2025



- 19 & Under **20%**
- 20-34 **13%**
- 35-44 **12%**
- 45-64 **26%**
- 65 & Older **29%**

## Population Overview

| | |
|---|---|
| Population 2023: | 52,198 |
| Population 2025: | 51,121 |
| Female Population 2023: | 26,364 |
| Male Population 2023: | 25,834 |
| Diversity Index: | 15.8 |

### Age & Gender 2023

| Male | | Female | |
|---|---|---|---|
| 0-19 | 20% | 19% | 0-19 |
| 20-34 | 16% | 15% | 20-34 |
| 35-44 | 12% | 11% | 35-44 |
| 45-64 | 28% | 28% | 45-64 |
| 65+ | 24% | 27% | 65+ |

### Median Age 2023



| Male | Female |
|---|---|
| 47 | 49 |

## Population By Race

| | |
|---|---|
| White: | 93% |
| Two or More Races: | 4% |
| Black or African American: | 2% |
| Hispanic or Latino: | 1% |
| Some Other Race: | 1% |
| Asian: | Below 1% |
| American Indian: | Below 1% |
| Native Hawaiian or Pacific Islander: | Below 1% |

### Households

| 2023 | 2025 |
|---|---|
| 22,584 | 22,155 |

### Total Families

| 2023 | 2025 |
|---|---|
| 14,173 | 13,851 |

## Workforce

| | |
|---|---|
| Total Workforce: | 25,438 |
| Employed: | 98% |
| Unemployed: | 2% |

### Average Daily Commute



26 Minutes

### Net Migration

| 2023 | 2025 |
|---|---|
| 0 | -215 |



| | |
|---|---|
| 2023 Median Home Value: | $125,895 |
| 2025 Median Home Value: | $137,975 |
| 2023 Total Housing Units: | 30,544 |
| 2023 Owner Occupied Units: | 16,988 |
| 2023 Renter Occupied Units: | 5,596 |
| 2023 Vacant Units: | 7,960 |
| 2025 Total Housing Units: | 29,971 |
| 2025 Owner Occupied Units: | 16,817 |
| 2025 Renter Occupied Units: | 5,596 |
| 2025 Vacant Units: | 7,816 |

## Employment by Industry

| | |
|---|---|
| Health Care/Social Assistance: | 4,333 |
| Retail Trade: | 3,249 |
| Accommodation/Food Services: | 2,685 |
| Educational Services: | 2,369 |
| Manufacturing: | 1,928 |
| Construction: | 1,867 |
| Transportation/Warehousing: | 1,241 |
| Other Services: | 1,129 |
| Public Administration: | 1,092 |
| Agriculture/Forestry/Fishing/Hunting: | 813 |
| Finance/Insurance: | 705 |
| Professional/Scientific/Tech Services: | 593 |
| Wholesale Trade: | 590 |
| Admin/Support/Waste Management Services: | 503 |
| Arts/Entertainment/Recreation: | 467 |
| Utilities: | 386 |
| Real Estate/Rental/Leasing: | 359 |
| Information: | 273 |
| Mining/Quarrying/Oil & Gas Extraction: | 231 |
| Management of Companies/Enterprises: | 0 |

Income



## Household Income Distribution



# Education

## Education Levels

| | |
|---|---|
| Graduate Degree | 2,749 |
| Bachelor's Degree | 5,050 |
| High School Diploma | 13,906 |

## Education Attainment 2023



- Graduate Degree — 7%
- Bachelor's Degree — 13%
- Associates Degree — 9%
- Some College — 16%
- High School Diploma — 35%
- GED — 8%
- No High School — 5%
- Some High School — 8%

Source: ESRI®, 2023

LocationOne® Copyright 2001-2023 GreatPlains Energy Inc. This information has been secured from sources we believe to be reliable, but we make no representation or warranties, expressed or implied, as to the accuracy of the information.

