# EXHIBIT 13

# APPRAISAL REPORT

THE GREENBRIER OAKHURST PLANNED RESORT DEVELOPMENT & RESIDUAL NON-CONTIGUOUS RAW LAND
1 MONTAGUE DRIVE
WHITE SULPHUR SPRINGS, WEST VIRGINIA  24986
CBRE FILE NO. CB23US030172-1

CLIENT: CLMG CORPORATION

**CBRE**



200 Meeting Street, Suite 304
Charleston, SC  29401

T  (843) 720-3565
F  (843) 720-3571

www.cbre.com

Date of Report: April 28, 2023

Mr. Michael H. Cottrell
Managing Director
CLMG CORPORATION
7195 Dallas Parkway
Plano, Texas  75024

RE:     Appraisal of: The Greenbrier Oakhurst Planned Resort Development & Residual Non-Contiguous Raw Land
1 Montague Drive
White Sulphur Springs, Greenbrier County, West Virginia
CBRE, Inc. File No. CB23US030172-1

Dear Mr. Cottrell:

At your request and authorization, CBRE, Inc. has prepared an appraisal of the market value of the referenced property.  Our analysis is presented in the following Appraisal Report.

The subject is numerous parcels of land totaling 3,243 acres located at 1 Montague Drive and other surrounding areas just outside of the City of White Sulphur Springs, West Virginia.  The parcels are owned by the Greenbrier Resort with a proposed plan for the 1,577-acre Oakhurst portion to renovate the existing historic Oakhurst Links 9-hole golf course (currently non-operational and has been closed for a number of years), build a new mountaintop golf course, ski slopes, and develop 373 residential lots.  The ski slope will be associated with the Greenbrier Resort, but there will also be a private club for the proposed community.  Lots are expected to be marketed for $300,000 to $1,000,000 per lot with an overall average of $560k per ownership. The proposed Oakhurst development will occur on 1,577 acres considered the primary site.  The remaining 1,666 raw acres (primarily wooded mountain land) are considered excess as they are not contiguous with the primary site or involved in the proposed development.  There are several known structures on the primary site, and all are considered to have nominal contributory value given condition.  The project had started in 2015 with approximately $13M spent in planning and grading the golf course and ski slope areas, but the project was interrupted due to a thousand-year flood in the area that forced the Greenbrier ownership to divert resources and effort into rebuilding other assets that were impacted.  The estimated cost to complete the planned Oakhurst portion of the project is approximately $26M, which we have added a 10% contingency to given possible increases ($28.6M).

Based on the analysis contained in the following report, the market value of the subject is concluded as follows:

© 2023 CBRE, Inc.

| MARKET VALUE CONCLUSION | | | |
|---|---|---|---|
| Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
| As Is (Oakhurst Primary Site) | Fee Simple Estate | April 14, 2023 | $47,300,000 |
| Excess Land Value | Fee Simple Estate | April 14, 2023 | $5,200,000 |
| Compiled by CBRE | | | |

When both portions of the subject property are added, the total as-is market value equates to $52.5M.

The report, in its entirety, including all assumptions and limiting conditions, is an integral part of, and inseparable from, this letter.

The following appraisal sets forth the most pertinent data gathered, the techniques employed, and the reasoning leading to the opinion of value. The analyses, opinions and conclusions were developed based on, and this report has been prepared in conformance with, the guidelines and recommendations set forth in the Uniform Standards of Professional Appraisal Practice (USPAP), and the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute. It also conforms to Title XI Regulations and the Financial Institutions Reform, Recovery, and Enforcement Act of 1989 (FIRREA) updated in 1994 and further updated by the Interagency Appraisal and Evaluation Guidelines promulgated in 2010.

The intended use and user of our report are specifically identified in our report as agreed upon in our contract for services and/or reliance language found in the report. As a condition to being granted the status of an intended user, any intended user who has not entered into a written agreement with CBRE in connection with its use of our report agrees to be bound by the terms and conditions of the agreement between CBRE and the client who ordered the report. No other use or user of the report is permitted by any other party for any other purpose. Dissemination of this report by any party to any non-intended users does not extend reliance to any such party, and CBRE will not be responsible for any unauthorized use of or reliance upon the report, its conclusions or contents (or any portion thereof).

It has been a pleasure to assist you in this assignment. If you have any questions concerning the analysis, or if CBRE can be of further service, please contact us.

Respectfully submitted,

CBRE - VALUATION & ADVISORY SERVICES

Chase Jones, MAI, ASA
First Vice President
WV Temporary Permit #TEMP23-046
Phone: (843) 860-4949
Email: Chase.Jones2@cbre.com

© 2023 CBRE, Inc.



# Certification

We certify to the best of our knowledge and belief:

1. The statements of fact contained in this report are true and correct.

2. The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial and unbiased professional analyses, opinions, and conclusions.

3. We have no present or prospective interest in or bias with respect to the property that is the subject of this report and have no personal interest in or bias with respect to the parties involved with this assignment.

4. Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

5. Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

6. Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice, as well as the requirements of the State of West Virginia.

7. The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

8. The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

9. As of the date of this report, Chase Jones, MAI, ASA has completed the continuing education program for Designated Members of the Appraisal Institute.

10. Chase Jones, MAI, ASA has made a personal inspection of the property that is the subject of this report.

11. Clif Kitchens provided significant real property appraisal assistance to the persons signing this report.

12. Valuation & Advisory Services operates as an independent economic entity within CBRE, Inc. Although employees of other CBRE, Inc. divisions may be contacted as a part of our routine market research investigations, absolute client confidentiality and privacy were maintained at all times with regard to this assignment without conflict of interest.

13. Chase Jones, MAI, ASA has not provided services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding agreement to perform this assignment.

_Chase Jones_

Chase Jones, MAI, ASA
WV Temporary Permit #TEMP23-046

© 2023 CBRE, Inc.



## Subject Photographs

# Aerials

**13-16-0006-0005-0001**

**13-16-0006-0005-0004**

**13-16-0006-0007-0001**

**13-16-0006-0077-0001**

© 2023 CBRE, Inc.



**13-16-0006-0078-0000**

**13-16-0006-0079-0000**

**13-16-0011-0004-0000**

**13-16-0011-0004-0001**

**13-16-0011-0006-0000**

**13-16-0011-0026-0002**

© 2023 CBRE, Inc.



**13-16-0011-0027-0000**

**13-16-0011-0043-0000**

**13-16-0011-0043-0002**

**13-16-0011-0044-0000**

**13-16-0011-0045-0000**

**13-16-0011-0078-0000**

iv

© 2023 CBRE, Inc.





13-16-0016-0041-0000

13-16-0016-0048-0000

13-16-0017-0004-0000

13-16-0017-0006-0000

13-16-0017-0007-0000

13-16-0017-0114-0000

v

© 2023 CBRE, Inc.

CBRE

13-16-0016-0089-0000

13-16-0016-0098-0000

13-16-0017-0077-0000

13-16-0021-0034-0000

13-16-0021-0039-0000

13-16-0026-0001-0004

© 2023 CBRE, Inc.





**13-16-0026-0001-0005**



**13-16-0041-0001-0000**

© 2023 CBRE, Inc.





Historic Oakhurst Golf Links



Historic Oakhurst Golf Links



Historic Oakhurst Golf Links



Historic Oakhurst Golf Links



Historic Oakhurst Golf Links



Proposed Oakhurst Development Entrance

© 2023 CBRE, Inc.





Proposed Oakhurst Development



Proposed Oakhurst Development



Proposed Oakhurst Development



Proposed Oakhurst Development



Proposed Oakhurst Development



Proposed Oakhurst Development

© 2023 CBRE, Inc.





Proposed Oakhurst Development



Proposed Oakhurst Development



Proposed Oakhurst Development



Proposed Oakhurst Development



Proposed Oakhurst Development



Proposed Oakhurst Development

© 2023 CBRE, Inc.



# Executive Summary

| | |
|---|---|
| **Property Name** | The Greenbrier Oakhurst Planned Resort Development & Residual Non-Contiguous Raw Land |
| **Location** | 1 Montague Drive<br>White Sulphur Springs, Greenbrier County, WV 24986 |
| **Parcel Number(s)** | 13-16-0006-0005-0001 (additional parcels listed in 'Tax and Assessment Data') |
| **Client** | CLMG Corporation |
| **Highest and Best Use** | |
| As If Vacant | Planned Development |
| As Improved | Golf Course and Residential Community |
| **Property Rights Appraised** | Fee Simple Estate |
| **Date of Inspection** | April 14, 2023 |
| **Estimated Exposure Time** | 6 - 12 Months |
| **Estimated Marketing Time** | 6 - 12 Months |
| **Land Area** | 1,577 AC — 68,694,120 SF |
| **Excess Land Area** | 1,665.86 AC — 72,564,862 SF |
| **Zoning** | None |
| **Buyer Profile** | Developer |

| VALUATION | *Total* | *Per Acre* |
|---|---|---|
| Land Value (Oakhurst Primary Site) | $47,300,000 | $29,994 |
| Excess Land Value (Mountain Land) | $5,200,000 | $3,122 |

| CONCLUDED MARKET VALUE | | | |
|---|---|---|---|
| **Appraisal Premise** | **Interest Appraised** | **Date of Value** | **Value** |
| As Is (Oakhurst Primary Site) | Fee Simple Estate | April 14, 2023 | $47,300,000 |
| Excess Land Value | Fee Simple Estate | April 14, 2023 | $5,200,000 |

Compiled by CBRE

## MARKET VOLATILITY

We draw your attention to a combination of global inflationary pressures (leading to higher interest rates) and recent failures/stress in banking systems which have significantly increased the potential for constrained credit markets, negative capital value movements and enhanced volatility in property markets over the short-to-medium term.

Experience has shown that consumer and investor behavior can quickly change during periods of such heightened volatility. Lending or investment decisions should reflect this heightened level of volatility and the potential for deteriorating market conditions.

© 2023 CBRE, Inc.



It is important to note that the conclusions set out in this report are valid as at the valuation date only. Where appropriate, we recommend that the valuation is closely monitored, as we continue to track how markets respond to evolving events.

## CURRENT ECONOMIC CONDITIONS

At its March 2023 meeting, the Federal Reserve continued to take action to curb a robust job market and stubbornly high core inflation by raising interest rates 25 bps to a target range of 4.75% to 5.00% and indicated that further monetary tightening may be necessary. The Fed will also continue its monthly reduction of securities on its balance sheet. The Fed has demonstrated its commitment to price stability with a rapid series of rate hikes—nine in all since March 2022— which is beginning to slow economic growth.

The latest rate hike at a time of banking sector stress shows the Fed is committed to fighting high inflation. It also suggests that the Fed thinks it has done enough to stabilize the financial system. To that end, the Fed is now allowing banks to pledge their Treasury and mortgage-backed bonds as collateral valued at par to bolster liquidity in the banking system. Banks have so far borrowed $300 billion from this new Fed facility.

Although banks have access to substantial additional capital from the new Fed funding facility, we expect they will use this capital to bolster their balance sheets rather than make new loans. Banking sector stress, including deposit flight, will cause regional banks to tighten loan underwriting standards. This, along with weaker sentiment, will slow business activity and consumer spending.

CBRE expects that the Fed could raise rates by another 25 bps before it begins cutting them by the end of 2023. Tighter lending conditions and a weakening economy will keep capital markets activity subdued in the near-term and limit leasing demand. However, greater certainty on the interest rate outlook will provide a foundation for recovery later in 2023, particularly for capital markets activity.

The table below summarizes the CBRE "House View" for the Federal Funds Rate, 10-Year Treasury, and GDP over the next several years. This view is reflective of what market participants are anticipating.

|  | 2023 | 2024 | 2025 - 2028 |
|---|---|---|---|
| Fed Funds Rate (Q4) | 4.25% to 4.5% | 2.5% to 2.75% | 2.0% to 2.25% |
| 10-Year Treasury (Q4) | 3.3% | 2.9% | 3.1% |
| GDP (Annual Averages) | 0.8% | 0.8% | 2.6% |

The CBRE "House View" is for the yield on the 10-year Treasury to approximate 3.3% by Q4 2023, which should aid in the recovery of real estate investment volume. This is consistent with many market participants who anticipate the cost of capital in the future to be lower than current levels.

© 2023 CBRE, Inc.



While opinions vary on future economic issues, the general market consensus at the time of this appraisal is the anticipation of moderating inflation as higher interest rates cool demand. Tighter financial and weaker macroeconomic conditions will weigh on real estate fundamentals, leading to lower real estate investment volume through the first half of 2023. Amid this uncertain and dynamic environment, investment market performance will be uneven across property types.

## EXTRAORDINARY ASSUMPTIONS

An extraordinary assumption is defined as "an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions." [1]

- It is assumed that the acreage provided by the client and verified by the county records is accurate.
- Estimated costs and financial information for the proposed Oakhurst portion of the development were provided by the owners and are assumed to be reasonably accurate.
- The use of these extraordinary assumptions may have affected the assignment results.

## HYPOTHETICAL CONDITIONS

A hypothetical condition is defined as "a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purposes of analysis." [2]

- None noted

---

[1] The Appraisal Foundation, *USPAP, 2020-2021 (Effective January 1, 2020, through December 31, 2023)*

[2] The Appraisal Foundation, *USPAP, 2020-2021 (Effective January 1, 2020, through December 31, 2023)*

© 2023 CBRE, Inc.



## OWNERSHIP AND PROPERTY HISTORY

| OWNERSHIP SUMMARY | |
|---|---|
| Item | |
| **Current Ownership** | |
| Owner: | Oakhurst Club, LLC |
| Seller: | The Greenbrier Sporting Club Development Company, Inc. |
| Purchase Price: | $10 |
| Transaction Date: | April 5, 2016 |
| Sale in Last 3 Years?: | No |
| Legal Reference: | 579/394 |
| County/Locality Name: | Greenbrier |
| Buyer/Seller Relationship Type: | Related parties |
| At / Above / Below Market: | N/A |
| Comments: | Internal transfer covered numerous parcels and thousands of acres. |
| **Pending Sale** | |
| Under Contract: | No |
| **Current Listing** | |
| Currently Listed For Sale: | No |
| Compiled by CBRE | |

The subject is numerous parcels of primarily raw land totaling approximately 3,243 acres. The most recent transfer was an internal transfer from The Greenbrier Sporting Club Development Company, Inc. to Oakhurst Club, LLC in April 2016, as recorded in Deed Book 579 at Page 394 of the Greenbrier County Register of Deeds. At the time of the transfer, the owner was in the early stages of developing the property with a mountaintop golf course, a ski slope, and residential lots. Some planning and site work commenced, but a thousand-year flood occurred in the area that put the project on hold so the owner could focus on other projects related to flood damage.

CBRE is unaware of any arm's length ownership transfers of the property within three years of the date of appraisal. Further, the property is not being actively marketed at this time.

© 2023 CBRE, Inc.



## EXPOSURE/MARKETING TIME

Current appraisal guidelines require an estimate of a reasonable time period in which the subject could be brought to market and sold. This reasonable time frame can either be examined historically or prospectively. In a historical analysis, this is referred to as exposure time. Exposure time always precedes the date of value, with the underlying premise being the time a property would have been on the market prior to the date of value, such that it would sell at its appraised value as of the date of value. On a prospective basis, the term marketing time is most often used. The exposure/marketing time is a function of price, time, and use. It is not an isolated estimate of time alone. In consideration of these factors, we have analyzed the following:

- the opinions of market participants.

The following table presents the information derived from these sources.

| EXPOSURE/MARKETING TIME DATA | | |
|---|---|---|
| | Exposure/Mktg. (Months) | |
| Investment Type | Range | Average |
| Local Market Professionals | 6.0 - 12.0 | 9.0 |
| **CBRE Exposure Time Estimate** | **6 - 12 Months** | |
| **CBRE Marketing Period Estimate** | **6 - 12 Months** | |
| Various Sources Compiled by CBRE | | |

© 2023 CBRE, Inc.



# Table of Contents

Certification ............................................................................................................. i

Subject Photographs.............................................................................................. ii

Executive Summary ...............................................................................................xi

Table of Contents.................................................................................................. xvi

Scope of Work........................................................................................................ 1

Area Analysis ........................................................................................................ 6

Neighborhood Analysis ......................................................................................... 8

Site Analysis .......................................................................................................... 21

Zoning .................................................................................................................. 24

Tax and Assessment Data ...................................................................................... 25

Highest and Best Use ............................................................................................ 49

Land Value – Primary Oakhurst Portion ................................................................. 56

Land Value – Residual Mountainous/Timber Land ................................................. 60

Reconciliation of Value .......................................................................................... 64

Assumptions and Limiting Conditions .................................................................... 65

ADDENDA

A   Land Sale Data Sheets

B   Client Contract Information

C   Qualifications

© 2023 CBRE, Inc.



# Scope of Work

This Appraisal Report is intended to comply with the reporting requirements set forth under Standards Rule 2 of USPAP. The scope of the assignment relates to the extent and manner in which research is conducted, data is gathered, and analysis is applied.

## INTENDED USE OF REPORT

This appraisal is to be used for financing and no other use is permitted.

## CLIENT

The client is CLMG Corporation.

## INTENDED USER OF REPORT

This appraisal is to be used by CLMG Corp. No other user(s) may rely on our report unless as specifically indicated in this report.

> Intended users are those who an appraiser intends will use the appraisal or review report. In other words, appraisers acknowledge at the outset of the assignment that they are developing their expert opinions for the use of the intended users they identify. Although the client provides information about the parties who may be intended users, ultimately it is the appraiser who decides who they are. This is an important point to be clear about: The client does not tell the appraiser who the intended users will be. Rather, the client tells the appraiser who the client needs the report to be speaking to, and given that information, the appraiser identifies the intended user or users. It is important to identify intended users because an appraiser's primary responsibility regarding the use of the report's opinions and conclusions is to those users. Intended users are those parties to whom an appraiser is responsible for communicating the findings in a clear and understandable manner. They are the audience. [3]

## RELIANCE LANGUAGE

Reliance on any reports produced by CBRE under this Agreement is extended solely to parties and entities expressly acknowledged in a signed writing by CBRE as Intended Users of the respective reports, provided that any conditions to such acknowledgement required by CBRE or hereunder have been satisfied. Parties or entities other than Intended Users who obtain a copy of the report or any portion thereof (including Client if it is not named as an Intended User), whether as a result of its direct dissemination or by any other means, may not rely upon any opinions or conclusions contained in the report or such portions thereof, and CBRE will not be responsible for any unpermitted use of the report, its conclusions or contents or have any liability in connection therewith.

---

[3] Appraisal Institute, *The Appraisal of Real Estate*, 15th ed. (Chicago: Appraisal Institute, 2020), 40.

© 2023 CBRE, Inc.



## PURPOSE OF THE APPRAISAL

The purpose of this appraisal is to estimate the market value of the subject property.

## DEFINITION OF VALUE

The current economic definition of market value agreed upon by agencies that regulate federal financial institutions in the U.S. (and used herein) is as follows:

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. buyer and seller are typically motivated;
2. both parties are well informed or well advised, and acting in what they consider their own best interests;
3. a reasonable time is allowed for exposure in the open market;
4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. [4]

## INTEREST APPRAISED

The value estimated represents Fee Simple Estate as defined below:

*Fee Simple Estate -* Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power and escheat. [5]

### Extent to Which the Property is Identified

The property is identified through the following sources:

- postal address
- assessor's records
- legal description

### Extent to Which the Property is Inspected

Chase Jones, MAI, ASA inspected the exterior of the subject, as well as its surrounding environs on the effective date of appraisal. This inspection was considered adequate and is the basis for our findings.

---

[4] Interagency Appraisal and Evaluation Guidelines; December 10, 2010, Federal Register, Volume 75 Number 237, Page 77472.

[5] Appraisal Institute, The Dictionary of Real Estate Appraisal, 7th ed. (Chicago: Appraisal Institute, 2022), 90.

© 2023 CBRE, Inc.



## Type and Extent of the Data Researched

CBRE reviewed the following:

- applicable tax data
- zoning requirements
- flood zone status
- demographics
- comparable data

## Type and Extent of Analysis Applied

CBRE, Inc. analyzed the data gathered through the use of appropriate and accepted appraisal methodology to arrive at a probable value indication via each applicable approach to value.  For vacant land, the sales comparison approach has been employed for this assignment.

## Data Resources Utilized in the Analysis

| DATA SOURCES | |
| --- | --- |
| *Item:* | *Source(s):* |
| **Site Data** | |
| Size | Borrower Provided Data and County Records |
| **Improved Data** | |
| Building Area | County Records |
| No. Bldgs. | County Records and Inspection |
| **Other** | |
| Flood Map | FEMA |
| Compiled by CBRE | |

## APPRAISAL METHODOLOGY

In appraisal practice, an approach to value is included or omitted based on its applicability to the property type being valued and the quality and quantity of information available. Depending on a specific appraisal assignment, any of the following four methods may be used to determine the market value of the fee simple interest of land:

- Sales Comparison Approach;
- Income Capitalization Procedures;
- Allocation; and
- Extraction.

The following summaries of each method are paraphrased from the text.

The first is the sales comparison approach.  This is a process of analyzing sales of similar, recently sold parcels in order to derive an indication of the most probable sales price (or value) of the property being appraised.  The reliability of this approach is dependent upon (a) the availability of comparable sales data, (b) the verification of the sales data regarding size, price, terms of sale, etc., (c) the degree of comparability or extent of adjustment necessary for differences between the subject and the comparables, and (d) the absence of nontypical

© 2023 CBRE, Inc.



conditions affecting the sales price. This is the primary and most reliable method used to value land (if adequate data exists).

The income capitalization procedures include three methods: land residual technique, ground rent capitalization, and Subdivision Development Analysis. A discussion of each of these three techniques is presented in the following paragraphs.

> The land residual method may be used to estimate land value when sales data on similar parcels of vacant land are lacking. This technique is based on the principle of balance and the related concept of contribution, which are concerned with equilibrium among the agents of production--i.e. labor, capital, coordination, and land. The land residual technique can be used to estimate land value when: 1) building value is known or can be accurately estimated, 2) stabilized, annual net operating income to the property is known or estimable, and 3) both building and land capitalization rates can be extracted from the market. Building value can be estimated for new or proposed buildings that represent the highest and best use of the property and have not yet incurred physical deterioration or functional obsolescence.

