# EXHIBIT 14

# APPRAISAL REPORT

THE GREENBRIER TIMBER AND FARM ACREAGE
KARNES BOTTOM ROAD
GAP MILLS, WEST VIRGINIA  24941
CBRE FILE NO. CB23US032288-1

CLIENT: CLMG CORPORATION

**CBRE**



200 Meeting Street, Suite 304
Charleston, SC  29401

T  (843) 720-3565
F  (843) 720-3571

www.cbre.com

Date of Report: April 27, 2023

Mr. Michael H. Cottrell
Managing Director
CLMG CORPORATION
7195 Dallas Parkway
Plano, Texas  75024

RE:     Appraisal of: The Greenbrier Timber and Farm Acreage
        Karnes Bottom Road
        Gap Mills, Fayette and Monroe County, West Virginia
        CBRE, Inc. File No. CB23US032288-1

Dear Mr. Crosson:

At your request and authorization, CBRE, Inc. has prepared an appraisal of the market value of the referenced property.  Our analysis is presented in the following Appraisal Report.

The subject is 41 parcels of timber and agricultural land totaling 17,713 acres located in Fayette and Monroe Counties within approximately 10 miles of the Greenbrier Resort in West Virginia. Of the 17,713 acres, approximately 1,100 acres are open land being used for agriculture/farming and recreation.  The remaining 16,613 acres are timber tracts with some metallurgical coal reserves that we have not considered at the client's request.  There are also 20 structures (houses, sheds, barns, and grain silos) on portions of the Monroe County tracts that have added utility and additional contributory value to the underlying land value.

Based on the analysis contained in the following report, the market value of the subject is concluded as follows:

| MARKET VALUE CONCLUSION | | | |
|---|---|---|---|
| Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
| As Is | Fee Simple Estate | April 14, 2023 | $59,000,000 |
| Further Allocated As: | | | |
| Land Value | | | $56,700,000 |
| Contributory Value of Improvements | | | $2,300,000 |
| Compiled by CBRE | | | |

The report, in its entirety, including all assumptions and limiting conditions, is an integral part of, and inseparable from, this letter.

© 2023 CBRE, Inc.

The following appraisal sets forth the most pertinent data gathered, the techniques employed, and the reasoning leading to the opinion of value. The analyses, opinions and conclusions were developed based on, and this report has been prepared in conformance with, the guidelines and recommendations set forth in the Uniform Standards of Professional Appraisal Practice (USPAP), and the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute. It also conforms to Title XI Regulations and the Financial Institutions Reform, Recovery, and Enforcement Act of 1989 (FIRREA) updated in 1994 and further updated by the Interagency Appraisal and Evaluation Guidelines promulgated in 2010.

The intended use and user of our report are specifically identified in our report as agreed upon in our contract for services and/or reliance language found in the report. As a condition to being granted the status of an intended user, any intended user who has not entered into a written agreement with CBRE in connection with its use of our report agrees to be bound by the terms and conditions of the agreement between CBRE and the client who ordered the report. No other use or user of the report is permitted by any other party for any other purpose. Dissemination of this report by any party to any non-intended users does not extend reliance to any such party, and CBRE will not be responsible for any unauthorized use of or reliance upon the report, its conclusions or contents (or any portion thereof).

It has been a pleasure to assist you in this assignment. If you have any questions concerning the analysis, or if CBRE can be of further service, please contact us.


Respectfully submitted,

CBRE - VALUATION & ADVISORY SERVICES

Chase Jones, MAI, ASA
First Vice President
WV Temporary Permit #TEMP23-046
Phone: (843) 860-4949
Email: Chase.Jones2@cbre.com

© 2023 CBRE, Inc.



# Certification

We certify to the best of our knowledge and belief:

1.  The statements of fact contained in this report are true and correct.

2.  The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are our personal, impartial and unbiased professional analyses, opinions, and conclusions.

3.  We have no present or prospective interest in or bias with respect to the property that is the subject of this report and have no personal interest in or bias with respect to the parties involved with this assignment.

4.  Our engagement in this assignment was not contingent upon developing or reporting predetermined results.

5.  Our compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

6.  Our analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice, as well as the requirements of the State of West Virginia.

7.  The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

8.  The use of this report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

9.  As of the date of this report, Chase Jones, MAI, ASA has completed the continuing education program for Designated Members of the Appraisal Institute.

10. Chase Jones, MAI, ASA has made a personal inspection of the property that is the subject of this report.

11. Clif Kitchens provided significant real property appraisal assistance to the persons signing this report.

12. Valuation & Advisory Services operates as an independent economic entity within CBRE, Inc. Although employees of other CBRE, Inc. divisions may be contacted as a part of our routine market research investigations, absolute client confidentiality and privacy were maintained at all times with regard to this assignment without conflict of interest.

13. Chase Jones, MAI, ASA has not provided services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding agreement to perform this assignment.

_____

Chase Jones, MAI, ASA
WV Temporary Permit #TEMP23-046

© 2023 CBRE, Inc.



## Subject Photographs

# Aerials



| 01 104S000100000000 | 01 111000400000000 |
| 01 111001200000000 | 01 118007000000000 |

© 2023 CBRE, Inc.



01 119000100000000

01 119000200000000

01 119007700000000

01 119008300000000

01 119008400000000

01 119008400010000

© 2023 CBRE, Inc.





## 01 127000400000000



## 01 127001300000000



## 01 127004700000000

## 01 127008800000000



## 01 135001200000000



## 04 26001100000000

© 2023 CBRE, Inc.



**04  26001400020000**

**04  27001400000000**

**04  27001500000000**

**05  29000300000000**

**06  11000300000000**

**06  11000300040000**

© 2023 CBRE, Inc.



**06  11000300060000**

**06  12000500000000**

**06  17000100000000**

**06  17000200000000**

**06  17000300000000**

**06  18000100000000**

© 2023 CBRE, Inc.



## 06 18000200010000

## 06 18001100460000

## 06 23001000000000

## 06 23001400000000

## 06 34000800000000

## 06 39000100000000

© 2023 CBRE, Inc.





**06 40000100000000**



**07 22000600000000**



**07 24002900000000**



**07 25000100000000**

© 2023 CBRE, Inc.





**Farm Entrance**



**Farmland**



**Farmland**



**Farmland**



**Farmland**



**Farmland**

© 2023 CBRE, Inc.





**Farmland**



**Farmland**



**Farm House**



**Barn**



**Storage Building**



**Grain Silos**

© 2023 CBRE, Inc.





**Grain Silos**



**Farmland (Overhead)**



**Timberland**



**Timberland**



**Timberland**



**Timberland**

© 2023 CBRE, Inc.





**Timberland (Overhead)**



**Timberland (Overhead)**



**Timberland (Overhead)**



**Timberland (Overhead)**



**Timberland (Overhead)**



**Timberland (Overhead)**

© 2023 CBRE, Inc.





**Timberland (Overhead)**



**Timberland (Overhead)**



**Timberland (Overhead)**



**Timberland (Overhead)**



**Timberland (Overhead)**



**Timberland (Overhead)**

© 2023 CBRE, Inc.



# Executive Summary

| | |
|---|---|
| **Property Name** | The Greenbrier Timber and Farm Acreage |
| **Location** | Karnes Bottom Road<br>Gap Mills, Fayette and Monroe County, WV 24941 |
| **Parcel Number(s)** | 01 104S000100000000 (additional parcels listed in 'Tax and Assessment Data') |
| **Client** | CLMG Corporation |
| **Highest and Best Use** | |
| As If Vacant | Timber, Agriculture, and-or recreational |
| As Improved | Timber, Agriculture, and-or recreational |
| **Property Rights Appraised** | Fee Simple Estate |
| **Date of Inspection** | April 14, 2023 |
| **Estimated Exposure Time** | 6 - 12 Months |
| **Estimated Marketing Time** | 6 - 12 Months |
| **Primary Land Area** | 17,713 AC        771,578,280 SF |
| **Zoning** | R-R (Rural Residential - Fayette County) and None (Monroe County) |
| **Buyer Profile** | Speculator/Institutional |

| **VALUATION** | *Total* | *Per Acre/SF* |
|---|---|---|
| Land Value | $56,700,000 | $3,201.04 |
| Cost Approach | $59,000,000 | $3,330.89 |
| Insurable Value | $4,310,000 | $165.47 |

| CONCLUDED MARKET VALUE | | | |
|---|---|---|---|
| **Appraisal Premise** | **Interest Appraised** | **Date of Value** | **Value** |
| As Is | Fee Simple Estate | April 14, 2023 | $59,000,000 |

Compiled by CBRE

## MARKET VOLATILITY

We draw your attention to a combination of global inflationary pressures (leading to higher interest rates) and recent failures/stress in banking systems which have significantly increased the potential for constrained credit markets, negative capital value movements and enhanced volatility in property markets over the short-to-medium term.

Experience has shown that consumer and investor behavior can quickly change during periods of such heightened volatility. Lending or investment decisions should reflect this heightened level of volatility and the potential for deteriorating market conditions.

It is important to note that the conclusions set out in this report are valid as at the valuation date only. Where appropriate, we recommend that the valuation is closely monitored, as we continue to track how markets respond to evolving events.

© 2023 CBRE, Inc.



## CURRENT ECONOMIC CONDITIONS

At its March 2023 meeting, the Federal Reserve continued to take action to curb a robust job market and stubbornly high core inflation by raising interest rates 25 bps to a target range of 4.75% to 5.00% and indicated that further monetary tightening may be necessary. The Fed will also continue its monthly reduction of securities on its balance sheet. The Fed has demonstrated its commitment to price stability with a rapid series of rate hikes—nine in all since March 2022—which is beginning to slow economic growth.

The latest rate hike at a time of banking sector stress shows the Fed is committed to fighting high inflation. It also suggests that the Fed thinks it has done enough to stabilize the financial system. To that end, the Fed is now allowing banks to pledge their Treasury and mortgage-backed bonds as collateral valued at par to bolster liquidity in the banking system. Banks have so far borrowed $300 billion from this new Fed facility.

Although banks have access to substantial additional capital from the new Fed funding facility, we expect they will use this capital to bolster their balance sheets rather than make new loans. Banking sector stress, including deposit flight, will cause regional banks to tighten loan underwriting standards. This, along with weaker sentiment, will slow business activity and consumer spending.

CBRE expects that the Fed could raise rates by another 25 bps before it begins cutting them by the end of 2023. Tighter lending conditions and a weakening economy will keep capital markets activity subdued in the near-term and limit leasing demand. However, greater certainty on the interest rate outlook will provide a foundation for recovery later in 2023, particularly for capital markets activity.

The table below summarizes the CBRE "House View" for the Federal Funds Rate, 10-Year Treasury, and GDP over the next several years. This view is reflective of what market participants are anticipating.

|  | 2023 | 2024 | 2025 - 2028 |
|---|---|---|---|
| Fed Funds Rate (Q4) | 4.25% to 4.5% | 2.5% to 2.75% | 2.0% to 2.25% |
| 10-Year Treasury (Q4) | 3.3% | 2.9% | 3.1% |
| GDP (Annual Averages) | 0.8% | 0.8% | 2.6% |

The CBRE "House View" is for the yield on the 10-year Treasury to approximate 3.3% by Q4 2023, which should aid in the recovery of real estate investment volume. This is consistent with many market participants who anticipate the cost of capital in the future to be lower than current levels.

© 2023 CBRE, Inc.



While opinions vary on future economic issues, the general market consensus at the time of this appraisal is the anticipation of moderating inflation as higher interest rates cool demand. Tighter financial and weaker macroeconomic conditions will weigh on real estate fundamentals, leading to lower real estate investment volume through the first half of 2023. Amid this uncertain and dynamic environment, investment market performance will be uneven across property types.

## EXTRAORDINARY ASSUMPTIONS

An extraordinary assumption is defined as "an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions." [1]

- It is noted that a current timber survey of the subject property was requested but not available. It was indicated that a timber survey completed a number of years ago reportedly suggested that the timber was predominately medium to old growth and likely in the $30M to $50M value range. For the purposes of this analysis and in consideration with what has been discussed with the current owners and the prior timber survey report, it has been assumed that the subject does consist of predominately medium to old growth hardwoods. Further, prior timber value range has also been considered in the valuation.
- It is assumed that the acreage provided by the client and verified by the county records is accurate.
- An exterior only inspection of the improvements was performed and it is assumed that the interior condition is similar to what was inspected on the exterior.
- The use of these extraordinary assumptions may have affected the assignment results.

## HYPOTHETICAL CONDITIONS

An extraordinary assumption is defined as "an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions." [2]

- At the client's request, we have assumed that the metallurgical coal reserves does not exist and any inherent mineral rights value has not been considered in the analysis.

---

[1] The Appraisal Foundation, *USPAP, 2020-2021 (Effective January 1, 2020, through December 31, 2023)*

[2] The Appraisal Foundation, *USPAP, 2020-2021 (Effective January 1, 2020 through December 31, 2023)*

© 2023 CBRE, Inc.



## OWNERSHIP AND PROPERTY HISTORY

| OWNERSHIP SUMMARY | |
| --- | --- |
| Item | |
| **Current Ownership** | |
| Owner: | Bellwood Corporation |
| Seller: | James C. Justice Companies, Inc. |
| Purchase Price: | $10 |
| Transaction Date: | December 23, 2013 |
| Sale in Last 3 Years?: | No |
| Legal Reference: | 275/565 - Monroe County and 701/348 - Fayette County |
| County/Locality Name: | Fayette and Monroe |
| Buyer/Seller Relationship Type: | Related parties |
| At / Above / Below Market: | N/A |
| Comments: | Internal transfer covered numerous parcels and thousands of acres.  Many parcels have been owned for decades. |
| **Pending Sale** | |
| Under Contract: | No |
| **Current Listing** | |
| Currently Listed For Sale: | No |
| Compiled by CBRE | |

The subject is 41 parcels of farmland and timberland totaling approximately 17,713 acres.  The majority of the acreage has been owned in different entities with the same ownership for decades.  The most recent transfer was an internal transfer from James C. Justice Companies, Inc. to Bellwood Corporation in December 2013.  The property has parcels in both Fayette County and Monroe County.  The Fayette County transfer was recorded in Deed Book 701 at Page 348 of the Fayette County Register of Deeds, and the Monroe transfer was recorded in Deed Book 275 at Page 565 of the Monroe County Register of Deeds.  CBRE is unaware of any arm's length ownership transfers of the property within three years of the date of appraisal. Further, the property is not being actively marketed at this time.

