# EXHIBIT 15

# TECHNICAL REPORT SUMMARY
# COAL RESERVES
# BISHOP PROPERTY PERMITTED AREA

McDowell County, West Virginia and Tazewell County, Virginia

Prepared For

**JUSTICE LOW SEAM MINING, INC.**

Roanoke, Virginia

By

**John T. Boyd Company**

Mining and Geological Consultants

Pittsburgh, Pennsylvania



Report No. 6008.001

JANUARY 2025

# John T. Boyd Company
Mining and Geological Consultants

**Chairman**
James W. Boyd

**President and CEO**
John T. Boyd II

**Managing Director and COO**
Ronald L. Lewis

**Vice Presidents**
Robert J. Farmer
Jisheng (Jason) Han
John L. Weiss
Michael F. Wick
William P. Wolf

**Managing Director - Australia**
Jacques G. Steenekamp

**Managing Director - China**
Rongjie (Jeff) Li

**Managing Director – South America**
Carlos F. Barrera

**Pittsburgh**
4000 Town Center Boulevard, Suite 300
Canonsburg, PA 15317
(724) 873-4400
(724) 873-4401 Fax
jtboydp@jtboyd.com

**Denver**
(303) 293-8988
jtboydd@jtboyd.com

**Brisbane**
61 7 3232-5000
jtboydau@jtboyd.com

**Beijing**
86 10 6500-5854
jtboydcn@jtboyd.com

**Bogota**
+57-3115382113
jtboydcol@jtboyd.com

www.jtboyd.com

January 21, 2025
File: 6008.001

Justice Low Seam Mining, Inc.
302 S. Jefferson Street
Roanoke, VA 24011

Attention: Mr. James C. Justice III
President and CEO

Subject: Technical Report Summary
Coal Reserves
Bishop Property
McDowell County, West Virginia and Tazewell County, Virginia

Dear Mr. Justice:

The John T. Boyd Company (BOYD) was retained by Justice Low Seam Mining, Inc. (JLSM) to complete an independent technical assessment of the surface minable coal reserves for the portion of the Bishop Property which is under an approved mining permit(s). The effective date of our reserve estimate is November 30, 2024.

This Technical Report Summary (TRS): 1) identifies and summarizes the scientific and technical information supporting the coal reserves estimate for the permitted portion of the Bishop Property, and 2) provides BOYD's conclusions resulting from our independent assessment of the geologic model and resulting coal reserves estimate, and financial projections for the 15-year mine plan, all prepared internally by JLSM. Where warranted in our opinion, we have also prepared independent reserve estimates and financial projections for the JLSM 15-year mine plan.

This TRS has been prepared to support JLSM's disclosure of the subject coal reserves in accordance with Subpart 1300

and Item 601 (b)(96) of Regulation S-K (collectively, "S-K 1300") as adopted by the U.S. Securities and Exchange Commission's (SEC) on October 31, 2018.

We acknowledge the cooperation and assistance of JLSM staff and management during the completion of this report.

Respectfully submitted,

JOHN T. BOYD COMPANY
By:

*Ronald L Lewis*

Ronald L. Lewis
Managing Director and COO
Lead QP

Q:\ENG_WP\6008.001 Justice Low Seam Mining\WP\Report\Cover Letter.doc

# TABLE OF CONTENTS

Page

LETTER OF TRANSMITTAL

TABLE OF CONTENTS

DISCLAIMERS AND QUALIFICATIONS

GLOSSARY AND ABBREVIATIONS

1.0 EXECUTIVE SUMMARY .............................................................. 1-1
    1.1 Introduction .......................................................................... 1-1
    1.2 Geology ............................................................................... 1-3
    1.3 Exploration .......................................................................... 1-3
    1.4 Coal Reserves .................................................................... 1-4
    1.5 Operations ........................................................................... 1-6
        1.5.1 Mining ........................................................................ 1-6
        1.5.2 Processing .................................................................. 1-7
        1.5.3 Other Infrastructure.................................................... 1-7
    1.6 Financial Analysis .............................................................. 1-8
        1.6.1 Market Review ........................................................... 1-8
    1.7 15-Year Mine Plan ............................................................. 1-8
    1.8 Capital and Operating Costs .............................................. 1-9
    1.9 Valuation ............................................................................. 1-11
        1.9.1 Indicative Value of Total BPA .................................... 1-11
    1.10 Permitting Requirements .................................................... 1-12
    1.11 Conclusions........................................................................ 1-13

2.0 INTRODUCTION ..................................................................... 2-1
    2.1 Registrant ........................................................................... 2-1
    2.2 Purpose and Terms of Reference ...................................... 2-1
    2.3 Expert Qualifications .......................................................... 2-3
    2.4 Principal Sources of Information ......................................... 2-4
        2.4.1 Personal Inspections ................................................. 2-5
        2.4.2 Reliance on Information Provided by the Registrant.... 2-5
        2.4.3 Verification of Information........................................... 2-5
        2.4.4 Other Relevant Data and Information......................... 2-6
    2.5 Report Version .................................................................... 2-6
    2.6 Units of Measure ................................................................ 2-6

**TABLE OF CONTENTS** - Continued

3.0 PROPERTY OVERVIEW ........................................................................ 3-1
  3.1 Description and Location ................................................................. 3-1
  3.2 History ............................................................................................ 3-1
      3.2.1 Prior Reports ......................................................................... 3-1
      3.2.2 Background ............................................................................ 3-2
  3.3 Property Control ............................................................................. 3-2
  3.4 Adjacent Properties........................................................................ 3-3
      3.4.1 McDowell County, West Virginia Coal Mining Operations.... 3-3
      3.4.2 Tazewell County, Virginia Coal Mining Operations.............. 3-3
  3.5 Regulation and Liabilities................................................................ 3-3
  3.6 Accessibility, Local Resources, and Infrastructure ......................... 3-5
  3.7 Physiography .................................................................................. 3-6
  3.8 Climate ........................................................................................... 3-6

4.0 GEOLOGY ........................................................................................... 4-1
  4.1 Regional Geology ........................................................................... 4-1
  4.2 Local Geology ................................................................................ 4-2
      4.2.1 General Stratigraphy.............................................................. 4-2
      4.2.2 New River Formation ............................................................. 4-2
  4.3 Bishop Property Coal Seam Geology............................................... 4-3
      4.3.1 Lithology ................................................................................ 4-3
            4.3.1.1 Pocahontas No. 8 (P8) Seam ................................. 4-3
            4.3.1.2 Pocahontas No. 9 (P9) Seam ................................. 4-3
            4.3.1.3 Lower Horsepen (LH) Seam .................................... 4-3
            4.3.1.4 Pocahontas No. 10 (P10) Seam .............................. 4-4
            4.3.1.5 Pocahontas No. 11 (P11) Seam .............................. 4-4
            4.3.1.6 Middle Horsepen (MH) Seam................................... 4-4
            4.3.1.7 Upper Horsepen (UH) Seam.................................... 4-4
            4.3.1.8 Lower Seaboard (LSB) Seam ................................. 4-4
            4.3.1.9 Sewell (SEW) Seam................................................ 4-5
            4.3.1.10 Greasy Creek (GC) Seam...................................... 4-5
            4.3.1.11 Upper Seaboard (USB) Seam................................ 4-5
            4.3.1.12 Tiller (TLR) Seam ................................................. 4-5
      4.3.2 Structure................................................................................ 4-5

5.0 EXPLORATION DATA ......................................................................... 5-1
  5.1 Exploration Programs ..................................................................... 5-1
      5.1.1 CONSOL Exploration.............................................................. 5-1
      5.1.2 Initial Justice Exploration and Sampling................................ 5-1
      5.1.3 2024 BPA Exploration Drilling and Sampling ........................ 5-2
  5.2 Coal Quality.................................................................................... 5-4
      5.2.1 Procedure............................................................................... 5-4
      5.2.2 Coal Testing Laboratories...................................................... 5-4
      5.2.3 Future Testing ........................................................................ 5-5
      5.2.4 Other Exploration Methods..................................................... 5-5
  5.3 Data Verification.............................................................................. 5-5
  5.4 Adequacy of Exploration and Sampling Data................................... 5-6

# TABLE OF CONTENTS - Continued

Page

6.0 COAL RESOURCES AND RESERVES ...... 6-1
   6.1 Applicable Standards and Definitions...... 6-1
   6.2 Coal Resources/Reserves Estimation Methodology...... 6-2
   6.3 Coal Quality Assessment ...... 6-4
   6.4 Classification ...... 6-7
   6.5 Coal Resource Estimate ...... 6-8
   6.6 Coal Reserves ...... 6-8
      6.6.1 Methodology...... 6-8
      6.6.2 Classification ...... 6-9
      6.6.3 Coal Reserve Estimate ...... 6-9
      6.6.4 Validation ...... 6-11
      6.6.5 Reconciliation with Previous Estimates...... 6-11
      6.6.6 Significant Risks and Uncertainties ...... 6-12

7.0 MINING OPERATION ...... 7-1
   7.1 Historical Production ...... 7-1
   7.2 Current Status...... 7-3
   7.3 Regional Production Statistics...... 7-4
   7.4 JLSM Mine Plan...... 7-4
   7.5 BOYD Assessment of JLSM Plan ...... 7-6

8.0 COAL HANDLING AND PROCESSING ...... 8-1
   8.1 November 8, 2024, Site Visit ...... 8-1
   8.2 CPP Process Description ...... 8-2
   8.3 Product Coal Storage and Train Loadout...... 8-4
   8.4 Operating Plans ...... 8-5
   8.5 Operating Cost...... 8-5
   8.6 CAPEX ...... 8-6

9.0 MARKET ANALYSIS ...... 9-1
   9.1 Introduction ...... 9-1
   9.2 Coal Transportation Options...... 9-2
   9.3 Industry Overview ...... 9-2
   9.4 Market Outlook...... 9-8
      9.4.1 Background ...... 9-8
      9.4.2 Domestic Demand for US Metallurgical Coal...... 9-9
      9.4.3 Us Met Coal Export Outlook ...... 9-10
      9.4.4 Coal Price Forecast ...... 9-13

10.0 CAPITAL AND OPERATING COSTS ...... 10-1
   10.1 JLSM Cost Model...... 10-1
   10.2 BOYD Cost Assessment...... 10-3

11.0 ECONOMIC ANALYSIS ...... 11-1
   11.1 Approach ...... 11-1

# TABLE OF CONTENTS - Continued

Page

11.2  Assumptions and Limitations ........................................................ 11-2
11.3  Financial Model Results ............................................................... 11-3
11.4  Sensitivity Analysis ..................................................................... 11-4
11.5  Mining Plans Reconciliation......................................................... 11-5
11.6  Indicative Value of Total BPA ...................................................... 11-6

12.0  PERMIT REVIEW ......................................................................... 12-1
11.1  Permit Summary .......................................................................... 12-1
12.2  Toxic Overburden Assessment .................................................... 12-1
12.3  Bonding ....................................................................................... 12-2
12.4  Estimated Reclamation Liability.................................................... 12-3

13.0  INTERPRETATIONS AND CONCLUSIONS .................................. 13-1
13.1  Findings........................................................................................ 13-1
13.2  Risk (Opportunity) Assessment.................................................... 13-1

Appendix A:  Select Photographs of Bishop Rail Loadout and CPP

**TABLE OF CONTENTS** - Continued

**List of Tables**
1.1 Estimated Coal Reserves by Product Type & Classification ........................ 1-5
5.1 2017 Bishop Property Coal Quality Sampling Results .................................. 5-2
6.1 Summary of Raw Coal Analysis .................................................................. 6-13
6.2 2017 vs 2024 Bishop Raw Coal Quality Testing Results By Seam.............. 6-5
6.3 Summary of Washed Drill Core Analysis (@1.55 SG Float)....................... 6-14
6.4 2024 Raw vs 1.55 Fl Washed Coal Quality By Seam.................................. 6-6
6.5 Average Product Coal Quality by Coal Seam – BPA................................... 6-7
6.6 Coal Resource Classified Criteria................................................................ 6-7
6.7 Coal Reserves Summary............................................................................. 6-9
6.8 Estimated Reserves for BPA with 1.0 ft Minimum Coal Thickness ........... 6-10
6.9 Coal Reserves Product Quality by Seam.................................................... 6-10
6.10 Estimated Metrics For the JLSM 15-Year Mine Plan Areas ...................... 6-11
6.11 Estimated Surface Mineable Coal Reserves, BPA .................................... 6-15
7.1 Historical Coal Production .......................................................................... 7-8
7.2 Historical Coal Production, Selected Surface Coal Mines .......................... 7-9
7.3 JLSM Internal 15-Year Mine Plan Summary............................................. 7-10
7.4 Summary of JLSM 15-Year Mine Plan ....................................................... 7-5
9.1 Indicative Metallurgical Coal Quality .......................................................... 9-1
9.2 General Quality Range for Ideal US Met Coals .......................................... 9-3
9.3 US Met Coal Export Deliveries by Customer Region (Tons)....................... 9-8
10.1 Estimated Average Operating Parameters JLSM Internal
15-Year Mine Plan ..................................................................................... 10.2
10.2 JLSM Internal Estimated Operating Cash Cost JLSM 15-Year Plan ......... 10.6
10.3 Estimated Average Operating Parameters BOYD Modified
Bishop 15-Year Mine Plan ........................................................................ 10-4
10.4 BOYD Modified Estimated Operating Cash Cost (15-Year Mine Plan)...... 10.7
11.1 Valuation Reconciliation Table, JLSM 15-Year Mine Plan ........................ 11-7
11.2 Financial Results........................................................................................ 11-3
11.3 DCF-NPV Results ....................................................................................... 11-4
11.4 Pre-Tax $NPV_{13.5}$ Sensitivity Analysis ($ millions) ................................... 11-4

## TABLE OF CONTENTS - Continued

Page

### Figures and Maps

| | | |
|---|---|---|
| 1.1 | General Location Map Showing Bishop Property | 1-2 |
| 3.1 | Map Showing Site Layout, Bishop Property | 3-8 |
| 4.1 | Generalized Stratigraphic Chart, Southern West Virginia | 4-2 |
| 4.2 | Generalized Stratigraphic Section, Bishop Property | 4-6 |
| 4.3 | Cross Section A - A', Bishop Property | 4-7 |
| 6.1 | Relationship Between Coal Resources and Coal Reserves | 6-2 |
| 6.2 | Map Showing Reserve Classification, Greasy Creek Seam | 6-16 |
| 6.3 | Map Showing Reserve Classification, Sewell Seam | 6-17 |
| 6.4 | Map Showing Reserve Classification, Lower Seaboard Seam | 6-18 |
| 6.5 | Map Showing Reserve Classification, Upper Horsepen Seam | 6-19 |
| 6.6 | Map Showing Reserve Classification, Middle Horsepen Seam | 6-20 |
| 6.7 | Map Showing Reserve Classification, Pocahontas No. 11 Seam | 6-21 |
| 6.8 | Map Showing Reserve Classification, Pocahontas No. 10 Seam | 6-22 |
| 6.9 | Map Showing Reserve Classification, Lower Horsepen Seam | 6-23 |
| 6.10 | Map Showing Reserve Classification, Pocahontas No. 9 Seam | 6-24 |
| 6.11 | Map Showing Reserve Classification, Pocahontas No. 8 Seam | 6-25 |
| 8.1 | Aerial Map of Bishop CPP and Rail Loadout Facilities | 8-7 |
| 8.2 | New 600 tph Preparation Plant Flow Sheet | 8-8 |
| 8.3 | New Material Handling Facility Flow Sheet | 8-9 |
| 9.1 | Historical US Metallurgical Coal Exports | 9-6 |
| 9.2 | Monthly US Met Coal Export History – Tons (millions) | 9-7 |
| 9.3 | US Metallurgical Coal Shipments by Market (Tons millions) | 9-9 |
| 9.4 | Historical Met Coal Benchmark Prices (US$ per tonne) | 9-13 |

q:\eng_wp\6008.001 justice low seam mining\wp\report\toc.doc

# GLOSSARY OF ABBREVIATIONS AND DEFINITIONS

| | | |
|---|---|---|
| $ | : | US dollar(s) |
| % | : | Percent or percentage |
| As-Received Basis | : | Data or results are calculated to the moisture condition of the coal sample when it arrived at the testing facility. |
| ASTM | : | ASTM International (formerly American Society for Testing and Materials) |
| BCY | : | Bank cubic yard |
| BOYD | : | John T. Boyd Company |
| BPA | : | Bishop Permitted Area |
| Btu | : | British thermal unit. A unit of heat; it is defined as the amount of heat required to raise the temperature of one pound of water by one degree Fahrenheit. |
| CLH | : | Chestnut Land Holdings, LLC |
| CPP | : | Coal Preparation Plant |
| Coal | : | Combustible sedimentary rock in which organic matter, including residual moisture comprises more than 50% by weight and more than 70% by volume of carbonaceous material formed from altered plant remains. |
| Coal Reserve | : | An estimate of tonnage and grade or quality of indicated and measured coal resources that, in the opinion of the qualified person, can be the basis of an economically viable project. More specifically, it is the economically mineable part of a measured or indicated coal resource, which includes diluting materials and allowances for losses that may occur when the material is mined or extracted. |
| Coal Resource | : | A concentration or occurrence of coal of economic interest in or on the Earth's crust in such form, quality, and quantity that there are reasonable prospects for economic extraction. A coal resource is a reasonable estimate of mineralization, considering relevant factors such as cut-off grade, likely mining dimensions, location, or continuity, that, with the assumed and justifiable technical and economic conditions, is likely to, in whole or in part, become economically extractable. It is not merely an inventory of all mineralization drilled or sampled. |
| CY | : | Cubic yards |
| DCF | : | Discounted Cash Flow |

