# EXHIBIT 16

## TABLE 6.3

SUMMARY OF WASHED DRILL CORE ANALYSES (@1.55 SG FLOAT)
2024 EXPLORATION PROGRAM BISHOP PROPERTY PERMITTED AREA
MCDOWELL COUNTY, WEST VIRGINIA AND TAZEWELL COUNTY, VIRGINIA
Prepared For

JUSTICE LOW SEAM MINING

By
John T. Boyd Company
Mining and Geological Consultants

January 2024

| Bed-JLSM | Count | 155Yld | | | 155Ash | | | 155Sul | | | 155Vol | | | 155BTU | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Min | Max | Average | Min | Max | Average | Min | Max | Average | Min | Max | Average | Min | Max | Average |
| GC | 3 | 34.46 | 34.46 | 34.46 | 5.78 | 5.78 | 5.78 | 0.88 | 0.88 | 0.88 | 29.96 | 29.96 | 29.96 | 14,229 | 14,229 | 14,229 |
| GC-1 | 2 | 57.63 | 95.38 | 76.51 | 2.71 | 3.49 | 3.10 | 0.84 | 1.03 | 0.94 | 28.94 | 30.60 | 29.77 | 14,966 | 15,103 | 15,035 |
| SEW | 4 | 59.44 | 83.70 | 72.60 | 2.15 | 3.31 | 2.63 | 0.59 | 0.81 | 0.65 | 25.61 | 28.73 | 27.02 | 14,940 | 15,026 | 14,989 |
| LSB-R | 1 | 90.23 | 90.23 | 90.23 | 3.03 | 3.03 | 3.03 | 0.62 | 0.62 | 0.62 | 26.40 | 26.40 | 26.40 | 14,830 | 14,830 | 14,830 |
| LSB | 2 | 51.47 | 96.70 | 74.09 | 3.04 | 4.19 | 3.62 | 0.63 | 0.63 | 0.63 | 26.42 | 26.62 | 26.52 | 14,257 | 15,148 | 14,703 |
| UH-2 | 5 | 62.54 | 93.65 | 82.59 | 3.43 | 8.73 | 5.42 | 0.56 | 1.10 | 0.70 | 26.94 | 28.13 | 27.53 | 13,993 | 15,090 | 14,676 |
| UH-1 | 3 | 42.02 | 96.68 | 74.38 | 3.47 | 4.78 | 4.29 | 0.55 | 0.76 | 0.67 | 24.65 | 25.91 | 25.38 | 14,857 | 15,096 | 14,961 |
| UH-1L | 1 | 58.45 | 58.45 | 58.45 | 6.55 | 6.55 | 6.55 | 0.70 | 0.70 | 0.70 | 25.67 | 25.67 | 25.67 | 14,220 | 14,220 | 14,220 |
| MH | 3 | 90.54 | 97.41 | 93.07 | 0.99 | 3.41 | 2.46 | 0.68 | 0.96 | 0.85 | 11.92 | 27.02 | 21.79 | 15,005 | 15,526 | 15,264 |
| P11 | 2 | 70.58 | 83.99 | 77.29 | 6.84 | 10.38 | 8.61 | 0.89 | 1.84 | 1.37 | 24.31 | 26.09 | 25.20 | 13,540 | 14,402 | 13,971 |
| P10-R | 5 | 35.74 | 95.22 | 58.45 | 4.12 | 12.82 | 10.61 | 0.65 | 0.89 | 0.78 | 24.18 | 26.40 | 25.33 | 13,478 | 14,255 | 13,727 |
| P10 | 3 | 44.76 | 69.29 | 58.33 | 4.07 | 9.82 | 6.46 | 0.71 | 2.28 | 1.34 | 25.37 | 25.58 | 25.50 | 14,064 | 15,013 | 14,631 |
| LH-TS | 3 | 43.85 | 57.40 | 52.46 | 6.29 | 12.50 | 9.24 | 1.27 | 1.64 | 1.47 | 23.27 | 25.14 | 24.52 | 13,677 | 14,490 | 14,136 |
| LH-MS | 3 | 21.15 | 93.97 | 61.09 | 2.49 | 11.56 | 7.53 | 0.74 | 2.31 | 1.46 | 23.83 | 24.94 | 24.22 | 13,708 | 15,420 | 14,506 |
| LH-BS | 3 | 24.38 | 80.68 | 51.23 | 1.04 | 12.62 | 6.08 | 0.76 | 3.22 | 1.85 | 25.31 | 26.17 | 25.88 | 13,706 | 15,485 | 14,721 |
| P9-MS | 4 | 38.17 | 99.16 | 61.92 | 2.26 | 9.07 | 5.42 | 0.71 | 1.35 | 1.08 | 22.79 | 25.88 | 24.70 | 14,182 | 15,607 | 14,913 |
| P9-BS | 3 | 73.21 | 80.45 | 75.62 | 3.52 | 3.80 | 3.71 | 0.97 | 1.79 | 1.52 | 23.99 | 25.07 | 24.71 | 15,021 | 15,218 | 15,152 |
| P9L-TS | 6 | 51.80 | 95.40 | 67.64 | 3.30 | 7.02 | 5.18 | 0.69 | 2.36 | 1.28 | 24.15 | 25.73 | 24.86 | 14,051 | 15,358 | 14,760 |
| P9L-BS | 2 | 45.90 | 95.04 | 70.47 | 3.62 | 4.40 | 4.01 | 0.90 | 1.00 | 0.95 | 24.92 | 27.10 | 26.01 | 15,240 | 15,654 | 15,447 |
| P8R | 5 | 65.12 | 86.49 | 73.03 | 2.58 | 5.95 | 3.96 | 0.68 | 0.77 | 0.74 | 24.52 | 25.34 | 24.88 | 14,843 | 15,515 | 15,157 |
| P8M | 6 | 51.60 | 96.85 | 74.19 | 2.79 | 6.16 | 4.65 | 0.67 | 2.53 | 1.07 | 0 | 25.81 | 20.71 | 14,411 | 15,563 | 14,999 |
| P8L | 4 | 50.16 | 92.49 | 70.91 | 0.77 | 4.84 | 2.62 | 0.70 | 1.20 | 0.93 | 22.68 | 26.27 | 24.84 | 14,652 | 15,391 | 15,073 |
| P8L-LDR | 2 | 90.61 | 91.98 | 91.30 | 4.01 | 4.57 | 4.29 | 0.62 | 1.95 | 1.29 | 24.78 | 24.86 | 24.82 | 14,852 | 15,050 | 14,951 |

Note: Excludes samples having a raw coal ash content of 50% or greater

\\Jtb-7\boyd\ENG_WP\6008 001 Justice Low Seam Mining\WP\Report\[Table 6 3.xlsx]Sheet1

**TABLE 6.11**

ESTIMATED  SURFACE  MINEABLE  COAL  RESERVES
BISHOP  PERMITTED  AREA
MCDOWELL  COUNTY,  WEST  VIRGINIA  AND  TAZEWELL  COUNTY,  VIRGINIA
As Prepared By
John T. Boyd Company
January 2025

| Coal Seam | ROM Tons | Rock CY | Direct Ship | | | | Clean Tons | | | | Total Product | | | | Strip Ratio | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | ROM Tons | Raw Ash | Raw Sul | Raw BTU | Clean Tons | Clean Ash | Clean Sul | Clean BTU | Tons | Ash | Sul | BTU | ROM | PRODUCT |
| 01\|GC | 164,173 | 4,937,682 | - | - | - | - | 92,296 | 4.63 | 0.97 | 14,875 | 92,296 | 4.63 | 0.97 | 14,876 | | |
| 02\|SEW | 276,681 | 5,470,947 | 263,494 | 11.08 | 0.65 | 13,651 | - | - | - | - | 263,494 | 11.08 | 0.65 | 13,651 | | |
| 03\|LSB | 396,838 | 8,052,200 | 361,782 | 10.54 | 0.63 | 13,576 | - | - | - | - | 361,782 | 10.54 | 0.63 | 13,576 | | |
| 04\|UH | 1,010,136 | 32,976,299 | - | - | - | - | 645,769 | 5.89 | 0.72 | 14,809 | 645,769 | 5.89 | 0.72 | 14,809 | | |
| 05\|MH | 886,270 | 13,914,702 | 841,646 | 9.36 | 1.01 | 14,277 | - | - | - | - | 841,646 | 9.36 | 1.01 | 14,277 | | |
| 06\|P11 | 785,350 | 37,524,579 | - | - | - | - | 466,199 | 9.61 | 1.44 | 13,971 | 466,199 | 9.61 | 1.44 | 13,971 | | |
| 07\|P10 | 3,167,219 | 82,196,157 | - | - | - | - | 1,457,226 | 8.98 | 1.19 | 14,299 | 1,457,226 | 8.98 | 1.19 | 14,299 | | |
| 08\|LH | 1,610,049 | 32,204,419 | - | - | - | - | 650,050 | 7.91 | 1.76 | 14,587 | 650,050 | 7.91 | 1.76 | 14,587 | | |
| 09\|P9 | 9,179,127 | 63,604,947 | - | - | - | - | 5,120,356 | 5.71 | 1.22 | 15,046 | 5,120,356 | 5.71 | 1.22 | 15,046 | | |
| 10\|P8 | 7,903,036 | 143,081,401 | 2,546,704 | 15.00 | 0.93 | 13,215 | 3,239,974 | 4.94 | 1.01 | 15,062 | 5,786,678 | 9.37 | 0.98 | 14,249 | | |
| Grand Total | 25,378,879 | 423,963,334 | 4,013,626 | 13.16 | 0.90 | 13,499 | 11,671,870 | 6.18 | 1.17 | 14,874 | 15,685,496 | 7.97 | 1.10 | 14,522 | 16.71 | 27.03 |

\\Jtb-7\boyd\ENG_WP\6008 001 Justice Low Seam Mining\WP\Report\[Table 6 11 Estimated Surface Mineable Coal Reserves xlsx]Summary



N

**Spread 2**

**Spread 1**

WV
VA

Rail
Loadout

Coal
Preparation
Plant

Bishop

78HP11

78HP10

24B11        24B9

BC0313

24B8

78B40

24B6        24B7        24B5

24B1

MB-2-10

24B3
77B17

78B44

77B26  B1-2-12

24B10

24B4

MB-1-10
24B2

79B51

SCALE (ft)
0      1000      2000

O:\CAD_GROUP\6008.001\FIGURE 6_2.DWG

### Legend

| | |
|---|---|
| ▭ (blue) | Permitted Property |
| • | Drill Hole Locations |
| ⦿ (yellow) | Drill Hole with Quality Data |
| ▭ (red) | 15 Year Mine Plan Areas |
| ▭ (dashed) | Remaining Coal Extents |
| ▭ (tan) | Previous Mining Area |
| _NS_ | Norfolk Southern Railroad |
| — | Roads |

Reserve Classification
▭ Proven

## FIGURE 6.2

**MAP SHOWING**

**RESERVE CLASSIFICATION**

**GREASY CREEK SEAM**

**BISHOP PROPERTY**

McDowell County, West Virginia
and Tazewell County, Virginia

Prepared For
**JUSTICE LOW SEAM MINING, INC.**

(JⒷB)  John T. Boyd Company

January 2025
Scale 1" = 2,000'



SCALE (ft)

0   1000   2000

Legend

— Permitted Property
• Drill Hole Locations
• Drill Hole with Quality Data
— 15 Year Mine Plan Areas
Remaining Coal Extents
Previous Mining Area
NS Norfolk Southern Railroad
— Roads

Reserve Classification
Proven

O:\CAD_GROUP\6008.001\FIGURE 6_3.DWG

**FIGURE 6.3**

**MAP SHOWING**

**RESERVE CLASSIFICATION**

**SEWELL SEAM**

**BISHOP PROPERTY**

McDowell County, West Virginia
and Tazewell County, Virginia

Prepared For

**JUSTICE LOW SEAM MINING, INC.**

John T. Boyd Company

January 2025
Scale 1" = 2,000'



N

Q:\CAD_GROUP\6008.001\FIGURE 6_4.DWG

**Legend**

| | Permitted Property |
| • | Drill Hole Locations |
| ◉ | Drill Hole with Quality Data |
| | Classification Lines |
| | 15 Year Mine Plan Areas |
| | Remaining Coal Extents |
| | Previous Mining Area |
| NS | Norfolk Southern Railroad |
| | Roads |

Reserve Classification

| Proven | Probable |

**FIGURE 6.4**

**MAP SHOWING**

**RESERVE CLASSIFICATION**

**LOWER SEABOARD SEAM**

**BISHOP PROPERTY**

McDowell County, West Virginia
and Tazewell County, Virginia

Prepared For
**JUSTICE LOW SEAM MINING, INC.**

(JTB) John T. Boyd Company

January 2025
Scale 1" = 2,000'

SCALE (ft)
0    1000    2000



FIGURE 6.5
MAP SHOWING
RESERVE CLASSIFICATION
UPPER HORSEPEN SEAM
BISHOP PROPERTY
McDowell County, West Virginia
and Tazewell County, Virginia

Prepared For
JUSTICE LOW SEAM MINING, INC.

John T. Boyd Company

January 2025
Scale 1" = 2,000'

Legend
- Permitted Property
- Drill Hole Locations
- Drill Hole with Quality Data
- 15 Year Mine Plan Areas
- Remaining Coal Extents
- Previous Mining Area
- Norfolk Southern Railroad
- Roads

Reserve Classification
- Proven

SCALE (ft)
0    1000    2000

0:\CAD_GROUP\6008.001\FIGURE 6_5.DWG



N

Rail Loadout

78HP11

78HP10

Coal Preparation Plant

24B11

24B9

BC0313

24B8

78B40

Spread 2

24B6

24B5

24B7 24B1

MB-2-10

24B3

77B17

WV
VA

78B44

77B26 B1-2-12

24B10

Spread 1

24B4

MB-1-10

24B2

Bishop

79B51

SCALE (ft)
0    1000    2000

### Legend

| | Permitted Property |
| • | Drill Hole Locations |
| ● | Drill Hole with Quality Data |
| | Classification Lines |
| | 15 Year Mine Plan Areas |
| | Remaining Coal Extents |
| | Previous Mining Area |
| NS | Norfolk Southern Railroad |
| | Roads |

Reserve Classification

| | Proven | | Probable |

O:\CAD_GROUP\6008.001\FIGURE 6_6.DWG

## FIGURE 6.6

**MAP SHOWING**

**RESERVE CLASSIFICATION**

**MIDDLE HORSEPEN SEAM**

**BISHOP PROPERTY**

McDowell County, West Virginia
and Tazewell County, Virginia

Prepared For
**JUSTICE LOW SEAM MINING, INC.**

JB  John T. Boyd Company

January 2025
Scale 1" = 2,000'



FIGURE 6.7

MAP SHOWING

RESERVE CLASSIFICATION

POCAHONTAS NO. 11 SEAM

BISHOP PROPERTY

McDowell County, West Virginia
and Tazewell County, Virginia

Prepared For

JUSTICE LOW SEAM MINING, INC.

John T. Boyd Company

January 2025
Scale 1" = 2,000'



SCALE (ft)
0   1000   2000

Legend

Permitted Property
Drill Hole Locations
Drill Hole with Quality Data
15 Year Mine Plan Areas
Remaining Coal Extents
Previous Mining Area
Norfolk Southern Railroad
Roads

Reserve Classification
Proven

**FIGURE 6.8**

MAP SHOWING

RESERVE CLASSIFICATION

POCAHONTAS NO. 10 SEAM

BISHOP PROPERTY

McDowell County, West Virginia
and Tazewell County, Virginia

Prepared For

**JUSTICE LOW SEAM MINING, INC.**

John T. Boyd Company

January 2025
Scale 1" = 2,000'



SCALE (ft)

0    1000    2000

**Legend**

- ☐ Permitted Property
- • Drill Hole Locations
- ⦿ Drill Hole with Quality Data
- — Classification Lines
- ☐ 15 Year Mine Plan Areas
- ☐ Remaining Coal Extents
- ☐ Previous Mining Area
- ~NS~ Norfolk Southern Railroad
- — Roads

Reserve Classification

- ☐ Proven    ☐ Probable

**FIGURE 6.9**

**MAP SHOWING**

**RESERVE CLASSIFICATION**

**LOWER HORSEPEN SEAM**

**BISHOP PROPERTY**

McDowell County, West Virginia
and Tazewell County, Virginia

Prepared For

**JUSTICE LOW SEAM MINING, INC.**

(JB) John T. Boyd Company

January 2025
Scale 1" = 2,000'

O:\CAD_GROUP\6008.001\FIGURE 6_9.DWG



N

J|B

Rail
Loadout

78HP11

78HP10

Coal
Preparation
Plant

N 335,000

N 334,000

Bishop

24B11

24B9

BC0313

24B8

78B40

Spread 2

24B5

24B6

24B7

24B1

MB-2-10

24B3

77B17

WV
VA

78B44

77B26

B1-2-12

Spread 1

24B10

N 330,000

24B4

MB-1-10

24B2

79B51

N 328,000

N 328,000

**SCALE (ft)**

0        1000      2000

**Legend**

| Permitted Property |
| • Drill Hole Locations |
| • Drill Hole with Quality Data |
| Classification Lines |
| 15 Year Mine Plan Areas |
| Remaining Coal Extents |
| Previous Mining Area |
| NS  Norfolk Southern Railroad |
| Roads |

Reserve Classification

| Proven | Probable |

O:\CAD_GROUP\6004.013\FIGURE 6_10.DWG

**FIGURE 6.10**

**MAP SHOWING**

**RESERVE CLASSIFICATION**

**POCAHONTAS NO. 9 SEAM**

**BISHOP PROPERTY**

McDowell County, West Virginia
and Tazewell County, Virginia

Prepared For
**JUSTICE LOW SEAM MINING, INC.**

J|B   John T. Boyd Company

January 2025
Scale 1" = 2,000'



**N**

**SCALE (ft)**
0 — 1000 — 2000

**Legend**
- ——— Permitted Property
- • Drill Hole Locations
- ◉ Drill Hole with Quality Data
- ——— Classification Lines
- ——— 15 Year Mine Plan Areas
- ⌐⌐⌐ Remaining Coal Extents
- ▨ Previous Mining Area
- NS Norfolk Southern Railroad
- ——— Roads

**Reserve Classification**
- ☐ Proven  ☐ Probable

O:\CAD_GROUP\6008.001\FIGURE 6_11.DWG

**FIGURE 6.11**

**MAP SHOWING**

**RESERVE CLASSIFICATION**

**POCAHONTAS NO. 8 SEAM**

**BISHOP PROPERTY**

McDowell County, West Virginia
and Tazewell County, Virginia

Prepared For

**JUSTICE LOW SEAM MINING, INC.**

(J)B John T. Boyd Company

January 2025
Scale 1" = 2,000'

## 7.0   MINING OPERATION

### 7.1   Historical Production

In 2013, JLSM commenced surface mining on the Bishop Property and based on internal JLSM records, produced a reported 498,073 tons in 2013/2014. Only minor tonnages were produced in 2015/2016, before mining resumed in 2017 when a reported 217,332 tons were produced. Activities ceased in 2018 and, except for minor tonnages reported in 2021 and 2022, the operation remained idle until late 2024 when JLSM began rehabilitation work on the Bishop CPP/loadout and the assembly of available surface mining equipment in anticipation of the resumption of mining.

