# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### (BECKLEY DIVISION)

**WHITE SULPHUR SPRINGS HOLDINGS, LLC**

      **Plaintiff,**

**v.**                                      **Case No. 5:26-cv-00257**
                                             **The Honorable Frank W. Volk**

**JAMES C. JUSTICE, II, et al.**

      **Defendants.**

## WEST VIRGINIA STATE TAX DIVISION'S MOTION FOR LEAVE TO FILE RESPONSE OUT OF TIME

Comes now the West Virginia Tax Division of the Department of Revenue, putative Intervenor ("Tax Division") by counsel, and respectfully moves this Court for leave to file its response to the Defendants' Motion to Continue Briefing Deadlines and Scheduled Hearings (the "Continuance Motion") Out of Time under Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure. In support of this Motion, the Tax Division states as follows:

1. On May 22, 2026, Defendants filed a *Motion to Continue Briefing Deadlines and Scheduled Hearings*. *See* ECF. No. 58.

2. Also on May 22, 2026, this Court entered an order directing the Plaintiff White Sulphur Springs Holdings, LLC, and the Tax Division as a putative intervenor to respond to the motion no later than 12 p.m. on Saturday, May 23, 2026.

3. Intervenor's counsel of record was out of the office on vacation at the time the Court's order was entered with limited access to email.

4. As a result, undersigned counsel was not aware of the applicable response deadline until after the deadline had passed.

5. The failure to timely respond was inadvertent and not the result of bad faith, intentional disregard of the Court's rules, or dilatory conduct.

6. Upon learning of the missed deadline, undersigned counsel acted promptly to prepare and file the attached Response.

7. The Tax Division's response to the Continuance Motion is that it takes no position on it, as it intervened in this proceeding only to protect its interests in the liens that it maintains in real property owned by the Defendants. As a result, no party would be prejudiced by acceptance of the filing.

8. Rule 6(b)(1)(B) of the Federal Rules of Civil Procedure permits the Court, for good cause, to extend deadlines after expiration where the failure to act resulted from excusable neglect.

WHEREFORE, the State Tax Division respectfully requests that the Court grant leave to file the response out of time, accept the filing as submitted, and grant such further relief as appropriate.

**Respectfully submitted,**

**WEST VIRGINIA STATE TAX DIVISION**

**By counsel,**

**JOHN B MCCUSKEY**
**ATTORNEY GENERAL**

*/s/ Cassandra L. Means-Moore*
Cassandra L. Means-Moore (WVSB# 10522)
*Deputy Attorney General*
State Capitol Complex
Building 1, Room W-435
Charleston, West Virginia 25305
Telephone: (304) 558-2522
Fax: (304) 558-2525
Email: cmeans@wvago.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
(BECKLEY DIVISION)

**WHITE SULPHUR SPRINGS HOLDINGS, LLC**

    **Plaintiff,**

**v.**                      **Case No. 5:26-cv-00257**
                          **The Honorable Frank W. Volk**

**JAMES C. JUSTICE, II, et al.**

    **Defendants.**

---

### CERTIFICATE OF SERVICE

---

    I, Cassandra L. Means-Moore, hereby certify that the foregoing *"West Virginia State Tax Division's Motion for Leave to File Response Out of Time"* has been served on all parties to this Civil Action on this the 23rd day of May, 2026, through the CM/ECF system.

           ***/s/ Cassandra L. Means-Moore***
           Cassandra L. Means-Moore
           WVSB# 10522
           Deputy Attorney General