**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**(BECKLEY DIVISION)**

**WHITE SULPHUR SPRINGS HOLDINGS, LLC**

       **Plaintiff,**

**v.**                                **Case No. 5:26-cv-00257**
                                        **The Honorable Frank W. Volk**

**JAMES C. JUSTICE, II, et al.**

       **Defendants.**

**<u>WEST VIRGINIA STATE TAX DIVISION'S</u>**
**<u>RESPONSE TO DEFENDANTS' MOTION TO CONTINUE</u>**

COMES NOW, the State Tax Division of the West Virginia Department of Revenue (hereinafter "Tax Division"), by counsel, Cassandra L. Means-Moore, Deputy Attorney General, and responds to Defendants' Motion to Continue. The Tax Division states as follows:

1. The Tax Division filed a Motion to Intervene in this matter for the limited purpose of protecting and preserving its tax liens and the statutory priority associated with those liens. *See* ECF No. 54.

2. The Tax Division's requested intervention is narrow in scope and is not intended to place the Tax Division in the posture of advocating for any party regarding the underlying merits of this litigation.

3. Consistent with that limited purpose, the Tax Division takes no position as to whether the Motion to Continue should be granted or denied.

WHEREFORE, the West Virginia State Tax Division respectfully submits that it takes no position on the pending Motion to Continue, while reserving all rights relating to its Motion to Intervene, asserted liens, and statutory priority interests.

**Respectfully submitted,**


**WEST VIRGINIA STATE TAX DIVISION**

**By counsel,**

**JOHN B MCCUSKEY**
**ATTORNEY GENERAL**

*/s/ Cassandra L. Means-Moore*
Cassandra L. Means-Moore (WVSB #10522)
*Deputy Attorney General*
State Capitol Complex
Building 1, Room W-435
Charleston, West Virginia 25305
Telephone: (304) 558-2522
Fax: (304) 558-2525
Email: cmeans@wvago.gov

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**(BECKLEY DIVISION)**

**WHITE SULPHUR SPRINGS HOLDINGS, LLC**

      **Plaintiff,**

**v.**                                           **Case No. 5:26-cv-00257**
                                                   **The Honorable Frank W. Volk**

**JAMES C. JUSTICE, II, et al.**

      **Defendants.**

---

### CERTIFICATE OF SERVICE

---

      I, Cassandra L. Means-Moore, hereby certify that the foregoing "*West Virginia State Tax Division's Response to Defendants' Motion to Continue*" has been served on all parties to this Civil Action on this the 23rd day of May, 2026, through the CM/ECF system.

                                      ***/s/ Cassandra L. Means-Moore***
                                      Cassandra L. Means-Moore
                                      WVSB# 10522
                                      Deputy Attorney General