**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**BECKLEY DIVISION**

**WHITE SULPHUR SPRINGS**
**HOLDINGS, LLC,**

**Plaintiff,**

**v.**                                            **Case No. 5:26-cv-00257**
                                                  **Chief Judge Volk**

**JAMES C. JUSTICE, II;**
**CATHY L. JUSTICE;**
**JAMES C. JUSTICE, III;**
**GREENBRIER HOTEL CORPORATION;**
**GREENBRIER MEDICAL INSTITUTE,**
**LLC; OAKHURST CLUB, LLC;**
**GREENBRIER GOLF AND**
**TENNIS CLUB CORPORATION;**
**GREENBRIER LEGACY COTTAGE**
**DEVELOPMENT COMPANY I, INC.; and**
**GREENBRIER LEGACY COTTAGE**
**DEVELOPMENT II, INC.,**

**Defendants.**

**DEFENDANTS' MOTION FOR LEAVE TO SUBMIT**
**TERM SHEET UNDER SEAL FOR *IN CAMERA* REVIEW**

On May 22, 2026, Defendants moved to continue these proceedings for 60 days because

they have secured a term sheet for financing that will fully pay off the loans at issue and moot

Plaintiff's claims. Defendants hereby move to submit that term sheet under seal for *in camera*

review by the Court on the grounds that the term sheet contains commercially sensitive

information and protected trade secrets.[1] The grounds for this motion are further set forth in the

---

[1] This motion will be filed via the Court's CM/ECF filing system using the event for "Motion to Seal *Ex Parte* or *In Camera*, which, to the best of Defendants' understanding, will result in the motion being submitted solely to the Court. Nonetheless, Defendants will provide a copy of the motion, the supporting memorandum of law, and the proposed order to Plaintiff, excluding only the confidential term sheet whose review under seal and *in camera* is sought.

1

accompanying memorandum of law. Attached hereto are Exhibit 1, an email exchange between

counsel regarding Plaintiff's position on the relief requested herein, and Exhibit 2, the term sheet

for which sealing and *in camera* review are sought.


Respectfully submitted,

| | |
|---|---|
| */s/ Steven R. Ruby* | */s/ H. Rodgin Cohen* |
| Steven R. Ruby (WVSB #10752) | H. Rodgin Cohen (WVSB #767) |
| Raymond S. Franks II (WVSB #6523) | Robert L. Jones IV (*pro hac vice*) |
| David R. Pogue (WVSB #10806) | SULLIVAN & CROMWELL LLP |
| CAREY DOUGLAS KESSLER & RUBY PLLC | 125 Broad Street |
| 901 Chase Tower, 707 Virginia Street, East | New York, New York 10004 |
| P.O. Box 913 | Telephone:  (212) 558-4000 |
| Charleston, WV 25323 | cohenhr@sullcrom.com |
| Telephone: (304) 345-1234 | jonesrob@sullcrom.com |
| Facsimile: (304) 342-1105 | |
| sruby@cdkrlaw.com | Amanda Flug Davidoff (*pro hac vice*) |
| rfranks@cdkrlaw.com | Oliver W. Engebretson-Schooley (*pro hac vice*) |
| drpogue@cdkrlaw.com | 1700 New York Avenue, N.W. |
| | Suite 700 |
| | Washington, D.C. 20006 |
| | Telephone:  (202) 956-7500 |
| | davidoffa@sullcrom.com |
| | engebretsono@sullcrom.com |

2

**CERTIFICATE OF SERVICE**

The foregoing document was served upon counsel of record by means of the Court's CM/ECF

filing system on May 23, 2026.

/s/ Steven R. Ruby
Steven R. Ruby