# Exhibit 1

**Saturday, May 23, 2026 at 4:56:10 PM Eastern Daylight Time**

**Subject:** Re: Request for email copy of response filed this morning
**Date:** Saturday, May 23, 2026 at 4:46:06 PM Eastern Daylight Time
**From:** Steve Ruby
**To:** Clay Hoblit, Hayes, Seth P., Cappellanti, Ellen, Sebok, Al F.
**CC:** Cohen, H. Rodgin, Davidoff, Amanda Flug, Engebretson-Schooley, Oliver W., Jones, Robert L., David Pogue, Ray Franks

Clay,

By "up to you," do you mean that you do not object to our submitting the term sheet under seal for *in camera* review?

Steve

---

**From:** Clay Hoblit <choblit@hdr-law.com>
**Date:** Saturday, May 23, 2026 at 4:40 PM
**To:** Steve Ruby <sruby@cdkrlaw.com>, Hayes, Seth P. <shayes@JacksonKelly.com>, Cappellanti, Ellen <ECAPPELLANTI@jacksonkelly.com>, Sebok, Al F. <ASEBOK@jacksonkelly.com>
**Cc:** Cohen, H. Rodgin <Cohenr@sullcrom.com>, Davidoff, Amanda Flug <davidoffa@sullcrom.com>, Engebretson-Schooley, Oliver W. <engebretsono@sullcrom.com>, Jones, Robert L. <jonesrob@sullcrom.com>, David Pogue <drpogue@cdkrlaw.com>, Ray Franks <rfranks@cdkrlaw.com>
**Subject:** Re: Request for email copy of response filed this morning

Steve,

If your clients are serious about paying us off in full, you will provide the term sheet/related documents to my client.  We are prepared to enter into a confidentiality agreement to protect all parties.  Whether you provide these documents to the court is up to you.  You have represented to the court that your clients "have reached an agreement" with a partner to repay the balance of the loans in full.  It is your burden to substantiate this representation to the court.

Cordially,


R. Clay Hoblit | Of Counsel
2100 Frost Bank Plaza | Corpus Christi, Texas 78401-0037
Phone: 361.888.9392
Cell:  361.215.2264
E-mail: choblit@hdr-law.com

1 of 3

Website: www.hfdlaw.com

_____

**From:** Steve Ruby <sruby@cdkrlaw.com>
**Sent:** Saturday, May 23, 2026 12:21:11 PM
**To:** Hayes, Seth P. <shayes@JacksonKelly.com>; Clay Hoblit <choblit@hdr-law.com>; Cappellanti, Ellen <ECAPPELLANTI@jacksonkelly.com>; Sebok, Al F. <ASEBOK@jacksonkelly.com>
**Cc:** Cohen, H. Rodgin <Cohenhr@sullcrom.com>; Davidoff, Amanda Flug <davidoffa@sullcrom.com>; Engebretson-Schooley, Oliver W. <engebretsono@sullcrom.com>; Jones, Robert L. <jonesrob@sullcrom.com>; David Pogue <drpogue@cdkrlaw.com>; Ray Franks <rfranks@cdkrlaw.com>
**Subject:** Re: Request for email copy of response filed this morning

Thanks, Seth. Based on your response, and in particular the assertion that we have failed to submit the term sheet for *in camera* review, we intend to move immediately for leave to make that submission. I have attached the draft motion. Please confirm that your client does not oppose it.

Steve

_____

**From:** Hayes, Seth P. <shayes@JacksonKelly.com>
**Date:** Saturday, May 23, 2026 at 11:59 AM
**To:** Steve Ruby <sruby@cdkrlaw.com>, Clay Hoblit <choblit@hdr-law.com>, Cappellanti, Ellen <ECAPPELLANTI@jacksonkelly.com>, Sebok, Al F. <ASEBOK@jacksonkelly.com>
**Cc:** Cohen, H. Rodgin <Cohenhr@sullcrom.com>, Davidoff, Amanda Flug <davidoffa@sullcrom.com>, Engebretson-Schooley, Oliver W. <engebretsono@sullcrom.com>, Jones, Robert L. <jonesrob@sullcrom.com>, David Pogue <drpogue@cdkrlaw.com>, Ray Franks <rfranks@cdkrlaw.com>
**Subject:** RE: Request for email copy of response filed this morning

Steve,
A copy of our as-filed motion is attached.

Sincerely,

Seth

_____

**From:** Steve Ruby <sruby@cdkrlaw.com>
**Sent:** Saturday, May 23, 2026 11:57 AM
**To:** Hayes, Seth P. <shayes@JacksonKelly.com>; Clay Hoblit <choblit@hdr-law.com>; Cappellanti, Ellen <ECAPPELLANTI@jacksonkelly.com>; Sebok, Al F. <ASEBOK@jacksonkelly.com>
**Cc:** Cohen, H. Rodgin <Cohenhr@sullcrom.com>; Davidoff, Amanda Flug <davidoffa@sullcrom.com>; Engebretson-Schooley, Oliver W. <engebretsono@sullcrom.com>; Jones, Robert L. <jonesrob@sullcrom.com>; David Pogue <drpogue@cdkrlaw.com>; Ray Franks <rfranks@cdkrlaw.com>
**Subject:** Request for email copy of response filed this morning

**WARNING:** **External email. Please verify sender before opening attachments**

**or clicking on links.**

Counsel:

I received a CM/ECF service email indicating that you've filed a response to our continuance motion, but the SDWV CM/ECF site appears to be down. When I try to access the filing or even the main CM/ECF login page, I receive the error message below. Can you please email us a copy of the filing?

# Object not found!

The requested URL was not found on this server. If you entered the URL manually please check your spelling and try again.

Reference ID is: 14535949908499350300

# Error 404

**Steven R. Ruby**
**Carey Douglas Kessler & Ruby PLLC**
o:  304 345 1234
m: 304 546 6038
sruby@cdkrlaw.com

The information contained in this e-mail is being sent by a law firm and is intended exclusively for the individual or entity to which it is addressed.  This communication is privileged, proprietary, confidential and otherwise legally exempt from disclosure to anyone other than the intended recipient.  If you are not the intended recipient, you are not authorized to read, print, retain, copy, disclose or disseminate this e-mail, any part thereof, or any attachment thereto.  If you have received this e-mail in error, please notify the sender immediately by e-mail or by telephone (304-345-1234) and delete this e-mail and any copies.  There is no intent on the part of the sender to waive any privilege that may attach to this communication.  This e-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect. However, it is the recipient's responsibility to ensure that it is virus free.  This Firm accepts no responsibility for any loss or damage arising from its use.