# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### BECKLEY DIVISION

WHITE SULPHUR SPRINGS
HOLDINGS, LLC,

Plaintiff,

v.

JAMES C. JUSTICE, II;
CATHY L. JUSTICE;
JAMES C. JUSTICE, III;
GREENBRIER HOTEL CORPORATION;
GREENBRIER MEDICAL INSTITUTE,
LLC; OAKHURST CLUB, LLC;
GREENBRIER GOLF AND
TENNIS CLUB CORPORATION;
GREENBRIER LEGACY COTTAGE
DEVELOPMENT COMPANY I, INC.; and
GREENBRIER LEGACY COTTAGE
DEVELOPMENT II, INC.,

Defendants.

Case No. 5:26-cv-00257
Chief Judge Volk

## [PROPOSED] ORDER

Pending before the Court is Defendants' Motion for Leave to Submit Term Sheet Under

Seal for *In Camera* Review (the "Motion"). ECF 65. For the reasons set forth therein and for

other good cause appearing to the Court, the Motion is **GRANTED**. The Court **ORDERS** that

the term sheet submitted with the Motion be sealed and further **ORDERS** that the term sheet

submitted with the Motion be reviewed solely *in camera* by the Court.

The Clerk is directed to transmit copies of this order to all counsel of record and any

unrepresented parties.

ENTER: May 22, 2026

Frank W. Volk
Chief United States District Judge