# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION**

**WHITE SULPHUR SPRINGS HOLDINGS,
LLC**, a Texas limited liability company,

     *Plaintiff,*

**v.**

                                     Civil Action No. 5:26-cv-00257
                                     Hon. Frank W. Volk

**JAMES C. JUSTICE, II**, individually;
**CATHY L. JUSTICE**, individually;
**JAMES C. JUSTICE, III**, individually;
**GREENBRIER HOTEL CORPORATION**, a
West Virginia corporation;
**GREENBRIER MEDICAL INSTITUTE, LLC**, a
West Virginia limited liability company;
**OAKHURST CLUB, LLC**, a West Virginia
limited liability company;
**GREENBRIER GOLF AND TENNIS CLUB
CORPORATION**, a West Virginia corporation;
**GREENBRIER LEGACY COTTAGE
DEVELOPMENT COMPANY I, INC.** a West
Virginia corporation; and
**GREENBRIER LEGACY COTTAGE
DEVELOPMENT COMPANY II, INC.**, a West
Virginia corporation,

     *Defendants.*

**<u>DECLARATION OF JAMES C. JUSTICE III</u>**

I, James C. Justice III, declare as follows:

    1.    I am an individual Defendant in this case, and I am an owner of each of the entity

Defendants. In that capacity, I am personally familiar with the term sheet between the Defendant

entities and the financing partner (the "Term Sheet") that is addressed in the Memorandum of

Law filed contemporaneously herewith. I am also personally familiar with the business operations of each of the entity Defendants.

2.      The redacted terms in the redacted Term Sheet, if disclosed, would provide a competitive advantage to counterparties of, and competitors to, the Defendants' businesses.

3.      The redacted terms reflect, for example, the financial resources and constraints under which the Defendants' businesses will operate after the transaction embodied in the Term Sheet is consummated, the decision-making processes and structures that will exist in those businesses at that time, and the times at which those businesses must make significant decisions.

4.      If that information were public, it would provide competitors to the Defendants' businesses with an unfair advantage in making their own business decisions. For example, if a competitor knows the terms of the Defendants' debt structure, it would have an unfair advantage in attempting to obtain a superior debt structure for itself so that it can underprice the Defendants' businesses and drive them from the market.

5.      Similarly, counterparties to the Defendants' businesses would obtain an unfair advantage if the redacted terms in the Redacted Term Sheet were disclosed. For example, a counterparty seeking to acquire an asset from the Defendants would gain a negotiating advantage if it knew when the Defendants are required to make certain payments, or have financial incentives to make certain payments, under the Term Sheet.

6.      For these reasons, the confidentiality of the redacted terms in the redacted Term Sheet has independent economic value to the entity Defendants.

FURTHER your Declarant sayeth naught.

_____

James C. Justice III

2