UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY


WHITE SULPHUR SPRINGS HOLDINGS, LLC,
*a Texas Limited Liability Company,*

      Plaintiff,

v.                                    CIVIL ACTION NO. 5:26-cv-00257


JAMES C. JUSTICE, II,
*individually,* and
CATHY L. JUSTICE,
*individually,* and
JAMES C. JUSTICE, III,
*individually,* and
GREENBRIER HOTEL CORPORATION,
*a West Virginia Corporation,* and
GREENBRIER MEDICAL INSTITUTE, LLC,
*a West Virginia Limited Liability Company,* and
OAKHURST CLUB, LLC,
*a West Virginia Limited Liability Company,* and
GREENBRIER GOLF AND TENNIS CLUB CORPORATION,
*a West Virginia Corporation,* and
GREENBRIER LEGACY COTTAGE DEVELOPMENT COMPANY I, INC.,
*a West Virginia Corporation,* and
GREENBRIER LEGACY COTTAGE DEVELOPMENT II, INC.,
*a West Virginia Corporation,*

      Defendants.


**ORDER**

      Pending are (1) Defendants' Motion to Continue Briefing Deadlines and Scheduled Hearings [ECF 58] ("Suspension Motion"), filed May 22, 2026, and (2) Defendants' Motion for Leave to Submit Term Sheet Under Seal for in Camera Review ("Term Sheet Motion"), initially filed ex parte and *in camera* May 23, 2026, [ECF 65], and refiled on the public docket on May 27, 2026. [ECF 71].

On May 26, 2026, the Court ordered Defendants to file a redacted version of the term sheet and "a supplemental memorandum of law (1) identifying with specificity the portion(s) of the term sheet Defendants contend constitute trade secrets, and (2) explaining in detail how each portion satisfies the independent economic value requirement." [ECF 69 at 10]. Defendants did so. [*See* ECF 73].

The Court **ORDERS** Plaintiff White Sulphur Springs Holdings, LLC, and putative intervenor Tax Division of the West Virginia Department of Revenue to respond to the Term Sheet Motion and accompanying memoranda no later than **3:00 p.m. on Thursday, May 28, 2026.**

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER:  May 28, 2026

Frank W. Volk
Chief United States District Judge