**WHITE SULPHUR SPRINGS HOLDINGS, LLC**

      **Plaintiff,**

**v.**                             **Case No. 5:26-cv-00257**
                                           **The Honorable Frank W. Volk**

**JAMES C. JUSTICE, II,**
*individually*, **and**
**CATHY L. JUSTICE,**
*individually*, **and**
**JAMES C. JUSTICE, III,**
*individually*, **and**
**GREENBRIER HOTEL CORPORATION,**
*a West Virginia Corporation*, **and**
**GREENBRIER MEDICAL INSTITUTE, LLC,**
*a West Virginia Limited Liability Company*, **and**
**OAKHURST CLUB, LLC,**
*a West Virginia Limited Liability Company*, **and**
**GREENBRIER GOLF AND TENNIS CLUB CORPORATION,**
*a West Virginia Corporation*, **and**
**GREENBRIER LEGACY COTTAGE DEVELOPMENT COMPANY I, INC.,**
*a West Virginia Corporation*, **and**
**GREENBRIER LEGACY COTTAGE DEVELOPMENT II, INC.,**
*a West Virginia Corporation*,

      **Defendants.**

## WEST VIRGINIA STATE TAX DIVISION'S
## RESPONSE TO DEFENDANTS' MOTION FOR LEAVE TO SUBMIT
## TERM SHEET UNDER SEAL FOR *IN CAMERA* REVIEW

COMES NOW, the State Tax Division of the West Virginia Department of Revenue ("Tax

Division"), by counsel, and files this response to Defendants' Motion to for Leave to Submit Term

Sheet Under Seal for *In Camera* Review ("Term Sheet Motion") and accompanying memoranda.

The Tax Division states as follows:

1. The Tax Division filed a Motion to Intervene in this matter for the limited purpose of protecting and preserving its tax liens and the statutory priority associated with those liens. *See* ECF No. 54. The Tax Division's requested intervention is narrow in scope and is not intended to place the Tax Division in the posture of advocating for any party regarding the substantive merits of this litigation.

2. In recent days, the parties submitted a series of filings relating to Defendants' motion to continue, Plaintiff's opposition thereto, Defendants' request to submit a term sheet for *in camera* review, and memoranda concerning the confidentiality protections applicable to the term sheet. *See* ECF Nos. 58, 63, 65, 69, 74.

3. Consistent with its limited role in this matter, the Tax Division filed a response to the motion to continue reiterating that its requested participation is narrow in scope and that it takes no position on whether the motion should be granted or denied. See ECF No. 70.

4. Most recently, the Court ordered the Plaintiff and the Tax Division, as a putative intervenor, to respond to the Term Sheet Motion. *See* ECF No. 74.

5. Consistent with its prior filings, the Tax Division reiterates that its requested intervention in this matter is limited to protecting its liens and preserving their statutory priority. The Tax Division does not advocate for either Plaintiff or Defendants regarding the underlying merits of this litigation. Accordingly, the Tax Division takes no position on whether the Term Sheet Motion should be granted or denied.

WHEREFORE, the West Virginia State Tax Division respectfully submits that it takes no position on the pending *Motion for Leave to Submit Term Sheet Under Seal for In Camera Review*, while reserving all rights relating to its Motion to Intervene, asserted liens, and statutory priority interests.

**Respectfully submitted,**

**WEST VIRGINIA STATE TAX DIVISION**

**By counsel,**

**JOHN B MCCUSKEY**
**ATTORNEY GENERAL**

*/s/ Cassandra L. Means-Moore*
Cassandra L. Means-Moore (WVSB #10522)
*Deputy Attorney General*
John F. Willems (WVSB #13711)
*Assistant Attorney General*
State Capitol Complex
Building 1, Room W-435
Charleston, West Virginia 25305
Telephone: (304) 558-2522
Fax: (304) 558-2525
Email: cmeans@wvago.gov
jwillems@wvago.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
(BECKLEY DIVISION)**

**WHITE SULPHUR SPRINGS HOLDINGS, LLC**

       **Plaintiff,**

**v.**                                 **Case No. 5:26-cv-00257**
                                             **The Honorable Frank W. Volk**

**JAMES C. JUSTICE, II,**
*individually*, **and**
**CATHY L. JUSTICE,**
*individually*, **and**
**JAMES C. JUSTICE, III,**
*individually*, **and**
**GREENBRIER HOTEL CORPORATION,**
*a West Virginia Corporation*, **and**
**GREENBRIER MEDICAL INSTITUTE, LLC,**
*a West Virginia Limited Liability Company*, **and**
**OAKHURST CLUB, LLC,**
*a West Virginia Limited Liability Company*, **and**
**GREENBRIER GOLF AND TENNIS CLUB CORPORATION,**
*a West Virginia Corporation*, **and**
**GREENBRIER LEGACY COTTAGE DEVELOPMENT COMPANY I, INC.,**
*a West Virginia Corporation*, **and**
**GREENBRIER LEGACY COTTAGE DEVELOPMENT II, INC.,**
*a West Virginia Corporation*,

       **Defendants.**

## CERTIFICATE OF SERVICE

I, Cassandra L. Means-Moore, hereby certify that the foregoing "*West Virginia State Tax Division's Response to Defendants' Motion to for Leave to Submit Term Sheet Under Seal for In Camera Review*" has been served on all parties to this Civil Action on this the 28th day of May, 2026, through the CM/ECF system.

                                       ***/s/ Cassandra L. Means-Moore***
                                       Cassandra L. Means-Moore
                                       WVSB# 10522