| THE LEGACY CLUB | Address | Square Footage | Bdrms | Baths |
|---|---|---|---|---|
| **Estate Homes** | | | | |
| Colonnade | South Carolina Cottage Drive | 3486 | 3 | 3.5 |
| Hawley | South Carolina Cottage Drive | 5471 | 7 | 6 |
| Top Notch | Top Notch Cottage Drive | 4273 | 4 | 4.5 |
| Valley View | Valley View Estate House Rd | 5803 | 5 | 5.5 |
| **Legacy Cottage - Florida** | | | | |
| Freestanding  Florida | Copeland Hill Drive | 2699 | 4 | 4 |
| **Legacy Cottages - South Carolina** | | | | |
| A with kitchen | South Carolina Cottage Drive | 2176 | 4 | 4 |
| B with kitchen | South Carolina Cottage Drive | 2144 | 4 | 4 |
| C | South Carolina Cottage Drive | 2300 | 3 | 3 |
| D | South Carolina Cottage Drive | 1822 | 4 | 4 |
| E with kitchen | South Carolina Cottage Drive | 2611 | 4 | 4 |
| F with kitchen | South Carolina Cottage Drive | 2611 | 4 | 4 |
| **Legacy Cottages - Tansas** | | | | |
| A with kitchen | South Carolina Cottage Drive | 1541 | 3 | 3 |
| B with kitchen | South Carolina Cottage Drive | 1541 | 3 | 3 |
| C | South Carolina Cottage Drive | 1621 | 3 | 3 |
| D with kitchen | South Carolina Cottage Drive | 1487 | 3 | 3 |
| E | South Carolina Cottage Drive | 1541 | 2 | 2 |
| F | South Carolina Cottage Drive | 1517 | 2 | 2 |
| **Legacy Cottages - Baltimore** | | | | |
| A | White Sulphur Hill Rd | 1624 | 2 | 2 |
| B | White Sulphur Hill Rd | 1716 | 2 | 2 |
| C | White Sulphur Hill Rd | 2241 | 4 | 4 |
| D | White Sulphur Hill Rd | 1933 | 4 | 4 |
| Two-story  E with Kitchen | White Sulphur Hill Rd | 1799 | 4 | 3 |
| F | White Sulphur Hill Rd | 1727 | 3 | 3 |
| Robt E Lee (G) | White Sulphur Hill Rd | 1443 | 2 | 2 |
| **Legacy Cottages - Paradise** | | | | |
| Freestanding 1 - 6740 | White Sulphur Hill Rd | 877 | 1 | 2 |
| 2 - 6741 | White Sulphur Hill Rd | 825 | 1 | 2 |
| 3 - 6742 | White Sulphur Hill Rd | 825 | 1 | 2 |
| 4 - 6743 | White Sulphur Hill Rd | 825 | 1 | 2 |
| 5 - 6744 | White Sulphur Hill Rd | 825 | 1 | 2 |
| 6 - 6745 | White Sulphur Hill Rd | 825 | 1 | 2 |
| 7 - 6746 | White Sulphur Hill Rd | 825 | 1 | 2 |
| 8 - 6747 | White Sulphur Hill Rd | 983 | 1 | 2 |
| 9 - 6748 | White Sulphur Hill Rd | 983 | 1 | 2 |
| 10 - 6749 | White Sulphur Hill Rd | 825 | 1 | 2 |
| 11 - 6750 | White Sulphur Hill Rd | 825 | 1 | 2 |
| 12 - 6751 | White Sulphur Hill Rd | 825 | 1 | 2 |
| 13 - 6752 | White Sulphur Hill Rd | 825 | 1 | 2 |
| 14 - 6753 | White Sulphur Hill Rd | 825 | 1 | 2 |
| 15 - 6754 | White Sulphur Hill Rd | 825 | 1 | 2 |
| **Legacy Cottages - Spring Row** | | | | |
| 1 - 6301 | Springhouse Lane | 724 | 1 | 1 |
| 2 - 6302 | Springhouse Lane | 724 | 1 | 1 |
| 3 - 6303 | Springhouse Lane | 724 | 1 | 1 |
| 4 - 6304 | Springhouse Lane | 724 | 1 | 1 |
| 5 - 6305 | Springhouse Lane | 724 | 1 | 1 |
| (MODEL)  6 - 6306 | Springhouse Lane | 724 | 1 | 1 |
| 7 - 6307 | Springhouse Lane | 724 | 1 | 1 |
| 8 - 6308 | Springhouse Lane | 724 | 1 | 1 |
| 9 - 6309 | Springhouse Lane | 724 | 1 | 1 |
| 10 - 6310 | Springhouse Lane | 724 | 1 | 1 |
| 11 - 6311 | Springhouse Lane | 724 | 1 | 1 |
| 12 - 6312 | Springhouse Lane | 724 | 1 | 1 |
| 13 - 6313 | Croquet Lawn Drive | 724 | 1 | 1 |
| 14 - 6314 | Croquet Lawn Drive | 724 | 1 | 1 |
| 15 - 6315 | Croquet Lawn Drive | 724 | 1 | 1 |
| 16 - 6316 | Croquet Lawn Drive | 724 | 1 | 1 |
| 17 - 6317 | Croquet Lawn Drive | 724 | 1 | 1 |
| 18 - 6318 | Croquet Lawn Drive | 724 | 1 | 1 |
| 19 - 6319 | Croquet Lawn Drive | 724 | 1 | 1 |
| 20 - 6320 | Croquet Lawn Drive | 724 | 1 | 1 |
| 21 - 6321 | Croquet Lawn Drive | 724 | 1 | 1 |
| 22 - 6322 | Croquet Lawn Drive | 724 | 1 | 1 |
| 23 - 6323 | Croquet Lawn Drive | 724 | 1 | 1 |
| 24 - 6324 | Croquet Lawn Drive | 724 | 1 | 1 |
| 25 - 6325 | Springhouse Lane | 724 | 1 | 1 |
| 26 - 6326 | Springhouse Lane | 724 | 1 | 1 |
| 27 - 6327 | Springhouse Lane | 724 | 1 | 1 |
| 28 - 6328 | Springhouse Lane | 724 | 1 | 1 |
| 29 - 6329 | Springhouse Lane | 724 | 1 | 1 |
| 30 - 6330 | Springhouse Lane | 724 | 1 | 1 |
| 31 - 6331 | Springhouse Lane | 724 | 1 | 1 |
| 32 - 6332 | Springhouse Lane | 724 | 1 | 1 |
| 33 - 6133 | Springhouse Lane | 724 | 1 | 1 |