> The subdivision development method is used to value land when subdivision and development represent the highest and best use of the appraised parcel. In this method, an appraiser determines the number and size of lots that can be created from the appraised land physically, legally, and economically. The value of the underlying land is then estimated through a discounted cash flow analysis with revenues based on the achievable sale price of the finished product and expenses based on all costs required to complete and sell the finished product.

> The ground rent capitalization procedure is predicated upon the assumption that ground rents can be capitalized at an appropriate rate to indicate the market value of a site. Ground rent is paid for the right to use and occupy the land according to the terms of the ground lease; it corresponds to the value of the landowner's interest in the land. Market-derived capitalization rates are used to convert ground rent into market value. This procedure is useful when an analysis of comparable sales of leased land indicates a range of rents and reasonable support for capitalization rates can be obtained.

The allocation method is typically used when sales are so rare that the value cannot be estimated by direct comparison. This method is based on the principle of balance and the related concept of contribution, which affirm that there is a normal or typical ratio of land value to property value for specific categories of real estate in specific locations. This ratio is generally more reliable when the subject property includes relatively new improvements. The allocation method does not produce conclusive value indications, but it can be used to establish land value when the number of vacant land sales is inadequate.

The extraction method is a variant of the allocation method in which land value is extracted from the sale price of an improved property by deducting the contribution of the improvements, which is estimated from their depreciated costs. The remaining value represents the value of the land. Value indications derived in this way are generally unpersuasive because the assessment ratios may be unreliable and the extraction method does not reflect market considerations.

© 2023 CBRE, Inc.



For the purposes of this analysis, we have utilized the sales comparison approach (land valuation) as well as a land residual methodology (highest and best use) given the uniqueness of the subject development.

© 2023 CBRE, Inc.



# Area Analysis



The subject is located in the Bluefield-Beckley-Oak Hill, WV. Key information about the area is provided in the following tables.

## POPULATION

The area has a population of 306,683 and a median age of 45, with the largest population group in the 60-69 age range and the smallest population in 80+ age range.



Population has decreased by -34,375 since 2010, reflecting an annual decrease of -0.9%. Population is projected to decrease by an additional -7,871 by 2027, reflecting -0.5% annual population growth.



Source: ESRI, downloaded on Apr, 20 2023

© 2023 CBRE, Inc.



## INCOME

The area features an average household income of $64,567 and a median household income of $46,176. Over the next five years, median household income is expected to increase by 13.1%, or $1,214 per annum.



*MEDIAN INCOME BY YEAR*

Source: Esri

## EDUCATION

A total of 17.6% of individuals over the age of 24 have a college degree, with 11.3% holding a bachelor's degree and 6.3% holding a graduate degree.



*POPULATION BY DEGREE*

- Bachelor's Degree
- Graduate Degree
- Other

Source: Esri

## EMPLOYMENT



Source: Esri

The area includes a total of 122,961 employees and has N/A unemployment rate. The top three industries within the area are Health Care/Social Assistance, Retail Trade and Educational Services, which represent a combined total of 44% of the workforce.

Source: ESRI, downloaded on Apr, 20 2023; BLS.gov dated Jan, 0 1900

## CONCLUSION

In summary, the area is forecasted to experience a decrease in population and an increase in household income.

© 2023 CBRE, Inc.



# Neighborhood Analysis



## LOCATION

The subject is located just outside of the City of White Sulphur Springs in Greenbrier County in southern West Virginia near the border of Virginia. The subject neighborhood is considered a suburban location.

© 2023 CBRE, Inc.



**THE GREENBRIER**



The property is part of the Greenbrier Resort and Casino in White Sulphur Springs.  Surrounded by the Allegheny Mountains, the 11,000-acre resort is America's oldest resort originally created in 1778 so guests could experience the healing powers of the natural mineral springs on the property.  There have been many phases of development within the resort.  What started as cottages used as a summer escape for the wealthy around Virginia has become a luxury resort with the historic Greenbrier Hotel, private casino, fine dining, multiple golf courses, countless activities and amenities, and residential neighborhoods that have their own private clubs but share hotel amenities.  The Greenbrier even has its own fire station and hospital on-site.

**BOUNDARIES**

The neighborhood boundaries are not defined or exact but is typically thought to be the areas associated with the Greenbrier Resort.

**LAND USE**

Land uses within the subject neighborhood consist of a mixture of resort related amenities, resort accommodations, and residential neighborhoods associated with the Greenbrier.

**GROWTH PATTERNS**

Outside of the planned development that is the subject, there is limited growth occurring in the neighborhood as development related to the resort is done in phases.

**ACCESS**

Primary access to the subject neighborhood is provided by Interstate 64, US Highway 60 and Pocahontas Trail.  Interstate 64 is an east-west interstate highway that starts in the Hampton Roads area of Virginia and crosses Virginia, West Virginia, Kentucky, Indiana, Illinois, and ends in St. Louis, Missouri.  This stretch of US Highway 60, running east-west, connects Lewisburg and

© 2023 CBRE, Inc.



White Sulphur Springs and is the primary thoroughfare in the area, aside from Interstate 64. Pocahontas Trail is a north-south thoroughfare that starts in White Sulphur Springs and goes north through many small communities in the mountains.

## DEMOGRAPHICS

Selected neighborhood demographics in 1-, 3- and 5-mile radius from the subject are shown in the following table:

| SELECTED NEIGHBORHOOD DEMOGRAPHICS | | | | |
|---|---|---|---|---|
| 1 Montague Drive<br>White Sulphur Springs, WV 24986 | 1 Mile Radius | 3 Mile Radius | 5 Mile Radius | Bluefield-Beckley-Oak Hill, WV |
| **Population** | | | | |
| 2027 Total Population | 95 | 2,927 | 3,648 | 298,812 |
| 2022 Total Population | 98 | 3,002 | 3,732 | 306,683 |
| 2010 Total Population | 110 | 3,294 | 4,103 | 341,058 |
| 2000 Total Population | 108 | 3,310 | 4,096 | 349,441 |
| *Annual Growth 2022 - 2027* | *-0.62%* | *-0.50%* | *-0.45%* | *-0.52%* |
| *Annual Growth 2010 - 2022* | *-0.96%* | *-0.77%* | *-0.79%* | *-0.88%* |
| *Annual Growth 2000 - 2010* | *0.18%* | *-0.05%* | *0.02%* | *-0.24%* |
| **Households** | | | | |
| 2027 Total Households | 25 | 1,305 | 1,605 | 124,108 |
| 2022 Total Households | 25 | 1,344 | 1,648 | 127,132 |
| 2010 Total Households | 28 | 1,500 | 1,835 | 141,229 |
| 2000 Total Households | 27 | 1,512 | 1,832 | 142,692 |
| *Annual Growth 2022 - 2027* | *0.00%* | *-0.59%* | *-0.53%* | *-0.48%* |
| *Annual Growth 2010 - 2022* | *-0.94%* | *-0.91%* | *-0.89%* | *-0.87%* |
| *Annual Growth 2000 - 2010* | *0.36%* | *-0.08%* | *0.02%* | *-0.10%* |
| **Income** | | | | |
| 2022 Median Household Income | $37,156 | $40,416 | $40,208 | $46,176 |
| 2022 Average Household Income | $44,958 | $51,710 | $51,423 | $64,567 |
| 2022 Per Capita Income | $20,393 | $23,160 | $23,078 | $26,871 |
| 2022 Pop 25+ College Graduates | 8 | 390 | 453 | 40,290 |
| Age 25+ Percent College Graduates - 2022 | 10.5% | 16.9% | 15.8% | 17.6% |
| Source: ESRI | | | | |

## CONCLUSION

The neighborhood is essentially the Greenbrier Resort, and all of the property within the resort is associated in some way with the Greenbrier. Population growth is expected to decrease slightly and the overall development and demographic nature of the neighborhood should remain relatively consistent with its current state.

*© 2023 CBRE, Inc.*



**PRIMARY SITE**



© 2023 CBRE, Inc.

## MARKETING MATERIALS FOR OAKHURST PD



© 2023 CBRE, Inc.

## SAMPLE SURVEY



© 2023 CBRE, Inc.

## SAMPLE SURVEY



© 2023 CBRE, Inc.

## SAMPLE SURVEY



© 2023 CBRE, Inc.

## SAMPLE SURVEY



© 2023 CBRE, Inc.

## OAKHURST CONCEPTUAL DESIGN



© 2023 CBRE, Inc.

## GOLF COURSE CONCEPTUAL DESIGN



© 2023 CBRE, Inc.

## SKI SLOPE CONCEPTUAL DESIGN



© 2023 CBRE, Inc.

## FLOOD PLAIN MAP



The flood plain map image with legend showing:

**PIN** — Approximate location based on user input and does not represent an authoritative property location

**MAP PANELS**
- Selected FloodMap Boundary
- Digital Data Available
- No Digital Data Available
- Unmapped

NO SCREEN — Area of Minimal Flood Hazard *Zone X*
- Effective LOMRs
- Area of Undetermined Flood Hazard *Zone D*
- Otherwise Protected Area

**OTHER AREAS**
- Coastal Barrier Resource System Area

**SPECIAL FLOOD HAZARD AREAS**
- Without Base Flood Elevation (BFE) *Zone A, V, A99*
- With BFE or Depth
- Regulatory Floodway *Zone AE, AO, AH, VE, AR*

**OTHER AREAS OF FLOOD HAZARD**
- 0.2% Annual Chance Flood Hazard, Areas of 1% annual chance flood with average depth less than one foot or with drainage areas of less than one square mile *Zone X*
- Future Conditions 1% Annual Chance Flood Hazard *Zone X*
- Area with Reduced Flood Risk due to Levee. See Notes. *Zone X*
- Area with Flood Risk due to Levee *Zone D*

**OTHER FEATURES**
- 20.2 Cross Sections with 1% Annual Chance
- 17.5 Water Surface Elevation
- Coastal Transect
- Base Flood Elevation Line (BFE)
- Limit of Study
- Jurisdiction Boundary
- Coastal Transect Baseline
- Profile Baseline
- Hydrographic Feature

**GENERAL STRUCTURES**
- Channel, Culvert, or Storm Sewer
- Levee, Dike, or Floodwall

Map annotations: GREENBRIER COUNTY 540040 54025C0660E eff. 10/16/2012, Zone A, USGS The National Map: Orthoimagery. Data refreshed December, 2021.

20

© 2023 CBRE, Inc.

# Site Analysis

The following chart summarizes the salient characteristics of the subject site.

| SITE SUMMARY AND ANALYSIS | | |
|---|---|---|
| **Physical Description** | | |
| Gross Site Area | 3,243 Acres | 141,258,982 Sq. Ft. |
| Net Site Area (Oakhurst) | 1,577 Acres | 68,694,120 Sq. Ft. |
| Primary Road Frontage | Montague Drive | |
| Secondary Road Frontage | Pocahontas Trail | |
| Excess Land Area | 1,665.86 Acres | 72,564,862 Sq. Ft. |
| Shape | Irregular | |
| Topography | Hilly | |
| Parcel Number(s) | 13-16-0006-0005-0001 (additional parcels listed in 'Tax and Assessment Data') | |
| Zoning District | None | |
| Flood Map Panel No. & Date | 54025C0670E | 16-Oct-12 |
| Flood Zone | X (Unshaded), X (Shaded), and AE | |
| Adjacent Land Uses | Vacant, timber, and residential | |
| Earthquake Zone | n/a | |
| **Comparative Analysis** | **Rating** | |
| Visibility | Average | |
| Functional Utility | Average | |
| Traffic Volume | Average | |
| Adequacy of Utilities | Assumed adequate | |
| Drainage | Assumed adequate | |
| **Utilities** | **Provider** | **Availability** |
| Water | City of White Sulphur Springs | Yes |
| Sewer | City of White Sulphur Springs | Yes |
| Natural Gas | Moutaineer Gas Company | Yes |
| Electricity | MonPower | Yes |
| Telephone | Various Providers | Yes |

| **Other** | **Yes** | **No** | **Unknown** |
|---|---|---|---|
| Detrimental Easements | | | X |
| Encroachments | | | X |
| Deed Restrictions | | | X |
| Reciprocal Parking Rights | | | X |

Various sources compiled by CBRE

© 2023 CBRE, Inc.



## LOCATION

The subject is just outside of White Sulphur Springs in southern West Virginia in Greenbrier County. The primary site is comprised of numerous parcels that are mostly contiguous. The additional parcels of excess land are in various areas in and around White Sulphur Springs and is predominately mountainous/wooded acreage.

## LAND AREA

The land area size was obtained via the borrower and verified through the counties' records. The site is considered typical in terms of size for the proposed subdivision and amenities that are proposed. The residual acreage is predominately mountainous/wooded acreage.

## SHAPE AND FRONTAGE

The site is an irregular shape. Its frontage on various roads in the neighborhood is varying but is deemed adequate, and additional roads will be built as part of the development.

## INGRESS/EGRESS

Ingress and egress to the primary site is available via access roads off of Montague Drive and Pocahontas Trail. Access between tracts are generally private dirt roads/paths.

## TOPOGRAPHY AND DRAINAGE

The site is generally hilly and mountainous with varying slopes. The topography of the site is not seen as an impediment to the proposed use of the property. During our inspection of the site, we observed no drainage problems and assume that none exist.

## SOILS

A soils analysis for the site has not been provided for the preparation of this appraisal. In the absence of a soils report, it is a specific assumption that the site has adequate soils to support the highest and best use.

## EASEMENTS AND ENCROACHMENTS

There are no known easements or encroachments impacting the site that are considered to affect the marketability or highest and best use. It is recommended that the client/reader obtain a current title policy outlining all easements and encroachments on the property, if any, prior to making a business decision.

## COVENANTS, CONDITIONS AND RESTRICTIONS

There are no known covenants, conditions or restrictions impacting the site that are considered to affect the marketability or highest and best use. It is recommended that the client/reader obtain

© 2023 CBRE, Inc.



a copy of the current covenants, conditions and restrictions, if any, prior to making a business decision

## UTILITIES AND SERVICES

As the property gets developed, all municipal services, including police, fire and refuse garbage collection will become available. All utilities will also become available in adequate quality and quantity to service the highest and best use.

## ENVIRONMENTAL ISSUES

Although CBRE was not provided an Environmental Site Assessment (ESA), a tour of the site did not reveal any obvious issues regarding environmental contamination or adverse conditions.

The appraiser is not qualified to detect the existence of potentially hazardous material or underground storage tanks which may be present on or near the site. The existence of hazardous materials or underground storage tanks may affect the value of the property. For this appraisal, CBRE, Inc. has specifically assumed that the property is not affected by any hazardous materials that may be present on or near the property.

## ADJACENT PROPERTIES

The adjacent properties are mostly timber properties.

## EXISTING IMPROVEMENTS

The property had undergone some sitework and extensive planning for the development of the residential subdivision, golf course, and ski slope when the project was stopped in 2016 due to a devastating flood in White Sulphur Springs. At the time, approximately $13M was spent on the project. The current budget to complete the project is approximately $26M. The property also has existing improvements, the clubhouse on the historic Oakhurst Links Golf Course, a single-family house within the area that will be developed into the subdivision, two cabins, and two houses. The clubhouse is in poor condition and will need to be extensively renovated when the golf course is reopened. The single-family house was purchased, so that the entire area could be assembled for development of the golf and ski community. The other indicated structures have minimal contributory value, so we have given no contributory value to any of these structures.

## CONCLUSION

The primary site parcels are in a suburban area and will be developed into a residential community with a golf course and ski slope. The total size of the site is typical for its proposed use, and there are no known detrimental uses in the immediate vicinity. Overall, there are no known factors which are considered to prevent the site from development to its highest and best use, as proposed.

© 2023 CBRE, Inc.



# Zoning

The following chart summarizes the subject's zoning requirements.

| ZONING SUMMARY | |
| --- | --- |
| Current Zoning | None |
| Legally Conforming | Yes |
| Zoning Change | Not likely |
| Source:  Planning & Zoning Dept. | |

## ANALYSIS AND CONCLUSION

The property is located in Greenbrier County, which does not currently have a zoning ordinance. The proposed subdivision, golf course, and ski slope represent a legally-conforming use, and it is our understanding has been approved for development.  Additional information may be obtained from the appropriate governmental authority.  For purposes of this appraisal, CBRE has assumed the information obtained is correct.

© 2023 CBRE, Inc.



# Tax and Assessment Data

| AD VALOREM TAX INFORMATION | | |
|---|---|---|
| Assessor's Parcel No. | Parcel Description | 2022 |
| 13-16-0006-0005-0001 | | 24,700 |
| 13-16-0006-0005-0004 | | 30,200 |
| 13-16-0006-0007-0001 | | 114,600 |
| 13-16-0006-0077-0001 | | 766,900 |
| 13-16-0006-0078-0000 | | 5,600 |
| 13-16-0006-0079-0000 | | 62,800 |
| 13-16-0011-0004-0000 | | 106,300 |
| 13-16-0011-0004-0001 | | 800 |
| 13-16-0011-0006-0000 | | 1,500 |
| 13-16-0011-0026-0002 | | 28,100 |
| 13-16-0011-0027-0000 | | 21,700 |
| 13-16-0011-0043-0000 | | 132,600 |
| 13-16-0011-0043-0002 | | 1,800 |
| 13-16-0011-0044-0000 | | 111,300 |
| 13-16-0011-0045-0000 | | 13,600 |
| 13-16-0011-0078-0000 | | 16,800 |
| 13-16-0016-0041-0000 | | 183,600 |
| 13-16-0016-0048-0000 | | 63,400 |
| 13-16-0017-0004-0000 | | 12,700 |
| 13-16-0017-0006-0000 | | 50,000 |
| 13-16-0017-0007-0000 | | 430,600 |
| 13-16-0017-0114-0000 | | 15,000 |
| 13-16-0016-0089-0000 | | 206,600 |
| 13-16-0016-0098-0000 | | 25,000 |
| 13-16-0017-0077-0000 | | 225,000 |
| 13-16-0021-0034-0000 | | 947,300 |
| 13-16-0021-0039-0000 | | 6,800 |
| 13-16-0026-0001-0004 | | 15,900 |
| 13-16-0026-0001-0005 | | 22,100 |
| 13-16-0026-0109-0000 | | 315,000 |
| 13-16-0041-0001-0000 | | 42,000 |
| 13-16-0090-etal | Oakhurts Parcels (separate chart) | 704,060 |
| Subtotal | | $4,704,360 |
| % of Assessed Value | | 60% |
| Final Assessed Value | | $2,822,616 |
| General Tax Rate (per $100 A.V.) | | 2.0058 |
| General Tax: | | $56,616 |
| **Total Adjusted Taxes** | | **$56,616** |

Source:  Assessor's Office

Note: Remaining Oakhurst parcels shown in chart on the following page.