© 2023 CBRE, Inc.



## EXPOSURE/MARKETING TIME

Current appraisal guidelines require an estimate of a reasonable time period in which the subject could be brought to market and sold.  This reasonable time frame can either be examined historically or prospectively.  In a historical analysis, this is referred to as exposure time.  Exposure time always precedes the date of value, with the underlying premise being the time a property would have been on the market prior to the date of value, such that it would sell at its appraised value as of the date of value.  On a prospective basis, the term marketing time is most often used.  The exposure/marketing time is a function of price, time, and use.  It is not an isolated estimate of time alone.  In consideration of these factors, we have analyzed the following:

- the opinions of market participants.

The following table presents the information derived from these sources.

| EXPOSURE/MARKETING TIME DATA | | |
|---|---|---|
| | Exposure/Mktg. (Months) | |
| Investment Type | Range | Average |
| Local Market Professionals | 6.0  -  12.0 | 9.0 |
| **CBRE Exposure Time Estimate** | **6 - 12 Months** | |
| **CBRE Marketing Period Estimate** | **6 - 12 Months** | |
| Various Sources Compiled by CBRE | | |

© 2023 CBRE, Inc.



# Table of Contents

Certification ............................................................................................................ i

Subject Photographs .......................................................................................... ii

Executive Summary ........................................................................................... xiv

Table of Contents ............................................................................................. xix

Scope of Work ................................................................................................... 1

Area Analysis ..................................................................................................... 6

Neighborhood Analysis ..................................................................................... 8

Site Analysis ...................................................................................................... 12

Zoning ............................................................................................................... 15

Tax and Assessment Data ................................................................................. 16

Market Analysis ................................................................................................. 18

Highest and Best Use ....................................................................................... 31

Land Value ........................................................................................................ 33

Cost Approach .................................................................................................. 37

Insurable Replacement Cost ............................................................................ 41

Reconciliation of Value ..................................................................................... 43

Assumptions and Limiting Conditions ............................................................. 44

ADDENDA

A  Land Sale Data Sheets

B  Client Contract Information

C  Qualifications

© 2023 CBRE, Inc.



# Scope of Work

This Appraisal Report is intended to comply with the reporting requirements set forth under Standards Rule 2 of USPAP. The scope of the assignment relates to the extent and manner in which research is conducted, data is gathered, and analysis is applied.

## INTENDED USE OF REPORT

This appraisal is to be used for financing and no other use is permitted.

## CLIENT

The client is CLMG Corporation.

## INTENDED USER OF REPORT

This appraisal is to be used by CLMG Corp. No other user(s) may rely on our report unless as specifically indicated in this report.

> Intended users are those who an appraiser intends will use the appraisal or review report. In other words, appraisers acknowledge at the outset of the assignment that they are developing their expert opinions for the use of the intended users they identify. Although the client provides information about the parties who may be intended users, ultimately it is the appraiser who decides who they are. This is an important point to be clear about: The client does not tell the appraiser who the intended users will be. Rather, the client tells the appraiser who the client needs the report to be speaking to, and given that information, the appraiser identifies the intended user or users. It is important to identify intended users because an appraiser's primary responsibility regarding the use of the report's opinions and conclusions is to those users. Intended users are those parties to whom an appraiser is responsible for communicating the findings in a clear and understandable manner. They are the audience. [3]

## RELIANCE LANGUAGE

Reliance on any reports produced by CBRE under this Agreement is extended solely to parties and entities expressly acknowledged in a signed writing by CBRE as Intended Users of the respective reports, provided that any conditions to such acknowledgement required by CBRE or hereunder have been satisfied. Parties or entities other than Intended Users who obtain a copy of the report or any portion thereof (including Client if it is not named as an Intended User), whether as a result of its direct dissemination or by any other means, may not rely upon any opinions or conclusions contained in the report or such portions thereof, and CBRE will not be responsible for any unpermitted use of the report, its conclusions or contents or have any liability in connection therewith.

---

[3] Appraisal Institute, *The Appraisal of Real Estate*, 15th ed. (Chicago: Appraisal Institute, 2020), 40.

© 2023 CBRE, Inc.



## PURPOSE OF THE APPRAISAL

The purpose of this appraisal is to estimate the market value of the subject property.

## DEFINITION OF VALUE

The current economic definition of market value agreed upon by agencies that regulate federal financial institutions in the U.S. (and used herein) is as follows:

The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby:

1. buyer and seller are typically motivated;
2. both parties are well informed or well advised, and acting in what they consider their own best interests;
3. a reasonable time is allowed for exposure in the open market;
4. payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
5. the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions granted by anyone associated with the sale. [4]

## INTEREST APPRAISED

The value estimated represents Fee Simple Estate as defined below:

*Fee Simple Estate* - Absolute ownership unencumbered by any other interest or estate, subject only to the limitations imposed by the governmental powers of taxation, eminent domain, police power and escheat. [5]

### Extent to Which the Property is Identified

The property is identified through the following sources:

- postal address
- assessor's records
- legal description

### Extent to Which the Property is Inspected

Chase Jones, MAI, ASA inspected the exterior of the subject, as well as its surrounding environs on the effective date of appraisal. This inspection was considered adequate and is the basis for our findings.

---

[4] Interagency Appraisal and Evaluation Guidelines; December 10, 2010, Federal Register, Volume 75 Number 237, Page 77472.

[5] Appraisal Institute, The Dictionary of Real Estate Appraisal, 7th ed. (Chicago: Appraisal Institute, 2022), 90.

© 2023 CBRE, Inc.



## Type and Extent of the Data Researched

CBRE reviewed the following:

- applicable tax data
- zoning requirements
- flood zone status
- demographics
- comparable data

## Type and Extent of Analysis Applied

CBRE, Inc. analyzed the data gathered through the use of appropriate and accepted appraisal methodology to arrive at a probable value indication via each applicable approach to value. For vacant land, the sales comparison approach has been employed for this assignment.

## Data Resources Utilized in the Analysis

| DATA SOURCES | |
| --- | --- |
| *Item:* | *Source(s):* |
| **Site Data** | |
| Size | Borrower Provided Data and County Records |
| **Improved Data** | |
| Building Area | County Records |
| No. Bldgs. | County Records |
| **Economic Data** | |
| Building Costs: | MVS |
| **Other** | |
| Flood Map | FEMA |
| Zoning | Fayette County Zoning Ordinance |
| Compiled by CBRE | |

## APPRAISAL METHODOLOGY

In appraisal practice, an approach to value is included or omitted based on its applicability to the property type being valued and the quality and quantity of information available. Depending on a specific appraisal assignment, any of the following four methods may be used to determine the market value of the fee simple interest of land:

- Sales Comparison Approach;
- Income Capitalization Procedures;
- Allocation; and
- Extraction.

The following summaries of each method are paraphrased from the text.

The first is the sales comparison approach. This is a process of analyzing sales of similar, recently sold parcels in order to derive an indication of the most probable sales price (or value) of the property being appraised. The reliability of this approach is dependent upon (a) the availability of comparable sales data, (b) the verification of the sales data regarding size, price, terms of sale, etc., (c) the degree of comparability or extent of adjustment necessary for

© 2023 CBRE, Inc.



differences between the subject and the comparables, and (d) the absence of nontypical conditions affecting the sales price. This is the primary and most reliable method used to value land (if adequate data exists).

The income capitalization procedures include three methods: land residual technique, ground rent capitalization, and Subdivision Development Analysis. A discussion of each of these three techniques is presented in the following paragraphs.

> The land residual method may be used to estimate land value when sales data on similar parcels of vacant land are lacking. This technique is based on the principle of balance and the related concept of contribution, which are concerned with equilibrium among the agents of production--i.e. labor, capital, coordination, and land. The land residual technique can be used to estimate land value when: 1) building value is known or can be accurately estimated, 2) stabilized, annual net operating income to the property is known or estimable, and 3) both building and land capitalization rates can be extracted from the market. Building value can be estimated for new or proposed buildings that represent the highest and best use of the property and have not yet incurred physical deterioration or functional obsolescence.

> The subdivision development method is used to value land when subdivision and development represent the highest and best use of the appraised parcel. In this method, an appraiser determines the number and size of lots that can be created from the appraised land physically, legally, and economically. The value of the underlying land is then estimated through a discounted cash flow analysis with revenues based on the achievable sale price of the finished product and expenses based on all costs required to complete and sell the finished product.

> The ground rent capitalization procedure is predicated upon the assumption that ground rents can be capitalized at an appropriate rate to indicate the market value of a site. Ground rent is paid for the right to use and occupy the land according to the terms of the ground lease; it corresponds to the value of the landowner's interest in the land. Market-derived capitalization rates are used to convert ground rent into market value. This procedure is useful when an analysis of comparable sales of leased land indicates a range of rents and reasonable support for capitalization rates can be obtained.

The allocation method is typically used when sales are so rare that the value cannot be estimated by direct comparison. This method is based on the principle of balance and the related concept of contribution, which affirm that there is a normal or typical ratio of land value to property value for specific categories of real estate in specific locations. This ratio is generally more reliable when the subject property includes relatively new improvements. The allocation method does not produce conclusive value indications, but it can be used to establish land value when the number of vacant land sales is inadequate.

The extraction method is a variant of the allocation method in which land value is extracted from the sale price of an improved property by deducting the contribution of the improvements, which is estimated from their depreciated costs. The remaining value represents the value of the land.

4

© 2023 CBRE, Inc.



Value indications derived in this way are generally unpersuasive because the assessment ratios may be unreliable and the extraction method does not reflect market considerations.

For the purposes of this analysis, we have utilized the sales comparison approach (land valuation) and the cost approach (contributory value of improvements) as these methodologies are typically used for vast timber and agricultural tracts.

© 2023 CBRE, Inc.



# Area Analysis



The subject is located in the Bluefield-Beckley-Oak Hill, WV. Key information about the area is provided in the following tables.

## POPULATION

The area has a population of 306,683 and a median age of 45, with the largest population group in the 60-69 age range and the smallest population in 80+ age range.



Population has decreased by -34,375 since 2010, reflecting an annual decrease of -0.9%. Population is projected to decrease by an additional -7,871 by 2027, reflecting -0.5% annual population growth.



Source: ESRI, downloaded on Apr, 18 2023

© 2023 CBRE, Inc.



## INCOME

The area features an average household income of $64,567 and a median household income of $46,176. Over the next five years, median household income is expected to increase by 13.1%, or $1,214 per annum.



## EDUCATION

A total of 17.6% of individuals over the age of 24 have a college degree, with 11.3% holding a bachelor's degree and 6.3% holding a graduate degree.



## EMPLOYMENT



The area includes a total of 122,961 employees and has N/A unemployment rate. The top three industries within the area are Health Care/Social Assistance, Retail Trade and Educational Services, which represent a combined total of 44% of the workforce.

Source: ESRI, downloaded on Apr, 18 2023; BLS.gov dated Jan, 0 1900

## CONCLUSION

In summary, the area is forecasted to experience a decrease in population and an increase in household income.

© 2023 CBRE, Inc.



# Neighborhood Analysis



## LOCATION

The subject is located in Fayette and Monroe Counties in southern West Virginia near the border of Virginia.  The subject neighborhood is considered a rural location.

## BOUNDARIES

The neighborhood boundaries are not defined or exact but is typically thought to be a 3-5-mile radius around the subject property.

## LAND USE

Land uses within the subject neighborhood consist of a mixture of agricultural property with a limited amount of residential and commercial properties mixed in. The immediate area surrounding the subject is mostly timber and agriculture uses.

© 2023 CBRE, Inc.



## GROWTH PATTERNS

There is limited commercial growth occurring in the neighborhood as it remains rural and agriculture/timber oriented at this time.

## ACCESS

Primary access to the subject neighborhood is provided by US Highway 219 and Sweet Springs Valley Road. This stretch of US Highway 219, running north-south, connects Lewisburg and Union and is the primary thoroughfare in this rural area. Sweet Springs Valley Road is east-west thoroughfare connecting Sweet Springs with Union.

## DEMOGRAPHICS

Selected neighborhood demographics in 1-, 3- and 5-mile radius from the subject are shown in the following table:

| SELECTED NEIGHBORHOOD DEMOGRAPHICS | | | | |
|---|---|---|---|---|
| Karnes Bottom Road<br>Gap Mills, WV 24941 | 1 Mile Radius | 3 Mile Radius | 5 Mile Radius | Bluefield-Beckley-Oak Hill, WV |
| Population | | | | |
| 2027 Total Population | 28 | 258 | 1,059 | 298,812 |
| 2022 Total Population | 29 | 265 | 1,082 | 306,683 |
| 2010 Total Population | 34 | 309 | 1,272 | 341,058 |
| 2000 Total Population | 35 | 315 | 1,286 | 349,441 |
| *Annual Growth 2022 - 2027* | *-0.70%* | *-0.53%* | *-0.43%* | *-0.52%* |
| *Annual Growth 2010 - 2022* | *-1.32%* | *-1.27%* | *-1.34%* | *-0.88%* |
| *Annual Growth 2000 - 2010* | *-0.29%* | *-0.19%* | *-0.11%* | *-0.24%* |
| Households | | | | |
| 2027 Total Households | 12 | 117 | 437 | 124,108 |
| 2022 Total Households | 12 | 121 | 445 | 127,132 |
| 2010 Total Households | 14 | 133 | 516 | 141,229 |
| 2000 Total Households | 13 | 130 | 492 | 142,692 |
| *Annual Growth 2022 - 2027* | *0.00%* | *-0.67%* | *-0.36%* | *-0.48%* |
| *Annual Growth 2010 - 2022* | *-1.28%* | *-0.78%* | *-1.23%* | *-0.87%* |
| *Annual Growth 2000 - 2010* | *0.74%* | *0.23%* | *0.48%* | *-0.10%* |
| Income | | | | |
| 2022 Median Household Income | $50,000 | $45,574 | $43,550 | $46,176 |
| 2022 Average Household Income | $57,207 | $54,755 | $58,002 | $64,567 |
| 2022 Per Capita Income | $24,297 | $23,975 | $25,148 | $26,871 |
| 2022 Pop 25+ College Graduates | 3 | 26 | 134 | 40,290 |
| Age 25+ Percent College Graduates - 2022 | 14.3% | 13.1% | 16.1% | 17.6% |
| Source: ESRI | | | | |

## CONCLUSION

The neighborhood is essentially a remote agriculture and rural area with limited residential and commercial property. Population growth is expected to decrease slightly and the overall development and demographic nature of the neighborhood should remain relatively consistent with its current state.