# GLOSSARY OF ABBREVIATIONS AND DEFINITIONS - Continued

| | | |
|---|---|---|
| Dry Basis | : | Data or results are calculated to a theoretical base as if there were no moisture in the coal sample. |
| EIA | : | U.S. Energy Information Administration |
| ERL | : | Estimated Reclamation Liability |
| FEL | : | Front End Loader |
| FOB | : | Free-on-Board |
| Indicated Coal Resource | : | That part of a coal resource for which quantity and quality are estimated based on adequate geological evidence and sampling. The level of geological certainty associated with an indicated coal resource is sufficient to allow a qualified person to apply modifying factors in sufficient detail to support mine planning and evaluation of the economic viability of the deposit. Because an indicated coal resource has a lower level of confidence than the level of confidence of a measured coal resource, an indicated coal resource may only be converted to a probable coal reserve. |
| Inferred Coal Resource | : | That part of a coal resource for which quantity and quality are estimated based on limited geological evidence and sampling. The level of geological uncertainty associated with an inferred coal resource is too high to apply relevant technical and economic factors likely to influence the prospects of economic extraction in a manner useful for evaluation of economic viability. Because an inferred coal resource has the lowest level of geological confidence of all coal resources, which prevents the application of the modifying factors in a manner useful for evaluation of economic viability, an inferred coal resource may not be considered when assessing the economic viability of a mining project, and may not be converted to a coal reserve. |
| IRR | : | Internal rate-of-return |
| ISO | : | International Organization for Standardization |
| JLSM | : | Justice Low Seam Mining |
| lb | : | Pound |
| LOM | : | Life-of-Mine |
| Measured Coal Resource | : | That part of a coal resource for which quantity and quality are estimated based on conclusive geological evidence and sampling. The level of geological certainty associated with a measured coal resource is sufficient to allow a qualified person to apply modifying factors, as defined herein, in sufficient detail to support detailed mine planning and final evaluation of the economic viability of the |

# GLOSSARY OF ABBREVIATIONS AND DEFINITIONS - Continued

deposit. Because a measured coal resource has a higher level of confidence than the level of confidence of either an indicated coal resource or an inferred coal resource, a measured coal resource may be converted to a proven coal reserve or to a probable coal reserve

Mineral Reserve : *See "Coal Reserve"*

Mineral Resource : *See "Coal Resource"*

Modifying Factors : The factors that a qualified person must apply to indicated and measured coal resources and then evaluate to establish the economic viability of coal reserves. A qualified person must apply and evaluate modifying factors to convert measured and indicated coal resources to proven and probable coal reserves. These factors include, but are not restricted to: mining; processing; infrastructure; economic; marketing; legal; environmental compliance; plans, negotiations, or agreements with local individuals or groups; and governmental factors. The number, type and specific characteristics of the modifying factors applied will necessarily be a function of and depend upon the mineral, mine, property, or project.

MSHA : Mine Safety and Health Administration. A division of the U.S. Department of Labor

NPDES : National Pollutant Discharge Elimination System

NS : Norfolk Southern Corporation. A rail-based freight transportation company.

NPV : Net Present Value

OSD : Out-of-Seam Dilution. Rock, impurities recovered from above and below the coal seam with the coal seam during the normal mining process

OSMRE : Office of Surface Mining, Reclamation and Enforcement

Probable Coal Reserve : The economically mineable part of an indicated and, in some cases, a measured coal resource.

Production Stage Property : A property with material extraction of coal reserves.

Proven Coal Reserve : The economically mineable part of a measured coal resource which can only result from conversion of a measured coal resource.

# GLOSSARY OF ABBREVIATIONS AND DEFINITIONS - Continued

| | | |
|---|---|---|
| QP | : | Qualified Person |
| Qualified Person | : | An individual who is: |

1. A mineral industry professional with at least five years of relevant experience in the type of mineralization and type of deposit under consideration and in the specific type of activity that person is undertaking on behalf of the registrant; and

2. An eligible member or licensee in good standing of a recognized professional organization at the time the technical report is prepared. For an organization to be a recognized professional organization, it must:

    a. Be either:
        i. An organization recognized within the mining industry as a reputable professional association; or
        ii. A board authorized by U.S. federal, state, or foreign statute to regulate professionals in the mining, geoscience, or related field;
    b. Admit eligible members primarily based on their academic qualifications and experience;
    c. Establish and require compliance with professional standards of competence and ethics;
    d. Require or encourage continuing professional development;
    e. Have and apply disciplinary powers, including the power to suspend or expel a member regardless of where the member practices or resides; and
    f. Provide a public list of members in good standing.

| | | |
|---|---|---|
| ROM | : | Run-of-Mine. The as-mined material including coal, in-seam rock partings mined with the coal, and out-of-seam dilution. |
| SGF | : | Specific gravity float |
| SEC | : | U.S. Securities and Exchange Commission |
| SG | : | Specific Gravity |
| S-K 1300 | : | Subpart 1300 and Item 601(b)(96) of the U.S. Securities and Exchange Commission's Regulation S-K |
| SMCRA | : | Surface Mining Control and Reclamation Act of 1977 |
| SR | : | Strip Ratio: the average number of bank cubic yards of overburden (interburden) which must be removed per ton of coal (ROM or product) produced |
| Ton | : | Short Ton. A unit of weight equal to 2,000 pounds |

## GLOSSARY OF ABBREVIATIONS AND DEFINITIONS - Continued

| | | |
|---|---|---|
| Tonne | : | Metric Ton. A unit of weight equal to 1,000 Kg or 2,204.62 pounds |
| TPH | : | Tons per Hour |
| TPEH | : | Tons per Employee-Hour |
| VA DMM&E | : | Virginia Department of Mines, Minerals and Energy |
| WV DEP | : | West Virginia Department of Environmental Protection |

Q:\ENG_WP\6008.001 Justice Low Seam Mining\WP\Report\Glossary.docx

## 1.0   EXECUTIVE SUMMARY

### 1.1   Introduction

The Justice family (Justice), and its various subsidiaries, control various coal properties and own and operate numerous coal mines within the CAPP coal producing region of the U.S. In 2011, Justice acquired surface and coal rights to the Pocahontas 8 (P8) and overlying coal seams within an area defined as within 7.5 miles radius of the town of Bishop, Virginia. This area is owned in fee by JLSM and, a wholly owned subsidiary, Chestnut Land Holdings, LLC (CLH).

The area designated as the Bishop Property in this report (also referred to as the Miles Branch Property in prior reports) is located within the overall property control of JLSM. Bishop Property is located in southern McDowell County, West Virginia, extending into northern Tazewell County, Virginia.

The focus of this report is the permitted portion of the Bishop Property, the Bishop Permit Area (BPA), which encompasses approximately 1,257 acres in the eastern extent of the Bishop Property. The BPA includes the Bishop Coal Preparation Plant (CPP), the Bishop Rail Loadout facility, and other ancillary coal mining support equipment and buildings located within the extent of the BPA, which includes mine offices, maintenance facilities, and various storage facilities required to mine and process coal from the BPA.

As of the date of this report, only limited coal mining and production have taken place within the BPA; however, JLSM has recently restarted the operation by rehabbing the CPP and rail loadout facilities, while assembling equipment and beginning coal production within the BPA. The JLSM internally prepared 15-year mining plan produces approximately 485,000 ROM and 415,000 product tons annually. We were also provided a financial model by JLSM which included two components, one for the planned Bishop surface mine and the second for the Bishop CPP facility.

A general location map of the BPA and associated facilities is shown in Figure 1.1, on the following page.

The surrounding CAPP coal region has a long-standing history of mining and processing many of the coal seams found within the extents of the BPA as pulverized coal injection (PCI) product and mid-vol metallurgical coal (met coal) for sale into the domestic and global coal markets.



FIGURE 1.1

GENERAL LOCATION MAP

Showing

BISHOP PROPERTY

McDowell County, West Virginia
and Tazewell County, Virginia

Prepared For

JUSTICE LOW SEAM MINING, INC.

John T. Boyd Company

January 2025
Scale 1" = 6 Miles

JLSM retained BOYD to complete a TRS for the BPA in accordance with the disclosure requirements set forth in S-K 1300. The coverage of this report is in general compliance with SK-1300 standards; however, some revisions and additions (e.g., QP certificate) will be needed if the TRS is to be filed with SEC.

The effective date of the BPA coal reserve estimate provided herein, is November 30, 2024. With activities currently underway to prepare the mine and Bishop CPP facility for resumption of operation, we assumed Year 1 of the JLSM 15-year plan will begin in mid-2025.

## 1.2 Geology

The Bishop Property is located within the eastern margin of the CAPP coal region of southern West Virginia and western Virginia, and just west of where the Appalachian Plateaus and the Valley and Ridge provinces converge. Regional structure within the Plateaus Province generally consists of gently folded strata. Near-surface bedrock lithologies within this region of the CAPP consist of Pennsylvanian Age Pottsville Group lithologies, characterized predominantly by sandstone beds with subordinate shale, mudstone, and coal intervals. There are over 30 regionally identified coal seams, with at least 20 of these coal seams having been mined to some degree in the past. Coals produced from this region are bituminous in rank, and are considered to be high-grade coals, whether they are being sold into the steam or met coal markets. The P8 Seam is the basal unit of the New River Formation and is the lowest seam owned by JLSM, marking the lower-most extent of the surface minable coal seams in the BPA. The P8 and overlying P9 coal seams comprise the predominant surface mineable coal seams of economic interest within the extents of the BPA. However, mining and processing of the additional overlying coal seams allow blending of the various coals to meet target qualities and help reduce overall strip ratios and associated mining costs for the JLSM 15-year mining plan and the BPA as a whole.

## 1.3 Exploration

The BPA is well explored by drilling, including programs pre-2011 conducted by CONSOL, a 2017 outcrop sampling and raw coal quality testing program completed by JLSM, and a recent (2024) eleven drill core campaign completed by JLSM to provide coal quality information for the coal seams underlying the BPA

CONSOL completed an initial set of exploration work on the Bishop Property between the mid-1970's through the mid-1980's; unfortunately, no associated exploration reports or coal quality testing from this work was able to be located.

JLSM completed a March 2017 outcrop coal sampling program to obtain raw coal quality information for one sample obtained for each mineable seam on the property, However, no sampling methodologies or locations were recorded for this work.

BOYD advised JLSM that available coal quality was inadequate to define the raw and washed qualities of the various coal seams, and a properly designed drill core hole sampling and coal quality testing was needed in order to prepare coal resource and reserve estimate to SK-1300 standards. Between June – December 2024, JLSM contracted an engineering and geology firm to direct field work, and two separate drilling companies to supply equipment and perform core drilling for a total of 11 core holes within the extents of the BPA portion of the Bishop Property. The results of this exploration campaign consist of geologic logs and photographs of recovered core, coal core samples, and subsequent laboratory analyses of the coal core samples. Prior to commencing the 2024 exploration campaign, BOYD advised JLSM on proposed drilling locations, drilling techniques and necessary equipment, estimated total depths at each proposed location, and advised on proper coal sample handling and coal quality testing procedures. BOYD did not participate in the actual field work (which JLSM was responsible to complete), but BOYD representatives did observe work in progress during the final phase of field work.

BOYD's review of the reported results of the 2024 programs indicated our recommended exploration procedures were not consistently followed, and some discrepancies were noted by JLSM between the various sources of data. However, our general assessment is the 2024 exploration data: (1) were appropriately collected, prepared, and documented, (2) conform with general industry standards, and (3) in conjunction with pre-2024 exploration data, available information is sufficient for use in evaluating and estimating coal resources and reserves within the BPA.

## 1.4    Coal Reserves

JLSM prepared lithologic and coal quality databases which incorporated 2024 exploration program results into the previous databases for the Bishop Property (and the BPA in particular). This information was used by JLSM to create a geologic model for the BPA, and the resulting geologic model was used to estimate metrics (overburden volume and coal resource and reserve coal tonnages) for each year of the JLSM 15-year

surface mining plan. It should be noted that the extent of the 15-year mine plan only encompasses approximately one-third of the BPA.

BOYD independently reviewed the drilling and coal quality records for the 2024 exploration program, integrated our interpretation of this information into a total BPA lithologic and coal quality database (by mineable coal seam/coal seam split). Our database was used to create a geologic model. The BOYD's prescribed resource area definition, density, classification criteria, and a suite of modifying factors, were applied to calculate resource and reserve tonnages and corresponding product coal quality for both the JLSM 15-year plan and the overall BPA.

It is BOYD's opinion that the estimated coal reserves for the BPA as of November 30, 2024, total 15.7 million product coal tons (i.e., 4.0 million direct ship ROM tons and 11.7 million washed [clean] product tons). Table 1.1, below, presents the estimated coal reserves by classification and product type, for the BPA:

### Table 1.1: Estimated Coal Reserves by Product Type & Classification

| Coal Seam | Total ROM tons (000) | Waste BCY (000) | Product Tons (000) | | | | | Average Product Quality | | |
| | | | By Product Type | | By Classification | | | | | |
| | | | Direct Ship | Clean Coal | Proven | Probable | Total | Ash | Sul | BTU |
|---|---|---|---|---|---|---|---|---|---|---|
| GC | 164.2 | 4,937.7 | - | 92.3 | 92.3 | - | 92.3 | 4.63 | 0.97 | 14,876 |
| SEW | 276.7 | 5,470.9 | 263.5 | - | 263.5 | - | 263.5 | 11.08 | 0.65 | 13,651 |
| LSB | 396.8 | 8,052.2 | 361.8 | - | 361.8 | - | 361.8 | 10.54 | 0.63 | 13,576 |
| UH | 1,010.1 | 32,976.3 | - | 645.8 | 645.8 | - | 645.8 | 5.89 | 0.72 | 14,809 |
| MH | 886.3 | 13,914.7 | 841.6 | - | 841.6 | - | 841.6 | 9.36 | 1.01 | 14,277 |
| P11 | 785.4 | 37,524.6 | - | 466.2 | 466.2 | - | 466.2 | 9.61 | 1.44 | 13,971 |
| P10 | 3,167.2 | 82,196.2 | - | 1,457.2 | 1,456.5 | 0.7 | 1,457.2 | 8.98 | 1.19 | 14,299 |
| LH | 1,610.0 | 32,204.4 | - | 650.0 | 647.5 | 2.5 | 650.0 | 7.91 | 1.76 | 14,587 |
| P9 | 9,179.1 | 63,604.9 | - | 5,120.4 | 5,046.7 | 73.6 | 5,120.3 | 5.71 | 1.22 | 15,046 |
| P8 | 7,903.0 | 143,081.4 | 2,546.7 | 3,240.0 | 5,296.1 | 490.6 | 5,786.7 | 9.37 | 0.98 | 14,249 |
| Total* | 25,378.9 | 423,963.3 | 4,013.6 | 11,671.9 | 15,118.1 | 567.4 | 15,685.5 | 7.97 | 1.10 | 14,522 |

* Totals may not be exact due to rounding.