A summary of the JLSM historical coal production from the Bishop Property is summarized below.

| Year | Tons |
|------|------|
| 2011 | - |
| 2012 | - |
| 2013 | 323,987.46 |
| 2014 | 174,085.50 |
| 2015 | 17,715.70 |
| 2016 | 30,612.00 |
| 2017 | 247,332.04 |
| 2018 | - |
| 2019 | - |
| 2020 | - |
| 2021 | 12,293.82 |
| 2022 | 13,799.77 |
| 2023 | - |

Our (BOYD's) review of public records (MSHA Form 7000-2) for the years shown above did not confirm JLSM's reported production. The only source of coal production from the Bishop Property according to MSHA records was the Bishop

Impoundment Area (MSHA Mine ID 4602380, Operator: Chestnut Land Holdings, LLC), as follows:

| Year | Tons |
|---|---|
| 2011 | 32,336 |
| 2012 | 129,618 |
| 2013 | 351,987 |
| 2014 | 79,098 |
| 2015 | 6,850 |
| 2016 | 25,000 |
| 2017 | 408,897 |
| 2018 | 15,000 |
| 2019 | 11,536 |
| 2020 | 150 |
| 2021 | 1,100 |
| 2022 | 1,141 |
| 2023 | - |
| 2024 (3 qtrs) | - |

Further details on the source (specific location, seam mined, etc.) of the reported production are not available.

## 7.2 Current Status

At BOYD's request, JLSM provided the following list of mobile equipment located on the Bishop Property, as of November 30, 2024.

| Make | Model | Type | Year | Hours | Notes | Est. FMV ($) |
|---|---|---|---|---|---|---|
| Caterpillar | 982G | Loader | 2012 | 16,804 | Since Reubild | 750,000 |
| Caterpillar | 992G | Loader | 2006 | 49,403 | | 450,000 |
| Caterpillar | 789B | Rock Truck | 2011 | 18,411 | Since Rebuild | 100,000 |
| Caterpillar | 777F | Rock Truck | 2010 | 17,182 | | 600,000 |
| Caterpillar | 777F | Rock Truck | 2010 | 34,801 | | 600,000 |
| Caterpillar | 777F | Rock Truck | 2010 | 36,944 | | 600,000 |
| Caterpillar | 777D | Rock Truck | 2004 | 42,012 | | 375,000 |
| Caterpillar | D9T | Dozer | 2012 | 26,031 | New Engine Dec. 24 | 400,000 |
| Caterpillar | D9T | Dozer | 2013 | 29,447 | | 400,000 |
| Caterpillar | D10T | Dozer | 2019 | 9,940 | Since Rebuild | 1,000,000 |
| Caterpillar | D11T | Dozer | 2009 | 7,994 | Since Rebuild | 1,600,000 |
| Atlas Copco | DM45 | Drill | 2014 | 8,754 | | 800,000 |
| Atlas Copco | DM45 | Drill | 2012 | 16,911 | | 475,000 |
| Caterpillar | 972M | Coal Loader | 2019 | 14,188 | | 350,000 |
| Caterpillar | 972M | Coal Loader | 2019 | 15,387 | | 350,000 |
| Mack | Tandem | Water Truck | 2006 | 116,823 miles | | 100,000 |
| Caterpillar | 16M | Motor Grader | 2016 | 8,204 | | 400,000 |
| Mack | Granite | Fuel/Lube Truck | 2014 | 118,229 miles | | 100,000 |
| Caterpillar | 336F | Excavator | 2018 | 19,411 | | 250,000 |
| Caterpillar | 972M | Coal Loader | 2020 | 15,318 | At Bishop Plant | 350,000 |
| | | | | | | 10,050,000 |

Note: FMV (fair market value), as estimated by JLSM.

The existing fleet is typical of equipment used at surface coal mining operations located in the southern West Virginia/southwestern Virginia area. BOYD did not complete an independent assessment nor appraisal of the existing equipment, but most of the units have relatively low operating hours and should be reliable for the near—to mid—term operation of the mine. The availability of the existing equipment is a major operational and capital cost benefit (e.g., the approximate new purchase price of the existing equipment is $27.5 million). JLSM management has also advised that they plan to add a PH2800 electric shovel and additional CAT 789 rock trucks to the Bishop Mine operation in late 2025. The addition of this equipment will provide increased stripping capacity and assurance that the projected overburden volumes can be achieved.

Based on the previous mining on the Bishop Property and recent activity to prepare the site for resumption of mining, we anticipate there will be an orderly and expedited transition to bring the mine into production.

## 7.3    Regional Production Statistics

To provide an understanding of the likely performance of the planned Bishop surface mine, we reviewed the recent (2023, 2024 YTD – three quarters) production of the seven-county southern West Virginia, southwestern Virginia portion of the CAPP region. As shown on Table 7.1, following this text, this study area produced 28 to 29 million product tons annually during 2023 – 2024 (3 Qtrs), with approximately 38 percent of the total production surfaced mined. In order to better assess the current productivity of typical surface coal mines operating in the study area, we compiled production data for surface mines producing greater than 200,000 product tons annually (as shown on Table 7.2). This analysis identified an average productivity (i.e., number of product tons produced per employee-hour worked) of approximately 2.2, and an average of approximately 2,400 to 2,500 hours worked per employee annually.

## 7.4    JLSM Mine Plan

The internally prepared JLSM mine plan utilizes available mobile equipment to conduct area surface mining within the currently permitted portion of the Bishop Property. Overburden stripping (removal) equipment consist of two primary frontend loader (FEL)/rock truck spreads, supplemented by one D-11 dozer preparing drill benches and grading backfill. A summary of existing equipment is provided in Section 7.2 and includes two Cat 992G FELs, one Cat 7898 rock truck, four Cat 777 rock trucks, one Cat D-11T dozer, and various units of support equipment. The mine plan and corresponding financial model are based on a weekly work schedule of two 10-hour shifts, five days per week, and two 8-hour production shifts on Saturday. While typical of other surface coal mines in the region, this is an extended work schedule with a total mine employment ranging between 51 and 57, including 5 salaried positions. The estimated total employment includes an allowance (additional employees) for vacations, absenteeism and holiday coverage.

All overburden will be drilled using JLSM equipment and personnel. Blasting will be outsourced and conducted by a licensed third-party contractor. The depth of mining and number of specific coal seams being mined will vary by location. Maximum depth of mining is between 400 ft and 500 ft, with up to 10 coal seams (splits of coal seams) being projected to be mined over the life of the mine plan. As a result of the multiple seams being mined, the overburden/interburden will be mined in vertical benches arranged in a stair step configuration. Height of the individual benches will be based on equipment capabilities and interburden thickness, approved ground control plan, and will range from approximately 20 ft to 80 ft.

There are two durable rock fills included in the existing permits (Big Creek Surface Mine Valley Fill 1, which is estimated to have a capacity of 19.2 million bank CYs or 24.6 million loose CYs), and a refuse disposal area associated with Permit U021483 where the Bishop CPP is located. While most of the overburden will be backstacked in the mined out pit areas (once the lower most coal seam—Pocahontas 8, is removed), the valley fills will be used for disposal of spoil until adequate void area is developed in the initial mining areas to allow backfilling operations to begin, and to dispose of excess spoil which cannot be placed in the backfill.

The large number of coal seams requires careful mine planning and the control of the day-to-day mining operation to maintain access to a variety of coal seams to produce a consistent ROM coal quality. In addition, the thinness of many of the coal seams and the need to minimize out-of-seam dilution (OSD) in the ROM coal (to achieve acceptable quality since the majority of the ROM coal is projected by JLSM to be sold on a direct ship basis), requires diligence in the pit loading process.

As shown in Table 7.3, following this text, and summarized in the following table (Table 7.4), JLSM projects mining an average of 483,997 ROM tons (414,839 product tons) annually over their 15-year mine plan. The average stripping ratio over the 15 years is 17.9 on a ROM basis and 20.9 on a product coal basis.

### Table 7.4: Summary of JLSM 15-Year Mine Plan

| Year | Waste Removal BCY | Tons ROM | Tons Product | Strip Ratio ROM | Strip Ratio Product |
|---|---|---|---|---|---|
| 1 | 8,636,715 | 506,826 | 446,700 | 17.0 | 19.3 |
| 2 | 8,650,822 | 519,265 | 448,192 | 16.7 | 19.3 |
| 3 | 8,680,761 | 508,463 | 442,163 | 17.1 | 19.6 |
| 4 | 8,665,697 | 511,758 | 439,267 | 16.9 | 19.7 |
| 5 | 8,635,257 | 499,128 | 423,615 | 17.3 | 20.4 |
| 6 | 8,653,394 | 455,859 | 388,424 | 19.0 | 22.3 |
| 7 | 8,637,670 | 439,090 | 372,281 | 19.7 | 23.2 |
| 8 | 8,671,064 | 445,543 | 374,524 | 19.5 | 23.2 |
| 9 | 8,676,878 | 441,550 | 375,719 | 19.7 | 23.1 |
| 10 | 8,674,268 | 442,877 | 375,118 | 19.6 | 23.1 |
| 11 | 8,775,749 | 486,860 | 415,099 | 18.0 | 21.1 |
| 12 | 8,640,357 | 464,670 | 400,468 | 18.6 | 21.6 |
| 13 | 8,632,433 | 477,174 | 408,560 | 18.1 | 21.1 |
| 14 | 8,656,136 | 515,191 | 442,683 | 16.8 | 19.6 |
| 15 | 8,665,426 | 545,706 | 469,774 | 15.9 | 18.4 |
| Total | 129,952,627 | 7,259,960 | 6,222,587 | 17.9 | 20.9 |
| Average | 8,663,508 | 483,997 | 414,839 | 17.9 | 20.9 |

The mine plan developed by JLSM is based on their site specific geological model, but is conceptual. Areas (polygons) delineating each year of the mine plan were defined in total on a vertical endwall basis (i.e., individual pits by vertical bench intervals were not used to develop a pit-by-pit buildup of annual production). While the level of detail used by JLSM was limited (generalized), the mine plan reflects site specific conditions and a logical sequence or approach to mining the coal within the 15-year mine plan area.

Stripping capacity of the equipment (i.e., two spreads of 992/777's, supplemented by one D-11 production dozer), removing approximately 8.7 million CYs of overburden/interburden annually, is the determinant or driver to the mine plan. Product coal tonnage is calculated assuming 70 percent of the total ROM tonnage is sold direct ship (i.e., as mined without washing) and 30 percent of the total ROM is processed in the Bishop CPP with an average clean coal recovery of 63 percent. Overall yield of product coal is 88.9 percent of the total ROM tonnage.

Staffing level for the mine includes 52 hourly and 5 salaried, which includes a 6 hourly employees allowance to provide coverage for absenteeism, holidays, and vacation time. It is critical that the mine is fully staffed every shift in order to achieve production requirements. The corresponding direct mine labor productivity averages 2.85 product tons per employee-hour worked (or 3.2 ROM tons).

It should be noted that the metrics (overburden volume, annual production tons, etc.) used in the JLSM financial model are marginally different than quantities shown in the JLSM 15-year mine plan

## 7.5    BOYD Assessment of JLSM Mine Plan

We reviewed the JLSM 15-year mine plan for reasonableness. Our general assessment was the JLSM mining plan utilized industry standard equipment and the proposed area mining approach is appropriate for the Bishop coal reserves. Based on BOYD's experience with surface coal mining in the Central Appalachian Region, the projected performance of the primary overburden stripping equipment is aggressive and would require a top tier operator, overburden haulage distance held to 1,000 ft. or less, and all equipment being in and maintained in good condition. We also opine that each 992G/777 spread should be equipped with a minimum of three rock trucks, and in order to achieve the annual overburden removal level of 8.7 million BCY, either one larger capacity overburden removal spread (operating in conjunction with one 992G/777 spread), or a third 992G/777 spread will be required.

To provide a more conservative projection, BOYD developed a modified 15-year conceptual mining plan using our geologic model for the permitted portion of the Bishop Property. The BOYD 15-year mining plan scenario is based on an average to good surface coal mine operator mining the Bishop Property in accordance with the JLSM general plan (i.e., designated areas and direction [sequence] of mining). Following is an annual summary of the BOYD modified 15-year plan,

Summary of BOYD's Modified JLSM 15-Year Mine Plan

| | Waste Removal | Tons | | Strip Ratio | | Average Product Coal Quality (Dry) | |
| Year | BCY | ROM | Product | ROM | Product | Ash (%) | Sulfur (%) |
|---|---|---|---|---|---|---|---|
| 1 | 8,244,791 | 562,141 | 371,227 | 14.67 | 22.21 | 8.46 | 1.07 |
| 2 | 8,327,225 | 592,765 | 367,457 | 14.05 | 22.66 | 8.03 | 1.10 |
| 3 | 8,553,145 | 573,665 | 361,630 | 14.91 | 23.65 | 8.11 | 1.09 |
| 4 | 8,571,891 | 584,687 | 358,739 | 14.66 | 23.89 | 7.94 | 1.11 |
| 5 | 8,507,255 | 571,543 | 345,707 | 14.88 | 24.61 | 7.98 | 1.10 |
| 6 | 8,591,987 | 532,108 | 323,151 | 16.15 | 26.59 | 7.98 | 1.09 |
| 7 | 8,535,904 | 522,011 | 324,742 | 16.35 | 26.29 | 7.97 | 1.05 |
| 8 | 8,480,237 | 516,752 | 318,978 | 16.41 | 26.59 | 7.89 | 1.07 |
| 9 | 8,549,718 | 507,826 | 313,064 | 16.84 | 27.31 | 7.97 | 1.07 |
| 10 | 8,612,398 | 506,742 | 311,624 | 17.00 | 27.64 | 8.07 | 1.07 |
| 11 | 8,610,816 | 517,306 | 317,019 | 16.65 | 27.16 | 8.02 | 1.08 |
| 12 | 8,644,694 | 527,438 | 320,483 | 16.39 | 26.97 | 7.97 | 1.09 |
| 13 | 8,662,438 | 533,062 | 321,074 | 16.25 | 26.98 | 7.97 | 1.10 |
| 14 | 8,751,438 | 570,803 | 342,910 | 15.33 | 25.52 | 7.86 | 1.12 |
| 15 | 8,540,522 | 521,579 | 310,322 | 16.37 | 27.52 | 7.90 | 1.11 |
| Total | 128,184,459 | 8,140,428 | 5,008,125 | 15.75 | 25.60 | 8.02 | 1.08 |
| Average | 8,545,631 | 542,695 | 333,875 | | | | |

It should also be recognized that the assigned annual production level and overall scope of the JLSM 15-year plan does not optimize the production potential (and associated value) of the Bishop Property permitted area (nor the overall property), nor the capacity of the installed coal handling/CPP facilities. There are substantial additional surface mineable coal (resources/reserves) remaining both within the existing permitted area and the overall Bishop Property, outside of the 15-year mine plan area(s). Either modifications (amendments) to the existing permits and/or procurement of new permits will be needed to mine the entire property. JLSM management reported that they are confident that regulatory approval to permit the remaining areas should be obtainable.