## BRIAN M. JOHNSON
**Senior Vice President**



Newmark Knight Frank
840 First Street, NE
Suite 460
Washington, DC 20002
brian.johnson@ngkf.com
T 434.996.2323

**Years of Experience**
28 Years

**Areas of Specialization**
- Valuation & Advisory
- Hotels

Brian M. Johnson joined Newmark Knight Frank's Valuation & Advisory in 2017 as a senior vice president and leader of the Hospitality, Gaming and Leisure Group for the Mid-Atlantic region. Mr. Johnson also oversees valuation for all property types in the Commonwealth of Virginia. His appraisal and consulting experience extends to apartment complexes, full service resorts, condominium conversions, golf courses, hotels and motels, industrial buildings, medical office, office facilities, proposed subdivisions, regional malls, retail properties and vacant land.

Prior to Newmark Knight Frank, Mr. Johnson served as executive director with the Hospitality & Gaming Group in the Richmond, Virginia, office of Cushman & Wakefield Valuation & Advisory. Mr. Johnson ascended to this position after 15 years with the company, where he began as an associate. He was previously employed for 11 years as a senior associate and Director of hospitality for Joseph J. Blake and Associates. Mr. Johnson began his appraisal career as an associate with Pannell Kerr Forster Consulting, where he performed hotel and golf course valuations and feasibility studies throughout the Mid Atlantic region.

PROFESSIONAL AFFILIATIONS:
- Candidate for designation, Appraisal Institute
- Practicing affiliate, Appraisal Institute
- Certified general real estate appraiser, Commonwealth of Virginia, District of Columbia and states of Maryland and West Virginia

Mr. Johnson earned a Bachelor of Science degree from Virginia Polytechnic Institute and State University (Virginia Tech). More recently, he has completed the following Appraisal Institute courses toward his MAI designation:
- Real Estate Appraisal Principles
- Capitalization Theory and Techniques
- Standards of Professional Practice
- Appraising Nonconforming Properties
- Virginia State Law Course
- Advanced Appraisal Concepts
- Valuation of Detrimental
- Conditions in Real Estate
- General Market Analysis and Highest and Best Use



WV Real Estate Appraiser Licensing & Certification Board

*This is to certify that*

**Certified General    CG2809**
**Expiration: 9/30/2023**
**Brian M.  Johnson**
**1899 Pennsylvania Ave. NW**
**Washington, DC 20006**

has met the requirements of the law, and is authorized to appraise real estate and real property in the State of West Virginia.