*© 2023 CBRE, Inc.*



| # | Acres | Owner | Legal | TAX VALUE | TAX PARCEL ID# | IMPROVEMENT DESCRIPTIONS |
|---|---|---|---|---|---|---|
| **OAKHURST CLUB LOT SUBDIVISION** | | | | | | |
| 1 | 0.86 | GREENBRIER SPORTING | LOT A Oakhurst | $ 9,000 | 16 0090 0000 0000 | NO STRUCTURE |
| 2 | 0.92 | GREENBRIER SPORTING | LOT 1 Oakhurst | $ 9,000 | 16 0091 0000 0000 | NO STRUCTURE |
| 3 | 1.2 | GREENBRIER SPORTING | LOT 2 Oakhurst | $ 9,000 | 16 0092 0000 0000 | NO STRUCTURE |
| 4 | 1.12 | GREENBRIER SPORTING | LOT 3 Oakhurst | $ 9,000 | 16 0093 0000 0000 | NO STRUCTURE |
| 5 | 0.63 | GREENBRIER SPORTING | LOT 4 Oakhurst | $ 9,000 | 16 0094 0000 0000 | NO STRUCTURE |
| 6 | 0.43 | GREENBRIER SPORTING | LOT 5 Oakhurst | $ 9,000 | 16 0095 0000 0000 | NO STRUCTURE |
| 7 | 0.48 | GREENBRIER SPORTING | LOT 6 Oakhurst | $ 9,000 | 16 0096 0000 0000 | NO STRUCTURE |
| 8 | 0.52 | GREENBRIER SPORTING | LOT 7 Oakhurst | $ 9,000 | 16 0097 0000 0000 | NO STRUCTURE |
| 10 | 1.56 | GREENBRIER SPORTING | LOT 18 Oakhurst | $ 9,000 | 17 0092 0000 0000 | NO STRUCTURE |
| 11 | 2.21 | GREENBRIER SPORTING | LOT 17 Oakhurst | $ 9,000 | 17 0093 0000 0000 | NO STRUCTURE |
| 12 | 1.44 | GREENBRIER SPORTING | LOT 70 Oakhurst | $ 9,000 | 17 0094 0000 0000 | NO STRUCTURE |
| 13 | 1.46 | GREENBRIER SPORTING | LOT 69 Oakhurst | $ 9,000 | 17 0095 0000 0000 | NO STRUCTURE |
| 14 | 0.89 | GREENBRIER SPORTING | LOT 63 Oakhurst | $ 9,000 | 17 0096 0000 0000 | NO STRUCTURE |
| 15 | 0.98 | GREENBRIER SPORTING | LOT 64 Oakhurst | $ 9,000 | 17 0097 0000 0000 | NO STRUCTURE |
| 16 | 0.44 | GREENBRIER SPORTING | LOT 62 Oakhurst | $ 9,000 | 17 0098 0000 0000 | NO STRUCTURE |
| 17 | 2.16 | GREENBRIER SPORTING | LOT 16 Oakhurst | $ 9,000 | 17 0099 0000 0000 | NO STRUCTURE |
| 18 | 0.84 | GREENBRIER SPORTING | LOT 65 Oakhurst | $ 9,000 | 17 0100 0000 0000 | NO STRUCTURE |
| 19 | 0.39 | GREENBRIER SPORTING | LOT 61 Oakhurst | $ 9,000 | 17 0101 0000 0000 | NO STRUCTURE |
| 20 | 1.21 | GREENBRIER SPORTING | LOT J Oakhurst | $ 9,000 | 17 0102 0000 0000 | NO STRUCTURE |
| 21 | 2.34 | GREENBRIER SPORTING | LOT 15 Oakhurst | $ 9,000 | 17 0103 0000 0000 | NO STRUCTURE |
| 22 | 0.82 | GREENBRIER SPORTING | LOT 66 Oakhurst | $ 9,000 | 17 0104 0000 0000 | NO STRUCTURE |
| 23 | 0.43 | GREENBRIER SPORTING | LOT 60 Oakhurst | $ 9,000 | 17 0105 0000 0000 | NO STRUCTURE |
| 24 | 0.83 | GREENBRIER SPORTING | LOT 67 Oakhurst | $ 9,000 | 17 0106 0000 0000 | NO STRUCTURE |
| 25 | 0.41 | GREENBRIER SPORTING | LOT 59 Oakhurst | $ 9,000 | 17 0107 0000 0000 | NO STRUCTURE |
| 26 | 2.23 | GREENBRIER SPORTING | LOT 14 Oakhurst | $ 9,000 | 17 0108 0000 0000 | NO STRUCTURE |
| 27 | 1.10 | GREENBRIER SPORTING | LOT 68 Oakhurst | $ 9,000 | 17 0109 0000 0000 | NO STRUCTURE |
| 28 | 0.44 | GREENBRIER SPORTING | LOT 58 Oakhurst | $ 9,000 | 17 0110 0000 0000 | NO STRUCTURE |
| 29 | 0.45 | GREENBRIER SPORTING | LOT 57 Oakhurst | $ 9,000 | 17 0111 0000 0000 | NO STRUCTURE |
| 30 | 3.37 | GREENBRIER SPORTING | LOT 13 Oakhurst | $ 9,000 | 17 0112 0000 0000 | NO STRUCTURE |
| 31 | 3.04 | GREENBRIER SPORTING | LOT 12 Oakhurst | $ 9,000 | 17 0113 0000 0000 | NO STRUCTURE |
| 32 | 1.61 | GREENBRIER SPORTING | LOT 20 Oakhurst | $ 9,000 | 17 0115 0000 0000 | NO STRUCTURE |
| 33 | 3.72 | GREENBRIER SPORTING | LOT 11 Oakhurst | $ 9,000 | 17 0116 0000 0000 | NO STRUCTURE |
| 34 | 2.39 | GREENBRIER SPORTING | LOT 21 Oakhurst | $ 9,000 | 17 0117 0000 0000 | NO STRUCTURE |
| 35 | 2.48 | GREENBRIER SPORTING | LOT 10 Oakhurst | $ 9,000 | 17 0118 0000 0000 | NO STRUCTURE |
| 36 | 4.15 | GREENBRIER SPORTING | LOT D Oakhurst | $ 9,000 | 17 0119 0000 0000 | NO STRUCTURE |
| 37 | 2.02 | GREENBRIER SPORTING | LOT 9 Oakhurst | $ 9,000 | 17 0120 0000 0000 | NO STRUCTURE |
| 38 | 0.52 | GREENBRIER SPORTING | LOT 22 Oakhurst | $ 9,000 | 17 0121 0000 0000 | NO STRUCTURE |
| 39 | 0.79 | GREENBRIER SPORTING | LOT 35 Oakhurst | $ 9,000 | 17 0122 0000 0000 | NO STRUCTURE |
| 40 | 0.66 | GREENBRIER SPORTING | LOT 23 Oakhurst | $ 9,000 | 17 0123 0000 0000 | NO STRUCTURE |
| 41 | 0.62 | GREENBRIER SPORTING | LOT 34 Oakhurst | $ 9,000 | 17 0124 0000 0000 | NO STRUCTURE |
| 42 | 0.61 | GREENBRIER SPORTING | LOT 24 Oakhurst | $ 9,000 | 17 0125 0000 0000 | NO STRUCTURE |
| 43 | 0.62 | GREENBRIER SPORTING | LOT 33 Oakhurst | $ 9,000 | 17 0126 0000 0000 | NO STRUCTURE |
| 44 | 0.74 | GREENBRIER SPORTING | LOT 25 Oakhurst | $ 9,000 | 17 0127 0000 0000 | NO STRUCTURE |
| 45 | 0.59 | GREENBRIER SPORTING | LOT 32 Oakhurst | $ 9,000 | 17 0128 0000 0000 | NO STRUCTURE |
| 46 | 1.01 | GREENBRIER SPORTING | LOT 26 Oakhurst | $ 9,000 | 17 0129 0000 0000 | NO STRUCTURE |
| 47 | 0.57 | GREENBRIER SPORTING | LOT 31 Oakhurst | $ 9,000 | 17 0130 0000 0000 | NO STRUCTURE |
| 48 | 1.26 | GREENBRIER SPORTING | LOT 27 Oakhurst | $ 9,000 | 17 0131 0000 0000 | NO STRUCTURE |
| 49 | 0.57 | GREENBRIER SPORTING | LOT 30 Oakhurst | $ 9,000 | 17 0132 0000 0000 | NO STRUCTURE |
| 50 | 1.45 | GREENBRIER SPORTING | LOT 28 Oakhurst | $ 9,000 | 17 0133 0000 0000 | NO STRUCTURE |
| 51 | 0.53 | GREENBRIER SPORTING | LOT 29 Oakhurst | $ 9,000 | 17 0134 0000 0000 | NO STRUCTURE |
| 52 | 0.46 | GREENBRIER SPORTING | LOT 56 Oakhurst | $ 9,000 | 17 0135 0000 0000 | NO STRUCTURE |
| 53 | 0.55 | GREENBRIER SPORTING | LOT 55 Oakhurst | $ 9,000 | 17 0136 0000 0000 | NO STRUCTURE |
| 54 | 0.45 | GREENBRIER SPORTING | LOT 36 Oakhurst | $ 9,000 | 17 0137 0000 0000 | NO STRUCTURE |
| 55 | 0.61 | GREENBRIER SPORTING | LOT 54 Oakhurst | $ 9,000 | 17 0138 0000 0000 | NO STRUCTURE |
| 56 | 0.41 | GREENBRIER SPORTING | LOT 37 Oakhurst | $ 9,000 | 17 0139 0000 0000 | NO STRUCTURE |
| 57 | 0.61 | GREENBRIER SPORTING | LOT 53 Oakhurst | $ 9,000 | 17 0140 0000 0000 | NO STRUCTURE |
| 58 | 0.54 | GREENBRIER SPORTING | LOT 52 Oakhurst | $ 9,000 | 17 0141 0000 0000 | NO STRUCTURE |
| 59 | 2.19 | GREENBRIER SPORTING | LOT 51 Oakhurst | $ 9,000 | 17 0142 0000 0000 | NO STRUCTURE |
| 60 | 0.50 | GREENBRIER SPORTING | LOT 38 Oakhurst | $ 9,000 | 17 0143 0000 0000 | NO STRUCTURE |
| 61 | 0.48 | GREENBRIER SPORTING | LOT 49 Oakhurst | $ 9,000 | 17 0144 0000 0000 | NO STRUCTURE |
| 62 | 2.43 | GREENBRIER SPORTING | LOT 50 Oakhurst | $ 9,000 | 17 0145 0000 0000 | NO STRUCTURE |
| 63 | 0.40 | GREENBRIER SPORTING | LOT 39 Oakhurst | $ 9,000 | 17 0146 0000 0000 | NO STRUCTURE |
| 64 | 0.46 | GREENBRIER SPORTING | LOT 48 Oakhurst | $ 9,000 | 17 0147 0000 0000 | NO STRUCTURE |
| 65 | 0.50 | GREENBRIER SPORTING | LOT 40 Oakhurst | $ 9,000 | 17 0148 0000 0000 | NO STRUCTURE |
| 66 | 0.49 | GREENBRIER SPORTING | LOT 43 Oakhurst | $ 9,000 | 17 0149 0000 0000 | NO STRUCTURE |
| 67 | 0.47 | GREENBRIER SPORTING | LOT 41 Oakhurst | $ 9,000 | 17 0150 0000 0000 | NO STRUCTURE |
| 68 | 0.57 | GREENBRIER SPORTING | LOT 42 Oakhurst | $ 9,000 | 17 0151 0000 0000 | NO STRUCTURE |
| 69 | 0.76 | GREENBRIER SPORTING | LOT 44 Oakhurst | $ 9,000 | 17 0152 0000 0000 | NO STRUCTURE |
| 70 | 0.73 | GREENBRIER SPORTING | LOT 45 Oakhurst | $ 9,000 | 17 0153 0000 0000 | NO STRUCTURE |
| 71 | 0.86 | GREENBRIER SPORTING | LOT 46 Oakhurst | $ 9,000 | 17 0154 0000 0000 | NO STRUCTURE |
| 72 | 43.83 | GREENBRIER SPORTING | LOT G Oakhurst | $ 30,000 | 17 0155 0000 0000 | NO STRUCTURE |
| 73 | 2.06 | GREENBRIER SPORTING | LOT C Oakhurst | $ 9,000 | 17 0156 0000 0000 | NO STRUCTURE |
| 74 | 16.55 | GREENBRIER SPORTING | LOT E Oakhurst | $ 18,000 | 17 0157 0000 0000 | NO STRUCTURE |
| 75 | 2.65 | GREENBRIER SPORTING | LOT F Oakhurst | $ 9,000 | 17 0158 0000 0000 | NO STRUCTURE |
| 76 | 13.37 | GREENBRIER SPORTING | STREETS Oakhurst Subdivi | $ 8,060 | 17 0159 0000 0000 | NO STRUCTURE |
| **SUB-TOTAL:** | **155.04** | | **76** | **$ 704,060** | | |

© 2023 CBRE, Inc.



## CONCLUSION

For purposes of this analysis, CBRE, Inc. assumes that all taxes are current. The parcels are mostly raw land, so a change in use through development would likely cause the taxes to increase.

*© 2023 CBRE, Inc.*



# Market Analysis – Macroeconomic

The market analysis section of the report provides a national study of residential supply and demand. These findings are used to support conclusions for the competitive position and exposure of the subject. Sources of information are cited throughout the section. They include the National Association of Realtors, the local multiple listing service, the United States Census Bureau, Department of Housing and Urban Development (HUD), and surveys by private companies and surveys and forecasts performed by local planning boards, economic development commissions, and universities.

An analysis of the national housing market is detailed as follows.

## NEW HOME MARKET UPDATE – JANUARY 2023

The following sections summarize the housing market as of January 2023 as obtained from Zonda.

There's an interesting dynamic in the housing market where the improvement in demand seen so far in 2023 is celebrated by the homebuilding community but is carefully watched by policymakers trying to get inflation under control. The Federal Reserve is enacting restrictive policy to intentionally slow the overheated economy, and the housing market is a core part of that.

So far, the majority of builders report a stronger than expected start to the year. There are pockets of outperformance where some communities are exceeding sales seen at the beginning of last year, but the majority remain well below the feverish levels seen in 2021 and early-2022.

This uptick in demand is captured in Zonda's New Home Pending Sales Index (PSI) for January. The PSI was down 5.8% month-over-month when seasonally adjusted but up 4.3% when non-seasonally adjusted. Put simply, this is telling us that sales rose nationally in January but not to the same extent as would be expected given the time of year.

"It has felt like we've experienced data whiplash over the past few months as new economic and housing stats have been released," said Ali Wolf, Zonda's chief economist. "It's hard to see the uncertainty clearing anytime soon, so we recommend going back to the basics of understanding market resilience, local supply and demand dynamics, and consumer preferences to guide future developments."

## Sales Activity Ticked up but less than the Traditional Seasonal Improvement

Zonda's new home sales metric counts the number of new home contract sales each month and accounts for both cancellations and seasonality. This metric shows there were 498,214 new homes sold in January on a seasonally adjusted annualized rate. This was a decline of 6.1% from last month and a drop of 37.5% from a year ago. On a non-seasonally adjusted basis, 40,112 homes were sold, 39.5% lower than last year but up 2.1% from December 2022.

© 2023 CBRE, Inc.



**New Home Sales (SAAR)**



Source: Zonda

## Some Markets Appear to have Stabilized

Total volume is down due to both supply and demand. Zonda's New Home Pending Sales Index (PSI) was created to help account for fluctuations in supply by combining both total sales volume with the average sales rate per month per community. The January PSI came in at 90.6, representing a 43.0% decline from the same month last year. The index is currently 48.0% below cycle highs. On a month-over-month basis, seasonally adjusted new home sales decreased 5.8%. Similar to total volume, the PSI ticked up on an unadjusted basis, climbing 4.3% from December 2022.

**New Home Pending Sales Index**

Source: Zonda; Data is seasonally adjusted and as of January 2023

- The PSI failed to grow in any of the select markets year-over-year, but Baltimore was again the strongest performer.

© 2023 CBRE, Inc.



- The metros that performed the worst year-over-year were Phoenix (-64.4%), Las Vegas (-62.9%), and Denver (-62.8%).

- On a monthly basis, Cincinnati, San Antonio, and Austin were the best performing metros. Cincinnati increased 0.7% relative to last month, while San Antonio and Austin were down 0.3% and 1.5%, respectively. Note, these percentages are seasonally adjusted.



**New Home Pending Sales Index for Select Markets**

| Rank | METRO | SA MOM | SA YOY |
|---|---|---|---|
| 1 | Baltimore | -2.1% | -7.1% |
| 2 | Charlotte | -10.6% | -21.1% |
| 3 | Dallas | -5.2% | -26.6% |
| 4 | Raleigh | -5.0% | -31.2% |
| 5 | Philadelphia | -4.7% | -33.5% |
| 6 | Washington, DC | -4.2% | -33.9% |
| 7 | Tampa | -13.1% | -35.3% |
| 8 | New York | -6.4% | -38.2% |
| 9 | Houston | -3.9% | -40.6% |
| 10 | San Antonio | -0.3% | -40.9% |
| 11 | Minneapolis | -10.1% | -40.9% |
| 12 | Jacksonville | -3.3% | -44.1% |
| 13 | Orlando | -5.7% | -44.7% |
| 14 | Atlanta | -4.5% | -48.4% |
| 15 | Austin | -1.5% | -49.3% |
| 16 | Cincinnati | 0.7% | -49.8% |
| 17 | Seattle | -19.4% | -50.4% |
| 18 | Salt Lake City | -9.7% | -55.0% |
| 19 | Los Angeles/OC | -12.1% | -56.6% |
| 20 | Sacramento | -9.1% | -59.7% |
| 21 | Riverside/San Bernardino | -14.7% | -61.9% |
| 22 | San Francisco | -10.2% | -62.4% |
| 23 | Denver | -4.5% | -62.8% |
| 24 | Las Vegas | -8.5% | -62.9% |
| 25 | Phoenix | -1.8% | -64.4% |

Source: Zonda; Data is seasonally adjusted and as of January 2023

## Home Prices Continue to Decelerate

National home prices increased year-over-year across entry-level, move-up, and high-end homes. Prices rose 8.4% for entry-level to $336,943, 8.0% for move-up to $526,718, and 7.3% for high-end homes to $904,410.

Supplementing our data with a monthly survey Zonda conducts, the majority of builders reported holding their prices flat month-over-month from December to January. Roughly 32% of builders lowered prices and 12% increased them. The latter is a divergence from recent trends, and we'll be watching the direction of price changes throughout the year to get a sense of supply and demand and pricing power.

© 2023 CBRE, Inc.





National Home Value Appreciation by Price Tier (YOY Change)

Source: Zonda

Incentives are still common in today's housing market given the lower levels of sales. 57.6% of active projects are offering to-be-built incentives, up from last month. The average incentive dollar amount is $13,697 or 4.0% of the list price.

## Total Community Count is Nearly 30% Below Pre-Pandemic Levels

There are currently 13,412 actively selling communities tracked by Zonda, down 6.4% from last year. On a month-over-month basis, the national figure slipped 1.9%. Total community count is 29.8% below the same month in 2019. Zonda defines a community as anywhere where five or more units are for sale.



National New Home Community Count

Source: Zonda

- Riverside/San Bernardino (+17.9%), Phoenix (+10.4%), and Los Angeles/OC (+9.3%) grew community count the most year-over-year.

© 2023 CBRE, Inc.



- Relative to last year, the biggest community count declines were in Baltimore (-21.1%), New York (-20.3%), and Atlanta (-19.4%).

- Community count in none of our select markets rose month-over-month, 4% were flat, and 96% fell.

National quick move-ins (QMIs) totaled 29,084, up 203.9% compared to last year but 11.7% lower month-over-month. Total QMIs are 39.3% above 2019 levels. QMIs are homes that can likely be occupied within 90 days.

In many cases, builders were willing and able to offer more aggressive price cuts and/or incentives to help sell these homes, and the month-over-month drop captures the effectiveness.

Zonda's survey of builders in January found that nearly 60% of builders were either somewhat comfortable or comfortable with their QMI levels, while 37% were somewhat uncomfortable or uncomfortable. The balance said they didn't have any QMIs.

- On a metro basis, all of Zonda's select markets increased QMI count year-over-year.

- The markets posting the biggest gains year-over-year were Phoenix, Tampa, and Riverside/San Bernardino. All three markets have seen QMIs rise 400%+ YOY. Month-over-month QMIs were 1% lower in Phoenix and down 24% in Tampa and Riverside/San Bernardino.

- Jacksonville, Phoenix, and Sacramento have seen the most growth in QMIs compared to the same time in 2019, up 353.6%, 211.7%, and 143.4%, respectively.



Weekly Quick Move-In Count

Source: Zonda

## 2023 HOUSING MARKET PREDICTIONS: LEARNING FROM HISTORY

Marketing November 28, 2022

An outstanding question about the housing market is how demand might progress over the next 18 months given elevated inflation and higher mortgage rates. Officials at the Federal Reserve are committed to stabilizing the economy, and the most recent rate increase of 0.75% adds to the uncertainty regarding overall market conditions. In addition, the Fed has been moving since mid-

*© 2023 CBRE, Inc.*



2022 to reduce the size of its balance sheet (known as quantitative tightening), which will further restrict credit activity. With housing being one of the most interest rate-sensitive industries, there is great curiosity about how these changes will affect the homebuilding sector.

The 30-year fixed rate mortgage has risen in response to policy changes and inflation, moving from an average of just over 3% at the beginning of this year to nearly 7% in early October. Zonda data shows that higher mortgage rates combined with faltering consumer confidence have already significantly cooled the housing market. Zonda's New Home Pending Sales Index is 25.1% below the levels seen last year.

Prospective buyers and sellers are wondering what may come next. The issue becomes that, given the unprecedented nature of the pandemic shock followed by trillions of dollars in fiscal and monetary stimulus to support the economy, there is not a good historical analog to the current situation. The stimulus to the economy in 2020 and 2021 proved effective in averting a prolonged recession or even a feared depression, but the economy is now largely considered overheated.

Given inflation and the idea that the economy is running too hot, the Federal Reserve has committed to continued increases in the federal funds rate (FFR). Chair Powell, during the press conference on September 21, 2022, said: "We are moving our policy stance purposefully to a level that will be sufficiently restrictive to return inflation to two percent." Further, Chair Powell added, "restoring price stability will likely require maintaining a restrictive policy stance for some time."

With this guidance in mind, the chance of a recession in 2023 has become elevated. Zonda's forecasts are modeled assuming a 'run of the mill' recession, though there are risks related to potential severity. What we know, though, is that Chair Powell and the Fed are looking back at history to see what kind of policy response might make sense given the elevated levels of inflation currently in the economy.

A historically high inflation period was in the 1970s and early 1980s with the consumer price index (CPI) inflation averaging 7.1% across the period from January 1970 to January 1980. During this time, the US economy was stuck in a high inflation pattern, partially made worse by the Fed's "stop-go" policy of raising rates and quickly reversing with rate cuts. The high inflation era is generally recognized as being ended by Chair Volcker's policy where the FFR maxed out at 19.1% in June 1981, which caused a substantial recession. Ultimately, inflation did come down to acceptable levels following the high-rate era.

While we believe today's inflationary environment is different than the 1970s and 1980s, Chair Powell and the Board of Governors likely have this historical episode in the back of their minds as they plan the future path of the FFR. Powell is quoted saying, "the historical record cautions strongly against prematurely loosening policy."

*© 2023 CBRE, Inc.*



If a recession does occur in the near term, it is important to prepare for how things may evolve over the next 18 months. To do this, we look back to the four recessions over the past 30 years for guidance on how unemployment levels, the FFR, and the 30-year fixed-rate mortgage might trend, knowing every recession is different. The historical trends can help us predict what could happen to the housing market in 2023.

Note, all the graphs featured in this article show the progression of the various rates from the start of the specific recession through 18 months after the beginning of the recession.

### The Unemployment Rate Rises in Response to Slower Growth

The unemployment rate typically rises 1.6 percentage points by six months after the official start of a recession and about 2 percentage points 18 months post the start of a recession. As employment and housing typically move together, the labor market is critical to watch as strength or weakness in employment growth has a strong impact on housing demand.



### The Fed Historically Reverses Course Quickly

With higher unemployment and lower levels of consumer demand, the Federal Reserve typically begins cutting the FFR three to six months post-peak levels. Looking beyond the 1990s, however, we know that inflationary times have historically called for more firm policies. The Fed may be hesitant to cut too quickly this time to avoid the previous mistakes seen in the 1970s and 1980s high inflation era.

*© 2023 CBRE, Inc.*





## Mortgage Rates Take More Time to Adjust

Mortgage rates do come down following a recession, but the 30-year fixed rate mortgage has historically been stickier than the FFR with an average decline of about 100 basis points after 18 months considering recessionary periods since 1990.