© 2023 CBRE, Inc.



## FLOOD PLAIN MAP (SAMPLE)



National Flood Hazard Layer FIRMette

© 2023 CBRE, Inc.

**Bellwood Corporation - Monroe County, WV Properties**

| Parcels | Parcel #s | Borrower Provided Acreage |
|---|---|---|
| 1 | 04  26001100000000 | 123.27 |
| 2 | 04  26001400020000 | 2.67 |
| 3 | 04  27001400000000 | 241 |
| 4 | 04  27001400030000 | 168.32 |
| 5 | 04  27001500000000 | 201.00 |
| 6 | 06  5000400000000 | 103.37 |
| 7 | 04  29000300000000 | 394.60 |
| 8 | 06  11000300000000 | 41.96 |
| 9 | 06  11000300040000 | 28.90 |
| 10 | 06  11000300060000 | 28.90 |
| 11 | 06  12000500000000 | 69.00 |
| 12 | 06  17000100000000 | 628.60 |
| 13 | 06  17000200000000 | 649.00 |
| 14 | 06  17000300000000 | 669.40 |
| 15 | 06  18000100000000 | 2453.99 |
| 16 | 06  18000200010000 | 141.00 |
| 17 | 06  18001100460000 | 149.16 |
| 18 | 06  23001000000000 | 1394.00 |
| 19 | 06  23001400000000 | 1219.00 |
| 20 | 06  34000800000000 | 30.81 |
| 21 | 06  39000100000000 | 4143.67 |
| 22 | 06  40000100000000 | 32.00 |
| 23 | 07  22000600000000 | 144.00 |
| 24 | 07  24002900000000 | 152.70 |
| 25 | 07  25000100000000 | 9.80 |
| 26 | 07  26000500000000 | 226.00 |
| **Totals** | | **13446.12** |

**Bellwood Corporation - Fayette County, WV Properties**

| Parcels | Parcel #s | Acreage |
|---|---|---|
| 1 | 01 119000100000000 | 12.30 |
| 2 | 01 119000200000000 | 9.81 |
| 3 | 01 127004700000000 | 22.90 |
| 4 | 01 104S000100000000 | 0.54 |
| 5 | 01 127001300000000 | 23.46 |
| 6 | 01 119007700000000 | 50.00 |
| 7 | 01 118007000000000 | **4.69** |
| 8 | 01 111001200000000 | **522.05** |
| 8 | 01 119008400010000 | 40.10 |
| 9 | 01 111000400000000 | 1134.62 |
| 10 | 01 135001200000000 | 1634.11 |
| 11 | 01 127000400000000 | 209.55 |
| 12 | 01 119008300000000 | 409.49 |
| 13 | 01 127008800000000 | 2.50 |
| 14 | 01 119008400000000 | 190.76 |
| **Totals** | | **4266.88** |

11



© 2023 CBRE, Inc.

# Site Analysis

The following chart summarizes the salient characteristics of the subject site.

| SITE SUMMARY AND ANALYSIS | | |
|---|---|---|
| **Physical Description** | | |
| Gross Site Area | 17,713 Acres | 771,578,280 Sq. Ft. |
| Net Site Area | 17,713 Acres | 771,578,280 Sq. Ft. |
| Shape | Irregular | |
| Topography | Hilly | |
| Parcel Number(s) | 01 104S000100000000 (additional parcels listed in 'Tax and Assessment Data') | |
| Zoning District | R-R (Rural Residential - Fayette County) and None (Monroe County) | |
| Flood Map Panel No. & Date | 54025C0670E | 16-Oct-12 |
| Flood Zone | X (Unshaded), X (Shaded), and AE | |
| Adjacent Land Uses | Vacant, timber, agricultural, and residential | |
| Earthquake Zone | n/a | |
| **Comparative Analysis** | **Rating** | |
| Visibility | Average | |
| Functional Utility | Average | |
| Traffic Volume | Average | |
| Adequacy of Utilities | Assumed adequate | |
| Drainage | Assumed adequate | |
| **Utilities** | **Provider** | **Availability** |
| Water | West Virginia American Water | Yes |
| Sewer | Various Providers and/or Septic | Depends on Parcel |
| Natural Gas | Moutaineer Gas Company | Depends on Parcel |
| Electricity | MonPower | Yes |
| Telephone | Various Providers | Yes |

| **Other** | **Yes** | **No** | **Unknown** |
|---|---|---|---|
| Detrimental Easements | | | X |
| Encroachments | | | X |
| Deed Restrictions | | | X |
| Reciprocal Parking Rights | | | X |

Various sources compiled by CBRE

## LOCATION

The subject is in southern West Virginia in Fayette and Monroe Counties. It is made up of 41 parcels that are not all contiguous but are all in the same general area between Gap Mills, Union, Sweet Springs, and White Sulphur Springs.

© 2023 CBRE, Inc.



## LAND AREA

The land area size was obtained via the borrower and verified through the counties' records. The site is considered large in terms of size. Of the 17,713 acres, approximately 1,100 acres are open land being used for agriculture/farming and recreation. The remaining 16,613 acres are timber tracts with some metallurgical coal reserves that we have not considered at the client's request.

## SHAPE AND FRONTAGE

The site is an irregular shape. Its frontage on various roads in the neighborhood is varying but is deemed adequate.

## INGRESS/EGRESS

Ingress and egress to the farm tracts and parts of the timber tracts are available via access roads off of Karnes Bottom Road. The other timber tracts have ingress and egress off of various roads and through other adjoining tracts. Access between tracts are generally private dirt roads/paths.

## TOPOGRAPHY AND DRAINAGE

The site is generally hilly and mountainous with varying slopes. The topography of the site is not seen as an impediment to the existing use of the property. During our inspection of the site, we observed no drainage problems and assume that none exist.

## SOILS

A soils analysis for the site has not been provided for the preparation of this appraisal. In the absence of a soils report, it is a specific assumption that the site has adequate soils to support the highest and best use.

## EASEMENTS AND ENCROACHMENTS

There are no known easements or encroachments impacting the site that are considered to affect the marketability or highest and best use. It is recommended that the client/reader obtain a current title policy outlining all easements and encroachments on the property, if any, prior to making a business decision.

## COVENANTS, CONDITIONS AND RESTRICTIONS

There are no known covenants, conditions or restrictions impacting the site that are considered to affect the marketability or highest and best use. It is recommended that the client/reader obtain a copy of the current covenants, conditions and restrictions, if any, prior to making a business decision.

© 2023 CBRE, Inc.



## UTILITIES AND SERVICES

As the parcels are in different areas, there are varying level of municipal services, including police, fire and refuse garbage collection based on location and access. All utilities are available to the farm parcels and some timber parcels in adequate quality and quantity to service the highest and best use. The parcels that do not have access to utilities would have access if development was to occur.

## ENVIRONMENTAL ISSUES

Although CBRE was not provided an Environmental Site Assessment (ESA), a tour of the site did not reveal any obvious issues regarding environmental contamination or adverse conditions.

The appraiser is not qualified to detect the existence of potentially hazardous material or underground storage tanks which may be present on or near the site. The existence of hazardous materials or underground storage tanks may affect the value of the property. For this appraisal, CBRE, Inc. has specifically assumed that the property is not affected by any hazardous materials that may be present on or near the property.

## ADJACENT PROPERTIES

The adjacent properties are mostly agriculture and timber properties.

## FARM IMPROVEMENTS

A portion of the subject is improved with a farm that includes 20 total structures including 12 grain silos, four residential homes (vary in size from 892 SF to 4,750 SF), two material sheds (1,225 SF and 2,058 SF), a 2,270 SF material storage building, and a 9,944 SF Barn with hayloft. In all, the structures total 26,047 SF and all are in average to good condition. The residential homes and Barn are wood frame construction while the storage sheds and silos are metal.

## CONCLUSION

The parcels are in a rural area that is appropriate for its current use as agriculture and timber property. The total size of the site is typical for its use, and there are no known detrimental uses in the immediate vicinity. Overall, there are no known factors which are considered to prevent the site from development to its highest and best use, as if vacant, or averse to the existing use of the site.

© 2023 CBRE, Inc.



# Zoning



The following chart summarizes the subject's zoning requirements.

| ZONING SUMMARY | |
|---|---|
| Current Zoning | R-R (Rural Residential - Fayette County) and None (Monroe County) |
| Legally Conforming | Yes |
| Uses Permitted (R-R) | The Rural Residential District is designed to accommodate single-family housing in areas within the County that may not be served by public sewer facilities and are not yet appropriate for development at higher densities.  Other selected uses, which are compatible with the open and rural character of the district, are also permitted in R-R Districts. |
| Zoning Change | Not likely |
| Source:  Planning & Zoning Dept. | |

## ANALYSIS AND CONCLUSION

The property is located in two counties.  Monroe County does not currently have a zoning ordinance, and Fayette County has the parcels zoned Rural Residential.  The current use as agriculture and timber tracts represent a legally-conforming use.  Additional information may be obtained from the appropriate governmental authority.  For purposes of this appraisal, CBRE has assumed the information obtained is correct.

© 2023 CBRE, Inc.



# Tax and Assessment Data

| AD VALOREM TAX INFORMATION | | |
|---|---|---|
| Assessor's Parcel No. | Parcel Description | 2022 |
| 01 104S000100000000 | | 1,100 |
| 01 111000400000000 | | 567,300 |
| 01 111001200000000 | | 261,000 |
| 01 118007000000000 | | 2,300 |
| 01 119000100000000 | | 6,200 |
| 01 119000200000000 | | 4,900 |
| 01 119007700000000 | | 26,300 |
| 01 119008300000000 | | 204,800 |
| 01 119008400000000 | | 95,400 |
| 01 119008400010000 | | 20,100 |
| 01 127000400000000 | | 104,900 |
| 01 127001300000000 | | 11,700 |
| 01 127004700000000 | | 11,500 |
| 01 127008800000000 | | 1,300 |
| 01 135001200000000 | | 817,100 |
| 06 5000400000000 | | - |
| 04 26001100000000 | | 2,000 |
| 04 26001400020000 | | 1,920 |
| 04 27001400000000 | | - |
| 04 27001400030000 | | - |
| 04 27001500000000 | | - |
| 05 29000300000000 | | - |
| 06 11000300000000 | | 73,000 |
| 06 11000300040000 | | 46,000 |
| 06 11000300060000 | | 46,000 |
| 06 12000500000000 | | - |
| 06 17000100000000 | | 402,100 |
| 06 17000200000000 | | 230,000 |
| 06 17000300000000 | | 290,000 |
| 06 18000100000000 | | - |
| 06 18000200010000 | | - |
| 06 18001100460000 | | - |
| 06 23001000000000 | | - |
| 06 23001400000000 | | - |
| 06 34000800000000 | | - |
| 06 39000100000000 | | - |
| 06 40000100000000 | | - |
| 07 22000600000000 | | - |
| 07 24002900000000 | | - |
| 07 25000100000000 | | 11,600 |
| 07 26000500000000 | | - |
| Subtotal | | $3,238,520 |
| % of Assessed Value | | 60% |
| Final Assessed Value | | $1,943,112 |
| General Tax: | | $39,792 |
| **Total Adjusted Taxes** | | **$39,792** |

Source: Assessor's Office

© 2023 CBRE, Inc.



## CONCLUSION

For purposes of this analysis, CBRE, Inc. assumes that all taxes are current. The majority of the parcels are enrolled in agriculture and timber tax programs, so a sale should not impact the taxes of the tracts.  A change of use would likely cause the taxes to increase, but our valuation is based on the property remaining in agriculture and timber uses.

© 2023 CBRE, Inc.



# Market Analysis

The Timber Services industry manages timber tracts for the purpose of selling standing timber. A timber tract is a parcel of land used for growing timber for harvesting on a long rotation cycle (more than 10 years). The industry does not include Christmas trees, which are grown on short rotation cycles. This industry also does not include revenue from logging operations.