The reported reserves include only owned coal tons within the BPA, as of November 30, 2024.

JLSM, et. al., has an established history of owning and developing numerous coal mining properties, and operating mines and associated facilities located within the CAPP region. BOYD has concluded that sufficient studies have been undertaken to enable the coal resources within the BPA to be converted into coal reserves based on established operating methods and forecasted costs and revenues.

There are no reportable additional coal resources, excluding those converted to reserves, for the BPA. Quantities of contiguous coal located beyond the boundaries of the BPA that are controlled by JLSM are not included in this report, as sufficient supporting technical (mainly coal quality) and economic studies are not available.

## 1.5 Operations

### 1.5.1 Mining

Only a limited amount of coal has been mined and sold from the BPA through 2023 (0.8 to 1.1 million tons in total) and the property has been idle for at least two years. In late 2024, JLSM began assembling mining equipment and rehabilitating the Bishop CPP facility. The immediate access to a fleet of mobile mining equipment and the on-site Bishop CPP/coal handling/rail loadout, are a major benefit to allow the orderly and expedited resumption of operation.

Under the current 15-year surface mining (operating) plan prepared by JLSM, when mining is resumed and reaches full production, the mine will produce an average of 484,000 ROM and 415,00 product tons per year. At full production, the Bishop surface mine will employ a crew of 52 hourly and 5 salaried employees to run a fleet of fully owned mobile surface mining equipment, including haul trucks, dozers, an overburden drill, and ancillary support vehicles.

Generally, overburden and interburden will require drilling and blasting before being removed and hauled to nearby dump areas. Blasting will be outsourced and conducted by a licensed third-party contractor. A stair step configuration will be utilized to excavate the overburden (interburden) in a series of vertical benches, with height of each bench being dependent upon a combination of equipment capabilities and interburden thickness and the approved ground control plan. Benches will generally range in thickness from 20 ft to 80 ft. Overburden will be disposed of via backfill of mined out areas and in the approved valley fill.

ROM coal will be trucked from the mine's active pits to the coal handling system truck dump or directly to the Bishop CPP.

While the mining approach (area mining practice) and type of equipment used as the basis of the JLSM plan is appropriate, and the annual ROM coal production and corresponding strip ratio are reasonable, BOYD opines that the fleet of equipment needs expanded to add a third overburden removal spread and more rock trucks, and the percentage of ROM requiring washing is materially greater than JLSM assumes

(i.e., 85% versus 30%). Under the BOYD Modified 15-Year Plan, the average annual production is 543,000 ROM or 334,000 product tons, and the average mine employment is 67 hourly and 5 salaried. Similar revisions are made to the Bishop CPP operation to account for the increased coal washing required under the BOYD Modified 15-year plan.

### 1.5.2 Processing

The portion of ROM coal designated to be cleaned in the Bishop CPP enter the plant through the plant feed conveyor and is discharged onto the raw coal deslime vibrating screen for sizing. The plant's three cleaning circuits consist of 40-inch diameter heavy media cyclones for the 2-inch (50 mm) down to 1 mm size fraction, spirals for the 1 x 0.150 mm material and flotation cells for the 0.150 mm x 0 material. Plant functions are automated and controlled from a central control room via a PLC/computer system. Clean coal product from the CPP is transported to the product coal storage area which includes four stacking tubes (two 15,000 ton capacity, one 11,000 ton capacity, and one 20,000 ton capacity). A reclaim tunnel, equipped with 11 mass flow slide gates can be used to blend the ROM direct shop product and clean coal product to achieve the final product coal specification (e.g., MV met coal product at 8 percent ash content). Product coal feeds a 60-inch reclaim conveyor at up to 3,000 tph. Coal from the conveyor system is moved to a double batch-weigh loadout, where product coal is weighed and loaded onto rail cars as they continuously move under the loadout. A two-stage sampling system is mounted on the final loadout conveyor. Additional discussion of the Bishop CPP operating circuits and processes is presented in Chapter 8.

The original Bishop processing facilities were designed with a nominal capacity of 600 tph. However, the current plant capacity is half of the total capacity (300 tph). This capacity exceeds the requirements of the planned tonnage to be washed under the JLSM (and BOYD Modified) 15-year plan. Additional repairs (one of two screenbowl centrifuges and one press) will be required to restore the CPP to full operational capacity (600 tph).

BOYD's field tour of the Bishop CPP facility concluded the plant is properly designed and in good condition.

### 1.5.3 Other Infrastructure

All of the basic infrastructure required for the 15-year operations plan is in place at the Bishop Plant. Transportation of coal (ROM and clean coal) is supported primarily by the existing rail loadout facilities, with additional truck loading capacity for local sales. The Bishop plant's various utilities and transportation networks should allow ongoing processing and transportation of the coal produced from the BPA operation.

BOYD is unaware of any reported interruptions, outages, shortages, or failures related to infrastructure requirements that have materially affected the Bishop Plant's operation. Given the operation has historically operated both intermittently and to varying degrees, and JLSM's background in surface mining and producing coals for sale into various market segments, we opine that the risk of such events materially affecting the estimates of the coal reserves presented herein is low.

## 1.6    Financial Analysis

### 1.6.1    Market Review

The Bishop Mine will primarily produce a mid-volatile, metallurgical coal, which will account for 90 percent of the operation's saleable output. The balance of the operation's coal sales will be a secondary PCI product. Both products are expected to be suitable for sale to domestic and export markets. BOYD opines that the projected selling prices: MV Met Coal at $168.00 per ton, PCI product at $122.00 per ton, and a composite price of $163.40 per ton, are reasonable.

The location of the BPA in the southern CAPP Region, which is a principal source of metallurgical coal in the United States, and the results of the 2024 coal quality testing program, provide a high assurance that the BPA coals can product the projected high-quality MV met coal.

## 1.7    15-Year Mine Plan

Based on our independent review of the internal JLSM 15-year mine plan, we concluded there were material issues with understating ROM tons and grossly overstating the

percentage of ROM tons which could be sold on a direct shop basis. These issues are evident in the following comparison of the JLSM and the BOYD Modified 15-year plans.

| | JLSM Internal Plan | | BOYD Modified Plan | |
|---|---|---|---|---|
| | 15-Year Total | Annual Average | 15-Year Total | Annual Average |
| Waste Removal (BCY-000) | 140,405 | 9,360 | 128,184 | 8,546 |
| Production (tons-000) | | | | |
| ROM | 7,244 | 483 | 8,140 | 543 |
| Product | | | | |
| Direct Ship | 5,071 | 338 | 1,254 | 84 |
| Clean Coal | 1,369 | 91 | 3,754 | 250 |
| Total | 6,440 | 429 | 5,008 | 334 |
| Strip Ratio | | | | |
| ROM Basis | 19.4 | 19.4 | 15.7 | 15.7 |
| Product Basis | 21.8 | 21.8 | 25.6 | 25.6 |

Our analysis of the JLSM calculations indicated JLSM miscalculated the tonnage of OSD, which reduced the corresponding ROM tonnage. To determine the distribution of direct ship and washed (clean) coal, BOYD completed an in-depth analysis of the raw coal and washed (SG 1.55 float) coal quality. The 2024 drill core analysis were summarized by seam (coal split) and the resulting core quality averages were then adjusted to: (1) add OSD impact to the in-seam raw coal quality, to calculate the corresponding ROM quality, and (2) revise the washed core quality for CPP efficiency and the effect of misplaced reject material during the operation of a commercial washing plant. Assuming the 2024 drill core raw coal and washed coal analysis are accurate and representative of each respective coal seam, BOYD is confident that our assessment of the percentages of direct shop and clean coal to achieve an 8 percent product ash content, is reasonable and realistic.

## 1.8  Capital and Operating Costs

Since there is not a historical operating history for the Bishop Property, JLSM developed a cost model using their experience at other mines located in the region. BOYD was provided an advance copy of the internal JLSM financial model, which we reviewed and provided our suggestions for possible revisions and additions, as well as discussing JLSM rational for their other cost parameters. We were in general agreement with the final model except for some operating assumptions (e.g., equipment productivity, extent

of ROM coal requiring washing, etc.). which were incorporated into the BOYD Modified 15-Year Mine Plan.

The JLSM model assumes equipment already on site (including two 992 FELs, working with two 777s) will provide sufficient overburden stripping capacity to achieve the projected 8.7 million – 9.4 million BCY per year waste removal requirement. In BOYD's assessment, three 992/777s spreads, each equipped with three 777 rock trucks, are needed to meet annual overburden requirements. We also increased the operating schedule of the Bishop CPP to process the large increase in ROM coal requiring processing. Following are summaries of the two 15-year mine plans (Case 1: JLSM Internal Mine Plan and Case 2: BOYD Modified 15 Mine Plan),

|  | 15-Year Plan Totals | |
| --- | --- | --- |
|  | Case 1: JLSM Plan | Case 2: BOYD Modified |
| Production (tons-000) | | |
| Total ROM | 7,244.5 | 8,140.4 |
| Product | 6,440.3 | 5,008.1 |
| % Product | 88.9 | 61.5 |
| Revenue ($-millions) | 1,052.4 | 818.3 |
| $/Product ton | 163.40 | 163.40 |
| Cash Operating Cost ($ millions) | 384.0 | 480.3 |
| $/ROM ton | 52.92 | 59.00 |
| $/Product ton | 59.52 | 95.89 |
| Capital Expenitures ($-millions) | | |
| Initial | - | 4.0 |
| Sustianing | 19.3 | 19.0 |
|  | 19.3 | 23.0 |
| Pre-Tax Cash Flow ($-millions) | | |
| Gross | 669.0 | 338.1 |
| Net | 649.7 | 315.1 |
| $/Product Ton | | |
| Gross | 100.77 | 67.50 |
| Net | 97.77 | 62.91 |

## 1.9    Valuation

Based on the income (DCF-NPV) method of valuation and the BOYD Modified 15-year Mine Plans developed in this report, the value of the net cash flow developed under the BOYD 15-year mine plan is $143.1 million

The preceding values present the enterprise value of the BOYD Modified 15-year plan, including the coal reserves mined under the 15-year plans, and the FMVs of the existing equipment and Bishop plant facilities (all owned by JLSM).

The Base Case valuations are determined using a 13.5 percent annual discount rate, applied mid-year. The assigned discount rate includes an allowance (20 percent increase over the comparable after-tax rate) to account for state and federal income taxes.

To provide a probable range in value as a result of changes in discount rate, sales price, and operating cost, we performed a series of sensitivity calculations for the BOYD Modified 15-Year Mine Plan:

- Annual Discount Rate Variation

| NPV ($-millions) | 12% | 13.5% | 15% |
|---|---|---|---|
| | 153.7 | 143.1 | 133.8 |

- Operating Cash Cost and Sales Price (Revenue) Variation

| | | Sales Price | | |
|---|---|---|---|---|
| | | -10% | 0% | 10% |
| Op. Costs | -10% | 128.8 | 164.2 | 199.5 |
| | 0% | 107.8 | 143.1 | 178.5 |
| | 10% | 86.8 | 122.1 | 157.5 |

The sensitivity analysis demonstrates the economic viability of the BPA 15-year mine plan is robust (i.e., the reported total BPA reserves are economically recoverable).

### 1.9.1    Indicative Value of Total BPA

The BOYD Modified 15-Year Mine Plan only accounts for 32 percent of the total BPA estimated reserves and remaining reserves (10.7 million product tons) will have significant additional value. To estimate the indicative value of the total BPA property, BOYD divided the remaining reserves into two categories: (1) 2.5 million product tons

assumed to be integrated into the 15-year plan (increase annual product coal sales from 334,000 to 500,000 — via the addition of a fourth FEL/truck spread), and (2) the residual 8.2 million product tons projected to be mined after the 15-year plan.

On a total BPA basis, BOYD opines that the indicative value is $225.4 million.

| Reserve Category | Reserve Product Tons - millions | Indicative Valuation | | | |
| | | Total ($ - Millions) | Plant & Equipment ($ - Millions) | Coal | |
| | | | | $ - Millions | $/Product Ton |
| Case 2 - BOYD Modified 15-year Mine Plan | 5.0 | 143.1 | 18.0 | 125.1 | 24.98 |
| Expanded 15-Year Mine Plan | 2.5 | 53.7 | - | 53.7 | 21.48 |
| Contingency Additional Value of Excess Bishop Plant Capacity | - | 6.7 | 6.7 | - | - |
| Residual Reserves | 8.2 | 21.9 | - | 21.9 | 2.67 |
| Total | 15.7 | 225.4 | 24.7 | 200.7 | 12.78 |

## 1.10  Permitting Requirements

Several permits are required by federal and state law for surface mining, processing, and related activities at the Bishop Mine. BOYD reviewed available permits necessary support continued operations at the Bishop Mine. Such required permits appear to be valid and in good standing. The approved permits and certifications are adequate for the continued operation of the mine and processing facilities. New permits, permit revisions, and/or renewals may be necessary from time to time to facilitate future operations. Given sufficient time and planning, JLSM should be able to secure new permits, as required, to maintain its planned operations within the context of current regulations.

Mine safety is regulated by the U.S. Department of Labor's Mine Safety and Health Administration (MSHA). MSHA inspects the facilities a minimum of twice yearly

BOYD is not aware of any regulatory violation or compliance issue which would materially impact the reported frac sand reserves.

## 1.11 Conclusions

It is BOYD's overall conclusion that the estimates of coal reserves, as reported herein: (1) are supported by sufficient and reliable exploration data, and (2) are reasonably and appropriately supported by technical evaluations, which consider all relevant modifying factors. We are not aware of any other relevant data or information material to the Bishop Mine that would render this report misleading. Our conclusions represent only informed professional judgment.

Given the operating history and status of evolution, residual uncertainty (future risk) for this operation is considered minor under the current and foreseeable operating environment. It is BOYD's opinion that extraction of the coal reserves reported herein is technically, legally, and economically achievable after the consideration of potentially material modifying factors. The ability of JLSM, or any mine operator, to recover all the reported coal reserves is dependent on numerous factors that are beyond the control of, and cannot be anticipated by, BOYD. These factors include mining and geologic conditions, the capabilities of management and employees, the securing of required approvals and permits in a timely manner, future coal prices, etc. Unforeseen changes in regulations could also impact performance. None of the opinions presented herein are intended to represent that BOYD intends or is qualified to render opinions which are legal or accounting in nature.

q:\eng_wp\6008.001 justice low seam mining\wp\report\ch-1 – executive summary.docx

assumed to be integrated into the 15-year plan (increase annual product coal sales from 334,000 to 500,000 — via the addition of a fourth FEL/truck spread), and (2) the residual 8.2 million product tons projected to be mined after the 15-year plan.

On a total BPA basis, BOYD opines that the indicative value is $225.4 million.

| Reserve Category | Reserve Product Tons - millions | Indicative Valuation | | | |
|---|---|---|---|---|---|
| | | Total ($ - Millions) | Plant & Equipment ($ - Millions) | Coal $ - Millions | Coal $/Product Ton |
| Case 2 - BOYD Modified 15-year Mine Plan | 5.0 | 143.1 | 18.0 | 125.1 | 24.98 |
| Expanded 15-Year Mine Plan | 2.5 | 53.7 | - | 53.7 | 21.48 |
| Contingency Additional Value of Excess Bishop Plant Capacity | - | 6.7 | 6.7 | - | - |
| Residual Reserves | 8.2 | 21.9 | - | 21.9 | 2.67 |
| Total | 15.7 | 225.4 | 24.7 | 200.7 | 12.78 |

## 1.10  Permitting Requirements

Several permits are required by federal and state law for surface mining, processing, and related activities at the Bishop Mine. BOYD reviewed available permits necessary support continued operations at the Bishop Mine. Such required permits appear to be valid and in good standing. The approved permits and certifications are adequate for the continued operation of the mine and processing facilities. New permits, permit revisions, and/or renewals may be necessary from time to time to facilitate future operations. Given sufficient time and planning, JLSM should be able to secure new permits, as required, to maintain its planned operations within the context of current regulations.