Q:\ENG_WP\6008.001 Justice Low Seam Mining\WP\Report\CH-7 - Mining Operation.docx

**TABLE 7.1**

HISTORICAL COAL PRODUCTION
SOUTHERN WEST VIRGINIA/SOUTHWESTERN VIRGINIA STUDY AREA
As Compiled By
John T. Boyd Company
Mining and Gelogical Consultants
January 2025

| County | 2023 | | | | 2024 (Q1-Q3) | | | |
|---|---|---|---|---|---|---|---|---|
| | Production Tons | Emp.- Hours | Avg. No. of Emps. | TPEH | Production Tons | Emp.- Hours | Avg. No. of Emps. | TPEH |
| **All Mines** | | | | | | | | |
| BUCHANAN | 5,369,250 | 2,332,060 | 998 | 2.30 | 3,753,202 | 1,699,248 | 991 | 2.21 |
| DICKENSON | 3,849,001 | 1,829,007 | 806 | 2.10 | 2,632,283 | 1,336,077 | 790 | 1.97 |
| FAYETTE | 2,936,430 | 1,439,635 | 639 | 2.04 | 2,054,587 | 1,065,027 | 615 | 1.93 |
| MCDOWELL | 2,466,836 | 1,800,918 | 827 | 1.37 | 1,647,100 | 1,225,461 | 739 | 1.34 |
| RALEIGH | 6,968,795 | 3,725,473 | 1,569 | 1.87 | 5,393,130 | 2,889,429 | 1,585 | 1.87 |
| TAZEWELL | 702,849 | 395,081 | 146 | 1.78 | 524,218 | 330,727 | 163 | 1.59 |
| WYOMING | 6,687,573 | 2,673,340 | 1,135 | 2.50 | 4,859,686 | 2,189,059 | 1,262 | 2.22 |
| | 28,980,734 | 14,195,514 | 6,120 | 2.04 | 20,864,206 | 10,735,028 | 6,145 | 1.94 |
| **Surface Mines** | | | | | | | | |
| BUCHANAN | 1,047,482 | 542,264 | 229 | 1.93 | 567,711 | 309,568 | 179 | 1.83 |
| DICKENSON | 843,231 | 552,451 | 262 | 1.53 | 478,766 | 370,460 | 237 | 1.29 |
| FAYETTE | 2,004,952 | 865,019 | 402 | 2.32 | 1,432,371 | 627,005 | 375 | 2.28 |
| MCDOWELL | 991,300 | 596,454 | 259 | 1.66 | 534,395 | 420,549 | 250 | 1.27 |
| RALEIGH | 2,735,699 | 1,083,634 | 433 | 2.52 | 2,008,973 | 795,776 | 436 | 2.52 |
| TAZEWELL | 512,422 | 252,954 | 92 | 2.03 | 397,345 | 223,464 | 114 | 1.78 |
| WYOMING | 2,803,921 | 635,008 | 289 | 4.42 | 2,258,803 | 570,807 | 318 | 3.96 |
| | 10,939,007 | 4,527,784 | 1,966 | 2.42 | 7,678,364 | 3,317,629 | 1,909 | 2.31 |
| **Underground Mines** | | | | | | | | |
| BUCHANAN | 4,321,768 | 1,789,796 | 769 | 2.41 | 3,185,491 | 1,389,680 | 812 | 2.29 |
| DICKENSON | 3,005,770 | 1,276,556 | 544 | 2.35 | 2,153,517 | 965,617 | 553 | 2.23 |
| FAYETTE | 931,478 | 574,616 | 237 | 1.62 | 622,216 | 438,022 | 240 | 1.42 |
| MCDOWELL | 1,475,536 | 1,204,464 | 568 | 1.23 | 1,112,705 | 804,912 | 489 | 1.38 |
| RALEIGH | 4,233,096 | 2,641,839 | 1,136 | 1.60 | 3,384,157 | 2,093,653 | 1,149 | 1.62 |
| TAZEWELL | 190,427 | 142,127 | 54 | 1.34 | 126,873 | 107,263 | 49 | 1.18 |
| WYOMING | 3,883,652 | 2,038,332 | 846 | 1.91 | 2,600,883 | 1,618,252 | 944 | 1.61 |
| | 18,041,727 | 9,667,730 | 4,154 | 1.87 | 13,185,842 | 7,417,399 | 4,236 | 1.78 |

Source: MSHA Form 7000-2 (Producing Mines Only)

Q:\ENG_WP\6008.001 Justice Low Seam Mining\WP\Report\[Tables 7.1 and 7.2.xlsx]S-UG split wo logan boon mingo

**TABLE 7.2**

HISTORICAL COAL PRODUCTION
SELECTED SURFACE COAL MINES (+200,000 TPY)
SOUTHERN WEST VIRGINIA/SOUTHWESTERN VIRGINIA STUDY AREA
As Compiled By
John T. Boyd Company
Mining and Geological Consultants
January 2025

| County/ | | | 2023 | | | | 2024 (Q1-Q3) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MSHA Id. No. | Name | Operator | Production Tons | Emp.-Hours | Avg. No. of Emps. | TPEH | Production Tons | Emp.-Hours | Avg. No. of Emps. | TPEH |
| **MCDOWELL** | | | | | | | | | | |
| 4608647 | DRY BRANCH | EXTRA ENERGY, INC. | 425,050 | 302,238 | 126 | 1.41 | 217,472 | 169,191 | 101 | 1.29 |
| 4609395 | ECKMAN | EXTRA ENERGY, INC. | 207,080 | 105,545 | 42 | 1.96 | 153,245 | 119,452 | 64 | 1.28 |
| | | | 632,130 | 407,783 | 168 | 1.55 | 370,717 | 288,643 | 165 | 1.28 |
| **WYOMING** | | | | | | | | | | |
| 4609377 | GLANCY | ROCKWELL MINING LLC | 748,527 | 261,965 | 98 | 2.86 | 575,578 | 209,897 | 108 | 2.74 |
| 4609609 | HIGHWALL R NO. 2 | MABEN COAL, LLC | - | - | - | - | 170,637 | 27,606 | 12 | 6.18 |
| 4609627 | TOM BAILEY BRANCH | ED COAL, INC. | - | - | - | - | 371,586 | 53,726 | 31 | 6.92 |
| 4609638 | WYCO | POCAHONTAS COAL COMPANY, LLC | 218,789 | 98,825 | 44 | 2.21 | 169,702 | 91,592 | 51 | 1.85 |
| | | | 967,316 | 360,790 | 142 | 2.68 | 1,287,503 | 382,821 | 202 | 3.36 |
| **BUCHANAN** | | | | | | | | | | |
| 4407199 | ELK CREEK | SURFACE MINERALS COMPANY | 237,180 | 116,843 | 45 | 2.03 | | | | - |
| 4407392 | LAUREL BRANCH | CLINTWOOD JOD, LLC | 484,284 | 309,820 | 129 | 1.56 | 351,873 | 220,164 | 121 | 1.60 |
| | | | 721,464 | 426,663 | 174 | 1.69 | 351,873 | 220,164 | 121 | 1.60 |
| | Subtotal | | 2,320,910 | 1,195,236 | 484 | 1.94 | 2,010,093 | 891,628 | 488 | 2.25 |
| **FAYETTE** | | | | | | | | | | |
| 4607058 | BISHOP | NICHOLAS CONTURA LLC | 384,480 | 160,143 | 62 | 2.40 | 408,080 | 146,122 | 74 | 2.79 |
| 4607491 | CV#2 | CIVIL, LLC | - | - | - | - | 227,044 | 142,577 | 120 | 1.59 |
| 4609054 | REPUBLIC ENERGY | REPUBLIC ENERGY LLC | 947,751 | 299,759 | 118 | 3.16 | 545,141 | 214,288 | 113 | 2.54 |
| 4609105 | SYCAMORE | PANTHER CREEK MINING LLC | 404,655 | 177,478 | 64 | 2.28 | 208,496 | 108,801 | 53 | 1.92 |
| | | | 1,736,886 | 637,380 | 244 | 2.73 | 1,388,761 | 611,788 | 360 | 2.27 |
| **RALEIGH** | | | | | | | | | | |
| 4609026 | EWING FORK NO. 1 | REPUBLIC ENERGY LLC | 414,719 | 172,373 | 68 | 2.41 | 287,158 | 101,768 | 52 | 2.82 |
| 4609475 | WORKMAN CREEK | REPUBLIC ENERGY LLC | 1,827,237 | 750,041 | 295 | 2.44 | 1,429,482 | 553,594 | 290 | 2.58 |
| | | | 2,241,956 | 922,414 | 363 | 2.43 | 1,716,640 | 655,362 | 342 | 2.62 |
| **DICKENSON** | | | | | | | | | | |
| 4407163 | BB STRIP | PARAMONT CONTURA, LLC | 485,484 | 343,369 | 143 | 1.41 | 291,778 | 250,133 | 139 | 1.17 |
| | | | 485,484 | 343,369 | 143 | 1.41 | 291,778 | 250,133 | 139 | 1.17 |
| | Subtotal | | 4,464,326 | 1,903,163 | 750 | 2.35 | 3,397,179 | 1,517,283 | 841 | 2.24 |
| **Total** | | | 6,785,236 | 3,098,399 | 1,234 | 2.19 | 5,407,272 | 2,408,911 | 1,329 | 2.24 |

Source: MSHA Form 7000-2

Q:\ENG_WP\6008-001 Justice Low Seam Mining\WP\Report\[Tables 7.1 and 7.2.xlsx]removed logan boon and mingo

# TABLE 7.3

## JLSM INTERNAL 15-YEAR MINE PLAN SUMMARY
### BISHOP PROPERTY (PERMITTED AREA)
### MCDOWELL COUNTY, WEST VIRGINIA AND TAZEWELL COUNTY, VIRGINIA
### As Prepared By
### JUSTICE LOW SEAM MINING

| Surface Mine Plan | Spread No. 1 | | | | | Spread No. 2 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | BCY | ROM | CTE | Recovery | Ratio | BCY | ROM | CTE | Recovery | Ratio |
| Year 1 | 4,296,741 | 269,821 | 236,753 | 88% | 18.15 | 4,339,974 | 237,005 | 209,947 | 89% | 20.67 |
| Year 2 | 4,318,848 | 259,657 | 225,921 | 87% | 19.12 | 4,331,974 | 259,608 | 222,271 | 86% | 19.49 |
| Year 3 | 4,345,664 | 253,333 | 215,577 | 85% | 20.16 | 4,335,097 | 255,130 | 226,586 | 89% | 19.13 |
| Year 4 | 4,321,030 | 239,867 | 203,380 | 85% | 21.25 | 4,344,667 | 271,891 | 235,887 | 87% | 18.42 |
| Year 5 | 4,322,357 | 232,524 | 196,502 | 85% | 22.00 | 4,312,900 | 266,604 | 227,113 | 85% | 18.99 |
| Year 6 | 4,324,022 | 221,265 | 186,204 | 84% | 23.22 | 4,329,372 | 234,594 | 202,220 | 86% | 21.41 |
| Year 7 | 4,328,927 | 210,662 | 176,444 | 84% | 24.53 | 4,308,743 | 228,428 | 195,837 | 86% | 22.00 |
| Year 8 | 4,353,384 | 204,788 | 173,659 | 85% | 25.07 | 4,317,680 | 240,755 | 200,865 | 83% | 21.50 |
| Year 9 | 4,327,502 | 198,892 | 174,070 | 88% | 24.86 | 4,349,376 | 242,658 | 201,649 | 83% | 21.57 |
| Year 10 | 4,355,241 | 197,110 | 170,241 | 86% | 25.58 | 4,319,027 | 245,767 | 204,877 | 83% | 21.08 |
| Year 11 | 4,441,502 | 193,161 | 164,910 | 85% | 26.93 | 4,334,247 | 293,699 | 250,189 | 85% | 17.32 |
| Year 12 | 4,339,030 | 191,815 | 167,238 | 87% | 25.95 | 4,301,327 | 272,855 | 233,230 | 85% | 18.44 |
| Year 13 | 4,315,774 | 190,261 | 166,210 | 87% | 25.97 | 4,316,659 | 286,913 | 242,350 | 84% | 17.81 |
| Year 14 | 4,345,358 | 218,719 | 189,241 | 87% | 22.96 | 4,310,778 | 296,472 | 253,442 | 85% | 17.01 |
| Year 15 | 4,330,402 | 269,821 | 236,753 | 88% | 18.29 | 4,335,024 | 275,885 | 233,021 | 84% | 18.60 |
| **Total** | **65,065,782** | **3,351,696** | **2,883,103** | **86%** | **22.57** | **64,886,844** | **3,908,264** | **3,339,484** | **85%** | **19.43** |

Q:\ENG_WP\6008.001 Justice Low Seam Mining\WP\Report\[Table 7.3.xlsx]Summary

# 8.0   COAL HANDLING, AND PROCESSING

The Bishop CPP and nearby rail loadout are critical components of the future Bishop surface mine operation. Built and commissioned in 2012, the CPP has probably operated less than half of the time and as of the time of our November 8, 2024, visit, was last operated about two years ago. Rehabilitation work was recently commenced to restore the facilities to operating condition to coincide with the resumption of mining at the Bishop surface mine in late 2024/early 2025.

At any given time, one or more of ten coal seams will be mined and transported by truck to the Bishop CPP/Loadout facility. JLSM's ability to schedule mining, maximize the quality of the as-mined coal, and control blending to produce a consistent quality coal product, are critical to the success of the operation.

An aerial view of the existing Bishop CPP and rail loadout facilities is shown on Figure 8.1, following this text. To assist the reader in understanding the following text, we have included copies of the original Bishop CPP and material handling facility design drawings: Figure 8.2 – New 600 TPH Preparation Plant Flow Sheet and Figure 8.3 – New Material Handling Facility/Material Handling Flow Sheet (following this text).

## 8.1   November 8, 2024, Site Visit

BOYD representatives completed a tour of the Bishop CPP and rail loadout on November 8, 2024, to observe the current condition of these facilities and to discuss work in progress and planned activities to return the facilities to operation. BOYD's senior coal preparation specialist, Dr. Dennis I. Phillips, was accompanied by the plant manager, Keith Brooks, who was directing the repair and rehabilitation efforts and had prior experience working at the plant. Mr. Brooks was cooperative and informative.

The plant and loadout were not operable at the time of our visit. The power was not on and was not expected to be activated for another week due to high-line clearing and inspection by APCO. A diesel generator was being used to provide limited plant power for lights and motor testing. Keith Brooks reported that most of the smaller motors had been tested, but not the conveyors or any of the larger 4160-volt motors. At the time of our visit, one of the screenbowl centrifuges was being replaced. The thickener had been cleaned, filled with water, and ready to operate. Once power is restored, the plant is expected to be operational in one to two weeks. Since the site visit, JLSM advises the power was reinstated on November 10, 2024 and that repairs were completed on

November 21, 2024. The plant was restarted on November 25, 2024 and has been operational since that time.

Overall, the plant appeared to be in good condition and was relatively clean inside, but the outside grounds required some attention. Plant capacity will be limited to around 300 tph since there will be only one of the two screenbowl centrifuges and only one refuse press operating. There have been several issues in the past with the refuse presses. They require considerable maintenance and parts/components from the second unit had been removed in prior years to keep the first one running. The second unit will cost almost the price of a new one to get it operational. Mr. Brooks discussed the possibility of bringing a belt press from a different Justice plant, but that would require considerable expense to install it, plus incur higher chemical cost of operation. Refuse is trucked to the surface mine and placed in previously mined areas during backfilling. The train loadout appeared in good condition but needed an electric cable replaced on the loadout conveyor. This cable was on order at the time of the site visit and has since been installed and the loadout conveyor is now fully operational.

Critical Conditions

At the time of our visit, electrical power was planned to be connected to the plant in about one to two weeks. The incoming breakers at the plant had been inspected by APCO and were considered ready for operation. Plant personnel were utilizing a diesel generator to power the lights and test some of the smaller equipment. As previously mentioned, since the BOYD visit power has been reconnected and the plant has been operational on line power since November 25, 2024. There are two large screen bowl centrifuges in the plant for dewatering the fine coal, but both were in need of repair and one unit is in the process of being replaced. This unit will allow the CPP to operate at approximately half of the rated raw coal feed rate or 300 tph. With only one of the two refuse plate presses operational, the plant has been limited to half feed rate which is sufficient to meet near term processing plans.

Photographs of the Bishop CPP and Rail Loadout facilities taken during our November 8 visit, are provided in Appendix A.

## 8.2    CPP Process Description

As designed and originally constructed, the Bishop Plant is rated at 600 tph of raw feed. With all plant units operating, it should be capable of processing raw coal at that feed rate. Plant circuitry is still considered state of the art with three cleaning circuits consisting of a 40-inch diameter heavy media cyclone for the 2-inch (50 mm) down to

1 mm size fraction, spirals for the 1 x 0.150 mm material and flotation cells for the 0.150 mm x 0 material. Plant functions are automated and controlled from a central control room via a PLC/computer system.

The raw coal handling system was built to be very extensive with a double truck dump, scalping/sizing station and two stacking tubes over a reclaim tunnel which is equipped with four reclaim feeders. However, this system has never been used since there is no way for trucks to reach the truck dump because the access ramp and side retaining walls were never built.

The reclaim tunnel and feeders are used to feed the plant after the raw coal is crushed in the direct ship system located at the rail loadout, and then trucked to the plant.

Raw coal feed enters the plant via the plant feed conveyor and is discharged onto the raw coal deslime vibrating screen where a considerable amount of water is used to size the feed at 1 mm. Plus 1 mm material goes directly to the heavy media cyclone (HMC) sump where it is pumped to the HMC and separated with the use of a dense media made up of magnetite and water. Clean coal along with the media is drained and rinsed on the clean coal drain and rinse screen with the bottom deck coal (<1/2-inch) reporting to a scroll centrifuge for dewatering and then onto the clean coal conveyor. HMC refuse is similarly drained and rinsed on the refuse screen and the rinsed magnetite is recovered using magnetic separator drums and returned to the media sump.

Material less than 1 mm passes through the deslime screen, flows to the raw coal sump and is pumped to the raw coal classifying cyclones where a nominal 0.150 mm (100 mesh) size cut is made. The cyclone underflow holds the coarse material (1 x 0.150 mm) which flows to the spirals where the clean coal is separated from higher ash refuse. Clean coal is dewatered in two screen bowl centrifuges. Raw coal cyclone overflow goes to the flotation cells where the naturally hydrophobic fine coal attaches to bubbles and overflows as a froth and proceeds to the same screen bowl centrifuges as the spiral product for dewatering before discharging onto the common clean coal conveyor.

Refuse from the flotation cells flows to the thickener where flocculent chemical is added to help the solids settle and concentrate in the bottom of the thickener. The overflowing clarified water is returned to the plant as process water. Settled solids are pumped to the two refuse plate presses to be further dewatered before discharging onto the common refuse conveyor. The press is a batch unit that can take from 25 to 35 minutes per cycle and with only one press operating, the total plant capacity is limited by approximately one half. The combined refuse is trucked from the refuse bin to the surface mine and

disposed of in the backfill. As long as the surface mine is operating, there should be sufficient capacity for plant refuse. The major known issues regarding the plant's ability to properly process coal are the limitations on plant capacity due to having only one operational screen bowl centrifuge and one operational fine refuse plate press. A reasonable estimate for the plant capacity is that it will be reduced from 600 to 300 raw tons per hour until these units are either fully repaired or replaced. However, if the raw coal feed to the plant contains heavily oxidized coal or high amounts of clay and fines, the feed rate may need to be reduced below this expected feed rate.