_____    Executive Director

entitles to appraise real property in the State of West Virginia is valid until the expiration date on the face of the card. If you do not receive your renewal application at least 30 days prior to the expiration date, contact the Board office. It is your responsibility to renew your license or certification, even if you do not automatically receive a renewal application.

**Important**

When signing an appraisal report, place your classification and license or certification number adjacent to or immediately below your signature. Also, use your number and classification in all statements of qualifications, contracts or other instruments, including advertising media. You are required to comply with the Uniform Standards of Professional Appraisal Practice, which are promulgated by The Appraisal Foundation, and are bound by the Competency Provision contained therein.



## BRYAN YOUNGE, MAI, ASA, FRICS

**Executive Vice President**



Newmark Knight Frank
500 W Monroe Street
Suite 2900
Chicago, IL 60661
bryan.younge@ngkf.com
T 312.224.3208
M 773.263.4544

**Tenure/Experience**
20+ Years

**Areas of Specialization**

- Advisory
- Economic Impact
- Feasibility
- Financial Reporting
- Litigation
- Portfolio Analytics
- Tax
- Valuation

Bryan Younge, MAI, ASA, FRICS, joined Newmark Knight Frank's Valuation & Advisory in 2017 as an executive managing director and the national practice leader of the Hospitality, Gaming and Leisure Group. Over the course of a ±20-year career, Mr. Younge has completed appraisal, financial reporting and consulting assignments locally, regionally and globally for a wide range of property types, including resorts, hotels, stadiums, golf courses, amusement parks, office buildings, industrial facilities, shopping centers, multifamily housing and land. Mr. Younge has also provided litigation support related to bankruptcy, special servicing, condemnation, estate planning, receivership and other court-administered issues.

Prior to NKF, Mr. Younge served in a similar capacity with Colliers International Valuation & Advisory, where he was managing director and national practice leader of the Hospitality and Leisure specialty group. He joined Colliers after nearly 13 years at Cushman & Wakefield, where he was the national practice leader of the Sports and Entertainment Group and a senior member of the Hospitality and Gaming Group.

Earlier in his career, Mr. Younge performed high-profile hospitality real estate and leisure valuation assignments as a senior consultant with the Valuation Services group of Arthur Andersen/Deloitte & Touche in Chicago and with the Hospitality and Leisure Consulting group of PricewaterhouseCoopers in Los Angeles.

Mr. Younge began his valuation career in 1998, performing appraisals of hotels and casinos in San Francisco and Boulder as a senior consultant with HVS International. He also served as an interim acquisition, development and investment analyst for Sage Hospitality Resources in Denver.

PROFESSIONAL AFFILIATIONS

- Member, Cornell Hotel Society
- Member, Cornell International Hotelier Association
- Member, National Ski Areas Association (NSAA)
- Associate member, Urban Land Institute (ULI)
- Member, American Society of Appraisers (ASA)
- Designated member, Appraisal Institute (MAI)
- Fellow, Royal Institution of Chartered Surveyors (FRICS)
- Certified general real estate appraiser, including (but likely not limited to) states of Alaska, Arizona, California (CA Appraiser License #AG028735), Colorado, Idaho, Illinois, Indiana, Iowa, Michigan, Minnesota, Missouri, Montana, Ohio, Oregon, Texas, Utah, Washington, Wisconsin and Wyoming.



SPEAKING ENGAGEMENTS, PUBLICATIONS AND MEDIA:



- "Valuing Hotels: The Competitive Quotient And The Art Component," *Forbes*, January 2017



- "Hospitality Leader Shares His Outlook for the Transactions Market," *Hotel Management Magazine*, June 2016

- "Select-Service Hotels Continue to Drive Transactions Market," *Hotel Management Magazine*, May 2017

- "Sharing Economy Contributes to REITs' Lackluster Results," *Hotel Management Magazine*, August 2016



- "Slowing Deliveries Won't Jump-Start Hotel Investment Activity In 2018," Bisnow, March 2018

- "Hotel Security In The Spotlight After Deadly Las Vegas Shooting," Bisnow, October 2017

- "Hoteliers are Getting Creative to Monetize Their Meeting Space," Bisnow, March 2017

- "Airbnb is Increasing Its Efforts to Up Tax Revenue Collection for Local Municipalities," *Bisnow*, January 2017

- "Why Hotel Owners Should Welcome New Competition Even When it Hurts," *Bisnow,* January 2017

- "How Looming Regulatory Hurdles Could Affect Airbnb's Profits and $30B Valuation," *Bisnow,* August 2016

- "Here Are Four Challenges Facing The Hotel Industry This Year," *Bisnow*, August 2016

- "Airbnb Collected $175M In Taxes From Hosts Last Year, Four Times What It Collected In 2015," *Bisnow,* January 2017.