Today's historic affordability shock combined with economic uncertainty has pushed some buyers temporarily to the sidelines. A more substantial economic recession would be another hurdle for many potential buyers as significant job losses or real wage declines would further the challenges. While in the near term we expect continued volatility in the housing market, further out we anticipate some of the headwinds to dissipate as the economic situation stabilizes and buyers are eventually enticed back into the market.

An article, provided by Pacaso, which details on the national 2nd home market, which is shown as follows:

© 2023 CBRE, Inc.



## DESPITE A WEAK Q3, LUXURY SECOND HOME DEMAND REMAINS FAR ABOVE PRE-PANDEMIC LEVELS

Published Date: JANUARY 5, 2023

### Pacaso Second Home Market Analysis Q3 2022: Key takeaways

- Luxury second home mortgage rate locks declined 28% from Q2 to Q3 in 2022, however they remain 152% above their pre-pandemic level in Q3 2019.

- While many pandemic boomtowns began to see price declines in Q3, those still have not extended to luxury second homes in destination communities.

- The data suggest buyers are adjusting their second home purchases to account for deteriorating market conditions by opting for less expensive destinations closer to home.

- The unprecedented ten-fold increase towards remote work since the pandemic is an historic development that will continue to fuel second home demand for many years to come.

Q3 2022 marked the end of the pandemic real estate boom for luxury second homes with a 28% quarter-over-quarter decline in mortgage rate locks across the country, according to luxury second home mortgage data analyzed by Pacaso's research team. Luxury second homes are defined as homes sold for $1 million or more that are designated for seasonal and/or recreational use.

"The pandemic unleashed unprecedented, unsustainable demand for luxury second homes," said Austin Allison, Co-Founder and CEO of Pacaso. "While market conditions deterred many buyers from making purchases in Q3, mortgage rate locks are still flowing at double the pace from before the pandemic. Remote work has become so prevalent that it has created a new normal for luxury second homes, and we should continue to see elevated demand in historical terms even as market conditions take the froth off."

All-cash buyers play a particularly important role in the luxury second home market and, unlike the buyers driving the mortgage rate lock figures, their buying power is not directly affected by the steep rate hikes of recent months. That said, all-cash buyers are generally more exposed to the ups and downs of the stock market, which has lost considerable ground since the beginning of the year.

### The Pandemic's Effect on Luxury Second Homes

Luxury second home rate locks were 152% higher in Q3 2022 than they were in Q3 2019, the last reading for the same season before the pandemic. In fact, every quarter from Q3 2020 to Q3 2022 saw rate locks on luxury second homes clock in at more than double the level in the corresponding quarter of 2019.

© 2023 CBRE, Inc.





In 2018, according to the U.S. Census, just 8 million people in the U.S. worked from home, or 5.3% of workers. Today, a recent McKinsey survey found that "58% of employed respondents…equivalent to 92 million [workers]…report having the option to work from home for all or part of the week." Granted, that's not a perfect apples-to-apples comparison, but it amounts to a whopping ten-fold increase.

And now that about half of the workforce has shed a key obstacle to getting away—probably permanently--second homes remain superbly poised to benefit from that newfound geographic freedom. "Market conditions are temporary, but remote work and the desire to spend time with your people in amazing places are here to stay. That's why I remain bullish on second homes in the long run, especially in the luxury tier and despite the short-term challenges," continued Allison.

## Impact of Market Conditions

Mortgage rate hikes, a weak stock market and general economic concerns, particularly regarding the housing market, combined to deter many buyers from purchasing a luxury second home in Q3. The relationship between mortgage rate hikes and second home rate locks is stark.

© 2023 CBRE, Inc.





Another important factor is the stock market. According to the National Association of Realtors, about half of second home buyers pay all-cash, and their role in the market isn't captured by rate lock data. Luxury second home buyers tend to be affluent and hold much of their wealth in equities. Analysts suggest that stock market declines this year have erased $9 trillion in U.S. household wealth, and as losses mount it becomes harder to fund or at least justify a major discretionary purchase.

Despite all that, rate locks were historically high—double their pre-pandemic level—so what is the story here? It turns out that rate locks varied throughout the country. Reviewing regional data, we observe a steeper decline in rate locks in premium destination communities, and an increase in more affordable locales.

## Premier destination communities trending down

| PREMIER DESTINATION COMMUNITY | YOY RATE MORTGAGE LOCK CHANGE |
|---|---|
| Park City, Utah | -44.9% |
| Truckee-Grass Valley, California | -47.8% |
| Santa Barbara County, California | -56.7% |
| Breckenridge, Colorado | -62.5% |
| Honolulu County, Hawaii | -66.7% |

© 2023 CBRE, Inc.



## Regional destination communities trending up

| REGIONAL DESTINATION COMMUNITY | YOY RATE MORTGAGE LOCK CHANGE |
|---|---|
| Washington County, Utah | +450.0% |
| Belknap County, New Hampshire | +183.3% |
| Currituck County, North Carolina | +160.0% |
| Osceola County, Florida | +116.7% |
| St. Johns County, Florida | +100.0% |

This is consistent with a trend we identified in our Q2 analysis, where buyers began to flock to locally-relevant destinations which can be more affordable and convenient. Taken together, these findings suggest that buyers are adjusting their second home purchases to account for market conditions by opting for less expensive destinations closer to home.

### Resilience in Purchase Price and Appreciations

Despite the decline in rate locks, luxury second homes maintained their value in Q3. Prices have held up due to low inventory, as sellers who are also seeking to buy want to avoid trading a low mortgage rate for a high one, and as demand remains well above pre-pandemic levels. Some parts of the housing market began to see price declines in Q3, particularly the middle and lower tiers in pandemic boomtowns. While that may extend to luxury second homes in destination communities down the line, second home prices in those communities did not lose ground in Q3.



© 2023 CBRE, Inc.



# Golf Market Analysis

## National Golf Federation Graffis Report 2023

Over the past decade or so, we have studied golf participation more broadly. As the game has evolved, so have the ways in which people are engaging with golf. It's why we expanded our scope of research to better measure golf's overall consumer base and associated behaviors and sentiments.

From that perspective, 2022 was a milestone year forgolf. For the first time, the number of Americans who participate in off course forms of golf surpassed those who play the traditional, green grass game. In addition, the overall participant base eclipsed 40 million for the first time, climbing to 41.1 million when considering those who play both on and off course golf.

For many in the industry, the focus understandably remains golf played on a course. And in 2022, the total number of on course golfers climbed to 25.6 million, a 500,000 net increase that matched the largest in nearly two decades. This marked the fifth straight annual rise in the on course golf population, with a net gain of approximately 1.4 million over that time. Much of that increase has been realized since the onset of the coronavirus pandemic, as participation is up 1.3 million over the past three years alone.

| Golf Participation – By the Numbers | |
|---|---|
| All Traditional U.S. Golfers | 25.6 million |
| National Golf Participation Rate | 8.3% |
| Women | 6.4 million |
| Juniors | 3.4 million |
| Beginners | 3.3 million |
| Non-Caucasians | 5.6 million |
| Off-Course Golfers | 27.9 million |
| Off-Course Only Golfers | 15.5 million |
| Overall Golf Participants | 41.1 million |
| Core Golfers (8+ rounds) | 12.6 million |
| Committed Golfers* (*very likely to continue) | 17.6 million |
| 2022 Rounds-Played | 510 million |
| Average Rounds Per Golfer | 20.0 |
| Latent Demand | 20.8 million |

Some of this "Covid era" increase is attributable to more people having the time and inclination to pick up golf or return to golf for reasons related to the pandemic. But our research shows that off course forms of the game are helping improve access to, and attitudes toward, golf. This in turn has boosted not only trials, but interest in playing golf among non golfers.

Whether it's visiting a golf entertainment facility, hitting balls at a driving range, or using an indoor simulator or screen golf setup, the number of off course participants jumped 13% year over year to 27.9 million. As venues and options proliferate, this figure has almost doubled from the 14.3 million off course participants in 2014. There remain three groups of golf participants:

- Those who participated ONLY on course: 13.2 million

© 2023 CBRE, Inc.



- Those who participated ONLY off course: 15.5 million

- Those who took part in BOTH on and off course play: 12.4 million

There continues to be significant differentiation in the demographics of these participation groups.

The average age of off course only participants is 15 years younger than those who only play on course (31 vs 46). Off course only participants also skew closer to the U.S. population in terms of gender and race/ethnicity meaning they're more likely to be female and people of color, even as the pool of on course golfers continues to get more diverse.

## NATIONAL MARKET TRENDS

### Supply

At the end of 2022, there were 13,946 golf facilities and 15,945 golf courses with 2022 marking the 17-year in row of a reduction in golf holes.    However, each of the past three years, the number of annual closings has declined, a sign the U.S market may be nearing equilibrium.  The following chart shows the growth from 1990 to 2006 and current decline.

| NUMBER OF GOLF FACILITIES IN THE US | | | | | | | |
|---|---|---|---|---|---|---|---|
|  | 1990 | 2000 | % Change | 2006 | % Change | 2022 | % Change |
| Total | 12,846 | 15,487 | 20.6% | 17,597 | 30.7% | 13,946 | -20.7% |
| Source:  National Golf Foundation | | | | | | | |

Regardless of industry, many small businesses close their doors every year, and golf is no exception. Given their footprint, golf courses have a natural appeal to developers.

Overall, U.S. golf facilities are seeing significant improvement in financial health, a function of stabilizing participation, an improved overall economy, the closing of many lower-performing courses and, in recent years, the surge in rounds played.

In 2022, there were a total of 10.6 new golf courses including the new environmentally sensitive Stillwater in Jacksonville, the first brand new golf course in Northeast Florida in over two decades (2007).

© 2023 CBRE, Inc.



| NET GROWTH IN GOLF FACILITY SUPPLY ||
| Year | Net Change |
|---|---|
| **2001** | 252.0 |
| **2002** | 182.0 |
| **2003** | 103.0 |
| **2004** | 88.0 |
| **2005** | 31.0 |
| **2006** | -26.5 |
| **2007** | -8.5 |
| **2008** | -34.0 |
| **2009** | -90.0 |
| **2010** | -61.0 |
| **2011** | -138.5 |
| **2012** | -141.0 |
| **2013** | -143.5 |
| **2014** | -163.5 |
| **2015** | -160.0 |
| **2016** | -196.0 |
| **2017** | -190.0 |
| **2018** | -186.0 |
| **2019** | -186.0 |
| **2020** | -191.0 |
| **2021** | -117.5 |
| **2022** | -87.0 |
| **Average** | -66.5 |
| Source:  National Golf Foundation ||

The NGF reports 54 new golf courses were under construction at the start of 2023 with another 38 in the planning stages.

## PARTICIPATION

While golf course supply has continued to decline, participation remains at historical levels. According the NGF, approximately 1 in 9 Americans are actively engaged with golf, making it one of the nation's leading participation  sports.

New first-time green grass players exceed 3 million for the first time ever.  In addition to the increased green grass participation, off-course participation is even greater with an annual growth rate of 12% over the past 15-years.  Off-course participation includes golf entertainment venues such as TopGolf ®, PopStroke ®, Drive Shack ® and other golf entertainment venues and simulators.

The off-course venues have proven invaluable in introducing non-golfers to the game and in many times proving as an engaging on-ramp to the traditional game.

© 2023 CBRE, Inc.







Source: National Golf Federation Graffis Report 2023

## Rounds Played

Approximately 510 million rounds were played in 2022. While this is slightly below the record breaking 2021 (-3.7%) it nearly matched the previous record highs set in 2000 and 2001 at a time when there were almost 4 million more golfers and over 1,000 more golf courses. Some of the decline is likely due to weather related circumstances which showed play down nearly 10% thru the first five months of the year. The chart on the following page summarizes annual rounds since the turn of the Century.

43

© 2023 CBRE, Inc.



| NATIONWIDE ROUNDS PLAYED DATA | | |
|---|---|---|
| Year | Rounds | % Change |
| 2000 | 518,400,000 | -- |
| 2001 | 518,000,000 | -0.1% |
| 2002 | 502,000,000 | -3.1% |
| 2003 | 495,000,000 | -1.4% |
| 2004 | 500,000,000 | 1.0% |
| 2005 | 499,600,000 | -0.1% |
| 2006 | 501,000,000 | 0.3% |
| 2007 | 498,000,000 | -0.6% |
| 2008 | 489,000,000 | -1.8% |
| 2009 | 486,000,000 | -0.6% |
| 2010 | 475,000,000 | -2.3% |
| 2011 | 463,000,000 | -2.5% |
| 2012 | 489,400,000 | 5.7% |
| 2013 | 465,400,000 | -4.9% |
| 2014 | 457,500,000 | -1.7% |
| 2015 | 465,735,000 | 1.8% |
| 2016 | 468,600,000 | 0.6% |
| 2017 | 456,000,000 | -2.7% |
| 2018 | 434,000,000 | -4.8% |
| 2019 | 440,600,000 | 1.5% |
| 2020 | 501,800,000 | 13.9% |
| 2021 | 529,400,000 | 5.5% |
| 2022 | 509,800,000 | -3.7% |
| Source: National Golf Foundation | | |

## Facility Health

The overall financial health of U.S. golf facilities has improved significantly since 2016 – a function of stabilizing participation, an improved overall economy, the closing of many lower-performing courses and, in recent years, the surge in rounds played.

More than half of public courses (66%) and 80% of private clubs report to be in "good" or "great" financial shape, another indication that the market is moving toward economic balance.

In previous NGF studies (2009 and 2016), about one quarter of public courses reported being in poor financial shape. Among private clubs, 21% said they were doing poorly in 2009, a proportion that dropped to 14% in 2016. Now, fewer than 8% of golf facilities are in self-reported bad financial shape.

With fewer facilities now financially "at risk," it's likely the rate of closures/conversions will continue to slow, with the marketplace finding its way closer to equilibrium.

The average price for an 18-hole round on a public golf course in the US rose to $41 in 2022, up from $38 in 2021. The increasing play as been the primary factor in the higher green fees.

© 2023 CBRE, Inc.



In addition, private clubs are generally reporting increasing membership levels, dues and fees as well.

## Golf Course Renovations

The opening of brand-new courses remains limited, but facility investment is substantial. In 2022, almost 100 18-HEQ re-opened after these extensive reconstruction efforts, which require a minimum of nine holes being closed for at least three months. There is significantly more investment going on in terms of minor improvements or upgrades at thousands of facilities nationwide that has minimized disruption to golf operations, from individual holes being redone to bunker work, green and teeing ground restorations, re-grassing, cart path replacement or clubhouse upgrades.

On average, between $800 million and $900 million is being invested at golf facilities annually to upgrade/improve their golf course. That equates to more than $4 billion over the past five years.

### SHORT COURSES AND PAR 3 FACILITIES

Within the golf course renovations, one product that is seeing significant popularity are short courses and par 3 facilities.  A new12-hole concept provide options of six-, 12 and 18 loops and will not require a full set of clubs and will provide guests additional options of play.  Both the short course options and multi-acre putting green have proven to be extremely well received around the country providing participants an option of play that does not take nearly as many hours.

### *GOLF COURSE TYPES AND DESIGN TRENDS*

Golf courses are developed for a variety of purposes, including amenity support for various types of real estate projects. The most basic breakdown is between courses that are privately owned or municipally owned.  Further, privately owned courses may be limited to play by members of a private club and may be open to the public on a daily fee basis.  Either type may be associated with a real estate venture, from a primary home community to a designation resort.  Real estate golf courses often combine aspects of both a private club and a daily fee course.  Municipal courses, although usually owned and operated by a local government, may also include real estate elements.  There are currently about 15,204 golf facilities in the U.S. with a golf facility defined as at least one nine-hole course.  Following is a description of the types of golf courses.

> <u>Private Clubs</u> are usually composed of between 200 and 500 members per 18 holes who pay an initial fee and annual dues to support the capital and operating expenses of the facility.  The initial fee can either entitle the member to an equity ownership or may simply be an initiation fee, required for membership but not representing an ownership interest.  These clubs are usually organized as non-profit entities.  In the 1950's private clubs accounted for about 60% of all U.S. golf courses.  By 2002, private clubs have decreased to 29% of the total.

*© 2023 CBRE, Inc.*



Many real estate golf projects are structured around private ownership, especially as a project matures. In a golf course's early years, it may be open to the public as a daily fee facility to help market the real estate development around the course. Over the life of the project, such a course may continue to operate on a public fee basis, it may be owned by the members as an equity owned private club, or it may be owned by the developer or a third party, and operated as a private membership facility.

<u>Daily Fee Courses</u> make up approximately 55% of current golf course operations in the U.S and is growing. Like private clubs, many are associated with real estate projects. In the 1950's and 1960's, when land costs, development costs, and operating costs were all relatively low, it was often feasible to tap the growing demand for golf with a daily fee course. Owners received revenues from daily green fees and golf cart rentals, pro shop sales, and food and beverage operations. In many areas, higher green fees and cart rentals fees have produced higher profits.

<u>Municipal Courses</u> have been about 16% of all U.S. golf courses over the last thirty years. Most of these facilities are independent entities, sometimes combined with tennis courts, community centers, or other public recreational facilities, usually operated by a city or county parks and recreation department.

Increasing costs, however, are out-pacing growth in public budgets for recreational facilities and programs. Some municipalities, faced with the high capital and operating costs of golf courses, have also turned to bond financing as one way of helping to underwrite these facilities.

All golf courses are based on one or a combination of five basic types, design, or configurations. The appropriateness of a particular configuration depends on a number of factors such as: overall project objectives; operational requirements; and the site's shape, orientation, soils, vegetation and topography. Like most prototypes, pure examples of each of the five basic courses seldom exist. Instead, characteristics of each type are combined to suit a particular project in a specific site.

Each basic course prototype is based on the concept of the regulation course, which in turn stems from the notion of par. Par represents simply the score for a given hole produced by error-free golf, or the score an expert golfer would be expected to make. Par assumes ordinary playing conditions and allows two putting strokes per hole. Generally speaking, a regulation course will play to a par of between 69 and 73, with par 72 considered the ideal. The standard length for such a course averages between 6,300 and 6,700 yards from the middle tees. Assuming three sets of tees, a standard regulation course could effectively be played from 5,200 to 7,200 yards long.

| PAR AND DISTANCE STANDARDS | | |
|---|---|---|
| Par | Men | Women |
| 3 | Up to 230 yards | Up to 210 yards |
| 4 | 251 – 470 yards | 211 - 400 yards |
| 5 | 471 yards and up | 401 yards and up |

Source: United States Golf Association, Golf Committee Manual and USGA Handicap System (New York: U.S. Golf Association, 1969)

© 2023 CBRE, Inc.



The basic mix of holes for a par 72 course is ten par 4s, four par 3s, and four par 5s. Ideally, these holes should be evenly distributed along two circuits of nine holes each. Par can be reduced to 71 or 70 by replacing a par 4 with a par 3, or, more desirably, by reducing a par 5 to a par 4. Clearly, the site and the program will determine an appropriate hole mix and total par. Par or total yardage, taken alone, are not indicators of overall course quality or difficulty.

Regulation courses are sometimes referred to as "championship courses." This overused term means little except that championships may be held there. In most cases, a championship course refers to a particularly high-quality regulation course, although the term carries no objective meaning of its own.

## Summary

Most contemporary courses combine elements of each of these prototypes to arrive at a satisfactory plan for a particular project. Most, however, are predominantly of one type. Some layouts, for example, will economize with predominantly parallel fairways, but may include four to six single-fairway holes to respond to a dramatic cluster of trees, to skirt a wetland, or to create especially desirable building sites.

Assuming all other factors remain equal, continuous layouts offer maximum frontage but minimum flexibility in operation. Returning nines increase capacity and flexibility at a small loss of developable frontage. Single fairways offer greater design flexibility and maximum frontage but involve higher maintenance costs and, possibly, lower quality of play. Double or parallel fairways economize on maintenance and improve the golf course integrity at some loss of development potential. Finally, a core course remains the most economical and efficient to operate but yields the fewest building sites. Design options and relative performance is outlined below.

**18-HOLE REGULATION COURSE DESIGN OPTIONS:**
**RELATIVE PERFORMANCE ON SELECTED CHARACTERISTICS**

| Design Options | Land Consumption | Frontage Opportunities | Flexibility/ Capacity | Maintenance Costs |
|---|---|---|---|---|
| Core | Low | Low | Low | Low |
| Single fairway, continuous | High | High | Low | High |
| Single fairway, returning nine's | High | High | High | High |
| Double fairway, continuous | Medium | Medium | Low | Medium |
| Double fairway, returning nine's | Medium | Medium | High | Medium |
| Source: National Golf Foundation 2004 | | | | |

The subject includes components of single and double fairway, returning nines configurations.

## Golf Course Economics

The positioning of a product, whether it is a service or a commodity, is extremely important in a competitive environment. Upon development consideration of a golf-oriented property as the subject, three elements must be given careful consideration. First, a comprehensive feasibility

© 2023 CBRE, Inc.



study must be developed in order to establish where demand will come from, and how much will they be willing to pay (in relation to charges at competing projects within the market area). Second, a comprehensive marketing plan must be developed in order to attract the prospective players to the project and establish a clientele. Finally, the developer must set aside sufficient capital to pay for the marketing effort that is planned.

## CONCLUSIONS

The subject property will be a luxury residential community with a mountaintop golf course and ski slope. The amenities will be available to members of the Oakhurst Club, a private club for the community, and also for guests of the Greenbrier Resort. This development is expected to be well received and profitable based on similar development ventures associated with the Greenbrier Resort.

© 2023 CBRE, Inc.



# Highest and Best Use

In appraisal practice, the concept of highest and best use represents the premise upon which value is based. The four criteria the highest and best use must meet are:

- legally permissible;
- physically possible;
- financially feasible; and
- maximally productive.

The highest and best use analysis of the subject is discussed below.

## AS VACANT

### Legal Permissibility

The legally permissible uses were discussed in the Site Analysis and Zoning Sections.

### Physical Possibility

The subject has an adequate shape and size, sufficient access, etc., to be a separately developable site. There are no known physical reasons why the subject site would not support any legally probable development (i.e. it appears adequate for development). The topography is hilly. Of the outright permitted uses, physical and locational features of the immediate area best support development of a luxury residential community with golf and ski amenities. The residual mostly mountainous acreage is best suited for recreational/timber use.