## Key Statistics

**$956.5m**
Revenue

| Annual Growth 2018–2023 | Annual Growth 2023–2028 | Annual Growth 2018–2028 |
|---|---|---|
| -1.8% | 0.5% | |

**$51.7m**
Profit

| Annual Growth 2018–2023 | Annual Growth 2018–2028 |
|---|---|
| -7.5% | |

**5.4%**
Profit Margin

| Annual Growth 2018–2023 | Annual Growth 2018–2028 |
|---|---|
| -1.9pp | |

**2,899**
Businesses

| Annual Growth 2018–2023 | Annual Growth 2023–2028 | Annual Growth 2018–2028 |
|---|---|---|
| -0.3% | 0.1% | |

**6,152**
Employment

| Annual Growth 2018–2023 | Annual Growth 2023–2028 | Annual Growth 2018–2028 |
|---|---|---|
| 0.0% | 0.3% | |

**$374.8m**
Wages

| Annual Growth 2018–2023 | Annual Growth 2023–2028 | Annual Growth 2018–2028 |
|---|---|---|

## Key External Drivers

*% = 2018–23 Annual Growth*

**1.7%**
Demand from wood product manufacturing

**-1.1%**
Demand from paper manufacturing

**2.0%**
Trade-weighted index

**0.6%**
Housing starts

**4.5%**
Price of sawmill lumber

## Industry Structure

**POSITIVE IMPACT**

| Capital Intensity | Industry Assistance |
|---|---|
| Low | High / Increasing |
| Concentration | Industry Globalization |
| Low | Low / Steady |

**MIXED IMPACT**

| Life Cycle | Revenue Volatility |
|---|---|
| Mature | Medium |
| Technology Change | Barriers to Entry |
| Medium | Medium / Steady |
| Competition | |
| Medium / Steady | |

**NEGATIVE IMPACT**

Regulation & Policy
Heavy / Steady

## Key Trends

- Higher selling prices have caused significant growth in industry revenue
- The residential construction market's strong performance during most of the period has bolstered revenue
- Many investors have entered the market through timberland investment management organizations
- Demand from paper manufacturing is anticipated to remain relatively stagnant
- Wood and paper product manufacturers will likely continue to be challenged by import competition
- Environmental events have the potential to cause significant disruptions to the industry
- Strong demand during the pandemic from residential home building has uplifted industry profitability

IBISWorld.com

© 2023 CBRE, Inc.



Most timber is ultimately used in downstream residential construction markets. In contrast, growth in residential construction has supported the industry, weaknesses have offset the industry's gains in some other markets, such as paper and wood products manufacturing industries, and increased competition from imports. As a result, industry revenue has fallen at a CAGR of 1.8% to $956.5 million in 2023, which includes an estimated decrease of 6.9% in 2023 alone as housing starts fall.

Rising wage costs tempered profit growth in recent years. At the same time, rising lumber prices has led to new entrants entering the industry, particularly nonemployers. Although these small operations account for the bulk of industry participants, timber holdings have also increasingly been purchased by institutional investors that seek the highest possible return on the land, which can include sales to real estate developers and could constrain the US timber supply moving forward. Additionally, forestland devastation caused by forest fires has the potential to disrupt the industry.

The timber services industry revenue will rise slightly over the coming years. Overall, as demand is satiated and as sawmill capacity constraints are eased in 2022, it is expected the price of sawmill timber will return to growth and strengthen industry returns in the coming years. Meanwhile, many wood product manufacturing industries will begin to experience falling import penetration, supporting demand for industry services. Construction will likely remain the largest downstream market for timber. Industry revenue is projected to fall at a CAGR of 0.5% to $980.4 million over the five years to 2028.

### KEY EXTERNAL DRIVERS

### Housing starts

Demand for timber is strongly correlated with activity in the downstream residential construction market. The average new house in the United States contains more than 14,000 feet of lumber. Therefore, when residential construction expands, demand for timber, from which lumber is cut, increases, leading to revenue gains for industry operators. Housing starts are expected to fall in 2023, posing a potential threat to the industry.

### Demand from wood product manufacturing

As the major link in the downstream supply chain, the Wood Product Manufacturing industry (IBISWorld report 32199b) influences logging activities and the performance of the Timber Services industry. When downstream demand for wood product manufacturing increases, demand for standing timber, from which lumber is cut, also rises. Demand from wood product manufacturing is expected to fall in 2023.

### Demand from paper manufacturing

Activity in the downstream paper manufacturing industry positively correlates with the sale of standing timber. When demand for paper products rises, demand for timber rises as well,

© 2023 CBRE, Inc.



improving sales volumes and pricing conditions for industry operators. Unfortunately for operators, the paper manufacturing market is experiencing unrelenting competition from digital media. Demand from paper manufacturing is expected to rise in 2023.

### Price of sawmill lumber

An increase in the price of lumber reflects beneficial market conditions for the forest products sector as a whole. Therefore, higher lumber prices translate into higher standing timber prices, benefiting industry operators. The price of sawmill lumber is expected to decrease in 2023.

### Trade-weighted index

While this industry does not engage directly in trade, changes in the trade-weighted index (TWI) affect exports and imports in downstream markets. When the TWI falls, the US dollar depreciates against major currencies, making US lumber exports more affordable relative to lumber imports. This benefits industry operators, which act as upstream service suppliers. Conversely, when the dollar appreciates, demand for US lumber products falls, hurting lumber exports and upstream service suppliers. The TWI is expected to increase in 2023, representing a potential opportunity for the industry.

## CURRENT PERFORMANCE

*Timber services revenue has fallen at an estimated CAGR of 1.8% to $956.5 million over the past five years, including an expected decline of 6.9% in 2023 alone, when profit margins will reach 5.4%.*

### The COVID-19 pandemic

- The COVID-19 pandemic had impacts on the downstream timber market, ultimately affecting the timber services industry.

- Strong growth in housing starts, which came in the wake of the pandemic, helped to grow the biggest market for timber, construction, benefiting the timber services industry in 2021.

- Supply chain issues precipitated by the COVID-19 pandemic contributed to radical growth in the price of sawmill lumber in 2020 and 2021, to the benefit of the timber services industry.

- Industry revenue is set to have declined along with housing starts after 2021.

### Competition from imports

- As the US dollar has appreciated in recent years, foreign wood imports have become more competitive, ultimately dampening demand for the domestic timber services industry.

© 2023 CBRE, Inc.



- The US and Canada have an ongoing dispute over softwood lumber tariffs which has resulted in the US having some level of elevated tariffs on Canadian softwood lumber over recent years, making domestic timber more competitive.

## Most establishments are non-employers

- The majority of establishments in the timber services industry are nonemployees; this trend increased in recent years as lumber prices saw abnormal growth.

- Larger industry players include Timberland real estate investment trusts (REITs) and timberland investment management organizations (TIMOs), which purchase and manage tracts on behalf of pools of investors.

- Many larger companies in the broader timber sector perform what would be industry-relevant timber services in-house, leading smaller companies to be, in a certain sense, over-represented in this industry.

## INDUSTRY OUTLOOK

*Timber services revenue is set to rise at an estimated CAGR of 0.5% to $980.4 million over the five years to 2028, when profit margins will reach 5.5%.*



Industry Outlook
2023–2028

Timber Services
Source: IBISWorld

### Downstream demand

- Downstream lumber demand from relevant manufacturing and construction is set to remain relatively stable over the coming years.

- The price of sawmill lumber is expected to return to steady growth after falling from its 2021 high, supporting the growth of timber services revenue in the coming years.

*© 2023 CBRE, Inc.*



### Environmental threats

- Environmental threats to forests, including drought, forest fires and insect infestations, have all been increasing in recent years and are expected to hamper industry operations moving forward.

- Increased environmental issues will raise operators' costs, threatening profit.

### Industry structure

- Increasing ownership of timberland by investment rather than manufacturing entities has the potential to constrain commercial development of US timber supplies.

- Previously, when much of the United States' productive timberland was owned by vertically integrated wood product manufacturers, these companies required steady timber supplies for their downstream operations, and therefore, managed their lands for both high yields and long-term viability.

## PRODUCTS & SERVICES

### Softwood

- This segment accounts for revenue from Softwood trees, the largest product segment in this industry.

- Species in this category include Douglas fir, true fir, western hemlock, ponderosa pine, Jeffrey pine, yellow pine, Engelmann spruce and other spruces.

- Softwood trees, which are most common in the western and southeastern United States, grow much more quickly than their hardwood counterparts, and are therefore less expensive.

- Softwood is particularly popular as a construction material, though it is also used in manufacturing wood.

- Since the COVID-19 pandemic, softwood lumber prices have soared.

### Hardwood

- This segment accounts for revenue from hardwood trees, which are angiosperms, which produce seeds with a covering, such as an acorn. Common varieties include ash, oak, maple, beech, birch, walnut, cherry and yellow poplar.

- In the United States, hardwood species are most prevalent in the Northeast and Midwest.

- Hardwood is generally more durable than softwood due to its greater density, making it popular for furniture, building, musical instrument production, flooring and other application in which quality is an important factor. Consequently, irregularities in the size and shape of hardwood trees have a more significant effect on its price.

### Other wood products

- There are many different tree species grown by industry operators, but most fall into the two main categories of softwood and hardwood.

© 2023 CBRE, Inc.



- Operators in the Timber Services industry sell standing timber either by marketing the rights to a defined area of timberland for a lump sum payment or through per-unit stumpage fees.

- In per-unit sales, timber is priced per thousand board feet; prior to harvest, estimations of the board feet a tree contains can be made based on its diameter and height.

## DEMAND DETERMINANTS

*Demand for the Timber Services industry is primarily linked to downstream demand from paper and wood product manufacturing.*

The main products produced from timber include saw logs, lumber plywood, veneer, particle board, pulp, paper and paper products. Domestic demand for these products is tied to the performance of the housing market, consumer and business preferences for paper-based products and trends in international trade. When demand for paper and wood-based products rises, demand for timber services also rises.

### The housing market

The largest end market for timber products is the construction market, particularly residential construction. Nearly half of harvested wood is used in the residential construction market, primarily for new single-family homes and residential remodeling. Although wood has experienced rising competition from substitute materials in many downstream markets, there are few cost-effective alternatives to lumber in residential construction. Consequently, housing starts and residential construction spending are the most significant indicators of industry demand. Both have grown, remaining strong through the COVID-19 pandemic as new housing construction remained a fundamental need. As a result, demand for timber has risen. However, it is important to note that most of these beneficial trends have been exacerbated by the coronavirus.

The level of remodeling activity also affects industry demand because of its heavy usage of wood. Similar to new housing construction, private spending on home improvement rose over the past five years. When housing starts resumed and house prices started to rise, spending on upgrades took an upward turn, in large part to increase home value. Furthermore, with recovering per capita income levels and persistently low interest rates, homeowners resumed borrowing for remodeling activities.

### Going paperless

Paper manufacturing is a significant but declining source of demand for the Timber Services industry. Demand from paper manufacturers has remained fairly stagnant in recent years due to shifts in consumer preferences away from many paper-based products. Increasingly, electronic forms of communication have reduced demand for paper. For example, print newspaper and magazine sales and ad revenue have declined quickly in recent years as consumers have opted to instead view content online and advertisers have followed them. Rapid adoption of smartphones and other internet-enabled mobile devices has accelerated this decline by providing

*© 2023 CBRE, Inc.*



more consumers on-the-go access to often free digital media. Although manufacturers of other paper-based consumer products will continue to heavily use timber in their operations, the rise of digital media and communication is anticipated to prevent significant growth in overall demand from paper producers.

## Going global

The presence of imported lumber goods intensifies competition for domestic operators, although indirectly. This is because increased competition for the downstream market of logging operators pushes down demand for and price of lumber, pushing down demand for and price of standing timber. US lumber production has historically competed with Canadian softwood imports, which US forestry groups suggest are unfairly subsidized. The allegation stems from the observation that the Canadian government owns the majority of timberland and that the price is set administratively rather than through a competitive auction. In fact, low-cost imports from Canada placed downward pressure on industry growth levels through the US housing boom, although demand rose faster than import quantities did. The exchange rate also influences industry performance. A strong dollar, reflected in a high trade-weighted index, makes exports more expensive and imports more affordable. This hinders the performance of domestic logging operators and, consequently, of the industry operators that sell standing timber and other services to them.

## Legislation

Legislation also affects demand for timber services providers. This includes legislation on forest carbon trading and government cost-sharing programs for forest sustainability. Such measures incentivize forest owners to manage their forests sustainably. Legislation at the state and federal levels may also alter the amount or types of forest available for logging by opening up or restricting access to national forests in certain areas. As climate change issues continue to be analyzed, and as forest carbon trading gains traction in the United States, demand for this industry's services is expected to increase.

© 2023 CBRE, Inc.



## MAJOR MARKETS

### Construction

- This segment accounts for downstream demand from construction-related industries, which are the largest downstream market for timber.

- Residential construction, primarily new single-family homes and remodeling projects, account for most of this segment.

- Lumber forms the structural core of most single-family homes in the United States, while other downstream wood products, such as flooring, paneling and roofing, are used heavily in new residential projects and renovations.

- Timber demand also originates in nonresidential construction markets, though to a lesser degree.



Major Market Segmentation

2023 INDUSTRY REVENUE

$956.5m

Timber Services
Source: IBISWorld

### Packaging and Shipping

- This segment accounts for timber used in the downstream manufacture of packaging and shipping products. These include wood pallets and crates and paper packaging for consumer goods.

- Wood pallets and containers represent a majority of this segment. Most US commerce is shipped on these items and wood accounts for most of total pallet use.

- Growing consumer spending and industrial production support this segment.

© 2023 CBRE, Inc.



### Manufacturing

- This segment accounts for manufacturing end customers for cut timber, which include producers of furniture, firewood and other consumer wood products, excluding paper.

- Manufacturing markets experience greater competition from substitute materials and imports, which has limited their demand for timber.

- The domestic manufacturing sector's demand for timber has been constrained by competition from foreign producers, which tend to source their raw materials locally to limit transportation costs.

### Other

- This segment accounts for other markets for downstream wood use and includes other paper products and biomass.

- Demand from paper manufacturing has stagnated over the past five years as electronic media has reduced US consumption of printed material.

- Although many paper products remain an important staple in households, newspaper and magazine sales have fallen as consumers have shifted to online content, enabled by the rapid proliferation and improvement of internet-enabled mobile devices.

- Biomass has emerged as a market for timber, particularly in Europe, where EU renewable energy requirements have encouraged the conversion of power plants from running on coal to running on wood chips. Wood for biomass can be sourced from lower-quality trees and from timber too small for other purposes, providing industry operators a market for what previously would have been considered waste.

## BUSINESS LOCATIONS

Timber Services industry providers are strongly concentrated in the Southeast region of the United States. The West holds the second-highest percentage of industry establishments, though it still lags far behind the Southeast. Industry operators choose to locate in a region based on the availability of forestland acres, as well as proximity to pulp, paper and wood product manufacturers. Access to export markets, though not technically classified within the industry, also influence location decisions given trade's importance to the sale of standing timber.