Mine safety is regulated by the U.S. Department of Labor's Mine Safety and Health Administration (MSHA). MSHA inspects the facilities a minimum of twice yearly

BOYD is not aware of any regulatory violation or compliance issue which would materially impact the reported frac sand reserves.

## 1.11  Conclusions

It is BOYD's overall conclusion that the estimates of coal reserves, as reported herein: (1) are supported by sufficient and reliable exploration data, and (2) are reasonably and appropriately supported by technical evaluations, which consider all relevant modifying factors. We are not aware of any other relevant data or information material to the Bishop Mine that would render this report misleading. Our conclusions represent only informed professional judgment.

Given the operating history and status of evolution, residual uncertainty (future risk) for this operation is considered minor under the current and foreseeable operating environment. It is BOYD's opinion that extraction of the coal reserves reported herein is technically, legally, and economically achievable after the consideration of potentially material modifying factors. The ability of JLSM, or any mine operator, to recover all the reported coal reserves is dependent on numerous factors that are beyond the control of, and cannot be anticipated by, BOYD. These factors include mining and geologic conditions, the capabilities of management and employees, the securing of required approvals and permits in a timely manner, future coal prices, etc. Unforeseen changes in regulations could also impact performance. None of the opinions presented herein are intended to represent that BOYD intends or is qualified to render opinions which are legal or accounting in nature.

q:\eng_wp\6008.001 justice low seam mining\wp\report\ch-1 - executive summary.docx

## 2.0  INTRODUCTION

### 2.1  Registrant

JLSM is a West Virginia corporation formed in 2008 to own and operate certain mining operations located in McDowell County, West Virginia and Tazewell County, Virginia, near the town of Beckley. JLSM, and its wholly owned subsidiary, CLH, own in fee surface and coal mineral rights which include the P8 and overlying coal seams to approximately 6,300 acres referred to as the Bishop (a.k.a., Miles Branch) Property. This TRS is limited to the permitted portion of the Bishop Property, 1,257 acres located on the eastern side of the property referred to as BPA.

JLSM is part of the Justice family group of coal holdings. The Justice family has an established history of owning, developing, and operating numerous coal mining properties, mines, and associated facilities located in the CAPP region.

### 2.2  Purpose and Terms of Reference

JLSM initially retained BOYD in early 2023 to review and opine on the coal resources and reserves owned by JSLM on the Bishop Property. We were provided an internally prepared geologic model and a copy of an August 12, 2022, third party consultant draft report which opined on the reasonableness of a JLSM 10-year surface mine plan (which has been subsequently revised). While our initial study confirmed the internal coal resource (reserve) estimate of JLSM (assuming the assumptions and parameters used by JLSM were correct) and concluded the property was underlain by 58 million to 71 million in-place tons of surface mineable coal, BOYD identified the absence of necessary coal quality sampling and testing as a critical deficiency. Following the submission of our summary letter report on March 6, 2023, BOYD's work was suspended.

We were re-engaged in June of 2024 to initially provide recommendations on a core drilling and coal quality testing program aimed at obtaining necessary data to define the quality of the coal within the Bishop Property. The scope of the program was later revised by JLSM to a 10-drill core hole program (with an additional hole later added) on the permitted portion of the property. JLSM staff and management were responsible for hiring qualified firms to conduct the core drilling, coal quality testing, and field supervision of all work. The completion of this program (drilling and coal quality testing) extended into December of 2024. During November and December of 2024, BOYD was

provided progress updates as well as working drafts of the internal JLSM financial model that JLSM intended to use to develop their economic projections to accompany a new 15-year mine plan (which was subsequently developed by JLSM following completion of the 2024 exploration program).

The scope of this report is for BOYD to complete a TRS in accordance with S-K 1300 reporting standards, addressing the tonnage, quality, and economics of surface mining coal reserves located within the defined JLSM 15-year mine plan areas, which are located within the existing JLSM permitted portion of the larger Bishop Property. By inference, we assume that the 15-year mine plan economic analysis is representative of (applicable to) the overall permitted area, and our TRS includes estimates of reserves in this larger area. While there are substantial additional coal tons (resources) in the portion of the Bishop Property located outside the existing permits, this area has not been core drilled and tested to define the site-specific qualities of the coals (and is not included in our coal reserve estimate).

In order to expedite our work, JLSM provided us their updated internally developed geologic model, including the underlying lithologic and coal quality databases, as well as their internally prepared 15-year mine plan with annual production and financial projections (revenue, capital and operating cash cost, and free cash flow).

BOYD's estimates, opinions, and conclusions are based on our detailed review of the available supporting geologic, technical, and economic information provided by JLSM, which were used in formulating the estimates of coal resources and coal reserves disclosed in this report. We independently audited JLSM's internally prepared coal reserves estimates using exploration information provided by JLSM or by third-party experts engaged by JLSM. We employed standard engineering and geoscience methods, or a combination of methods, that we considered to be appropriate and necessary to establish the conclusions set forth herein. As in all aspects of mining property evaluation, there are uncertainties inherent in the interpretation of engineering and geoscience data; therefore, our conclusions necessarily represent only informed professional judgment.

The ability of JLSM, or any mine operator, to recover all the estimated coal reserves presented in this report is dependent on numerous factors that are beyond the control of, and cannot be anticipated by, BOYD. These factors include mining and geologic conditions, the capabilities of management and employees, the securing of required approvals and permits in a timely manner, future coal prices, etc. Unforeseen changes in regulations could also impact performance. Opinions presented in this report apply to the

site conditions and features as they existed at the time of BOYD's investigations and those reasonably foreseeable.

This report is intended for use by JLSM, subject to the terms and conditions of its professional services agreement with BOYD. We also consent to JLSM filing this TRS with the SEC pursuant to S-K 1300. Except for the purposes legislated under US securities law, any other uses of or reliance on this report by any third party is at that party's sole risk.

## 2.3   Expert Qualifications

BOYD is an independent consulting firm specializing in mining-related engineering and financial consulting services. Since 1943, BOYD has completed over 4,000 projects in the United States and more than 90 other countries. Our full-time staff comprises experts in: civil, environmental, geotechnical, and mining engineering; geology; mineral economics; and market analysis. Our extensive experience in coal resource and reserve estimation and our knowledge of the subject property provides BOYD an informed basis to opine on the coal resources and coal reserves available at the Bishop Property. An overview of BOYD can be found on our website at www.jtboyd.com.

The individuals primarily responsible for the preparation of this report and the estimates of coal reserves presented herein are by virtue of their education, experience, and professional association considered qualified persons (QPs) as defined in S-K 1300. The lead project team members include Gregory M. Stanish, BOYD's Director of Geological Services, and Ronald L. Lewis, Managing Director and Chief Operating Officer. Resumes for Messrs. Stanish and Lewis are available upon request.

Neither BOYD nor its staff employed in the preparation of this report have any beneficial interest in JLSM, and are not insiders, associates, or affiliates of JLSM. The results of our assignment were not dependent upon any prior agreements concerning the conclusions to be reached, nor were there any undisclosed understandings concerning any future business dealings between JLSM and BOYD. This report was prepared in return for fees based on agreed-upon commercial rates, and the payment for our services was not contingent upon our opinions regarding the project or approval of our work by JLSM and its representatives.

## 2.4    Principal Sources of Information

The information, estimates, opinions, and conclusions presented herein are informed by: (1) data, reports, and other information provided by JLSM; (2) discussions with JLSM personnel; (3) records on file with regulatory agencies; (4) data, reports, and other information from public sources, and (5) nonconfidential information in BOYD's possession.

The following information was provided by JLSM:

- A geologic model and supporting files, prepared internally by JLSM, utilizing Carlson Software. Carlson Software is a geologic modeling and mine planning software suite that is widely used and accepted by the mining industry.
- Summary Memo of the 2024 Bishop Exploration Campaign prepared by Groff Engineering & Consulting PLLC, dated November 25, 2024.
- Mile Branch Mine – Mine Plan Reasonableness Review, completed by Weir International, Inc., Draft Report dated August 12, 2022.
- Exploration records (e.g., drilling logs, geophysical logs, and lab quality testing sheets) for the 2024 Exploration Program.
- Mapping data, with:
    - Land ownership boundaries.
    - Infrastructure locations.
    - Easement and right-of-way boundaries.
- Overview of processing operations, including copies of the original plant flow sheets.
- JLSM Financial Model.
- Historical production information.
- Copies of mining and operating permits.
- October 2024 Global metallurgical coal short-term outlook, presentation by Wood Mackenzie.

Topographic (i.e., surface elevation) survey data were obtained from a combination of provided drone surveys completed by JLSM and the U.S. Geological Survey's 3D Elevation Program. Aerial imagery was obtained from the U.S. Department of Agriculture's National Agriculture Imagery Program and the European Commission's Copernicus Sentinel Data and Information Program.

Any other information from sources external to BOYD and/or JLSM is referenced accordingly.

The data and workpapers used in the preparation of this report are on file in our offices.

### 2.4.1 Personal Inspections

A site visit and inspection of the Bishop Property, CPP, and rail loadout facilities were completed on November 7 – 8, 2024, by BOYD's QPs responsible for the preparation of this report. The site visit included field tours of the: (1) former and active mining areas, (2) mine site's surface infrastructure, and (3) coal processing plant and rail load-out. BOYD's representatives were accompanied by senior JLSM operations personnel who openly and cooperatively answered questions regarding but not limited to: site history; deposit geology; mining and processing operations; and mining plans.

### 2.4.2 Reliance on Information Provided by the Registrant

In the preparation of this report, BOYD has relied, exclusively and without independent verification, upon information furnished by JLSM with respect to:

- Property title and related information.
- Permits and associated bond amounts.
- Mine closure requirements and reclamation liability estimates.
- 2024 Exploration Program drilling records and laboratory coal quality testing reports.
- Market overview.
- Product specifications.
- Listing and summary of JLSM owned equipment.

Our opinions and conclusions regarding this information are provided in the relevant sections of this report.

### 2.4.3 Verification of Information

BOYD exercised due care in reviewing the information provided by JLSM within the scope of our expertise and experience (which is in technical and financial mining issues) and concluded the data are reasonable and reliable considering the status of the subject property and the purpose for which this report was prepared.

We have no reason to believe that any material facts have been withheld or misstated, or that further analysis may reveal additional material information. However, the accuracy of the results and conclusions of this report are reliant on the accuracy of the information provided by JLSM. While we are not responsible for any material omissions in the information provided for use in this report, we accept responsibility for the disclosure of information contained herein which is within the scope of our expertise.

### 2.4.4 Other Relevant Data and Information

BOYD is not aware of any additional information that would materially impact the coal resource and coal reserve estimates reported herein.

## 2.5 Report Version

The effective (i.e., "as of") date of this TRS is November 30, 2024. The estimates of coal resources and coal reserves and supporting information presented in this report are effective as of November 30, 2024.

To our knowledge, this is the first TRS completed for the permitted portion or the total Bishop Property. The user of this document should ensure that this is the most recent disclosure of coal resources and coal reserves for the Bishop Property study area, as it is no longer valid if more recent estimates are available.

## 2.6 Units of Measure

The US customary measurement system has been used throughout this report. Unless otherwise stated:

1. Tons are short tons of 2,000 pounds-mass.
2. Currency is expressed in US Dollars ($).
3. Sales prices are at the mine gate (i.e., undelivered).
4. Historic prices and costs are presented in nominal (i.e., unadjusted) dollars.
5. Future dollar values are expressed on a constant (i.e., unescalated) basis as of the effective date of this report.

q:\eng_wp\6008.001 justice low seam mining\wp\report\ch-2 - introduction.docx

## 3.0 PROPERTY OVERVIEW

### 3.1 Description and Location

The BPA encompasses approximately 1,257 acres of fully owned and permitted surface and coal mineral rights, as well as a CPP, rail loadout facility, and other ancillary facilities, such as a mine office and maintenance and supplies facilities. Figure 3.1, following this text, shows the general layout of the Bishop Property and the BPA, including current and former mining pits. JLSM has intermittently produced limited tonnages of coal products from the BPA that have been sold into the global coal markets.

The Bishop Property lies approximately 75 miles south of Charleston, West Virginia, situated on the north side of Virginia State Route 641 and southwest of West Virginia Route 16. The subject BPA straddles the Virginia-West Virginia state line, having permitted surface mining areas and refuse areas located in both states. Geographically, the BPA CPP is located at approximately 37° 12' 41" N latitude and 81° 34' 2" W longitude. Figure 1.1 (page 1-2) illustrates the general location of the Bishop Property.

### 3.2 History

#### 3.2.1 Prior Reports

Prior to JLSM's acquisition of the Bishop Property in 2011, the Bishop Property was a portion of the much larger (nominal 110,000–acre) Amonate coal holdings of CONSOL. To our knowledge, CONSOL did not prepare or have a separate coal resource or coal reserve estimate for the Bishop Property.

As part of the source data provided by JLSM for purposes of this report, BOYD was provided a copy of an August 12, 2022, Draft Report prepared by Weir International, Inc. (Weir) for JLSM on the Bishop Property (a.k.a., Miles Branch Property). The purpose of the 2022 Weir Report was to opine on the reasonableness of JLSM's circa 2022 10-year surface mine plan.

Except for Weir's general conclusion that the internal JLSM reserve estimate and corresponding mine plan were reasonable, the 2022 Weir Report has little relevance regarding the present assignment for the following reasons:

- Weir clearly states that their tonnage estimates were not intended to be compliant with S-K 1300 requirements.

- The subject 10-year mine plan was based on a nominal 1.5 million ROM tons per year production schedule (1.35 million product tons per year), recovering an estimated 15.4 million ROM tons over the 10-year period.

- While the mine focused on areas currently under permit, it assumed the adjacent non-permitted areas would be added to the existing permits during the third year and after the fifth year of the mine plan.

- Similar to JLSM's current surface mining plan, the level of mine planning is conceptual and the Weir 2022 mine plan utilized more (i.e., five) spreads of larger capacity overburden stripping equipment in accordance with the substantially higher level of annual production.

### 3.2.2 Background

Based on available information, the Bishop Property was previously owned by CONSOL since approximately 1921. Available exploration records completed by CONSOL date to at least the early 1970's. There was not any known coal mining or production undertaken in the P8 and overlying coal seams on the Bishop Property while under the control of CONSOL.

JLSM acquired the Bishop Property from CONSOL in 2011, per the provided deed agreement (dated December 28, 2011), and began further development of the property by constructing a CPP and rail loadout facility on the eastern extents of the property between 2012 – 2015. An infill exploratory core drilling and sampling campaign was recently completed in late 2024. Since beginning development of the Bishop surface mine, JLSM has only conducted limited mining and production. In late 2024, JLSM began relocating equipment on the Bishop Property and completed rehabilitation on the CPP and other facilities in anticipation of resuming production.

### 3.3 Property Control

The BPA is comprised of approximately 1,257 acres of surface rights and coal mineral rights owned in fee for the P8 and overlying coal seams present within the subject property's boundaries.

The BPA is contiguous, with structural features, such as seam outcrops and a series of faults located on the southeastern portion of the property, limiting the extents of the mineable coal within the property boundary.

It is BOYD's understanding that JLSM owns the Bishop Property in fee and there are no royalties, overriding or limited royalties, working interests, production payments, net

profit interests, or other mineral interests (in the P8 Seam and above) owned or payable to any third party.