Based on our field observations of the idle plant, it appeared to be in very good condition for its age and should operate well once repairs are made to the units mentioned. Structurally the plant is in good condition with moderate rust on the steel. It is an open plant with an overhead traveling crane for maintenance. The plant feed system can function as-is without the use of the full raw coal material handling system by continuing to pre-size raw coal in the direct ship system and trucking to the raw coal pile over the existing reclaim tunnel.

Although the plant can operate at the reduced feed rate of 300 tph while production is low, unnecessary additional shifts will be required to process higher volumes. If the need to process higher volumes of raw coal is required on a regular basis, the savings from minimizing the additional personnel should pay for the repairs needed to bring the plant to full production.

## 8.3    Product Coal Storage and Train Loadout

The product coal storage area is located at the rail loadout area and consists of four stacking tubes with two tubes capable of 15,000 tons each, one with 11,000 tons and one with 20,000 tons of storage capacity. Under the stockpiles is a single concrete reclaim tunnel equipped with a total of 11 mass flow slide gates that feed onto a 60-inch reclaim conveyor at up to 3,000 tph. The reclaim conveyor discharges onto two more conveyors to continue the movement of product coal to the batch-weigh loadout system. From the double batch loadout, coal is weighed in a weigh bin and loaded into the rail cars as they continuously move under the loadout. A two-stage sampling system is mounted on the final loadout conveyor.

There is a separate system to handle direct ship product (i.e., coal sold as-mined without washing). This system consists of a truck dump feeding the raw coal to a crusher station and then is conveyed to one of the stacking tubes in operation on the Bishop mine side of the product coal system. The clean coal loadout system is operational now that

electrical power has been restored to the site. At the time of the site visit, the only known problem was one electrical cable was removed from the loadout conveyor, and at that time was on order. Since the site visit the cable has been replaced and the coal loadout system is operational. Coal is currently being crushed and sized in the direct ship system with the use of a diesel generator.

## 8.4 Operating Plans

The current 15-year mining (operating) plan is to run the plant one shift per day with a total crew of five on day shift and two on night shift. Day shift will consist of control room operator, press operator, plant feed operator, utility/floor walker, and supervisor. Night shift will operate the refuse press to clear the thickener and perform maintenance. The refuse will be trucked to the surface mine backfill using the mine's truck and personnel. Expected CPP production is 2,000 raw tons per day processed, which should be easily achievable even with the reduced feed rate.

## 8.5 Operating Cost

Operating cost provided by JLSM indicates a total monthly cost of $ 275,565 for a one-shift operation. This is for the entire coal handling and processing facility. Our estimated cost to operate the CPP (including an allocation of the loadout/coal handling) is $17.00 per raw coal ton. This is exorbitantly high, but is attributable to the low number of raw tons processed, 9,817 tons (per month). The total dollar cost is reasonable for a one-shift operation.

Under the BOYD modified 15-year mine plan, the percentage of ROM coal to be washed increases from 30 to 85 (or from 9.817 ROM tons/month to 38,258 ROM tons/month). The corresponding annual cash operating cost to operate the Bishop CPP/Coal Handling/Rail Loadout facility is estimated by BOYD to increase to $5.0 million (or $5.2 million if sustaining capital is included). However, the increased annual raw coal feed provides an improved economy of scale (which in turn, lowers the CPP unit cost [including the cost to operate the coal handling system/rail loadout] to approximately $11.50 per raw coal ton).

In the future, if the level of raw coal being washed increases to 40,000 raw tons per month, then the direct CPP operating cost would be expected to drop to under $7 per raw ton. Although higher than some operations, this cost would be reasonable considering the relatively low volume of tons being washed and the higher chemical costs expected due to high amounts of oxidized coal. Once the plant is returned to

600 tph feed, the direct CPP operating cost should drop by at least $1 per raw ton due to materially lower labor cost and other fixed ($/year) costs being reduced by half on a per ton of raw coal processed basis. This assumes that the total tons processed are also doubled. Plant yield could drop below 50% when only selected high ash coals and the pit cleanings are washed.

If the plant stays at 300 tph feed rate and the raw tonnage is increased enough to require a second production shift per day, then it would be prudent for JLSM to spend the money required to get the plant capacity back to 600 tph. The savings from not adding the second production shift would easily pay for the repairs necessary.

## 8.6  CAPEX

We were not provided any capital expenditure plans for the plant, but we estimate approximately $1.5 million will be needed to repair the second plate press and the second screen bowl centrifuge. This would restore the plant capacity to 600 tph (feed). Given the high cost of repairing the second plate press, it may be better to replace it with a newer, more reliable brand. We expect the total capital needs for the plant and loadout area to be approximately $2 million over the next two years. After that, a sustaining capital cost of $400,000 per year will be required for major plant and mobile equipment replacement.

Following this page are Figures:

8.1   Aerial View of Bishop CPP and Rail Loadout Facilities
8.2   New 600 tph Preparation Plant Flow Sheet
8.3   New Material Handling Facility Flow Sheet



Q:\ENG WP\6008.001 Justice Low Seam Mining\NAD\Workmap\Workmap.aprx

Train Loadout

16

4 Clean Coal Stacking Tubes

Outside Coal
Truck Dump
Not Used

16

Clean Coal
Conveyor from Plant

Processing Plant

Direct Ship Crusher

Direct Ship
Truck Dump

Refuse Truck Bin

Raw Coal Tunnel

Raw Coal Truck Dump,
Screen, and Stacking Tubes
Not Usable

N

**FIGURE 8.1**
**AERIAL MAP**
Showing
**BISHOP CPP & RAIL LOADOUT FACILITIES**
McDowell County, West Virginia

Prepared for
**JUSTICE LOW SEAM MINING, INC.**

John T. Boyd Company

January 2025
Scale 1" = 450'

SCALE (Feet)
0    250    500    750    1,000

8-7



**FIGURE 8.2**

NOT FOR CONSTRUCTION

JUSTICE COMPANIES

BISHOP COAL PREPARATION AND MATERIAL HANDLING FACILITY

NEW 600 TPH PREPARATION PLANT

PLANT FLOWSHEET

4128-0001-0004

Note: Flowsheet Provided by
Justice Low Seam Mining, Inc.



FIGURE 8.3

# 9.0 MARKET ANALYSIS

## 9.1 Introduction

It is BOYD's understanding that the Bishop Mine will primarily produce a mid-volatile, bituminous rank metallurgical coal, which will account for approximately 90% of the operation's saleable output. The balance of the operation's coal sales will be a secondary PCI product. Both products are expected to be suitable for sale to domestic and export markets. JLSM reports indicative coal quality specifications for the Bishop Mine metallurgical product as summarized in Table 9.1 below:

**Table 9.1: Indicative Metallurgical Coal Quality**

| Parameter | Units | Value |
|---|---|---|
| Ash | %, db | 8.4 |
| Volatile Matter | %, db | 24.1 |
| Fixed Carbon | %, db | 67.5 |
| Sulfur | %, db | 0.98 |
| P2O5 | % in Ash | 0.08 |
| Reflectance | % Ro | 1.24 |
| Max Fluidity | DDPM | 3200 |
| HGI | | 92 |
| Predicted CSR | % | 59.5 |
| FSI | | 8 |

Source: Bluestone Coal Sales Corp. coal quality data as of Aug. 2021

The proximate analysis indicates that the Bishop coal exhibits intermediate ash content by US or any other coking coal standards. The coal is a strong mid volatile bituminous coal by ASTM ranking criteria. The sulfur content is low and considered good for metallurgical coal. Additionally, a very low (i.e., desirable) phosphorous level is exhibited. The free swelling index (FSI) is considered favorable (excellent). In general, based on the indicative quality presented, the Bishop mid-volatile metallurgical coal product should be well-received by the domestic and export markets.

## 9.2    Coal Transportation Options

The Bishop Mine operation includes an on-site raw coal handling facility, CPP, and rail loadout. As planned by JLSM, 70 percent of the ROM coal will be sold on a raw basis and 30 percent will be washed. The blended product coal will be directed onto the NS railroad for further dispatch to domestic steelmakers and/or to US export terminals located near Hampton Roads, Virginia or Baltimore, Maryland, for onward delivery to international steelmakers. In support of coal train loading operations, a 110-car unit train-ready rail siding is located adjacent to the CPP. The facility's train loading system is comprised of a double batch loadout which reportedly has the capacity to load up to 3 million tons per year.

## 9.3    Industry Overview

Metallurgical coal is processed, or "carbonized", in coke ovens to produce metallurgical coke that serves as a reducing agent, heat source, and support for the smelting process during the production of iron and steel. Only select, higher-rank coals exhibiting necessary coking properties (as measured by fluidity, reflectance, coke stability, free swelling index [FSI], and petrographic analysis) are suited for coking coal use. Due to variations in quality characteristics among differing coals, coke producers typically follow the practice of coal blending in order to achieve maximum coke production, quality, stability, and strength. When the production of coke is accomplished in modern by-product coke ovens, 1 ton of coking coal typically yields 1,200 to 1,400 pounds of blast furnace coke, depending upon the type of coal that is carbonized and the carbonization time and temperature.

*In the US, metallurgical coals are classified into one of two categories:*

*Hard Coking Coals (HCC) - are essential to produce strong coke when using coke ovens and generally have the ability to make a strong coke when coked on their own. These coals are often classified by volatile content (low, mid, and high) and are typically blended with other coals to produce high quality coke. Table 9.2 provides a general guideline regarding the ideal quality characteristics[1] for US met coal by volatile matter content.*

---

[1] The ideal quality characteristics listed reflect the opinion of U.S. coke makers and coal producers and may not reflect the quality requirements desired in the international market.

| Table 9.2: General Quality Range for Ideal US Met Coals | | | |
|---|---|---|---|
| | High Volatile | Medium Volatile | Low Volatile |
| Volatile Matter (%) | 31-34 | 23-28 | >18 to <21 |
| Ash (%) | <6 | <6 | <6 |
| Sulfur (%) | ≤0.8 | ≤0.8 | ≤0.8 |
| Oxidation Test | ≥94 | ≥97 | >98 |
| FSI | ≥8 | >8 | 8 to 9 |
| Fluidity | ≥20,000 | >1,000 | >70 |
| Plastic Range | ≥95 | >80 | >60 |
| Dilation | ≥180 | ≥200 | >+50 |
| Sole Oven | >-20 | >-3 | <+5 |
| HGI | ≥55 to <80 | ≥55 to <80 | 88 to 94 |
| Ash Fusion°F* | ≥2,580 | ≥2,580 | ≥2,580 |
| $P_2O_5$ %( in ash) | ≤0.5 | ≤0.5 | ≤0.5 |
| Reflectance | >0.98 | 1.2 to 1.4 | 1.47 to 1.62 |
| CSR Potential | >56 | ≥60 | >56 |

*Softening termperature
Source: CoalTech Petrographic Associates, Inc.

***Pulverized Coal Injection (PCI)*** *– PCI is injected directly into the lower level of the blast furnace (i.e., without the intermediate coking phase) as a supplemental carbon source. By using carbon provided by the PCI product, the steel making can effectively reduce the quantity of coke required per ton of hot metal produced (although the blast furnace itself must have injection capabilities). Low rank high vol and high rank low vol coals or blends of both are commonly used for PCI. Since PCI coals are typically less expensive than met coals, its use reduces the overall cost of producing hot metal. Since PCI coal is pulverized to 70-80% minus 200 mesh before it can be injected into the blast furnace, whatever coal source is chosen for PCI must handle well and its grindability must match the equipment design to achieve the rated capacity for the installation. As in the case of coke, lower ash and sulfur of the PCI is more desirable as they affect coke rates and iron production much the same way elevated levels in the coke do.*

High-volatile coals are more plentiful in the United States (in terms of mineable reserves) than low and mid-volatile coals. Low- and mid-volatile coal reserves in the United States typically have more difficult mining conditions (e.g., found in thin seams and/or at relatively deep mining depths). This contributes to higher mining costs (as measured in capital expenditures for seam access and operating expenses) than are generally incurred when mining high volatile coal reserves.

In addition to volatile matter, metallurgical coal is ranked based on carbon content. Carbon content, which is inversely proportional to volatile matter content, is the largest factor affecting coke strength and raw material cost. Other quality parameters that are important in assessing metallurgical coal characteristics include ash, sulfur, alkali oxides, and phosphorous, as well as fluidity, reflectance, coke stability, and FSI. After meeting

other coking quality requirements, metallurgical coals are characterized by ash content (less than 9% is typically considered low-ash) and sulfur levels (typically less than 1%). Higher ash content in a metallurgical coal increases the blast furnace coke rate and slag volume, thus reducing blast furnace productivity. Higher sulfur content increases the limestone and coke consumption of the blast furnace, reducing the iron ore in the burden (again decreasing blast furnace productivity). Some higher sulfur coals may be used if blended with lower sulfur coals to reduce the overall average.

*Metallurgical coals generally command a price premium over steam coals, thus reflecting their unique properties and generally higher production costs. Market fluctuations occasionally dictate changes in the utilization of coal. For example, when there is strong demand for coking coal, traditional thermal coals that have some coking properties may be incorporated in some blends. Alternatively, during periods of excess supply, portions of the metallurgical coal supply have been periodically diverted into the thermal coal market. However, most of the metallurgical coal is converted into coke and is used by the iron and steel industry to produce pig iron and steel.*

*Of particular interest to coke producers is the rank of the coals used in the coke blend:*

- *High-volatile coals, when utilized alone, generally do not produce coke with acceptable physical properties to attain the strength needed to resist abrasion or degradation as coke moves down the blast furnace column.*

- *Low-volatile coals, while producing adequate coke strength, cannot be coked alone because they expand and may generate excessive pressure during coking that can damage coke oven walls and/or the resultant coke cannot be "pushed" from an oven.*

- *Medium-volatile coals at the low end of the rank scale contract sufficiently, but at the upper end of the scale they exhibit expansion and normally cannot be used alone to produce coke.*

*To accommodate for differences between met coals, technology has been developed over time enabling the controlled and selective blending of low-, medium-, and high-volatile coals to produce coke with acceptable chemical and physical properties for blast furnace and foundry use, while optimizing steelmakers' overall raw materials costs. The relative availability of high-volatile coals tends to make low- and mid-volatile coal of particular interest to coke producers. Accordingly, premiums are placed on low- and mid-volatile metallurgical coals, particularly those with low ash and sulfur contents and other favorable characteristics.*

*Metallurgical coal is not a homogeneous product, nor is it defined as having a particular quality. There are differences in the qualities and characteristics of coal from various*

*sources (individual coal seams, mines, processing plants, or geographic areas). The qualities and characteristics of metallurgical coal affect operational performance at individual coking facilities and the suitability of various coke products during the steelmaking process. No single coal quality meets all requirements for all consumers, but the desirability of certain parameters and characteristics of coking coal follow general trends.*

Metallurgical coal produced in the United States is sourced from a variety of coal mines located in the Appalachian coal fields:

- **Northern Appalachia (NAPP)** includes Pennsylvania, Maryland, Ohio, and northern West Virginia. Most of the metallurgical coal produced in this region originates from mines in central Pennsylvania and northern West Virginia, with lesser amounts coming from Maryland, and occasionally from mines operating in the Pittsburgh No. 8 Seam.
- **Central Appalachia (CAPP)** region, which is comprised of southern West Virginia, eastern Kentucky, Virginia, and Tennessee, is the primary metallurgical coal source within the United States. Most of the region's metallurgical coal output is from mines in southern West Virginia and Virginia (including the Bishop operation).
- **Southern Appalachia (SAPP)** metallurgical production is sourced primarily from select operations found within the Alabama bituminous coal fields.

A relatively fixed portion of US metallurgical coal output (approximately 15 to 18 million tons annually) is consumed domestically while the remainder is directed into the international market via port facilities located on the Atlantic or Gulf coasts. Enhancing the US metallurgical coal industry's reputation in the export market is its diversity of suppliers, range of coal qualities, world-class transportation infrastructure, and historical reliability—factors that are recognized and valued by global consumers of seaborne traded metallurgical coal.

Historically, the United States has acted as a swing supplier into the international metallurgical coal market, opportunistically selling into the market during periods of high demand and strong pricing. Conversely, in periods of soft market demand, US producers

have typically reduced output or redirected metallurgical coal into the domestic thermal market. The cyclical behavior of US metallurgical exports is illustrated in Figure 9.1:

**Figure 9.1: Historical US Metallurgical Coal Exports**



<u>Source</u>: EIA Quarterly Coal Reports

US met exports declined steadily from 1990 to 2002, reflecting the phenomenal rise of Australia's met coal industry which overtook the United States after 1990. This rise was due in part to considerable Japanese investment in that country's met coal mining sector, the lower cost of production from Australian mines, and the proximity of the Australian coal industry to the bulk of the importing countries located in Asia.

Beginning in 2004, the US metallurgical coal industry experienced a dramatic resurgence, spurred on by the surge in global steelmaking. At the same time, traditional suppliers of coking coal had difficulty increasing production in response to short-term changes in demand. Australian and Canadian exports of metallurgical coal increased marginally in that time, but not sufficiently to meet market demand. Since then, both countries have been hampered by a combination of production and infrastructure problems, the lingering effect of mine closures, and delays in bringing on new, higher cost capacity. In Australia, a series of weather-induced setbacks have constrained production capacity during the past two decades.

In the boom years of 2008 to 2012, when prices spiked for met coal, the US was able to significantly expand exports. Market conditions in 2015 and 2016 were very different, with Chinese demand in steep decline. This pushed Australia, the major supplier of

metallurgical coal to the seaborne market, to compete on price. US metallurgical coal, which is relatively high cost compared to production in the rest of the world, was further disadvantaged by the stronger US dollar.