- "Experts Note Sluggish Hotel Growth, Downtick in International Travel Following Brexit Vote," *Bisnow,* August 2016

- "Hoteliers to Raise Tech, Service Offerings to Remain Competitive This Year," *Bisnow,* February 2016



- "Space Utility Index (SUI): How to Know if a Hotel is Making the Most of its Meeting Space," *Mogul,* February 2017



- "German Investors Secure $315M Blockbuster Hotel Deal," *Globe Street*, April 2016



- "Valuing Land In Dispute Resolution: Using Coefficient Of Variation To Determine Unit Of Measure," *ASA Real Property E-Journal 8th Edition*, April 29, 2015



 ♦ "Chicago's Hotel Sales Lead U.S. in Hottest Market for Investors," ***Bloomberg***, February 2006

 ♦ "Sportsplexes, Hospitality and Critical Mass: Investors of sportsplexes count on hotels for successful real-estate venture-going formulae," ***Hotel News Resource***, January 28, 2014"Feature Cover Article: Renovating Historic Hotels," ***Hotel News Resource***, December 2000

 ♦ "Rebuilding Value: Hotel Investors and Operators are Shifting Attitudes from Value Preservation to Value Enhancement," ***Hotel-Online***, July 2010

♦ "Hotel Transactions: Investors are Feeling the Heat at the Prospect of a Lodging Economy Turnaround," ***Hotel-Online***, June 2009

♦ "The Role of Brands in the War of Survival," ***Hotel-Online***, May 2009

♦ "Hotel Investing: Deal Seekers See the Light at the End of a Long and Familiar Tunnel," ***Hotel-Online***, April 2003

**LODGING** ♦ "Historic Redevelopment: Not Just Beneficial for its Creators," ***Lodging Magazine***, November 2000

♦ Panelist and Speaker of General Session, "What is Your Hotel Worth Today?" Lodging Magazine's Midwest Lodging Investment Summit; Chicago, Illinois; June 2009

 ♦ "Convention Centers: More than a Matter of Civic Pride," ***Hospitality Leader***, November 2000

PERSONAL AFFILIATIONS:

♦ Fundraiser, Sarcoma Foundation of America, 2016

♦ Fundraiser, Children's Cardiomyopathy Foundation, 2014

♦ Fundraiser, Wounded Warrior Project 2013

♦ Food stocker, Crystal Lake Food Pantry, 2011-Present

EDUCATION:

Mr. Younge earned a Master of Business Administration degree in finance and real estate law from Northwestern University's Kellogg School of Management and a Bachelor of Science degree in hotel real estate finance from Cornell University. As an undergraduate, he appeared on the National Dean's List and was a member of the National Honors Society. He also completed the Corporate Finance Summer Program at the University of California, Berkeley. More recently, Mr. Younge completed continuing education programs on commercial property valuation sponsored by the Appraisal Institute and other sanctioned learning institutions.

WV Real Estate Appraiser Licensing & Certification Board
*This is to certify that*
**Certified General    CG597**
**Expiration: 9/30/2023**
**BRYAN E YOUNGE**
**6915 Inverway Drive**
**VILLAGE OF LAKEWOOD, IL 60014**
has met the requirements of the law, and is authorized to appraise real estate and real property in the State of West Virginia.

Executive Director

entitles to appraise real property in the State of West Virginia is valid until the expiration date on the face of the card. If you do not receive your renewal application at least 30 days prior to the expiration date, contact the Board office. It is your responsibility to renew your license or certification, even if you do not automatically receive a renewal application.

**Important**

When signing an appraisal report, place your classification and license or certification number adjacent to or immediately below your signature. Also, use your number and classification in all statements of qualifications, contracts or other instruments, including advertising media. You are required to comply with the Uniform Standards of Professional Appraisal Practice, which are promulgated by The Appraisal Foundation, and are bound by the Competency Provision contained therein.