### Financially Feasible

The determination of financial feasibility is dependent primarily on the relationship of supply and demand for the legally probable land uses versus the cost to create the uses. As discussed in the market analysis, the subject luxury residential markets are generally stabilized.

### Maximally Productive - Conclusion

The final test of highest and best use of the site as if vacant is that the use be maximally productive, yielding the highest return to the land.

Based on the information presented above and upon information contained in the market and neighborhood analysis, we conclude that the highest and best use of the subject as if vacant would be the development of a luxury residential community with golf and ski amenities. Again, the residual mostly mountainous acreage is best suited for recreational/timber use. Our analysis of the subject and its respective market characteristics indicate the most likely buyer, as if vacant, would be a developer or investor (land speculation).

*© 2023 CBRE, Inc.*



## AS IMPROVED/PROPOSED

### Legally Permissible

A portion of the acreage is improved with a 9-hole golf course that has not been in operation for a number of years. It will require renovations to bring it back into playable condition. The remaining acreage is raw with some site work in place for development of a residential subdivision, golf course, and ski slope. These existing and proposed developments are legal conforming uses.

### Physically Possible

The layout and positioning of the improvements are considered functional for a luxury golf and ski community. While it would be physically possible for a wide variety of uses, based on the legal restrictions and the design of the improvements, the continued and proposed use of the property for development of a residential neighborhood with golf and ski amenities would be the most functional use.

### Financially Feasible/Maximally Productive - Conclusion

Given the uniqueness of the subject's 1,577-acre Oakhurst tract and the partial infrastructure already in-place, a land residual analysis has been performed. The Greenbrier has a sister community as part of the Sports Club that includes a similar championship golf course/club along with around 450 luxury residential lots. The subject will closely mirror this existing development, and the golf course/club profit and loss statement was provided for 2022. It has been presented on the following page for the purposes of this residual analysis.

As shown, the total revenue generated in 2022 was just over $14M or $31,128/member, and the net operating income was $1.834M or $4,078/member (margin of around 13% noting no reserves).

© 2023 CBRE, Inc.



## GREENBRIER SPORTING CLUB 2022 OPERATING SUMMARY (GOLF & CLUB)

| Year | 2022 | | |
|---|---|---|---|
| No. Holes | 18 | | |
| Total Memberships | 450 | | |

| | Total | % Rev [1] | $/Member |
|---|---|---|---|
| **REVENUE** | | | |
| Initiation Fees | $1,200,000 | 8.6% | $2,666.67 |
| Membership Dues | 7,451,302 | 53.2% | $16,558.45 |
| Green/Cart Fees | $500,538 | 3.6% | $1,112.31 |
| Pro Shop/Merchandise | $486,552 | 3.5% | $1,081.23 |
| Food and Beverage Sales | 2,012,076 | 14.4% | $4,471.28 |
| Other Revenue | 2,356,931 | 16.8% | $5,237.62 |
| Total Revenue | $14,007,399 | 100.0% | $31,127.55 |
| **LESS: COST OF GOODS SOLD (1)** | | | |
| Pro Shop/Merchandise COGS | 295,911 | 60.8% | $657.58 |
| Food and Beverage Sales COGS | 832,824 | 41.4% | $1,850.72 |
| Other COGS | 1,031,058 | 43.7% | $2,291.24 |
| Total Cost of Goods Sold | $2,159,793 | 86.4% | $4,799.54 |
| Gross Income | $11,847,606 | 84.6% | $26,328.01 |
| **OTHER EXPENSES** | | | |
| Other | 3,624,312 | 25.9% | $8,054.03 |
| Total Departmental Expenses | $3,624,312 | 25.9% | $8,054.03 |
| **UNDISTRIBUTED OPERATING EXPENSES** | | | |
| Payroll | 4,912,306 | 35.1% | $10,916.24 |
| Utilities | 312,083 | 2.2% | $693.52 |
| Clubhouse Repairs & Maintenance | 69,439 | 0.5% | $154.31 |
| Total Undistribured Expenses | $5,293,828 | 37.8% | $11,764.06 |
| **GROSS OPERATING PROFIT** | $2,929,466 | 20.9% | $6,509.92 |
| Management Fees | 595,846 | 4.3% | $1,324.10 |
| **INCOME BEFORE FIXED CHARGES** | $2,333,620 | 16.7% | $5,185.82 |
| Selected Fixed Charges | | | |
| Property Taxes | 431,852 | 3.1% | $959.67 |
| Insurance | 66,839 | 0.5% | $148.53 |
| Reserves | | 0.0% | $0.00 |
| Total Fixed Charges | $498,691 | 3.6% | $1,108.20 |
| **TOTAL EXPENSES** | $12,172,470 | 86.9% | $27,049.93 |
| **NET OPERATING INCOME** | $1,834,929 | 13.1% | $4,077.62 |

[1] COGS expense ratios are based on departmental revenues; all other categories based on total revenues.

Source: Operating Statements

© 2023 CBRE, Inc.



For the subject's Oakhurst development, ownership indicated that 373 lots are planned with each lot requiring a membership noting initiation fees will be set at $125k/member. For analysis purposes, the per member revenue and expenses presented on the previous page has been applied to the subject's planned Oakhurst development. This analysis is presented below:

| OAKHURST GOLF CLUB INCOME ANALYSIS (HBU) | | | | |
|---|---|---|---|---|
| **No. Holes** | | | | **18** |
| **Total Memberships** | | | | **373** |
| REVENUE | % Rev | $/Hole | $/Member | Total |
| Initiation Fees | 8.6% | $55,266 | $2,667.00 | $994,791 |
| Membership Dues | 53.2% | $343,160 | $16,560.00 | $6,176,880 |
| Green/Cart Fees | 3.6% | $23,002 | $1,110.00 | $414,030 |
| Pro Shop/Merchandise | 3.5% | $22,380 | $1,080.00 | $402,840 |
| Food and Beverage Sales | 14.4% | $92,732 | $4,475.00 | $1,669,175 |
| Other Revenue | 16.8% | $108,584 | $5,240.00 | $1,954,520 |
| Total Revenue | 100.0% | $645,124 | $31,132.00 | $11,612,236 |
| LESS: COST OF GOODS SOLD * | | | | |
| Pro Shop/Merchandise COGS | 61.0% | $13,652 | $658.80 | $245,732 |
| Food and Beverage Sales COGS | 42.0% | $38,947 | $1,879.50 | $701,054 |
| Other COGS | 44.0% | $47,777 | $2,305.60 | 859,989 |
| Total Cost of Goods Sold | 87.2% | $100,376 | $4,843.90 | $1,806,775 |
| Gross Income | 84.4% | $544,748 | $26,288.10 | $9,805,461 |
| OTHER EXPENSES | | | | |
| Other | 25.9% | $166,918 | $8,055.00 | $3,004,515 |
| Total Departmental Expenses | 25.9% | $166,918 | $8,055.00 | $3,004,515 |
| UNDISTRIBUTED OPERATING EXPENSES | | | | |
| Payroll | 35.1% | $226,183 | $10,915.00 | $4,071,295 |
| Utilities | 2.2% | $14,402 | $695.00 | $259,235 |
| Clubhouse Repairs & Maintenance | 0.5% | $3,212 | $155.00 | $57,815 |
| Total Undistributed Expenses | 37.8% | $243,797 | $11,765.00 | $4,388,345 |
| GROSS OPERATING PROFIT | 20.8% | $134,033 | $6,468.10 | $2,412,601 |
| Management Fees | 4.3% | $27,740 | $1,338.68 | $499,326 |
| INCOME BEFORE FIXED CHARGES | 16.5% | $106,293 | $5,129.42 | $1,913,275 |
| Selected Fixed Charges | | | | |
| Property Taxes | 3.1% | $19,893 | $960.00 | $358,080 |
| Insurance | 0.5% | $3,108 | $150.00 | $55,950 |
| Allocations/Non-Recurring | 0.0% | $0 | | $0 |
| Reserves | 3.0% | $19,354 | $933.96 | $348,367 |
| Total Fixed Charges | 6.6% | $42,355 | $2,043.96 | $762,397 |
| TOTAL EXPENSES | 90.1% | $581,187 | $28,046.54 | $10,461,358 |
| **NET OPERATING INCOME** | 9.9% | $63,938 | $3,085.46 | **$1,150,878** |
| * COGS ratios are based on departmental revenues; all others are based on total revenues. | | | | |
| Compiled by CBRE | | | | |

As shown, the margin is similar at near 10% with an indicated NOI of $1,150,878.

© 2023 CBRE, Inc.



The planned 373 luxury residential lots as part of Oakhurst will have prices ranging from $300,000 to $1,000,000 with an overall average of $560k per ownership. They are projecting a conservative 10-year sell-out. The average lot pricing has been adopted along with the proposed 10-year sell-out period. The following subdivision analysis includes a 25% discount rate (combination of discount rate and profit) given the somewhat speculative nature of the development along with sell-out costs for commissions, taxes, and other miscellaneous closing/marketing fees. As shown, the present worth of the 373-lot sell-out equates to $80.7M.

The initial initiation fees tied to the golf course have also been discounted with a net present value of $19,388,768.

Since the construction period is expected to take 3 years, the $80.7M discounted lot sales and $19,388,768 initiation fees have been discounted at a 10%/year discount rate (profit has already been account for in land residual) during the construction period. The result is a discount value of $60,631,104 and $14,567,068, respectively, which has then been inputted into the land residual analysis.

© 2023 CBRE, Inc.



**HBU ANALYSIS OF 373 PLANNED RESIDENTIAL LOTS (OAKHURST)**

**Inputs:**

Oakhurst Lots

| | |
|---|---|
| Avg Projected Lot Price | $560,000 |
| Number of Planned Lots: | 373 |
| Gross Retail Sellout | $208,880,000 |
| Discount Rate: | 25.0% |

| | Holding | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 | Period 9 | Period 10 | Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Available Lots at Beginning of Period | | 373 | 323 | 273 | 223 | 173 | 138 | 103 | 68 | 48 | 28 | |
| Lots Sold Per Period | | 50 | 50 | 50 | 50 | 35 | 35 | 35 | 20 | 20 | 28 | 373 |
| Available Lots at End of Period | | 323 | 273 | 223 | 173 | 138 | 103 | 68 | 48 | 28 | 0 | |
| Total Sales: | | $28,000,000 | $28,000,000 | $28,000,000 | $28,000,000 | $19,600,000 | $19,600,000 | $19,600,000 | $11,200,000 | $11,200,000 | $15,680,000 | $208,880,000 |
| **EXPENSES:** | | | | | | | | | | | | |
| Commission 5% | | $1,400,000 | $1,400,000 | $1,400,000 | $1,400,000 | $980,000 | $980,000 | $980,000 | $560,000 | $560,000 | $784,000 | $10,444,000 |
| Real Estate Taxes, Lots Only $ 100 | | $32,300 | $27,300 | $22,300 | $17,300 | $13,800 | $10,300 | $6,800 | $4,800 | $2,800 | $0 | $137,700 |
| Overhead/Closing Costs, Admin 2% | | $560,000 | $560,000 | $560,000 | $560,000 | $392,000 | $392,000 | $392,000 | $224,000 | $224,000 | $313,600 | $4,177,600 |
| Total Expenses: | | $1,992,300 | $1,987,300 | $1,982,300 | $1,977,300 | $1,385,800 | $1,382,300 | $1,378,800 | $788,800 | $786,800 | $1,097,600 | $14,759,300 |
| Net Cash Flow: | | $26,007,700 | $26,012,700 | $26,017,700 | $26,022,700 | $18,214,200 | $18,217,700 | $18,221,200 | $10,411,200 | $10,413,200 | $14,582,400 | $194,120,700 |
| Present Worth Factor | | 0.8000 | 0.6400 | 0.5120 | 0.4096 | 0.3277 | 0.2621 | 0.2097 | 0.1678 | 0.1342 | 0.1074 | |
| PW of Cash Flows /Period | | $20,806,160 | $16,648,128 | $13,321,062 | $10,658,898 | $5,968,429 | $4,775,661 | $3,821,263 | $1,746,710 | $1,397,636 | $1,565,773 | $80,709,720 |

**Summary**

| | Total | Per Lot |
|---|---|---|
| **Present Worth of Cash Flow** | $80,709,720 | |
| Rounded to: | **$80,700,000** | **$216,354** |
| Gross Retail Value | $208,880,000 | |
| Present Worth % of Gross Retail (Total Discount As Complete | 38.6% | |

| | Period 1 | Period 2 | Period 3 | Period 4 | Period 5 | Period 6 | Period 7 | Period 8 | Period 9 | Period 10 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Golf Initiation Fees @ $125k/member/Lot | $6,250,000 | $6,250,000 | $6,250,000 | $6,250,000 | $4,375,000 | $4,375,000 | $4,375,000 | $2,500,000 | $2,500,000 | $3,500,000 | |
| Present Worth Factor | 0.8000 | 0.6400 | 0.5120 | 0.4096 | 0.3277 | 0.2621 | 0.2097 | 0.1678 | 0.1342 | 0.1074 | |
| PW of Initiation Fees /Period | $5,000,000 | $4,000,000 | $3,200,000 | $2,560,000 | $1,433,600 | $1,146,880 | $917,504 | $419,430 | $335,544 | $375,810 | $19,388,768 |

54



© 2023 CBRE, Inc.

**HBU LAND RESIDUAL ANALYSIS (OAKHURST TRACT)**

**Project Data**

| | | |
|---|---|---|
| Project Type: | Golf/Lots/Ski | |
| Site Size: | 68,694,120 SF | 1,577.000 Acs. |

**Economic Projections**

| | | | |
|---|---|---|---|
| Net Operating Income (static) - Golf Resort | | $ 1,150,878 | |
| Overall Capitalization Rate (OAR) | ÷ | 10.00% | |
| Indicated Value- Golf Resort | | $11,508,780 | |
| ADD Initial $125k/Member Initiation Fees (Discounted over 10 Yrs) | | $14,567,068 | |
| NPV of Sell-out of Oakhurst Residential Lots | | $60,631,104 | |
| TOTAL | | $86,706,952 | |
| | | | |
| Conversion to $/Acre Basis: | ÷ | $54,982 | |
| **Economic Projections (Gross Acreage Equivalent)** | | | $54,982 |

**Development Costs**

| | | |
|---|---|---|
| Estimated Remaining Construction Costs of $26M Plus 10% Contingency | $28,600,000 | |
| Entrepreneurial Profit | 40.0% | |
| Total | ($40,040,000) | |
| | | |
| Conversion to $/Acre Basis: | | ($25,390) |
| **Residual Land Value ($/Acre of Oakhurst Site)** | | **$29,592** |

Compiled by CBRE

The NOI from the proposed golf course/club is capitalized at a market-oriented cap rate of 10% (supported by golf course sales retained in file noting the 10% rate has been loaded to account for the construction period), the result is a market value of $11,508,780. When the discounted initiation fees of $14,567,068 are added along with the discounted lots at $60,631,104, the total is $86,706,952. When this is converted to a $/acre based on the 1,577 acres, the indication is $54,982/acre. The remaining development costs provided are $26M, which a contingency of 10% has been added for a total of $28.6M. Given the scope and timing of the subject's planned development, a sizable profit consideration of 40% has been applied given the amount of capital required and risk profile (including bulk purchase). The total cost with profit equates to just over $40M or $25,390/acre. Thus, the land residual method suggests a price per acre of around **$30,000** is supported.

Also of note, the ski resort portion will be an amenity of the subject members as well as the overall Greenbrier members, so no specific revenue and expenses has been assigned to that portion of the planned development.

As shown in the applicable valuation sections, land that shares some or all of the subject's characteristics has been acquired or continue to be used for residential developments with amenities such as golf and-or skiing. Based on the foregoing, the highest and best use of the property, as improved/proposed, is consistent with the existing/proposed use as a luxury residential development with golf and ski amenities. The most probable buyer would be a developer or institutional owner.

© 2023 CBRE, Inc.



# Land Value – Primary Oakhurst Portion

The following map and table summarize the comparable data used in the valuation of the subject site.  A detailed description of each transaction is included in the addenda.



| | SUMMARY OF COMPARABLE LAND SALES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| No. | Property Location | Transaction Type | Transaction Date | Interest Transferred | Proposed Use | Actual Sale Price | Adjusted Sale Price [1] | Size (Gross | Price Per Acre |
| 1 | Highway 211 Braselton, GA 30517 | Sale | May-21 | Fee Simple/Freehold | Mixed-Use | $15,200,000 | $15,200,000 | 512 | $29,696 |
| 2 | 3655 SW 96th Street Palm City, FL 34990 | Sale | Apr-22 | Fee Simple/Freehold | Luxury Residential | $51,480,000 | $51,480,000 | 1,938 | $26,563 |
| 3 | NEQ of Milam Road and Trietsch Road Denton ETJ, TX 75065 | Sale | May-22 | Fee Simple/Freehold | Mixed-Use | $26,215,300 | $26,215,300 | 633 | $41,382 |
| 4 | 73 Wheeler Road Wingdale, NY 12594 | Sale | Aug-16 | Fee Simple/Freehold | University Golf Course with Excess Land | $15,000,000 | $15,000,000 | 428 | $35,030 |
| Subject | 1 Montague Drive, White Sulphur Springs, West Virginia | --- | --- | | None | --- | --- | 1,577 | --- |

[1] Adjusted sale price for cash equivalency and/or development costs (where applicable)
Compiled by CBRE

© 2023 CBRE, Inc.



Given the subject's large size and extremely unique development plan as part of a nationally known resort community, a national search of sales was performed and used primarily in support of the land residual analysis completed in the highest and best use.

## DISCUSSION/ANALYSIS OF LAND SALES

### Land Sale One

This comparable represents the purchase of a 511.85-acre tract of land which is located on the east side of Highway 211, north of I-85 in the Braselton area of south Hall County. Its zoned for mixed-use development and planned for primarily residential. The topography is rolling to hill along Highway 211. The broker reported that it was listed for $15,200,000 or $29,696 per acre. A portion of the land is located in a flood zone. This area will reportedly be incorporated into the future mixed-use development to be known as Reveille which will feature, general commercial retail, apartments, single-family and self-storage uses.

### Land Sale Two

This comparable represents the sale of 1,938-acres of land located in Palm City, Florida. The site is irregular in shape and zoned for agricultural and residential use. It has unique frontage along the St. Lucie River, the St. Lucie Canal, Interstate 95, Florida's Turnpike, SW Citrus Blvd and SW 96th Street. A conceptual site plan reflects potential for 387 units based on as of right zoning. The property was broker listed for $60,000,000. It sold in an all cash deal to a local investor/developer who specializes in luxury residential development. The sale closed in April 2022 for $51,480,000 or $26,563 per acre ($133,026 per unit as of right).

### Land Sale Three

The comparable represents the sale of a 633.49 gross acre (385.49 net acre) tract of vacant land located at the northeast quadrant of Milam Road and Trietsch Road in the Denton ETJ, TX. The tract is irregular in shape and is not zoned. The net acreage is net of the floodplain. The planned development is for 200 single-family units, 330 multi-family residential units and a resort. The property sold in May 2022 for $26,215,300 or $1.56 per square foot.

### Land Sale Four

The property is predominately vacant wooded land with Swamp River running through it. The golf course provides 18 holes of play with limited buildings. The property was acquired by Olivet University as the school's private golf course with long term plans to develop the excess land into an education, IT and research center.

## SUMMARY OF ADJUSTMENTS

Based on our comparative analysis, the following chart summarizes the adjustments warranted to each comparable.

© 2023 CBRE, Inc.



**LAND SALES ADJUSTMENT GRID**

| Comparable Number | 1 | 2 | 3 | 4 | Subject |
|---|---|---|---|---|---|
| Transaction Type | Sale | Sale | Sale | Sale | --- |
| Transaction Date | May-21 | Apr-22 | May-22 | Aug-16 | --- |
| Interest Transferred | Fee Simple/Freehold | Fee Simple/Freehold | Fee Simple/Freehold | Fee Simple/Freehold | |
| Proposed Use | Mixed-Use | Luxury Residential | Mixed-Use | University Golf Course with Excess Land | None |
| Actual Sale Price | $15,200,000 | $51,480,000 | $26,215,300 | $15,000,000 | --- |
| Adjusted Sale Price [1] | $15,200,000 | $51,480,000 | $26,215,300 | $15,000,000 | --- |
| Size (Acres) | 512 | 1,938 | 633 | 428 | 1,577 |
| Size (SF) | 22,296,186 | 84,419,280 | 16,791,944 | 18,652,392 | 68,694,120 |
| Price Per Acre | $29,696 | $26,563 | $41,382 | $35,030 | --- |
| Price ($ Per AC) | $29,696 | $26,563 | $41,382 | $35,030 | |
| Property Rights Conveyed | 0% | 0% | 0% | 0% | |
| Financing Terms [1] | 0% | 0% | 0% | 0% | |
| Conditions of Sale | 0% | 0% | 0% | 0% | |
| Market Conditions (Time) | 0.0% | 0.0% | 0.0% | 17.0% | |
| Subtotal | $29,696 | $26,563 | $41,382 | $40,986 | |
| Size | -10% | 0% | -10% | -10% | |
| Shape | 0% | 0% | 0% | 0% | |
| Access/Exposure/Frontage | 0% | 0% | 0% | 0% | |
| Topography | 0% | 0% | 0% | 0% | |
| Location | 0% | 0% | -15% | 0% | |
| Utilities/Site Utility/Amenities | 10% | 10% | 0% | -10% | |
| Total Other Adjustments | 0% | 10% | -25% | -20% | |
| **Value Indication for Subject** | **$29,696** | **$29,220** | **$31,037** | **$32,788** | |
| *Absolute Adjustment* | 20% | 10% | 25% | 37% | |

[1] Adjusted sale price for cash equivalency and/or development costs (where applicable)

Compiled by CBRE

## Property Rights Conveyed, Financing Terms and Conditions of Sale

All of the comparables were considered to be similar to the subject in regard to their property rights conveyed, financing terms and conditions of sale therefore no adjustments were required.