*© 2023 CBRE, Inc.*



## Establishment Concentration in the United States



Timber Services in the US
Source: IBISWorld

© 2023 CBRE, Inc.



### The Southeast leads the industry

- The Southeast region contains most of the industry's establishments, with timber tract operators heavily concentrated in Alabama and Georgia.

- The Southeast region has a variety of tree species used for timber production. The main species harvested in the region is the southern yellow pine, which provides for year-round harvesting.

- In total, the Southeast holds 204.3 million acres of forestland, according to the US Forest Service. The ownership structure of this land is largely responsible for industry concentration in the region: most forestland in the Southeast is privately held, whereas the federal government controls substantial portions of timberland in the West.

### Less forest land is privately owned in the West

- The West has the second-highest concentration of timber tract operations, with industry establishments mainly in Oregon and Washington.

- The West is valued for its proximity to higher-value export markets for Douglas fir and hemlock logs, including Japan, South Korea and China.

### Other regions all have some industry activity

- Led by the Southwest, there are at least a few timber service operators located in every region of the US.

- Areas of the country with a larger share of privately owned land, such as New England, tend to have a stronger share of industry establishments than their size would suggest.

## KEY SUCCESS FACTORS

### Proximity to transport:

The ability to move around large timber tract areas is imperative to undertaking the functions required by this industry.

### Ability to accommodate environmental requirements:

This variable is becoming increasingly important as native forests become progressively depleted. The industry is heavily regulated, therefore companies in the industry must be able to adapt to various state and federal laws.

### Appropriate climatic conditions:

Weather conditions may constrain the amount of time during which outdoor maintenance activities are possible. Furthermore, extreme weather conditions and environmental conditions such as fires also affect harvest levels.

### Proximity to key markets:

A timber tract's proximity to key markets such as manufacturing facilities, increases its attractiveness, due to the lower transportation costs for customers.

© 2023 CBRE, Inc.



## COST STRUCTURE BENCHMARKS

### Profit

*Profit has fallen*

- Profit, measured as earnings before interest and taxes, has fallen to account for an estimated 5.4% of revenue for the average industry company in 2023.

- The industry's margins are relatively wide due to the high value-added nature of its services; because operators grow, maintain and sell raw timber, they do not incur the costs associated with processing it into lumber or other wood products.

- Profit has declined as wages have claimed an increasing share of the industry's revenue.

### Wages

*Wages have claimed an increasing share of revenue*

- Wage costs have increased over the past five years, accounting for an estimated 39.2% of industry revenue in 2023.

- Average industry wage has grown, particularly in the wake of the COVID-19 pandemic, increasing wages' share of revenue.



© 2023 CBRE, Inc.



## Purchases

*Purchase costs are steady and significant*

- Purchase costs have decreased over the past five years, accounting for an estimated 25.5% of industry revenue in 2023.

- Typical purchases include fertilizers, pesticides, seedlings for replanting and various support activities, such as research, firefighting and fire control.

- Larger competitors and vertically integrated wood and paper product manufacturers have a competitive advantage in reducing purchase costs due to their greater bargaining power with suppliers.

## Marketing

- Marketing accounts for an estimated 0.5% of revenue in 2023.

## Depreciation

- Depreciation accounts for an estimated 3.3% of revenue in 2023.

## Rent

- Rent accounts for an estimated 6.2% of revenue in 2023.

## Utilities

- Utilities account for an estimated 5.7% of revenue in 2023.

## Other Costs

- Other costs account for an estimated 14.2% of revenue in 2023.

## CONCLUSION

The timber services industry revenue will rise slightly over the coming years. Overall, as demand is satiated and as sawmill capacity constraints are eased in 2023, it is expected the price of sawmill timber will return to growth and strengthen industry returns in the coming years. Meanwhile, many wood product manufacturing industries will begin to experience falling import penetration, supporting demand for industry services. Construction will likely remain the largest downstream market for timber. Industry revenue is projected to fall at a CAGR of 0.5% to $980.4 million over the five years to 2028.

© 2023 CBRE, Inc.



# Highest and Best Use

In appraisal practice, the concept of highest and best use represents the premise upon which value is based. The four criteria the highest and best use must meet are:

- legally permissible;
- physically possible;
- financially feasible; and
- maximally productive.

The highest and best use analysis of the subject is discussed below.

## AS VACANT

### Legal Permissibility

The legally permissible uses were discussed in the Site Analysis and Zoning Sections.

### Physical Possibility

The subject has an adequate shape and size, sufficient access, etc., to be a separately developable site. There are no known physical reasons why the subject site would not support any legally probable development (i.e. it appears adequate for development). The topography is hilly. Of the outright permitted uses, physical and locational features of the immediate rural area, best support recreation and/or agricultural use for the site's high and best use as vacant

### Financially Feasible

The determination of financial feasibility is dependent primarily on the relationship of supply and demand for the legally probable land uses versus the cost to create the uses. As discussed in the market analysis, the subject timber and agriculture markets are generally stabilized.

### Maximally Productive - Conclusion

The final test of highest and best use of the site as if vacant is that the use be maximally productive, yielding the highest return to the land.

Based on the information presented above and upon information contained in the market and neighborhood analysis, we conclude that the highest and best use of the subject as if vacant would be the development of a timber and/or agriculture property. Our analysis of the subject and its respective market characteristics indicate the most likely buyer, as if vacant, would be an investor (land speculation) or an institutional owner.

## AS IMPROVED

### Legally Permissible

A portion of the acreage is improved with a farm development that is a legal conforming use.

© 2023 CBRE, Inc.



## Physically Possible

The layout and positioning of the improvements are considered functional for a farm/timber use. While it would be physically possible for a wide variety of uses, based on the legal restrictions and the design of the improvements, the continued use of the property for a farm users would be the most functional use.

## Financially Feasible/Maximally Productive - Conclusion

As shown in the applicable valuation sections, buildings that are similar to the subject have been acquired or continue to be used by a farm/timber owners.

Based on the foregoing, the highest and best use of the property, as improved, is consistent with the existing use, as a farm/timber development. The most probable buyer would be an owner-user, land speculator, or institutional owner.

*© 2023 CBRE, Inc.*



# Land Value

The following map and table summarize the comparable data used in the valuation of the subject site. A detailed description of each transaction is included in the addenda.



**SUMMARY OF COMPARABLE LAND SALES**

| No. | Property Location | Transaction Type | Date | Interest Transferred | Zoning | Actual Sale Price | Adjusted Sale Price [1] | Size (Gross | Price Per Acre |
|-----|------------------|------|------|---------------------|--------|-------------------|-------------------------|-------------|----------------|
| 1 | Hamilton Pleasant Grove Road Pine Mountain, GA 31822 | Sale | Feb-22 | Fee Simple/Freehold | A-1 (Agricultural/Forestry) | $31,990,800 | $31,990,800 | 6,904 | $4,634 |
| 2 | Highway 134 Guild, TN 37340 | Sale | Jul-21 | Fee Simple/Freehold | None | $15,250,000 | $15,885,417 | 6,258 | $2,538 |
| 3 | Crandall Road Yulee, FL 32097 | Sale | Dec-21 | Fee Simple/Freehold | PD-ENCPA | $55,149,700 | $55,149,700 | 10,389 | $5,308 |
| 4 | Lee County Road 379 Salem, AL 36874 | Sale | Mar-22 | Fee Simple/Freehold | No zoning | $18,000,000 | $18,000,000 | 4,400 | $4,091 |
| Subject | Karnes Bottom Road, Gap Mills, West Virginia | --- | --- | | R-R (Rural Residential) & None | --- | --- | 17,713 | --- |

[1] Adjusted sale price for cash equivalency and/or development costs (where applicable)
Compiled by CBRE

Given the subject's large size and unique utility, a regional search of sales was performed with emphasis on the Southeast region.

© 2023 CBRE, Inc.



## DISCUSSION/ANALYSIS OF LAND SALES

### Land Sale One

The comparable is a 6,903.66-acre tract of timberland located on Hamilton Pleasant Grove Road in Pine Mountain, Georgia, about 40 miles north of Columbus. The property is heavily wooded and was purchased as a timber investment with recreation potential in the near-term. The property sold for $31,990,800, or $4,634/acre.

### Land Sale Two

This comparable represents a vacant, 6,258-acre tract located in Guild, Marion County, Tennessee. The contract price is $15,250,000, or approximately $2,437 per acre. The majority of the site is wooded and the topography ranges from level to (primarily) mountainous terrain. The sale also includes mineral rights attributed to the land; however, the buyer indicated that the mineral rights do not contribute any material value and are being acquired primarily for purposes of controlling all property rights and clean title. The sale is a direct, off-market deal with no broker involvement (condition of sale is for typical 4% commissions). The buyer is a residential subdivision developer who has completed several other projects locally and in other locations throughout the U.S. The developer is planning to develop the site over a 10-year period with 1,848 home sites of various sizes.

### Land Sale Three

The comparable is a 10,389.3-acre timber tract near Yulee, Florida in Nassau County. The property approximately 75% forested with a few areas having been cleared in recent years. The value of the timber on the property is unknown. The property was purchased in December 2021 for $55,149,700, or $5,308/acre and will continue to be held as a timber investment.

### Land Sale Four

This comparable represents the sale of a 4400-acre tract of land located in unincorporated Lee County, Alabama. The property is situated in the far eastern portion of Lee County near the Georgia state line and Chattahoochee River. The tract has excellent frontage along several county roads, with frontage along Lee County Road 379, 279, 340, 158 and 334. The are no structures on the tract and most of the site is covered in mixed timber with several food plots for game. The property was purchased in March 2022 for $18,000,000 or approximately $4,090 per acre.

## SUMMARY OF ADJUSTMENTS

Based on our comparative analysis, the following chart summarizes the adjustments warranted to each comparable.

© 2023 CBRE, Inc.



| LAND SALES ADJUSTMENT GRID | | | | | |
|---|---|---|---|---|---|
| Comparable Number | 1 | 2 | 3 | 4 | Subject |
| Transaction Type | Sale | Sale | Sale | Sale | --- |
| Transaction Date | Feb-22 | Jul-21 | Dec-21 | Mar-22 | --- |
| Interest Transferred | Fee Simple/Freehold | Fee Simple/Freehold | Fee Simple/Freehold | Fee Simple/Freehold | |
| Zoning | A-1 (Agricultural/Forestry) | None | PD-ENCPA | No zoning | R-R (Rural Residential) & None |
| Actual Sale Price | $31,990,800 | $15,250,000 | $55,149,700 | $18,000,000 | --- |
| Adjusted Sale Price [1] | $31,990,800 | $15,885,417 | $55,149,700 | $18,000,000 | --- |
| Size (Acres) | 6,904 | 6,258 | 10,389 | 4,400 | 17,713 |
| Size (SF) | 300,723,430 | 272,598,480 | 452,557,908 | 191,664,000 | 771,578,280 |
| Price Per Acre | $4,634 | $2,538 | $5,308 | $4,091 | --- |
| Price ($ Per AC) | $4,634 | $2,538 | $5,308 | $4,091 | |
| Property Rights Conveyed | 0% | 0% | 0% | 0% | |
| Financing Terms [1] | 0% | 0% | 0% | 0% | |
| Conditions of Sale | 0% | 0% | 0% | 0% | |
| Market Conditions (Time) | 0.0% | 0.0% | 0.0% | 0.0% | |
| Subtotal | $4,634 | $2,538 | $5,308 | $4,091 | |
| Size | -10% | -10% | -5% | -10% | |
| Topography | 0% | 0% | 0% | 0% | |
| Location/Access | 0% | 0% | -15% | -15% | |
| Utilities/Site Utility | 0% | 0% | -15% | 0% | |
| Pasture/Timber/Plantable % | -15% | 15% | 0% | 0% | |
| Total Other Adjustments | -25% | 5% | -35% | -25% | |
| **Value Indication for Subject** | **$3,475** | **$2,665** | **$3,450** | **$3,068** | |
| Absolute Adjustment | 25% | 25% | 35% | 25% | |

[1] Adjusted sale price for cash equivalency and/or development costs (where applicable)
Compiled by CBRE

## Property Rights Conveyed, Financing Terms and Conditions of Sale

All of the comparables were considered to be similar to the subject in regard to their property rights conveyed, financing terms and conditions of sale therefore no adjustments were required.

## Market Conditions

Overall, the sales are indicative of current market conditions, so no further adjustment was made.

## Size

All of the comparables are smaller than the subject property and were adjusted downwards. This adjustment reflects the economies of scale that are typically associated with larger parcels that tend to sell for less on a dollar per acre basis.

## Location/Access

Sales 3 and 4 have good access along numerous roads noting Sale 3 is in close proximity to Interstate 95, so both are superior and were adjusted downward.

## Utilities/Site Utility

Sale 3 was adjusted for superior site utility (zoning) noting it was purchased for timber production near-term, but has superior long-term redevelopment utility given planned development zoning.

© 2023 CBRE, Inc.



## Pasture/Timber/Plantable Percentage

Based on aerial maps and coverage ratios, Sale 1 has superior pasture/timber/plantable percentage while Sale 2 is inferior. The remainder of the comparables were considered to be overall generally similar to the subject and therefore no adjustments were applied.

## CONCLUSION

As displayed in the Land Sales Adjustment Grid chart, the adjusted values of the comparables range from $2,665 to $3,475 per gross acre of land, with a mean value of $3,216 per acre. Based on the foregoing adjustment analysis, each of the comparables is considered representative of the subject property and warranted consideration noting each required about the same amount of adjustment. Based on the preceding analysis, the following table presents the valuation conclusion noting the point indication was around the average:

| CONCLUDED LAND VALUE | | | | |
|---|---|---|---|---|
| $ Per AC | | Subject Acs. | | Total |
| $3,200 | x | 17,713.00 | = | $56,681,600 |
| **Indicated Value:** | | | | **$56,700,000** |
| | | (Rounded $ Per AC) | | $3,201 |
| Compiled by CBRE | | | | |

© 2023 CBRE, Inc.