## 3.4    Adjacent Properties

Numerous surface and underground coal mining operations have produced coal in the immediate vicinity of the BPA, as the CAPP area has a long-standing history of coal mining. A summary of recent and/or currently operating coal mining operations located in McDowell County, West Virginia and Tazewell County, Virginia is presented below.

### 3.4.1    McDowell County, West Virginia Coal Mining Operations

Current coal mining operations in McDowell County, West Virigina include Ramaco Resources, Extra Energy, Raw Coal Mining Company, and Skyway Strip with various active surface and underground mining permits currently in place.

Justice, et.al., also owns the idled Red Fox surface mining operation just east of the JLSM Bishop Operation Complex as well, having operated Red Fox from 2001-2017, producing approximately 1.0 million tons per year. Justice notes the Red Fox surface mining operation produced coal product from the same coal seams that are present within the BPA.

### 3.4.2    Tazewell County, Virginia Coal Mining Operations

Ramaco Resources currently operates multiple surface mining operations and an underground mine, while Extra Energy, Inc. operates two surface mines located in Tazewell County, according to recent the Mining Safety and Health Administration's (MSHA) Mine Data Retrieval System (MDRS).

There is no information used in this report that has been sourced from these adjacent properties.

## 3.5    Regulation and Liabilities

Coal mining and related support activities at the Bishop Operation are subject to various federal, state, and local environmental regulations. The more significant federal laws include:

- Clean Air Act
- Clean Water Act
- Surface Mining Control and Reclamation Act

- Endangered Species Act
- National Environmental Policy Act
- Comprehensive Environmental Response, Compensation, and Liability Act
- Resource Conservation and Recovery Act

Operations must comply with other state, federal, and local environmental laws in addition to those listed above. These laws include, for example, the Safe Drinking Water Act, the Emergency Planning and Community Right to Know Act, the Toxic Release Inventory, and the rules governing the use and storage of explosives regulated by the U.S. Bureau of Alcohol, Tobacco, and Firearms and the Department of Homeland Security.

As mandated by these laws and regulations, numerous permits are required for surface mining, coal preparation and related facilities, and other incidental activities. JLSM reports that necessary permits are in place or applied for to support current operations. New permits or permit revisions may be necessary from time to time to facilitate future operations. Given sufficient time and planning, JLSM management has stated that the company should be able to secure amendments to existing permits or obtain new permits, as required, to maintain its planned operations within the context of the current regulations.

Permits generally require that the permittee post a performance bond in an amount established by the regulatory program to: (1) provide assurance that any disturbance or liability created during mining operations is properly mitigated; and (2) assure that all regulation requirements of the permit are fully satisfied. JLSM reports holding approximately $7.3 million in surety bonds to cover its obligations relating to mining and reclamation, mine subsidence, stream restoration, water loss, and dam safety. This level of bonding will increase over the life of the operations.

Regular inspection of the mines and related facilities are conducted by the Mine Safety and Health Administration (MSHA) for health and safety compliance. On finding any violation of a health or safety standard, an inspector will issue a citation that specifies the standard violated and evaluates the gravity of the violation by several factors, including likelihood of injury. Any infraction that is reasonably likely to result in a serious injury or illness, or is caused by the operator's unwarrantable failure to comply with regulatory requirements, will carry additional fines and could result in temporary closure. Typically, the civil penalties for regular assessments are not considered material.

BOYD is not aware of any prohibition of mining and processing activities for the BPA. However, the reported coal reserves may be materially impacted by: JLSM's failure to

comply with permit conditions and rules; delays in obtaining required government or other regulatory approvals or permits; JLSM's inability to obtain such required approvals or permits; or changes in governmental regulations.

Continuously increasing efforts are required to obtain permits for surface coal mining and related activities in West Virginia and Virginia. The primary contributing factors are related to waste rock (overburden and interburden) storage areas in the form of valley fills, and the ability to permit coal processing waste refuse sites.

To the extent known to BOYD, there are no violations, fines, liens, or other significant factors and risks that may affect access, title, or the right or ability to perform work on the BPA.

## 3.6   Accessibility, Local Resources, and Infrastructure

JLSM's BPA is located in a rural region of southern West Virginia and western Virginia. The surrounding area has a well-established history of coal mining and agricultural development. The nearest major city, Charleston, West Virginia, has a population of nearly 47,000 according to the 2023 U.S. Census population estimate, with counties surrounding the BPA having a total population of approximately 140,000.

Run-of-mine (ROM) coal mined from the BPA is trucked from the mine to the on-site Bishop CPP/coal handling facility and either: 1) direct shipped as a ROM mid-vol coal product, or 2) transported to the plant raw coal truck dump for discharge onto conveyors that feed the CPP for coal processing. Depending on quality of the various coals, the direct ship and washed coal products can be sold on a stand-alone basis or the two products blended. The saleable coal product may be loaded onto highway trucks or belted to JLSM's rail loadout facility, which has a 110-car loading capacity on a Norfolk Southern Railroad (NSRR) rail spur for transport to domestic customers or to NSRR's Baltimore ports for export.

Several regional airports are located within a 1 – 2 hour's drive from the BPA, with the West Virginia International Yeager Airport located in Charleston, West Virginia, approximately 2.5 hours north by car.

Reliable sources of electrical power, water, supplies, and materials are readily available. Electrical power is provided to the operation by regional utility companies. Water is supplied by a private water gathering and transportation network, surface impoundments, and water wells. JLSM also controls water rights to the underlying P3

mine workings, and the CPP is designed to recycle clarified water from the thickener to use as process water.

## 3.7 Physiography

The BPA lies within the Appalachian Plateaus physiographic province of West Virginia and Virginia. Overlying terrain consists of steeply sloping hills, with approximately 1,200 ft of relief across the property. Surface elevations range from 1,600 ft along the Tug Fork, south of Vallscreek, West Virginia, to above 2,800 ft on some of the subject property's southern hilltops. Numerous streams traverse the surface of the subject property, which flow to the Tug Fork.

Land use within the area of the BPA consists predominantly of mixed forest and pastureland interspersed with low-density (rural) residential areas.

## 3.8 Climate

Climate in the BPA area is typical for southern West Virginia, with four distinct seasons: cold winters, relatively hot and humid summers, and generally mild fall and spring. Skies are predominantly partly cloudy through most of the year, and temperatures will typically vary from the low 20s during the winter months, to the mid-to-upper 80s during the summer months. Temperatures rarely fall into single-digit lows or reach highs above the 90s.

The hot season lasts from early-June to late-September, with an average daily high temperature of approximately 83°F in the month of July. The cool season lasts from late-November to late-February, with an average daily low temperature of 23°F in the month of January.

Annual precipitation in the area varies from year to year, but generally averages around 43 inches of rain with an average snowfall totaling 21 inches.

In general, the operating season for the BPA is year-round. Adverse weather conditions seldom restrict or interfere with the mining, processing, and loading operations. However, extreme weather conditions may temporarily impact operations. Periodic flooding of low-lying areas may be possible during heavy rainfall events.

Following this page is Figure 3.1, map of the Bishop Property showing the extent of the permitted area, past and proposed (15-year mine plan) mining areas, and the general location of the surface facilities.

q:\eng_wp\6008.001 justice low seam mining\wp\report\ch-3 - property description.docx



FIGURE 3.1

MAP SHOWING

SITE LAYOUT

BISHOP PROPERTY

McDowell County, West Virginia
and Tazewell County, Virginia

Prepared For

JUSTICE LOW SEAM MINING, INC.

John T. Boyd Company

January 2025
Scale 1" = 2,000'

Legend

Permitted Property
Drill Hole Locations
Cross Section Location - See Figure 4.3 For Detail
15 Year Mine Plan Areas
NS — Norfolk Southern Railroad
Roads

SCALE (ft)
0    1000    2000

# 4.0 GEOLOGY

## 4.1 Regional Geology

The Bishop Property is located within the Appalachian Basin, an oblong sedimentary basin which extends from central Alabama to central New York State. The Appalachian Basin spans an area of about 185,000 square miles, with a length of around 1,075 miles, consisting of Paleozoic sedimentary rocks, dating from the Early Cambrian through the Early Permian periods.

The Appalachian Basin has informally been subdivided into three coal regions—the northern, central (CAPP), and southern Appalachian Basin coal regions—based on characteristics of the sediments and the coals that are found there. The three coal regions contain both formal and informal coal fields. Physiographically, the Appalachian Basin is divided into four distinct provinces, which from east to west are: the Piedmont, the Blue Ridge, the Valley and Ridge, and the Appalachian Plateaus.

The Bishop Property is located within, and on the eastern margin of, the CAPP coal region of southern West Virginia and western Virginia, just west of where the Appalachian Plateaus province and the Valley and Ridge province converge. Regional structure within the plateaus province generally consists of gently folded strata resulting from the formation of the nearby Cumberland Mountain Range. The primary structural features within the region are the St. Clair thrust fault, and the Dry Fork Anticline, both trending northeast-southwest, running parallel to one-another, approximately from Buchanan County, Virginia into Mercer County, West Virginia. Throughout most of the region, strata located west of the Valley and Ridge dip between 1 to 2 degrees, although localized more steeply dipping strata may be present. East of the Valley and Ridge province, strata exhibit more intense folding through the prominent parallel valley and ridge structures. There, thrust faulting occurs within the western edges of the ridges with many of the coal beds exhibiting faulting and more moderate to steep dipping beds.

Near-surface bedrock lithologies within this region of the CAPP consists of Pennsylvanian Age Pottsville Group lithologies, characterized predominantly by sandstone beds with subordinate shale, mudstone, and coal intervals. There are over 30 regionally identified coal seams, with at least 20 of these coal seams having been mined to some degree in the past. Coals produced from this region are bituminous in rank, and are generally considered to be high-grade coals, whether they are being sold into the steam or met coal markets.

## 4.2　Local Geology

### 4.2.1　General Stratigraphy

Pennsylvanian Age sedimentary strata of the Pottsville Group comprise the surficial stratigraphic units located within the boundaries of the BPA. More specifically, the strata overlying the BPA consist of clastic sandstones with subordinate amounts of shale and coals belonging to the New River Formation.

The P8 Seam is the basal unit of the New River Formation and is the lowest seam owned by JLSM, marking the lower-most extent of the surface minable coal seams in the BPA. Drilling completed on and around the subject property indicates a total of 12 surface mineable coal seams being present, many of which exhibit multiple splits or plies, where the main seam has been separated by deleterious intervals of rock as the coal was being deposited.

The stratigraphic relationships between the regional and local lithologies are presented in Figure 4.1.

| System | Group | Formation |
|---|---|---|
| Pennsylvanian | Pottsville | Kanawha |
| | | New River |
| | | Pocahontas |

**Figure 4.1: Generalized Stratigraphic Chart, Southern West Virginia**

A generalized stratigraphic section showing the relationships between the local coal seams is presented in Figure 4.2, and a cross section through the center of the BPA is shown in Figure 4.3, each following this text.

### 4.2.2　New River Formation

The New River Formation is comprised predominantly of sandstones with grey/dark-grey shale beds, siltstones, and coals. The major coal beds, which are often recorded in the New River Formation, range from the upper Pocahontas series of coal seams (P8 - P11), the Fire Creek, War Creek, Raleigh, Seaboard, and Sewell seams and their various splits and riders. In total, the New River Formation contains approximately 20 known coal beds. In the immediate study area, the thickness of the New River Formation increases (from the northern portion of West Virginia) to reach over 900 ft thick locally, near the town of Bishop.

### 4.3    Bishop Property Coal Seam Geology

The P8 and P9 coal seams comprise the predominant surface mineable coal seams of economic interest within the extents of the BPA. However, mining and processing of the additional overlying coal seams allow blending of the various coals to meet target qualities and help reduce overall strip ratios and associated mining costs for the JLSM 15-year mining plan.

Numerous coal benches and seam splits are present throughout the BPA. While BOYD normally uses a minimum mineable coal seam (coal bench) thickness of 1.0 ft in similar operations, JLSM reported their success of historically mining to a minimum coal thickness of 0.5 ft.

The following section briefly discusses the characteristics of the coal seams that have been encountered during the exploration campaigns completed on and around the BPA. The seams are discussed in ascending stratigraphic order.

#### 4.3.1    Lithology

##### 4.3.1.1    Pocahontas No. 8 (P8) Seam

The P8 Seam is the basal member of the New River Formation, and the lowest (stratigraphically) coal seam that is controlled by JLSM.

The P8 Seam generally occurs as one to four benches of coal totaling between 1.4 ft to 7.9 ft of coal. The P8 splits, in depositional order are: P8 Lower Leader, P8 Lower, P8 Main Bench, and P8 Rider. The separation between the various P8 coal benches can vary from less than 1 ft to more than 60 ft locally. The main bench of the P8 Seam is generally the thickest and most consistent bench within the BPA.

##### 4.3.1.2    Pocahontas No. 9 (P9) Seam

The P9 Seam generally occurs as one to four benches of coal, with localized additional coal seam separations, totaling 1.6 ft to 6.7 ft of coal. The P9 splits present in the BPA, in depositional order, are: P9 Lower – Bottom Split, P9 Lower – Top Split, P9 Bottom Split, and P9 Main Split. Separation between the various P9 benches can vary from less than 1 ft to over 30 ft. The P9 Lower Top Split tends to be the thickest and most consistent interval of P9 coal within the BPA.

##### 4.3.1.3    Lower Horsepen (LH) Seam

The LH Seam occurs in three main benches of coal totaling approximately 0.7 ft to 2.1 ft thick. The LH splits present in the BPA, in depositional order are: LH Bottom Split, LH Middle Split, and LH Top Split. Separation between the LH coal beds varies from less

than 1 ft to more than 24 ft, with the bottom split generally being the most consistent in the study area.

### 4.3.1.4 Pocahontas No. 10 (P10) Seam

The P10 Seam generally occurs as a main bench (P10) and a separate rider seam (P10-R) which totals between 1.5 ft to 4 ft of coal. Both benches may split and converge throughout portions of the BPA, however the P10 bench is relatively consistent in deposition, with thickness generally ranging from 0.5 ft to 2.8 ft when exhibited as a single bench. Separation between the P10 and P10-R may vary from approximately 10 ft to 70 ft apart.

### 4.3.1.5 Pocahontas No. 11 (P11) Seam

The P11 Seam generally occurs as a main bench (P11) and a separate rider seam (P11-R) totaling approximately 1 ft to 2 ft of coal. The P11 is generally present as one split of coal, however the P11-R more often exhibits separation into at least two or three plies throughout the study area. Separation between the P11 an P11-R varies from 6 ft to 35 ft within the BPA.

### 4.3.1.6 Middle Horsepen (MH) Seam

The MH Seam is generally present as a single coal seam within the BPA, however localized splitting of the seam may occur. The MH coals exhibit a range of thickness within the BPA from approximately 0.9 ft to 1.5 ft of coal with generally less than 0.2 ft of parting between splits.

### 4.3.1.7 Upper Horsepen (UH) Seam

The UH Seam is generally present as two separate coal benches, a lower UH-1 and upper UH-2. Multiple splits are exhibited in each bench, with parting between the benches ranging from approximately 15 ft to 60 ft. The UH-1 ranges in total coal thickness from approximately 0.7 ft to 1.5 ft, and the UH-2 ranges in total coal thickness from approximately 1.4 ft to 2.2 ft.

### 4.3.1.8 Lower Seaboard (LSB) Seam

The LSB Seam is present primarily as a lower bench (LSB) and a rider bench (LSB-R) within the BPA. The lower bench exhibits coal thicknesses ranging from approximately 1.1 ft to 1.9 ft, with the LSB-R appearing 16 ft to 30 ft above the lower bench with coal thickness ranging from approximately 1.1 ft to 1.4 ft.

4.3.1.9    Sewell (SEW) Seam

The SEW Seam occurs locally as one coal bench totaling 1.9 ft to 3.2 ft of coal with a parting of 1.0 ft recorded in only one intercept.