Following 2016, international demand for met coal recovered briskly. US producers, motivated by record high prices, again ramped up production to meet robust export demand. This continued until 2019 when global demand faltered in response to pandemic-related curtailments. Since then, post-Covid economic growth across the globe has seen US met coal exports steadily recover to near pre-pandemic levels. As seen in Figure 9.2, over the 9-month period January 2024 to October 2024, US monthly met exports have been at or above the previous 5-year average.

**Figure 9.2: Monthly US Met Coal Export History – Tons (millions)**



Source: US Commerce Department data.

The only major departure from the industry's most recent performance occurred in April 2024 following the closure of the export terminals in the Baltimore, Maryland area following the collapse of the Key Bridge which resulted in shipments out of that region being curtailed for the next 3 months.

Historical coking coal exports (by destination) from the US from 2021 through YTD October 2024 are detailed in Table 9.3:

**Table 9.3: US Met Coal Export Deliveries by Customer Region (Tons)**

|  | 2021 | 2022 | 2023 | YTD Oct 2024 |
|---|---|---|---|---|
| Asia | 19,417,399 | 17,285,613 | 22,821,941 | 22,047,758 |
| Europe | 15,923,412 | 19,453,020 | 17,302,074 | 15,589,417 |
| South/Other America | 6,091,416 | 6,621,626 | 7,241,331 | 6,145,715 |
| Canada | 3,476,049 | 2,937,517 | 3,715,899 | 2,021,174 |
| Total | 44,908,275 | 46,297,775 | 51,081,246 | 45,804,064 |

Source: US Commerce Department

As shown in the table, Asia and Europe are the major markets for US met exporters, comprising between 75% and 80% of US shipments during this period. Now reaching 6 to 7 million tons per year, South America—specifically Brazil, has become a major outlet to US met exporters, while Canada maintains a relatively steady 3 to 4 million ton per year demand level. The Asian market (primarily China, India, Japan, and South Korea) represented nearly 23 million tons of exports (in 2023). Robust demand from India as well as from China, has increased US met coal shipments to that market sector in the last year (2023).

## 9.4 Market Outlook

### 9.4.1 Background

Metallurgical coal produced in the United States is sold to domestic coke producers and exported to steel producers in Canada and other international consumer nations.

Demand for US met coal in the domestic and export market over the past 10 years is shown in Figure 9.3:

Figure 9.3: US Metallurgical Coal Shipments by Market (Tons millions)



Source: EIA Quarterly Coal Reports

Aside from negligible amounts of met coal supplied from western Canada, the Canadian steel market is solely reliant on US met coal exports (shipped to Canada via the Great Lakes). Relative to the US and Canadian market, US met coal producers are not at risk from competition from overseas coal due to the suppliers' proximity to its customer base (i.e.. the inherently low cost of coal transportation from US suppliers serves to insulate regional markets from outside sources). Alternatively, US met coal exporters face brisk competition for a share of the international market from major met coal supply countries including Australia, Canada, and Russia. Competition from these countries can be intensified by a strong US dollar.

### 9.4.2   Domestic Demand for US Metallurgical Coal
The demand for the domestic metallurgical coal has declined over the past three decades due to challenges facing the US steel industry, including:

The Decline in US Total Raw Steel Production – Steel production in the United States peaked in 1973 at 151 million tons but has trended steadily downward since 2000. The general turn down in US steel output is primarily attributed to: (1) the broad transformation of the US economy from manufacturing to a technology/service orientation, (2) the replacement of steel products with inexpensive substitutes and/or products with more lightweight design (e.g., plastics), (3) the penetration of the domestic market by imported, lower-cost steel and/or steel-intensive products (e.g., foreign cars),

(4) the growth of foreign steelmaking industries in Japan, Korea, eastern and western Europe, China, and other developing countries, and more recently, (5) less than robust global economic growth.

Growth in Steel Production Not Requiring the Use of Met Coal – Technological advancements, such as the use of metal-efficient continuous casters (which require less hot metal, or pig iron and, thus, less metallurgical coke) and the advent of electric arc furnaces (EAFs) in the manufacture of raw steel have changed the face of the US steelmaking industry. Since the mid-1980s, the EAF steelmaking process has grown, accounting for approximately 71% of the raw steel output in the United States in 2020 (versus 38% in 1975).

Other Technologies – The development of direct smelting technologies, which decreases the amount of hot metal required from the traditional coke oven/blast furnace process, and the conversion of domestic blast furnaces to pulverized coal injection (PCI) have contributed to the reduced amount of coke and/or metallurgical coal used in steelmaking.

The Decline in North American Coke Ovens – The number of coke plants, which convert met coal into metallurgical coke, in the United States has declined over time as general coke consumption has fallen in line with reduced steel made from pig iron. In 1970, there were 65 coke plants in the United States, a number that fell to 34 by 1990 and that stands at 13 today[2].

Going forward, BOYD anticipates a continued increase in US EAF steelmaking capacity which will result in a corresponding decline in BOF steel output.

### 9.4.3   US Met Coal Export Outlook

The US met industry, which is advantaged by an established highly capitalized production base, supported by a world-class railroad and coal export terminal infrastructure, is expected to realize increased export sales over the near-term. BOYD's outlook for US exports is supported by the following fundamentals:

- World markets, lead by India, will be demanding more coking coal in the future, especially as economic recovery accelerates.

- More coking coal procurement strategies are centered on purchasing a wider range of coking coal qualities from a more diverse set of suppliers. This has particularly served the benefit of US suppliers and producers of marginal quality coking coal.

- Growing markets in rapidly developing economies (China, India, and Brazil) are generating a strong market for coking coal and they will cause a further tightening in global markets. As these markets develop and mature, any resultant supply rationing or disruptions will allow swing suppliers like the US to sell more into international markets.

---

[2] In addition to the 13 US coke plants, there are 4 active plants operating in Canada.

- Coking coal prices are expected to support acceptable FOB mine returns, thereby providing flexibility and security against price volatility.

- The market requires steady supply. If a new US met coal project can demonstrate the ability to consistently and continuously supply coal into the market, this will be a valuable competitive advantage to the project.

- US secondary sanctions targeting specific Russian coal producers impose penalties on financial institutions conducting or facilitating transactions with sanctioned entities. This effort will make it more difficult for Russian coal producers to route exports to international markets. China is Russia's largest metallurgical coal export market, making up 60% of total exports. While it is difficult to predict and measure the exact impact of secondary sanctions, there are reports of large banks in China limiting transactions with sanctioned entities. While demand from India (Russia's second largest export market) is expected to increase over the outlook, these secondary sanctions could inhibit Russia's export efforts.

Despite BOYD's relative positive outlook, there continue to be hurdles to future US met coal exports:

- Australia will maintain its position as the dominant supplier of metallurgical coal to the global market. Australian producers, which are the lowest cost hard coking coal suppliers to the international market, retain a significant FOB cost advantage over its major competitors due to favorable geological conditions combined with relatively short transportation distances to Pacific/Asian export customers.

- Costs in the US are among the highest globally as high-quality coking coal reserves are depleting in CAPP which are being replaced by mines in thinner seams with more challenging mining conditions. High rail rates are another factor contributing to the high-cost position of US exporters.

- The outlook for global met coal demand is somewhat tempered by weak European hot met production which recently reached a new record low in September 2024. This decline was primarily driven by particularly poor performances out of Germany and the Netherlands. Following onto this news was the report that ArcelorMittal had idled operations at its blast furnace in Gijon, Spain in October 2024 due to a lack of orders. Adding to the pessimistic nature of the market is the realization that Tata Steel will complete the winding down of its blast furnace operations at Port Talbot in the United Kingdom by the end of 2024.

- For US producers, the near-term outlook remains bearish, with European demand looking uncertain until the second half of 2025. In this environment of lower pricing, US producers are coming under increasing pressure, leading to production cuts at some mines. The announcement that mid-level producer Corsa Coal had entered protective bankruptcy in early January 2025 adds evidence to the fragile nature of met market.

- The future supply of met coal is expected to increase as output from new or restarted mining operations reaches the market.

  - In Canada, Conuma has restarted the Quintette Mine in British Colombia, which had been idle since 2000. The mine's restart will add significant volume to Canadian exports.

  - In Australia, Sojitz has commenced construction of its Fairhills Mine, with first coal expected in January 2025. This follows the startup of the company's Wilton Mine earlier in 2024. Both mines are expected to reach a combined 0.7 Mt of coal at full production. Also, Pembroke's newly started Olive Downs Complex continued to reach full production during its 2024 commissioning period. Output was expected to reach 1.8 Mt in 2024,with production increasing to 3.8 in 2025.

  - Russian coking coal exports in 2024 increased by over 50% versus 2023, making Russia the third-largest met coal supplier, behind Australia and the United States. According to Russian officials, India will overtake China as the biggest buyer of Russian coal by the start of the next decade.

- The emergence of new low-cost supply from Mozambique and the expansion of Indonesian metallurgical coal exports will increase competition into international markets. Mozambique met coals, which are comparable in quality to premium hard coking from the US, will be extremely competitive in the Indian market.

- International coal trade is denominated in US dollars. The relative strength of the US dollar versus the currency of major competitor nations enables these countries to use their currencies to take market share at the expense of US producers.

- Chinese economic policies continue to exert significant influence on international markets, particularly global steel. A Chinese Government decision to cut steel production going forward would have a significant downward effect on met coal demand.

- Although China's informal restriction on trade with Australia has been lifted, it's possible that Australian coal imports may not recover to pre-restriction levels due to China's increased use of Russian and Mongolian coals. If China's demand is largely satisfied via these non-traditional sources, a resulting surplus in Australian supply could suppress global pricing.

- Technological advances in steel decarbonization could reduce the demand for traditional steel making raw materials. A timeline for the implementation of these new technologies is unclear at this time, although the steel industry clearly intends to move towards carbon-free steel making processes. Given the uncertainty surrounding steel decarbonization, its impact on met coal pricing is not expected during the near and mid-term forecast period.

Offsetting much of this risk is the steadily improving global economy which has driven a surge in demand for commodities, including met coal. Following the pandemic-induced market collapse in 2020, demand for metallurgical coal has steadily recovered during the intervening years as renewed economic activity has spurred increased steel production.

This demand increase, combined with tight global supply conditions, has enabled international met coal pricing to remain highly relative to 2020 levels, as illustrated in Figure 9.4

**Figure 9.4: Historical Met Coal Benchmark Prices (US$ per tonne)**



From a new project perspective, buyers of coking coal are likely to be hesitant to purchase from a new mine that does not have an established history of either production or quality (aside from drill hole data). New market penetration may require significant product discounting, which can hinder project economics. Additionally, the process of making sales in developing countries may make it more difficult for an inexperienced operator to penetrate the market, although this challenge can be offset by working with an established international coal broker. In the case of the Bishop surface mine, these negative implications are mitigated by the mine's location in the well established CAPP region and particularly southern West Virginia.

### 9.4.4 Coal Price Forecast
With Australia setting the benchmark met coal price, the United States finds itself in the unenviable position of being a "price taker", with the net-back FOB US mine price continuing to be the overall factor determining US participation in the export market. As discussed previously, this level of participation has varied significantly in the past. At the time of this report, international benchmark pricing remains relatively robust, thus enabling US producers to continue to generate acceptable profits on met coal shipped abroad.

*JLSM's financial analysis prepared for the Bishop operations reflects a long-term term FOB mine price of $US168/ ton for its mid-vol product and $US122/ton for its PCI product. In terms of the price levels quoted, based on our assessment of the near-term outlook for the domestic and international market for both products, BOYD provides the following comments:*

- *JLSM's projected price for the Bishop mid-vol product appears reasonable.*
- *JLSM's projected price for the Bishop PCI product is achievable when the met coal market demand is strong (i.e., optimistic under current market conditions). As an alternative (more conservative) market projection, BOYD recommends a future PCI price range between $90 and $100 per ton.*

Opinions presented herein reflect our composite view of price drivers and are intended to: (1) be broadly representative of industry expectations as of late 2024/early 2025, and (2) reflect the long-term fundamentals of the regional coal industry. Expectations within the US coal industry differ widely as to whether price levels experienced in the last few years are structural in nature, reflecting the "new normal" for demand, or do they represent a temporary correction going forward. In such an environment, any forecasts of future prices are inherently uncertain. Price opinions presented are intended to reflect reasonable expectations for sustainable prices over the horizon discussed.

q:\eng_wp\6008.001 justice low seam mining\wp\report\ch-9 - market analysis.docx

# 10.0 CAPITAL AND OPERATING COSTS

## 10.1 JLSM Cost Model

As a result of the lack of historical operating costs for the Bishop surface mine operation, JLSM developed a cost model using their experience at other mines located in the region. Projected annual stripping (overburden removal) volume and ROM and product coal production are based on JLSM's 15-year mining projections. It is assumed that the existing equipment fleet (with planned additions via transfer of equipment from other sites) will both achieve production requirements and operate throughout the 15-year mine plan (i.e., no replacement required). While the JLSM financial model includes a provision for sustaining capital, the cost model does not include any initial nor future replacement capital. The following parameters are used in the JLSM cost model:

Bishop Surface Mine

- Labor cost

    - Assumes union free work force
    - Hourly wage rate ranges from $28 to $30, and averages $29.39 per hour.
    - Overtime, payroll taxes, and benefits based on JLSM current experience.
    - Compensation for salaries staff are based on JLSM current experience.

- Equipment operating costs (fuel, lube, tires, and repair and maintenance) are calculated using unit costs ($/operating hour) based on current JLSM experience

- Blasting cost assigned on a unit cost ($/BCY) basis using current JLSM experience

- Trucking (mine to CPP or raw coal truck dump) @ $1.25 per ROM ton.

- General mine costs allowance based on JLSM experience

- State and federal coal (severance) taxes based on current regulatory rates

- Sustaining capital based on industry benchmarks ($0.10/BCY + $0.50/ROM ton)

Bishop CPP/Coal Handling System/Rail Loadout

- Labor Cost

    - Assumes union free workforce
    - Hourly work rate range from $30 to $50, and averages $39 per hour
    - Overtime, payroll taxes, and benefits based on JLSM current experience.
    - Compensation for salaries staff are based on JLSM current experience.

- Equipment (plant and mobile) costs based on JLSM experience

- Magnetite costs and other chemicals (frother, flocculant, etc.) are $0.64/raw ton and $0.46/raw ton, respectively.

As shown on Table 10.1, the average cash operating cost for the 15-year mine plan is $62.62 per product ton.

**Table 10.1: Estimated Average Operating Parameters
JLSM Internal 15-Year Mine Plan**

**Production**

ROM

| | | |
|---|---|---:|
| | Direct Ship | 338,076 |
| | To CPP | 144,890 |
| | | 482,965 |

Product

| | | |
|---|---|---:|
| | Direct Ship | 338,076 |
| | From CPP | 91,280 |
| | | 429,356 |

Overburden (BCY-000)　　　　9,360.4

Strip Ratio

| | |
|---|---:|
| ROM | 19.4 |
| Product | 21.8 |

**Average Life-of-Plan Mine Cash Operating Costs**

| | Bishop Mine | | | |
|---|---|---|---|---|
| | | $/ton | | |
| | $000 | ROM | Product | $/BCY |
| Direct | | | | |
| Labor (including benefits & taxes) | 8,268.3 | 17.12 | 19.26 | 0.88 |
| Operating Supplies | 7,433.2 | 15.39 | 17.31 | 0.79 |
| Blasting | 4,423.3 | 9.16 | 10.30 | 0.47 |
| General Mine | 1,874.0 | 3.88 | 4.36 | 0.20 |
| Trucking | 603.7 | 1.25 | 1.41 | 0.06 |
| Subtotal Direct Costs | 22,602.5 | 46.80 | 52.64 | 2.41 |
| | | | | |
| Indirect Costs | | | | |
| Coal Severence Taxes | 2,996.5 | 6.20 | 6.98 | 0.32 |
| Royalties | - | - | - | - |
| Corporate G&A | - | - | - | - |
| | 2,996.5 | 6.20 | 6.98 | 0.32 |
| | | | | |
| Sustaining Capital | 1,287.6 | 2.67 | 3.00 | 1.00 |
| | | | | |
| Total | 26,886.5 | 55.67 | 62.62 | 3.73 |

A more detailed annual cost estimate is provided on Table 10.2, following this text.

## 10.2 BOYD Cost Assessment

The physical mining conditions on the Bishop Property are typical of the region, but complex in terms of topography (steep terrain) and a mine plan that includes up to 12 coal seams or coal splits, many of which are less than 2 ft thick, and interspersed within a 400 ft to 500 ft lithologic interval. Projected mine performance must reflect the site specific conditions and requires an operator experienced in the region. The medium volatile rank and low sulfur content of the coal seams allow JLSM to sell the resulting product into the premium priced mid vol metallurgical coal (and PCI) markets, which offsets the higher strip ratio and cost to produce the coal.

To facilitate our review of the JLSM internal cost model, BOYD was provided advance copies of the model as it was being prepared. This provided us the opportunity to review and discuss the JLSM assumptions and unit cost parameters, and to offer our suggestions. For example, BOYD suggested and JLSM added a sustaining capital provision for both the mine and Bishop Plant cost models. They also accepted our recommendation to expand the number of hourly employees to include an allowance for absenteeism and employee off-time. In other cases where BOYD questioned a specific unit cost, JLSM provided their rationale which we accepted as reasonable.

Based on our review of the JLSM geologic model and corresponding mine plan, BOYD opines: (1) the quality of the ROM coal will be less favorable than assumed by JLSM, which will require a higher proportion of the ROM coal to be washed (i.e., 85 percent versus 30 percent used by JLSM), and (2) mining equipment productivity should be based on typical performance of an average to above average operator, which results in the need for additional equipment and equipment operators. We have also included a corporate G&A allowance in our cost estimate. In addition to our changes in the annual ROM and product coal production, the following modifications were made in the modified BOYD model:

- Production in Year 1 will be reduced to reflect site development and the buildup of production (e.g., recruit personnel, relocate and rehabilitate equipment, access road construction, etc.). As shown in Chapter 11, we recognized this production implementation and buildup period by deferring the start of Year 1 in our discounted cash flow model by 0.5 year.