## Market Conditions

Overall, the older sale (Sale 4) was adjusted an inflationary rate of 2.5%/year while the remaining sales are indicative of current market conditions.

## Size

Comparables 1, 3, and 4 are smaller than the subject property and were adjusted downwards. This adjustment reflects the economies of scale that are typically associated with larger parcels that tend to sell for less on a dollar per acre basis.

## Location

Sale 3 has a superior location in the path of growth in suburban Dallas and was adjusted -15%.

© 2023 CBRE, Inc.



## Utilities/Site Utility/Amenities

The last adjustment considers the subject's amenities along with initial infrastructure that has been completed ($13M) noting Sales 1 and 2 were adjusted 10% for being inferior while Sale 4 has superior infrastructure and was adjusted -10%.

## CONCLUSION

As displayed in the Land Sales Adjustment Grid chart, the adjusted values of the comparables range from $29,220 to $32,788 per gross acre of land, with a mean value of $30,685 per acre. Based on the foregoing adjustment analysis, each of the comparables is considered representative of the subject property and warranted consideration. Based on the preceding analysis, the following table presents the valuation conclusion:

| CONCLUDED LAND VALUE | | | | |
|---|---|---|---|---|
| $ Per AC | | Subject Acs. | | Total |
| $30,000 | x | 1,577.00 | = | $47,310,000 |
| **Indicated Value:** | | | | **$47,300,000** |
| | | (Rounded $ Per AC) | | $29,994 |
| Compiled by CBRE | | | | |

The indicated $47.3M market value for the 1,577 acres tied to the Oakhurst portion is further supported by the land residual analysis presented previously.

© 2023 CBRE, Inc.



# Land Value – Residual Mountainous/Timber Land

The following map and table summarize the comparable data used in the valuation of the subject site.  A detailed description of each transaction is included in the addenda.



| | | Transaction | | Interest | | Actual Sale | Adjusted Sale | Size | Price Per |
|---|---|---|---|---|---|---|---|---|---|
| No. | Property Location | Type | Date | Transferred | Zoning | Price | Price [1] | (Acres) | Acre |
| | | **SUMMARY OF COMPARABLE LAND SALES (EXCESS LAND)** | | | | | | | |
| 5 | 6200 Poynton Manor Farm Place Welcome, MD 20693 | Sale | Apr-20 | Fee Simple/Freehold | Agricultural | $1,950,000 | $1,950,000 | 634.00 | $3,076 |
| 6 | 1030 Warren Mill Road Newton Grove, NC 28366 | Sale | Apr-21 | Fee Simple/Freehold | RA (Residential Agriculture) | $1,550,000 | $1,550,000 | 386.60 | $4,009 |
| 7 | Elk Creek Darby Road Darby, NC 28624 | Sale | Jun-22 | Fee Simple/Freehold | None | $5,234,500 | $5,234,500 | 1,717.65 | $3,047 |
| 8 | Wildcat Road Deep Gap, NC 28618 | Sale | Aug-21 | Fee Simple/Freehold | None | $5,500,000 | $5,500,000 | 1,682.98 | $3,268 |
| Subject | 1 Montague Drive, White Sulphur Springs, West Virginia | --- | --- | | None | --- | --- | 1,665.86 | --- |

[1] Adjusted sale price for cash equivalency and/or development costs (where applicable)
Compiled by CBRE

© 2023 CBRE, Inc.

CBRE

## DISCUSSION/ANALYSIS OF LAND SALES

### Land Sale Five

This property is located in south Charles County and includes frontage on Burgess Creek and Nanjemoy Creek. The property includes over 450 acres of woodland and 100 acres of farmland. The property is improved with a farmhouse, small hunting cabin on the waterfront. Also, the property include multiple farm buildings that include two grain silos, barn, cattle barn, and corn sheds. Although the property is not limited by any easements, a portion 10%+/- is within a flood zone and a large portion (over 1/3rd) is within the critical areas boundary (protected).

### Land Sale Six

This comparable represents the sale of a 386.6-acre tract in Newton Grove, NC.  Approximately 58% of the tract is managed timber, with the remainder being cropland used for cotton farming. The property is improved with 2 homes, both of which were near the end of their economic life and did not materially contribute to the purchase price.  The site is separated into three tracts, with Warren Mill Road and Oak Grove Church Road bisecting the property from north to south. A separately owned 1.7-acre rectangular carve out for a home site is located along Warren Mill Road and was not included in the sale.  Approximately half of the on-site timber was harvested after the purchase.

### Land Sale Seven

This is the sale of a total 1,717.65-acres of land located on 14 total tax parcels off of Elk Creek Darby Road and Elk Mountain Lane in Darby, Wilkes and Caldwell Counties, North Carolina. Darby is a rural residential market area, southeast of Boon and west of Wilkesboro, south of U.S. Highway 421 and east of U.S. Highway 321.   The land features a mountainous topography and is heavily wooded with limited access to utilities.  The land sold in June 2022 for $5,234,500 or $3,047 per acre or $0.07 per square foot.

### Land Sale Eight

This is the sale of a total of 1683-acres of land located along Wildcat Road, Watauga County, NC. The site is located east of Elk Creek Road and south of US Highway 421, in the western Winston-Salem MSA. The site is located in a rural area with mountain views and elevations up to 3400 feet. The parcel sold August 2021 for $5,500,000, or $3,268 per acre, or $0.08 per square foot.

## SUMMARY OF ADJUSTMENTS

Based on our comparative analysis, the following chart summarizes the adjustments warranted to each comparable.

© 2023 CBRE, Inc.



| LAND SALES ADJUSTMENT GRID (EXCESS LAND) | | | | | |
|---|---|---|---|---|---|
| Comparable Number | 5 | 6 | 7 | 8 | Subject |
| Transaction Type | Sale | Sale | Sale | Sale | --- |
| Transaction Date | Apr-20 | Apr-21 | Jun-22 | Aug-21 | --- |
| Interest Transferred | Fee Simple/Freehold | Fee Simple/Freehold | Fee Simple/Freehold | Fee Simple/Freehold | |
| Zoning | Agricultural | RA (Residential Agriculture) | None | None | None |
| Actual Sale Price | $1,950,000 | $1,550,000 | $5,234,500 | $5,500,000 | --- |
| Adjusted Sale Price [1] | $1,950,000 | $1,550,000 | $5,234,500 | $5,500,000 | --- |
| Size (Acres) | 634.00 | 386.60 | 1,717.65 | 1,682.98 | 1,665.86 |
| Size (SF) | 27,617,040 | 16,840,296 | 74,820,834 | 73,310,478 | 72,564,862 |
| Price Per Acre | $3,076 | $4,009 | $3,047 | $3,268 | --- |
| Price ($ Per AC) | $3,076 | $4,009 | $3,047 | $3,268 | |
| Property Rights Conveyed | 0% | 0% | 0% | 0% | |
| Financing Terms [1] | 0% | 0% | 0% | 0% | |
| Conditions of Sale | 0% | 0% | 0% | 0% | |
| Market Conditions | 0% | 0% | 0% | 0% | |
| Subtotal | $3,076 | $4,009 | $3,047 | $3,268 | |
| Size | -5% | -10% | 0% | 0% | |
| Shape | 0% | 0% | 0% | 0% | |
| Frontage | 0% | 0% | 0% | 0% | |
| Topography | 0% | 0% | 0% | 0% | |
| Location | 0% | 0% | 0% | 0% | |
| Zoning/Density/Site Utility | 5% | -15% | 0% | 0% | |
| Total Other Adjustments | 0% | -25% | 0% | 0% | |
| **Value Indication for Subject** | **$3,076** | **$3,007** | **$3,047** | **$3,268** | |
| *Absolute Adjustment* | 10% | 25% | 0% | 0% | |

[1] Adjusted sale price for cash equivalency and/or development costs (where applicable)

Compiled by CBRE

The subject is mountainous/timber land totaling 1,677 acres  that is mostly contiguous but not contiguous with the Oakhurst portion. All of the  sales presented are indicative of current market conditions. Minor adjustments for size and site utility were applied to Sales 7 and 8 while Sales 9 and 10 are overall similar to the subject and did not require adjustments.

## CONCLUSION

As displayed in the Land Sales Adjustment Grid chart, the adjusted values of the comparables range from $3,007 to $3,268 per gross acre of land, with a mean value of $3,100 per acre. Based on the foregoing adjustment analysis, each of the comparables is considered representative of the subject property and warranted consideration noting primary emphasis was placed on Sales 9 and 10. Based on the preceding analysis, the following table presents the valuation conclusion:

© 2023 CBRE, Inc.



| CONCLUDED EXCESS LAND VALUE | | | | |
|---|---|---|---|---|
| $ Per AC | | Subject Acs. | | Total |
| $3,050 | x | 1,665.86 | = | $5,080,873 |
| $3,250 | x | 1,665.86 | = | $5,414,045 |
| Rounded: | | | | $5,200,000 |
| | | (Rounded $ Per AC) | | $3,122 |
| Compiled by CBRE | | | | |

A conclusion in the middle of the range suggests a value of $5.2M is supported for the residual land.

© 2023 CBRE, Inc.



# Reconciliation of Value

In the sales comparison approach, the subject is compared to similar properties that have been sold recently or for which listing prices or offers are known.  The sales used in this analysis are considered comparable to the subject, and the required adjustments were based on reasonable and well-supported rationale.  In addition, market participants are currently analyzing purchase prices on other properties as they relate to available substitutes in the market.  Therefore, the sales comparison approach is considered to provide a reliable value indication.

Based on the foregoing, the market value of the subject has been concluded as follows:

| MARKET VALUE CONCLUSION | | | |
|---|---|---|---|
| Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
| As Is (Oakhurst Primary Site) | Fee Simple Estate | April 14, 2023 | $47,300,000 |
| Excess Land Value | Fee Simple Estate | April 14, 2023 | $5,200,000 |
| Compiled by CBRE | | | |

When both portions of the subject property are added, the total as-is market value equates to $52.5M.

© 2023 CBRE, Inc.



# Assumptions and Limiting Conditions

1.  CBRE, Inc. through its appraiser (collectively, "CBRE") has inspected through reasonable observation the subject property.  However, it is not possible or reasonably practicable to personally inspect conditions beneath the soil and the entire interior and exterior of the improvements on the subject property.  Therefore, no representation is made as to such matters.

2.  The report, including its conclusions and any portion of such report (the "Report"), is as of the date set forth in the letter of transmittal and based upon the information, market, economic, and property conditions and projected levels of operation existing as of such date. The dollar amount of any conclusion as to value in the Report is based upon the purchasing power of the U.S. Dollar on such date.  The Report is subject to change as a result of fluctuations in any of the foregoing.  CBRE has no obligation to revise the Report to reflect any such fluctuations or other events or conditions which occur subsequent to such date.

3.  Unless otherwise expressly noted in the Report, CBRE has assumed that:

    (i)    Title to the subject property is clear and marketable and that there are no recorded or unrecorded matters or exceptions to title that would adversely affect marketability or value. CBRE has not examined title records (including without limitation liens, encumbrances, easements, deed restrictions, and other conditions that may affect the title or use of the subject property) and makes no representations regarding title or its limitations on the use of the subject property.  Insurance against financial loss that may arise out of defects in title should be sought from a qualified title insurance company.

    (ii)   Existing improvements on the subject property conform to applicable local, state, and federal building codes and ordinances, are structurally sound and seismically safe, and have been built and repaired in a workmanlike manner according to standard practices; all building systems (mechanical/electrical, HVAC, elevator, plumbing, etc.) are in good working order with no major deferred maintenance or repair required; and the roof and exterior are in good condition and free from intrusion by the elements.  CBRE has not retained independent structural, mechanical, electrical, or civil engineers in connection with this appraisal and, therefore, makes no representations relative to the condition of improvements.  CBRE appraisers are not engineers and are not qualified to judge matters of an engineering nature, and furthermore structural problems or building system problems may not be visible.  It is expressly assumed that any purchaser would, as a precondition to closing a sale, obtain a satisfactory engineering report relative to the structural integrity of the property and the integrity of building systems.

    (iii)  Any proposed improvements, on or off-site, as well as any alterations or repairs considered will be completed in a workmanlike manner according to standard practices.

    (iv)   Hazardous materials are not present on the subject property.  CBRE is not qualified to detect such substances. The presence of substances such as asbestos, urea formaldehyde foam insulation, contaminated groundwater, mold, or other potentially hazardous materials may affect the value of the property.

    (v)    No mineral deposit or subsurface rights of value exist with respect to the subject property, whether gas, liquid, or solid, and no air or development rights of value may be transferred.  CBRE has not considered any rights associated with extraction or exploration of any resources, unless otherwise expressly noted in the Report.

    (vi)   There are no contemplated public initiatives, governmental development controls, rent controls, or changes in the present zoning ordinances or regulations governing use, density, or shape that would significantly affect the value of the subject property.

    (vii)  All required licenses, certificates of occupancy, consents, or other legislative or administrative authority from any local, state, nor national government or private entity or organization have been or can be readily obtained or renewed for any use on which the Report is based.

    (viii) The subject property is managed and operated in a prudent and competent manner, neither inefficiently or super-efficiently.

    (ix)   The subject property and its use, management, and operation are in full compliance with all applicable federal, state, and local regulations, laws, and restrictions, including without limitation environmental laws, seismic hazards, flight patterns, decibel levels/noise envelopes, fire hazards, hillside ordinances, density, allowable uses, building codes, permits, and licenses.

    (x)    The subject property is in full compliance with the Americans with Disabilities Act (ADA).  CBRE is not qualified to assess the subject property's compliance with the ADA, notwithstanding any discussion of possible readily achievable barrier removal construction items in the Report.

65

© 2023 CBRE, Inc.



(xi) All information regarding the areas and dimensions of the subject property furnished to CBRE are correct, and no encroachments exist. CBRE has neither undertaken any survey of the boundaries of the subject property nor reviewed or confirmed the accuracy of any legal description of the subject property.

Unless otherwise expressly noted in the Report, no issues regarding the foregoing were brought to CBRE's attention, and CBRE has no knowledge of any such facts affecting the subject property. If any information inconsistent with any of the foregoing assumptions is discovered, such information could have a substantial negative impact on the Report. Accordingly, if any such information is subsequently made known to CBRE, CBRE reserves the right to amend the Report, which may include the conclusions of the Report. CBRE assumes no responsibility for any conditions regarding the foregoing, or for any expertise or knowledge required to discover them. Any user of the Report is urged to retain an expert in the applicable field(s) for information regarding such conditions.

4. CBRE has assumed that all documents, data and information furnished by or behalf of the client, property owner, or owner's representative are accurate and correct, unless otherwise expressly noted in the Report. Such data and information include, without limitation, numerical street addresses, lot and block numbers, Assessor's Parcel Numbers, land dimensions, square footage area of the land, dimensions of the improvements, gross building areas, net rentable areas, usable areas, unit count, room count, rent schedules, income data, historical operating expenses, budgets, and related data. Any error in any of the above could have a substantial impact on the Report. Accordingly, if any such errors are subsequently made known to CBRE, CBRE reserves the right to amend the Report, which may include the conclusions of the Report. The client and intended user should carefully review all assumptions, data, relevant calculations, and conclusions of the Report and should immediately notify CBRE of any questions or errors within 30 days after the date of delivery of the Report.

5. CBRE assumes no responsibility (including any obligation to procure the same) for any documents, data or information not provided to CBRE, including without limitation any termite inspection, survey or occupancy permit.

6. All furnishings, equipment and business operations have been disregarded with only real property being considered in the Report, except as otherwise expressly stated and typically considered part of real property.

7. Any cash flows included in the analysis are forecasts of estimated future operating characteristics based upon the information and assumptions contained within the Report. Any projections of income, expenses and economic conditions utilized in the Report, including such cash flows, should be considered as only estimates of the expectations of future income and expenses as of the date of the Report and not predictions of the future. Actual results are affected by a number of factors outside the control of CBRE, including without limitation fluctuating economic, market, and property conditions. Actual results may ultimately differ from these projections, and CBRE does not warrant any such projections.

8. The Report contains professional opinions and is expressly not intended to serve as any warranty, assurance or guarantee of any particular value of the subject property. Other appraisers may reach different conclusions as to the value of the subject property. Furthermore, market value is highly related to exposure time, promotion effort, terms, motivation, and conclusions surrounding the offering of the subject property. The Report is for the sole purpose of providing the intended user with CBRE's independent professional opinion of the value of the subject property as of the date of the Report. Accordingly, CBRE shall not be liable for any losses that arise from any investment or lending decisions based upon the Report that the client, intended user, or any buyer, seller, investor, or lending institution may undertake related to the subject property, and CBRE has not been compensated to assume any of these risks. Nothing contained in the Report shall be construed as any direct or indirect recommendation of CBRE to buy, sell, hold, or finance the subject property.

9. No opinion is expressed on matters which may require legal expertise or specialized investigation or knowledge beyond that customarily employed by real estate appraisers. Any user of the Report is advised to retain experts in areas that fall outside the scope of the real estate appraisal profession for such matters.

10. CBRE assumes no responsibility for any costs or consequences arising due to the need, or the lack of need, for flood hazard insurance. An agent for the Federal Flood Insurance Program should be contacted to determine the actual need for Flood Hazard Insurance.

11. Acceptance or use of the Report constitutes full acceptance of these Assumptions and Limiting Conditions and any special assumptions set forth in the Report. It is the responsibility of the user of the Report to read in full, comprehend and thus become aware of all such assumptions and limiting conditions. CBRE assumes no responsibility for any situation arising out of the user's failure to become familiar with and understand the same.

12. The Report applies to the property as a whole only, and any pro ration or division of the title into fractional interests will invalidate such conclusions, unless the Report expressly assumes such pro ration or division of interests.

© 2023 CBRE, Inc.



13. The allocations of the total value estimate in the Report between land and improvements apply only to the existing use of the subject property. The allocations of values for each of the land and improvements are not intended to be used with any other property or appraisal and are not valid for any such use.

14. The maps, plats, sketches, graphs, photographs, and exhibits included in this Report are for illustration purposes only and shall be utilized only to assist in visualizing matters discussed in the Report. No such items shall be removed, reproduced, or used apart from the Report.

15. The Report shall not be duplicated or provided to any unintended users in whole or in part without the written consent of CBRE, which consent CBRE may withhold in its sole discretion. Exempt from this restriction is duplication for the internal use of the intended user and its attorneys, accountants, or advisors for the sole benefit of the intended user. Also exempt from this restriction is transmission of the Report pursuant to any requirement of any court, governmental authority, or regulatory agency having jurisdiction over the intended user, provided that the Report and its contents shall not be published, in whole or in part, in any public document without the written consent of CBRE, which consent CBRE may withhold in its sole discretion. Finally, the Report shall not be made available to the public or otherwise used in any offering of the property or any security, as defined by applicable law. Any unintended user who may possess the Report is advised that it shall not rely upon the Report or its conclusions and that it should rely on its own appraisers, advisors and other consultants for any decision in connection with the subject property. CBRE shall have no liability or responsibility to any such unintended user.

© 2023 CBRE, Inc.



ADDENDA

© 2022 CBRE, Inc.