# Cost Approach

In estimating the replacement cost new for the subject, the following methods/data sources have been utilized (where available):

- the comparative unit method, utilizing the Marshall Valuation Service (MVS) cost guide, published by Marshall and Swift, LLC;

## MARSHALL VALUATION SERVICE

### Direct Cost

Salient details regarding the direct costs are summarized in the Cost Approach Conclusion at the end of this section. The MVS cost estimates include the following:

1. average architect's and engineer's fees for plans, plan check, building permits and survey(s) to establish building line;
2. normal interest in building funds during the period of construction plus a processing fee or service charge;
3. materials, sales taxes on materials, and labor costs;
4. normal site preparation including finish grading and excavation for foundation and backfill;
5. utilities from structure to lot line figured for typical setback;
6. contractor's overhead and profit, including job supervision, workmen's compensation, fire and liability insurance, unemployment insurance, equipment, temporary facilities, security, etc.;
7. site improvements (included as lump sum additions); and
8. initial tenant improvement costs are included in MVS cost estimate. However, additional lease-up costs such as advertising, marketing and leasing commissions are not included.

Base building costs (direct costs) are adjusted to reflect the physical characteristics of the subject. Making these adjustments, including the appropriate local and current cost multipliers, the direct building cost is indicated.

### Additions

Items not included in the direct building cost estimate include parking and walks, signage, landscaping, and miscellaneous site improvements. The cost for these items is estimated separately using the segregated cost sections of the MVS cost guide.

### Indirect Cost Items

Several indirect cost items are not included in the direct building cost figures derived through the MVS cost guide. These items include developer overhead (general and administrative costs), property taxes, legal and insurance costs, local development fees and contingencies, lease-up and marketing costs and miscellaneous costs.

© 2023 CBRE, Inc.



## MVS Conclusion

The concluded direct and indirect building cost estimates obtained via the MVS cost guide are illustrated as follows:

**MARSHALL VALUATION SERVICE COST SCHEDULE**

| Primary Building Type: | Grain Silos | Height per Story: | | Varying |
|---|---|---|---|---|

| | | 17/51 | 17/51 | 17/51 |
|---|---|---|---|---|
| **MVS Sec/Page** | | | | |
| **Building Component** | | 286,000 Bushel Dry Tank | 12,000 Bushel Wet Tank | 36,000 Bushel Dry Tank |
| **Component Bushels/Unit** | | 286,000 | 12,000 | 36,000 |
| **Base Cost Per Bushel** | | $2.00 | $3.45 | $2.90 |
| Component Units | | 1 Units | 2 Units | 9 Units |
| Base Unit Cost | | $572,000 | $41,400 | $104,400 |
| **Cost Multipliers** | | | | |
| Current Cost Multiplier | | 1.27 | 1.27 | 1.27 |
| Local Multiplier | | 1.06 | 1.06 | 1.06 |
| **Final Square Foot Cost** | | $2.69 | $4.64 | $3.90 |
| Final Unit Cost | | $770,026 | $55,733 | $140,543 |
| **Base Component Cost** | | $770,026 | $111,465 | $1,264,890 |
| **Base Building Cost** | *(via Marshall Valuation Service cost data)* | | | $2,146,381 |

**MARSHALL VALUATION SERVICE COST SCHEDULE**

| Primary Building Type: | Residential Dwellings, Barns, Sheds, and Grain Silos | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | Height per Story: | | | | | Varying |
| Avg. Effective Age/Life: | 15 YRS/30 YRS | | Number of Buildings: | | | | | 8 plus 12 Grain Silos |
| Condition: | Average/Good | | Gross Building Area: | | | | | 26,047 SF |
| Exterior Wall: | Varying | | Net Rentable Area: | | | | | 26,047 SF |
| Number of Stories: | 1 and 2 | | Average Floor Area: | | | | | Varying |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **MVS Sec/Page** | 12/25 | 12/25 | 12/25 | 12/25 | 17/16 | 17/16 | 17/16 | 17/30 |
| **Quality/Bldg. Class** | Avg/Good/D | Avg/D | Avg/Good/D | Avg/Good/D | Avg/S | Avg/S | Avg/Good/S | Avg/D |
| **Building Component** | Single Family House 1 | Single Family House 2 | Single Family House 3 | Single Family House 4 | Material Shed 1 | Material Shed 2 | Material Storage Building | Barn with Hayloft |
| **Component Sq. Ft.** | 2,362 SF | 892 SF | 4,750 SF | 2,546 SF | 1,225 SF | 2,058 SF | 2,270 SF | 9,944 SF |
| **Base Square Foot Cost** | $150.00 | $127.00 | $150.00 | $150.00 | $17.15 | $17.15 | $33.00 | $31.14 |
| **Square Foot Refinements** | | | | | | | | |
| Sprinklers | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Subtotal | $150.00 | $127.00 | $150.00 | $150.00 | $17.15 | $17.15 | $33.00 | $31.14 |
| Height and Size Refinements | | | | | | | | |
| Number of Stories Multiplier | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| Height per Story Multiplier | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| Floor Area Multiplier | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| Subtotal | $150.00 | $127.00 | $150.00 | $150.00 | $17.15 | $17.15 | $33.00 | $31.14 |
| **Cost Multipliers** | | | | | | | | |
| Current Cost Multiplier | 0.98 | 0.98 | 0.98 | 0.98 | 1.27 | 1.27 | 1.27 | 1.24 |
| Local Multiplier | 1.04 | 1.04 | 1.04 | 1.04 | 1.06 | 1.06 | 1.06 | 1.03 |
| **Final Square Foot Cost** | $152.88 | $129.44 | $152.88 | $152.88 | $23.09 | $23.09 | $44.42 | $39.77 |
| **Base Component Cost** | $361,103 | $115,459 | $726,180 | $389,232 | $28,282 | $47,514 | $100,844 | $395,493 |

| | | |
|---|---|---|
| **Base Building Cost** | *(via Marshall Valuation Service cost data)* | $2,164,106 |
| **ADD Silos** | | $2,146,381 |
| **Total** | | $4,310,488 |
| **Additions** | | |
| Pond, Landscaping & Misc. Site Improvements (not included above) | | $200,000 |
| **Direct Building Cost** | | $4,510,488 |
| **Indirect Costs** | 0.0% of Direct Building Cost | $0 |
| **Direct and Indirect Building Cost** | | $4,510,488 |
| **Rounded** | | $4,510,000 |

Compiled by CBRE

38



## ENTREPRENEURIAL PROFIT

Entrepreneurial profit represents the return to the developer and is separate from contractor's overhead and profit. The subject property was developed for the specific use of the owner in their farm/timber business, and therefore no entrepreneurial profit will be applied.

## ACCRUED DEPRECIATION

There are essentially three sources of accrued depreciation:

1. physical deterioration, both curable and incurable;
2. functional obsolescence, both curable and incurable; and
3. external obsolescence.

### Physical Deterioration

The following chart provides a summary of the average remaining economic life for all improvements in aggregate.

| ECONOMIC AGE AND LIFE | |
|---|---|
| Actual Age | Varies |
| Effective Age | 15 Years |
| MVS Expected Life | 30 Years |
| Remaining Economic Life | 15 Years |
| Accrued Physical Incurable Depreciation | 50.0% |
| Compiled by CBRE | |

### Functional Obsolescence

Based on a review of the design and layout of the improvements, no forms of curable functional obsolescence were noted. Because replacement cost considers the construction of the subject improvements utilizing modern materials and current standards, design and layout, functional incurable obsolescence is not applicable.

### External Obsolescence

Based on a review of the local market and neighborhood, no forms of external obsolescence affect the subject.

## COST APPROACH CONCLUSION

The value estimate is calculated as follows.

© 2023 CBRE, Inc.



**COST APPROACH CONCLUSION**

| | | | |
|---|---|---|---|
| Primary Building Type: | Residential Dwellings, Barns, Sheds, and Grain Silos | Height per Story: | Varying |
| Avg. Effective Age/Life: | 15 YRS/30 YRS | Number of Buildings: | 8 plus 12 Grain Silos |
| Condition: | Average/Good | Gross Building Area: | 0 SF |
| Exterior Wall: | Varying | Net Rentable Area: | 26,047 SF |
| Number of Stories: | 1 and 2 | Average Floor Area: | Varying |

| | | | |
|---|---|---|---|
| **Direct and Indirect Building Cost** | | | $4,510,000 |
| **Entrepreneurial Profit** | 0.0% of Total Building Cost | | $0 |
| **Replacement Cost New** | | | $4,510,000 |
| **Accrued Depreciation** | | | |
| Unfinished Shell Space | | $0 | |
| Incurable Physical Deterioration | 50.0% of Replacement Cost New less Curable Physical Deterioration | ($2,255,000) | |
| Functional Obsolescence | | $0 | |
| External Obsolescence | | $0 | |
| Total Accrued Depreciation | 50.0% of Replacement Cost New | | ($2,255,000) |
| Contributory Value of FF&E | | | $0 |
| **Depreciated Replacement Cost** | | | $2,255,000 |
| **Land Value** | | | $56,700,000 |
| **Indicated As Is Value (including contributory value of farm improvements)** | | | $58,955,000 |
| **Rounded** | | | $59,000,000 |

Compiled by CBRE

40

© 2023 CBRE, Inc.



# Insurable Replacement Cost

Insurable Replacement Cost is defined as follows:

1. the value of an asset or asset group that is covered by an insurance policy; can be estimated by deducting costs of noninsurable items (e.g., land value) from market value.
2. The estimated cost, at current prices as of the effective date of valuation, of a substitute for the building being valued, using modern materials and current standards, design, and layout for insurance coverage purposes guaranteeing that damaged property is replaced with new property (i.e., depreciation is not deducted). [6]

CBRE, Inc. has followed traditional appraisal standards to develop a reasonable calculation based upon industry practices and industry-accepted publications such as the Marshall Valuation Service. The methodology employed is a derivation of the cost approach and is not reliable for Insurable Replacement Cost estimates. Actual construction costs and related estimates can vary greatly from this estimate.

The Insurable Replacement Cost estimate presented herein is intended to reflect the value of the destructible portions of the subject, based on the replacement of physical items that are subject to loss from hazards (excluding indestructible items such as basement excavation, foundation, site work, land value and indirect costs). In the case of the subject, this estimate is based upon the base building costs (direct costs) as obtained via the Marshall Valuation Service cost guide, with appropriate deductions.

This analysis should not be relied upon to determine proper insurance coverage as only consultants considered experts in cost estimation and insurance underwriting are qualified to provide an Insurable Replacement Cost. It is provided to aid the client/reader/user as part of their overall decision making process and no representations or warranties are made by CBRE, Inc. regarding the accuracy of this estimate. It is strongly recommended that other sources be utilized to develop any estimate of Insurable Replacement Cost.

---

[6] Appraisal Institute, *The Dictionary of Real Estate Appraisal*, 6th ed. (Chicago: Appraisal Institute, 2015), 119.

© 2023 CBRE, Inc.



**INSURABLE REPLACEMENT COST**

| | | | |
|---|---|---|---|
| Primary Building Type: | Residential Dwellings, Barns, Sheds, and Grain Silos | Height per Story: | Varying |
| Effective Age: | 15 YRS/30 YRS | Number of Buildings: | 8 plus 12 Grain Silos |
| Condition: | Average/Good | Gross Building Area: | 26,047 SF |
| Exterior Wall: | Varying | Net Rentable Area: | 26,047 SF |
| Number of Stories: | 1 and 2 | Average Floor Area: | Varying |

| | | |
|---|---|---|
| **Base Building Cost** | *(via Marshall Valuation Service cost data)* | $4,310,488 |
| **Insurable Exclusions** | 0.0% of Total Building Cost | $0 |
| **Indicated Insurable Replacement Cost** | | **$4,310,488** |
| **Rounded** | | **$4,310,000** |
| **Value Per SF** | | **$165.47** |

Compiled by CBRE

© 2023 CBRE, Inc.



# Reconciliation of Value

In the sales comparison approach, the subject is compared to similar properties that have been sold recently or for which listing prices or offers are known. The sales used in this analysis are considered comparable to the subject, and the required adjustments were based on reasonable and well-supported rationale. In addition, market participants are currently analyzing purchase prices on other properties as they relate to available substitutes in the market. Therefore, the sales comparison approach is considered to provide a reliable value indication.

The cost approach typically gives a reliable value indication when there is strong support for the replacement cost estimate and when there is minimal depreciation. Considering the amount of depreciation present in the property, the reliability of the cost approach is considered good. Therefore, the cost approach has been given the greatest weight in determining the value conclusion.

Based on the foregoing, the market value of the subject has been concluded as follows:

| MARKET VALUE CONCLUSION | | | |
| --- | --- | --- | --- |
| Appraisal Premise | Interest Appraised | Date of Value | Value Conclusion |
| As Is | Fee Simple Estate | April 14, 2023 | $59,000,000 |
| Further Allocated As: | | | |
| Land Value | | | $56,700,000 |
| Contributory Value of Improvements | | | $2,300,000 |
| Compiled by CBRE | | | |

© 2023 CBRE, Inc.



# Assumptions and Limiting Conditions

1. CBRE, Inc. through its appraiser (collectively, "CBRE") has inspected through reasonable observation the subject property. However, it is not possible or reasonably practicable to personally inspect conditions beneath the soil and the entire interior and exterior of the improvements on the subject property. Therefore, no representation is made as to such matters.

2. The report, including its conclusions and any portion of such report (the "Report"), is as of the date set forth in the letter of transmittal and based upon the information, market, economic, and property conditions and projected levels of operation existing as of such date. The dollar amount of any conclusion as to value in the Report is based upon the purchasing power of the U.S. Dollar on such date. The Report is subject to change as a result of fluctuations in any of the foregoing. CBRE has no obligation to revise the Report to reflect any such fluctuations or other events or conditions which occur subsequent to such date.

3. Unless otherwise expressly noted in the Report, CBRE has assumed that:

   (i) Title to the subject property is clear and marketable and that there are no recorded or unrecorded matters or exceptions to title that would adversely affect marketability or value. CBRE has not examined title records (including without limitation liens, encumbrances, easements, deed restrictions, and other conditions that may affect the title or use of the subject property) and makes no representations regarding title or its limitations on the use of the subject property. Insurance against financial loss that may arise out of defects in title should be sought from a qualified title insurance company.