4.3.1.10    Greasy Creek (GC) Seam

The GC Seam is present as a main bench (GC) and rider seam (GC-R) that both exhibit splitting with between 50 ft to 80 ft of separation between benches. The GC ranges in total coal thickness from approximately 1.5 ft to 2.9 ft, while the GC-R generally ranges in total coal thickness from approximately 0.2 ft to 1.1 ft.

4.3.1.11    Upper Seaboard (USB) Seam

The USB Seam was only intercepted in one drill hole (BH-02) during the 2024 campaign and is not currently considered to be an economically mineable coal seam within the BPA.

4.3.1.12    Tiller (TLR) Seam

The TLR Seam only occurs in areas surrounding the BPA and is only present in very small and isolated hilltops. The TLR is stratigraphically the highest coal seam present in the surrounding Bishop Property, and no occurrences of the TLR were recorded in the drilling completed within the BPA boundaries. As such, the TLR is not considered to be an economically mineable coal within the BPA.

### 4.3.2  Structure

The BPA is located to the west of the Valley and Ridge province, within the Appalachian Plateaus province of the CAPP coal mining region. Various folds and faults have been mapped within the area but result in relatively minimal disturbance to the surface mineable coal beds within the BPA. Instead, much of these coal beds are primarily limited by seam outcrops throughout the steep surface relief. The Boissevain Fault is located on the extreme southeastern portion of the Bishop Property, beyond minable coal areas of the BPA.

General coal seam structure within the BPA consists primarily of gently rolling surface mineable coal beds that have been minimally disturbed when compared to the more extensive folding and faulting found to the east in the Valley and Ridge. The surface mineable coal seams within the BPA generally dip at less than 1 degree to the south-southwest, however isolated folding along ridges may exhibit increased dips.

Coal Seam

| | |
|---|---|
| (TLR) | Tiller |
| (USB) | Upper Seaboard |
| (GC-R) | |
| (GC) | **Greasy Creek** |
| (SEW) | **Sewell** |
| (LSB-R) | |
| (LSB) | **Lower Seaboard** |
| (UH1, UH2) | **Upper Horsepen** |
| (MH1) | **Middle Horsepen** |
| (P11-R) | |
| (P11) | **Pocahontas No. 11** |
| (P10-R) | |
| (P10) | **Pocahontas No. 10** |
| (LH-TS, LH-MS, LH-BS) | Lower Horsepen |
| (P9-MS, P9-BS) | |
| (P9L-TS, PPL-BS) | **Pocahontas No.9** |
| (P8-R) | |
| (P8-M) | **Pocahontas No.8** |
| (P8L, P8L-LDR) | |

PENNSYLVANIAN SYSTEM

NEW RIVER FORMATION

**FIGURE 4.2**

GENERALIZED STRATIGRAPHIC SECTION

BISHOP PROPERTY

McDowell County, West Virginia
and Tazewell County, Virginia

Prepared For

**JUSTICE LOW SEAM MINING, INC.**

 John T. Boyd Company

January 2025
No Scale

Q:\CAD_GROUP\6008.001\FIGURE 4_2.DWG



FIGURE 4.3

CROSS SECTION A - A'

BISHOP PROPERTY

McDowell County, West Virginia
and Tazewell County, Virginia

Prepared For

JUSTICE LOW SEAM MINING, INC.

Scale: Horizontanl  1"=1000'
Vertical  1"=250'
Vertical Exaggeration 4x

(JTB) John T. Boyd Company

January 2025
Scale as Shown

# 5.0   EXPLORATION  DATA

## 5.1   Exploration Programs

Available exploration records completed in and around the Bishop Property provide the primary data used to evaluate the coal resources on the subject property. Maps illustrating the extent of coal seams (outcrops) together with available electronic copies of original drilling and sampling data were provided by JLSM for our review.

To date, a series of at least three different periods of exploration work have been completed on and around the Bishop Property. These exploration campaigns were at successive stages of developing the subject property to obtain information relating to the underlying coal resources.

### 5.1.1   CONSOL Exploration

The initial series of exploration work completed on the Bishop Property was performed by CONSOL, as they owned the property from approximately 1920 to 2011.

CONSOL drilling records provided by JLSM consisted of electronic versions of drilling logs from drill holes that CONSOL completed between the mid-1970s through the mid-1980s, which covered much of the Bishop Property (including the BPA). Drilling records indicate that CONSOL completed a total of 25 drill holes throughout the extents of the Bishop Property (which surrounds the BPA) from approximately 1976 through 1985.
Exploration reports from CONSOL were not able to be located for review, however, drilling records with lithologic descriptions and depths from these drill holes were provided by JLSM to BOYD for review, however, no detailed records nor coal quality testing results were able to be located by JLSM from CONSOL's exploration campaigns.

### 5.1.2   Initial Justice Exploration and Sampling

Prior to completing the 2024 BPA exploration campaign, there was little site specific coal seam quality information available for the upper coal seams on the Bishop Property. In March 2017, Justice completed a coal seam sampling and testing program on the overall Bishop Property, where one sample was taken from each coal seam, and the quality of

the coal portion (excluding in-seam parting) was analyzed on a raw coal basis with the following reported results:

**Table 5.1 – 2017 Bishop Property Coal Quality**
**Sampling Results**

| | Average Coal Quality (Raw, Dry Basis) | |
| Seam | Ash | Sulfur |
| --- | --- | --- |
| Greasy Creek (GC) | 9.01 | 0.92 |
| Sewell (SEW) | 4.92 | 0.89 |
| Lower Seaboard (LSB) | 7.03 | 0.93 |
| Upper Horsepen (UH) | 4.20 | 0.54 |
| Middle Horsepen (MH) | 8.22 | 1.01 |
| Pocahontas No. 11 (P11) | 5.68 | 0.67 |
| Pocahontas No. 10 (P10) | 4.97 | 0.71 |
| Lower Horsepen (LH) | 5.97 | 0.92 |
| Pocahontas No. 9 (P9) | 9.12 | 1.16 |
| Pocahontas No. 9L (P9L) | 27.93 | 1.09 |
| Pocahontas No. 8 (P8) | 4.22 | 0.67 |
| Pocahontas No. 8L (P8L) | 4.61 | 0.78 |
| Pocahontas No. 8LB (P8LB) | 4.42 | 0.73 |

To our knowledge, there is not any documentation for the sampling procedures, locations of the individual coal samples, thickness of the overall sample and coal sections tested, nor any information discussing which laboratory was used to complete this coal quality testing. The 2017 sampling and testing data generally confirm the favorable quality of the subject coal seams, but were judged to be inadequate for resource (and subsequent reserve) estimation and assessments, and for mine planning (i.e., product coal quality estimation) purposes.

### 5.1.3   2024 BPA Exploration Drilling and Sampling

To address the inadequate coal quality data issue, JLSM completed a core hole exploration and sampling campaign from June – December 2024. JLSM decided to focus exploration work to within the boundaries of the currently permitted portion of the Bishop Property, which comprises the subject BPA. In total, 11-core holes were completed in 2024 within the extents of the BPA.

Prior to commencing field work, BOYD advised JLSM on proposed drill hole locations, drilling techniques and necessary equipment, estimated total depths at each proposed location, and advised on proper coal sample handling and coal quality testing procedures. BOYD did not participate in the actual field work (which JLSM was responsible to complete), but BOYD representatives did observe work in progress during the final phase of field work.

To complete the 2024 exploration and sampling campaign, JLSM contracted a local third-party engineering and geology firm to direct field work, as well as two separate drilling contractors.

Groff Engineering & Consulting PLLC (Groff), from Mt. Sterling, Kentucky, provided an on-site geologist to oversee the drilling and sampling field work and complete geologic logging, photograph recovered core and obtain coal core samples for analysis. Groff's geologist was not present during the entirety of drilling activities, but reviewed recovered core that was boxed by the drillers at each location, cataloguing and documenting the strata and obtaining coal samples once drill holes were completed. We were advised that the drillers were careful to wrap any coal intercepts in plastic in order to preserve the condition of the obtained coal core intervals.

Triad Engineering, Inc. (Triad), Scott Depot, West Virginia provided additional on-site geologic support when needed and also provided drillers and drilling rigs to complete a majority of the diamond core drilling (eight of eleven core holes) throughout the duration of the 2024 BPA exploration campaign. Triad utilized two CME 55 continuous diamond core rigs with NQ-size (1.875" recovered core diameter) coring tools.

A second drilling contractor was also engaged by JLSM, Pinkerton Drilling, Inc. (Pinkerton), Catlettsburg, Kentucky, to expedite completion of the 2024 BPA exploration campaign. Pinkerton utilized an Ingersoll Rand rotary drilling rig outfitted with diamond core PQ-size (3.345" recovered core diameter) bits and barrels. Pinkerton completed drilling for three of the eleven drill holes (B-01, B-08, and B-11) during the 2024 campaign.

Drilling methodologies were consistent between both drilling contractors, where each rig advanced the coring bit, generally on 10-ft increments, to total depths drilled for each core hole. Retrieved core intervals were measured for recovery and RQD, with top and bottom depths noted on core boxes before the drillers boxed the recovered core. Boxed core was photographed and logged by an on-site geologist, who verified drilling depths while logging recovered core intervals. Special care was taken to describe and package recovered coal core intervals before delivering samples to designated analytical coal laboratories. The remaining boxed core intervals were placed in a secure storage container on the BPA property, located near the mine offices.

Prior to completing the 2024 campaign, JLSM had logs completed on five of the deep drill holes to verify coal thicknesses and help obtain additional data to aid with coal seam correlations prior to compiling a geologic database.

It should be noted that the exploration procedures recommended by BOYD were not consistently followed (e.g., on-site supervision by a qualified geologist was intermittent) and JLSM staff expressed some concern over the likely loss of core, quality of the geophysical logging, and inconsistencies between new and prior drilling results, drill records and geophysical logging reports, etc. These concerns, if found to be valid would be detrimental to the reported coal thicknesses, etc. However, BOYD used the information as provided and assumed it was accurate.

## 5.2   Coal Quality

### 5.2.1   Procedure

JLSM arranged all laboratory testing, provided copies of the coal quality laboratory reports to BOYD, and was responsible for compiling a coal quality database to be incorporated into the overall JLSM geologic model for the BPA.

In advance of the 2024 BPA exploration and sampling campaign, BOYD provided JLSM our recommended coal core sampling and handling guidelines. Analysis of the mineable coal seam samples obtained during the 2024 BPA exploration campaign consisted of conducting coal washability testing (proximate analysis) at specific gravities generally ranging between 1.40 SG FL to 1.70 SG FL. Lab testing sheets for 81 analyzed coal samples were provided to BOYD for review. Some of the tested coals consisted of various coal splits located in close proximity to thicker coal seams present on the subject property. Individual coal seam maps showing drill holes having analyzed coal samples are shown in Figures 6.2 – 6.11 (Chapter 6).

### 5.2.2   Coal Testing Laboratories

As the 2024 exploration campaign advanced, JLSM personnel transported the coal core samples to the contracted laboratories for preparation and analysis. JLSM contracted three separate coal laboratories to complete the proximate analyses run on the 2024 samples.

All three of the for coal testing laboratories are ISO/IEC 17025 Certified to perform various ASTM coal and coke mechanical and chemical testing. The following table

summarized the samples analyzed at each specific testing laboratory, and the location of the laboratory utilized.

| Laboratory | | Drill Hole Samples Analyzed |
|---|---|---|
| Name | Location | |
| Mineral Labs, Inc. | Salyersville, Kentucky | B1, B4, B9, B11 |
| Navana Labs Gallagher | Crab Orchard, West Viriginia | B2, B3, B5, B7, B10 |
| Precision Testing Laboratory | Daniels, West Virginia | B6, B8 |

Detailed coal preparation and handling procedures were requested by BOYD, however this information was not provided by JLSM. While this information would add context and clarity to the coal quality results presented in this report, the testing laboratories contracted by JLSM are accredited and certified to conduct the required coal analyses.

### 5.2.3   Future Testing

Although BOYD planned to have JLSM create composite samples to be analyzed for metallurgical coal properties (i.e., petrographics, fluidity, etc.), the time required to complete initial testing was longer than planned. We recommend coking coal testing be performed on either future drill core composite samples or using bulk samples obtained during initial mining.

### 5.2.4   Other Exploration Methods

To our knowledge, no other methods of exploration (such as airborne or ground geophysical surveys) have been completed on the Bishop Property.

## 5.3   Data Verification

For purposes of this report, BOYD did not verify historic drill hole data by conducting independent drilling in areas already explored. The 2024 exploration campaign served, to some extent, as a check on the existing geologic influencing the BPA deposit.

BOYD's efforts to judge the appropriateness and reasonability of the source exploration data included reviewing provided drilling logs and geophysical logs, checking seam correlations, reviewing sampling procedures and coal quality testing results, and discussing related aspects of the Bishop mine deposit and processing operations with Justice personnel throughout much of our review. Although some minor adjustments were made during BOYD's review of the available data, no material deficiencies were noted that may cause concern.

## 5.4 Adequacy of Exploration and Sampling Data

BOYD's review of the reported procedures and results indicate the exploration and sampling data obtained for the BPA were: (1) carefully and professionally collected, prepared, and documented in conformance with general industry standards, and (2) are appropriate for use of evaluating and estimating coal resources and coal reserves. Similarly, BOYD's review of the data provided by Justice suggests that the analyses completed are generally appropriate to determine coal seam quantities and qualities. As such, it is BOYD's opinion that the sampling data are also suitable for use in the estimation of coal reserves for the BPA mine plan.

q:\eng_wp\6008.001 justice low seam mining\wp\report\ch-5 - exploration.docx

# 6.0   COAL RESOURCES AND RESERVES

## 6.1   Applicable Standards and Definitions

Unless otherwise noted, coal resource and coal reserve estimates disclosed herein are completed in accordance with the standards and definitions provided by S-K 1300. It should be noted that BOYD considers the terms "mineral" and "coal" to be generally interchangeable within the relevant sections of S-K 1300.

Estimates of any mineral resources and reserves are always subject to a degree of uncertainty. The level of confidence that can be applied to a particular estimate is a function of, among other things: the amount, quality, and completeness of exploration data; the geological complexity of the deposit; and economic, legal, social, and environmental factors associated with mining the resource/reserve. By assignment, BOYD used the definitions provided in S-K 1300 to describe the degree of uncertainty associated with the estimates reported herein.

The definition of mineral (coal) resource provided by S-K 1300 is:

> *Mineral resource is a concentration or occurrence of material of economic interest in or on the Earth's crust in such form, grade or quality, and quantity that there are reasonable prospects for economic extraction. A mineral resource is a reasonable estimate of mineralization, taking into account relevant factors such as cut-off grade, likely mining dimensions, location or continuity, that, with the assumed and justifiable technical and economic conditions, is likely to, in whole or in part, become economically extractable. It is not merely an inventory of all mineralization drilled or sampled.*

Estimates of coal resources are subdivided to reflect different levels of geological confidence into measured (highest geologic assurance), indicated, and inferred (lowest geologic assurance). Please refer to the Glossary of Abbreviations and Definitions for the meanings ascribed to these terms.

The definition of mineral (coal) reserve provided by S-K 1300 is:

> *Mineral reserve is an estimate of tonnage and grade or quality of indicated and measured mineral resources that, in the opinion of the qualified person, can be the basis of an economically viable project. More specifically, it is the economically mineable part of a measured or indicated mineral resource, which includes diluting materials and allowances for losses that may occur when the material is mined or extracted.*

Estimates of coal reserves are subdivided to reflect geologic confidence, and potential uncertainties in the modifying factors, into proven (highest assurance) and probable. Please refer to the Glossary of Abbreviations and Definitions for the meanings ascribed to these terms.

Figure 6.1 shows the relationship between coal resources and coal reserves.



**Figure 6.1: Relationship Between Coal Resources and Coal Reserves**

In this report, the term "coal reserves" represent the tonnage of coal products that meet market specifications and will be available for sale after mining and processing of the ROM coal.

## 6.2    Coal Resources/Reserves Estimation Methodology

Development of JLSM's coal resource estimate for the BPA assumes surface mining methods, which JLSM has utilized in similar operations (including the BPA) in the past.