- $4.0 million in initial capital for the addition of one 992G FEL and four 777s rock trucks (purchased used)

- Increase hourly employment by 15 (incl. an allowance for absenteeism)

- Increase operating costs for one additional 992G FEL and four 777s working a full time schedule (424.97 operating hours per month)

Similar changes were made to the Bishop Plant financial model to reflect the material increase in the tonnage of ROM coal to be washed in order to achieve product coal quality requirements.

The impact of these modifications is summarized in Table 10.3 below.

### Table 10.3: Estimated Average Operating Paramters
### BOYD Modified Bishop 15-Year Mine Plan

**Production**

ROM

| | |
|---|---|
| Direct Ship | 83,605 |
| To CPP | 459,090 |
| | 542,695 |

Product

| | |
|---|---|
| Direct Ship | 83,605 |
| From CPP | 250,270 |
| | 333,875 |

| | |
|---|---|
| Overburden (BCY-000) | 8,545.6 |

Strip Ratio

| | |
|---|---|
| ROM | 15.7 |
| Product | 25.6 |

**Average Life-of-Plan Cash Operating Costs**

| | Bishop Mine | | | | Bishop Preparation Plant | | | | Bishop Project | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | $/ton | | | | $/ton | | | | $/ton | | |
| | $000 | ROM | Product | $/BCY | $000 | ROM | Product | $/BCY | $000 | ROM | Product | $/BCY |
| **Direct** | | | | | | | | | | | | |
| Labor (including benefits & taxes) | 8,638.1 | 15.92 | 25.87 | 1.01 | 1,836.6 | 3.38 | 5.50 | 0.21 | 10,474.7 | 19.30 | 31.37 | 1.23 |
| Operating Supplies | 9,305.9 | 17.15 | 27.87 | 1.09 | 722.5 | 1.33 | 2.16 | 0.08 | 10,028.3 | 18.48 | 30.04 | 1.17 |
| Blasting | 4,038.3 | 7.44 | 12.10 | 0.47 | - | - | - | - | 4,038.3 | 7.44 | 12.10 | 0.47 |
| General Mine | 338.9 | 0.62 | 1.01 | 0.04 | 2,459.9 | 4.53 | 7.37 | 0.29 | 2,798.7 | 5.16 | 8.38 | 0.33 |
| Trucking | 678.4 | 1.25 | 2.03 | 0.08 | - | - | - | - | 678.4 | 1.25 | 2.03 | 0.08 |
| Subtotal Direct Costs | 22,999.5 | 42.38 | 68.89 | 2.69 | 5,019.0 | 9.25 | 15.03 | 0.59 | 28,018.5 | 51.63 | 83.92 | 3.28 |
| **Indirect Costs** | | | | | | | | | | | | |
| Coal Severence Taxes | 2,330.1 | 4.29 | 6.98 | 0.27 | - | - | - | - | 2,330.1 | 4.29 | 6.98 | 0.27 |
| Royalties | - | - | - | - | - | - | - | - | - | - | - | - |
| Corporate G&A | 1,669.4 | 3.08 | 5.00 | 0.20 | - | - | - | - | 1,669.4 | 3.08 | 5.00 | 0.20 |
| | 3,999.5 | 7.37 | 11.98 | 0.47 | - | - | - | - | 3,999.5 | 7.37 | 11.98 | 0.47 |
| Sustaining Capital | 1,021.5 | 1.88 | 3.06 | 0.12 | 243.5 | 0.45 | 0.73 | 0.03 | 1,265.0 | 2.33 | 3.79 | 0.15 |
| Total | 28,020.5 | 51.63 | 83.93 | 3.28 | 5,262.5 | 9.70 | 15.76 | 0.62 | 33,283.0 | 61.33 | 99.69 | 3.89 |

As shown, the estimated average cash operating cost for the mine over the 15-year plan is $99.69 per product ton. Additional detail of the estimated annual operating cost under the BOYD modified 15-year mine plan is shown on Table 10.4, following this text.

Following this page are:

Table: Estimated Capital and Operating Cash Cost Bishop Surface Mine
    10.2:  JLSM 15-Year Mine Plan
    10.4:  BOYD Modified 15-Year Mine Plan

\\jtb-7\boyd\eng_wp\6008.001 justice low seam mining\wp\report\ch 10 - capital and operating cost.docx

**TABLE 10.2**

JLSM INTERNAL ESTIMATED OPERATING CASH COST
(15-YEAR PLAN)
Prepared For
JUSTICE LOW SEAM MINING, Inc
By
John T Boyd Company
January 2025

### Bishop Mine

| | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | Total/Avg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Production** | | | | | | | | | | | | | | | | |
| **ROM** | | | | | | | | | | | | | | | | |
| Direct Ship | 342,871 | 339,495 | 333,109 | 325,659 | 335,325 | 336,013 | 336,186 | 335,841 | 341,797 | 335,497 | 332,265 | 331,760 | 344,312 | 347,784 | 353,221 | 5,071,135 |
| To CPP | 146,945 | 145,498 | 142,761 | 139,566 | 143,711 | 144,006 | 144,080 | 143,932 | 146,485 | 143,784 | 142,399 | 142,183 | 147,562 | 149,050 | 151,381 | 2,173,344 |
| | 489,815 | 484,993 | 475,870 | 465,227 | 479,036 | 480,019 | 480,265 | 479,773 | 488,282 | 479,281 | 474,664 | 473,943 | 491,874 | 496,835 | 504,602 | 7,244,479 |
| **Product** | | | | | | | | | | | | | | | | |
| Direct Ship | 342,871 | 339,495 | 333,109 | 325,659 | 335,325 | 336,013 | 336,186 | 335,841 | 341,797 | 335,497 | 332,265 | 331,760 | 344,312 | 347,784 | 353,221 | 5,071,135 |
| From CPP | 92,575 | 91,664 | 89,939 | 87,928 | 90,538 | 90,724 | 90,770 | 90,677 | 92,285 | 90,584 | 89,711 | 89,575 | 92,964 | 93,902 | 95,370 | 1,369,206 |
| | 435,446 | 431,159 | 423,049 | 413,587 | 425,863 | 426,737 | 426,956 | 426,518 | 434,083 | 426,081 | 421,976 | 421,335 | 437,276 | 441,686 | 448,591 | 6,440,342 |
| Overburden (BCY-000) | 9,360 4 | 9,360 4 | 9,360 4 | 9,360 4 | 9,360 4 | 9,360 4 | 9,360 4 | 9,360 4 | 9,360 4 | 9,360 4 | 9,360 4 | 9,360 4 | 9,360 4 | 9,360 4 | 9,360 4 | 140,405 5 |
| **Strip Ratio** | | | | | | | | | | | | | | | | |
| ROM | 19 1 | 19 3 | 19 7 | 20 1 | 19 5 | 19 5 | 19 5 | 19 5 | 19 2 | 19 5 | 19 7 | 19 8 | 19 0 | 18 8 | 18 6 | 19 4 |
| Product | 21 5 | 21 7 | 22 1 | 22 6 | 22 0 | 21 9 | 21 9 | 21 9 | 21 6 | 22 0 | 22 2 | 22 2 | 21 4 | 21 2 | 20 9 | 21 8 |
| **Mining Cash Cost ($-000, except where noted)** | | | | | | | | | | | | | | | | |
| **Direct Costs** | | | | | | | | | | | | | | | | |
| Labor (including benefits & taxes) | 6,964 4 | 6,964 4 | 6,964 4 | 6,964 4 | 6,964 4 | 6,964 4 | 6,964 4 | 6,964 4 | 6,964 4 | 6,964 4 | 6,964 4 | 6,964 4 | 6,964 4 | 6,964 4 | 6,964 4 | 104,465 9 |
| Operating Supplies | 6,952 5 | 6,952 5 | 6,952 5 | 6,952 5 | 6,952 5 | 6,952 5 | 6,952 5 | 6,952 5 | 6,952 5 | 6,952 5 | 6,952 5 | 6,952 5 | 6,952 5 | 6,952 5 | 6,952 5 | 104,287 0 |
| Blasting | 4,423 3 | 4,423 3 | 4,423 3 | 4,423 3 | 4,423 3 | 4,423 3 | 4,423 3 | 4,423 3 | 4,423 3 | 4,423 3 | 4,423 3 | 4,423 3 | 4,423 3 | 4,423 3 | 4,423 3 | 66,349 3 |
| General Mine | 396 5 | 393 2 | 387 0 | 379 8 | 389 2 | 389 8 | 390 0 | 389 7 | 395 5 | 389 3 | 386 2 | 385 7 | 397 9 | 401 3 | 406 6 | 5,877 7 |
| Trucking | 612 3 | 606 2 | 594 8 | 581 5 | 596 8 | 600 0 | 600 3 | 599 7 | 610 4 | 599 1 | 593 3 | 592 4 | 614 8 | 621 0 | 630 8 | 9,055 6 |
| Subtotal Direct Costs | 19,348 9 | 19,339 6 | 19,322 0 | 19,301 5 | 19,328 1 | 19,330 0 | 19,330 5 | 19,329 5 | 19,346 0 | 19,328 6 | 19,319 7 | 19,318 4 | 19,352 9 | 19,362 5 | 19,377 5 | 290,035 6 |
| **Indirect Costs** | | | | | | | | | | | | | | | | |
| Coal Severence Taxes | 3,039 0 | 3,009 1 | 2,952 5 | 2,886 4 | 2,972 1 | 2,978 2 | 2,979 7 | 2,976 7 | 3,029 5 | 2,973 6 | 2,945 0 | 2,940 5 | 3,051 8 | 3,082 5 | 3,130 7 | 44,947 1 |
| Royalty | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * |
| Subtotal Indirect Costs | 3,039 0 | 3,009 1 | 2,952 5 | 2,886 4 | 2,972 1 | 2,978 2 | 2,979 7 | 2,976 7 | 3,029 5 | 2,973 6 | 2,945 0 | 2,940 5 | 3,051 8 | 3,082 5 | 3,130 7 | 44,947 1 |
| Sustaining Capital | 1,153 8 | 1,151 6 | 1,147 6 | 1,142 8 | 1,149 0 | 1,149 4 | 1,149 5 | 1,149 3 | 1,153 1 | 1,149 1 | 1,147 0 | 1,146 7 | 1,154 7 | 1,156 9 | 1,160 3 | 17,260 7 |
| **Mine Cost - Total** | 23,541 7 | 23,500 3 | 23,422 0 | 23,330 7 | 23,449 2 | 23,457 6 | 23,459 7 | 23,455 5 | 23,528 5 | 23,451 3 | 23,411 7 | 23,405 5 | 23,559 3 | 23,601 9 | 23,668 5 | 352,243 4 |
| $/ROM Ton | 48 06 | 48 45 | 49 22 | 50 15 | 48 95 | 48 87 | 48 85 | 48 89 | 48 19 | 48 93 | 49 32 | 49 38 | 47.90 | 47.50 | 46 91 | 48 62 |
| $/Product Ton | 54 06 | 54 50 | 55 36 | 56 41 | 55 06 | 54 97 | 54 95 | 54 99 | 54 20 | 55 04 | 55 48 | 55 55 | 53 88 | 53 44 | 52 76 | 54 69 |

### Bishop Preparation Plant

| | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | Total/Avg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Production (tons)** | | | | | | | | | | | | | | | | |
| Plant Feed | 146,945 | 145,498 | 142,761 | 139,568 | 143,711 | 144,006 | 144,080 | 143,932 | 146,485 | 143,784 | 142,399 | 142,183 | 147,562 | 149,050 | 151,381 | 2,173,344 |
| Clean Product | 92,575 | 91,664 | 89,939 | 87,928 | 90,538 | 90,724 | 90,770 | 90,677 | 92,285 | 90,584 | 89,711 | 89,575 | 92,964 | 93,902 | 95,370 | 1,369,206 |
| Yield | 63 0% | 63 0% | 63 0% | 63 0% | 63 0% | 63 0% | 63 0% | 63 0% | 63 0% | 63 0% | 63 0% | 63 0% | 63 0% | 63 0% | 63 0% | 63 0% |
| **CPP Cash Cost ($-000, except where noted)** | | | | | | | | | | | | | | | | |
| **Direct** | | | | | | | | | | | | | | | | |
| Labor (including benefits & taxes) | 1,303 9 | 1,303 9 | 1,303 9 | 1,303 9 | 1,303 9 | 1,303 9 | 1,303 9 | 1,303 9 | 1,303 9 | 1,303 9 | 1,303 9 | 1,303 9 | 1,303 9 | 1,303 9 | 1,303 9 | 19,559 |
| Operating Supplies | 483 1 | 481 4 | 478 4 | 474 8 | 479 4 | 479 7 | 479 8 | 479 6 | 482 4 | 479 5 | 478 0 | 477 7 | 483 6 | 485 3 | 487 8 | 7,210 |
| Blasting | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * |
| General Mine | 1,484 3 | 1,482 7 | 1,479 9 | 1,476 5 | 1,480 9 | 1,481 2 | 1,481 3 | 1,481 1 | 1,483 8 | 1,480 9 | 1,479 5 | 1,479 3 | 1,484 9 | 1,486 5 | 1,488 9 | 22,232 |
| Trucking | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * |
| Subtotal Direct Costs | 3,271 3 | 3,268 | 3,262 | 3,255 | 3,264 | 3,265 | 3,265 | 3,265 | 3,270 | 3,264 | 3,261 | 3,261 | 3,272 | 3,276 | 3,281 | 49,001 |
| $/ROM Ton | 22 26 | 22 46 | 22 85 | 23 32 | 22 71 | 22 67 | 22 66 | 22 68 | 22 32 | 22 70 | 22 90 | 22 93 | 22 18 | 21 98 | 21 67 | 22 55 |
| $/Product Ton | 35 34 | 35 65 | 36 27 | 37 02 | 36 05 | 35 99 | 35 97 | 36 00 | 35 44 | 36 04 | 36 35 | 36 40 | 35 20 | 34 88 | 34 40 | 35 79 |
| Sustaining Capital | 138 8 | 137 4 | 134 8 | 131 8 | 135 7 | 136 0 | 136 1 | 135 9 | 138 4 | 135 8 | 134 5 | 134 3 | 139 4 | 140 8 | 143 0 | 2,052 7 |
| **CPP Cost - Total** | 3,410 1 | 3,405 5 | 3,397 0 | 3,387 1 | 3,399 9 | 3,400 9 | 3,401 1 | 3,400 6 | 3,408 5 | 3,400 2 | 3,395 9 | 3,395 2 | 3,411 9 | 3,416 5 | 3,423 7 | 51,053 9 |
| $/ROM Feed Ton | 22 26 | 22 46 | 22 85 | 23 32 | 22 71 | 22 67 | 22 66 | 22 68 | 22 32 | 22 70 | 22 90 | 22 93 | 22 18 | 21 98 | 21 67 | 22 55 |
| $/Product Ton | 35 34 | 35 65 | 36 27 | 37 02 | 36 05 | 35 99 | 35 97 | 36 00 | 35 44 | 36 04 | 36 35 | 36 40 | 35 20 | 34 88 | 34 40 | 35 79 |
| **Corporate G&A** | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * | * |
| **Pre-Mining Capital Expenditure ($-000)** | - | * | * | * | * | * | - | - | - | - | - | * | * | * | * | * |
| **Total Project Costs** | 26,952 | 26,906 | 26,819 | 26,718 | 26,849 | 26,858 | 26,861 | 26,856 | 26,937 | 26,851 | 26,808 | 26,801 | 26,971 | 27,018 | 27,092 | 403,297 |

\\Jtb-7\boyd\ENG WP\6008 001 Justice Low Seam Mining\WP\Report\[Tables 10.2 and 10 4x.xlsx]Table 10 4