Addendum A

# LAND SALE DATA SHEETS

© 2022 CBRE, Inc.

| | | |
|---|---|---|
| Property Name | Mixed-Use Land Sale (Reveille) | |
| Address | Highway 211<br>Braselton, GA 30517 | |
| County | Hall | |
| Govt./Tax ID | 15-039A-00-013 | |
| Land Area Net | 511.850 ac/ 22,296,186 sf | |
| Land Area Gross | 511.850 ac/ 22,296,186 sf | |
| Site Development Status | Raw | |
| Utilities | Elec, Water, Sewer | |
| Maximum FAR | N/A | |
| Min Land Bldg Ratio | N/A | |
| Shape | Irregular | |
| Topography | Rolling | |
| Flood Zone Class | Zone AE | |
| Flood Panel No./ Date | N/A | |
| Zoning | PRD, PCD | |
| Entitlement Status | N/A | |



## Transaction Details

| | | | |
|---|---|---|---|
| Type | Sale | Primary Verification | Deed. Buyer. Broker |
| Interest Transferred | Fee Simple | Transaction Date | 05/10/2021 |
| Condition of Sale | None | Recording Date | 05/11/2021 |
| Recorded Buyer | Braselton Development Partners, LLC | Sale Price | $15,200,000 |
| Buyer Type | Developer | Financing | Not Available |
| Recorded Seller | Crystal Farms, LLC | Cash Equivalent | $15,200,000 |
| Marketing Time | 6 Month(s) | Capital Adjustment | $0 |
| Listing Broker | Bullock, Mannelly Partners | Adjusted Price | $15,200,000 |
| Doc # | 8814/720 | **Adjusted Price / ac and / sf** | **$29,696 / $0.68** |
| | | **Adjusted Price/ FAR** | **N/A** |
| | | **Adjusted Price/ Unit** | **N/A** |

## Comments

This comparable represents the purchase of a 511.85-acre tract of land which is located on the east side of Highway 211, north of I-85 in the Braselton area of south Hall County. Its zoned for mixed-use development and planned for primarily residential. The topography is rolling to hill along Highway 211. The broker reported that it was listed for $15,200,000 or $29,696 per acre. A portion of the land is located in a flood zone. This area will reportedly be incorporated into the future mixed-use development to be known as Reveille which will feature, general commercial retail, apartments, single-family and self-storage uses.



| | | |
|---|---|---|
| Property Name | Winemiller Farms Land | |
| Address | 3655 SW 96th Street<br>Palm City, FL 34990 | |
| County | Martin | |
| Govt./Tax ID | Multiple | |
| Land Area Net | 1,938.000 ac/ 84,419,280 sf | |
| Land Area Gross | 1,938.000 ac/ 84,419,280 sf | |
| Site Development Status | Raw | |
| Utilities | To Site | |
| Maximum FAR | N/A | |
| Min Land Bldg Ratio | N/A | |
| Shape | Irregular | |
| Topography | Generally Level | |
| Flood Zone Class | Zone X (Unshaded) | |
| Flood Panel No./ Date | 12085C0281H/ Feb 2020 | |
| Zoning | Residential & Agricultural | |
| Entitlement Status | N/A | |



## Transaction Details

| | | | |
|---|---|---|---|
| Type | Sale | Primary Verification | Brett DuBois |
| Interest Transferred | Fee Simple | Transaction Date | 04/19/2022 |
| Condition of Sale | Arm's Length | Recording Date | 04/21/2022 |
| Recorded Buyer | 456 South Ocean LLC | Sale Price | $51,480,000 |
| Buyer Type | N/A | Financing | All Cash |
| Recorded Seller | Brevard-Harbor Edge, LLC | Cash Equivalent | $51,480,000 |
| Marketing Time | N/A | Capital Adjustment | $0 |
| Listing Broker | Brett DuBois | Adjusted Price | $51,480,000 |
| Doc # | N/A | **Adjusted Price / ac and / sf** | **$26,563 / $0.61** |
| | | **Adjusted Price/ FAR** | **N/A** |
| | | **Adjusted Price/ Unit** | **$133,023** |

## Comments

This comparable represents the sale of 1,938-acres of land located in Palm City, Florida. The site is irregular in shape and zoned for agricultural and residential use. It has unique frontage along the St. Lucie River, the St. Lucie Canal, Interstate 95, Florida's Turnpike, SW Citrus Blvd and SW 96th Street. A conceptual site plan reflects potential for 387 units based on as of right zoning. The property was broker listed for $60,000,000. It sold in an all cash deal to a local investor/developer who specializes in luxury residential development. The sale closed in April 2022 for $51,480,000 or $26,563 per acre ($133,026 per unit as of right).



| | | | |
|---|---|---|---|
| Property Name | Sundance at Ranch Water Club | | |
| Address | NEQ of Milam Road and Trietsch Road<br>Denton ETJ, TX 75065 | | |
| County | Denton | | |
| Govt./Tax ID | 303144 | | |
| Land Area Net | 385.490 ac/ 16,791,944 sf | | |
| Land Area Gross | 633.490 ac/ 27,594,824 sf | | |
| Site Development Status | Raw | | |
| Utilities | All available | | |
| Maximum FAR | N/A | | |
| Min Land Bldg Ratio | N/A | | |
| Shape | Irregular | | |
| Topography | Moderate Slope | | |
| Flood Zone Class | Zone X (Unshaded) | | |
| Flood Panel No./ Date | 48121C0535G/ Apr 2011 | | |
| Zoning | None | | |
| Entitlement Status | N/A | | |



## Transaction Details

| | | | |
|---|---|---|---|
| Type | Sale | Primary Verification | Buyer |
| Interest Transferred | Fee Simple | Transaction Date | 05/13/2022 |
| Condition of Sale | None | Recording Date | N/A |
| Recorded Buyer | 636 Denton Development Company | Sale Price | $26,215,300 |
| Buyer Type | Developer | Financing | Cash to Seller |
| Recorded Seller | John R. Porter Exempt Trust, et al | Cash Equivalent | $26,215,300 |
| Marketing Time | N/A | Capital Adjustment | $0 |
| Listing Broker | N/A | Adjusted Price | $26,215,300 |
| Doc # | 2022-77349 | Adjusted Price / ac and / sf | $68,005 / $1.56 |
| | | Adjusted Price/ FAR | N/A |
| | | Adjusted Price/ Unit | N/A |

## Comments

The comparable represents the sale of a 633.49 gross acre (385.49 net acre) tract of vacant land located at the northeast quadrant of Milam Road and Trietsch Road in the Denton ETJ, TX. The tract is irregular in shape and is not zoned. The net acreage is net of the floodplain. The planned development is for 200 single-family units, 330 multi-family residential units and a resort. The property sold in May 2022 for $26,215,300 or $1.56 per square foot.



| | | |
|---|---|---|
| Property Name | Harlem Valley Golf Club | |
| Address | 73 Wheeler Road Wingdale, NY 12594 | |
| County | Dutchess | |
| Govt./Tax ID | 132600 7059-00-555750 & 502949 | |
| Land Area Net | 428.200 ac/ 18,652,392 sf | |
| Land Area Gross | 428.200 ac/ 18,652,392 sf | |
| Site Development Status | Semi-Finished | |
| Utilities | N/A | |
| Maximum FAR | N/A | |
| Min Land Bldg Ratio | N/A | |
| Shape | Irregular | |
| Topography | Rolling | |
| Flood Zone Class | N/A | |
| Flood Panel No./ Date | N/A | |
| Zoning | SR (Suburban Residential), CO (Commercial/Industrial/Office) and HM (Hamlet Mixed-Use) with a Mixed Use Institutional Conversion Overlay | |
| Entitlement Status | None | |



## Transaction Details

| | | | |
|---|---|---|---|
| Type | Sale | Primary Verification | Press release, CoStar |
| Interest Transferred | Fee Simple | Transaction Date | 08/24/2016 |
| Condition of Sale | None | Recording Date | N/A |
| Recorded Buyer | Dover Greens LLC | Sale Price | $15,000,000 |
| Buyer Type | Other | Financing | N/A |
| Recorded Seller | Dover Knolls Development | Cash Equivalent | $15,000,000 |
| Marketing Time | N/A | Capital Adjustment | $0 |
| Listing Broker | N/A | Adjusted Price | $15,000,000 |
| Doc # | 02201605868 | Adjusted Price / ac and / sf | $35,030 / $0.80 |
| | | Adjusted Price/ FAR | N/A |
| | | Adjusted Price/ Unit | N/A |

## Comments

The property is predominately vacant wooded land with Swamp River running through it. The golf course provides 18 holes of play with limited buildings. The property was acquired by Olivet University as the school's private golf course with long term plans to develop the excess land into an education, IT and research center.



| | | |
|---|---|---|
| Property Name | Poynton Manor Farm | |
| Address | 6200 Poynton Manor Farm Place Welcome, MD 20693 | |
| County | Charles | |
| Govt./Tax ID | 02-004372 | |
| Land Area Net | 634.000 ac/ 27,617,040 sf | |
| Land Area Gross | 634.000 ac/ 27,617,040 sf | |
| Site Development Status | Raw | |
| Utilities | Private | |
| Maximum FAR | N/A | |
| Min Land Bldg Ratio | N/A | |
| Shape | Irregular | |
| Topography | Generally Level | |
| Flood Zone Class | N/A | |
| Flood Panel No./ Date | N/A | |
| Zoning | Agricultural | |
| Entitlement Status | N/A | |



## Transaction Details

| | | | |
|---|---|---|---|
| Type | Sale | Primary Verification | Broker, Public Records |
| Interest Transferred | Fee Simple | Transaction Date | 04/10/2020 |
| Condition of Sale | Market | Recording Date | 04/24/2020 |
| Recorded Buyer | Joseph Herbert | Sale Price | $1,950,000 |
| Buyer Type | Private Investor | Financing | Cash to Seller |
| Recorded Seller | Poynton Manor Farm Inc. | Cash Equivalent | $1,950,000 |
| Marketing Time | N/A | Capital Adjustment | $0 |
| Listing Broker | Ungrid Butler, Century 21 | Adjusted Price | $1,950,000 |
| Doc # | 11101/0437 | **Adjusted Price / ac and / sf** | **$3,076 / $0.07** |
| | | **Adjusted Price/ FAR** | **N/A** |
| | | **Adjusted Price/ Unit** | **N/A** |

## Comments

This property is located in south Charles County and includes frontage on Burgess Creek and Nanjemoy Creek. The property includes over 450 acres of woodland and 100 acres of farmland. The property is improved with a a farmhouse, small hunting cabin on the waterfront. Also, the property include multiple farm buildings that include two grain silos, barn, cattle barn, and corn sheds. Although the property is not limited by any easements, a portion 10%+/- is within a flood zone and a large portion (over 1/3rd) is within the critical areas boundary (protected).





| | | | |
|---|---|---|---|
| Property Name | Agricultural Tract | | |
| Address | 1030 Warren Mill Road Newton Grove, NC 28366 | | |
| County | Sampson | | |
| Govt./Tax ID | 19106380002 | | |
| Land Area Net | 386.600 ac/ 16,840,296 sf | | |
| Land Area Gross | 386.600 ac/ 16,840,296 sf | | |
| Site Development Status | Other(See Comments) | | |
| Utilities | Water and Electricity | | |
| Maximum FAR | N/A | | |
| Min Land Bldg Ratio | N/A | | |
| Shape | Irregular | | |
| Topography | Generally Level | | |
| Flood Zone Class | Zone X (Unshaded) | | |
| Flood Panel No./ Date | 3720158200K/ Jun 2018 | | |
| Zoning | RA (Residential Agriculture) | | |
| Entitlement Status | N/A | | |

## Transaction Details

| | | | |
|---|---|---|---|
| Type | Sale | Primary Verification | Listing Agent |
| Interest Transferred | Fee Simple | Transaction Date | 04/16/2021 |
| Condition of Sale | Arm's Length | Recording Date | 04/21/2021 |
| Recorded Buyer | Watery Branch, LLC | Sale Price | $1,550,000 |
| Buyer Type | N/A | Financing | Market Rate Financing |
| Recorded Seller | Tal, L.L.C. | Cash Equivalent | $1,550,000 |
| Marketing Time | 1 Month(s) | Capital Adjustment | $0 |
| Listing Broker | Keith Brouillard (Carolina Forestry) 919-510-4663 | Adjusted Price | $1,550,000 |
| Doc # | 2092/0957 | **Adjusted Price / ac and / sf** | **$4,009 / $0.09** |
| | | **Adjusted Price/ FAR** | **N/A** |
| | | **Adjusted Price/ Unit** | **N/A** |

## Comments

This comparable represents the sale of a 386.6-acre tract in Newton Grove, NC. Approximately 58% of the tract is managed timber, with the remainder being cropland used for cotton farming. The property is improved with 2 homes, both of which were near the end of their economic life and did not materially contribute to the purchase price. The site is separated into three tracts, with Warren Mill Road and Oak Grove Church Road bisecting the property from north to south. A separately owned 1.7-acre rectangular carve out for a home site is located along Warren Mill Road and was not included in the sale. Approximately half of the on-site timber was harvested after the purchase.



| | | | |
|---|---|---|---|
| Property Name | Mountain Land | | |
| Address | Elk Creek Darby Road<br>Darby, NC 28624 | | |
| County | Wilkes | | |
| Govt./Tax ID | Multiple | | |
| Land Area Net | 1,717.650 ac/ 74,820,834 sf | | |
| Land Area Gross | 1,717.650 ac/ 74,820,834 sf | | |
| Site Development Status | Raw | | |
| Utilities | Electricity and Telephone | | |
| Maximum FAR | N/A | | |
| Min Land Bldg Ratio | N/A | | |
| Shape | Irregular | | |
| Topography | Hilly | | |
| Flood Zone Class | Zone X (Unshaded) | | |
| Flood Panel No./ Date | 3710286600J/ Mar 2009 | | |
| Zoning | None | | |
| Entitlement Status | None | | |



## Transaction Details

| | | | |
|---|---|---|---|
| Type | Sale | Primary Verification | Deed, Tax Assessor, CoStar |
| Interest Transferred | Fee Simple | Transaction Date | 06/27/2022 |
| Condition of Sale | Arm's Length | Recording Date | 06/30/2022 |
| Recorded Buyer | Wigington Ranch Investments, Ltd | Sale Price | $5,234,500 |
| Buyer Type | N/A | Financing | Cash to Seller |
| Recorded Seller | Southern Land NC, LLC | Cash Equivalent | $5,234,500 |
| Marketing Time | N/A | Capital Adjustment | $0 |
| Listing Broker | N/A | Adjusted Price | $5,234,500 |
| Doc # | 1358/238 | **Adjusted Price / ac and / sf** | **$3,047 / $0.07** |
| | | **Adjusted Price/ FAR** | **N/A** |
| | | **Adjusted Price/ Unit** | **N/A** |

## Comments

This is the sale of a total 1,717.65-acres of land located on 14 total tax parcels off of Elk Creek Darby Road and Elk Mountain Lane in Darby, Wilkes and Caldwell Counties, North Carolina.  Darby is a rural residential market area, southeast of Boon and west of Wilkesboro, south of U.S. Highway 421 and east of U.S. Highway 321.   The land features a mountainous topography and is heavily wooded with limited access to utilities. The land sold in June 2022 for $5,234,500 or $3,047 per acre or $0.07 per square foot.



| | |
|---|---|
| Property Name | 1683 Acres |
| Address | Wildcat Road<br>Deep Gap, NC 28618 |
| County | Watauga |
| Govt./Tax ID | 2950-61-4090-000 |
| Land Area Net | 1,682.977 ac/ 73,310,478 sf |
| Land Area Gross | 1,682.977 ac/ 73,310,478 sf |
| Site Development Status | Raw |
| Utilities | Water and Sewer Needed |
| Maximum FAR | N/A |
| Min Land Bldg Ratio | N/A |
| Shape | Irregular |
| Topography | Hilly |
| Flood Zone Class | Zone X (Unshaded) |
| Flood Panel No./ Date | 3710295000J/ Dec 2009 |
| Zoning | None |
| Entitlement Status | N/A |



## Transaction Details

| | | | |
|---|---|---|---|
| Type | Sale | Primary Verification | Reliable 3rd Party/County Records |
| Interest Transferred | Fee Simple | Transaction Date | 08/25/2021 |
| Condition of Sale | None | Recording Date | N/A |
| Recorded Buyer | Carroll Family Properties, LLC | Sale Price | $5,500,000 |
| Buyer Type | N/A | Financing | Cash to Seller |
| Recorded Seller | Wildcat Lands, Inc | Cash Equivalent | $5,500,000 |
| Marketing Time | 29 Month(s) | Capital Adjustment | $0 |
| Listing Broker | N/A | Adjusted Price | $5,500,000 |
| Doc # | 2236/751 | **Adjusted Price / ac and / sf** | **$3,268 / $0.08** |
| | | **Adjusted Price/ FAR** | **N/A** |
| | | **Adjusted Price/ Unit** | **N/A** |

## Comments

This is the sale of a total of 1683-acres of land located along Wildcat Road, Watauga County, NC. The site is located east of Elk Creek Road and south of US Highway 421, in the western Winston-Salem MSA. The site is located in a rural area with mountain views and elevations up to 3400 feet. The parcel sold August 2021 for $5,500,000, or $3,268 per acre, or $0.08 per square foot.



**Addendum B**

# CLIENT CONTRACT INFORMATION

© 2022 CBRE, Inc.

# Beal Service Corporation

6000 Legacy Drive
Plano, Texas 75024
Tel:  469.467.5763
Fax:  469.467.5012

**APPRAISAL ENGAGEMENT LETTER**

4/4/2023

Mr. Henry Joseph,  MAI
CBRE | Valuation & Advisory Services
2800 Post Oak Blvd., Suite 500
Houston TX  77056

Dear Mr. Joseph:

CLMG Corp. ("CLMG", "we", "us", or "our") is pleased to offer you an opportunity to conduct an appraisal of the property described below and prepare a report under the specifications stated herein, the Uniform Standards of Professional Appraisal Practice (USPAP), and the attached Appraisal Policy (Exhibit 1) on behalf of us and our affiliates. The client is CLMG Corporation.

| | |
|---|---|
| Property Address (the "Property"): | The Greenbrier Resort<br>101 Main Street<br>White Sulphur Springs, West Virginia  24986 |
| Property Description: | Oakhurst Club Golf Links with 70 developed lots and Excess land, with master development of approximately 3,300 Acres to include an additional 400 lots, 18 hole mountaintop Championship golf course, ski facility, clubhouse, dining and Outdoor pool. |
| Date Needed: | 04/21/2023 |
| Intended User: | CLMG Corp |
| Intended Purpose: | Financing |
| Type of Appraisal: | Appraisal Report |
| Value Premises: | As Is & As If Stabilized Market Values,<br>Self Contained, Insurable Value |

## 1.  Appraiser
Under the terms of this engagement, you certify that you are a licensed or certified real estate appraiser as required by the jurisdiction in which the Property is located.  You further agree to notify us in writing at the address below if any appraisal board, court of law, or other industry-recognized regulatory agency has found you guilty of a wrongdoing.  Additionally, you must refuse this and any other appraisal engagement from us or our affiliates if your certification or license is suspended or revoked.  You further certify that this engagement was not given based

on a requested minimum evaluation or specific evaluation required by us or our affiliates.  You must remain in good standing and meet all requirements to be considered for subsequent appraisal engagements.  As we desire to engage you due to your unique qualifications, your responsibilities, duties, and obligations under this engagement may not be transferred, assigned, or sub-contracted to another party without our written permission.

2.  Appraisal Process

In addition to the specifications herein, including the attached exhibits, the appraisal must conform to generally accepted appraisal standards as evidenced by the USPAP and promulgated by the Appraisal Standards Board (ASB) of the Appraisal Foundation unless principles of safe and sound banking require compliance with stricter standards.

If you need any additional property information that is not listed on the provided RFP or if the property contact is unresponsive, please feel free to contact us at dallasreviews@irr.com.

3.  Report

After completing the appraisal, you agree to provide us with a report in electronic draft format for our review to dallasreviews@irr.com.  If the report is accepted by us, you will then provide us with two (2) bound copies of the finished appraisal as well as an electronic copy in PDF format on or before the Date Needed (above).

In addition to the report requirements specified by USPAP and provided in the attached exhibits, the report shall:

1.  Contain a properly supported declaration of the Highest and Best Use for the property.
2.  Contain a properly supported Declaration of Value for the property.  The Declaration of Value shall include:

**Market Value - Fee Simple**
**Leasehold**

3.  Identify the property rights appraised.
4.  List all material assumptions and limiting conditions observed in making the final market value estimate.
5.  Identify and separately value any personal property, fixtures, or intangible items that are not real property or improvements but are included in the appraisal and discuss the impact of their inclusion or exclusion on the estimate of market value.
6.  Reflect appropriate deductions and discounts for any proposed construction on the Property or any portion of the Property that is partially leased or are leased at other than market rents as of the date of the appraisal, or any tract developments with unsold units.
7.  Be written and contain sufficient information and analysis to support the decision-making process(es).
8.  Identify the appropriate deductions and discounts for proposed construction or renovation, partially leased buildings, non-market lease terms, and tract developments with unsold units, etc.
9.  Be based upon the definition of market value as set forth in the Appraisal Requirements (Exhibit 1).

10. Contain your personal certification, be signed in your personal capacity as well as in any business capacity and include your state licensing or certification information and any professional accreditations.

The Appraisal Review Checklist (Exhibit 2) has been enclosed identifying specific information that we consider as part of the formal appraisal review process.  By accepting this engagement, you agree to provide all information outlined on the checklist that applies to the Property.  If information required or deemed pertinent to the completion of the appraisal is unavailable, that fact should be disclosed and explained in the report.

Upon receipt of the report, we reserve the right, at our option or in accordance with state and federal law, to provide a copy of or disclose information contained in the appraisal to our affiliates, a borrower, and other persons as necessary to conduct the business of us and our affiliates.

Please include an accepted copy of this engagement letter, your invoice, and an executed Form W-9 with your report.  The appraisal report and your invoice for payment should be sent mailed to my attention. Address the report to:

Michael H. Cottrell
Managing Director
CLMG Corporation
7195 Dallas Parkway
Plano, Texas 75024

4. Compensation
The fee for completion of the appraisal will be **Twelve Thousand Five Hundred dollars ($12,500)  total** paid upon our review and acceptance of the final appraisal report.

5.  Preservation of Confidential Information
You agree that you will not disclose to any third party without our prior written consent any Confidential Information which is received from us.  Confidential Information shall mean all information provided by us to you that is not known to the public or generally known to our competitors, whether communicated orally or in writing.  You also agree that any Confidential Information received from us shall only be used for the purpose of providing the services under this engagement.

6. Other Terms and Provisions
Notwithstanding any terms to the contrary in this engagement or any writing or other agreement attached hereto, under any and all circumstances, our aggregate liability and obligation to pay hereunder, with respect to or arising in any way from this engagement or any transaction contemplated herein (whether in contract, tort or otherwise) shall not exceed **TwelveThousand five hundred dollars**, and you hereby waive any claim or right to special, punitive, or consequential damages.

Additionally, we may terminate this engagement at any time and shall be fully released from all liabilities and obligations to pay or otherwise perform hereunder provided that we have paid any amounts due and owing under this engagement as of the date of such termination, but in no event shall the total of amounts paid to you exceed the amount stated above.

Furthermore, the relationship between you and us is that of an independent contractor and service recipient, and no employer-employee or agency relationship shall exist.  Neither you nor we shall enjoy any of the benefits nor be subject to any of the burdens that would arise, result, proceed, or project from an employer-employee or agency relationship.  In no event will we be liable or responsible for any actions or inaction of you or any of your employees, agents, subcontractors, or other representatives, and in no event will you hold yourself out to be anything other than an independent contractor for us.

This engagement letter and the two attached exhibits constitute the entire agreement between you and us and supersede any and all prior or contemporaneous oral or written communications with respect to the subject matter herein.  This engagement and its attached exhibits may not be modified, amended, or in any way altered except by an instrument in writing signed by both you and us.

If you agree with the foregoing, please sign below and return the enclosed copy of this engagement.  All additional questions pertaining to the engagement should be directed to me at 214.676.7883.  We look forward to working with you.

Sincerely,

Stephen T. Crosson, MAI, SRA
On behalf of CLMG Corporation

ACCEPTED AND AGREED:
CBRE | Valuation & Advisory Services

By: _____

Name: Henry Joseph, MAI

Title: Managing Director, as agent for CBRE, Inc.