   (ii) Existing improvements on the subject property conform to applicable local, state, and federal building codes and ordinances, are structurally sound and seismically safe, and have been built and repaired in a workmanlike manner according to standard practices; all building systems (mechanical/electrical, HVAC, elevator, plumbing, etc.) are in good working order with no major deferred maintenance or repair required; and the roof and exterior are in good condition and free from intrusion by the elements. CBRE has not retained independent structural, mechanical, electrical, or civil engineers in connection with this appraisal and, therefore, makes no representations relative to the condition of improvements. CBRE appraisers are not engineers and are not qualified to judge matters of an engineering nature, and furthermore structural problems or building system problems may not be visible. It is expressly assumed that any purchaser would, as a precondition to closing a sale, obtain a satisfactory engineering report relative to the structural integrity of the property and the integrity of building systems.

   (iii) Any proposed improvements, on or off-site, as well as any alterations or repairs considered will be completed in a workmanlike manner according to standard practices.

   (iv) Hazardous materials are not present on the subject property. CBRE is not qualified to detect such substances. The presence of substances such as asbestos, urea formaldehyde foam insulation, contaminated groundwater, mold, or other potentially hazardous materials may affect the value of the property.

   (v) No mineral deposit or subsurface rights of value exist with respect to the subject property, whether gas, liquid, or solid, and no air or development rights of value may be transferred. CBRE has not considered any rights associated with extraction or exploration of any resources, unless otherwise expressly noted in the Report.

   (vi) There are no contemplated public initiatives, governmental development controls, rent controls, or changes in the present zoning ordinances or regulations governing use, density, or shape that would significantly affect the value of the subject property.

   (vii) All required licenses, certificates of occupancy, consents, or other legislative or administrative authority from any local, state, nor national government or private entity or organization have been or can be readily obtained or renewed for any use on which the Report is based.

   (viii) The subject property is managed and operated in a prudent and competent manner, neither inefficiently or super-efficiently.

   (ix) The subject property and its use, management, and operation are in full compliance with all applicable federal, state, and local regulations, laws, and restrictions, including without limitation environmental laws, seismic hazards, flight patterns, decibel levels/noise envelopes, fire hazards, hillside ordinances, density, allowable uses, building codes, permits, and licenses.

   (x) The subject property is in full compliance with the Americans with Disabilities Act (ADA). CBRE is not qualified to assess the subject property's compliance with the ADA, notwithstanding any discussion of possible readily achievable barrier removal construction items in the Report.

44

© 2023 CBRE, Inc.



(xi) All information regarding the areas and dimensions of the subject property furnished to CBRE are correct, and no encroachments exist. CBRE has neither undertaken any survey of the boundaries of the subject property nor reviewed or confirmed the accuracy of any legal description of the subject property.

Unless otherwise expressly noted in the Report, no issues regarding the foregoing were brought to CBRE's attention, and CBRE has no knowledge of any such facts affecting the subject property. If any information inconsistent with any of the foregoing assumptions is discovered, such information could have a substantial negative impact on the Report. Accordingly, if any such information is subsequently made known to CBRE, CBRE reserves the right to amend the Report, which may include the conclusions of the Report. CBRE assumes no responsibility for any conditions regarding the foregoing, or for any expertise or knowledge required to discover them. Any user of the Report is urged to retain an expert in the applicable field(s) for information regarding such conditions.

4. CBRE has assumed that all documents, data and information furnished by or behalf of the client, property owner, or owner's representative are accurate and correct, unless otherwise expressly noted in the Report. Such data and information include, without limitation, numerical street addresses, lot and block numbers, Assessor's Parcel Numbers, land dimensions, square footage area of the land, dimensions of the improvements, gross building areas, net rentable areas, usable areas, unit count, room count, rent schedules, income data, historical operating expenses, budgets, and related data. Any error in any of the above could have a substantial impact on the Report. Accordingly, if any such errors are subsequently made known to CBRE, CBRE reserves the right to amend the Report, which may include the conclusions of the Report. The client and intended user should carefully review all assumptions, data, relevant calculations, and conclusions of the Report and should immediately notify CBRE of any questions or errors within 30 days after the date of delivery of the Report.

5. CBRE assumes no responsibility (including any obligation to procure the same) for any documents, data or information not provided to CBRE, including without limitation any termite inspection, survey or occupancy permit.

6. All furnishings, equipment and business operations have been disregarded with only real property being considered in the Report, except as otherwise expressly stated and typically considered part of real property.

7. Any cash flows included in the analysis are forecasts of estimated future operating characteristics based upon the information and assumptions contained within the Report. Any projections of income, expenses and economic conditions utilized in the Report, including such cash flows, should be considered as only estimates of the expectations of future income and expenses as of the date of the Report and not predictions of the future. Actual results are affected by a number of factors outside the control of CBRE, including without limitation fluctuating economic, market, and property conditions. Actual results may ultimately differ from these projections, and CBRE does not warrant any such projections.

8. The Report contains professional opinions and is expressly not intended to serve as any warranty, assurance or guarantee of any particular value of the subject property. Other appraisers may reach different conclusions as to the value of the subject property. Furthermore, market value is highly related to exposure time, promotion effort, terms, motivation, and conclusions surrounding the offering of the subject property. The Report is for the sole purpose of providing the intended user with CBRE's independent professional opinion of the value of the subject property as of the date of the Report. Accordingly, CBRE shall not be liable for any losses that arise from any investment or lending decisions based upon the Report that the client, intended user, or any buyer, seller, investor, or lending institution may undertake related to the subject property, and CBRE has not been compensated to assume any of these risks. Nothing contained in the Report shall be construed as any direct or indirect recommendation of CBRE to buy, sell, hold, or finance the subject property.

9. No opinion is expressed on matters which may require legal expertise or specialized investigation or knowledge beyond that customarily employed by real estate appraisers. Any user of the Report is advised to retain experts in areas that fall outside the scope of the real estate appraisal profession for such matters.

10. CBRE assumes no responsibility for any costs or consequences arising due to the need, or the lack of need, for flood hazard insurance. An agent for the Federal Flood Insurance Program should be contacted to determine the actual need for Flood Hazard Insurance.

11. Acceptance or use of the Report constitutes full acceptance of these Assumptions and Limiting Conditions and any special assumptions set forth in the Report. It is the responsibility of the user of the Report to read in full, comprehend and thus become aware of all such assumptions and limiting conditions. CBRE assumes no responsibility for any situation arising out of the user's failure to become familiar with and understand the same.

12. The Report applies to the property as a whole only, and any pro ration or division of the title into fractional interests will invalidate such conclusions, unless the Report expressly assumes such pro ration or division of interests.

© 2023 CBRE, Inc.



13. The allocations of the total value estimate in the Report between land and improvements apply only to the existing use of the subject property. The allocations of values for each of the land and improvements are not intended to be used with any other property or appraisal and are not valid for any such use.

14. The maps, plats, sketches, graphs, photographs, and exhibits included in this Report are for illustration purposes only and shall be utilized only to assist in visualizing matters discussed in the Report. No such items shall be removed, reproduced, or used apart from the Report.

15. The Report shall not be duplicated or provided to any unintended users in whole or in part without the written consent of CBRE, which consent CBRE may withhold in its sole discretion. Exempt from this restriction is duplication for the internal use of the intended user and its attorneys, accountants, or advisors for the sole benefit of the intended user. Also exempt from this restriction is transmission of the Report pursuant to any requirement of any court, governmental authority, or regulatory agency having jurisdiction over the intended user, provided that the Report and its contents shall not be published, in whole or in part, in any public document without the written consent of CBRE, which consent CBRE may withhold in its sole discretion. Finally, the Report shall not be made available to the public or otherwise used in any offering of the property or any security, as defined by applicable law. Any unintended user who may possess the Report is advised that it shall not rely upon the Report or its conclusions and that it should rely on its own appraisers, advisors and other consultants for any decision in connection with the subject property. CBRE shall have no liability or responsibility to any such unintended user.

© 2023 CBRE, Inc.



ADDENDA

© 2022 CBRE, Inc.

Addendum A

# LAND SALE DATA SHEETS

© 2022 CBRE, Inc.

| | | |
|---|---|---|
| Property Name | Pine Mountain Timber Acreage | |
| Address | Hamilton Pleasant Grove Road<br>Pine Mountain, GA 31822 | |
| County | Harris | |
| Govt./Tax ID | Multiple | |
| Land Area Net | 6,903.660 ac/ 300,723,430 sf | |
| Land Area Gross | 6,903.660 ac/ 300,723,430 sf | |
| Site Development Status | Raw | |
| Utilities | Not Connected | |
| Maximum FAR | N/A | |
| Min Land Bldg Ratio | N/A | |
| Shape | Irregular | |
| Topography | Generally Level | |
| Flood Zone Class | Zone X (Unshaded) | |
| Flood Panel No./ Date | 13145C0075C/ Jul 2012 | |
| Zoning | A-1 (Agricultural/Forestry) | |
| Entitlement Status | N/A | |



## Transaction Details

| | | | |
|---|---|---|---|
| Type | Sale | Primary Verification | Public Records / Third Party |
| Interest Transferred | N/A | Transaction Date | 02/11/2022 |
| Condition of Sale | None | Recording Date | N/A |
| Recorded Buyer | The Grand Reserve Columbus, LLC | Sale Price | $31,990,800 |
| Buyer Type | N/A | Financing | N/A |
| Recorded Seller | Mountain Creek Valley, LLC | Cash Equivalent | $31,990,800 |
| Marketing Time | N/A | Capital Adjustment | $0 |
| Listing Broker | N/A | Adjusted Price | $31,990,800 |
| Doc # | 2028/264 | **Adjusted Price / ac and / sf** | **$4,634 / $0.11** |
| | | **Adjusted Price/ FAR** | **N/A** |
| | | **Adjusted Price/ Unit** | **N/A** |
| Buyer's Primary Analysis | N/A | Occupancy at Sale | N/A |
| Static Analysis Method | N/A | Underwritten Occupancy | Static Analysis-N/A |
| Source | Static Analysis-N/A | Potential Gross Income | Static Analysis-N/A |
| NOI / sf | Static Analysis-N/A | Vacancy/Collection Loss | Static Analysis-N/A |
| IRR | N/A | Effective Gross Income | Static Analysis-N/A |
| OER | Static Analysis-N/A | Expenses | Static Analysis-N/A |
| Expenses /sf | Static Analysis-N/A | Net Operating Income | Static Analysis-N/A |
| Cap Rate | Static Analysis-N/A | | |

## Comments

The comparable is a 6,903.66-acre tract of timberland located on Hamilton Pleasant Grove Road in Pine Mountain, Georgia, about 40 miles north of Columbus.  The property is heavily wooded and was purchased as a timber investment with recreation potential in the near-term.  The property sold for $31,990,800, or $4,634/acre.



| | | | |
|---|---|---|---|
| Property Name | 6,258 Acres of Raw Land | | |
| Address | Highway 134 Guild, TN 37340 | | |
| County | Marion County | | |
| Govt./Tax ID | Multiple | | |
| Land Area Net | 6,258.000 ac/ 272,598,480 sf | | |
| Land Area Gross | 6,258.000 ac/ 272,598,480 sf | | |
| Site Development Status | Raw | | |
| Utilities | Rural utilities | | |
| Maximum FAR | N/A | | |
| Min Land Bldg Ratio | N/A | | |
| Shape | Irregular | | |
| Topography | Generally Level | | |
| Flood Zone Class | Zone X (Unshaded) | | |
| Flood Panel No./ Date | 47115C0250D/ Jan 2012 | | |
| Zoning | None | | |
| Entitlement Status | N/A | | |



## Transaction Details

| | | | |
|---|---|---|---|
| Type | Sale | Primary Verification | Buyer, PSA |
| Interest Transferred | Fee Simple | Transaction Date | 07/20/2021 |
| Condition of Sale | Off-market deal | Recording Date | 09/07/2021 |
| Recorded Buyer | Thunder Air, Inc. | Sale Price | $15,250,000 |
| Buyer Type | Developer | Financing | Not Available |
| Recorded Seller | RLF Aetna Properties, LLC & Legacy Dive Holdings, LLC | Cash Equivalent | $15,250,000 |
| Marketing Time | N/A | Capital Adjustment | $635,417 |
| Listing Broker | N/A | Adjusted Price | $15,885,417 |
| Doc # | 549/321 and 549/341 | **Adjusted Price / ac and / sf** | **$2,538 / $0.06** |
| | | **Adjusted Price/ FAR** | **N/A** |
| | | **Adjusted Price/ Unit** | **N/A** |

## Comments

This comparable represents a vacant, 6,258-acre tract located in Guild, Marion County, Tennessee. The contract price is $15,250,000, or approximately $2,437 per acre. The majority of the site is wooded and the topography ranges from level to (primarily) mountainous terrain. The sale also includes mineral rights attributed to the land; however, the buyer indicated that the mineral rights do not contribute any material value and are being acquired primarily for purposes of controlling all property rights and clean title. The sale is a direct, off-market deal with no broker involvement (condition of sale is for typical 4% commissions). The buyer is a residential subdivision developer who has completed several other projects locally and in other locations throughout the U.S. The developer is planning to develop the site over a 10-year period with 1,848 home sites of various sizes.



| | | |
|---|---|---|
| Property Name | Raydient Timber Tract - Nassau County Florida | |
| Address | Crandall Road Yulee, FL 32097 | |
| | | |
| County | Nassau | |
| Govt./Tax ID | Multiple | |
| Land Area Net | 10,389.300 ac/ 452,557,908 sf | |
| Land Area Gross | 10,389.300 ac/ 452,557,908 sf | |
| Site Development Status | Raw | |
| Utilities | Available in Areas | |
| Maximum FAR | N/A | |
| Min Land Bldg Ratio | N/A | |
| Shape | Irregular | |
| Topography | Generally Level | |
| Flood Zone Class | Zone X (Unshaded) | |
| Flood Panel No./ Date | 12089C0184G/ Aug 2017 | |
| Zoning | PD-ENCPA | |
| Entitlement Status | N/A | |