Based on provided information, JLSM's coal resources estimation and modeling techniques consist of:

| Procedural Step or Task | JLSM Procedure | BOYD Procedure |
|---|---|---|
| 1. Review available drilling records to identify and correlate mineable coal seams (splits), and to assign a thickness to each coal seam intercept (data point) | Yes | Yes |
| 2. Review available coal quality test data to determine the raw coal and 1.55 SG float analyses assignable to each data point. | Yes | Yes |
| 3. Create lithologic and coal quality databases for each itendified mineable coal seam (split) | Yes | Yes |
| 4. Use the geologic model to plot the extent of each coal seam (i.e., seam outcrop). Define mineable coal area by excluding areas: | Yes | Yes |
| • Less than 10 ft overburden depth (oxidized coal) | Yes | Yes |
| • Less than 0.5 ft of coal thickness | Yes | Yes |
| • Having a raw coal ash content of greater than 50% (i.e., non-coal material) | No | Yes |
| 5. Apply criteria to classify the geologic assurance (reliability of the estimated coal tonnage and quality. | No | Yes (see Section 6.4) |
| 6. Use geologic model to calculate in-place mineable coal volume (i.e., area x thickness), then apply density factor to calculate in-place coal resource. | Yes—applies 80 pcf density factor in all cases. | Yes—varies density factor based on raw coal ash content: |
| 7. Apply mining recovery to calculate In-Seam Recoverable coal (coal seam) | Yes—applies a 90% mining recovery. | Yes—due to the variable seam thicknesses, BOYD deducts 2.5 in. from the total thickness. |
| 8. Out-of-Seam Dilution (OSD) is added to the in-seam recoverable tonnage to calculate ROM tons | Yes—use OSD factor of 1.0 in. (our review indicates JLSM actually deducts OSD [i.e., 1.0 in. at 80 pct] from the tonnage calculation) | Yes—calculates OSD at 1.0 in. thickness at 160 pcf (3,485 tons/ac-ft). |
| 9. Estimate ROM and washed coal quality | No | Yes: Rom quality = in-seam recoverable coal at raw coal ash content for each seam, then add OSD at 80% ash content  Washed coal quality at SG 1.55 float + 1.0 percentage ash. |
| 10. Determine Product Coal Tonnage based on percentages of ROM to sold direct ship (and percentage which must be washed | Yes—assumed 70% ROM is direct ship and 30% ROM is washed at 63% yield. | Yes—completed an analysis of ROM and washed coal quality which concluded 15% ROM is direct ship and 85% ROM must be washed at 54.5% yield |

Density factor table (BOYD Procedure, Step 6):

| Raw Coal Ash (%, dry) | Density Factor pcf | Density Factor tons/ac-ft |
|---|---|---|
| > 10 | 80 | 1,750 |
| 10 -15 | 85 | 1,850 |
| 15-20 | 90 | 1,960 |
| 20 - 25 | 95 | 2,070 |
| 25 - 35 | 101 | 2,200 |
| 35 - 50 | 107 | 2,300 |

## 6.3   Coal Quality Assessment

Independent of JLSM, BOYD initially compiled and summarized available coal quality for 81 coal core samples recovered during the 2024 BPA exploration campaign. Our initial focus was on ash content since the quality of the product coal requires an 8 percent or less (dry) ash content. Other quality constituents, such as sulfur and volatile matter contents, are normally acceptable for the various coals underlying the BPA.

Under our normal resource estimation procedure, BOYD will eliminate individual samples where the in-place ash content is greater than 50 percent (which by definition is not coal). As shown on Table 6.1, following this text, this resulted in the deletion of six (6) of the total 81 samples.

A comparison of the reported 2017 raw coal quality and the 2024 coal quality analyses (excluding the samples containing ash content greater than 50 percent) is shown in Table 6.2, on the following page. Without documentation of the locations and sample descriptions for the 2017 testing program, it is difficult to make any in-depth comparison with 2024 results. In general, the results of the 2024 campaign indicate higher raw coal ash content, but should be more representative (than the 2017 results) since multiple sampling points are included and we know the 2024 results are from drill holes located in the BPA.

**Table 6.2 – 2017 vs. 2024 Bishop Raw Coal Quality Testing Results By Seam**

| | Coal Seam Raw Coal Quality (Dry Basis) | | | |
| | 2017 | | 2024 (average) | |
| Seam | Ash (%) | Sulfur (%) | Ash (%) | Sulfur (%) |
|---|---|---|---|---|
| GC | 9.01 | 0.92 | 5.78 | 0.88 |
| GC-1 | | | 3.10 | 0.94 |
| | | | | |
| Sew | 4.92 | 0.89 | 7.63 | 0.65 |
| | | | | |
| LSB-R | | | 7.11 | 0.65 |
| LSB-R | 7.03 | 0.93 | 3.62 | 0.63 |
| | | | | |
| UH-2 | 4.20 | 0.54 | 6.79 | 0.72 |
| UH-1 | | | 19.71 | 0.60 |
| UH-1L | | | 30.43 | 0.63 |
| | | | | |
| MH | 8.22 | 1.01 | 5.61 | 1.00 |
| | | | | |
| P11 | 5.68 | 0.67 | 7.83 | 1.62 |
| | | | | |
| P10-R | | | 23.36 | 0.68 |
| P10-R | 4.97 | 0.71 | 27.94 | 1.01 |
| | | | | |
| LH-TS | | | 21.76 | 1.27 |
| LH-MS | 5.97 | 0.92 | 7.53 | 1.46 |
| LH-BS | | | 10.60 | 1.84 |
| | | | | |
| P9-MS | 9.12 | 1.16 | 14.75 | 0.97 |
| P9-BS | | | 7.80 | 1.52 |
| P9L-TS | 27.93 | 1.09 | 10.48 | 2.00 |
| P9L-BS | | | 4.01 | 0.95 |
| | | | | |
| P8R | | | 8.73 | 0.71 |
| P8M | 4.22 | 0.67 | 10.57 | 1.06 |
| P8L | 4.61 | 0.78 | 12.26 | 0.81 |
| P8L-LDR | 4.42 | 0.73 | 5.78 | 1.32 |

The in-place seam quality (primarily ash content) and the impact of OSD (added during the normal in-pit coal extraction and loading process) will determine the quality of the ROM coal (and the ability of JLSM to sell the coal on a direct ship or raw coal basis).

Drill core samples of the individual coal seams (splits) recovered during the 2024 exploration program were crushed and then floated at a specific gravity of 1.55. A summary of the 1.55 specific gravity float analyses is shown on Table 6.3, following this text, and a comparison of raw vs. washed coal qualities is summarized on Table 6.4, following this page.

### Table 6.4 – 2024 Raw vs. 1.55 Fl Washed Coal Quality By Seam

| Seam | Coal Seam Coal Quality (Dry Basis) | | | | |
|---|---|---|---|---|---|
| | Raw Coal | | 1.55 SG Float | | |
| | Ash (%) | Sulfur (%) | Yield (%) | Ash (%) | Sulfur (%) |
| GC | 5.78 | 0.88 | 34.46 | 5.78 | 0.88 |
| GC-1 | 3.10 | 0.94 | 76.51 | 3.10 | 0.94 |
| Sew | 7.63 | 0.65 | 72.60 | 2.63 | 0.65 |
| LSB-R | 7.11 | 0.65 | 90.23 | 3.03 | 0.62 |
| LSB-R | 3.62 | 0.63 | 74.09 | 3.62 | 0.63 |
| UH-2 | 6.79 | 0.72 | 82.59 | 5.42 | 0.70 |
| UH-1 | 19.71 | 0.60 | 74.38 | 4.29 | 0.67 |
| UH-1L | 30.43 | 0.63 | 58.45 | 6.55 | 0.70 |
| MH | 5.61 | 1.00 | 93.07 | 2.46 | 0.85 |
| P11 | 7.83 | 1.62 | 77.29 | 8.61 | 1.37 |
| P10-R | 23.36 | 0.68 | 58.45 | 10.61 | 0.78 |
| P10-R | 27.94 | 1.01 | 58.33 | 6.46 | 1.34 |
| LH-TS | 21.76 | 1.27 | 52.46 | 9.24 | 1.47 |
| LH-MS | 7.53 | 1.46 | 61.09 | 7.53 | 1.46 |
| LH-BS | 10.60 | 1.84 | 51.23 | 6.08 | 1.85 |
| P9-MS | 14.75 | 0.97 | 61.92 | 5.42 | 1.08 |
| P9-BS | 7.80 | 1.52 | 75.62 | 3.71 | 1.52 |
| P9L-TS | 10.48 | 2.00 | 67.64 | 5.18 | 1.28 |
| P9L-BS | 4.01 | 0.95 | 70.47 | 4.01 | 0.95 |
| P8R | 8.73 | 0.71 | 73.03 | 3.96 | 0.74 |
| P8M | 10.57 | 1.06 | 74.19 | 4.65 | 1.07 |
| P8L | 12.26 | 0.81 | 70.91 | 2.62 | 0.93 |
| P8L-LDR | 5.78 | 1.32 | 91.30 | 4.29 | 1.29 |

The preceding table excludes all individual samples where the in-place (raw) ash exceeded 50%.

It should be recognized that the 1.55 SG float as determined in the laboratory is theoretical. The yield of clean coal after processing in a CPP will be materially lower (than the theoretical core recovery) as a result of rock dilution added during mining and due to plant processing efficiency losses, as well as adjustments for misplaced reject

material which is added to the washed coal product during normal processing operations.

We also point out that the comparison the raw coal and 1.55 SG Float sulfur values show numerous instances of where the washed sulfur value is the same or higher than the corresponding raw coal value. While the absence of a reduction in sulfur content (washed versus raw) is possible depending on the form of sulfur present in the specific coal seam, some decrease in sulfur content is normally experienced during washing.

The estimated qualities of the direct ship and washed coal products are shown on Table 6.5, which follows:

### Table 6.5: Average Product Coal Quality by Coal Seam - BPA

| Seam | Direct Ship Product Ash (%) | Sulfur (%) | Washed Coal Product Ash (%) | Sulfur (%) |
|---|---|---|---|---|
| GC | 10.0 | 0.9 | 4.6 | 1.0 |
| SEW | 11.1 | 0.7 | 3.6 | 0.7 |
| LSB | 10.5 | 0.6 | 4.6 | 0.6 |
| UH | 19.4 | 0.7 | 5.9 | 0.7 |
| MH | 9.4 | 1.0 | 3.5 | 0.9 |
| P11 | 18.4 | 1.6 | 9.6 | 1.4 |
| P10 | 32.9 | 0.9 | 9.0 | 1.2 |
| LH | 23.3 | 1.6 | 7.9 | 1.8 |
| P9 | 15.5 | 0.7 | 5.7 | 1.2 |
| P8 | 15.0 | 0.9 | 4.9 | 1.0 |
| Average | 17.9 | 0.9 | 6.0 | 1.1 |

## 6.4  Classification

Geologic assuredness is established by the availability of both structural (thickness and elevation) and quality information for the subject coal seams. Classification is generally based on the distribution or spacing of exploration data, which can be used to demonstrate the geologic continuity of the deposit. Table 6.2, provides the general criteria employed by BOYD in the classification of the BPA coal resources.

### Table 6.6: Coal Resource Classification Criteria

| Classification (Geologic Confidence) | Data Point Spacing Feet | | Miles | |
|---|---|---|---|---|
| Measured | 0 – | 2,640 | 0 – | 0.50 |
| Indicated | 2,640 – | 7,920 | 0.50 – | 1.50 |
| Inferred | 7,920 – | 15,840 | 1.50 – | 3.00 |

Extrapolation or projection of resources in any category beyond any data point does not exceed half the data point spacing distance.

BOYD assigned the applied classification criteria considering: lithologic and coal quality data density, data consistency (variability), geological setting and/or complexity, and regional experience. The subject coal seams are well-known and of relatively low complexity, although numerous seam splits and plies add some degree of complexity when attempting to successfully operate an efficient surface mine plan. We believe these criteria appropriately reflect the interpreted geology and the estimation constraints of the deposit. Coal resources in the BPA are well-defined throughout nearly all areas of JLSM's 15 year mine plan. Observed drill hole spacing averages approximately 1,750 ft and generally ranges between 500 ft and 2,500 ft over most of the mine plan area(s).

## 6.5    Coal Resource Estimate

There are no reportable coal resources excluding those converted to coal reserves located within the BPA. While JLSM maintains control of the remaining nominal 5,000 acres of the Bishop Property located outside of the boundaries of the BPA, completing an estimate on the remainder of the Bishop Property was outside of the scope of this report.

Previous studies have been completed on these non-permitted areas by JLSM and other third parties in the past; however, BOYD opines that additional exploration and coal quality testing are needed in order to assign resource classifications to these portions of the remaining property.

## 6.6    Coal Reserves

### 6.6.1    Methodology

The coal reserve estimates have been prepared using the parameters outlined in Sections 6.2, 6.3, and 6.4 to provide reasonable assurance that the estimated coal reserves are economically recoverable as of the date of estimation.

Product coal quality requirements (namely an 8 percent ash since the sulfur content is normally 1.0 percent or less) are used to determine the extent of CPP washing and the proportion of coal which can be sold on a direct ship (ROM) basis.

### 6.6.2 Classification

Proven and probable coal reserves are derived from measured and indicated coal resources, respectively, in accordance with S-K 1300. BOYD is satisfied that the stated coal reserve classification reflects the outcome of technical and economic studies. Figures 6.2–6.11, following this text, illustrate the reserve classification of the mineable coal seams present within the BPA boundaries.

### 6.6.3 Coal Reserve Estimate

BOYD's estimate of surface minable coal reserves for the BPA total 15.7 million recoverable product tons (11.7 clean [washed] coal tons and 4.0 million direct ship ROM tons) remaining as of November 30, 2024. The coal reserves reported in Table 6.6, following this text, are based on the JLSM 15-year mine plan results which, in BOYD's opinion, are technically achievable and economically viable after the consideration of all material modifying factors.

Coal reserves for the BPA by classification are summarized below:

#### Table 6.7: Coal Reserves Summary

| Coal Seam | Total ROM tons (000) | Waste BCY (000) | Product Tons (000) By Classification Proven | Probable | Total | Average Product Quality Ash | Sul | BTU |
|---|---|---|---|---|---|---|---|---|
| GC | 164.2 | 4,937.7 | 92.3 | - | 92.3 | 4.63 | 0.97 | 14,876 |
| SEW | 276.7 | 5,470.9 | 263.5 | - | 263.5 | 11.08 | 0.65 | 13,651 |
| LSB | 396.8 | 8,052.2 | 361.8 | - | 361.8 | 10.54 | 0.63 | 13,576 |
| UH | 1,010.1 | 32,976.3 | 645.8 | - | 645.8 | 5.89 | 0.72 | 14,809 |
| MH | 886.3 | 13,914.7 | 841.6 | - | 841.6 | 9.36 | 1.01 | 14,277 |
| P11 | 785.4 | 37,524.6 | 466.2 | - | 466.2 | 9.61 | 1.44 | 13,971 |
| P10 | 3,167.2 | 82,196.2 | 1,456.5 | 0.7 | 1,457.2 | 8.98 | 1.19 | 14,299 |
| LH | 1,610.0 | 32,204.4 | 647.5 | 2.5 | 650.0 | 7.91 | 1.76 | 14,587 |
| P9 | 9,179.1 | 63,604.9 | 5,046.7 | 73.6 | 5,120.3 | 5.71 | 1.22 | 15,046 |
| P8 | 7,903.0 | 143,081.4 | 5,296.1 | 490.6 | 5,786.7 | 9.37 | 0.98 | 14,249 |
| Total* | 25,378.9 | 423,963.3 | 15,118.1 | 567.4 | 15,685.5 | 7.97 | 1.10 | 14,522 |

\* Totals may not be exact due to rounding.

The estimated reserves are owned by JLSM as of November 30, 2024 (as JLSM owns in fee the entire Bishop Property, including the subject BPA).