**TABLE 10.4**

BOYD MODIFIED ESTIMATED OPERATING CASH COST
(15-YEAR PLAN)
Prepared For
JUSTICE LOW SEAM MINING, Inc.
By
John T Boyd Company
January 2025

| | Y1 | Y2 | Y3 | Y4 | Y5 | Y6 | Y7 | Y8 | Y9 | Y10 | Y11 | Y12 | Y13 | Y14 | Y15 | Total/Avg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Bishop Mine** | | | | | | | | | | | | | | | | |
| **Production** | | | | | | | | | | | | | | | | |
| ROM | | | | | | | | | | | | | | | | |
| Direct Ship | 116,760 | 89,560 | 96,291 | 85,437 | 78,619 | 77,900 | 86,432 | 81,904 | 81,935 | 81,315 | 80,475 | 77,704 | 74,853 | 76,048 | 68,839 | 1,254,072 |
| To CPP | 445,381 | 503,205 | 477,374 | 499,250 | 492,924 | 454,208 | 435,579 | 434,848 | 425,891 | 425,427 | 436,831 | 449,734 | 458,209 | 494,755 | 452,740 | 6,886,356 |
| | 562,141 | 592,765 | 573,665 | 584,687 | 571,543 | 532,108 | 522,011 | 516,752 | 507,826 | 506,742 | 517,306 | 527,438 | 533,062 | 570,803 | 521,579 | 8,140,428 |
| Product | | | | | | | | | | | | | | | | |
| Direct Ship | 116,760 | 89,560 | 96,291 | 85,437 | 78,619 | 77,900 | 86,432 | 81,904 | 81,935 | 81,315 | 80,475 | 77,704 | 74,853 | 76,048 | 68,839 | 1,254,072 |
| From CPP | 254,467 | 277,897 | 265,339 | 273,302 | 267,088 | 245,251 | 238,310 | 237,074 | 231,129 | 230,309 | 236,544 | 242,779 | 246,221 | 266,862 | 241,483 | 3,754,055 |
| | 371,227 | 367,457 | 361,630 | 358,739 | 345,707 | 323,151 | 324,742 | 318,978 | 313,064 | 311,624 | 317,019 | 320,483 | 321,074 | 342,910 | 310,322 | 5,008,127 |
| Overburden (BCY-000) | 8,244 79 | 8,327 23 | 8,553 15 | 8,571 89 | 8,507 28 | 8,591 99 | 8,535 90 | 8,480 24 | 8,549 72 | 8,612 40 | 8,610 82 | 8,644 69 | 8,662 44 | 8,751 44 | 8,540 52 | 128,184 |
| Strip Ratio | | | | | | | | | | | | | | | | |
| ROM | 14 7 | 14 0 | 14 9 | 14 7 | 14 9 | 16 1 | 16 4 | 16 4 | 16 8 | 17.0 | 16 6 | 16 4 | 16 3 | 15 3 | 16 4 | 15 7 |
| Product | 22 2 | 22 7 | 23 7 | 23 9 | 24 6 | 26 6 | 26.3 | 26 6 | 27 3 | 27 6 | 27 2 | 27 0 | 27 0 | 25 5 | 27 5 | 25 6 |
| **Mining Cash Cost ($-000, except where noted)** | | | | | | | | | | | | | | | | |
| Direct | | | | | | | | | | | | | | | | |
| Labor (including benefits & taxes) | 8,638 1 | 8,638 1 | 8,638 1 | 8,638 1 | 8,638 1 | 8,638 1 | 8,638 1 | 8,638 1 | 8,638 1 | 8,638 1 | 8,638 1 | 8,638 1 | 8,638 1 | 8,638 1 | 8,638 1 | 129,571 8 |
| Operating Supplies | 9,305 9 | 9,305 9 | 9,305 9 | 9,305 9 | 9,305 9 | 9,305 9 | 9,305 9 | 9,305 9 | 9,305 9 | 9,305 9 | 9,305 9 | 9,305 9 | 9,305 9 | 9,305 9 | 9,305 9 | 139,587 9 |
| Blasting | 3,896 1 | 3,935 1 | 4,041 8 | 4,050 7 | 4,020 1 | 4,060 2 | 4,033 7 | 4,007 4 | 4,040 2 | 4,069 8 | 4,069 1 | 4,085 1 | 4,093 5 | 4,135 5 | 4,035 9 | 60,574 2 |
| General Mine | 364 7 | 366 0 | 360 1 | 359 6 | 349 8 | 330 8 | 330 6 | 326 4 | 321 6 | 320 5 | 325 2 | 328 6 | 329 6 | 347 9 | 321 5 | 5,082 9 |
| Trucking | 702 7 | 741.0 | 717 1 | 730 9 | 714 4 | 665.1 | 652 5 | 645 9 | 634 8 | 633 4 | 646 6 | 659 3 | 666 3 | 713 5 | 652 0 | 10,175 5 |
| Subtotal Direct Costs | 22,907 5 | 22,986 0 | 23,063 0 | 23,085 1 | 23,028 3 | 23,000 1 | 22,960 8 | 22,923 7 | 22,940 5 | 22,967 8 | 22,984 9 | 23,017 0 | 23,033 4 | 23,140 9 | 22,953 3 | 344,992 4 |
| $/ROM Ton | 41.24 | 39 24 | 40 68 | 39 95 | 40 77 | 43 74 | 44 51 | 44 89 | 45 71 | 45 86 | 44 96 | 44 16 | 43 72 | 41 02 | 44 53 | 42 88 |
| $/Product Ton | 62 44 | 63 30 | 64 53 | 65 11 | 67 40 | 72 02 | 71 55 | 72 72 | 74 15 | 74 56 | 73 36 | 72 67 | 72 59 | 68 28 | 74 85 | 69 70 |
| Indirect Costs | | | | | | | | | | | | | | | | |
| Coal Severence Taxes | 2,590 8 | 2,564 5 | 2,523 8 | 2,503 6 | 2,412 7 | 2,255 3 | 2,266 4 | 2,226 1 | 2,184 9 | 2,174 8 | 2,212 5 | 2,236 7 | 2,240 8 | 2,393 2 | 2,165 7 | 34,951,7 |
| Royalties | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Subtotal Indirect Costs | 2,590 8 | 2,564 5 | 2,523 8 | 2,503 6 | 2,412 7 | 2,255 3 | 2,266 4 | 2,226 1 | 2,184 9 | 2,174 8 | 2,212 5 | 2,236 7 | 2,240 8 | 2,393 2 | 2,165 7 | 34,951 7 |
| Sustaining Capital | 1,010 1 | 1,016 5 | 1,036 1 | 1,036 6 | 1,023.6 | 1,020 8 | 1,016 0 | 1,007 5 | 1,011 5 | 1,017 1 | 1,019 6 | 1,024 7 | 1,026 8 | 1,046 6 | 1,009 2 | 15,322 5 |
| Mine Cost - Total | 26,508 4 | 26,567 0 | 26,622 9 | 26,625 3 | 26,464 6 | 26,276 2 | 26,243 1 | 26,157 3 | 26,136 9 | 26,159 6 | 26,217 0 | 26,278 3 | 26,301 0 | 26,580 7 | 26,128 3 | 395,266 6 |
| $/ROM Ton | 47 16 | 44 82 | 46 41 | 45 54 | 46 30 | 49 38 | 50 27 | 50 62 | 51.47 | 51 62 | 50 68 | 49 82 | 49 34 | 46 57 | 50 09 | 48 56 |
| $/Product Ton | 71 41 | 72 30 | 73 62 | 74 22 | 76 55 | 81.31 | 80 81 | 82 00 | 83 49 | 83 95 | 82 70 | 82 00 | 81 92 | 77 52 | 84 20 | 78 93 |
| **Bishop Preparation Plant** | | | | | | | | | | | | | | | | |
| **Production (tons)** | | | | | | | | | | | | | | | | |
| Plant Feed | 445,381 | 503,205 | 477,374 | 499,250 | 492,924 | 454,208 | 435,579 | 434,848 | 425,891 | 425,427 | 436,831 | 449,734 | 458,209 | 494,755 | 452,740 | 6,886,356 |
| Clean Product | 254,467 | 277,897 | 265,339 | 273,302 | 267,088 | 245,251 | 238,310 | 237,074 | 231,129 | 230,309 | 236,544 | 242,779 | 246,221 | 266,862 | 241,483 | 3,754,055 |
| Yield | 57 1% | 55 2% | 55 6% | 54 7% | 54 2% | 54 0% | 54 7% | 54 5% | 54 3% | 54 1% | 54 2% | 54 0% | 53 7% | 53 9% | 53 3% | 54 5% |
| **CPP Cash Cost ($-000, except where noted)** | | | | | | | | | | | | | | | | |
| Direct | | | | | | | | | | | | | | | | |
| Labor (including benefits & taxes) | 1,836 6 | 1,836 6 | 1,836 6 | 1,836 6 | 1,836 6 | 1,836 6 | 1,836 6 | 1,836 6 | 1,836 6 | 1,836 6 | 1,836 6 | 1,836 6 | 1,836 6 | 1,836 6 | 1,836 6 | 27,549 3 |
| Operating Supplies | 707 4 | 771 0 | 742 6 | 766 7 | 759 7 | 717 1 | 696 6 | 695 8 | 685 9 | 685 4 | 698 0 | 712 2 | 721 5 | 761 7 | 715 5 | 10,837 2 |
| Blasting | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| General Mine | 2,459 9 | 2,459 9 | 2,459 9 | 2,459 9 | 2,459 9 | 2,459 9 | 2,459 9 | 2,459 9 | 2,459 9 | 2,459 9 | 2,459 9 | 2,459 9 | 2,459 9 | 2,459 9 | 2,459 9 | 36,898 0 |
| Trucking | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Subtotal Direct Costs | 5,003 9 | 5,067 5 | 5,039 1 | 5,063 2 | 5,056 2 | 5,013 6 | 4,993 1 | 4,992 3 | 4,982 4 | 4,981 9 | 4,994 5 | 5,008 7 | 5,018 0 | 5,058 2 | 5,012 0 | 75,284 5 |
| $/ROM Ton | 11 24 | 10 07 | 10.56 | 10 14 | 10.26 | 11 04 | 11 46 | 11 48 | 11.70 | 11 71 | 11 43 | 11.14 | 10 95 | 10 22 | 11 07 | 10 93 |
| $/Product Ton | 19 66 | 18 24 | 18 99 | 18 53 | 18 93 | 20 44 | 20 95 | 21 06 | 21 56 | 21.63 | 21 11 | 20 63 | 20 38 | 18 95 | 20 76 | 20 05 |
| Sustaining Capital | 243 5 | 243 5 | 243 5 | 243 5 | 243 5 | 243 5 | 243 5 | 243 5 | 243 5 | 243.5 | 243 5 | 243 5 | 243 5 | 243 5 | 243 5 | 3,653 1 |
| **CPP Cost - Total** | 5,247 4 | 5,311 1 | 5,282 6 | 5,306 7 | 5,299 7 | 5,257 1 | 5,236 6 | 5,235 8 | 5,226 0 | 5,225 5 | 5,238 0 | 5,252 2 | 5,261 5 | 5,301 8 | 5,255 5 | 78,937 6 |
| $/ROM Feed Ton | 11 78 | 10 55 | 11 07 | 10 63 | 10 75 | 11.57 | 12 02 | 12 04 | 12 27 | 12 28 | 11 99 | 11 66 | 11 48 | 10 72 | 11 61 | 11 46 |
| $/Product Ton | 20 62 | 19 11 | 19 91 | 19 42 | 19 84 | 21 44 | 21 97 | 22 09 | 22 61 | 22 69 | 22 14 | 21 63 | 21 37 | 19 87 | 21.76 | 21 03 |
| Corporate G&A | 1,856 1 | 1,837 3 | 1,808 2 | 1,793 7 | 1,728 5 | 1,615 8 | 1,623 7 | 1,594 9 | 1,565 3 | 1,558 1 | 1,585 1 | 1,602 4 | 1,605 4 | 1,714 6 | 1,551 6 | 25,040 6 |
| Pre-Mining Capital Expenditure ($-000) | 4,000 0 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 4,000 0 |
| Total Project Costs | 37,611 9 | 33,715 3 | 33,713 7 | 33,725 7 | 33,492 9 | 33,149 1 | 33,103 5 | 32,988 0 | 32,928 2 | 32,943 2 | 33,040 1 | 33,133 0 | 33,167 9 | 33,597 0 | 32,935 4 | 503,244 9 |

<u>Note</u>  Pre-mining capital will be spent prior to first year of mining

\\Jtb-7\boyd\ENG_WP\6006 001 Justice Low Seam Mining\WP\Report\[Tables 10 2 and 10 4 xlsx]Table 10 2

# 11.0 ECONOMIC ANALYSIS

## 11.1 Approach

The economic analysis presented in this chapter was prepared by BOYD for the purpose of confirming the commercial viability of reported coal reserves within the BPA. The economic analysis contains forward-looking information related to the projected operating and financial performance of the 15-year mine plan for the Bishop surface mine operation. This projection involves inherent known and unknown risks and uncertainties, some of which may be outside of JLSM's control. JLSM, as with all mining companies, actively evaluates, changes, and modifies business and operating plans in response to various factors that may affect operational and/or financial results. Actual results, production levels, operating expenses, sales realizations, and all other modifying factors could vary significantly from the assumptions and estimates provided in this analysis. Risk is subjective, as such, BOYD recommends that each reader should evaluate the Bishop surface mine project based on their own investment criteria.

A financial model was developed and provided by JLSM for the corresponding 15-year surface mine plan, also developed by JLSM. The internal JLSM financial model estimates surface mining and related coal handling and processing costs, and forecasts future free cash flow from coal production and sales over the 15-year mine plan (using the annual forecasts of production, sales revenues, and operating and capital costs discussed earlier in this report). A DCF analysis, in which future free cash flows are discounted to present value, is used to derive an NPV for the coal reserves. The use of DCF-NPV analysis is a standard method within the mining industry to assess the economic value of a project.

The financial evaluation of the planned Bishop surface mine operation has been undertaken on a simplified pre-tax basis and does not reflect JLSM's corporate tax structure. BOYD reviewed the JLSM financial model and corresponding 15-year mine plan, and made revisions where appropriate in our judgment. While not part of the JLSM financial model, BOYD also used the results of the JLSM and the BOYD modified mining plan and financial projections to complete NPV calculations using pre-tax discount rates of 12%, 15%, and 18% with 15% considered as the base. Cash flows were assumed to occur in the middle of each year and are discounted to the beginning of Year 1 (commencement of mining at full production). Cost estimates and other inputs to the cash flow model for the project have been prepared using constant 2024 money terms, i.e., without provision for inflation. The internal rate of return and project payback were

not calculated, as there was no initial investment (sunk costs) considered in the financial model provided herein.

We completed DCF calculations for two base cases: (1) the JLSM 15-year mine plan, and (2) the BOYD modified 15-year mine plan. In addition, a suite of sensitivities was calculated to evaluate the effect of the main drivers of economic performance (including variations in sales prices, and operating costs).

It is BOYD's opinion that the financial model provides a reasonable representation of the planned Bishop surface mine operation's expected economic performance based on the assumptions and information discussed herein and available at the time of our review.

## 11.2 Assumptions and Limitations

Cash flow projections for the Bishop surface mine 15-year plan have been generated from the annual forecasts of production, sales prices, and operating and capital costs discussed earlier in this report. A summary of the key assumptions and limitations is provided below:

- Annual production (overburden volume, total ROM coal, and product coal tons) for the 15-year mining plan were initially developed internally by JLSM (Case 1). BOYD independently reviewed the JLSM plan, including the underlying geologic model, in-place density factors, and modifying factors used to derive product tons, and made revisions where appropriate in our opinion, then developed our modified annual projections (Case 2).

- Projected revenues are based on the coal prices for mid-vol metallurgical (MV Met) and PCI coal products discussed in Chapter 9, with 90 percent of the product coal sold as MV Met and the balance as PCI coal.

- Capital and operating costs are discussed in Chapter 10 for the mining operation and Chapter 8 for the Bishop CPP/coal handling/rail loadout facility. Sustaining capital is included in the operating cash cost and we assumed working capital will be fully funded at the start of Year 1 of the mine plan.

- We have increased the assigned annual discount rate by 20 percent (e.g., 10 percent after tax is adjusted to 12 percent) to account for state and federal income taxes. Annual discount rates of 12, 15 (base case), and 18 percent are applied mid-year.

- We made the general assumption that the salvage value of owned assets would offset the post-mining cost to reclaim the site. This also recognizes that the life of the operation will likely extend beyond the 15-year mine plan.

It is BOYD's opinion that the production and financial projections provided herein are reasonable and are accurate to within ±20%.

## 11.3  Financial Model Results

Estimated annual cash flows and NPVs for coal production from the Bishop surface mine are presented in Table 11.1, following this text.

Table 11.2, below, provides a summary of the estimated financial results for the Bishop surface mine operation's 15-year mine plan.

### Table 11.2: Financial Results

| Financial Results | Case 1 JLSM Plan | Case 2 BOYD Modified Plan |
|---|---|---|
| Mine Plan Life (years) | 15 | 15 |
| Production (000 tons): | | |
| ROM Coal | 7,244.5 | 8,140.4 |
| Product Coal | 6,440.3 | 5,008.1 |
| Total Revenues ($ millions) | 1,052.4 | 818.3 |
| Average Sales Price ($/clean ton) | 163.40 | 163.40 |
| Total Cash Operating Costs ($ millions) | 384.0 | 480.3 |
| Average Cash Operating Costs ($/clean ton) | | |
| $/ROM ton | 53.00 | 59.00 |
| $/Product ton | 59.62 | 95.89 |
| Capital Expenditures ($ millions) | 19.3 | 19.0 |
| Average Capital Expenditre ($/clean ton) | 3.00 | 3.79 |
| Pre-Tax Cash Flow ($ millions): | | |
| Gross | 668.4 | 338.1 |
| Net | 649.1 | 319.1 |
| Discounted After-Tax Cash Flow at 15% | 289 | 143.1 |

After-tax DCF-NPV, using discount rates of 12%, 15% (the base case), 18% were calculated utilizing the projected cash flows. Table 11.3 summarizes the results of the after-tax DCF-NPV analyses:

**Table 11.3: DCF-NPV Results**

| NPV Millions | | |
|---|---|---|
| 12% | 13.5% | 15% |
| 310.5 | 289.0 | 270.0 |
| 153.7 | 143.1 | 133.8 |

As shown, the pre-tax DCF-NPV ranges from $270.0 million to $310.5 million under the JLSM Plan (Case 1), and between $133.8 million to $153.7 million under the BOYD plan (Case 2).

The economic analysis confirms that the Bishop surface mine operation generates positive pre- and financial results and a real $NPV_{13.5}$ of $143.1 million and $289.0 million for Case 2 and Case 1, respectively. As such, it is BOYD's opinion that the coal reserves of the Bishop Complex have demonstrated economic viability.

## 11.4 Sensitivity Analysis

Table 11.4, below, shows the sensitivity of the project after-tax for a cash flow discounted at 13.5% ($NPV_{13.5}$) to a variation over a range of 10% above and below the base case in: (1) average selling prices and (2) operating costs.

**Table 11.4: Pre-Tax $NPV_{13.5}$ Sensitivity Analysis ($ millions)**

| | | Sales Price | | |
|---|---|---|---|---|
| | | -10% | 0% | 10% |
| Op. Costs | -10% | 128.8 | 164.2 | 199.5 |
| | 0% | 107.8 | 143.1 | 178.5 |
| | 10% | 86.8 | 122.1 | 157.5 |

As expected, the project is most sensitive to changes in product pricing and operating costs.

This analysis demonstrates the project value to be relatively robust, with positive NPVs reported across the range of values assessed. Additionally, BOYD recognizes that JLSM is likely to modify operation plans and/or production levels to maximize the impact (or conversely, optimize the opportunity) of future coal price fluctuations. BOYD opines that

there is a significant opportunity to materially increase the annual output and overall value of the Bishop surface mine operation subject to JLSM's ability to expand existing mining permits to include the total property.