Date: 4/5/2023

# VALUATION ASSISTANCE REQUEST FORM (VARF #3)

## APPRAISAL DETAILS

| | |
|---|---|
| **Date of Request** | 3/30/2023 |
| **Portfolio/Marketing Manager** | **Name/Phone:** Larry Cotton – CSG Investments, Inc. |
| **Team Lead** | **Name/Phone:** Mike Cottrell / 469-467-5529 |
| **Loan Number / REO Number** | TBD |
| **Accounting ID** | TBD |
| **Borrower Name(s)** | Oakhurst Club Golf Links |
| **Appraisal Date Needed** | **ASAP, but not later than April 21st** |
| **Appraisal Prepared For** (Beal ownership entity) | Beal Bank USA |
| **Intended USE** (i.e. internal, foreclosure, lending, etc.) | Loan Origination |

| **Valuation Issue(s)** | Will appraiser need to testify for deficiency? | ☐ YES | ☒ NO |
|---|---|---|---|
| | Does legal counsel need to order? | ☐ YES | ☒ NO |
| | Other: | | |

| **Factors Affecting Value (access, environmental, zoning)** | Please specify Delivery Date, and Extra Fee for early delivery. |
|---|---|

| **Type of Appraisal** (check appropriate) | ☒ Self-Contained | | Self-Contained Improvements ☒ |
|---|---|---|---|

| **Declaration of Value(s)** (check all that are appropriate) | ☒ As Is Lots | ☒ UnImproved Land Value | |
|---|---|---|---|
| | ☒ Fair Market Value | | |
| | ☒ Fee Simple | ☒ Insurable Values | |

## PROPERTY INFORMATION

| | |
|---|---|
| **Property Address/Description** | Oakhurst, 1 Montague Dr., White Sulphur Springs, West Virginia, 24986. |
| **Property Description** | Oakhurst Club Golf Links with 70 developed lots and excess land, with master development of approximately 3,300 acres to include an additional 400 lots, 18 hole mountaintop championship golf course, ski facility, clubhouse, dining and outdoor pool. |
| **Property Contact Information** (required) | Mr. Adam Long, CFO/Treasurer The Greenbrier Resort. 304-536-7846 and email <Adam_Long@Greenbrier.com> |
| **Lien Priority** | |
| **Participating Loan (%)** | ☐ YES ☒ NO Beal%: ☐ Lead ☐ Non-Lead ☒ N/A |

## Accounting

| **Bill Borrower's Statement?** (check one) | ☒ **YES** – show on loan statement | ☐ **NO** – exclude on loan statement | ☐ **N/A** – not reimbursable by borrower |
|---|---|---|---|
| **Bill Participant's Statement?** (check one) | ☐ **YES** – show on A/R statement | ☐ **NO** – exclude on A/R statement | ☒ **N/A** – not a participating loan/not billable to participant |
| **Additional Comments** | | | |
| **APPROVAL SIGNATURE** (mandatory) | Michael Cottrell | | |

| **Additional Items for Appraiser** | Provide Information Checklist Items for the Appraiser | |
|---|---|---|

| Type | Item | Comments |
|---|---|---|
| ☐ Hardcopy ☐ Electronic ☐ Not Avail | Prior engineering or physical descriptions from prior appraisals or asset mgmt reports. | |
| ☐ Hardcopy ☐ Electronic ☐ Not Avail | Income and expense statements for the past three years PLUS year-to-date income and expense numbers. | |
| ☐ Hardcopy ☐ Electronic ☐ Not Avail | Personal property inventory, if applicable. | |
| ☐ Hardcopy ☐ Electronic ☐ Not Avail | List of any known major repairs/improvements needed at the property (Property Condition Report). | |

# 8.6    Exhibit 1—Beal Bank Appraisal Requirements

This Exhibit sets forth the appraisal requirements for Beal Bank and its affiliates and defines common appraisal terms in five major sections:

- Required Elements of Appraisals
- Scope of Work
- Appraisal Development
- Reporting of Assignment Results
- Common Appraisal Terms

## Required Elements of Appraisals

All appraisals of real estate assets must conform to the current Uniform Standards of Professional Appraisal Practice promulgated by the Appraisal Standards Board of the Appraisal Foundation unless principles of safe and sound banking require compliance with stricter standards, and certify within the report both compliance and independence. Additionally, all appraisals must at a minimum:

- Be written and contain sufficient information and analysis to provide the Bank the ability to make an informed decision as to whether to engage or decline the anticipated transaction
- Analyze and report appropriate deductions and discounts, which may be included proposed construction or renovation costs, if partially leased buildings are part of the collateral and/or the presence of non-market lease terms
- Be based upon the definition of market value in accordance with the most current agency regulations and guidelines
- Be performed by State licensed or certified appraisal professionals in accordance with requirements set forth by the agency regulations and guidelines

The following contains recitations and paraphrasing from USPAP. It is the appraiser's responsibility to undertake and complete assignments for the Bank in conformance with the relevant elements of USPAP. These Bank Guidelines incorporate USPAP in its entirety by reference.

Because the Bank lends on a variety of collateral classes, an appraisal or valuation of a non-real estate asset may require specialized analytical methods that differ from those used for valuing real estate collateral to arrive at an accurate and market-relevant value for a particular commodity.

## Scope of Work

In order to be acceptable, the scope of work must include the research and analyses that are necessary to develop credible assignment results. The appraiser must not allow assignment conditions to limit the scope of work to such a degree that the assignment results are not credible in the context of the intended use.

In undertaking an appraisal assignment, the appraiser must:

- Identify the problem to be solved
- Determine and perform the scope of work necessary to develop credible assignment results
- Disclose the scope of work in the report

The intended uses of appraisals for the Bank are to provide a basis for sound loan underwriting and/or for making certain important decisions regarding loans or owned real estate.

### Appraisal Development

In developing a real property appraisal, the appraiser must be aware of, understand, and correctly employ those recognized methods and techniques that are necessary to produce a credible appraisal.

Appraisal development must include the following:

- Analysis of a reasonable exposure time and marketing period, as these terms are defined in USPAP
- Analysis of any prior sales of the asset being appraised that occurred within the following time periods:
  — For one- to four-family residential property, one year preceding the date of the appraisal
  — For all other property, three years preceding the date of the appraisal

## Reporting of Assignment Results

Given the intended users of appraisals performed for the Bank, Restricted Appraisal Reports are not typically appropriate, unless utilized in conjunction with a previously prepared appraisal of the collateral for the Bank, which was an Appraisal Report, as the term is defined by USPAP. The appraiser is expected to determine the level of information and written explanation necessary to enable the intended users to understand the report properly, given the characteristics of the specific property and the market in which it competes.

All assumptions, extraordinary assumptions, hypothetical conditions, and limiting conditions must be clearly, accurately, and fully disclosed.

Real estate appraisals must additionally:

- If required to meet the scope of the assignment, the appraiser shall identify and separately value any personal property, fixtures, or intangible items that are not real property but are included in the appraisal and discuss the impact of their inclusion or exclusion on the estimate of market value.

- Support appropriate deductions and discounts for any proposed construction, or any completed properties that are partially leased or are leased at other than market rents as of the date of the appraisal, or any tract developments with unsold units.

- Contain compelling data and analyses in support of conclusions reached regarding the various components of intrinsic and extrinsic risks (as manifested in selected overall capitalization and discount rates).

If information required or deemed pertinent to the completion of an appraisal is unavailable, that fact shall be disclosed and explained in the appraisal.

Appraisals on existing or proposed one- to four-family properties may be prepared on forms approved by the Federal National Mortgage Association (FNMA) and the Federal Home Loan Mortgage Corporation (FHLMC) in compliance with the appraisal standards approved by those agencies. Appraisals of non-real estate assets must use an appropriate Appraisal Institute format and any corresponding forms.

Appraisals must contain sufficient supporting documentation with all pertinent information reported so that the appraiser's logic, reasoning, judgment, and analysis in arriving at a final conclusion is evident and indicate to the reader the reasonableness of the market value reported.

## Common Appraisal Terms

**Appraisal Report.** A written report, in accordance with Uniform Standards of Professional Appraisal Practice, that is independently and impartially prepared by a qualified appraiser conveying an analysis, opinion, or conclusion of the defined value, quality, or utility of a defined interest in real property as of a given date. This report format prescribes the minimum level of reporting for an assignment where there is a client, as well as other intended users. The appraiser is required to determine if additional detail or explanation is required, given the intended use and users (refer to discontinued Self Contained and Summary report formats). The opinion may include the contribution of non-realty interests such as business value, franchise, or machinery and equipment. While an appraisal will, for the Bank's purposes, ordinarily be the market value opinion of an adequately described property as of a specific date or dates and supported by the presentation and analysis of relevant market information, the term is intended to include market and feasibility analyses, highest and best-use studies, estimates of rental value, and similar reports. Letter opinions, certificates of value, and appraisal updates are included in the definition.

**Appraisal Foundation.** The Appraisal Foundation established on November 30, 1987, as a not-for-profit corporation under the laws of the State of Illinois.

**Appraisal Subcommittee.** The Appraisal Subcommittee of the Federal Financial Institution Examination Council (FFIEC).

**Appraiser.** A person employed by the Bank, whether salaried or as an independent contractor, to conduct appraisals and render appraisal reports for the benefit of the Bank.

**Certificate of Reasonable Value.** A certificate issued by the Department of Veteran Affairs showing the estimated reasonable value of a specific property.

**Comparable Evaluation.** A written evaluation on proposed one- to four-family residential construction prepared by a qualified appraiser or other qualified individual which is based on value estimates, performed in the past six months, on a "Like Property" as a basis for evaluating the current loan. All Comparable Evaluations must be supported by these items:

- An executed contract of sale between the builder and the proposed purchaser (for sold homes) or a sales price list from the builder for spec homes.
- A construction budget depicting the estimated hard cost of construction for the proposed home.
- A location map, a plat indicating the lot the proposed home will be built on, and a plot plan showing how the home will be situated on the lot.
- A complete set of plans. In cases where the builder has specific plans which are built over and over again, the Construction Lending Department may keep a master set of plans on file and place a copy of the reduced set of plans in the loan file.
- A copy of the lot sales contract, or in instances where the borrower already owns the lot, a copy of the settlement statement to verify the actual sales price of the lot.
- A full copy of the Evaluation on the "Like Property" which is the basis for the Comparable Evaluation.
- In cases where the Lender expects to make multiple loans in the same addition, the lot contract, plat, and Deed Restrictions may be kept in a Master Subdivision File.

**Complex One- to Four-Family Residential Transaction.** A one- to four-unit structure in which the property to be appraised is atypical of its market. Example atypical factors include:

- Age of improvements
- Architectural style
- Size of improvements
- Size of lot
- Neighborhood land use
- Potential environmental hazard liability
- Leasehold interest
- Limited supply of readily available comparable sales data

- Other unusual factors

**Developmental Property.** (1) Any property of which the market value is contingent on future events and capital outlays, such as installation of on-site or off-site improvements, new construction, rehabilitation, or tenant improvements; or (2) any property wherein a portion of the overall real property rights or physical assets would typically be sold to their ultimate user over a future time period (for example, subdivisions, proposed tract developments, and condominiums); or (3) completed multi-tenant buildings for which the appraisal contemplates a marketing/lease-up period before stabilized occupancy can be achieved are also included in the definition.

**Federally Related Transaction.** Any real estate-related financial transaction entered into on or after August 9, 1990, that the FDIC or any regulated institution engages in or contracts for and that requires the services of an appraiser.

**Like Property.** Property used as collateral on recent loans that has a similar floor plan to the subject property and in which the lot or site is comparable to the subject property.

**Liquidation Value.** Estimated gross monetary amount that could be typically realized from sale of an asset, within a specified marketing period that may not fully and effectively expose the property to the market, with the Seller being compelled to sell on an as-is, where-is basis.

**Management.** The directors and officers of the Bank.

**Market Value.** Market value is defined as the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

- Buyer and seller are typically motivated

- Both parties are well informed or well advised, and each acting in what they consider their own best interests

- A reasonable time is allowed for exposure in the open market

- Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and

- The price represents the normal consideration for the property sold, and is unaffected by special or creative financing or sales concessions granted by anyone associated with the sale

Market value falls into one of two types, defined as follows:

| "As Is" on Appraisal Date | "Prospective Market Value" |
|---|---|
| Market value of the property appraised in the condition observed upon inspection and as it physically and legally exists without hypothetical conditions, assumptions, or qualifications as of the date the appraisal is prepared. | Market value of the property with all proposed construction, conversion, or rehabilitation hypothetically completed, or under other specified hypothetical conditions, as of a specified future date(s) for the completion of construction and/or achievement of stabilized occupancy. With regard to properties wherein anticipated market conditions indicate that stabilized occupancy is not likely as of the date of completion, this estimate of value shall reflect the market value of the property as if complete and prepared for occupancy by tenants. That is, the value includes the non-discounted anticipated cost of tenant improvements for the level of occupancy contemplated as of stabilized occupancy. Any Prospective Market Value will be subject to the requirements of USPAP Statement No. 4, USPAP Advisory Opinion 17, and Appendix D of the December 2010 Interagency Appraisal and Evaluation Guidelines. |

**Master CRV Appraisals (MCRV).** Master Certificate of Reasonable Value issued by the Department of Veteran Affairs. The MCRV may be issued for one- to four-family dwellings, subdivisions where the Builder plans on constructing the same floor plan on multiple lots. The MCRV should contain the name of the plan, the value, and the square footage of the living area for each dwelling to be constructed in the subdivision by said builder. For the purpose of making one- to four-family construction loans, other Master Appraisal formats may be utilized and performed by an approved state-certified or state-licensed appraiser. These other Master Appraisals should be based on these criteria:

- List each plan to be appraised, detailing the plan name, square footage, room count, and type of garage

- List and detail amounts for any specific lots which will either receive a premium or a discount due to shape, size, amenities, or other factors

- List the standard options to be offered with each plan and base all values only on standard options

- List and detail any known option packages and state a value to be added to the price for each home for said option packages

- Attach copies of reduced floor plans, detail amounts of any discounts or premiums for different options to room counts, lofts, elevations, tile roofs, and so on

- Attach reduced, legible copy of subdivision plat

- Include any price lists or literature on the subdivision and plans available from the builder at the time of appraisal, if not already covered in the previously mentioned items

**Orderly Liquidation Value.** Estimated gross monetary amount that could typically be realized from sale of an asset, given a reasonable period of time to find a purchaser, with the seller being compelled to sell on an as-is, where-is basis.

**Other Real Estate Owned (OREO).** Real estate, including improvements, mineral interests, surface and subsurface rights, owned in whole or in part or leased by a state bank, no matter how acquired, which is not a bank facility as defined by paragraph (3) of 7 TAC Rule 12.91 or leasehold property as permitted under the Finance Code Section 34.204(a), but excluding nonworking royalty interests classified as personal property pursuant to Finance Code Section 34.004.

**Proposed Tract Development.** A project of five or more units that is constructed or is to be constructed as a single project.

**Prospective Future Value Upon Completion of Construction.** The prospective future value of a property on the date that construction is completed based upon market conditions forecast to exist as of the completion date.

**Prospective Future Value Upon Reaching Stabilized Occupancy.** The prospective future value of a property as of a point in time when all improvements have been physically constructed and the property has been leased to its optimum level of long-term occupancy. At such point, all capital outlays for tenant improvements, leasing commissions, marketing costs, and other carrying charges are assumed to have been absorbed.

**Real Estate or Real Property.** An identified parcel or tract of land, with improvements, and includes easements, rights of way, undivided or future interests, or similar rights in a tract of land, but does not include mineral rights, timber rights, growing crops, water rights, or similar interests severable from the land when the transaction does not involve the associated parcel or tract of land.

**Restricted Appraisal Report.** An appraisal report that provides only summary information. All appraisal details and supporting documentation are kept in the appraiser's files. The report should be restricted to use only when the client is also the sole intended user.

**Short Form Appraisal.** A written evaluation prepared by an approved appraiser utilizing Freddie Mac Form 704 or Fannie Mae Form 1040, or another comparable form which adheres to USPAP requirements. The following information should be made available to the appraiser prior to the completion of the Short Form Appraisal:

- An executed contract of sale between the builder and the proposed purchaser (for sold homes) or a sales price list, if available, from the builder for spec homes.

- A construction budget depicting the estimated hard cost of construction for the proposed home.

- A location map, a plat indicating the lot the proposed home will be built on, and a plot plan showing how the home will be situated on the lot.

- A complete set of plans. In cases where the builder has specific plans which are built over and over again, the Construction Lending Department may keep a master set of plans on file and place a copy of the reduced set of plans in the loan file.

- A copy of the lot sales contract, or in instances where the borrower already owns the lot, a copy of the settlement statement to verify the actual sales price of the lot. In cases where the Lender expects to make multiple loans in the same addition, the lot contract, plat, and Deed Restrictions may be kept in a Master Subdivision File.

**State-Certified Appraiser.** Any individual who has (1) satisfied the requirements for certification in a State or territory whose criteria for certification as a real estate appraiser currently meet the minimum criteria for certification issued by the Appraiser Qualifications Board of the Appraisal Foundation and (2) achieved a passing grade upon a suitable examination administered by a State or territory that is consistent with and equivalent to the Uniform State Certification Examination issued or endorsed by the Appraiser Qualifications Board of the National Foundation. In addition, the Appraisal Subcommittee must not have issued a finding that the State's or territory's policies, practices, or procedures are inconsistent with Title XI of FIRREA. The Regulators may, from time to time, impose additional qualification criteria for certified appraisers performing appraisals in connection with Federally related transactions within their jurisdiction.

**State-Licensed Appraiser.** Any individual who has satisfied the requirements for licensing in a State or territory where the licensing procedures comply with Title XI of FIRREA and where the Appraisal Subcommittee has not issued a finding that the State's or territory's appraisal policies, practices, or procedures are inconsistent with Title XI. The Regulators may, from time to time, impose additional qualification criteria for licensed appraisers performing appraisals in connection with Federally related transactions within their jurisdiction.

**Subject Property.** The property being evaluated, which will be used as collateral for the loan.

**Transaction Value.** (1) For loans or other extensions of credit, the amount of the loan or extension of credit; (2) for sales, leases, purchases, and investments in or exchanges of real property, the market value of the real property interest involved; and (3) for the pooling of loans or interests in real property for resale or purchase, the amount of the loan or market value of the real property calculated with respect to each such loan or interest in real property.

**Valuation Methods.** There are three methods of determining value:

- **Cost Approach.** Value based on the reproduction or replacement cost of the building and improvements minus estimated accrued depreciation (functional and external obsolescence and physical deterioration), plus the value of the land. Particularly helpful when reviewing draws on construction loans. Usually inappropriate in a troubled real estate market because construction costs for a new facility normally exceed the market value of existing comparable properties.

- **Sales Comparison Approach.** Value based on the price of similar properties that have sold recently in the market. It is important that the characteristics of the observed

transactions be similar in terms of property rights, market location, financing terms, property condition and use, timing, and transaction costs.

- **Income Capitalization Approach.** Value of an income-producing property that may be based on a variety of methodologies, including Direct Capitalization Approach (based on income or income as reasonably modeled that can realistically be earned under current market and economic conditions), Discounted Cash Flow Approach and/or Gross Income (Rent) Multiplier Approach.

Addendum C

# QUALIFICATIONS

© 2022 CBRE, Inc.

# PROFILES



# Chase A. Jones, MAI, ASA

**First Vice President, Charleston, SC**
**T** +1 843 720 3566
**M** +1 843 860 4949
**E** chase.jones2@cbre.com

## Select Clients Represented

- South State Bank
- Truist Bank
- Southern First Bank
- Grand South Bank
- Roper St. Francis Hospital
- Beacon Bank
- National Cooperative Bank
- First Horizon Bank
- First United Bank
- Port 32
- United Bank
- First Citizens Bank
- Sharbell Development Corp.
- TD Bank
- Thomasville National Bank
- Bank of South Carolina
- EFG Bank (Switzerland)

## Pro Affiliations / Accreditations

- MAI, Appraisal Institute
- ASA, American Society of Appraisers

## Education

- BS, Industrial Engineering, Clemson University

## Professional Experience

Chase A. Jones, MAI, ASA is a First Vice President working in the Southeast Region of CBRE Valuation & Advisory Services Group with over 15 years of valuation experience. He has real estate valuation and consulting experience involving all areas of income producing properties including retail, industrial, office, healthcare, land, and multi-family to special use properties including golf courses, marinas, car washes, gas station/c-stores, institutional uses, and seniors housing. He has also completed hundreds of assignments of mixed-use/commercial assets located on the Charleston Peninsula.

Mr. Jones has been involved with commercial real estate since 2007 and joined CBRE's Valuation and Advisory Services Group in 2018. His clients include national/regional/local lenders, corporations, developers, and law firms. Prior to CBRE, he was a Valuation Services Director with Colliers International Valuation & Advisory Services and a Senior Appraiser with C.S. McCall & Co., LLC. He has worked in various professional fields ranging from engineering to marketing and production management prior to entering the appraisal profession.

## State Licenses

- South Carolina Certified General Appraiser, License No. 6233
- North Carolina Certified General Appraiser, License No. A7784
- Georgia Certified General Appraiser, License No. 354082
- Tennessee Certified General Appraiser, License No. 5313
- Virginia Certified General Appraiser, License No. 4001017903
- Alabama Certified General Appraiser, License No. G01524
- South Carolina Real Estate Commission – Licensed Salesman

## Awards

Top 10% U.S. Producer, CBRE Valuation & Advisory Services – 2020 to Present.

©20212 CBRE, INC.

WV Real Estate Appraiser Licensing & Certification Board
*This is to certify that*

**Temporary Permit    TEMP23-046**
**Expiration: 10/6/2023**
**Charles A Jones**
**200 Meeting Street**
**Charleston, SC 29464**

has met the requirements of the law, and is authorized to appraise real estate and real property in the State of West Virginia.

_____    Executive Director

entities to appraise real property in the State of West Virginia is valid until the expiration date on the face of the card. If you do not receive your renewal application at least 30 days prior to the expiration date, contact the Board office. It is your responsibility to renew your license or certification, even if you do not automatically receive a renewal application.

**Important**

When signing an appraisal report, place your classification and license or certification number adjacent to or immediately below your signature. Also, use your number and classification in all statements of qualifications, contracts or other instruments, including advertising media. You are required to comply with the Uniform Standards of Professional Appraisal Practice, which are promulgated by The Appraisal Foundation, and are bound by the Competency Provision contained therein.