## Transaction Details

| | | | |
|---|---|---|---|
| Type | Sale | Primary Verification | Public Records / Third Party |
| Interest Transferred | Fee Simple | Transaction Date | 12/09/2021 |
| Condition of Sale | None | Recording Date | N/A |
| Recorded Buyer | Raydient LLC D/B/A Raydient Places + Properties LLC | Sale Price | $55,149,700 |
| Buyer Type | N/A | Financing | Market Rate Financing |
| Recorded Seller | Rayonier Forest Resources, L.P. | Cash Equivalent | $55,149,700 |
| Marketing Time | N/A | Capital Adjustment | $0 |
| Listing Broker | N/A | Adjusted Price | $55,149,700 |
| Doc # | 2520/502 | **Adjusted Price / ac and / sf** | **$5,308 / $0.12** |
| | | **Adjusted Price/ FAR** | **N/A** |
| | | **Adjusted Price/ Unit** | **N/A** |

## Comments

The comparable is a 10,389.3-acre timber tract near Yulee, Florida in Nassau County. The property approximately 75% forested with a few areas having been cleared in recent years. The value of the timber on the property is unknown. The property was purchased in December 2021 for $55,149,700, or $5,308/acre and will continue to be held as a timber investment.



| | | |
|---|---|---|
| Property Name | Grand Reserve Tract | |
| Address | Lee County Road 379 | |
| | Salem, AL 36874 | |
| County | Lee | |
| Govt./Tax ID | Multiple | |
| Land Area Net | 4,400.000 ac/ 191,664,000 sf | |
| Land Area Gross | 4,400.000 ac/ 191,664,000 sf | |
| Site Development Status | Raw | |
| Utilities | Electric and Water | |
| Maximum FAR | N/A | |
| Min Land Bldg Ratio | N/A | |
| Shape | Irregular | |
| Topography | Varies | |
| Flood Zone Class | Zone A | |
| Flood Panel No./ Date | 01081C0140G/ Nov 2011 | |
| Zoning | No zoning | |
| Entitlement Status | N/A | |



## Transaction Details

| | | | |
|---|---|---|---|
| Type | Sale | Primary Verification | Settlement Statement |
| Interest Transferred | Fee Simple | Transaction Date | 03/09/2022 |
| Condition of Sale | Arm's Length | Recording Date | 03/09/2022 |
| Recorded Buyer | The Grand Reserve of Columbus, LLC | Sale Price | $18,000,000 |
| Buyer Type | Private Investor | Financing | Not Available |
| Recorded Seller | Circle N Farm, LLC | Cash Equivalent | $18,000,000 |
| Marketing Time | N/A | Capital Adjustment | $0 |
| Listing Broker | Dave Milton, SE Land Company | Adjusted Price | $18,000,000 |
| Doc # | 2658/894 | **Adjusted Price / ac and / sf** | **$4,091 / $0.09** |
| | | **Adjusted Price/ FAR** | **N/A** |
| | | **Adjusted Price/ Unit** | **N/A** |

## Comments

This comparable represents the sale of a 4400-acre tract of land located in unincorporated Lee County, Alabama. The property is situated in the far eastern portion of Lee County near the Georgia state line and Chattahoochee River. The tract has excellent frontage along several county roads, with frontage along Lee County Road 379, 279, 340, 158 and 334. The are no structures on the tract and most of the site is covered in mixed timber with several food plots for game. The property was purchased in March 2022 for $18,000,000 or approximately $4,090 per acre.



**Addendum B**

# CLIENT CONTRACT INFORMATION

© 2022 CBRE, Inc.

**APPRAISAL ENGAGEMENT LETTER**

4/6/2023

Mr. Henry Joseph, MAI
CBRE | Valuation & Advisory Services
2800 Post Oak Blvd., Suite 500
Houston TX 77056

Dear Mr. Joseph:

CLMG Corp. ("CLMG", "we", "us", or "our") is pleased to offer you an opportunity to conduct an appraisal of the property described below and prepare a report under the specifications stated herein, the Uniform Standards of Professional Appraisal Practice (USPAP), and the attached Appraisal Policy (Exhibit 1) on behalf of us and our affiliates. The client is CLMG Corporation.

| | |
|---|---|
| Property Address (the "Property"): | The Greenbrier Resort<br>101 Main Street<br>White Sulphur Springs, West Virginia 24986 |
| Property Description: | 18,604 Acres<br>3,900 Acres in Fayette County &<br>14,700 Acres in Monroe County, WV |
| Date Needed: | 04/21/2023 |
| Intended User: | CLMG Corp |
| Intended Purpose: | Financing |
| Type of Appraisal: | Appraisal Report |
| Value Premises: | As Is & As If Stabilized Market Values,<br>Land Value without timber , Insurable Value |

1. Appraiser

Under the terms of this engagement, you certify that you are a licensed or certified real estate appraiser as required by the jurisdiction in which the Property is located. You further agree to notify us in writing at the address below if any appraisal board, court of law, or other industry-recognized regulatory agency has found you guilty of a wrongdoing. Additionally, you must refuse this and any other appraisal engagement from us or our affiliates if your certification or license is suspended or revoked. You further certify that this engagement was not given based on a requested minimum evaluation or specific evaluation required by us or our affiliates. You must remain in good standing and meet all requirements to be considered for subsequent

appraisal engagements.  As we desire to engage you due to your unique qualifications, your responsibilities, duties, and obligations under this engagement may not be transferred, assigned, or sub-contracted to another party without our written permission.

2.  Appraisal Process

In addition to the specifications herein, including the attached exhibits, the appraisal must conform to generally accepted appraisal standards as evidenced by the USPAP and promulgated by the Appraisal Standards Board (ASB) of the Appraisal Foundation unless principles of safe and sound banking require compliance with stricter standards.

If  you  need any additional property  information that  is  not  listed  on  the  provided  RFP  or if  the property contact is unresponsive, please feel free to contact us at dallasreviews@irr.com.

3.  Report

After completing the appraisal, you agree to provide us with a report in electronic draft format for our review to dallasreviews@irr.com.  If the report is accepted by us, you will then provide us with two (2) bound copies of the finished appraisal as well as an electronic copy in PDF format on or before the Date Needed (above).

In addition to the report requirements specified by USPAP and provided in the attached exhibits, the report shall:

1. Contain a properly supported declaration of the Highest and Best Use for the property.
2. Contain a properly supported Declaration of Value for the property.  The Declaration of Value shall include:

**Market Value - Fee Simple**
**Leasehold**

3. Identify the property rights appraised.
4. List all material assumptions and limiting conditions observed in making the final market value estimate.
5. Identify and separately value any personal property, fixtures, or intangible items that are not real property or improvements but are included in the appraisal and discuss the impact of their inclusion or exclusion on the estimate of market value.
6. Reflect appropriate deductions and discounts for any proposed construction on the Property or any portion of the Property that is partially leased or are leased at other than market rents as of the date of the appraisal, or any tract developments with unsold units.
7. Be written and contain sufficient information and analysis to support the decision-making process(es).
8. Identify the appropriate deductions and discounts for proposed construction or renovation, partially leased buildings, non-market lease terms, and tract developments with unsold units, etc.
9. Be based upon the definition of market value as set forth in the Appraisal Requirements (Exhibit 1).
10. Contain your personal certification, be signed in your personal capacity as well as in any business capacity and include your state licensing or certification information and any professional accreditations.

The Appraisal Review Checklist (Exhibit 2) has been enclosed identifying specific information that we consider as part of the formal appraisal review process.  By accepting this engagement, you agree to provide all information outlined on the checklist that applies to the Property.  If information required or deemed pertinent to the completion of the appraisal is unavailable, that fact should be disclosed and explained in the report.

Upon receipt of the report, we reserve the right, at our option or in accordance with state and federal law, to provide a copy of or disclose information contained in the appraisal to our affiliates, a borrower, and other persons as necessary to conduct the business of us and our affiliates.

Please include an accepted copy of this engagement letter, your invoice, and an executed Form W-9 with your report.  The appraisal report and your invoice for payment should be sent mailed to my attention. Address the report to:

> Michael H. Cottrell
> Managing Director
> CLMG Corporation
> 7195 Dallas Parkway
> Plano, Texas 75024

4. Compensation
The fee for completion of the appraisal will be **Six Thousand Five Hundred dollars ($6,500.) total** paid upon our review and acceptance of the final appraisal report.

5.  Preservation of Confidential Information
You agree that you will not disclose to any third party without our prior written consent any Confidential Information which is received from us.  Confidential Information shall mean all information provided by us to you that is not known to the public or generally known to our competitors, whether communicated orally or in writing.  You also agree that any Confidential Information received from us shall only be used for the purpose of providing the services under this engagement.

6. Other Terms and Provisions
Notwithstanding any terms to the contrary in this engagement or any writing or other agreement attached hereto, under any and all circumstances, our aggregate liability and obligation to pay hereunder, with respect to or arising in any way from this engagement or any transaction contemplated herein (whether in contract, tort or otherwise) shall not exceed **Six Thousand five hundred dollars**, and you hereby waive any claim or right to special, punitive, or consequential damages.
Additionally, we may terminate this engagement at any time and shall be fully released from all liabilities and obligations to pay or otherwise perform hereunder provided that we have paid any amounts due and owing under this engagement as of the date of such termination, but in no event shall the total of amounts paid to you exceed the amount stated above.

Furthermore, the relationship between you and us is that of an independent contractor and service recipient, and no employer-employee or agency relationship shall exist.  Neither you nor we shall enjoy any of the benefits nor be subject to any of the burdens that would arise, result, proceed, or project from an employer-employee or agency relationship.  In no event will we be liable or responsible for any actions or inaction of you or any of your employees, agents, subcontractors, or other representatives, and in no event will you hold yourself out to be anything other than an independent contractor for us.

This engagement letter and the two attached exhibits constitute the entire agreement between you and us and supersede any and all prior or contemporaneous oral or written communications with respect to the subject matter herein.  This engagement and its attached exhibits may not be modified, amended, or in any way altered except by an instrument in writing signed by both you and us.

If you agree with the foregoing, please sign below and return the enclosed copy of this engagement.  All additional questions pertaining to the engagement should be directed to me at 214.676.7883.  We look forward to working with you.

Sincerely,

Stephen T. Crosson, MAI, SRA
On behalf of CLMG Corporation

ACCEPTED AND AGREED:
CBRE | Valuation & Advisory Services

By: _____

Name: Henry Joseph, MAI

Title: Managing Director, as agent for CBRE, Inc.

Date: 4/6/2023

Addendum C

# QUALIFICATIONS

© 2022 CBRE, Inc.

# PROFILES



VALUATION & ADVISORY SERVICES

# Chase A. Jones, MAI, ASA

First Vice President, Charleston, SC
**T**   +1 843 720 3566
**M**   +1 843 860 4949
**E**   chase.jones2@cbre.com

## Select Clients Represented

- South State Bank
- Truist Bank
- Southern First Bank
- Grand South Bank
- Roper St. Francis Hospital
- Beacon Bank
- National Cooperative Bank
- First Horizon Bank
- First United Bank
- Port 32
- United Bank
- First Citizens Bank
- Sharbell Development Corp.
- TD Bank
- Thomasville National Bank
- Bank of South Carolina
- EFG Bank (Switzerland)

## Pro Affiliations / Accreditations

- MAI, Appraisal Institute
- ASA, American Society of Appraisers

## Education

- BS, Industrial Engineering, Clemson University

## Professional Experience

Chase A. Jones, MAI, ASA is a First Vice President working in the Southeast Region of CBRE Valuation & Advisory Services Group with over 15 years of valuation experience. He has real estate valuation and consulting experience involving all areas of income producing properties including retail, industrial, office, healthcare, land, and multi-family to special use properties including golf courses, marinas, car washes, gas station/c-stores, institutional uses, and seniors housing. He has also completed hundreds of assignments of mixed-use/commercial assets located on the Charleston Peninsula.

Mr. Jones has been involved with commercial real estate since 2007 and joined CBRE's Valuation and Advisory Services Group in 2018. His clients include national/regional/local lenders, corporations, developers, and law firms. Prior to CBRE, he was a Valuation Services Director with Colliers International Valuation & Advisory Services and a Senior Appraiser with C.S. McCall & Co., LLC. He has worked in various professional fields ranging from engineering to marketing and production management prior to entering the appraisal profession.

## State Licenses

- South Carolina Certified General Appraiser, License No. 6233
- North Carolina Certified General Appraiser, License No. A7784
- Georgia Certified General Appraiser, License No. 354082
- Tennessee Certified General Appraiser, License No. 5313
- Virginia Certified General Appraiser, License No. 4001017903
- Alabama Certified General Appraiser, License No. G01524
- South Carolina Real Estate Commission – Licensed Salesman

## Awards

Top 10% U.S. Producer, CBRE Valuation & Advisory Services – 2020 to Present.

©20212 CBRE, INC.

WV Real Estate Appraiser Licensing & Certification Board
*This is to certify that*
**Temporary Permit   TEMP23-046**
**Expiration: 10/6/2023**
**Charles A Jones**
**200 Meeting Street**
**Charleston, SC 29464**
has met the requirements of the law, and is authorized to appraise real estate and real property in the State of West Virginia.

Executive Director

entitles to appraise real property in the State of West Virginia is valid until the expiration date on the face of the card. If you do not receive your renewal application at least 30 days prior to the expiration date, contact the Board office. It is your responsibility to renew your license or certification, even if you do not automatically receive a renewal application.

**Important**

When signing an appraisal report, place your classification and license or certification number adjacent to or immediately below your signature. Also, use your number and classification in all statements of qualifications, contracts or other instruments, including advertising media. You are required to comply with the Uniform Standards of Professional Appraisal Practice, which are promulgated by The Appraisal Foundation, and are bound by the Competency Provision contained therein.