At the time of this estimate, all of the reported coal reserves are permitted for mining by appropriate federal and state regulatory authorities. Some future amendments to the existing permits may be needed to allow full recovery of the estimated reserves located within the BPA. This (permit amendments to maximize coal recovery) is not considered a material issue or concern.

The coal reserves of the BPA are well-explored and defined. It is our conclusion that approximately 96 percent of the stated reserves can be classified in the proven reliability category (the highest level of assurance) with the remainder classified as probable.

To assess the impact on the estimated BPA coal reserves if the minimum mineable coal thickness was increased from 0.5 ft to 1.0 ft., we rerun our geologic model and recalculated reserve tonnage using the 1.0 ft criterion. As shown in the following table, the estimated total BPA reserve tonnage is reduced by 2.6 million (16.5 percent), but even under this scenario, the available reserves far exceed the tonnage needed under the JLSM 15-year mine plan.

**Table 6.8**
**Estimated Reserves for BPA with 1.0 ft Minimum Coal Thickness**

| Product Tons (000) by Classification | | |
|---|---|---|
| Proven | Probable | Total |
| 12,567 | 531 | 13,098 |

Table 6.9 below summarizes the product coal quality for the BPA reserves. The reported coal reserves generally consist of premium quality mid-volatile metallurgical coal.

**Table 6.9: Coal Reserves Product Quality by Seam**

| Coal Seam | Average Total Product Quality | | | |
|---|---|---|---|---|
| | Tons | Ash | Sulfur | BTU |
| GC | 92,296 | 4.63 | 0.97 | 14,876 |
| SEW | 263,494 | 11.08 | 0.65 | 13,651 |
| LSB | 361,782 | 10.54 | 0.63 | 13,576 |
| UH | 645,769 | 5.89 | 0.72 | 14,809 |
| MH | 841,646 | 9.36 | 1.01 | 14,277 |
| P11 | 466,199 | 9.61 | 1.44 | 13,971 |
| P10 | 1,457,226 | 8.98 | 1.19 | 14,299 |
| LH | 650,050 | 7.91 | 1.76 | 14,587 |
| P9 | 5,120,356 | 5.71 | 1.22 | 15,046 |
| P8 | 5,786,678 | 9.37 | 0.98 | 14,249 |
| Grand Total | 15,685,496 | 7.97 | 1.10 | 14,522 |

The properties surrounding the Bishop Property have a well-established history of coal mining. Justice (JLSM) also has a well-established history of mining and marketing coal from the region. BOYD has concluded that sufficient studies have been undertaken to enable the coal resources to be converted to coal reserves based on operating methods and practices incorporated into the JLSM 15-year mine plan. Changes in the factors and assumptions employed in these studies may materially affect the coal reserve estimate.

We have a high degree of confidence that the estimates shown in this report accurately represent the available coal reserves controlled by JLSM, as of November 30, 2024.

### 6.6.4 Validation

BOYD audited the JLSM 15-year mine plan model and estimate for the designated portion of the BPA, and then independently applied our own independent validation parameters to compare against JLSM's reserve and mining parameters as a check against recoverable coal tons.

### 6.6.5 Reconciliation with Previous Estimates

Following is a comparison of the internal JLSM and BOYD estimated total overburden (waste) volume, ROM production, product coal production, and strip ratio for the JLSM 15-year mine plan area(s).

**Table 6.10**
**Estimated Metrics For the JLSM 15-Year Mine Plan Areas**

|  | JLSM | BOYD |
|---|---|---|
| Overburden (BCY-000) | 139,602 | 128,184 |
| Coal Production (tons-000) |  |  |
| ROM (total) | 6,511 | 8,140 |
| Product |  |  |
| Direct Ship | 4,558 | 1,254 |
| Clean Coal | 1,231 | 3,754 |
| Total | 5,788 | 5,008 |
| Strip Ratio |  |  |
| ROM | 21.4 | 15.7 |
| Product | 24.1 | 25.6 |

As shown, the estimated overburden volumes are within reasonable agreement (8% difference), but the BOYD total ROM production is materially higher and the percentage of total ROM which can be direct shipped (i.e., sold on an as-mined basis) is substantially different. Our review indicated that JLSM understated the amount of OSD (and possible parting material) in the ROM tonnage. The distribution of direct ship versus clean (washed) coal in the final product tonnage reflects JLSM's general assumptions of 70 percent direct ship and 30 percent of ROM processed in the Bishop CPP, and an average washed coal yield of 63 percent. BOYD completed an in-depth study of raw coal (in-place seam) quality and drill core washability results, then estimated the ROM quality and washed coal product for each seam. We then determined the acceptable blend of

direct ship (ROM) and washed clean coal required to achieve an 8 percent ash product quality.

### 6.6.6 Significant Risks and Uncertainties

The extent to which the coal reserves may be affected by any known geological, operational, environmental, permitting, legal, title, variation, socio-economic, marketing, political, or other relevant issues has been reviewed. It is the opinion of BOYD that JLSM has appropriately mitigated, or has the operational acumen to mitigate, the risks associated with these factors. BOYD is not aware of any additional risks that could materially affect the development of the BPA coal reserves.

Given the data available at the time this report was prepared, the estimates presented herein are considered reasonable. However, they should be accepted with the understanding that additional data and analysis available after the date of the estimate may result in a change to the current estimate. These revisions may be material.

Based on our audit review of the internal work by JLSM and our subsequent independent application of reserve estimate and mining parameters to formulate an independent estimate of reserves, we have a high degree of confidence that the estimates shown in this report accurately represent the available coal reserves controlled by JLSM at the BPA, as of November 30, 2024.

q:\eng_wp\6008.001 justice low seam mining\wp\report\ch-6 - mineral resources and reserves.docx

**TABLE 6.1**

SUMMARY OF RAW COAL ANALYSES
2024 EXPLORATION PROGRAM BISHOP PROPERTY PERMITTED AREA
MCDOWELL COUNTY, WEST VIRGINIA AND TAZEWELL COUNTY, VIRGINIA
Prepared For
JUSTICE LOW SEAM MINING
By
John T. Boyd Company
Mining and Geological Consultants
January 2024

### Raw Quality - All Samples

| Bed-JLSM | Count | Ash Min | Ash Max | Ash Average | Sufur Min | Sufur Max | Sufur Average | Volume Min | Volume Max | Volume Average | BTU Min | BTU Max | BTU Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GC | 3 | 5.78 | 5.78 | 5.78 | 0.88 | 0.88 | 0.88 | 29.96 | 29.96 | 29.96 | 14,299 | 14,299 | 14,299 |
| GC-1 | 3 | 2.71 | 69.77 | 25.32 | 0.32 | 1.03 | 0.73 | 0.00 | 30.69 | 19.88 | 3,789 | 15,103 | 11,286 |
| SEW | 4 | 2.49 | 12.36 | 7.63 | 0.59 | 0.81 | 0.65 | 0.00 | 28.73 | 14.21 | 13,516 | 14,965 | 14,234 |
| LSB-R | 1 | 7.11 | 7.11 | 7.11 | 0.65 | 0.65 | 0.65 | 0.00 | 0.00 | 0.00 | 14,606 | 14,606 | 14,606 |
| LSB | 2 | 3.04 | 4.19 | 3.62 | 0.63 | 0.63 | 0.63 | 26.42 | 26.62 | 26.52 | 14,257 | 15,148 | 14,703 |
| UH-2 | 6 | 4.20 | 70.17 | 17.36 | 0.28 | 1.10 | 0.65 | 0.00 | 28.13 | 18.45 | 3,855 | 15,090 | 12,756 |
| UH-1 | 3 | 4.62 | 49.73 | 19.71 | 0.34 | 0.76 | 0.60 | 0.00 | 25.91 | 17.16 | 7,467 | 14,930 | 12,418 |
| UH-1L | 1 | 30.43 | 30.43 | 30.43 | 0.63 | 0.63 | 0.63 | 0.00 | 0.00 | 0.00 | 10,336 | 10,336 | 10,336 |
| MH | 3 | 2.99 | 8.64 | 5.61 | 0.83 | 1.21 | 1.00 | 0.00 | 27.02 | 9.01 | 14,355 | 15,526 | 14,928 |
| P11 | 2 | 5.27 | 10.38 | 7.83 | 0.89 | 2.34 | 1.62 | 0.00 | 24.31 | 12.16 | 11,079 | 13,540 | 12,310 |
| P10-R | 5 | 4.12 | 51.58 | 29.00 | 0.65 | 1.13 | 0.77 | 0.00 | 25.03 | 9.93 | 7,138 | 14,255 | 10,676 |
| P10 | 3 | 4.07 | 45.45 | 27.94 | 0.71 | 1.18 | 1.01 | 0.00 | 25.54 | 8.51 | 8,158 | 15,013 | 10,962 |
| LH-TS | 3 | 6.29 | 46.48 | 21.76 | 0.89 | 1.64 | 1.27 | 0.00 | 25.14 | 16.14 | 7,791 | 14,490 | 11,986 |
| LH-MS | 4 | 2.49 | 73.96 | 24.14 | 0.65 | 2.31 | 1.26 | 0.00 | 24.94 | 18.16 | 2,328 | 15,420 | 11,461 |
| LH-BS | 3 | 4.59 | 14.59 | 10.60 | 0.75 | 3.22 | 1.84 | 0.00 | 26.17 | 17.16 | 12,966 | 14,971 | 13,880 |
| P9-MS | 4 | 2.56 | 46.07 | 14.75 | 0.71 | 1.35 | 0.97 | 0.00 | 25.88 | 18.32 | 7,901 | 15,607 | 13,343 |
| P9-BS | 3 | 3.80 | 15.80 | 7.80 | 0.98 | 1.79 | 1.52 | 0.00 | 25.07 | 16.71 | 12,613 | 15,218 | 14,350 |
| P9L-TS | 6 | 3.30 | 38.85 | 10.48 | 0.69 | 6.40 | 2.00 | 0.00 | 25.73 | 20.66 | 9,107 | 15,358 | 13,877 |
| P9L-BS | 3 | 3.62 | 70.48 | 26.17 | 0.90 | 2.25 | 1.38 | 0.00 | 27.10 | 17.34 | 3,382 | 15,654 | 11,425 |
| P8R | 5 | 2.58 | 28.24 | 8.73 | 0.59 | 0.77 | 0.71 | 0.00 | 25.12 | 19.81 | 10,754 | 15,515 | 14,326 |
| P8M | 6 | 4.42 | 31.33 | 10.57 | 0.55 | 2.53 | 1.06 | 0.00 | 25.81 | 16.94 | 10,127 | 15,563 | 14,062 |
| P8L | 5 | 3.48 | 73.40 | 24.49 | 0.67 | 0.90 | 0.80 | 0.00 | 26.27 | 10.43 | 3,679 | 15,077 | 11,517 |
| P8L-LDR | 3 | 4.57 | 8.21 | 5.78 | 0.62 | 2.37 | 1.32 | 0.00 | 25.12 | 16.63 | 14,357 | 15,165 | 14,857 |

81

### Raw Quality - % Ash < 50%

| Bed-JLSM | Count | Ash Min | Ash Max | Ash Average | Sufur Min | Sufur Max | Sufur Average | Volume Min | Volume Max | Volume Average | BTU Min | BTU Max | BTU Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GC | 3 | 5.78 | 5.78 | 5.78 | 0.88 | 0.88 | 0.88 | 29.96 | 29.96 | 29.96 | 14,299 | 14,299 | 14,299 |
| GC-1 | 2 | 2.71 | 3.49 | 3.10 | 0.84 | 1.03 | 0.94 | 28.94 | 30.69 | 29.82 | 14,966 | 15,103 | 15,035 |
| SEW | 4 | 2.49 | 12.36 | 7.63 | 0.59 | 0.81 | 0.65 | 0.00 | 28.73 | 14.21 | 13,516 | 14,965 | 14,234 |
| LSB-R | 1 | 7.11 | 7.11 | 7.11 | 0.65 | 0.65 | 0.65 | 0.00 | 0.00 | 0.00 | 14,606 | 14,606 | 14,606 |
| LSB | 2 | 3.04 | 4.19 | 3.62 | 0.63 | 0.63 | 0.63 | 26.42 | 26.62 | 26.52 | 14,257 | 15,148 | 14,703 |
| UH-2 | 5 | 4.20 | 10.29 | 6.79 | 0.60 | 1.10 | 0.72 | 0.00 | 28.13 | 22.14 | 13,969 | 15,090 | 14,536 |
| UH-1 | 3 | 4.62 | 49.73 | 19.71 | 0.34 | 0.76 | 0.60 | 0.00 | 25.91 | 17.16 | 7,467 | 14,930 | 12,418 |
| UH-1L | 1 | 30.43 | 30.43 | 30.43 | 0.63 | 0.63 | 0.63 | 0.00 | 0.00 | 0.00 | 10,336 | 10,336 | 10,336 |
| MH | 3 | 2.99 | 8.64 | 5.61 | 0.83 | 1.21 | 1.00 | 0.00 | 27.02 | 9.01 | 14,355 | 15,526 | 14,928 |
| P11 | 2 | 5.27 | 10.38 | 7.83 | 0.89 | 2.34 | 1.62 | 0.00 | 24.31 | 12.16 | 11,079 | 13,540 | 12,310 |
| P10-R | 4 | 4.12 | 38.25 | 23.36 | 0.65 | 0.70 | 0.68 | 0.00 | 25.03 | 12.42 | 9,163 | 14,255 | 11,560 |
| P10 | 3 | 4.07 | 45.45 | 27.94 | 0.71 | 1.18 | 1.01 | 0.00 | 25.54 | 8.51 | 8,158 | 15,013 | 10,962 |
| LH-TS | 3 | 6.29 | 46.48 | 21.76 | 0.89 | 1.64 | 1.27 | 0.00 | 25.14 | 16.14 | 7,791 | 14,490 | 11,986 |
| LH-MS | 3 | 2.49 | 11.56 | 7.53 | 0.74 | 2.31 | 1.46 | 23.83 | 24.94 | 24.22 | 13,708 | 15,420 | 14,506 |
| LH-BS | 3 | 4.59 | 14.59 | 10.60 | 0.75 | 3.22 | 1.84 | 0.00 | 26.17 | 17.16 | 12,966 | 14,971 | 13,880 |
| P9-MS | 4 | 2.56 | 46.07 | 14.75 | 0.71 | 1.35 | 0.97 | 0.00 | 25.88 | 18.32 | 7,901 | 15,607 | 13,343 |
| P9-BS | 3 | 3.80 | 15.80 | 7.80 | 0.98 | 1.79 | 1.52 | 0.00 | 25.07 | 16.71 | 12,613 | 15,218 | 14,350 |
| P9L-TS | 6 | 3.30 | 38.85 | 10.48 | 0.69 | 6.40 | 2.00 | 0.00 | 25.73 | 20.66 | 9,107 | 15,358 | 13,877 |
| P9L-BS | 2 | 3.62 | 4.40 | 4.01 | 0.90 | 1.00 | 0.95 | 24.92 | 27.10 | 26.01 | 15,240 | 15,654 | 15,447 |
| P8R | 5 | 2.58 | 28.24 | 8.73 | 0.59 | 0.77 | 0.71 | 0.00 | 25.12 | 19.81 | 10,754 | 15,515 | 14,326 |
| P8M | 6 | 4.42 | 31.33 | 10.57 | 0.55 | 2.53 | 1.06 | 0.00 | 25.81 | 16.94 | 10,127 | 15,563 | 14,062 |
| P8L | 4 | 3.48 | 36.47 | 12.26 | 0.67 | 0.90 | 0.81 | 0.00 | 26.27 | 13.04 | 9,272 | 15,077 | 13,476 |
| P8L-LDR | 3 | 4.57 | 8.21 | 5.78 | 0.62 | 2.37 | 1.32 | 0.00 | 25.12 | 16.63 | 14,357 | 15,165 | 14,857 |

75

\\Utb-7\boyd\ENG_WP\5008.001 Justice Low Seam Mining\WP\Report\(Table 6.1.xlsx|StatsRaw