## 11.5 Mining Plans Reconciliation

Due to the material differences in the valuation of the 15-year mine plan, we completed a series of incremental analyses to determine the impact on value as a result of:

- Differences in mining plan metrics (primarily in the percentage of ROM required to be washed and the resulting change in product coal tonnage produced and sold) – Scenario A.

- Scenario B adds a corporate G&A benchmark cost of $5.00/product ton (to Scenario A).

- Scenario C assigns a 0.5 year initial deferment before the start of Year 1, to Scenario B.

Following is a reconciliation of the DCF-NPV beginning with the internally prepared JLSM mine plan (Case 1), through the series of scenario adjustments, and ending with the BOYD modified 15-year mine plan valuation.

| Mining Case/Scenario | NPV ($-millions) | | |
| | Case/Scenario | Change | |
| | | Incremental | From Case 1 |
| --- | --- | --- | --- |
| JLSM Case 1 | 289.0 | - | - |
| Scenario A (Case 2 Production) | 191.1 | 97.9 | 97.9 |
| Scenario B (Scenario A + Corp G&A) | 179.5 | 11.5 | 109.4 |
| Scenario C (Scenario B with 0.5 year Initial Deferment Period) | 168.5 | 11.0 | 120.4 |
| BOYD Modified Mine Plan Case 2 (Scenario C with BOYD capital and operating cost increases) | 143.1 | 25.4 | 145.8 |

See Table 11.1, following this text, for additional details of the various mine plan cases/scenarios valuations.

The preceding analysis identifies the change in mining plan production metrics has the largest impact on the valuation, and allows the reader to understand the impact on value resulting from the various factors.

## 11.6  Indicative Value of Total BPA

Using BOYD's estimates of reserves contained in the 15-year mine and the total BPA, the mine plan aggregate tonnage accounts for 32 percent of the available reserves estimated for the overall BPA (i.e., 5,008,127 product tons divided by 15,685,496 ROM tons). If we use the BOYD Case 2 value of the reserves mined under the 15-year mine plan (i.e., $143.1 million) and deduct a nominal value of $18 million for the FMV of existing plant and equipment[1], the net value attributable to the 5.0 million product tons of coal mined is $125.1 million (or $24.98/product ton of reserve). We also opine that the existing Bishop plant facility has a contingency (incremental) FMV of $6.7[2] million if the full capacity can be used (e.g., expanded production or toll washing). On an order of magnitude basis, BOYD opines that the annual production under the 15-year mine plan could be increased to 500,000 product tons with the additional tons (2.5 million product tons) valued at $53.7 million.[3] The remaining 8.2 million product tons is assumed to be mined after the 15-year mine plan and is assigned a unit value of $1.95 per product ton[4] ($21.9 million). Adding the value for the remaining coal reserves (i.e., 10.7 million product tons) located within the BPA, but outside the 15-year mine plan, results in an indicative value for the BPA (including existing plant and equipment) of $225.4 million.

Following this page are:

Table 11.1:    Valuation Reconciliation Table JLSM 15-Year Mine Plan

q:\eng_wp\6008.001 justice low seam mining\wp\report\ch-11 - economic analysis.docx

---

[1] Indicative FMV as of November 30, 2024, estimated at $10 million for equipment and $8 million for the Bishop CPP/coal handling system/rail loadout (the plant value reflects underutilization of the facility.

[2] The Bishop plant facility is underutilized in the 15-year mine plan (both plans), this is reflected in the FMV ($8 million) assigned to the plant facility under the enterprise value for the 15-year mine plan. If the facility is appraised based on its full capacity, the probable FMV would increase to an estimated $14.7.

[3] 2.5 million tons @ $21.48/ton equals $62.45 million, less $8.75 million for capital investment in additional equipment, divided by 2.5 Mt.

[4] Unit coal value of $2.67/product ton ($23.84/product ton for coal mined under 15-year mine plan, reduced to $20.80/product ton to adjust for higher strip ratio), with mining deferred an additional 16.2 years at 13.5% annual discount rate.

**TABLE 11.1**

VALUATION RECONCILIATION TABLE
JLSM 15-YEAR MINE PLAN
Prepared For
JUSTICE LOW SEAM MINING, INC.
By
John T. Boyd Company
January 2025

| | Case 1: Internal JLSM Mine Plan | | Scenario A | | Scenario B | | Scenario C | | Case 2: BOYD Modified 15-Year Mine Plan | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 15-year Total | Annual Average | 15-year Total | Annual Average | 15-year Total | Annual Average | 15-year Total | Annual Average | 15-year Total | Annual Average |
| **Production** | | | | | | | | | | |
| ROM (tons) | | | | | | | | | | |
| Direct Ship | 5,071,135 | 338,076 | 1,254,072 | 83,605 | 1,254,072 | 83,605 | 1,254,072 | 83,605 | 1,254,072 | 83,605 |
| To CPP | 2,173,344 | 144,890 | 6,886,356 | 459,090 | 6,886,356 | 459,090 | 6,886,356 | 459,090 | 6,886,356 | 459,090 |
| | 7,244,479 | 482,965 | 8,140,428 | 542,695 | 8,140,428 | 542,695 | 8,140,428 | 542,695 | 8,140,428 | 542,695 |
| Product (tons) | | | | | | | | | | |
| Direct Ship | 5,071,135 | 338,076 | 1,254,072 | 83,605 | 1,254,072 | 83,605 | 1,254,072 | 83,605 | 1,254,072 | 83,605 |
| Clean Coal | 1,369,206 | 91,280 | 3,754,055 | 250,270 | 3,754,055 | 250,270 | 3,754,055 | 250,270 | 3,754,055 | 250,270 |
| | 6,440,342 | 429,356 | 5,008,127 | 333,875 | 5,008,127 | 333,875 | 5,008,127 | 333,875 | 5,008,127 | 333,875 |
| Overburden (BCY-000) | 140,405.5 | 9,360.4 | 128,184.5 | 8,545.6 | 128,184.5 | 8,545.6 | 128,184.5 | 8,545.6 | 128,184.5 | 8,545.6 |
| SR | | | | | | | | | | |
| ROM | 19.4 | 19.4 | 15.7 | 15.7 | 15.7 | 15.7 | 15.7 | 15.7 | 15.7 | 15.7 |
| Product | 21.8 | 21.8 | 25.6 | 25.6 | 25.6 | 25.6 | 25.6 | 25.6 | 25.6 | 25.6 |
| | $-000 | | $-000 | | $-000 | | $-000 | | $-000 | |
| **Financial** | | | | | | | | | | |
| Revenue | 1,052,351.8 | | 818,328.0 | | 818,328.0 | | 818,328.0 | | 818,328.0 | |
| Operating Cash Cost (includes Sustaining CAPEX) | | | | | | | | | | |
| Direct Mine & CPP | 339,037 | | 359,870.1 | | 359,870.1 | | 359,870.1 | | 439,252.6 | |
| $/ROM ton | 46.80 | | 44.21 | | 44.21 | | 44.21 | | 53.96 | |
| $/Product ton | 52.64 | | 71.86 | | 71.86 | | 71.86 | | 87.71 | |
| Indirect | 64,260.6 | | 53,927.3 | | 78,968.0 | | 154,089.9 | | 59,992.4 | |
| Total | 403,297.4 | | 413,797.5 | | 438,838.1 | | 513,960.0 | | 499,244.9 | |
| $/Product ton | 62.62 | | 82.63 | | 87.63 | | 102.63 | | 99.69 | |
| Initial CAPEX | - | | - | | - | | - | | 4,000.0 | |
| Net Pre-Tax Cashflow | 649,660.7 | | 404,530.5 | | 379,489.82 | | 304,367.96 | | 315,083.05 | |
| NPV @ 13.5% ($-000) | 288,964.0 | | 191,058.2 | | 179,533.1 | | 168,518.1 | | 143,147.1 | |
| | | | 97,905.80 | | 11,525.10 | | 11,015.00 | | 25,371.00 | |
| | | | | | 109,430.90 | | 120,445.90 | | 145,816.90 | |

# 12.0 PERMIT REVIEW

## 12.1 Permit Summary

There are five existing permits covering the eastern portion of the Bishop Property (aggregating an area of approximately 1,200 acres). As shown in the following summary, three of the permits are located in McDowell County, West Virginia, and the remaining two permits are located in Tazewell County, Virginia.

Summary of Existing Permits

| Permittee | JLSM | JLSM | Chestnut Land[1] | JLSM | Chestnut Land |
|---|---|---|---|---|---|
| Permit No. | S400511 | S499311 | U021483 | 1102079 | 1302066 |
| Name | Big Creek Surface Mine | Bishop Surface Mine | Mine No. 36(2) | Dalton Branch Surface Mine | Bishop Refuse Impoundment |
| Location | | | | | |
| State | WV | WV | WV | VA | VA |
| County | McDowell | McDowell | McDowell | Tazewell | Tazewell |
| Acres Permitted | 468.3 | 190.38 | 211.04[3] | 299.1 | 142.23 |
| Mine Type(1) | Surface - Area/Valley Fill No. 1 | Surface - Area, Steep slope | Coal Handling & Processing Facilities | Surface-Area, AF-Refuse Disposal | Surface - Contour, AF-Disposal/Reprocessing |
| Original Issue Date | 4/14/2015 | 1/22/2014 | 11/21/1983 | 2/8/2012 | 12/27/1983 |
| Current Status | Not Started | Active-Moving Coal | Active | Active Producing (12/31/2024) | ActiveNot Producing (03/04/2024) |
| Designations | | | | | |
| Remining | No | No | | No | Yes |
| Remining Acres | - | - | | - | 137.83 |
| Underground | No | No | | Yes | Yes |
| Mountain Top | No | No | | No | No |
| Steep Slope Variances | No | No | | No | Yes |
| Auger Mining | No | No | | No | No |
| Non AOC | No | No | | No | No |

[1] Permit U021483 transferred to Chestnut Land Holdings LLC on 02/27/2012.

[2] Name designated as Mine No. 36 (prior mining Pocahontas 3 Seam), but is the site of the Bishop CPP and rail loadout.

[3] Permit overlaps a portion of Permit 5400311.

It is our understanding that all other necessary permits and regulatory approvals are in place to resume normal mining, coal handling, and processing operations.

## 12.2 Toxic Overburden Assessment

We reviewed provisions of the Big Creek Surface Mine Permit (5400511) to evaluate the toxic characteristics of the overburden (namely, acidity level and selenium content), which is a primary consideration associated with surface coal mining in the Central Appalachian Region. While these overburden quality constituents are present, they are not a material issue and can be addressed with advance planning and proper

management of the mining operation. As discussed in Attachment 0-8, Description of Acidic/Toxic Material Handling Plan, in the Big Creek Surface Mine permit:

- The overall results of the volume-weighted acid/base account analyses indicate the overburden to be non-acid producer.

- Available overburden drill core sample analysis for toxic occurrences of acid producing stratum (i.e., net potential deficiency of 5.0 tons of calcium carbonate equivalent or greater per 1,000 tons of material) and/or selenium (i.e., in excess of 1 mg/Kg of selenium) only identified isolated occurrences in selected coal and shale (two analyses in total).

- All overburden/interburden spoil containing coal (excluding marketable coal recovered during mining), black carbonaceous shale, strata deficient in calcium carbonate equivalent, and all pit cleanings will be considered toxic. This toxic material is only a small portion of the overall overburden (spoil) volume and will be segregated (selectively mined), then blended with non-toxic strata and placed in the backfill material in a controlled manner.

During the permit application and approval process, the presence and handling of any overburden considered to be toxic have been addressed, and toxic material is not considered to be a material concern or issue.

## 12.3 Bonding

Based on information provided by JLSM, the Bishop Property permits aggregate surety bond amount totals $7,338,840.

| Permit No. | Permittee | Bonded Acres | Bond Face (Coverage) Amount ($) |
|---|---|---|---|
| S400511 | JLSM | 468.30 | 1,331,960 |
| S400311 | JLSM | 190.38 | 366,720 |
| U021483 | Chestnut Land | 211.04 | 880,960 |
| 1102079 | JLSM | 299.10 | 900,000 |
| 1302066 | Chestnut Land | 150.00 | 3,859,200 |
| | | | 7,338,840 |

Lexon Insurance Company provides surety bond coverage for the subject permits.

## 12.4 Estimated Reclamation Liability

At BOYD's request, JLSM provided the following estimate of the current reclamation liability for the Bishop Mine/processing site (by permit):

| | Permit Number | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | S400511 | S400311 | U021483 | 1102079 | 1302066 | Total |
| **Regrade** | | | | | | |
| CYs | 150,000 | 150,000 | 18,000 | 1,300,000 | 16,000 | 1,634,000 |
| Unit Cost ($/CY) | 0.88 | 0.88 | 0.88 | 0.88 | 0.88 | 0.88 |
| $ | 132,000 | 132,000 | 15,840 | 1,144,000 | 14,080 | 1,437,920 |
| **Ponds** | | | | | | |
| Number | - | 5 | 9 | 2 | 12 | 28 |
| Unit Cost ($/Pond) | - | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 |
| $ | - | 25,000 | 45,000 | 10,000 | 60,000 | 140,000 |
| **Sand Ditches** | | | | | | |
| Lineal Ft | 14,500 | 11,980 | - | - | - | 26,480 |
| Unit Cost ($/ft) | 25.00 | 25.00 | - | - | - | 25.00 |
| $ | 362,500 | 299,500 | - | - | - | 662,000 |
| **Seeding** | | | | | | |
| Acres | 25 | 25 | 23 | 49 | 15 | 137 |
| Unit Cost ($/acre) | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| $ | 25,000 | 25,000 | 23,000 | 49,000 | 15,000 | 137,000 |
| **Administrative** | | | | | | |
| Years | 5 | 5 | 5 | 5 | 5 | |
| Cost/Year | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | |
| $ | 25,000 | 25,000 | 25,000 | 25,000 | 25,000 | 125,000 |
| **Demolition** | | | | | | |
| (Lump Sum) $ | - | - | 100,000 | - | 100,000 | 200,000 |
| **Haulroad** | | | | | | |
| Lineal Ft | 5,000 | 14,500 | 8,240 | - | 1,000 | 28,740 |
| Unit Cost ($/ft) | 10.50 | 10.50 | 10.50 | - | 10.50 | 10.50 |
| $ | 52,500 | 152,250 | 86,520 | - | 10,500 | 301,770 |
| **Total Estimated Reclamation Cost ($)** | 597,000 | 658,750 | 295,360 | 1,228,000 | 224,580 | 3,003,690 |

The reclamation liability exposure will vary over time depending on the extent and condition of the disturbed area(s) within the mine and coal handling/processing site, and the reclamation requirements specified under the various permits. Inherent conditions and the area surface mining practice with valley fills and extensive backfill operations, will create large, disturbed areas and extend the period of reclamation. Management of the operation to maintain contemporaneous reclamation is critical to controlling reclamation liability exposure.

## 13.0  INTERPRETATIONS AND CONCLUSIONS

### 13.1  Findings

BOYD's independent technical assessment conducted in accordance with S-K 1300 concludes:

- Sufficient data have been obtained through various exploration and sampling programs and mining operations to support the geological interpretations of seam structure, thickness, and quality for the permitted portion of the Bishop Property. The data are of sufficient quantity and reliability to reasonably support the coal resource and coal reserve estimates in this technical report summary.

- Estimates of coal reserves reported herein are reasonably and appropriately supported by technical studies, which consider mining plans, revenue, and operating and capital cost estimates.

- The 5 million tons of surface mineable coal reserves identified within the BPA are economically mineable under reasonable expectations of market prices for MV met and PCI coal products, estimated operation costs, and capital expenditures.

- There is no other relevant data or information material to the permitted/portion of the Bishop Property that is necessary to make this technical report summary not misleading.

### 13.2  Risk (Opportunity) Assessment

The permitted portion of the Bishop Property provides regulatory assurance that the coal reserves can be mined. Initial capital investment and the schedule to produce coal from the property are enhanced by the availability of JLSM-owned equipment and the Bishop CPP/coal handling/rail loadout facility. While surface mining conditions (steep terrain and higher strip ratios) result in a relatively high cost, the MV met quality of the coals allows the coal produced to be sold at premium prices. There is a high degree of certainty for this project under the current and foreseeable operating environment. A general assessment of risk is presented in the relevant sections of this report.

q:\eng_wp\6008.001 justice low seam mining\wp\report\ch-13 - conclusions.docx

# APPENDIX A

## SELECTED PHOTOGRAPHS OF
## BISHOP RAIL LOADOUT AND CPP



A-1: Direct Ship Truck Dump and Crusher Station



A-2: Product Coal Stacking Tubes with Direct Ship System

## APPENDIX A

SELECTED PHOTOGRAPHS OF
BISHOP RAIL LOADOUT AND CPP
NOVEMBER 8, 2024

Prepared For
**JUSTICE LOW SEAM MINING, INC.**

 John T. Boyd Company | January 2025



A-3: Two of Four Product Coal Stacking Tubes



A-4: Batch-Weigh Loadout Tower



A-5: CPP Raw Coal Truck Dump and Material Handling (Not in Use)



A-6: Raw Coal System from Plant

**APPENDIX A** - Continued



A-7: Motor Control Center and Control Room



A-8: Plant Feed Head Chute and Deslime Screen



A-9: Plant Top Floor, Raw Coal and Clean Coal Cyclones



A-10: Plate Press Air Compressor



A-11: Operating Plate Press



A-12: HM Cyclone



A-13: HM Cyclone and Drain and Rinse Screens



A-14: Spirals, two-stage



A-15: Flotation Cells



A-16: Refuse Plate Presses



A-17: Refuse Flume and Drain and Rinse Screen



A-18: Refuse Bin (will hold Cat 777 Truck)



A-19: Thickener Ready



A-20: Clean Coal and Refuse Crossing Creek

**APPENDIX A** - Continued