**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
(BECKLEY DIVISION)**

| | | |
|---|---|---|
| WHITE SULPHUR SPRINGS HOLDINGS, LLC<br>a Texas Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>JAMES C. JUSTICE, II, Individually;<br>CATHY L. JUSTICE, Individually;<br>JAMES C. JUSTICE, III, Individually;<br>GREENBRIER HOTEL CORPORATION,<br>a West Virginia Corporation;<br>GREENBRIER MEDICAL INSTITUTE, LLC,<br>a West Virginia Limited Liability Company;<br>OAKHURST CLUB, LLC,<br>a West Virginia Limited Liability Company;<br>GREENBRIER GOLF AND TENNIS<br>CLUB CORPORATION,<br>a West Virginia Corporation;<br>GREENBRIER LEGACY COTTAGE<br>DEVELOPMENT COMPANY I, Inc.,<br>a West Virginia Corporation;<br>GREENBRIER LEGACY COTTAGE<br>DEVELOPMENT II, Inc.,<br>a West Virginia Corporation.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 5:26-cv-00257<br>The Honorable Frank W. Volk |

**DECLARATION OF MARK S. DUNEC**

I, Mark S. Dunec, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.    My name is Mark S. Dunec.  I am over twenty-one (21) years of age, and I am fully competent to make this declaration.  I am able to swear, and I hereby do swear, that all of the facts stated in this declaration are true and correct to the best of my personal knowledge.

2.    I am a Senior Managing Director at FTI Consulting, Inc. ("FTI").

3.    I am a state-certified general real estate appraiser and hold a MAI designation with the Appraisal Institute, a CRE designation with The Counselors of Real Estate, an FRICS

designation with the Royal Institution of Chartered Surveyors and DAC designation with the Canadian National Association of Real Estate Appraisers. I have a Master of Business Administration, with a concentration in finance, from New York's Pace University.

4. I have been retained as an expert witness by Plaintiff White Sulphur Springs Holdings, LLC ("WHHS") in the above-styled matter to offer testimony regarding all matters contained in my expert report, including my review and analysis of certain financial data made available to me pertaining to the Greenbrier Resort, the Greenbrier Resort Defendants,[1] and associated entities and individuals. My retention in this matter also includes any necessary rebuttal to Defendants' experts, if any.

5. A copy of my expert report and the exhibits thereto are attached to this Declaration as **Exhibit 1** (the "Expert Report").

6. I prepared the Expert Report, and I have verified that it is a true and accurate copy of my Expert Report. The Expert Report accurately sets forth my qualifications and the opinions I have formed in this matter. As a result of my work as an expert witness in this matter, I have personal knowledge of the facts presented in the Expert Report. The exhibits attached to and relied upon in the Expert Report were collected with the assistance of counsel for WSSH.

7. I hereby incorporate the Expert Report into this Declaration as if set forth fully herein.

8. If I am called to testify at a hearing or trial in the litigation, my testimony will be consistent with and generally reflect the opinions I have set forth in my Expert Report.

---

[1] The Defendants include Greenbrier Hotel Corporation ("GHC"), Greenbrier Medical Institute, LLC ("GMI"), Oakhurst Club, LLC ("Oakhurst"), Greenbrier Golf and Tennis Club Corporation ("GGTCC"), Greenbrier Legacy Cottage Development Company I, Inc. ("Legacy Development I"), and Greenbrier Legacy Cottage Development Company II, Inc. ("Legacy Development II")—collectively, the "Greenbrier Resort Defendants"—as well as James C. Justice, II, Cathy L. Justice, and James C. Justice, III—collectively, the "Justice Defendants." The Greenbrier Resort Defendants and Justice Defendants are collectively referred to as the "Defendants."

9.      No portion of my compensation or FTI's compensation with respect to this matter is contingent on the outcome of this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of May, 2026.


_____
Mark S. Dunec

# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
(BECKLEY DIVISION)

WHITE SULPHUR SPRINGS HOLDINGS, LLC
a Texas Limited Liability Company,

       Plaintiff,

v.

JAMES C. JUSTICE, II, Individually;
CATHY L. JUSTICE, Individually;
JAMES C. JUSTICE, III, Individually;
GREENBRIER HOTEL CORPORATION,
a West Virginia Corporation;
GREENBRIER MEDICAL INSTITUTE, LLC,
a West Virginia Limited Liability Company;
OAKHURST CLUB, LLC,
a West Virginia Limited Liability Company;
GREENBRIER GOLF AND TENNIS CLUB CORPORATION,
a West Virginia Corporation;
GREENBRIER LEGACY COTTAGE DEVELOPMENT
COMPANY I, Inc.,
a West Virginia Corporation;
GREENBRIER LEGACY COTTAGE DEVELOPMENT II,
Inc.,
a West Virginia Corporation.

       Defendants.

Case No. 5:26-cv-00257

The Honorable Frank W. Volk

EXPERT REPORT OF MARK S. DUNEC

Dated as of May 29, 2026

## Table of Contents

I.     **Scope of Retention and Compensation**..................................................3

II.    **Summary of My Experience and Qualifications** ......................................4

III.   **Background**...........................................................................................6

IV.   **Summary of Opinions** ..........................................................................8

V.    **Basis for Opinions** ...............................................................................9

VI.   **Conclusion** ........................................................................................25

**Appendix A: Documents Relied Upon**..........................................................27

**Appendix B: Curriculum Vitae and Prior Testimony** ....................................29

**Appendix C: 2023 Appraisal Review Report** .................................................30

**Appendix D: 2025 Appraisal Review Report** .................................................31

**Appendix E: Other Appraisals Review Report** ..............................................32

## I. Scope of Retention and Compensation

I prepared this expert report ("Expert Report") at the request of Haynes and Boone, LLP ("Counsel") in connection with Counsel's representation of White Sulphur Springs Holdings, LLC ("WSSH", "Client" or "Plaintiff") in the above-captioned matter. Plaintiff is seeking, among other things, the appointment of a receiver and injunctive relief to protect the assets that serve as collateral for the debts the Defendants owe to the Plaintiff.

One of the Defendants is Greenbrier Hotel Corporation, which owns the Greenbrier Resort in White Sulphur Springs, West Virginia ("The Greenbrier" or the "Property").

I was retained to provide an opinion whether 1) the Property is at risk of diminution in value under the current management, 2) the 2023 appraisal and 2025 appraisal ("2023 Appraisal" and "2025 Appraisal") prepared by Newmark Valuation & Advisory[1] ("Newmark") proffered by the Defendants are a fair estimate of the current market value of the Property, and 3) whether the Newmark and CBRE appraisal reports from 2023 for The Greenbrier's Cottages, Estate Homes, Developer Lots, Oakhurst Planned Resort Development, and Timber and Farm Acreage ("Other Appraisals") are credible, reliable and a fair estimate of the current market value.

The opinions and conclusions expressed in this Expert Report are based on my review of the documents detailed in Appendix A, including the First Amended Complaint[2] and its exhibits; the Fourteenth Amended and Restated Forbearance Agreement, ("14th FBA")[3]; appraisals attached to the Defendants' motion to stay; memorandum of law in support of Defendants' amended motion to stay[4];

---

[1] The Greenbrier Appraisal_Newmark April 2023, The Greenbrier Appraisal_Newmark April 2025
[2] First Amended Complaint.pdf
[3] Ex A - Fourteenth Amended and Restated Forbearance Agreement.pdf
[4] MOL in support of Defendants' motion to stay.pdf

historical financial statements of Greenbrier Hotel Corporation; The Greenbrier hotel property condition reports;[5] [6] and my Appraisal Review Reports.

My opinions and conclusions are further based on my 25-year career as a real estate and finance professional, and my knowledge of real property valuation, due diligence and highest & best use studies. I was supported in the analysis of this matter and preparation of this Expert Report by a team of FTI Consulting, Inc. ("FTI") real estate professionals whom I have supervised as part of this engagement. FTI Consulting is being compensated for my time based on my standard hourly rate of $1,080 and others working on this assignment at my direction at other rates. FTI's compensation is not contingent upon any of my findings or the outcome of this case.

I reserve the right to update and supplement this Expert Report as additional materials and information are provided or otherwise made available to me.

## II. **Summary of My Experience and Qualifications**

FTI is a global, publicly traded (NYSE: FCN) company that provides business advisory services to manage change, mitigate risk, and resolve disputes worldwide. FTI operates through five segments: Corporate Finance & Restructuring, Forensic and Litigation Consulting, Economic Consulting, Technology, and Strategic Communications. The Corporate Finance & Restructuring segment provides business transformation and strategy, transactional, and turnaround and restructuring services. FTI provides a wide range of other consulting services — including forensic, economic, technology, and strategic communications solutions — to clients across numerous industries including real estate, aerospace, energy, financial services, healthcare, and technology.

---

[5] The Greenbrier Main Hotel – PCA Report.pdf
[6] Partner Engineering and Science, Inc., Property Condition Assessment Cost Table — The Greenbrier, White Sulphur Springs, WV, Project No. 24-463118, Tables 1 and 2 (Preliminary Draft)

I am a Senior Managing Director in FTI's Corporate Finance & Restructuring segment, where I co-lead the real estate valuation practice. I develop strategic real estate operating and capital markets solutions for both domestic and international clients.

I have over twenty-five (25) years of experience in the real estate industry, specializing in real property valuation, acquisition due-diligence, market rent analyses, highest & best use studies, ad valorem tax consulting, financing and recapitalization, and asset and entity restructuring and repositioning. My expertise includes complex financial modeling and analysis of discounted cash flows for real property. I have in-depth experience across all types of commercial and special-use properties, including office, industrial, retail, multifamily, hospitality, healthcare, golf courses, self-storage, residential, and development properties. I have worked on complex real estate advisory matters across the United States as well as in the Bahamas, Canada, Costa Rica, Croatia, England, Finland, Ireland, Panama, and the United Arab Emirates.

I received a bachelor's degree in history from Toronto's York University and a Master of Business Administration, with a concentration in finance, from New York's Pace University. I am a state-certified general real estate appraiser and hold a MAI designation with the Appraisal Institute, a CRE designation with The Counselors of Real Estate, an FRICS designation with the Royal Institution of Chartered Surveyors and DAC designation with the Canadian National Association of Real Estate Appraisers.[7]

---

[7] The MAI designation (Appraisal Institute) is awarded to certified general appraisers who have demonstrated advanced competence in commercial valuation. The CRE designation (The Counselors of Real Estate) is granted to professionals recognized for exceptional judgment and problem-solving in complex real estate matters. The FRICS designation (Royal Institution of Chartered Surveyors) signifies internationally recognized expertise and adherence to rigorous global valuation standards. The DAC designation (Canadian National Association of Real Estate Appraisers) reflects advanced competency in valuation practice within the Canadian regulatory framework. These designations reflect a high level of professional achievement, expertise, and ethical standing within the real estate valuation field.

As a state certified general real estate appraiser, I am bound by the Uniform Standards of Professional Appraisal Practice ("USPAP"). USPAP is the generally recognized ethical and performance standard for the appraisal profession in the United States. USPAP was adopted by the United States Congress in 1989, and contains standards for all types of appraisal services, including real estate, personal property, business and mass appraisal. USPAP compliance is a requirement for state-licensed and state-certified appraisers.

In addition to my work providing valuation, litigation support, and expert testimony services, I taught undergraduate real estate courses as an adjunct professor at Montclair State University and currently teach graduate real estate courses as an adjunct professor at the University of Miami. Outside of my professional and academic careers, my civic involvement included my role as a Commissioner of the Essex County Improvement Authority, Member of Livingston Township's Zoning Board and Board Member of the Metro New Jersey Chapter of the Appraisal Institute.

I have testified as an expert witness in fourteen (14) matters before arbitration tribunals and federal and state courts. I have never been deemed unqualified, and my opinions have never been excluded in any matter in which I have served as an expert witness. Attached as Appendix B of this Expert Report is my curriculum vitae and list of prior testimony.

### III. Background

The Greenbrier is a 660-room luxury destination resort located in White Sulphur Springs, West Virginia. The Property has operated as a resort since 1778, with the current hotel structure dating to 1910. The Greenbrier is a designated National Historic Landmark listed on the National Register of Historic Places. The Property is owned and operated by Greenbrier Hotel Corporation ("GHC"), a subsidiary of Justice Family Group, LLC.

The Property encompasses approximately 6,724 acres and includes the following principal components:[8] [9]

- 660 guest rooms
- A 103,000 square-foot casino, opened in 2009
- Three championship golf courses, including the Old White TPC Course
- Tennis and sports complex
- Approximately 121,400 square feet of meeting and event space
- Retail, spa, dining, and recreation facilities
- Approximately 4,857 acres of excess land held by Greenbrier Medical Institute, LLC, a related entity

The Justice family and their related entities had multiple outstanding loans with Carter Bank & Trust ("Carter Bank").[10] In 2023, the Justice family and the related entities confessed to multiple judgments in favor of Carter Bank arising from their loan obligations ("Judgments"). Carter Bank and the Justice Family entered into a number of forbearance agreements concerning the Judgments and other matters over the course of approximately three years without resolution, and as of the time of this filing, the fourteenth amended and restated forbearance agreement controlled ('14th FBA"). On or about March 25, 2026, Carter Bank entered into a Judgment Sale Agreement with White Sulphur Springs Holdings, LLC, through which it transferred its interests in, among other things, the Judgments and certain collateral documents.[11]

On April 9, 2026, WSSH sent Defendants a Notice of Default and Termination of Forbearance, describing breaches by Defendants of their obligations under the 14th FBA. As a result of the breaches, WSSH terminated its agreement to forbear. In addition, the 14th FBA terminated according to its terms

---

[8] The Greenbrier Appraisal_Newmark April 2023
[9] The Greenbrier Appraisal_Newmark April 2025
[10] First Amended Complaint, p. 8.
[11] Id., p. 9.

on April 15, 2026.[12] The Plaintiff is seeking the appointment of a receiver to be in control of The Greenbrier.[13]

The Defendants oppose the appointment of a receivership and state that the value of The Greenbrier substantially exceeds the outstanding loan balances.[14] In support of their position, the Defendants rely on the 2023 Appraisal with a prospective value[15] of $597,000,000 as of April 2026[16] that was predicated on certain assumptions.[17]

## IV.  **Summary of Opinions**

It is my opinion that the 2023 Appraisal and the 2025 Appraisal are not fair estimates of the current market value of The Greenbrier, because these appraisals were predicated on many assumptions that have proven untrue. Further, the Other Appraisals from 2023 are flawed, not market-supported, do not represent current market value and should not be relied upon. The key factors leading to my opinion include the following:

1. The Greenbrier has lost significant market share relative to its peer group of comparable hotels since 2023.

2. The financial performance of The Greenbrier has deteriorated since 2023 and deviates materially from that which was assumed in the appraisals.

3. Adjusting the projections upon which the 2023 Appraisal is based to reflect actual operating results would result in a revised value of approximately $360,000,000 as of April 2026 — a

---

[12] Id., p. 11.
[13] Id., p.20.
[14] Defendants' Consolidated Memorandum of Law in Opposition to Plaintiff's Amended Emergency Motion for Appointment of a Receiver and Emergency Motion for Preliminary Injunction, P.1010
[15] A prospective value opinion is an opinion of value as of a specified future date. It reflects the value expected at that future date based on market conditions and property performance assumptions as of that date — not as of the date the appraisal is written. Prospective value opinions are most commonly used for properties that have not yet achieved a stabilized level of operations at the time the appraisal is prepared, such as properties undergoing renovation, lease-up, or construction.
[16] The Greenbrier Appraisal_Newmark April 2023, p. 4.
[17] In 2025, the Appraiser prepared a second appraisal of The Greenbrier for Carter Bank & Trust (the "2025 Appraisal"). Unlike the 2023 Appraisal, which covers the full estate including the golf courses, tennis and sports complex, and excess land, the 2025 Appraisal covers only the hotel and casino component of the Property. The Defendants do not rely on the 2025 Appraisal in their motion; it is referenced in this Expert Report to provide additional context regarding the projected operating performance of the Property.

diminution of $237,000,000 from the Prospective Market Value Upon Stabilization of $597,000,000 concluded in the 2023 Appraisal.

4. Adjusting the projections upon which the 2025 Appraisal is based to reflect actual operating results would result in a revised value of approximately $347,000,000 as of April 2026 — a diminution of $152,000,000 from the As-Is Market Value of $499,000,000 concluded in the 2025 Appraisal.

5. My review concludes that the Newmark and CBRE 2023 Other Appraisals are flawed, are not market-supported, do not represent current market value and should not be relied upon. The primary deficiencies include: dated information, ascribing a premium because of the association with The Greenbrier's brand identity and amenities, and the fact that sales have not materialized as projected.

## V. <u>Basis for Opinions</u>

**1. The Greenbrier has lost significant market share relative to its peer group of comparable hotels since 2023.**

<u>Hotel Performance Metrics</u>

The operating performance of a hotel is measured by three primary metrics, each of which is tracked monthly and benchmarked by STR (a CoStar subsidiary), the industry-standard data provider for hotel performance:

- Occupancy: The percentage of available rooms sold on any given night. Occupancy measures demand and is the fundamental driver of hotel revenue together with ADR.[18]

- ADR (Average Daily Rate): The average revenue earned per occupied room per night, measuring a property's pricing power.[19]

- RevPAR (Revenue Per Available Room): ADR multiplied by Occupancy. RevPAR is the single most important metric in hotel valuation because it captures both pricing and demand in one

---

[18] CoStar/STR. "What Is an Occupancy Rate?" *CoStar STR Benchmark Data Insights*, (June 12, 2024) https://www.costar.com/products/str-benchmark/resources/data-insights-blog/what-occupancy-rate.
[19] CoStar/STR, "What Is Average Daily Rate (ADR) and How to Calculate It," *CoStar STR Benchmark Data Insights* (June 12, 2024), https://www.costar.com/products/str-benchmark/resources/data-insights-blog/what-average-daily-rate-adr-and-how-calculate

number. It is the primary benchmark used by hotel appraisers, investors, and lenders to assess a hotel's revenue-generating capacity.[20]

<u>Peer Property Analysis</u>

Hotel operators and owners select a competitive set of peer properties, and STR aggregates and delivers monthly Occupancy, ADR, and RevPAR data for that peer group on a confidential, pooled basis known as a STAR report. Every institutional hotel operator with whom I have worked relies on STR data to track its relative market position, and hotel appraisers routinely rely on STR benchmarking data to calibrate forward projections.[21] The Greenbrier participates in this benchmarking, and the STR data is available for The Greenbrier.

<u>STR Competitive Benchmarking</u>

The Greenbrier's management-selected the following six peer group properties as its competitive set, as reflected in the STR reports:

- The Omni Grove Park Inn & Spa, Asheville, NC (513 rooms)

- The Omni Homestead Resort & Spa, Hot Springs, VA (483 rooms)

- The Hotel Hershey, Hershey, PA (326 rooms)

- Chateau Elan, Braselton, GA (300 rooms)

- Nemacolin Woodlands Resort, Farmington, PA (270 rooms)

- The Carolina at Pinehurst, Pinehurst, NC (398 rooms)

---

[20] CoStar/STR, "Revenue Per Available Room (RevPAR)," *STR Benchmark Glossary: Key Hotel Industry Metrics and Terms* https://www.costar.com/products/str-benchmark/resources/glossary#Revenue%20Per%20Available%20Room%20(RevPAR)
[21] CoStar/STR, "What is Hotel Benchmarking?" *CoStar STR Benchmark Data Insights Blog*, available at https://www.costar.com/products/str-benchmark/resources/data-insights-blog/what-hotel-benchmarking

Figures 1 through 3 illustrate The Greenbrier's actual Occupancy, ADR, and RevPAR compared to its competitive set from 2022 through trailing-twelve month ("TTM") 2025.[22] [23]

The Greenbrier has experienced a material decline in performance benchmarks when compared to the competitive set of properties selected by its management.

As illustrated in Figure 1 below, The Greenbrier's occupancy declined from 50.7% in 2022 to 41.5% in 2025, a loss of 9.2 percentage points over three years. The competitive set's occupancy increased slightly from 58.8% to 59.0% over the same period.

**Figure 1: Occupancy — The Greenbrier vs. Competitive Set (2022–2025)**



*Source: STR STAR Reports, 2022-STR through 2025-STR.*

As illustrated in Figure 2 below, The Greenbrier's ADR declined from approximately $466 in 2022 to approximately $434 in 2025. Its competitive set's ADR grew from approximately $435 to $509

---

[22] The STR Report as of December 2025 which reflects a full year was not provided to me. Instead, I used the report from October 2025, which was the most recent version available to me.

[23] STR data reflect the trailing twelve month period from November (previous year) to October (current) years. For example, 2022 in the chart below reflects the November 2021 – October 2022 12-month period.

over the same period, a gain of approximately 17%. The Greenbrier held an approximate $31 ADR premium over its competitive set in 2022. By 2025, its ADR trailed by $75 — a reversal of approximately $106 in pricing relative to its peers in three years.



**Figure 2: ADR — The Greenbrier vs. Competitive Set (2022–2025)**

*Source: STR STAR Reports, 2022-STR through 2025-STR.*

As illustrated in Figure 3 below, The Greenbrier's RevPAR declined from approximately $236 in 2022 to approximately $180 in 2025, a reduction of approximately 24%. The competitive set's RevPAR increased from $256 to $301 over the same period, a gain of approximately 18%.



**Figure 3: RevPAR — The Greenbrier vs. Competitive Set (2022–2025)**

*Source: STR STAR Reports, 2022-STR through 2025-STR.*

The data documented in Figures 1 through 3 above, reflects a sustained and accelerating decline in The Greenbrier's operating performance relative to its competitive set across every metric and every year. The competitive set — properties of similar type, scale, and market positioning - was selected by The Greenbrier's own management.

This decline is notable, because the 2023 Appraisal was predicated on assumptions about continued growth in ADR and occupancy that have proven untrue.

**2. The financial performance of The Greenbrier has deteriorated since 2023 and deviates materially from that which was assumed in the appraisals.**

<u>Appraiser Projections vs. Actual Results</u>

As shown in the table below, the 2023 Appraisal projected the following Occupancy, ADR, and

RevPAR for The Greenbrier over its projection period.

| Metric | Year 1 (2023/24) | Year 2 (2024/25) | Year 3 (2025/26)[24] | Year 4 (2026/27) |
|---|---|---|---|---|
| Occupancy | 52.0% | 53.0% | 54.0% | 54.0% |
| ADR | $473.51 | $487.72 | $502.35 | $517.42 |
| RevPAR | $246.23 | $258.49 | $271.27 | $279.41 |

*Source: Newmark Valuation & Advisory, April 2023 Appraisal of The Greenbrier Resort, Ten-Year Projection of Income and Expense.*

As shown in the table below, the 2025 Appraisal projects the following Occupancy, ADR, and

RevPAR for The Greenbrier over its projection period.

| Metric | Year 1 (2025/26) | Year 2 (2026/27) | Year 3 (2027/28)[25] | Year 4 (2028/29) |
|---|---|---|---|---|
| Occupancy | 51.0% | 53.0% | 54.0% | 54.0% |
| ADR | $480.32 | $491.13 | $505.86 | $521.04 |
| RevPAR | $244.96 | $260.30 | $273.16 | $281.36 |

*Source: Newmark Valuation & Advisory, April 2025 Appraisal of The Greenbrier Resort, Ten-Year Projection of Income and Expense.*

As illustrated in Figures 4 through 6 below, both the 2023 Appraisal and the 2025 Appraisal

projections for Occupancy, ADR, and RevPAR are presented alongside The Greenbrier's actual results

for each year from 2023 through 2025. In each case, actual performance falls materially short of both

appraisers' projections.

---

[24] The first year The Greenbrier reaches stabilized occupancy in the appraiser's projections.
[25] The first year The Greenbrier reaches stabilized occupancy in the appraiser's projections.

As illustrated in Figure 4 below, the 2023 Appraisal projected Year 1 occupancy of 52.0%, stabilizing at 54.0% by Year 3. The 2025 Appraisal likewise projected Year 1 occupancy of 51.0%, stabilizing at 54.0% by Year 3. Actual occupancy was 51.0% in 2023 and declined to 41.5% in 2025 — 12.5 percentage points below both appraisers' stabilized projection and more than a 20% reduction in total occupancy.



**Figure 4: Appraiser Projections vs. Actuals: Occupancy**

*Source: STR STAR Reports, 2022-STR through 2025-STR; 2023 Appraisal, 2025 Appraisal, Ten-Year Projection.*

As illustrated in Figure 5 below, the 2023 Appraisal projected Year 1 ADR of $474, growing to $517 by Year 4. The 2025 Appraisal projected Year 1 ADR of $480, growing to $505 by Year 3. Actual ADR was $444 in 2023 and declined to $434 in 2025.



**Figure 5: Appraiser Projections vs. Actuals: ADR**

*Source: STR STAR Reports, 2022-STR through 2025-STR; 2023 Appraisal, 2025 Appraisal, Ten-Year Projection.*

As illustrated in Figure 6 below, the 2023 Appraisal projected Year 1 RevPAR of $246, growing to $279 by Year 4. The 2025 Appraisal projected Year 1 RevPAR of $245, growing to $273 by Year 3. Actual RevPAR was $226 in 2023 and declined to $180 in 2025 — the 2023 Appraisal's Year 1 projection of $246 was approximately 9% above actual 2023 RevPAR, and the 2025 Appraisal's Year 1 projection of $245 was approximately 36% above actual 2025 RevPAR. Against the 2023 Appraisal's Year 3 stabilized projection of $266, actual 2025 RevPAR of $180 represents a decline of approximately 48%.



**<u>Figure 6: Appraiser Projections vs. Actuals: RevPAR</u>**

*Source: STR STAR Reports, 2022-STR through 2025-STR; 2023 Appraisal, 2025 Appraisal, Ten-Year Projection.*

<u>Revenue Line Item Analysis</u>

The divergence between projected and actual performance extends to every major revenue department. Figures 7 through 10 present actual revenue by department against the 2023 Appraisal's projections for the same periods.

<u>Food and Beverage Revenue</u>

As illustrated in Figure 7 below, Food & Beverage revenue declined from approximately $41 million in 2022 to approximately $35 million in 2025, a reduction of approximately 15%. The 2023 Appraisal projected Food & Beverage revenue growing to approximately $41 million in Year 1 and $46 million at stabilization. The 2025 Appraisal similarly projected Year 1 Food & Beverage revenue of approximately $40 million, growing to approximately $45 million by Year 3.



**<u>Figure 7: Appraiser Projections vs. Actuals: Food & Beverage Revenue</u>**

*Source: GHC Historical Financial Statements; 2023 Appraisal, Ten-Year Projection.*

<u>Gaming Revenue</u>

As illustrated in Figure 8 below, Gaming revenue declined from approximately $16 million in 2022 to approximately $15 million in 2025. The 2023 Appraisal projected Gaming revenue of approximately $16 million in Year 1, growing to approximately $18 million at stabilization which is approximately $3 million, or approximately 20%, below the 2025 actuals. The 2025 Appraisal projected Year 1 Gaming revenue of approximately $16 million, growing to approximately $17 million by Year 3. While the shortfall in gaming is more modest[26] than in other departments, the appraiser's stabilized projection and the long-term growth trend the appraiser assumed have not materialized.

**Figure 8: Appraiser Projections vs. Actuals: Gaming Revenue**



*Source: GHC Historical Financial Statements; 2023 Appraisal, Ten-Year Projection.*

---

[26] The West Virginia Lottery Commission's *Monthly Report on Lottery Operations* for the month ending April 30, 2026 (unaudited), authored by Acting Director David R. Bradley and submitted to the Joint Committee on Government and Finance, separately reports gaming activity at the State's only licensed "historic resort hotel," which is The Greenbrier. The report's Schedule of Revenues (page 24) shows fiscal-year-to-date actual historic resort gaming revenue of approximately $3.3 million against a projection of approximately $4.3 million — approximately 24% below projection. While this figure reflects only the historic-resort revenue lines reported to the Lottery and represents a portion of the Property's total gaming revenue, it supports that gaming revenues at The Greenbrier continue to be on a downward trajectory.

<u>Other Revenue – Retail + Spa + Recreation</u>

As illustrated in Figure 9 below, the steepest divergence is in combined Retail, Spa, and Recreation[27] revenue, which declined from $22 million in 2022 to $13 million in 2025 — approximately a 41% decline. The 2023 Appraisal projected this category at approximately $22 million in Year 1 and $24 million at stabilization — approximately 85% above actual 2025 revenue. The 2025 Appraisal projected Year 1 revenue of approximately $21 million, growing to approximately $23 million by Year 3 — approximately 62% above actual 2025 revenue. Both appraisals projected growth in a category that declined approximately 41% from 2022-2025.

**Figure 9: Appraiser Projections vs. Actuals: Other Revenue - Retail + Spa + Recreation**



*Source: GHC Historical Financial Statements; 2023 Appraisal, Ten-Year Projection.*

---

[27] According to historical financials "Recreation" includes revenue generated from activities including but not limited to the Gun Club, Equestrian, Bowling, Swimming, Tennis, Fitness, Bunker Tours, Escape Room, etc.

As illustrated in Figure 10 below,[28] Golf revenue declined from approximately $6.5 million in 2022 to approximately $5.2 million in 2025, a reduction of approximately 20%. The 2023 Appraisal projected Golf revenue of approximately $7.3 million in Year 1, growing to approximately $7.9 million at stabilization — approximately 25% (Year 1) and 52% (stabilized) above actual 2023 and 2025 Golf revenue, respectively. Rather than recovering toward the appraiser's projections, Golf revenue has continued to decline each year.



**<u>Figure 10: Appraiser Projections[29] vs. Actuals: Golf Revenue</u>**

*Source: GHC Historical Financial Statements; 2023 Appraisal, Ten-Year Projection.*

The data documented in Figures 7 through 10 above, reflects a sustained and accelerating decline in The Greenbrier's operating performance across each revenue line item and every year.

---

[28] The 2025 Appraisal did not include the golf and tennis component of the Property.
[29] Unlike the 2023 Appraisal, the 2025 Appraisal does not include revenue generated from the three golf courses.

<u>EBITDA</u>

EBITDA (Earnings Before Interest, Taxes, Depreciation, and Amortization) is the operating cash flow metric used by hotel investors, lenders, and appraisers to measure the economic productivity of a hotel asset.

As shown in Figure 11 below, The Greenbrier's EBITDA declined from $55.4 million in 2022 to $30.8 million in 2025 — a reduction of $24.6 million or approximately 44%.

**Figure 11: Greenbrier EBITDA: Actuals (2022–2025)[30]**



*Source: GHC Historical Financial Statements.*

<u>Summary of Financial Performance versus Projections</u>

The 2023 Appraisal projected a trajectory of steady growth across every revenue category. The actual trajectory since the appraisal's effective date has been a sustained decline in every department.

---

[30] Greenbrier EBITDA excludes non-cash expenses, corporate overhead and cottage sales.

An appraisal whose forward projections are contradicted by actual results to this degree, and whose projected trajectory runs opposite to actual results, cannot be said to represent current market value.

The 2023 Appraisal concludes to a Prospective Market Value Upon Stabilization of $597,000,000 as of April 16, 2026. The appraiser defines a prospective value opinion as "the value expected at a specified future date," most frequently sought for properties "that have not achieved sellout or a stabilized level of long-term occupancy ["stabilization"] at the time the appraisal report is written." The appraiser assumed that this "stabilization" would occur on or about April 16, 2026, and the $597,000,000 value reflects the Property as if that stabilization had been achieved.

The stabilization date[31] assumed by the appraiser — April 16, 2026 — has now passed. The operating data presented throughout this section demonstrates that stabilization did not occur. Occupancy has declined from 50.7% in 2022 to 41.5% in 2025 — moving further from, not closer to, the appraiser's stabilized projection of 54%. ADR, RevPAR, and revenue across every department have declined in each year since the appraisal's effective date. The Greenbrier's performance relative to its own management-selected competitive set has deteriorated each year. Relying on the $597,000,000 Prospective Market Value Upon Stabilization as evidence of the Property's current market value is therefore not supportable.

3. **Based on our analysis of actual operating results through October 31, 2025, and applying the same discounted cash flow methodology and investment parameters used by the appraiser in the 2023 Appraisal, and adjusting the underlying projections to reflect actual performance through October 31, 2025 would result in a value of approximately $360,000,000 as of April 2026 — a diminution of approximately $237,000,000 from the 2023 Appraisal's Prospective Market Value Upon Stabilization of $597,000,000.**

---

[31] Stabilization date is a term that refers to the first year in which the Subject Property reaches its stabilized occupancy - the level of occupancy that a property is expected to achieve and sustain on a long-term basis.

Support for this conclusion is contained in the 2023 Appraisal Review Report, which is attached hereto as Appendix C.

4. **Based on our analysis of actual operating results through October 31, 2025, and applying the same discounted cash flow methodology used by the appraiser in the 2025 Appraisal, and adjusting the underlying projections to reflect actual performance through October 31, 2025 would result in a value of approximately $347,000,000 as of April 2026 — a diminution of approximately $152,000,000 from the 2025 As-Is Market Value of $499,000,000.**

Support for this conclusion is contained in the 2025 Appraisal Review Report, which is attached hereto as Appendix D.

5. **My review concludes that the Newmark and CBRE 2023 Other Appraisals are flawed, not market-supported, do not represent current market value and should not be relied upon. The primary deficiencies include: dated information, ascribing a premium because of the association with the Greenbrier's brand identity and amenities, and the fact that sales have not materialized as projected.**

Support for this conclusion is contained in the 2023 Other Appraisals Review Report, which is attached hereto as Appendix E.

## VI. <u>Conclusion</u>

It is my opinion that The Greenbrier experienced a diminution in value of $237,000,000. The Greenbrier's value as of April 2026 is $360,000,000, and the 2023 Appraisal with a prospective value of $597,000,000 as of April 2026 should not be relied upon.

The Greenbrier's operating performance across every revenue line item has declined every year since the 2023 Appraisal's effective date. This reflects a sustained and accelerating decline — in every department, and against both the appraiser's projections and the Property's own competitive set, which was selected by The Greenbrier's management. The 2023 Appraisal projected steady growth across every revenue category; actual results have moved in the opposite direction every year. An appraisal whose forward projections are contradicted by actual results to this degree cannot be relied upon as a fair estimate of current market value.

Accordingly, the 2023 Appraisal's Prospective Market Value Upon Stabilization of $597,000,000 as of April 2026 should not be relied upon.   It is further my opinion that adjusting the projections upon which the 2025 Appraisal is based to reflect actual operating results would result in a revised value of approximately $347,000,000 as of April 2026 — a diminution of $152,000,000 from the as-is value of $499,000,000 concluded in the 2025 Appraisal. The 2025 Appraisal projected a trajectory of recovery across every revenue category beginning April 1, 2025; actual results have continued to decline in every department since that date. An appraisal whose forward projections are contradicted by actual results to this degree cannot be relied upon as a fair estimate of current market value. Accordingly, the 2025 Appraisal should not be relied upon.

It is further my opinion that the Newmark and CBRE 2023 Other Appraisals are flawed, not market-supported, do not represent current market value and should not be relied upon. The primary deficiencies include: dated information, ascribing a premium because of the association with The Greenbrier's brand identity and amenities, and the fact that sales have not materialized as projected.

The opinions contained in this Expert Report are based on the information available to me as of May 29, 2026. I reserve the right to modify or supplement this Expert Report if new or different information is made available to me.

Respectfully submitted,

Mark S. Dunec

May 29, 2026

## Appendix A: Documents Relied Upon

### Legal Documents

- Verified Complaint and Exhibits A through L, Case No. 5:26-cv-00257, dated April 9, 2026
- Complaint, Case No. CC-13-2026-C-51, dated April 12, 2026
- Amended Complaint, Case No. CC-13-2026-C-51, dated April 29, 2026
- First Amended Verified Complaint and Exhibits A through II, Case No. 5:26-cv-00257, dated May 1, 2026
- Defendants' Amended Motion to Stay and Exhibits 1 through 16, Case No. 5:26-cv-00257, dated May 8, 2026
- Memorandum of Law in Support of Defendants' Amended Motion to Stay, Case No. 5:26-cv-00257, dated May 8, 2026
- Proposed Order Granting Defendants' Amended Motion to Stay, Case No. 5:26-cv-00257, filed May 8, 2026
- Exhibits 1 through 17 to Plaintiffs' Motion for a Preliminary Injunction, Case No. CC-13-2026-C-51
- Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction, Case No. CC-13-2026-C-51, dated May 8, 2026
- Proposed Order Granting Plaintiffs' Motion for a Preliminary Injunction, Case No. CC-13-2026-C-51, dated May 8, 2026
- West Virginia State Tax Division's Motion to Intervene, Case No. 5:26-cv-00257, dated May 19, 2026
- Defendants' Consolidated Memorandum of Law in Opposition to Plaintiff's Amended Emergency Motion for Appointment of a Receiver and Emergency Motion for Preliminary Injunction and Exhibits 1 through 16, Case No. 5:26-cv-00257, dated May 22, 2026

### Forbearance Agreements

- Fourteenth Amended and Restated Forbearance Agreement, dated February 28, 2026

### Appraisal Guidance

- Uniform Standards of Professional Appraisal Practice (USPAP)
- 2026 USPAP Guidance and Reference Materials
- The Appraisal of Real Estate, 16th Edition
- Dictionary of Real Estate Appraisal, Eighth Edition
- Hotel Market Analysis and Valuation: International Issues and Software Applications
- Golf Property Analysis & Valuation
- Uniform System of Accounts for the Lodging Industry, 11th Revised Edition, American Hotel & Lodging Educational Institute (AHLEI) / Hospitality Financial and Technology Professionals (HFTP)
- Land Valuation: Real Solutions to Complex Issues

### Public Domain/Subscription Research

- PwC Real Estate Investor Survey, First Quarter 2026 (National Luxury/Upper Upscale Lodging)
- RERC Real Estate Report, First Quarter 2026
- CoStar/STR, "U.S. Hotel Commentary: December/Full-Year 2023," CoStar STR Benchmark Data Insights Blog (https://www.costar.com/products/str-benchmark/resources/data-insights-blog/us-hotel-commentary-decemberfull-year-2023)

- "CoStar: U.S. ADR and RevPAR Growth Slowed to 2020 Rate in 2024," Lodging Magazine (https://lodgingmagazine.com/costar-u-s-adr-and-revpar-growth-slowed-to-2020-rate-in-2024/)
- CoStar/STR, "U.S. Hotels Report First Full-Year Occupancy, RevPAR Declines Since 2020," CoStar STR Benchmark Press Release, January 20, 2026 (https://www.costar.com/products/str-benchmark/resources/press-releases/us-hotels-report-first-full-year-occupancy-revpar)
- CoStar National Trends, United States Hospitality — March 2026 (data as of April 24, 2026)
- CoStar/STR, "What Is an Occupancy Rate?" CoStar STR Benchmark Data Insights Blog, June 12, 2024 (https://www.costar.com/products/str-benchmark/resources/data-insights-blog/what-occupancy-rate)
- CoStar/STR, "What Is Average Daily Rate (ADR) and How to Calculate It," CoStar STR Benchmark Data Insights Blog, June 12, 2024 (https://www.costar.com/products/str-benchmark/resources/data-insights-blog/what-average-daily-rate-adr-and-how-calculate)
- CoStar/STR, "Revenue Per Available Room (RevPAR)," STR Benchmark Glossary (https://www.costar.com/products/str-benchmark/resources/glossary)
- CoStar/STR, "What Is Hotel Benchmarking?" CoStar STR Benchmark Data Insights Blog (https://www.costar.com/products/str-benchmark/resources/data-insights-blog/what-hotel-benchmarking)
- West Virginia Lottery Commission, Monthly Report on Lottery Operations, Month Ending April 30, 2026 (David R. Bradley, Acting Director), submitted to the Joint Committee on Government and Finance, May 18, 2026 (https://www.wvlegislature.gov/legisdocs/reports/agency/L04_FY_2026_27033.pdf)

## Other Documents Considered

- Newmark Valuation & Advisory, Appraisal of The Greenbrier Resort (White Sulphur Springs, WV), effective date April 16, 2023 (the "2023 Appraisal")
- Newmark Valuation & Advisory, Appraisal of The Greenbrier Resort (White Sulphur Springs, WV), effective date April 1, 2025 (the "2025 Appraisal")
- The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report (May 1, 2025)
- The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report (April 16, 2023)
- The Greenbrier Oakhurst Planned Resort Development & Residual Non-Contiguous Raw Land (April 14, 2023)
- The Greenbrier Timber and Farm Acreage (April 14, 2023)
- STR STAR Reports for The Greenbrier: 2022-2025 (October TTM)
- GHC Historical Financial Statements, 2021 through 2025
- The Greenbrier Main Hotel — Property Condition Assessment Report
- Partner Engineering and Science, Inc., Property Condition Assessment Cost Table — The Greenbrier, White Sulphur Springs, WV, Project No. 24-463118, Tables 1 and 2
- Cottage Sales.xlsx

**Appendix B: Professional Qualifications**



# Mark Dunec

## Senior Managing Director, Co-Leader Real Estate Valuation Practice

+1 973.852.8241
mark.dunec@fticonsulting.com



**Location**
New York, New York
Miami, Florida

**Certifications**
Appraisal Institute, MAI

Canadian National Association of Real Estate Appraisers, DAC

Counselors of Real Estate, CRE

Certified General Real Estate Appraiser, AL, AZ, CA, CO, CT, FL, GA, HI, ID, IL, IN, LA, MA, MS, NJ, NY, PA, SC, TN, TX, UT, VA, WA, WV

Royal Institution of Chartered Surveyors, FRICS

**Education**
B.A., History, York University
M.B.A., Finance, Pace University

**Mark Dunec is a Senior Managing Director in FTI Consulting's Corporate Finance segment and is co-leader of the Real Estate Valuations Practice. Mr. Dunec is based in the greater New York City area and has over 25 years of experience as a real estate advisor and expert witness. His expertise incudes complex financial modeling & analysis of discounted cash flows for real estate and other investment purposes. Mr. Dunec specializes in real property and debt valuation, due diligence, financing, recapitalization, asset and entity restructuring and repositioning. He applies this expertise both to assist clients to optimize their portfolios and serve as an expert witness.**

Mr. Dunec has worked on complex real estate advisory and litigation projects across the United States, as well as in the Bahamas, Canada, Costa Rica, Croatia, England, Finland, Ireland, Panama and the United Arab Emirates. Throughout his career, Mr. Dunec has created and maintained pro forma cash flow models, calculated various sensitivity analyses, determined the profitability of investments and assisted with the management of the entitlement, closing and due diligence processes, as well as calculating damages in connection with real estate disputes. Mr. Dunec has in-depth experience across all types of commercial and special use properties, including office, industrial, retail, multifamily, hospitality, healthcare, golf-courses, self-storage, residential and development properties.

Mr. Dunec has worked on complex real estate litigation assignment, including bankruptcy, foreclosure, partnership disputes, eminent domain, environmental contamination, right-of-way, tax appeal, property management, ground rent and market rent disputes.

Mr. Dunec also has extensive experience encompassing the life cycle of tax liens. He has been involved in the purchasing, managing and redemptions of tax lien portfolios.

Prior to FTI Consulting, Mr. Dunec was a Financial Analyst in Lend Lease's Project Finance group, where he led the underwriting efforts for acquisitions and developments totaling over $500 million. He was also a Real Estate Analyst for Shurgard Storage Centers, where he was responsible for over $70 million of acquisition and re-development capital of the company's portfolio.

In addition to providing valuation, litigation support and expert testimony, Mr. Dunec teaches graduate real estate courses as an adjunct professor at the University of Miami.



# Mark Dunec

## Senior Managing Director, Co-Leader Real Estate Valuation Practice

+1 973.852.8241
mark.dunec@fticonsulting.com



**Location**
New York, New York
Miami, Florida

**Certifications**
Appraisal Institute, MAI

Canadian National Association
of Real Estate Appraisers, DAC

Counselors of Real Estate, CRE

Certified General Real Estate
Appraiser, AL, AZ, CA, CO, CT,
FL, GA, HI, ID, IL, IN, LA, MA, MS,
NJ, NY, PA, SC, TN, TX, UT, VA,
WA, WV

Royal Institution of Chartered
Surveyors, FRICS

**Education**
B.A., History, York University
M.B.A., Finance, Pace University

### Disclosure of Deposition/Trial Testimony

*Jeffrey Leeds vs. Elizabeth Leeds, Circuit Court of the Fifteenth Judicial Circuit, Palm Beach County, Florida, Family Division: Case No.: 502025DR000045XXXAMB*

*Kai Cho Vincent Chan et al., v. TC Havemeyer Manager LLC et al., Supreme Court of the State of New York County of New York, Index No. 652359/2022*

*WF Grocer A1CL15 LESEE LLC v. Amazon Retail LLC, and Amazon.com, Inc., Circuit Court, Arlington County, Virgina, Case No. CL23000436-00C*

*Steven Gurney-Goldman et al., v. Solil Management, LLC et al., Supreme Court of State of New York County of New York, Index No. 655549/2023*

*Webmd Health Corp., v. Two Gateway Center Property Owner, LLC, Superior Court of New Jersey Chancery Division: Essex County, Case No. ESX-C-000112-24*

*Kandi Arnhold, et. al., v. The United States, In The United States Court of Federal Claims, No. 19-1407 L*

*180 Remsen LLC v. St. Francis College et. al., Supreme Court of the State of New York County of New York, Index No. 653148/2023*

*Michael Clancy et. al., v. The Salvation Army, United States District Court For the Northern District of Illinois Eastern Division, Case No. 1:22-cv-01250*

*WEC 98C-4 LLC v. Saks Inc., In The United States District Court For The Northern District of Illinois Eastern Division, Case No. 1:20-cv-04363*

*TBG Funding LLC v. Kenwood Commons, LLC et al., Supreme Court of the State of New York County of Albany, Index No. 902353-19*

*John C. Tatum III et. al., Fairstead Affordable LLC et. al., Chancery Court of the State of Delaware, C.A. No. 2022-0970-JTL*

*1101-43 Ave Acquisition LLC v. Sonder Hospitality USA Inc., et. al., Supreme Court of the State of New York County of New York, Case No: 653840/2020*

*Boster Associates Limited v. Dynamic Finance Corporation et. al., Superior Court of the State of California for the County of Los Angeles, Case No. BC488552*

*Chaim Laibel Newhouse et. al., v. SSMG Realty LLC et. al., Supreme Court of the State of New York County of Richmond, Index No. 151962/2021*

*10839 Associates et. al., v. Second 485 Associates et. al., Supreme Court of the State of New York County of New York, Index No. 655874/2020*

*Catellus Fiber Options, LLC v. Centurylink Communications, LLC, American Arbitration Association, No: 01-22-0002-7979*

*City Colleges of Chicago vs. Moody Nolan, Inc., et al., Circuit Court of Cook County, Illinois County Department, Law Division, Case No. 2019 L 14185*

*State of Arizona, ex rel. Mark Brnovich, Attorney General vs. Arizona Board of Regents, Arizona Superior Court, Arizona Tax Court No. TX2019-000011*



# Mark Dunec

## Senior Managing Director, Co-Leader Real Estate Valuation Practice

+1 973.852.8241
mark.dunec@fticonsulting.com



**Location**
New York, New York
Miami, Florida

**Certifications**
Appraisal Institute, MAI

Canadian National Association of Real Estate Appraisers, DAC

Counselors of Real Estate, CRE

Certified General Real Estate Appraiser, AL, AZ, CA, CO, CT, FL, GA, HI, ID, IL, IN, LA, MA, MS, NJ, NY, PA, SC, TN, TX, UT, VA, WA, WV

Royal Institution of Chartered Surveyors, FRICS

**Education**
B.A., History, York University
M.B.A., Finance, Pace University

### Disclosure of Deposition/Trial Testimony

*333 Johnson LLC vs. Maple 333 Johnson Member, LLC et al., Supreme Court of the State of New York County of New York, Index v. No. 657307/2020*

*Brickchurch Enterprises, Inc. Debtor. United States Bankruptcy Court Eastern District of New York, Chapter 11, Case No. 8-22-70914-ast*

*255 Butler Associates LLC vs. 255 Butler LLC et al., Supreme Court of the State of New York County of Kings, Index No. 511560/2015*

*PPI Talent LLC vs. W Artists LLC et al., JAMS Arbitration No.: 1425036279*

*96 Wythe Acquisition LLC, Debtor. United States Bankruptcy Court Southern District of New York, Chapter 11, Case No. 21-22108 (RDD)*

*Fisher Auto Parts, Inc., et al. vs. Fisher, et al., Virginia: The Circuit Court of Augusta County, Case No. CL19002154-00*

*GVS Portfolio I B LLC, V. Teachers Insurance Annuity Association of America, Supreme Court of New York County of New York, Case No. Index No. 654095/2020*

*Huntington Way Associates, LLC and RRI Associates, LLC and WB-US Enterprises, Inc. Case No: 01-20-0015-3929*

*Phillip Wiskow vs. Helen Zanetakos, Superior Court of New Jersey, County of Morris, Docket No.: FM-14-001316-08-A*

*TRCHF, LLC et al. vs. Marriott Vacations Worldwide Corp et al., In The United State District Court, District of Colorado, Civil Action No.: 1:16-cv-01301-PAB-GBG*

*Atlas MF Mezzanine Borrower, LLC vs. Macquarie Texas Loan Holder, LLC, KKR REPA AIV-2, LP, and KRE LRP Osprey Venture, LLC, Superior Court of the State of New York County of New York, Index No. 651657/2017*

*Bank of America, N.A. vs. Stonestreet Hospitality Realty Company, LLC, Superior Court Judicial District of New London at New London, Docket Nos.: KNL-CV-16-6026981-S*

*Trump Taj Mahal Associates, LLC vs. City of Atlantic City, New Jersey, Docket Nos.: 7574-2008; 10192-2009; 584-2010*

*Trump Marina Associates, LLC vs. City of Atlantic City, New Jersey, Docket Nos.: 7488-2008; 10454-2009; 6062-2010*

*Trump Plaza Associates, LLC vs. City of Atlantic City, New Jersey, Docket Nos.: 7488-2008; 10454-2009; 6064-2010*



# Mark Dunec: Publications/Panels

**Law360:** *"There's No Crying In Property Valuation Baseball Arbitration,"* October 2024, Co-Authored with Sean E. O'Donnell of Herrick Feinstein LLP

**Commercial Property Executive:** *"FTI Experts' Hub: Brace Yourselves for a Full Return to the Office by 2028,"* October 2023, Podcast

**The Counselors of Real Estate:** *"Active versus passive real estate appreciation in real estate litigation",* February 2023, Co-Authored with Glenn Brill and Lauren DeFonte of FTI Consulting

**The Seattle Times:** *"Aging gasoline storage tanks in WA pose environmental hazard but many owners can't afford cleanup,"* May 2022, Quoted

**CRE and Multifamily Finance In the Spotlight:** *"Above or Below the Line: How Expense Categorization Affects Multifamily Valuation,"* March 2022, Co-Authored with Jason Basedow of FTI Consulting

**The Real Deal:** *"Avoiding Partnership Waterfall Disputes and Potential Litigation,"* January 2022, Co-Authored with Eun Oh of FTI Consulting

**Grist:** *"Think apartment-hunting is frustrating? Try doing it with an electric car,"* December 2021, Quoted

**Connected Real Estate Magazine:** *"How can office and apartment landlords provide charging for all those electric vehicles?,"* November 2021, Quoted

**University of Miami:** *"Active versus passive real estate appreciation in matrimonial litigation,"* October 2021, Panelist

**GlobeSt:** *"Are EV Charging Stations Worth the Investment?,"* August 2021, Quoted

**Bloomberg Tax Journal:** "*Passive Real Estate Appreciation in High-Asset Matrimonial Litigation,"* June 2021, Co-Authored with Daniel Serviss of Greenbaum, Rowe, Smith & Davis LLP

**University of Miami:** *"Real Estate Law Transparency and Other Factors Driving Demand for South Florida Real Estate,"* April 2021, Panelist

**New Jersey State Bar Association:** *"The Haunting Trinity of Vexing Valuation issues in High Asset Matrimonial Litigation,"* February 2021, Panelist

**Environmental Law Institute:** *"Governing the Gasoline Spigot – Gas Stations and the Transition Away from Gasoline,"* January 2021, Panelist

**Law360:** *"How to Reliably Value Income-Producing Real Estate,"* January 2021, Co-Authored with Anthony DellaPelle of McKirdy Riskin Olson & DellaPelle PC

**Commercial Property Executive:** *"What Gas Station Owners Need to Know About the Electric Revolution,"* September 2019, Podcast

**Real Assets Adviser:** *"5 Questions: Electric vehicles and the end of gasoline stations,"* December 2019, Author

4

**Appendix C: 2023 Appraisal Review Report**



# Appraisal Review Report

**Document Under Review:**
Appraisal Report of Real Property
Prospective Market Value Upon Stabilization
The Greenbrier
101 Main Street West
White Sulphur Springs, WV 24986

**Valuation Dates Under Review:**
April 16, 2026: Prospective Market Value Upon Stabilization

**Prepared for:**
Mr. Richard Kanowitz, Partner
Haynes and Boone, LLP
30 Rockefeller Plaza, 26th Floor
New York, NY 10112

**Prepared by:**
Mark S. Dunec, MAI, CRE, FRICS
Senior Managing Director
973.852.8241
mark.dunec@fticonsulting.com

*May 29, 2026*

EXPERTS WITH IMPACT™

May 29, 2026

Richard Kanowitz, Partner
Haynes and Boone, LLP
30 Rockefeller Plaza, 26th Floor
New York, NY

**Re:   2023 Appraisal Review Report – The Greenbrier, 101 Main Street West, White Sulphur Springs, WV 24986[1]**

Dear Mr. Kanowitz:

FTI Consulting, Inc. ("FTI") is pleased to transmit this Appraisal Review Report ("Review Report") of the Appraisal Report ("2023 Appraisal") prepared by Brian M Johnson and Bryan Younge, MAI, ASA, FRICS ("Appraiser") of Newmark, relating to The Greenbrier, located at 101 Main Street West, White Sulphur Springs, WV 24986 ("The Greenbrier" and/or the "Subject Property" and/or the "Property"). The effective date of value of the Appraisal Report is April 16, 2026 (Prospective Upon Stabilization Market Value).

The effective date of this Review Report is May 29, 2026 and has been prepared in conformance with the reporting requirements set forth under Standards Rule 3 & 4 of Uniform Standards of Professional Appraisal Practice ("USPAP")[2] 2024 as adopted for an appraisal review.

This Review Report has been prepared at the request of Haynes and Boone, LLP ("Counsel") in connection with its representation of White Sulphur Springs Holdings, LLC ("Client"). Counsel and Client are the intended users of this Review Report for use in litigation proceedings. It is also understood that our Review Report will be exchanged with opposing counsel and the court and future testimony may be required. Neither the undersigned nor FTI Consulting, Inc. are responsible for any unauthorized use of this Review Report by any entity other than the parties noted above. It may not be distributed to or relied upon by any other persons or entities.

The opinions and conclusions presented in this Review Report are based solely on the information considered to date. Should additional information or documents be produced at a later date, my opinions and conclusions could be adjusted to reflect such information.

Respectfully submitted,

**FTI Consulting, Inc.**
Mark S. Dunec, MAI, CRE, FRICS
Senior Managing Director | Real Estate Solutions
WV Certified General Real Estate Appraiser License Number: CG3369

---

[1] Newmark April 2023 of the Hotel.pdf
[2] 2024USPAP + 2026GRM_091325.pdf

Summary of Salient Facts & Conclusions ..................................................................................2

Extraordinary Assumptions and Hypothetical Conditions ................................................4

Scope of Work .......................................................................................................................5

Summary of Opinions ...........................................................................................................5

Assumptions and Limiting Conditions ..............................................................................27

Certification Statement .....................................................................................................29

Appendix A : Professional Qualifications ........................................................................30

Appendix B: Documents Relied Upon ..............................................................................31

Appendix C: Discounted Cash Flow ..................................................................................33

## Summary of Salient Facts & Conclusions

The following is an executive summary of the information that we present in more detail in this Review Report.

| Assignment Information | |
|---|---|
| Date of Appraisal Review: | May 29, 2026 |
| Report Type: | Appraisal Review Report |
| Intended Use and User(s): | The intended use of this Review Report is to assess whether the Appraisal Report is credible and compliant with USPAP. |
| | Counsel and Client are the intended users of this Review Report for use in litigation proceedings. It is also understood that our Review Report will be exchanged with opposing counsel and the court and future testimony may be required. |

| Summary of Salient Facts (per the Appraisal Report Under Review) | |
|---|---|
| Report Type: | Appraisal Report |
| Date of Appraisal Report: | April 27, 2023 |
| Signor(s) of Certification: | Brian M. Johnson; Bryan Younge, MAI, ASA, FRICS |
| Valuation Dates: | April 16, 2026 (Upon Stabilization) |
| Indicated Interest Appraised: | Fee Simple |
| Types of Values: | Prospective Market Value Upon Stabilization |
| Intended Use and Intended User(s): | The intended use of the Appraisal Report is for loan financing/internal client review. The client, CLMG Corporation, is also the intended user. |
| Date of Inspection: | April 16, 2023 |
| Value Conclusion for the Property: | Prospective Upon Stabilization: $597,000,000 |

| Summary of Salient Facts (per the Appraisal Report Under Review) | |
|---|---|
| Extraordinary Assumptions: | The prospective market value estimate is based upon market participant attitudes and perceptions existing as of the effective date of the appraisal, and assumes the subject property achieves stabilization as of the prospective date. |
| | The appraiser assumes that no material changes in the physical characteristics and condition of the subject property or in overall market conditions between the date of inspection and effective dates of value is to occur, except for those identified within the report. |
| Hypothetical Conditions: | None stated |
| Location: | 101 Main Street West, White Sulphur Springs, West Virginia 24986 |

| | |
|---|---|
| Description of the Subject: | The Subject Property, commonly known as The Greenbrier, is a 6-story, 660- room, full-service resort lodging facility built in 1910 that is located just off Interstate 64 in the eastern part of West Virginia. The overall resort includes approximately 11,580± acres of total land area; however, the Subject Property site within the Appraisal Report is denoted as 6,724± acres. A total of 4,857 acres is considered excess land. |
| | Amenities at the Subject Property include more than 40 meeting rooms totaling over 100,000 square feet of meeting space (including a conference center facility), 10 lobbies, a business center, a wedding and events chapel, indoor/outdoor swimming pools, a fitness facility, designer boutiques, a mineral spa, a tennis club, shuffleboard and pickleball courts, bike rentals and a bowling alley, among other activities. The Subject Property also features three championship golf courses (The Old White TPC, the Greenbrier and The Meadows), training/athletic fields and a 103,000 square foot gaming and entertainment venue (casino) added in 2009. |
| Current Ownership: | The current ownership includes the following entities: |
| | Greenbrier Hotel Corporation (GHC) |
| | Greenbrier Medical Institute LLC |
| | The Greenbrier Sporting Club Development Company, Inc. |
| | Greenbrier Golf & Tennis Club Corporation |
| Recent Sales & Offer History: | The Property has not sold or transferred within three years of the effective date of the appraisal. |

# Extraordinary Assumptions and Hypothetical Conditions

## Extraordinary Assumptions

An extraordinary assumption is defined by the USPAP as "an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions.

Comment [per USPAP]: Uncertain information might include physical, legal, or economic characteristics of the subject property; or conditions external to the property, such as market conditions or trends, or the integrity of data used in an analysis."[3]

We relied upon the 2024 Property Condition Assessment Report and actual financial results through October 2025. It was assumed that the overall economics for the next five months through March 2026 are similar to the trailing 12-month period as of October 2025.

As detailed within this Review Report, we concluded that certain assumptions are credible and have been adopted in my development process.

This Review Report does not employ any other extraordinary assumptions.

## Hypothetical Conditions

A hypothetical condition is defined by the USPAP as "a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.

Comment [per USPAP]: Hypothetical conditions are contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis."[4]

This Review Report does not employ any hypothetical conditions.

---

[3] USPAP, p. 4.
[4] USPAP, p. 4.

## Scope of Work

The scope of work associated with completion of this Review Report includes the following:

- Opining as to whether the 2023 Appraisal with a prospective value of $597,000,000 as of April 16, 2026 should be relied upon.

- If applicable, make corrections to cure a deficiency, expressing the result as my opinion of value, which is to be developed within the same scope of work as was applicable in the assignment that generated the original work.

## Summary of Opinions

1. **The 2023 Appraisal concluded a Prospective Market Value Upon Stabilization of $597,000,000 as of April 16, 2026 — a date that has now passed. The operating performance upon which that value conclusion was premised has not materialized, and the stabilization the appraiser projected has not occurred.  As demonstrated below, actual occupancy, ADR, RevPAR, and revenue across every department have declined materially from the appraiser's projections in every year since the effective date of value. Accordingly, the 2023 Appraisal cannot be relied upon as a fair estimate of the current market value of The Greenbrier.**

   <u>Appraiser Projections vs. Actual Results</u>

   As shown in the table below, the 2023 Appraisal projects the following Occupancy, Average Daily Rate

   ("ADR"), and Revenue per Available Room ("RevPAR") for The Greenbrier over its projection period.

| Metric | Year 1 (2023/24) | Year 2 (2024/25) | Year 3 (Stab.) (2025/26) | Year 4 (2026/27) |
|---|---|---|---|---|
| Occupancy | 52.0% | 53.0% | 54.0% | 54.0% |
| ADR | $473.51 | $487.72 | $502.35 | $517.42 |
| RevPAR | $246.23 | $258.49 | $271.27 | $279.41 |

*Source: Newmark Valuation & Advisory, April 2023 Appraisal of The Greenbrier Resort*

As illustrated in Figure 1 below, the 2023 Appraisal projected Year 1 occupancy of 52.0%, stabilizing at 54.0% by Year 3. Actual occupancy was 51.0% in 2023 and declined to 41.5% in 2025 — 12.5 percentage points below the appraiser's stabilized projection and more than a 20% reduction in total occupancy.



**Figure 1: Appraiser Projections vs. Actuals: Occupancy**

*Source: STR STAR Reports, 2022-STR through 2025-STR; 2023 Appraisal, Ten-Year Projection.*

As illustrated in Figure 2 below, the 2023 Appraisal projected Year 1 ADR of $474, growing to $502 by Year 3. Actual ADR was $444 in 2023 and declined to $434 in 2025 — a shortfall of approximately $68 per room against the 2023 Appraisal's 2025/2026 projection.



Source: STR STAR Reports, 2022-STR through 2025-STR; 2023 Appraisal, Ten-Year Projection.

As illustrated in Figure 3 below, the 2023 Appraisal projected Year 1 RevPAR of $246, growing to $266 by Year 3. Actual RevPAR was $226 in 2023 and declined to $180 in 2025 — approximately 9% below the appraiser's Year 1 projection and approximately 48% below the Year 3 projection.



*Source: STR STAR Reports, 2022-STR through 2025-STR; 2023 Appraisal, Ten-Year Projection.*

The 2023 Appraisal projected a trajectory of steady growth in Occupancy, ADR, and RevPAR. The actual trajectory since the appraisal's effective date has been a sustained decline on each of these metrics. An appraisal whose forward projections are contradicted by actual results to this degree, and whose projected trajectory runs opposite to actual results, cannot be said to represent current market value.

<u>Revenue Line Item Analysis</u>

Figures 4 through 7 below present actual revenue by department against the 2023 Appraisal's projections for the same periods. The divergence between projected and actual performance extends across every major revenue category.

As illustrated in Figure 4 below, Food & Beverage revenue declined from approximately $41 million in 2022 to approximately $35 million in 2025 – a decline of approximately 15%. The 2023 Appraisal projected Food & Beverage revenue growing from approximately $41 million in Year 1 to approximately $46 million at stabilization.



**Figure 4: Food & Beverage Revenue: Actuals vs. 2023 Appraiser Projections**

*Source: GHC Historical Financial Statements; 2023 Appraisal, Ten-Year Projection.*

As illustrated in Figure 5 below, Gaming revenue declined from approximately $16 million in 2022 to approximately $15 million in 2025. The 2023 Appraisal projected Gaming revenue of approximately $16 million in Year 1, growing to approximately $18 million at stabilization. Actual 2025 Gaming revenue fell approximately $3 million, or approximately 20%, below projected 2025 gaming revenue. While the shortfall in gaming is more modest than in other departments, the appraiser's assumed stabilized projection and the long-term growth trend have not materialized.



**Figure 5: Gaming Revenue: Actuals vs. 2023 Appraiser Projections**

*Source: GHC Historical Financial Statements; 2023 Appraisal, Ten-Year Projection.*

As illustrated in Figure 6 below, the steepest divergence is in combined Retail, Spa, and Recreation[5] revenue, which declined from $22 million in 2022 to $13 million in 2025 — an approximate 41% decline. The 2023 Appraisal projected this category growing to approximately $22 million in Year 1 and $24 million at stabilization; the 2025 actual of $13 million falls below the appraiser's Year 3 projection by approximately $11 million, or approximately 85%. The appraiser projected growth in a category that in reality declined 41% from 2022-2025.



**Figure 6: Retail + Spa + Recreation Revenue: Actuals vs. 2023 Appraiser Projections**

*Source: GHC Historical Financial Statements; 2023 Appraisal, Ten-Year Projection.*

---

[5] According to historical financials "Recreation" includes revenue generated from activities including but not limited to the Gun Club, Equestrian, Bowling, Swimming, Tennis, Fitness, Bunker Tours, Escape Room, etc.

As illustrated in Figure 7 below, Golf revenue declined from approximately $6.5 million in 2022 to approximately $5.2 million in 2025, a reduction of approximately 20%. The 2023 Appraisal projected Golf revenue of approximately $7.3 million in Year 1, growing to approximately $7.9 million at stabilization — approximately $1.5 million, or approximately 25%, above the 2023 actual at Year 1 and $2.7 million, or approximately 52%, above the 2025 actual at stabilization. Rather than recovering toward the appraiser's projections, Golf revenue has declined each year.



**Figure 7: Golf Revenue: Actuals vs. 2023 Appraiser Projections**

*Source: GHC Historical Financial Statements; 2023 Appraisal, Ten-Year Projection.*

Every major revenue department reflecting a growth projection in the 2023 Appraisal has contracted since the effective date of the appraisal. This pattern is inconsistent with the stable, growing revenue stream that underlies the 2023 Appraisal's value conclusion.

The 2023 Appraisal's prospective stabilized value of $597,000,000 is predicated on the assumption that The Greenbrier achieves a stabilized level of operations — 54% occupancy, growing ADR, and revenue growth across every department — by April 16, 2026. That stabilization did not occur. The Greenbrier's occupancy has declined from 50.7% in October 2022 to 41.5% in October 2025, moving further from — not closer to — the

appraiser's 54% stabilized assumption. The $597,000,000 Prospective Market Value Upon Stabilization cannot be relied upon as an indicator of current market value.

As a preliminary matter, it is useful to understand what is meant by a "prospective" value. The 2023 Appraisal concludes to a "Prospective Market Value Upon Stabilization" as of April 16, 2026. The appraiser defines a prospective value opinion as "the value expected at a specified future date," most frequently sought for properties "that have not achieved sellout or a stabilized level of long-term occupancy at the time the appraisal report is written." In other words, the $597,000,000 represents what the property would be worth at a future date — April 2026 — assuming that by then it had achieved a stabilized level of operations including 54% occupancy and the revenue growth the appraiser projected. That date has now passed, and stabilization was not achieved.

2. **Applying the same discounted cash flow methodology and investment parameters used in the 2023 Appraisal and adjusting the underlying projections to reflect actual performance through October 31, 2025 results in a value of approximately $360,000,000 as of April 2026 — a diminution of approximately $237,000,000 from the 2023 Appraisal's Prospective Market Value Upon Stabilization of $597,000,000.**

In reaching this conclusion, we employed the same discounted cash flow ("DCF") methodology used by the appraiser. We applied the same discount rate (10.0%) and terminal capitalization rate (8.5%) as the appraiser used in the prospective stabilized DCF. Rather than projecting the appraiser's assumed stabilized performance, however, we utilized the actual operating results of The Greenbrier for the three (3) trailing twelve-month ("TTM") periods ending October 31, 2023, October 31, 2024, and October 31, 2025 as the basis for our calculations. Our forecast begins April 1, 2026, growing from the October 2025 TTM base using the same revenue growth methodology employed by the appraiser.

 **EXPERTS WITH IMPACT™**

<u>Appraiser's Key Assumptions</u>

The following tables summarize the key assumptions underlying our DCF analysis relative to those applied in the 2023 Appraisal. Table 1 identifies assumptions we adopted without change from the 2023 Appraisal. Table 2 identifies assumptions we revised, with an explanation of the basis for each revision. The primary driver of value difference between our conclusion and the 2023 Appraisal's conclusion is not methodology or investment parameters — which we have largely adopted — but rather the income stream flowing into the DCF model, which reflects the Property's actual operating results rather than the appraiser's forward projections from a 2022 baseline.

**Assumptions Adopted from the 2023 Appraisal**

| Assumption | 2023 Appraisal | FTI Analysis | Rationale |
|---|---|---|---|
| **Discount Rate** | 10.0% | 10.0% | Within range of current investor surveys (PwC 10.31%, RERC 9.4%–10.1%) |
| **Terminal Cap Rate** | 8.5% | 8.5% | Consistent with PwC survey average of 8.63% for Luxury/Upper Upscale |
| **Management Fee** | 3.0% of revenue | 3.0% of revenue | Market-standard for luxury resort; reflects cost a buyer would incur |
| **Hotel FF&E Reserve (ongoing)** | 4.0% of revenue | ~4.0% (PCA-based) | PCA year-by-year schedule averages ~4.0% of revenue over forecast period. FTI included a 2% reserve for the golf courses. |
| **ADR Growth Rate** | 3.0% per year | 3.0% per year | Same inflation/growth assumption; |

| Assumption | 2023 Appraisal | FTI Analysis | Rationale |
|---|---|---|---|
| | | | consistent with long-run market expectations |
| **Stabilized Occupancy** | 54.0% | 54.0% | Same stabilized level; Property historically achieved 54% (2021 actual) |
| **Fixed/Variable Ratios** | Per department | Same ratios | Methodology and department-level ratios adopted without change (see table above) |
| **Cost of Sale (Reversion)** | 2.0% | 2.0% | Standard market assumption for disposition cost |

**Assumptions Revised from the 2023 Appraisal**

| Assumption | 2023 Appraisal | FTI Analysis | Basis for Revision |
|---|---|---|---|
| **2026/2027 ADR** | $517.41 | $446.52 | FTI uses most recent TTM as base that is grown by 3% to April 2026; ADR has declined since 2022 |
| **2026/2027 Occupancy** | 54.0% | 45.0% | FTI reflects actual Oct 2025 TTM occupancy of 41.5% grown modestly |
| **A&G Expense (2026/2027)** | $21.1M | $28.8M | Actual A&G has been materially elevated; FTI projects from actual trajectory, not market-normal level |
| **Rooms Revenue (2026/2027)** | $67.3M | $48.4M | Directly reflects lower occupancy (45% vs. 54%) and lower base ADR |

| Assumption | 2023 Appraisal | FTI Analysis | Basis for Revision |
|---|---|---|---|
| **Total Revenue (2026/2027)** | $194.5M | $143.1M | $51.4M lower; driven by occupancy, ADR, and lower base across all departments |
| **NOI After Reserves (2026/2027)** | $46.4M | $20.5M | Reflects cumulative effect of lower revenue base and elevated actual expense levels |

How Occupancy and ADR Flow Through the Income Statement

The fixed/variable expense methodology described in Section F below means that a change in Occupancy or ADR does not affect only Rooms revenue — it cascades through virtually every line item in the income statement. Understanding this flow-through is essential to understanding why our $143.1 million 2026/2027 revenue estimate and $20.5 million 2026/2027 NOI differ so substantially from the 2023 Appraisal's projections of $194.5 million and $46.4 million, respectively, even though we have adopted the same methodology and the same investment parameters.

Income and Expense Analysis

The following sections present our income and expense analysis for The Greenbrier. Each subsection presents three years of actual operating results alongside our forecast for 2026/2027 and the 2023 Appraisal's projection for the comparable period. All figures are presented in total dollars, as a percentage of total revenue (% Rev.), per available room (PAR), and per occupied room (POR).

**A. Occupancy, ADR, and RevPAR**

Since 2022, which the 2023 Appraisal utilizes as the "base year" for its forecasts, The Greenbrier's rooms revenue declined by a compound annual growth rate of 8.7% as of October 31, 2025.[6]

---

[6] Based on an October rolling 12-month basis.

Putting this performance in the context of the United States hotel industry overall, by December 2023, it was clear that travel patterns were beginning to return to normal. While record-high ADR and RevPAR were reported in 2024, growth rates slowed to +1.7% and +1.8%, respectively. By 2025, U.S. hotels reported their first full-year occupancy and RevPAR declines since 2020, with occupancy down -1.2%, ADR up just +0.9%, and RevPAR down -0.3% year-over-year.[7]

**U.S. Hospitality Occupancy, ADR and RevPAR Trends**



---

[7] https://www.costar.com/products/str-benchmark/resources/data-insights-blog/us-hotel-commentary-decemberfull-year-2023; https://lodgingmagazine.com/costar-u-s-adr-and-revpar-growth-slowed-to-2020-rate-in-2024/; https://www.costar.com/products/str-benchmark/resources/press-releases/us-hotels-report-first-full-year-occupancy-revpar

**RevPAR change barely positive over the last years**



*Source: CoStar National Trends, United States Hospitality – March 2026. Data as of April 24, 2026.*

This slow-down, however, was not observed within The Greenbrier's competitive set. On a trailing 12-month basis (October), the competitive set (excluding The Greenbrier) experienced occupancy growth of 3.5% in 2024 and 2.4% in 2025; ADR growth of 4.8% in 2024 and 5.9% in 2025; and RevPAR growth of 8.5% in 2024 and 2025.

In updating the April 2026 value, we first inserted the actual financial results, to October 31, 2025. We then updated the projections as follows:

Occupancy:

We assumed that market demand will stabilize at a level in line with demand over the last 4 years (56%). We then assumed that The Greenbrier will return to a market share of 21.6%, in line with historical levels. Occupancy stabilizes in four years, assuming an appropriate time to plan, design and complete guest-facing product updates and ramp-up post-completion of works; stabilized occupancy is 54%, in line with the 2023 Appraisal assumption.

ADR:

Despite the continuous decline in rate at The Greenbrier (-2.0% compound annual growth rate between December 31, 2022 and October 31, 2025), we have assumed 3.0% ADR growth in Year 1 and thereafter. ADR stabilizes in Year 4 at $487.93.

RevPAR:

RevPAR is the metric resulting from occupancy and ADR. The following table provides a summary of ADR, Occupancy and RevPAR.

| Metric | Oct 2023 TTM | Oct 2024 TTM | Oct 2025 TTM | FTI 2026/2027 | 2023 Appraisal |
|---|---|---|---|---|---|
| Rooms Available | 240,900 | 241,560 | 240,900 | 241,560 | 240,900 |
| Rooms Occupied | 122,791 | 113,588 | 99,977 | 108,702 | 130,086 |
| Occupancy | 51.0% | 47.0% | 41.5% | 45.0% | 54.0% |
| ADR | $444.06 | $421.12 | $433.52 | $446.53 | $517.41 |
| RevPAR | $226.35 | $198.02 | $179.92 | $200.94 | $279.40 |

*Source: FTI analysis; GHC Historical Financial Statements; 2023 Appraisal, Ten-Year Projection.*

## B. Departmental Revenue

The following table presents departmental revenue for the three trailing twelve-month periods through October 2025 alongside our 2026/2027 forecast and the 2023 Appraisal's projection. Our 2026/2027 revenue projections grow from the October 2025 TTM base using the same fixed/variable methodology applied by the appraiser, discussed in Section F below. Consistent with the appraiser's approach, revenue for each department is grown from base year actuals on a per-occupied-room basis, adjusted for projected changes in occupancy and an annual inflation/growth rate of 3.0%.

Our total departmental revenue forecast of $143.1 million for 2026/2027 compares to the 2023 Appraisal's projection of $194.5 million. The $51.4 million variance reflects our lower starting occupancy (45% vs. 54%), lower ADR ($446.53 vs. $517.41), and lower base-year actuals across every revenue department, including a $19 million gap in Rooms revenue alone.

| Line Item | Oct 2023 TTM $ | Oct 2024 TTM $ | Oct 2025 TTM $ | FTI 2026/2027 $ | 2023 Appraisal $ |
|---|---|---|---|---|---|
| Rooms | $54,527,175 | $47,834,010 | $43,342,161 | $ 48,405,613 | $67,307,997 |
| Other Rooms Rev. | $6,707,576 | $6,769,952 | $4,601,945 | N/A | N/A |
| Food & Beverage | $40,572,758 | $38,608,013 | $34,882,905 | $38,200,927 | $45,641,780 |
| Other Dept. Revenue | $18,663,835 | $18,888,339 | $18,867,148 | $20,252,234 | $30,146,300 |
| Gaming | $16,888,085 | $15,595,179 | $15,210,206 | $16,326,826 | $18,231,334 |
| Spa | $5,176,081 | $4,455,036 | $3,959,303 | $4,249,965 | $6,459,921 |
| Retail | $10,236,572 | $6,351,483 | $4,932,762 | $5,294,888 | $13,063,397 |
| Recreation | $5,264,239 | $4,913,391 | $4,487,785 | $4,817,244 | $5,431,468 |
| Golf | $5,821,392 | $5,265,462 | $5,199,580 | $5,581,295 | $8,193,502 |
| **Total Revenue** | **$163,857,713** | **$148,680,865** | **$135,483,794** | **$143,128,992** | **$194,475,700** |

*Source: FTI analysis; GHC Historical Financial Statements; 2023 Appraisal, Ten-Year Projection.*

### C. Departmental Expenses

Departmental expenses represent the direct costs attributable to each revenue-generating department. We project departmental expenses using the same fixed/variable methodology as the appraiser, discussed in Section F. Our 2026/2027 total departmental expenses of $64.4 million compare to the 2023 Appraisal's projection of approximately $89.0 million, a variance of $24.6 million primarily attributable to our lower projected revenue base.

| Line Item | Oct 2023 TTM $ | Oct 2024 TTM $ | Oct 2025 TTM $ | FTI 2026/2027 $ | 2023 Appraisal $ |
|---|---|---|---|---|---|
| Rooms | $14,589,681 | $14,179,914 | $13,141,158 | $13,991,786 | $17,090,438 |
| Food & Beverage | $31,007,389 | $28,888,825 | $26,902,471 | $28,877,450 | $34,231,083 |
| Other | N/A | N/A | N/A | N/A | $5,281,644 |
| Gaming | $10,087,929 | $8,582,584 | $7,825,011 | $8,399,465 | $11,327,342 |
| Spa | $2,524,728 | $2,172,010 | $1,944,822 | $2,045,382 | $2,970,447 |
| Retail | $7,563,306 | $4,767,472 | $3,912,279 | $4,114,568 | $9,318,200 |
| Recreation | $2,894,459 | $2,761,845 | $2,525,155 | $2,655,721 | $3,169,551 |
| Golf | $4,558,348 | $4,224,348 | $4,122,952 | $4,336,135 | $5,603,665 |
| **Total Dept. Expenses** | **$73,225,840** | **$65,576,997** | **$60,373,848** | **$64,420,507** | **$88,992,367** |

*Source: FTI analysis; GHC Historical Financial Statements; 2023 Appraisal, Ten-Year Projection. Note: Other Departmental expenses are not included in the historical actuals and for the purposes of our forecast are assumed to be included within the various other departmental expenses.*

| Departmental Profit | Oct 2023 TTM | Oct 2024 TTM | Oct 2025 TTM | FTI 2026/2027 | 2023 Appraisal |
|---|---|---|---|---|---|
| **Total Dept. Profit** | **$90,631,873** | **$83,103,868** | **$75,109,946** | **$ 78,708,484** | **$105,483,333** |
| Dept. Profit Margin | 55.3% | 55.9% | 55.4% | 55% | 54.2% |
| Dept. Profit PAR | $376 | $344 | $312 | $327 | $438 |
| Dept. Profit POR | $738 | $732 | $751 | $726 | $811 |

*Source: FTI analysis; GHC Historical Financial Statements; 2023 Appraisal, Ten-Year Projection.*

### D. Undistributed Operating Expenses

Undistributed operating expenses include Administrative & General, Sales & Marketing, Property Operations & Maintenance, and Utilities. These expenses have a higher fixed component relative to departmental expenses and are less sensitive to changes in occupancy. We note that actual A&G expense for the trailing twelve-month periods has been elevated relative to historical levels and relative to the appraiser's projections, reflecting the operational challenges experienced by the Property during this period. Our forecast for A&G of $28.8 million is substantially higher than the appraiser's projection of $21.2 million for the same period, reflecting the actual expense trajectory of the Property.

| | Oct 2023 TTM | Oct 2024 TTM | Oct 2025 TTM | FTI 2026/2027 | 2023 Appraisal |
|---|---|---|---|---|---|
| **Line Item** | $ | $ | $ | $ | $ |
| Admin. & General | $36,229,140 | $29,650,647 | $27,411,439 | $28,828,782 | $21,165,753 |
| Sales & Marketing | $3,528,093 | $3,378,683 | $3,673,012 | $3,910,767 | $5,302,433 |
| Prop. Oper. & Maint. | $7,842,817 | $7,738,111 | $7,240,744 | $7,615,136 | $9,052,655 |
| Utilities | $4,380,318 | $3,920,916 | $3,939,800 | $4,143,513 | $5,431,593 |
| **Total Undistributed Exp.** | **$51,980,368** | **$44,688,357** | **$42,264,995** | **$44,498,198** | **$40,952,433** |

*Source: FTI analysis; GHC Historical Financial Statements; 2023 Appraisal, Ten-Year Projection.*

### E. Management Fee

A management fee of 3.0% of total revenue has been deducted in our analysis, consistent with the fee applied by the 2023 Appraisal. The management fee reflects the cost a buyer of the Property would incur to engage a professional hotel management company to operate the asset. A fee of 3.0% of total revenue is standard and market-appropriate for a luxury resort of this scale and complexity. Our management fee of $4.3 million compares to the appraiser's management fee of $5.8 million, reflecting our lower projected revenue base.

| Management Fee | FTI 2026/2027 | 2023 Appraisal |
|---|---|---|
| Management Fee ($) | $4,293,870 | $5,834,271 |
| % of Revenue | 3.0% | 3.0% |

### F. Fixed and Variable Expense Methodology

Both the 2023 Appraisal and our analysis project revenue and expenses using a fixed/variable framework. Under this methodology, each revenue and expense line item is decomposed into a fixed component (which does not vary with changes in occupancy) and a variable component (which varies proportionally with changes in occupancy and revenue). The fixed portion is grown by an inflation/growth rate (3.0%) while the variable portion adjusts for changes in occupied room nights. This approach produces more economically realistic projections than applying a uniform growth rate across all line items, because it captures the inherent operating leverage of a hotel: as occupancy increases, variable expenses grow but fixed expenses remain relatively stable, leading to margin expansion at stabilization.

The table below presents the fixed/variable ratios we applied in our analysis alongside those applied by the 2023 Appraisal. We generally followed the same fixed/variable proportions as the appraiser, reflecting our view that the methodology is sound even where the underlying revenue and expense projections differ.

| Department / Expense | Fixed % (FTI) | Var. % (FTI) | Fixed % (2023 Appraisal) | Var. % (2023 Appraisal) |
|---|---|---|---|---|
| Rooms Revenue | 0% | 100% | 0% | 100% |
| Food & Beverage Revenue | 50% | 50% | 50% | 50% |

| | | | | |
|---|---|---|---|---|
| Other Revenue | 50% | 50% | 50% | 50% |
| Gaming Revenue | 50% | 50% | 50% | 50% |
| Spa / Retail / Rec. Revenue | 50% | 50% | 50% | 50% |
| Rooms Expense | 30% | 70% | 30% | 70% |
| F&B Expense | 40% | 60% | 40% | 60% |
| Admin. & General | 60% | 40% | 60% | 40% |
| Sales & Marketing | 40% | 60% | 40% | 60% |
| Prop. Oper. & Maint. | 60% | 40% | 60% | 40% |
| Utilities | 70% | 30% | 70% | 30% |

### G. Discount Rate and Terminal Capitalization Rate

We applied a discount rate of 10.0% and a terminal capitalization rate of 8.5% in our DCF analysis. For the purposes of our review, we adopt the same percentages selected in the 2023 Appraisal. The table below summarizes our rates alongside those reported in current market surveys.

| Investment Parameter | FTI | 2023 Appraisal | PwC 1Q 2026 | RERC 1Q 2026 |
|---|---|---|---|---|
| Discount Rate | 10.0% | 10.0% | 10.31% | 9.4–10.1% |
| Terminal Cap Rate | 8.5% | 8.5% | 8.63% | 8.2–9.0% |

*Source: FTI analysis; 2023 Appraisal; PwC Real Estate Investor Survey, 1Q 2026 (National Luxury/Upper Upscale Lodging); RERC Real Estate Report, 1Q 2026; Green Street Advisors, March 2026.*

The applied discount rate of 10.0% falls within the range reported in current investor surveys for the National Full Service Lodging and Luxury/Upper Upscale Lodging segments. The terminal capitalization rate of 8.5% is consistent with the PwC survey average of 8.63% for the Luxury/Upper Upscale segment and falls within the RERC reported range. We regard the appraiser's selected rates as reasonable on their face; our disagreement with the 2023 Appraisal's value conclusions is driven by the projected income stream — specifically, the appraiser's assumption that The Greenbrier achieves stabilized performance by April 2026 — not by the investment parameters applied to that income stream.

### H. Capital Expenditures

A Property Condition Assessment (the "PCA") was prepared by Partner Engineering and Science, Inc. for the Subject Property (Project No. 24-463118, Tables 1 and 2, Preliminary Draft). The PCA identifies immediate and

short-term capital expenditure needs at The Greenbrier excluding the golf courses. The PCA provides an independent, third-party assessment of The Greenbrier's physical capital requirements.

In accordance with standard appraisal practice, we have deducted the cost of identified immediate and short-term capital needs directly from the DCF value conclusion as an adjustment to the as-is value. Based on the PCA, immediate costs are estimated at $3,839,670 and short-term costs at $2,899,890, for a combined total of $6,739,560 before contingency. Applying a 10% contingency to both the soft and hard cost components produces a total immediate and short-term capital expenditure deduction of approximately $8,087,472, which has been deducted from our gross value conclusion to arrive at the market value estimate.

| Immediate and Short-Term CapEx Deduction | Amount |
|---|---|
| Immediate Costs | $3,839,670 |
| Short-Term Costs | $2,899,890 |
| 10% Contingency (Soft Costs) | $673,956 |
| 10% Contingency (Hard Costs) | $673,956 |
| **Total Deduction** | $8,087,472 |

*Source: Partner Engineering and Science, Inc., Property Condition Assessment Cost Table — The Greenbrier, White Sulphur Springs, WV, Project No. 24-463118, Tables 1 and 2 (Preliminary Draft).*

With respect to the ongoing replacement reserve for furniture, fixtures, and equipment ("FF&E"), the PCA's schedule of long-term replacement needs provides the basis for our replacement reserve estimate. Over our 10-year forecast period, the PCA-based uninflated replacement costs aggregate to approximately $60.9 million, with inflated costs of approximately $68.8 million. On an annual basis, this equates to approximately 4.0% of projected total revenue over the forecast period, consistent with the 4.0% reserve applied by the 2023 Appraisal. Rather than applying a flat 4.0% reserve, our model uses the PCA's year-by-year capital schedule[8], inflated for construction cost escalation, as a more precise estimate of actual replacement needs. The resulting reserve approximates 4.0% of revenue on average.

---

[8] Since the PCA includes 10 years of capital expenditures, the reversionary year in my DCF analysis (Year 11) estimates capital expenditures as 4% of hotel revenues and 6% of golf revenues.

The PCA addresses capital expenditure requirements for the hotel buildings only; it does not assess or quantify capital needs associated with the golf courses, golf infrastructure, or related amenities. To account for the ongoing capital requirements of the golf component over the 10-year projection period, we applied a replacement reserve of 2.0% of projected golf revenues in each year of the discounted cash flow analysis. This reserve is consistent with market practice for golf course operations[9] and reflects the ongoing maintenance and capital reinvestment required to sustain the quality and competitive positioning of The Greenbrier's golf facilities.

**I. Direct Capitalization Analysis**

The 2023 Appraisal employed direct capitalization as a secondary check on its discounted cash flow analysis, dividing its stabilized NOI of $46,413,594 by a going-in capitalization rate of 7.75% to indicate a Prospective Market Value Upon Stabilization of approximately $599,000,000. Applying the same method to our forecast Year 1 NOI of $20,518,305 — using the 7.75% capitalization rate consistent with the 2023 Appraisal's cap rate — and deducting identified CapEx needs, indicates a value of approximately $257,000,000.

|  | **2023 Appraisal** | **FTI Revised** |
|---|---|---|
| **NOI Basis** | Stabilized | Forecast Year 1 |
| Occupancy | 54.0% | 45.0% |
| Net Operating Income | $46,413,594 | $20,518,305 |
| Capitalization Rate | 7.75% | 7.75% |
| Indicated Value (before CapEx) | $599,000,000 | $264,752,324 |
| Less: Immediate & Short-Term CapEx | — | ($8,087,472) |
| **Indicated Value (rounded)** | **$599,000,000** | **$257,000,000** |

---

[9] Appraisal Institute: Golf Property Analysis and Valuation P. 112

**J. Value Conclusion**

Based on the discounted cash flow analysis included in Appendix C, the 10-year discounted cash flow produces a gross market value of approximately $368,000,000. After deducting the immediate and short-term capital expenditure requirements identified in the PCA of $8,087,472, we conclude the following market value:

| Summary of Value Conclusion — As-Is, April 2026 | Amount |
|---|---|
| DCF Value (10-Year, 10.0% Discount Rate, 8.5% Terminal Cap) | $368,000,000 |
| Less: Immediate and Short-Term CapEx Needs | ($8,087,472) |
| **Market Value (Rounded) — As Is (April 2026)** | $360,000,000 |
| Market Value Per Key | $545,455 |

Our concluded value of approximately $360,000,000 represents a diminution of approximately $237,000,000 from the 2023 Appraisal's prospective stabilized value of $597,000,000.

Respectfully submitted,

**FTI Consulting, Inc.**
Mark S. Dunec, MAI, CRE, FRICS
Senior Managing Director | Real Estate Solutions
WV Certified General Real Estate Appraiser License Number: CG3369
mark.dunec@fticonsulting.com

# Assumptions and Limiting Conditions

"Review Report" means the consulting report and conclusions stated therein, to which these Assumptions and Limiting Conditions are annexed.

"Subject Property" means the subject of the Review Report.

"FTI" means FTI Consulting, Inc. or its subsidiary that issued the Review Report.

"Analyst(s)" means the employee(s) of FTI who prepared analyses and Review Report.

The Review Report has been made subject to the following assumptions and limiting conditions:

- No opinion is intended to be expressed and no responsibility is assumed for the legal description or for any matters that are legal in nature or require legal expertise or specialized knowledge beyond that of an appraisal. Title to the Subject Property is assumed to be good and marketable and the Subject Property is assumed to be free and clear of all liens unless otherwise stated. No survey of the Subject Property was undertaken.

- The information contained in the Review Report or upon which the Review Report is based has been gathered from sources the Analyst assumes to be reliable and accurate. The owner of the Subject Property may have provided some of such information. Neither the Analyst nor FTI shall be responsible for the accuracy or completeness of such information, including the correctness of estimates, opinions, dimensions, sketches, exhibits and factual matters. Any authorized user of the Review Report is obligated to bring to the attention of FTI any inaccuracies or errors that it believes are contained in the Review Report.

- The opinions are only as of the transaction date stated in the Review Report. Changes since that date in external and market factors or in the Subject Property itself can significantly affect the conclusions in the Review Report.

- That the definition of value together with other definitions and assumptions on which our analyses are based are set forth in appropriate sections of the Review Report and are to be part of these Assumptions and Limiting conditions as if included in their entirety.

- The Review Report is to be used in whole and not in part. No part of the Review Report shall be used in conjunction with any other analyses. Publication of the Review Report or any portion thereof without the prior written consent of FTI is prohibited. Except as may be otherwise stated in the letter of engagement, the Review Report may not be used by any person(s) other than the party(ies) to whom it is addressed or for purposes other than that for which it was prepared. The reader agrees that this Review Report is not to be referred to or quoted, in whole or in part, in any registration statement, prospectus, public filing, loan agreement, or other agreement or document and agrees not to distribute the Review Report without FTI's prior written consent.

- Except as may be otherwise stated in the letter of engagement, the Analyst shall not be required to give testimony in any court or administrative proceeding relating to the Subject Property or the appraisal.

- The Review Report assumes (a) responsible ownership and competent management of the Subject Property; (b) there are no hidden or unapparent conditions of the Subject Property, subsoil or structures that render the Subject Property more or less valuable (no responsibility is assumed for such conditions or for arranging

for engineering studies that may be required to discover them); (c) full compliance with all applicable federal, state and local zoning and environmental regulations and laws, unless noncompliance is stated, defined and considered in the Review Report; (d) all required licenses, certificates of occupancy and other governmental consents have been or can be obtained and renewed for any use on which the value opinion contained in the Review Report is based; and (e) is free of all liens and encumbrances except as specifically discussed herein.

- The physical condition of the improvements considered by the Review Report is based on third party data provided to FTI. FTI assumes no responsibility for the soundness of structural components or for the condition of mechanical equipment, plumbing or electrical components.

- It is assumed that the utilization of the land and/or improvements is within the boundaries or property lines of the property described herein and that there are no encroachments or trespasses unless noted within the Review Report.

- The Review Report assumes no responsibility for the authenticity or completeness of lease information provided by others. FTI recommends that legal advice be obtained regarding the interpretation of lease provisions and the contractual rights of parties.

- The forecasts of income and expenses are not predictions of the future. Rather, they are the FTI's best opinions of current market thinking on future income and expenses. FTI makes no warranty or representation that these forecasts will materialize. The real estate market is constantly fluctuating and changing. It is not FTI's task to predict or in any way warrant the conditions of a future real estate market; FTI can only reflect what the investment community, as of the date of the Review Report, envisages for the future in terms of rental rates, expenses, and supply and demand.

- Unless otherwise stated in the Review Report, the existence of potentially hazardous or toxic materials that may have been used in the construction or maintenance of the improvements or may be located at or about the Subject Property was not considered in arriving at the opinion of value. These materials (such as formaldehyde foam insulation, asbestos insulation and other potentially hazardous materials) may adversely affect the value of the Subject Property. FTI is not qualified to detect such substances. FTI recommends that an environmental expert be employed to determine the impact of these matters on the opinion of value.

- Unless otherwise stated in the Review Report, compliance with the requirements of the Americans with Disabilities Act of 1990 (ADA) has not been considered in this appraisal. Failure to comply with the requirements of the ADA may adversely affect the value of the Subject Property. FTI recommends that an expert in this field be employed to determine the compliance of the Subject Property with the requirements of the ADA and the impact of these matters on the property.

- The appraisal reported herein applies only under the stated program of utilization. The separate allocations for land and buildings must not be used in conjunction with any appraisal and are invalid if so used.

- Possession of this Review Report, or a copy thereof, does not carry with it the right of publication. It may not be used for any purpose by any person other than the party to whom it is addressed without the written consent of FTI, and in any event only with proper written qualifications and only in its entirety.

- In the event of a claim against FTI or its affiliates or their respective officers or employees in connection with or in any way relating to this Review Report or this engagement, the maximum damages recoverable shall be the amount of the monies actually collected by FTI or its affiliates for this Review Report and under no circumstances shall any claim for consequential damages be made.

- By use of this Review Report each party that uses this Review Report agrees to be bound by all of the Assumptions and Limiting Conditions, Hypothetical Conditions and Extraordinary Assumptions stated herein.

# Certification Statement

The undersigned, do hereby certify that to the best of my knowledge and belief:

- The statements of fact contained in this Review Report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

- I have no present or prospective interest in the property that is the subject of this Review Report and no personal interest with respect to the parties involved.

- I have no bias with respect to the Subject Property that is the subject of this Review Report or to the parties involved with this assignment.

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- My analyses, opinions, and conclusions were developed in conformity with the Uniform Standards of Professional Appraisal Practice.

- The reported analyses, opinions and conclusions were developed, and this Review Report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute.

- The use of this Review Report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

- The Subject Property was not physically inspected by Mark S. Dunec.

- Zahara Kassam, Benjamin Steele and Alvin Chan provided significant appraisal assistance to the persons signing this certification, including review of the Appraisal Report and supporting research for this Review Report.

- As of the date of this Review Report, Mark S. Dunec has completed the continuing education program for designated members of the Appraisal Institute.

**FTI Consulting, Inc.**

Mark S. Dunec, MAI, CRE, FRICS
Senior Managing Director | Real Estate Solutions
WV Certified General Real Estate Appraiser License Number: CG3369
mark.dunec@fticonsulting.com

# Appendix A : Professional Qualifications



# Mark Dunec

## Senior Managing Director, Co-Leader Real Estate Valuation Practice

+1 973.852.8241
mark.dunec@fticonsulting.com



**Location**
New York, New York
Miami, Florida

**Certifications**
Appraisal Institute, MAI

Canadian National Association
of Real Estate Appraisers, DAC

Counselors of Real Estate, CRE

Certified General Real Estate
Appraiser, AL, AZ, CA, CO, CT,
FL, GA, HI, ID, IL, IN, LA, MA, MS,
NJ, NY, PA, SC, TN, TX, UT, VA,
WA, WV

Royal Institution of Chartered
Surveyors, FRICS

**Education**
B.A., History, York University
M.B.A., Finance, Pace University

**Mark Dunec is a Senior Managing Director in FTI Consulting's Corporate Finance segment and is co-leader of the Real Estate Valuations Practice. Mr. Dunec is based in the greater New York City area and has over 25 years of experience as a real estate advisor and expert witness. His expertise incudes complex financial modeling & analysis of discounted cash flows for real estate and other investment purposes.  Mr. Dunec specializes in real property and debt valuation, due diligence, financing, recapitalization, asset and entity restructuring and repositioning. He applies this expertise both to assist clients to optimize their portfolios and serve as an expert witness.**

Mr. Dunec has worked on complex real estate advisory and litigation projects across the United States, as well as in the Bahamas, Canada, Costa Rica, Croatia, England, Finland, Ireland, Panama and the United Arab Emirates. Throughout his career, Mr. Dunec has created and maintained pro forma cash flow models, calculated various sensitivity analyses, determined the profitability of investments and assisted with the management of the entitlement, closing and due diligence processes, as well as calculating damages in connection with real estate disputes. Mr. Dunec has in-depth experience across all types of commercial and special use properties, including office, industrial, retail, multifamily, hospitality, healthcare, golf-courses, self-storage, residential and development properties.

Mr. Dunec has worked on complex real estate litigation assignment, including bankruptcy, foreclosure, partnership disputes, eminent domain, environmental contamination, right-of-way, tax appeal, property management, ground rent and market rent disputes.

Mr. Dunec also has extensive experience encompassing the life cycle of tax liens. He has been involved in the purchasing, managing and redemptions of tax lien portfolios.

Prior to FTI Consulting, Mr. Dunec was a Financial Analyst in Lend Lease's Project Finance group, where he led the underwriting efforts for acquisitions and developments totaling over $500 million. He was also a Real Estate Analyst for Shurgard Storage Centers, where he was responsible for over $70 million of acquisition and re-development capital of the company's portfolio.

In addition to providing valuation, litigation support and expert testimony, Mr. Dunec teaches graduate real estate courses as an adjunct professor at the University of Miami.



# Mark Dunec

## Senior Managing Director, Co-Leader Real Estate Valuation Practice

+1 973.852.8241
mark.dunec@fticonsulting.com



**Location**
New York, New York
Miami, Florida

**Certifications**
Appraisal Institute, MAI

Canadian National Association of Real Estate Appraisers, DAC

Counselors of Real Estate, CRE

Certified General Real Estate Appraiser, AL, AZ, CA, CO, CT, FL, GA, HI, ID, IL, IN, LA, MA, MS, NJ, NY, PA, SC, TN, TX, UT, VA, WA, WV

Royal Institution of Chartered Surveyors, FRICS

**Education**
B.A., History, York University
M.B.A., Finance, Pace University

### Disclosure of Deposition/Trial Testimony

*Jeffrey Leeds vs. Elizabeth Leeds, Circuit Court of the Fifteenth Judicial Circuit, Palm Beach County, Florida, Family Division: Case No.: 502025DR000045XXXAMB*

*Kai Cho Vincent Chan et al., v. TC Havemeyer Manager LLC et al., Supreme Court of the State of New York County of New York, Index No. 652359/2022*

*WF Grocer A1CL15 LESEE LLC v. Amazon Retail LLC, and Amazon.com, Inc., Circuit Court, Arlington County, Virgina, Case No. CL23000436-00C*

*Steven Gurney-Goldman et al., v. Solil Management, LLC et al., Supreme Court of State of New York County of New York, Index No. 655549/2023*

*Webmd Health Corp., v. Two Gateway Center Property Owner, LLC, Superior Court of New Jersey Chancery Division: Essex County, Case No. ESX-C-000112-24*

*Kandi Arnhold, et. al., v. The United States, In The United States Court of Federal Claims, No. 19-1407 L*

*180 Remsen LLC v. St. Francis College et. al., Supreme Court of the State of New York County of New York, Index No. 653148/2023*

*Michael Clancy et. al., v. The Salvation Army, United States District Court For the Northern District of Illinois Eastern Division, Case No. 1:22-cv-01250*

*WEC 98C-4 LLC v. Saks Inc., In The United States District Court For The Northern District of Illinois Eastern Division, Case No. 1:20-cv-04363*

*TBG Funding LLC v. Kenwood Commons, LLC et al., Supreme Court of the State of New York County of Albany, Index No. 902353-19*

*John C. Tatum III et. al., Fairstead Affordable LLC et. al., Chancery Court of the State of Delaware, C.A. No. 2022-0970-JTL*

*1101-43 Ave Acquisition LLC v. Sonder Hospitality USA Inc., et. al., Supreme Court of the State of New York County of New York, Case No: 653840/2020*

*Boster Associates Limited v. Dynamic Finance Corporation et. al., Superior Court of the State of California for the County of Los Angeles, Case No. BC488552*

*Chaim Laibel Newhouse et. al., v. SSMG Realty LLC et. al., Supreme Court of the State of New York County of Richmond, Index No. 151962/2021*

*10839 Associates et. al., v. Second 485 Associates et. al., Supreme Court of the State of New York County of New York, Index No. 655874/2020*

*Catellus Fiber Options, LLC v. Centurylink Communications, LLC, American Arbitration Association, No: 01-22-0002-7979*

*City Colleges of Chicago vs. Moody Nolan, Inc., et al., Circuit Court of Cook County, Illinois County Department, Law Division, Case No. 2019 L 14185*

*State of Arizona, ex rel. Mark Brnovich, Attorney General vs. Arizona Board of Regents, Arizona Superior Court, Arizona Tax Court No. TX2019-000011*



# Mark Dunec

## Senior Managing Director, Co-Leader Real Estate Valuation Practice

+1 973.852.8241
mark.dunec@fticonsulting.com



**Location**
New York, New York
Miami, Florida

**Certifications**
Appraisal Institute, MAI

Canadian National Association of Real Estate Appraisers, DAC

Counselors of Real Estate, CRE

Certified General Real Estate Appraiser, AL, AZ, CA, CO, CT, FL, GA, HI, ID, IL, IN, LA, MA, MS, NJ, NY, PA, SC, TN, TX, UT, VA, WA, WV

Royal Institution of Chartered Surveyors, FRICS

**Education**
B.A., History, York University
M.B.A., Finance, Pace University

### Disclosure of Deposition/Trial Testimony

*333 Johnson LLC vs. Maple 333 Johnson Member, LLC et al., Supreme Court of the State of New York County of New York, Index v. No. 657307/2020*

*Brickchurch Enterprises, Inc. Debtor. United States Bankruptcy Court Eastern District of New York, Chapter 11, Case No. 8-22-70914-ast*

*255 Butler Associates LLC vs. 255 Butler LLC et al., Supreme Court of the State of New York County of Kings, Index No. 511560/2015*

*PPI Talent LLC vs. W Artists LLC et al., JAMS Arbitration No.: 1425036279*

*96 Wythe Acquisition LLC, Debtor. United States Bankruptcy Court Southern District of New York, Chapter 11, Case No. 21-22108 (RDD)*

*Fisher Auto Parts, Inc., et al. vs. Fisher, et al., Virginia: The Circuit Court of Augusta County, Case No. CL19002154-00*

*GVS Portfolio I B LLC, V. Teachers Insurance Annuity Association of America, Supreme Court of New York County of New York, Case No. Index No. 654095/2020*

*Huntington Way Associates, LLC and RRI Associates, LLC and WB-US Enterprises, Inc. Case No: 01-20-0015-3929*

*Phillip Wiskow vs. Helen Zanetakos, Superior Court of New Jersey, County of Morris, Docket No.: FM-14-001316-08-A*

*TRCHF, LLC et al. vs. Marriott Vacations Worldwide Corp et al., In The United State District Court, District of Colorado, Civil Action No.: 1:16-cv-01301-PAB-GBG*

*Atlas MF Mezzanine Borrower, LLC vs. Macquarie Texas Loan Holder, LLC, KKR REPA AIV-2, LP, and KRE LRP Osprey Venture, LLC, Superior Court of the State of New York County of New York, Index No. 651657/2017*

*Bank of America, N.A. vs. Stonestreet Hospitality Realty Company, LLC, Superior Court Judicial District of New London at New London, Docket Nos.: KNL-CV-16-6026981-S*

*Trump Taj Mahal Associates, LLC vs. City of Atlantic City, New Jersey, Docket Nos.: 7574-2008; 10192-2009; 584-2010*

*Trump Marina Associates, LLC vs. City of Atlantic City, New Jersey, Docket Nos.: 7488-2008; 10454-2009; 6062-2010*

*Trump Plaza Associates, LLC vs. City of Atlantic City, New Jersey, Docket Nos.: 7488-2008; 10454-2009; 6064-2010*



# Mark Dunec: Publications/Panels

**Law360:** *"There's No Crying In Property Valuation Baseball Arbitration,"* October 2024, Co-Authored with Sean E. O'Donnell of Herrick Feinstein LLP

**Commercial Property Executive:** *"FTI Experts' Hub: Brace Yourselves for a Full Return to the Office by 2028,"* October 2023, Podcast

**The Counselors of Real Estate:** *"Active versus passive real estate appreciation in real estate litigation",* February 2023, Co-Authored with Glenn Brill and Lauren DeFonte of FTI Consulting

**The Seattle Times:** *"Aging gasoline storage tanks in WA pose environmental hazard but many owners can't afford cleanup,"* May 2022, Quoted

**CRE and Multifamily Finance In the Spotlight:** *"Above or Below the Line: How Expense Categorization Affects Multifamily Valuation,"* March 2022, Co-Authored with Jason Basedow of FTI Consulting

**The Real Deal:** *"Avoiding Partnership Waterfall Disputes and Potential Litigation,"* January 2022, Co-Authored with Eun Oh of FTI Consulting

**Grist:** *"Think apartment-hunting is frustrating? Try doing it with an electric car,"* December 2021, Quoted

**Connected Real Estate Magazine:** *"How can office and apartment landlords provide charging for all those electric vehicles?,"* November 2021, Quoted

**University of Miami:** *"Active versus passive real estate appreciation in matrimonial litigation,"* October 2021, Panelist

**GlobeSt:** *"Are EV Charging Stations Worth the Investment?,"* August 2021, Quoted

**Bloomberg Tax Journal:** "*Passive Real Estate Appreciation in High-Asset Matrimonial Litigation,"* June 2021, Co-Authored with Daniel Serviss of Greenbaum, Rowe, Smith & Davis LLP

**University of Miami:** *"Real Estate Law Transparency and Other Factors Driving Demand for South Florida Real Estate,"* April 2021, Panelist

**New Jersey State Bar Association:** *"The Haunting Trinity of Vexing Valuation issues in High Asset Matrimonial Litigation,"* February 2021, Panelist

**Environmental Law Institute:** *"Governing the Gasoline Spigot – Gas Stations and the Transition Away from Gasoline,"* January 2021, Panelist

**Law360:** *"How to Reliably Value Income-Producing Real Estate,"* January 2021, Co-Authored with Anthony DellaPelle of McKirdy Riskin Olson & DellaPelle PC

**Commercial Property Executive:** *"What Gas Station Owners Need to Know About the Electric Revolution,"* September 2019, Podcast

**Real Assets Adviser:** *"5 Questions: Electric vehicles and the end of gasoline stations,"* December 2019, Author

4

Appendix B: Documents Relied Upon

# Documents Relied Upon

## Appraisal Guidance

- Uniform Standards of Professional Appraisal Practice (USPAP)
- The Appraisal of Real Estate, 16th Edition
- Dictionary of Real Estate Appraisal, Eighth Edition
- Hotel Market Analysis and Valuation: International Issues and Software Applications
- Golf Property Analysis & Valuation

## Public Domain/Subscription Research

- PwC Real Estate Investor Survey, First Quarter 2026 (National Luxury/Upper Upscale Lodging)
- RERC Real Estate Report, First Quarter 2026
- CoStar/STR, "U.S. Hotel Commentary: December/Full-Year 2023," CoStar STR Benchmark Data Insights Blog (https://www.costar.com/products/str-benchmark/resources/data-insights-blog/us-hotel-commentary-decemberfull-year-2023)
- "CoStar: U.S. ADR and RevPAR Growth Slowed to 2020 Rate in 2024," Lodging Magazine (https://lodgingmagazine.com/costar-u-s-adr-and-revpar-growth-slowed-to-2020-rate-in-2024/)
- CoStar/STR, "U.S. Hotels Report First Full-Year Occupancy, RevPAR Declines Since 2020," CoStar STR Benchmark Press Release, January 20, 2026 (https://www.costar.com/products/str-benchmark/resources/press-releases/us-hotels-report-first-full-year-occupancy-revpar)
- CoStar National Trends, United States Hospitality — March 2026 (data as of April 24, 2026)
- CoStar/STR, "What Is an Occupancy Rate?" CoStar STR Benchmark Data Insights Blog, June 12, 2024 (https://www.costar.com/products/str-benchmark/resources/data-insights-blog/what-occupancy-rate)
- CoStar/STR, "What Is Average Daily Rate (ADR) and How to Calculate It," CoStar STR Benchmark Data Insights Blog, June 12, 2024 (https://www.costar.com/products/str-benchmark/resources/data-insights-blog/what-average-daily-rate-adr-and-how-calculate)
- CoStar/STR, "Revenue Per Available Room (RevPAR)," STR Benchmark Glossary (https://www.costar.com/products/str-benchmark/resources/glossary)
- CoStar/STR, "What Is Hotel Benchmarking?" CoStar STR Benchmark Data Insights Blog (https://www.costar.com/products/str-benchmark/resources/data-insights-blog/what-hotel-benchmarking)

## Other Documents Considered

- Newmark Valuation & Advisory, Appraisal of The Greenbrier Resort (White Sulphur Springs, WV), effective date April 16, 2023 (the "2023 Appraisal")
- STR STAR Reports for The Greenbrier: 2022-2025 (October TTM)
- GHC Historical Financial Statements, 2021 through 2025
- Partner Engineering and Science, Inc., Property Condition Assessment Cost Table — The Greenbrier, White Sulphur Springs, WV, Project No. 24-463118, Tables 1 and 2

## Appendix C: Discounted Cash Flow

**Greenbrier Hotel**

**Forecast (FTI)**

| Forecast Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Rooms | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 |
| Annual Occupancy | 45.0% | 48.0% | 51.0% | 54.0% | 54.0% | 54.0% | 54.0% | 54.0% | 54.0% | 54.0% | 54.0% |
| Average Daily Rate | $ 446.53 | $ 459.92 | $ 473.72 | $ 487.93 | $ 502.57 | $ 517.65 | $ 533.17 | $ 549.17 | $ 565.65 | $ 582.61 | $ 600.09 |
| RevPAR | $ 200.94 | $ 220.76 | $ 241.60 | $ 263.48 | $ 271.39 | $ 279.53 | $ 287.91 | $ 296.55 | $ 305.45 | $ 314.61 | $ 324.05 |
| Days Open | 365 | 366 | 365 | 365 | 365 | 366 | 365 | 365 | 365 | 366 | 365 |
| Number of Annual Rooms Available | 240,900 | 241,560 | 240,900 | 240,900 | 240,900 | 241,560 | 240,900 | 240,900 | 240,900 | 241,560 | 240,900 |
| Number of Rooms Occupied | 108,405 | 115,949 | 122,859 | 130,086 | 130,086 | 130,442 | 130,086 | 130,086 | 130,086 | 130,442 | 130,086 |
| **Operating Revenue** | | | | | | | | | | | |
| Rooms | $ 48,405,613 | $ 53,327,337 | $ 58,200,650 | $ 63,472,945 | $ 65,377,133 | $ 67,522,936 | $ 69,358,600 | $ 71,439,358 | $ 73,582,539 | $ 75,997,659 | $ 78,063,716 |
| Food & Beverage | 38,200,927 | 41,400,542 | 44,548,585 | 47,909,382 | 49,346,664 | 50,931,503 | 52,351,949 | 53,922,507 | 55,540,183 | 57,323,935 | 58,922,662 |
| Other Oper. Dept. Revenue | 20,252,234 | 21,585,608 | 22,895,691 | 24,276,166 | 25,004,451 | 25,789,865 | 26,527,272 | 27,323,090 | 28,142,783 | 29,026,775 | 29,856,734 |
| Gaming | 16,326,826 | 17,401,757 | 18,457,913 | 19,570,816 | 20,157,941 | 20,791,121 | 21,385,599 | 22,027,167 | 22,687,982 | 23,400,634 | 24,069,726 |
| Spa | 4,249,965 | 4,529,776 | 4,804,699 | 5,094,394 | 5,247,226 | 5,412,046 | 5,566,793 | 5,733,796 | 5,905,810 | 6,091,317 | 6,265,486 |
| Retail | 5,294,888 | 5,643,495 | 5,986,012 | 6,346,934 | 6,537,342 | 6,742,686 | 6,935,479 | 7,143,543 | 7,357,850 | 7,588,967 | 7,805,957 |
| Recreation | 4,817,244 | 5,134,404 | 5,446,023 | 5,774,387 | 5,947,618 | 6,134,439 | 6,309,840 | 6,499,135 | 6,694,109 | 6,904,378 | 7,101,794 |
| Golf | 5,581,295 | 5,948,758 | 6,309,803 | 6,690,246 | 6,890,954 | 7,107,405 | 7,310,627 | 7,529,945 | 7,755,844 | 7,999,462 | 8,228,190 |
| Total | 143,128,992 | 154,971,676 | 166,649,376 | 179,135,271 | 184,509,329 | 190,432,001 | 195,746,159 | 201,618,544 | 207,667,100 | 214,333,127 | 220,314,265 |
| **Departmental Expenses** | | | | | | | | | | | |
| Rooms | 13,991,786 | 14,812,694 | 15,620,785 | 16,467,983 | 16,962,022 | 17,490,029 | 17,995,042 | 18,534,893 | 19,090,940 | 19,685,217 | 20,253,614 |
| Food & Beverage | 28,877,450 | 30,778,694 | 32,646,728 | 34,615,134 | 35,653,588 | 36,773,501 | 37,824,962 | 38,959,711 | 40,128,502 | 41,388,977 | 42,572,408 |
| Other Oper. Dept. Revenue | - | - | - | - | - | - | - | - | - | - | - |
| Gaming | 8,399,465 | 8,952,472 | 9,495,820 | 10,068,362 | 10,370,413 | 10,696,157 | 11,001,991 | 11,332,051 | 11,672,013 | 12,038,642 | 12,382,861 |
| Spa | 2,045,382 | 2,143,395 | 2,240,590 | 2,341,746 | 2,411,998 | 2,486,060 | 2,558,893 | 2,635,659 | 2,714,729 | 2,798,086 | 2,880,060 |
| Retail | 4,114,568 | 4,311,735 | 4,507,256 | 4,710,745 | 4,852,068 | 5,001,053 | 5,147,566 | 5,301,993 | 5,461,052 | 5,628,737 | 5,793,639 |
| Recreation | 2,655,721 | 2,782,981 | 2,909,179 | 3,040,520 | 3,131,735 | 3,227,897 | 3,322,463 | 3,422,137 | 3,524,801 | 3,633,031 | 3,739,466 |
| Golf | 4,336,135 | 4,543,919 | 4,749,968 | 4,964,415 | 5,113,348 | 5,270,356 | 5,424,758 | 5,587,501 | 5,755,126 | 5,931,840 | 6,105,622 |
| Total | 64,420,507 | 68,325,890 | 72,170,326 | 76,208,905 | 78,495,172 | 80,945,053 | 83,275,675 | 85,773,945 | 88,347,163 | 91,104,530 | 93,727,671 |
| **Departmental Profit** | **78,708,484** | **86,645,787** | **94,479,050** | **102,926,366** | **106,014,157** | **109,486,949** | **112,470,484** | **115,844,599** | **119,319,937** | **123,228,597** | **126,586,594** |
| **Undistributed Operating Expenses** | | | | | | | | | | | |
| Administrative and General | 28,828,782 | 30,210,234 | 31,580,154 | 33,005,905 | 33,996,082 | 35,039,948 | 36,066,494 | 37,148,489 | 38,262,944 | 39,437,826 | 40,593,214 |
| Sales and Marketing | 3,910,767 | 4,140,214 | 4,366,079 | 4,602,875 | 4,740,961 | 4,888,541 | 5,029,694 | 5,180,585 | 5,336,003 | 5,502,106 | 5,660,975 |
| Property Operation and Maintenance | 7,615,136 | 7,980,047 | 8,341,912 | 8,718,525 | 8,980,081 | 9,255,818 | 9,526,981 | 9,812,790 | 10,107,174 | 10,417,520 | 10,722,716 |
| Utilities | 4,143,513 | 4,342,067 | 4,538,963 | 4,743,884 | 4,886,200 | 5,036,233 | 5,183,777 | 5,339,290 | 5,499,469 | 5,668,333 | 5,834,395 |
| Total | 44,498,198 | 46,672,562 | 48,827,108 | 51,071,188 | 52,603,324 | 54,220,541 | 55,806,947 | 57,481,155 | 59,205,590 | 61,025,785 | 62,811,301 |
| **Gross Operating Profit** | **34,210,286** | **39,973,225** | **45,651,942** | **51,855,177** | **53,410,833** | **55,266,407** | **56,663,537** | **58,363,443** | **60,114,347** | **62,202,812** | **63,775,294** |
| Management Fees | 4,293,870 | 4,649,150 | 4,999,481 | 5,374,058 | 5,535,280 | 5,712,960 | 5,872,385 | 6,048,556 | 6,230,013 | 6,429,994 | 6,609,428 |
| **Income Before Non-Oper. Inc. & Exp.** | **29,916,417** | **35,324,075** | **40,652,461** | **46,481,119** | **47,875,553** | **49,553,447** | **50,791,153** | **52,314,887** | **53,884,334** | **55,772,818** | **57,165,866** |
| **Undistributed Operating Expenses** | | | | | | | | | | | |
| Property Taxes | 2,024,740 | 2,114,508 | 2,203,903 | 2,296,726 | 2,365,628 | 2,437,931 | 2,509,697 | 2,584,988 | 2,662,538 | 2,743,917 | 2,824,690 |
| Insurance | 3,591,067 | 3,698,799 | 3,809,763 | 3,924,056 | 4,041,777 | 4,163,031 | 4,287,922 | 4,416,559 | 4,549,056 | 4,685,528 | 4,826,094 |
| Other Non-Operating | - | - | - | - | - | - | - | - | - | - | - |
| Total | 5,615,807 | 5,813,306 | 6,013,665 | 6,220,782 | 6,407,405 | 6,600,962 | 6,797,619 | 7,001,548 | 7,211,594 | 7,429,444 | 7,650,783 |
| **Income Before Reserves** | **24,300,610** | **29,510,768** | **34,638,795** | **40,260,338** | **41,468,148** | **42,952,485** | **43,993,534** | **45,313,340** | **46,672,740** | **48,343,374** | **49,515,082** |
| Reserve for Replacement | 3,782,305 | 16,606,413 | 6,027,897 | 5,572,075 | 6,131,517 | 7,109,306 | 4,948,825 | 5,694,855 | 4,059,635 | 9,919,324 | 8,934,683 |
| **Net Operating Income After Reserves** | **$ 20,518,305** | **$ 12,904,355** | **$ 28,610,898** | **$ 34,688,262** | **$ 35,336,631** | **$ 35,843,179** | **$ 39,044,709** | **$ 39,618,485** | **$ 42,613,105** | **$ 38,424,050** | **$ 40,580,399** |

**Greenbrier Hotel**
**DCF (FTI)**

| Assumptions | |
|---|---|
| Discount Rate | 10.00% |
| Terminal Cap Rate | 8.50% |
| Cost of Sale | 2.00% |
| Reversion Year | 13 |

| Cash Flow Forecast Year | Forecast NOI After Reserves | Discount Factor | Discounted Cash Flow |
|---|---|---|---|
| 1 | $ 20,518,305 | 0.909 | $ 18,653,005 |
| 2 | $ 12,904,355 | 0.826 | $ 10,664,756 |
| 3 | $ 28,610,898 | 0.751 | $ 21,495,791 |
| 4 | $ 34,688,262 | 0.683 | $ 23,692,550 |
| 5 | $ 35,336,631 | 0.621 | $ 21,941,268 |
| 6 | $ 35,843,179 | 0.564 | $ 20,232,540 |
| 7 | $ 39,044,709 | 0.513 | $ 20,036,109 |
| 8 | $ 39,618,485 | 0.467 | $ 18,482,315 |
| 9 | $ 42,613,105 | 0.424 | $ 18,072,116 |
| 10 | $ 38,424,050 | 0.386 | $ 195,197,553 |
| 11 | $ 40,580,399 | | |

| | |
|---|---|
| Market Value "As Is" Rounded | $ 368,000,000 |
| Immediate and Short-Term Capital Deduction | $ (8,087,472) |
| Market Value (Rounded) | $ 360,000,000 |
| Market Value "As Is" Per Key | $ 545,455 |
| Implied Cap Rate | 5.70% |

| Discounted Cash Flow Analysis | |
|---|---|
| Year 11 NOI After Reserves | $ 40,580,399 |
| Terminal Cap Rate | 8.50% |
| Terminal Value | $ 477,416,461 |
| Less Cost of Sale | $ (9,548,329) |
| Net Reversion | $ 467,868,132 |

EXPERTS WITH **IMPACT**™

**Appendix D: 2025 Appraisal Review Report**



# Appraisal Review Report

**Document Under Review:**

**Appraisal Report of Real Property**
**Market Value — As Is**
**The Greenbrier**
**101 Main Street West**
**White Sulphur Springs, WV 24986**

**Valuation Dates Under Review:**

**April 1, 2025: Market Value — As Is**

**Prepared for:**

**Mr. Richard Kanowitz, Partner**
**Haynes and Boone, LLP**
**30 Rockefeller Plaza, 26th Floor**
**New York, NY 10112**

**Prepared by:**

**Mark S. Dunec, MAI, CRE, FRICS**
**Senior Managing Director**
**973.852.8241**
**mark.dunec@fticonsulting.com**

*May 29, 2026*

May 29, 2026

Richard Kanowitz, Partner
Haynes and Boone, LLP
30 Rockefeller Plaza, 26th Floor
New York, NY

Re:  2025 Appraisal Review Report – The Greenbrier, 101 Main Street West, White Sulphur Springs, WV 24986[1]

Dear Mr. Kanowitz:

FTI Consulting, Inc. ("FTI") is pleased to transmit this Appraisal Review Report ("Review Report") of the Appraisal Report ("2025 Appraisal") prepared by Brian M Johnson and Pamela Yeschenko, MAI ("Appraiser") of Newmark, relating to The Greenbrier, located at 101 Main Street West, White Sulphur Springs, WV 24986 ("The Greenbrier" and/or the "Subject Property" and/or the "Property"). The effective date of value of the 2025 Appraisal is April 1, 2025 (Market Value — As Is).

The effective date of this Review Report is May 29, 2026 and has been prepared in conformance with the reporting requirements set forth under Standards Rule 3 & 4 of Uniform Standards of Professional Appraisal Practice ("USPAP")[2] 2024 as adopted for an appraisal review.

This Review Report has been prepared at the request of Haynes and Boone, LLP ("Counsel") in connection with its representation of White Sulphur Springs Holdings, LLC ("Client"). Counsel and Client are the intended users of this Review Report for use in litigation proceedings. It is also understood that our Review Report will be exchanged with opposing counsel and the court and future testimony may be required. Neither the undersigned nor FTI Consulting, Inc. are responsible for any unauthorized use of this Review Report by any entity other than the parties noted above. It may not be distributed to or relied upon by any other persons or entities.

The opinions and conclusions presented in this Review Report are based solely on the information considered to date. Should additional information or documents be produced at a later date, my opinions and conclusions could be adjusted to reflect such information.

Respectfully submitted,

**FTI Consulting, Inc.**
Mark S. Dunec, MAI, CRE, FRICS
Senior Managing Director | Real Estate Solutions
WV Certified General Real Estate Appraiser License Number: CG3369

---

[1] Newmark April 2023 of the Hotel.pdf
[2] 2024USPAP + 2026GRM_091325.pdf

Summary of Salient Facts & Conclusions .................................................................................2

Extraordinary Assumptions and Hypothetical Conditions ...................................................4

Scope of Work ...........................................................................................................................5

Summary of Opinions ...............................................................................................................5

Assumptions and Limiting Conditions ..................................................................................25

Certification Statement ..........................................................................................................27

Appendix A : Professional Qualifications .............................................................................28

Appendix B: Documents Relied Upon ...................................................................................29

Appendix C: Discounted Cash Flow .....................................................................................31

**EXPERTS WITH IMPACT™**

# Summary of Salient Facts & Conclusions

The following is an executive summary of the information that we present in more detail in this Review Report.

| Assignment Information | |
| --- | --- |
| Date of Appraisal Review: | May 29, 2026 |
| Report Type: | Appraisal Review Report |
| Intended Use and User(s): | The intended use of this Review Report is to assess whether the Appraisal Report is credible and compliant with USPAP. |
| | Counsel and Client are the intended users of this Review Report for use in litigation proceedings. It is also understood that our Review Report will be exchanged with opposing counsel and the court and future testimony may be required. |

| Summary of Salient Facts (per the Appraisal Report Under Review) | |
| --- | --- |
| Report Type: | Appraisal Report |
| Date of Appraisal Report: | August 1, 2025 |
| Signor(s) of Certification: | Brian M. Johnson; Pamela Yeschenko, MAI |
| Valuation Dates: | April 1, 2025 |
| Indicated Interest Appraised: | Fee Simple |
| Types of Values: | Market Value — As Is |
| Intended Use and Intended User(s): | The 2025 Appraisal was commissioned by Carter Bank & Trust for loan underwriting purposes. The client and intended user is Raymond James & Associates, Inc. |
| Date of Inspection: | April 1, 2025 |
| Value Conclusion for the Property: | As-Is: $499,000,000 |

| Summary of Salient Facts (per the Appraisal Report Under Review) | |
| --- | --- |
| Extraordinary Assumptions: | None stated. |
| | The appraiser assumes that no material changes in the physical characteristics and condition of the subject property or in overall market conditions between the date of inspection and effective dates of value will occur, except for those identified within the report. |
| Hypothetical Conditions: | None stated |
| Location: | 101 Main Street West, White Sulphur Springs, West Virginia 24986 |
| Description of the Subject: | The Subject Property, commonly known as The Greenbrier, is a 6-story, 660- room, full-service resort lodging facility built in 1910 that is located just off Interstate 64 in the eastern part of West |

Virginia. The overall resort includes approximately 11,580± acres of total land area; however, the Subject Property site within the Appraisal Report is denoted as 6,724± acres. A total of 4,857 acres is considered excess land.

Amenities at the Subject Property include more than 40 meeting rooms totaling over 100,000 square feet of meeting space (including a conference center facility), 10 lobbies, a business center, a wedding and events chapel, indoor/outdoor swimming pools, a fitness facility, designer boutiques, a mineral spa, a tennis club, shuffleboard and pickleball courts, bike rentals and a bowling alley, among other activities. The Subject Property also features three championship golf courses (The Old White TPC, the Greenbrier and The Meadows), training/athletic fields and a 103,000 square foot gaming and entertainment venue (casino) added in 2009. ***Note: the golf courses are not included in this valuation.***

Current Ownership:

The current ownership includes the following entities:

Greenbrier Hotel Corporation (GHC)

Recent Sales & Offer History:

The Property has not sold or transferred within three years of the effective date of the appraisal.

# Extraordinary Assumptions and Hypothetical Conditions

## Extraordinary Assumptions

An extraordinary assumption is defined by the USPAP as "an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions.

Comment [per USPAP]: Uncertain information might include physical, legal, or economic characteristics of the subject property; or conditions external to the property, such as market conditions or trends, or the integrity of data used in an analysis."[3]

We relied upon the 2024 Property Condition Assessment Report and actual financial results through October 2025. It was assumed that the overall economics for the next five months through March 2026 are similar to the trailing 12-month period as of October 2025.

As detailed within this Review Report, we concluded that certain assumptions are credible and have been adopted in my development process.

This Review Report does not employ any other extraordinary assumptions.

## Hypothetical Conditions

A hypothetical condition is defined by the USPAP as "a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.

Comment [per USPAP]: Hypothetical conditions are contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis."[4]

This Review Report does not employ any hypothetical conditions.

---

[3] USPAP, p. 4.
[4] USPAP, p. 4.

# Scope of Work

The scope of work associated with completion of this Review Report includes the following:

- Opining as to whether the 2025 Appraisal with an as-is value of $499,000,000 as of April 1, 2025 should be relied upon.

- If applicable, make corrections to cure a deficiency, expressing the result as my opinion of value, which is to be developed within the same scope of work as was applicable in the assignment that generated the original work.

# Summary of Opinions

1. **The 2025 Appraisal concluded an as-is value of $499,000,000 as of April 1, 2025. The operating performance upon which that value conclusion was premised has not materialized. Accordingly, the 2025 Appraisal cannot be relied upon as a fair estimate of the current market value of The Greenbrier as of the date of this Report. As demonstrated below, actual occupancy, ADR, RevPAR, and revenue across every department have declined materially from the appraiser's projections, and the Property is not on the trajectory of recovery that the appraiser assumed. The 2025 Appraisal with a $499,000,000 as-is value as of April 1, 2025, should not be relied upon.**

   <u>Appraiser Projections vs. Actual Results</u>

   As shown in the table below, the 2025 Appraisal projects the following Occupancy, Average Daily Rate

   ("ADR"), and Revenue per Available Room ("RevPAR") for The Greenbrier over its projection period.

| Metric | Year 1 (2025/26) | Year 2 (2026/27) | Year 3 (Stab.) (2027/28) | Year 4 (2028/29) |
|---|---|---|---|---|
| Occupancy | 51.0% | 53.0% | 54.0% | 54.0% |
| ADR | $480.32 | $491.13 | $505.86 | $521.04 |
| RevPAR | $244.96 | $260.30 | $273.16 | $281.36 |

   *Source: Newmark Valuation & Advisory, April 2025 Appraisal of The Greenbrier Resort*

As illustrated in Figure 1 below, the 2025 Appraisal projected Year 1 occupancy of 51.0%, stabilizing at 54.0% by Year 3. Actual occupancy was 46.2% in 2024 and declined to 41.5% in 2025 TTM — 9.5 percentage points below the appraiser's Year 1 projection and 12.5 percentage points below the appraiser's stabilized projection of 54.0% - more than a 20% reduction in total occupancy.



**Figure 1: Appraiser Projections vs. Actuals: Occupancy**

*Source: STR STAR Reports, 2022-STR through 2025-STR; 2025 Appraisal, Ten-Year Projection.*

As illustrated in Figure 2 below, the 2025 Appraisal projected Year 1 ADR of $480.32. Actual ADR was approximately $421 in 2024 and $434 as of October 2025 TTM — a shortfall of approximately $46 against the appraiser's Year 1 projection.



Figure 2: Appraiser Projections vs. Actuals: ADR

*Source: STR STAR Reports, 2022-STR through 2025-STR; 2025 Appraisal, Ten-Year Projection.*

As illustrated in Figure 3 below, the 2025 Appraisal projected Year 1 RevPAR of $244.96. Actual RevPAR was approximately $198 in 2024 and $180 as of October 2025 TTM — approximately 27% below the appraiser's Year 1 projection.



Figure 3: Appraiser Projections vs. Actuals: RevPAR

*Source: STR STAR Reports, 2022-STR through 2025-STR; 2025 Appraisal, Ten-Year Projection.*

The 2025 Appraisal projected a trajectory of recovery and growth in Occupancy, ADR, and RevPAR beginning April 1, 2025. Actual performance has continued to decline on every metric since Fthe date of the 2025 Appraisal. An appraisal whose forward projections are contradicted by actual results to this degree cannot be said to represent current market value.

<u>Revenue Line Item Analysis</u>

Figures 4 and 5 below present actual revenue by department against the 2025 Appraisal's projections.

As illustrated in Figure 4 below, Food & Beverage revenue declined from approximately $41 million in 2022 to approximately $35 million in 2025 – a decline of approximately 15%. The 2025 Appraisal projected Food & Beverage revenue of approximately $40 million in Year 1 to approximately $45 million at stabilization.



**Figure 4: Food & Beverage Revenue: Actuals vs. 2025 Appraiser Projections**

*Source: GHC Historical Financial Statements; 2025 Appraisal, Ten-Year Projection.*

As illustrated in Figure 5 below, Gaming revenue declined from approximately $16 million in 2022 to approximately $15 million in 2025. The 2025 Appraisal projected Gaming revenue of approximately $16 million in Year 1, growing to approximately $17 million at stabilization. While actual 2025 Gaming revenue is broadly in line with the appraiser's Year 1 projection, the stabilized growth trajectory has not materialized.



**Figure 5: Gaming Revenue: Actuals vs. 2025 Appraiser Projections**

*Source: GHC Historical Financial Statements; 2025 Appraisal, Ten-Year Projection.*

As illustrated in Figure 6 below, the steepest divergence is in combined Retail, Spa, and Recreation[5] revenue, which declined from $22 million in 2022 to $13 million in 2025 — approximately a 41% decline. The 2025 Appraisal projected this category growing to approximately $21 million in Year 1 and $23 million at stabilization; the 2025 actual of $13 million falls approximately $8 million, or approximately 62%, below the appraiser's Year 1 projection. The appraiser projected growth in a category that in reality declined 41% from 2022-2025.

---

[5] According to historical financials "Recreation" includes revenue generated from activities including but not limited to the Gun Club, Equestrian, Bowling, Swimming, Tennis, Fitness, Bunker Tours, Escape Room, etc.

**Figure 6: Retail + Spa + Recreation: Actuals vs. 2025 Appraiser Projections**



**EXPERTS WITH IMPACT™**

2.  **Applying the same discounted cash flow methodology and similar investment parameters used in the 2025 Appraisal and adjusting the underlying projections to reflect actual performance through October 31, 2025 results in a value of approximately $347,000,000 as of April 2026 — a diminution of approximately $152,000,000 from the 2025 Appraisal's As-Is Market Value of $499,000,000.**

In reaching this conclusion, we employed the same DCF methodology as the appraiser. We note that while the 2025 Appraisal states a discount rate of 10.50% and terminal rate of 8.5%, the appraiser's DCF model applies a discount rate of 10.0% and terminal rate of 8%— two material errors. We have adopted a 10.0% discount and 8.50% terminal rate, which are also supported by investor surveys.

Rather than projecting the appraiser's assumed stabilized performance, however, we utilized the actual operating results of The Greenbrier for the three (3) trailing twelve-month ("TTM") periods ending October 31, 2023, October 31, 2024, and October 31, 2025 as the basis for our projections. Our forecast begins April 1, 2026, growing from the October 2025 TTM base using the same revenue growth methodology employed by the appraiser.

Scope Limitation: Hotel-Only Valuation

The golf courses are expressly excluded from the scope of the 2025 Appraisal. This amenity is not peripheral —it is integral to The Greenbrier's identity, its competitive positioning in the luxury resort market, and the demand it generates across every revenue department including rooms, food and beverage, and retail. A buyer of The Greenbrier would not value the hotel in isolation from the golf amenities. Golf packages, corporate meeting programs, and group bookings are among the demand drivers that support the hotel's revenue base — excluding the golf component from the analysis removes a meaningful driver of that demand. The 2025 Appraisal's hotel-only scope is a material limitation that must be understood in assessing the reliability of its $499,000,000 concluded value.

STR Data vs. Appraiser Historical Performance

A review of the 2025 Appraisal's Subject Historical Operating Performance table (page 93) reveals a material discrepancy between the ADR and RevPAR data reported by the appraiser and the corresponding data in the STR STAR Reports for the same periods prepared by an independent third-party. Occupancy figures are consistent with the STR data; however, ADR and RevPAR are materially higher in the appraiser's table than the STR data reflects for every year reviewed.

| Metric | 2022 (STR) | 2022 (Appraiser) | 2022 Variance | 2023 (STR) | 2023 (Appraiser) | 2023 Variance | 2024 (STR) | 2024 (Appraiser) | 2024 Variance |
|---|---|---|---|---|---|---|---|---|---|
| **Occupancy** | 51.5% | 51.5% | — | 48.9% | 48.9% | — | 46.2% | 46.2% | — |
| **ADR** | $464.71 | $645.50 | +$180.79 | $446.76 | $503.34 | +$56.58 | $417.85 | $477.97 | +$60.12 |
| **RevPAR** | $239.42 | $332.56 | +$93.14 | $218.34 | $245.99 | +$27.65 | $193.23 | $221.03 | +$27.80 |

*Source: STR STAR Reports, December 2022, December 2023, December 2024 (YTD); 2025 Appraisal, Subject Historical Operating Performance (page 93).*

The 2022 variance of $180.79 in ADR is the most pronounced and may reflect a data anomaly in the appraiser's source. The 2023 and 2024 variances of $56.58 and $60.12 respectively are consistent and suggest the appraiser may be drawing from a different dataset than what is reflected in the STR report. Critically, the appraiser's 2024 ADR of $477.97 serves as the direct base for its Year 1 projection of $480.32. Had the appraiser used the STR-reported 2024 ADR of $417.85, the Year 1 ADR projection would be approximately $62 lower, flowing through to materially lower projected revenue and a lower concluded value.

Appraiser's Key Assumptions

The following tables summarize the key assumptions underlying our DCF analysis relative to those applied in the 2025 Appraisal. The first table identifies assumptions we adopted without change from the 2025 Appraisal. The second table identifies assumptions we revised, with an explanation of the basis for each revision. The primary driver of value difference between our conclusion and the 2025 Appraisal's conclusion is not

methodology — which we have largely adopted — but rather the income stream flowing into the DCF model, which reflects the Property's actual operating results rather than the appraiser's forward projections from a 2024 baseline.

**Assumptions Adopted from the 2025 Appraisal**

| Assumption | 2025 Appraisal | FTI Analysis | Rationale |
| --- | --- | --- | --- |
| **Discount Rate** | 10% | 10% | Appraiser stated 10.50% in report but used 10.00% in model (appraiser error). FTI applies 10.0%. |
| **Management Fee** | 3.0% of revenue | 3.0% of revenue | Market-standard for luxury resort; reflects cost a buyer would incur |
| **FF&E Reserve (ongoing)** | 4.0% of revenue | ~4.0% (PCA-based) | PCA year-by-year schedule averages ~4.0% of revenue over forecast period |
| **ADR Growth Rate** | 3.0% per year | 3.0% per year | Same inflation/growth assumption; consistent with long-run market expectations |
| **Stabilized Occupancy** | 54.0% | 54.0% | Same stabilized level |
| **Fixed/Variable Revenue and Expense Ratios** | Per department | Same ratios | Methodology and department-level ratios adopted without change (see table above) |
| **Cost of Sale (Reversion)** | 2.0% | 2.0% | Standard market assumption for disposition cost |

**Assumptions Revised from the 2025 Appraisal**

| Assumption | 2025 Appraisal | FTI Analysis | Basis for Revision |
|---|---|---|---|
| **Terminal Cap Rate** | 8% | 8.50% | Appraiser stated 8.50% in report but used 8.00% in model. |
| **Year 1 ADR** | $480.32 | $446.53 | Appraiser's Year 1 ADR of $480.32 is materially above actual Oct 2025 TTM ADR of $433.52; FTI applies lower actual-based projection. |
| **Year 1 Occupancy** | 51.0% | 45.0% | Reflects October TTM 41.5% modestly grown |
| **Stabilization Year** | Year 3 (2027/28) | Year 4 (2029/30) | Property not on stabilization trajectory based on actuals; 4-year ramp reflects realistic recovery timeline. |
| **A&G Expense** | $22.9M (Yr 1) | $28.8M (Yr 1) | Actual A&G ($27.4M Oct 2025 TTM) materially elevated; FTI projects from actual trajectory. |
| **Rooms Revenue (2026/2027)** | $59.0M | $48.4M | Lower occupancy (45% vs. 51%) and lower starting ADR. |
| **Total Revenue (2026/2027)** | $157.1M | $137.5M | $19.6M lower |
| **NOI After Reserves (2026/2027)** | $34.3M | $19.6M | Lower Rooms revenue + elevated A&G (actual trajectory) and larger reserves per the Property Condition in Yr 1 reduces NOI. |

How Occupancy and ADR Flow Through the Income Statement

The fixed/variable expense methodology described in Section F below means that a change in Occupancy or ADR does not affect only Rooms revenue — it cascades through virtually every line item in the income statement. Understanding this flow-through is essential to understanding why our $137.5 million Year 1 revenue estimate and $19.6 million Year 1 NOI differ so substantially from the 2025 Appraisal's projections of $157.1 million and $34.3 million, respectively, even though we have adopted the same methodology and similar investment parameters.

Income and Expense Analysis

The following sections present our income and expense analysis for The Greenbrier. Each subsection presents three years of actual operating results alongside our forecast for Analysis Year 1 (April 2026) and the 2025 Appraisal's projection for the comparable period (the appraiser's Year 1, also commencing April 2026). All figures are presented in total dollars, as a percentage of total revenue (% Rev.), per available room (PAR), and per occupied room (POR).

**A. Occupancy, ADR, and RevPAR**

From 2022 to 2025, the Greenbrier's rooms revenue declined by a compound annual growth rate of 8.7%.[6]

Putting this performance in the context of the United States hotel industry overall, by December 2023, it was clear that travel patterns were beginning to return to normal. While record-high ADR and RevPAR were reported in 2024, growth rates slowed to +1.7% and +1.8%, respectively. By 2025, U.S. hotels reported their first full-year occupancy and RevPAR declines since 2020, with occupancy down -1.2%, ADR up just +0.9%, and RevPAR down -0.3% year-over-year.[7]

---

[6] Based on an October rolling 12-month basis.
[7] https://www.costar.com/products/str-benchmark/resources/data-insights-blog/us-hotel-commentary-decemberfull-year-2023; https://lodgingmagazine.com/costar-u-s-adr-and-revpar-growth-slowed-to-2020-rate-in-2024/; https://www.costar.com/products/str-benchmark/resources/press-releases/us-hotels-report-first-full-year-occupancy-revpar

## U.S. Hospitality Occupancy, ADR and RevPAR Trends



*Source: CoStar National Trends, United States Hospitality – March 2026. Data as of April 24, 2026.*

This slow-down, however, was not observed within The Greenbrier's competitive set. On a trailing 12-month basis (October), the competitive set (excluding The Greenbrier) experienced occupancy growth of 3.5% in 2024 and 2.4% in 2025; ADR growth of 4.8% in 2024 and 5.9% in 2025; and RevPAR growth of 8.5% in 2024 and 2025.

In updating the April 2026 value, we first inserted the actual financial results, to October 31, 2025. We then updated the projections as follows:

Occupancy:

We assumed that market demand will stabilize at a level in line with demand over the last 4 years (56%). We then assumed that The Greenbrier will return to a market share of 21.6%, in line with historical levels. Occupancy stabilizes in four years, assuming an appropriate time to plan, design and complete guest-facing product updates and ramp-up post-completion of works; stabilized occupancy is 54%, in line with the 2025 Appraisal assumption.

ADR:

Despite the continuous decline in rate at The Greenbrier (-2.0% compound annual growth rate between December 31, 2022 and October 31, 2025), we have assumed 3.0% ADR growth in Year 1 and thereafter. This compound annual growth rate of 3.0% is the same growth rate that is assumed in the 2025 Appraisal. ADR stabilizes in Year 4 at $487.93.

RevPAR:

RevPAR is the metric resulting from occupancy and ADR. The following table provides a summary of ADR, Occupancy and RevPAR.

| Metric | Oct 2025 TTM | FTI 2026/2027 | 2025 Appraisal |
|---|---|---|---|
| Rooms Available | 240,900 | 241,560 | 240,900 |
| Rooms Occupied | 99,977 | 108,405 | 122,859 |
| Occupancy | 41.5% | 45.0% | 54.0% |
| ADR | $433.52 | $446.53 | $480.32 |
| RevPAR | $179.92 | $200.94 | $244.96 |

*Source: FTI analysis; GHC Historical Financial Statements; 2025 Appraisal, Ten-Year Projection.*

**B. Departmental Revenue**

The following table presents departmental revenue for the three trailing twelve-month periods through October 2025 alongside our Year 1 forecast and the 2025 Appraisal's Year 1 projection. Our Year 1 revenue projections grow from the October 2025 TTM base using the same fixed/variable methodology applied by the

appraiser, discussed in Section F below. Consistent with the appraiser's approach, revenue for each department is grown from base year actuals on a per-occupied-room basis, adjusted for projected changes in occupancy and an annual inflation/growth rate of 3.0%.

Our total departmental revenue forecast of $137.5 million for Year 1 compares to the 2025 Appraisal's Year 1 projection of $157.1 million. The $19.6 million variance reflects our lower starting occupancy (45% vs. 51%), lower ADR ($446.53 vs. $480.32), and lower base-year actuals across every revenue department except for Gaming, including a $10.6 million gap in Rooms revenue alone.

| Line Item | Oct 2023 TTM $ | Oct 2024 TTM $ | Oct 2025 TTM $ | FTI 2026/2027 $ | 2025 Appraisal $ |
|---|---|---|---|---|---|
| Rooms | $49,925,197 | $43,996,352 | $43,342,161 | $48,405,613 | $59,011,635 |
| Other Rooms Rev. | $6,707,576 | $6,769,952 | $4,601,945 | $0 | $0 |
| Food & Beverage | $39,283,934 | $37,805,881 | $34,882,905 | $38,200,927 | $40,458,473 |
| Other Dept. Revenue | $18,926,177 | $17,774,655 | $18,867,148 | $20,252,234 | $20,917,677 |
| Gaming | $17,169,251 | $15,341,446 | $15,210,206 | $16,326,826 | $15,538,845 |
| Spa | $4,908,079 | $4,241,367 | $3,959,303 | $4,249,965 | $5,378,831 |
| Retail | $8,764,617 | $5,453,928 | $4,932,762 | $5,294,888 | $11,355,310 |
| Recreation | $5,209,820 | $4,719,908 | $4,487,785 | $4,817,244 | $4,482,359 |
| **Total Revenue** | **$152,915,148** | **$137,498,544** | **$130,284,214** | **$137,547,697** | **$157,143,130** |

*Source: FTI analysis; GHC Historical Financial Statements; 2025 Appraisal, Ten-Year Projection.*

### C. Departmental Expenses

Departmental expenses represent the direct costs attributable to each revenue-generating department. We project departmental expenses using the same fixed/variable methodology as the appraiser, discussed in Section F. Our Year 1 total departmental expenses of $60.08 million compare to the 2025 Appraisal's Year 1 projection of $68.1 million, a variance of $8 million primarily attributable to our lower projected revenue base.

| Line Item | Oct 2023 TTM $ | Oct 2024 TTM $ | Oct 2025 TTM $ | FTI 2026/2027 $ | 2025 Appraisal $ |
|---|---|---|---|---|---|
| Rooms | $14,386,510 | $13,938,110 | $13,141,158 | $13,991,786 | $14,188,717 |
| Food & Beverage | $30,129,655 | $28,620,798 | $26,902,471 | $28,877,450 | $29,056,446 |
| Other | N/A | N/A | N/A | N/A | $4,526,146 |

| | | | | | |
|---|---|---|---|---|---|
| Gaming | $9,759,633 | $8,397,400 | $7,825,011 | $8,399,465 | $8,080,200 |
| Spa | $2,364,402 | $2,103,795 | $1,944,822 | $2,045,382 | $2,221,926 |
| 5Retail | $6,251,858 | $4,310,273 | $3,912,279 | $4,114,568 | $7,259,469 |
| Recreation | $2,819,906 | $2,694,591 | $2,525,155 | $2,655,721 | $2,809,616 |
| **Total Dept. Expenses** | **$65,711,965** | **$60,064,967** | **$56,250,897** | **$60,084,373** | **$68,142,520** |

*Source: FTI analysis; GHC Historical Financial Statements; 2025 Appraisal, Ten-Year Projection. Note: Other Departmental expenses are not included in the historical actuals and for the purposes of our forecast are assumed to be included within the various other departmental expenses.*

| Departmental Profit | Oct 2023 TTM | Oct 2024 TTM | Oct 2025 TTM | FTI 2026/2027 | 2025 Appraisal |
|---|---|---|---|---|---|
| **Total Dept. Profit** | **$87,203,184** | **$77,433,577** | **$74,033,317** | **$77,463,325** | **$89,000,610** |
| Dept. Profit Margin | 55.3% | 55.9% | 55.4% | 56.3% | 56.6% |
| Dept. Profit PAR | $376 | $344 | $312 | $322 | $369 |
| Dept. Profit POR | $738 | $732 | $751 | $715 | $724 |

*Source: FTI analysis; GHC Historical Financial Statements; 2025 Appraisal, Ten-Year Projection.*

### D. Undistributed Operating Expenses

Undistributed operating expenses include Administrative & General, Sales & Marketing, Property Operations & Maintenance, and Utilities. These expenses have a higher fixed component relative to departmental expenses and are less sensitive to changes in occupancy. We note that actual A&G expense for the trailing twelve-month periods has been elevated relative to historical levels and relative to the appraiser's projections. Our Year 1 forecast for A&G of $28.8 million is substantially higher than the appraiser's projection of $22.9 million for the same period, reflecting the actual expense trajectory of the Property.

| | Oct 2023 TTM | Oct 2024 TTM | Oct 2025 TTM | FTI 2026/2027 | 2025 Appraisal |
|---|---|---|---|---|---|
| **Line Item** | **$** | **$** | **$** | **$** | **$** |
| Admin. & General | $27,735,837 | $30,496,177 | $27,411,439 | $28,828,782 | $22,887,926 |
| Sales & Marketing | $3,483,489 | $3,288,775 | $3,673,012 | $3,910,767 | $4,111,664 |
| Prop. Oper. & Maint. | $7,865,143 | $7,530,018 | $7,240,744 | $7,615,136 | $7,282,522 |
| Utilities | $3,991,781 | $3,953,162 | $3,939,800 | $4,143,513 | $4,092,084 |
| **Total Undistributed Exp.** | **$43,076,249** | **$45,268,133** | **$42,264,995** | **$44,498,197** | **$38,374,196** |

*Source: FTI analysis; GHC Historical Financial Statements; 2025 Appraisal, Ten-Year Projection.*

### E. Management Fee

A management fee of 3.0% of total revenue has been deducted in our analysis, consistent with the fee applied by the 2025 Appraisal. The management fee reflects the cost a buyer of the Property would incur to engage a professional hotel management company to operate the asset. A fee of 3.0% of total revenue is standard and market-appropriate for a luxury resort of this scale and complexity. Our Year 1 management fee of $4.1 million compares to the appraiser's management fee of $4.7 million, reflecting our lower projected revenue base.

| Management Fee | FTI Yr 1 | 2025 Appraisal |
|---|---|---|
| Management Fee ($) | $4,126,431 | $4,714,294 |
| % of Revenue | 3.0% | 3.0% |

### F. Fixed and Variable Expense Methodology

Both the 2025 Appraisal and our analysis project revenue and expenses using a fixed/variable framework. Under this methodology, each revenue and expense line item is separated into a fixed component (which does not vary with changes in occupancy) and a variable component (which varies proportionally with changes in occupancy and revenue). The fixed portion is grown by an inflation/growth rate (3.0%) while the variable portion adjusts for changes in occupied room nights. This approach produces more economically realistic projections than applying a uniform growth rate across all line items, because it captures the inherent operating leverage of a hotel: as occupancy increases, variable expenses grow but fixed expenses remain relatively stable, leading to margin expansion at stabilization.

The table below presents the fixed/variable ratios we applied in our analysis alongside those applied by the 2025 Appraisal. We generally followed the same fixed/variable proportions as the appraiser, reflecting our view that the methodology is sound even where the underlying revenue and expense projections differ.

| Department / Expense | Fixed % (FTI) | Var. % (FTI) | Fixed % (2025 Appraisal) | Var. % (2025 Appraisal) |
|---|---|---|---|---|
| Rooms Revenue | 0% | 100% | 0% | 100% |
| Food & Beverage Revenue | 50% | 50% | 50% | 50% |
| Other Revenue | 50% | 50% | 50% | 50% |

| | | | | |
|---|---|---|---|---|
| Gaming Revenue | 50% | 50% | 50% | 50% |
| Spa / Retail / Rec. Revenue | 50% | 50% | 50% | 50% |
| Rooms Expense | 30% | 70% | 30% | 70% |
| F&B Expense | 40% | 60% | 40% | 60% |
| Admin. & General | 60% | 40% | 60% | 40% |
| Sales & Marketing | 40% | 60% | 40% | 60% |
| Prop. Oper. & Maint. | 60% | 40% | 60% | 40% |
| Utilities | 70% | 30% | 70% | 30% |

### G. Discount Rate and Terminal Capitalization Rate

We applied a discount rate of 10.0% and a terminal capitalization rate of 8.5% in our DCF analysis. We note that the 2025 Appraisal contains two material errors in its investment parameters. First, the 2025 Appraisal states a discount rate of 10.50% but the appraiser's DCF model actually applies 10.00% — the rate we have also adopted. Second, the 2025 Appraisal states a terminal capitalization rate of 8.50% but the appraiser's model applies 8.00% — we apply 8.50%, which is the appraiser's own stated rate and is consistent with current market surveys. Both discrepancies represent material errors between the stated and applied investment parameters in the 2025 Appraisal.

| Investment Parameter | FTI | 2025 Appraisal | PwC 1Q 2026 | RERC 1Q 2026 |
|---|---|---|---|---|
| Discount Rate | 10% | 10% | 10.31% | 9.4–10.1% |
| Terminal Cap Rate | 8.5% | 8% | 8.63% | 8.2–9.0% |

*Source: FTI analysis; 2025 Appraisal; PwC Real Estate Investor Survey, 1Q 2026 (National Luxury/Upper Upscale Lodging); RERC Real Estate Report, 1Q 2026; Green Street Advisors, March 2026.*

The applied rates of 10.0% discount and 8.5% terminal cap fall within the range reported in current investor surveys for the National Full Service Lodging and Luxury/Upper Upscale Lodging segments. The terminal capitalization rate of 8.5% is consistent with the PwC survey average of 8.63% for the Luxury/Upper Upscale segment and falls within the RERC reported range.

### H. Capital Expenditures

A Property Condition Assessment (the "PCA") was prepared by Partner Engineering and Science, Inc. for the Subject Property (Project No. 24-463118, Tables 1 and 2, Preliminary Draft). The PCA identifies immediate and short-term capital expenditure needs at the Property. The PCA provides an independent, third-party assessment of the Property's physical capital requirements.

In accordance with standard appraisal practice, we have deducted the cost of identified immediate and short-term capital needs directly from the DCF value conclusion as an adjustment to the as-is value. Based on the PCA, immediate costs are estimated at $3,839,670 and short-term costs at $2,899,890, for a combined total of $6,739,560 before contingency. Applying a 10% contingency to both the soft and hard cost components produces a total immediate and short-term capital expenditure deduction of approximately $8,087,472, which has been deducted from our gross value conclusion to arrive at the market value estimate.

| Immediate and Short-Term CapEx Deduction | Amount |
|---|---|
| Immediate Costs | $3,839,670 |
| Short-Term Costs | $2,899,890 |
| 10% Contingency (Soft Costs) | $673,956 |
| 10% Contingency (Hard Costs) | $673,956 |
| **Total Deduction** | $8,087,472 |

*Source: Partner Engineering and Science, Inc., Property Condition Assessment Cost Table — The Greenbrier, White Sulphur Springs, WV, Project No. 24-463118, Tables 1 and 2 (Preliminary Draft).*

With respect to the ongoing replacement reserve for furniture, fixtures, and equipment ("FF&E"), the PCA's schedule of long-term replacement needs provides the basis for our replacement reserve estimate. Over our 10-year forecast period, the PCA-based uninflated replacement costs aggregate to approximately $60.9 million, with inflated costs of approximately $68.8 million. On an annual basis, this equates to approximately 4.0% of projected total revenue over the forecast period, consistent with the 4.0% reserve applied by the 2025 Appraisal. Rather than applying a flat 4.0% reserve, our model uses the PCA's year-by-year capital schedule, inflated for

construction cost escalation, as a more precise estimate of actual replacement needs. The resulting reserve approximates 4.0% of revenue on average.

## I. Value Conclusion

Based on the discounted cash flow analysis included in Appendix C, the 10-year discounted cash flow produces a gross market value of approximately $355,000,000. After deducting the immediate and short-term capital expenditure requirements identified in the PCA of $8,087,472, we conclude the following market value:

| Summary of Value Conclusion — As-Is, April 2026 | Amount |
|---|---|
| DCF Value (10-Year, 10.0% Discount Rate, 8.5% Terminal Cap) | $355,000,000 |
| Less: Immediate and Short-Term CapEx Needs | ($8,087,472) |
| **Market Value (Rounded) — As Is (April 2026)** | $347,000,000 |
| Market Value Per Key | $519,697 |

Our concluded value of approximately $347,000,000 represents a diminution of approximately $152,000,000 from the 2025 Appraisal's as-is value of $499,000,000.

Respectfully submitted,

*Mark Dunec*

**FTI Consulting, Inc.**
Mark S. Dunec, MAI, CRE, FRICS
Senior Managing Director | Real Estate Solutions
WV Certified General Real Estate Appraiser License Number: CG3369
mark.dunec@fticonsulting.com

# Assumptions and Limiting Conditions

"Review Report" means the consulting report and conclusions stated therein, to which these Assumptions and Limiting Conditions are annexed.

"Subject Property" means the subject of the Review Report.

"FTI" means FTI Consulting, Inc. or its subsidiary that issued the Review Report.

"Analyst(s)" means the employee(s) of FTI who prepared analyses and Review Report.

The Review Report has been made subject to the following assumptions and limiting conditions:

- No opinion is intended to be expressed and no responsibility is assumed for the legal description or for any matters that are legal in nature or require legal expertise or specialized knowledge beyond that of an appraisal. Title to the Subject Property is assumed to be good and marketable and the Subject Property is assumed to be free and clear of all liens unless otherwise stated. No survey of the Subject Property was undertaken.

- The information contained in the Review Report or upon which the Review Report is based has been gathered from sources the Analyst assumes to be reliable and accurate. The owner of the Subject Property may have provided some of such information. Neither the Analyst nor FTI shall be responsible for the accuracy or completeness of such information, including the correctness of estimates, opinions, dimensions, sketches, exhibits and factual matters. Any authorized user of the Review Report is obligated to bring to the attention of FTI any inaccuracies or errors that it believes are contained in the Review Report.

- The opinions are only as of the transaction date stated in the Review Report. Changes since that date in external and market factors or in the Subject Property itself can significantly affect the conclusions in the Review Report.

- That the definition of value together with other definitions and assumptions on which our analyses are based are set forth in appropriate sections of the Review Report and are to be part of these Assumptions and Limiting conditions as if included in their entirety.

- The Review Report is to be used in whole and not in part. No part of the Review Report shall be used in conjunction with any other analyses. Publication of the Review Report or any portion thereof without the prior written consent of FTI is prohibited. Except as may be otherwise stated in the letter of engagement, the Review Report may not be used by any person(s) other than the party(ies) to whom it is addressed or for purposes other than that for which it was prepared. The reader agrees that this Review Report is not to be referred to or quoted, in whole or in part, in any registration statement, prospectus, public filing, loan agreement, or other agreement or document and agrees not to distribute the Review Report without FTI's prior written consent.

- Except as may be otherwise stated in the letter of engagement, the Analyst shall not be required to give testimony in any court or administrative proceeding relating to the Subject Property or the appraisal.

- The Review Report assumes (a) responsible ownership and competent management of the Subject Property; (b) there are no hidden or unapparent conditions of the Subject Property, subsoil or structures that render the Subject Property more or less valuable (no responsibility is assumed for such conditions or for arranging

for engineering studies that may be required to discover them); (c) full compliance with all applicable federal, state and local zoning and environmental regulations and laws, unless noncompliance is stated, defined and considered in the Review Report; (d) all required licenses, certificates of occupancy and other governmental consents have been or can be obtained and renewed for any use on which the value opinion contained in the Review Report is based; and (e) is free of all liens and encumbrances except as specifically discussed herein.

- The physical condition of the improvements considered by the Review Report is based on third party data provided to FTI. FTI assumes no responsibility for the soundness of structural components or for the condition of mechanical equipment, plumbing or electrical components.

- It is assumed that the utilization of the land and/or improvements is within the boundaries or property lines of the property described herein and that there are no encroachments or trespasses unless noted within the Review Report.

- The Review Report assumes no responsibility for the authenticity or completeness of lease information provided by others. FTI recommends that legal advice be obtained regarding the interpretation of lease provisions and the contractual rights of parties.

- The forecasts of income and expenses are not predictions of the future. Rather, they are the FTI's best opinions of current market thinking on future income and expenses. FTI makes no warranty or representation that these forecasts will materialize. The real estate market is constantly fluctuating and changing. It is not FTI's task to predict or in any way warrant the conditions of a future real estate market; FTI can only reflect what the investment community, as of the date of the Review Report, envisages for the future in terms of rental rates, expenses, and supply and demand.

- Unless otherwise stated in the Review Report, the existence of potentially hazardous or toxic materials that may have been used in the construction or maintenance of the improvements or may be located at or about the Subject Property was not considered in arriving at the opinion of value. These materials (such as formaldehyde foam insulation, asbestos insulation and other potentially hazardous materials) may adversely affect the value of the Subject Property. FTI is not qualified to detect such substances. FTI recommends that an environmental expert be employed to determine the impact of these matters on the opinion of value.

- Unless otherwise stated in the Review Report, compliance with the requirements of the Americans with Disabilities Act of 1990 (ADA) has not been considered in this appraisal. Failure to comply with the requirements of the ADA may adversely affect the value of the Subject Property. FTI recommends that an expert in this field be employed to determine the compliance of the Subject Property with the requirements of the ADA and the impact of these matters on the property.

- The appraisal reported herein applies only under the stated program of utilization. The separate allocations for land and buildings must not be used in conjunction with any appraisal and are invalid if so used.

- Possession of this Review Report, or a copy thereof, does not carry with it the right of publication. It may not be used for any purpose by any person other than the party to whom it is addressed without the written consent of FTI, and in any event only with proper written qualifications and only in its entirety.

- In the event of a claim against FTI or its affiliates or their respective officers or employees in connection with or in any way relating to this Review Report or this engagement, the maximum damages recoverable shall be the amount of the monies actually collected by FTI or its affiliates for this Review Report and under no circumstances shall any claim for consequential damages be made.

- By use of this Review Report each party that uses this Review Report agrees to be bound by all of the Assumptions and Limiting Conditions, Hypothetical Conditions and Extraordinary Assumptions stated herein.

# Certification Statement

The undersigned, do hereby certify that to the best of my knowledge and belief:

- The statements of fact contained in this Review Report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

- I have no present or prospective interest in the property that is the subject of this Review Report and no personal interest with respect to the parties involved.

- I have no bias with respect to the Subject Property that is the subject of this Review Report or to the parties involved with this assignment.

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- My analyses, opinions, and conclusions were developed in conformity with the Uniform Standards of Professional Appraisal Practice.

- The reported analyses, opinions and conclusions were developed, and this Review Report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute.

- The use of this Review Report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

- The Subject Property was not physically inspected by Mark S. Dunec.

- Zahara Kassam, Benjamin Steele and Alvin Chan provided significant appraisal assistance to the persons signing this certification, including review of the Appraisal Report and supporting research for this Review Report.

- As of the date of this Review Report, Mark S. Dunec has completed the continuing education program for designated members of the Appraisal Institute.

**FTI Consulting, Inc.**

Mark S. Dunec, MAI, CRE, FRICS
Senior Managing Director | Real Estate Solutions
WV Certified General Real Estate Appraiser License Number: CG3369
mark.dunec@fticonsulting.com

# Appendix A : Professional Qualifications



# Mark Dunec

## Senior Managing Director, Co-Leader Real Estate Valuation Practice

+1 973.852.8241
mark.dunec@fticonsulting.com



**Location**
New York, New York
Miami, Florida

**Certifications**
Appraisal Institute, MAI

Canadian National Association of Real Estate Appraisers, DAC

Counselors of Real Estate, CRE

Certified General Real Estate Appraiser, AL, AZ, CA, CO, CT, FL, GA, HI, ID, IL, IN, LA, MA, MS, NJ, NY, PA, SC, TN, TX, UT, VA, WA, WV

Royal Institution of Chartered Surveyors, FRICS

**Education**
B.A., History, York University
M.B.A., Finance, Pace University

**Mark Dunec is a Senior Managing Director in FTI Consulting's Corporate Finance segment and is co-leader of the Real Estate Valuations Practice. Mr. Dunec is based in the greater New York City area and has over 25 years of experience as a real estate advisor and expert witness. His expertise incudes complex financial modeling & analysis of discounted cash flows for real estate and other investment purposes. Mr. Dunec specializes in real property and debt valuation, due diligence, financing, recapitalization, asset and entity restructuring and repositioning. He applies this expertise both to assist clients to optimize their portfolios and serve as an expert witness.**

Mr. Dunec has worked on complex real estate advisory and litigation projects across the United States, as well as in the Bahamas, Canada, Costa Rica, Croatia, England, Finland, Ireland, Panama and the United Arab Emirates. Throughout his career, Mr. Dunec has created and maintained pro forma cash flow models, calculated various sensitivity analyses, determined the profitability of investments and assisted with the management of the entitlement, closing and due diligence processes, as well as calculating damages in connection with real estate disputes. Mr. Dunec has in-depth experience across all types of commercial and special use properties, including office, industrial, retail, multifamily, hospitality, healthcare, golf-courses, self-storage, residential and development properties.

Mr. Dunec has worked on complex real estate litigation assignment, including bankruptcy, foreclosure, partnership disputes, eminent domain, environmental contamination, right-of-way, tax appeal, property management, ground rent and market rent disputes.

Mr. Dunec also has extensive experience encompassing the life cycle of tax liens. He has been involved in the purchasing, managing and redemptions of tax lien portfolios.

Prior to FTI Consulting, Mr. Dunec was a Financial Analyst in Lend Lease's Project Finance group, where he led the underwriting efforts for acquisitions and developments totaling over $500 million. He was also a Real Estate Analyst for Shurgard Storage Centers, where he was responsible for over $70 million of acquisition and re-development capital of the company's portfolio.

In addition to providing valuation, litigation support and expert testimony, Mr. Dunec teaches graduate real estate courses as an adjunct professor at the University of Miami.



# Mark Dunec

## Senior Managing Director, Co-Leader Real Estate Valuation Practice

+1 973.852.8241
mark.dunec@fticonsulting.com



**Location**
New York, New York
Miami, Florida

**Certifications**
Appraisal Institute, MAI

Canadian National Association of Real Estate Appraisers, DAC

Counselors of Real Estate, CRE

Certified General Real Estate Appraiser, AL, AZ, CA, CO, CT, FL, GA, HI, ID, IL, IN, LA, MA, MS, NJ, NY, PA, SC, TN, TX, UT, VA, WA, WV

Royal Institution of Chartered Surveyors, FRICS

**Education**
B.A., History, York University
M.B.A., Finance, Pace University

### Disclosure of Deposition/Trial Testimony

*Jeffrey Leeds vs. Elizabeth Leeds, Circuit Court of the Fifteenth Judicial Circuit, Palm Beach County, Florida, Family Division: Case No.: 502025DR000045XXXAMB*

*Kai Cho Vincent Chan et al., v. TC Havemeyer Manager LLC et al., Supreme Court of the State of New York County of New York, Index No. 652359/2022*

*WF Grocer A1CL15 LESEE LLC v. Amazon Retail LLC, and Amazon.com, Inc., Circuit Court, Arlington County, Virgina, Case No. CL23000436-00C*

*Steven Gurney-Goldman et al., v. Solil Management, LLC et al., Supreme Court of State of New York County of New York, Index No. 655549/2023*

*Webmd Health Corp., v. Two Gateway Center Property Owner, LLC, Superior Court of New Jersey Chancery Division: Essex County, Case No. ESX-C-000112-24*

*Kandi Arnhold, et. al., v. The United States, In The United States Court of Federal Claims, No. 19-1407 L*

*180 Remsen LLC v. St. Francis College et. al., Supreme Court of the State of New York County of New York, Index No. 653148/2023*

*Michael Clancy et. al., v. The Salvation Army, United States District Court For the Northern District of Illinois Eastern Division, Case No. 1:22-cv-01250*

*WEC 98C-4 LLC v. Saks Inc., In The United States District Court For The Northern District of Illinois Eastern Division, Case No. 1:20-cv-04363*

*TBG Funding LLC v. Kenwood Commons, LLC et al., Supreme Court of the State of New York County of Albany, Index No. 902353-19*

*John C. Tatum III et. al., Fairstead Affordable LLC et. al., Chancery Court of the State of Delaware, C.A. No. 2022-0970-JTL*

*1101-43 Ave Acquisition LLC v. Sonder Hospitality USA Inc., et. al., Supreme Court of the State of New York County of New York, Case No: 653840/2020*

*Boster Associates Limited v. Dynamic Finance Corporation et. al., Superior Court of the State of California for the County of Los Angeles, Case No. BC488552*

*Chaim Laibel Newhouse et. al., v. SSMG Realty LLC et. al., Supreme Court of the State of New York County of Richmond, Index No. 151962/2021*

*10839 Associates et. al., v. Second 485 Associates et. al., Supreme Court of the State of New York County of New York, Index No. 655874/2020*

*Catellus Fiber Options, LLC v. Centurylink Communications, LLC, American Arbitration Association, No: 01-22-0002-7979*

*City Colleges of Chicago vs. Moody Nolan, Inc., et al., Circuit Court of Cook County, Illinois County Department, Law Division, Case No. 2019 L 14185*

*State of Arizona, ex rel. Mark Brnovich, Attorney General vs. Arizona Board of Regents, Arizona Superior Court, Arizona Tax Court No. TX2019-000011*



# Mark Dunec

## Senior Managing Director, Co-Leader Real Estate Valuation Practice

+1 973.852.8241
mark.dunec@fticonsulting.com



**Location**
New York, New York
Miami, Florida

**Certifications**
Appraisal Institute, MAI

Canadian National Association
of Real Estate Appraisers, DAC

Counselors of Real Estate, CRE

Certified General Real Estate
Appraiser, AL, AZ, CA, CO, CT,
FL, GA, HI, ID, IL, IN, LA, MA, MS,
NJ, NY, PA, SC, TN, TX, UT, VA,
WA, WV

Royal Institution of Chartered
Surveyors, FRICS

**Education**
B.A., History, York University
M.B.A., Finance, Pace University

### Disclosure of Deposition/Trial Testimony

*333 Johnson LLC vs. Maple 333 Johnson Member, LLC et al., Supreme Court of the State of New York County of New York, Index v. No. 657307/2020*

*Brickchurch Enterprises, Inc. Debtor. United States Bankruptcy Court Eastern District of New York, Chapter 11, Case No. 8-22-70914-ast*

*255 Butler Associates LLC vs. 255 Butler LLC et al., Supreme Court of the State of New York County of Kings, Index No. 511560/2015*

*PPI Talent LLC vs. W Artists LLC et al., JAMS Arbitration No.: 1425036279*

*96 Wythe Acquisition LLC, Debtor. United States Bankruptcy Court Southern District of New York, Chapter 11, Case No. 21-22108 (RDD)*

*Fisher Auto Parts, Inc., et al. vs. Fisher, et al., Virginia: The Circuit Court of Augusta County, Case No. CL19002154-00*

*GVS Portfolio I B LLC, V. Teachers Insurance Annuity Association of America, Supreme Court of New York County of New York, Case No. Index No. 654095/2020*

*Huntington Way Associates, LLC and RRI Associates, LLC and WB-US Enterprises, Inc. Case No: 01-20-0015-3929*

*Phillip Wiskow vs. Helen Zanetakos, Superior Court of New Jersey, County of Morris, Docket No.: FM-14-001316-08-A*

*TRCHF, LLC et al. vs. Marriott Vacations Worldwide Corp et al., In The United State District Court, District of Colorado, Civil Action No.: 1:16-cv-01301-PAB-GBG*

*Atlas MF Mezzanine Borrower, LLC vs. Macquarie Texas Loan Holder, LLC, KKR REPA AIV-2, LP, and KRE LRP Osprey Venture, LLC, Superior Court of the State of New York County of New York, Index No. 651657/2017*

*Bank of America, N.A. vs. Stonestreet Hospitality Realty Company, LLC, Superior Court Judicial District of New London at New London, Docket Nos.: KNL-CV-16-6026981-S*

*Trump Taj Mahal Associates, LLC vs. City of Atlantic City, New Jersey, Docket Nos.: 7574-2008; 10192-2009; 584-2010*

*Trump Marina Associates, LLC vs. City of Atlantic City, New Jersey, Docket Nos.: 7488-2008; 10454-2009; 6062-2010*

*Trump Plaza Associates, LLC vs. City of Atlantic City, New Jersey, Docket Nos.: 7488-2008; 10454-2009; 6064-2010*



# Mark Dunec: Publications/Panels

**Law360:** _"There's No Crying In Property Valuation Baseball Arbitration,"_ October 2024, Co-Authored with Sean E. O'Donnell of Herrick Feinstein LLP

**Commercial Property Executive:** _"FTI Experts' Hub: Brace Yourselves for a Full Return to the Office by 2028,"_ October 2023, Podcast

**The Counselors of Real Estate:** _"Active versus passive real estate appreciation in real estate litigation",_ February 2023, Co-Authored with Glenn Brill and Lauren DeFonte of FTI Consulting

**The Seattle Times:** _"Aging gasoline storage tanks in WA pose environmental hazard but many owners can't afford cleanup,"_ May 2022, Quoted

**CRE and Multifamily Finance In the Spotlight:** _"Above or Below the Line: How Expense Categorization Affects Multifamily Valuation,"_ March 2022, Co-Authored with Jason Basedow of FTI Consulting

**The Real Deal:** _"Avoiding Partnership Waterfall Disputes and Potential Litigation,"_ January 2022, Co-Authored with Eun Oh of FTI Consulting

**Grist:** _"Think apartment-hunting is frustrating? Try doing it with an electric car,"_ December 2021, Quoted

**Connected Real Estate Magazine:** _"How can office and apartment landlords provide charging for all those electric vehicles?,"_ November 2021, Quoted

**University of Miami:** _"Active versus passive real estate appreciation in matrimonial litigation,"_ October 2021, Panelist

**GlobeSt:** _"Are EV Charging Stations Worth the Investment?,"_ August 2021, Quoted

**Bloomberg Tax Journal:** "_Passive Real Estate Appreciation in High-Asset Matrimonial Litigation,"_ June 2021, Co-Authored with Daniel Serviss of Greenbaum, Rowe, Smith & Davis LLP

**University of Miami:** _"Real Estate Law Transparency and Other Factors Driving Demand for South Florida Real Estate,"_ April 2021, Panelist

**New Jersey State Bar Association:** _"The Haunting Trinity of Vexing Valuation issues in High Asset Matrimonial Litigation,"_ February 2021, Panelist

**Environmental Law Institute:** _"Governing the Gasoline Spigot – Gas Stations and the Transition Away from Gasoline,"_ January 2021, Panelist

**Law360:** _"How to Reliably Value Income-Producing Real Estate,"_ January 2021, Co-Authored with Anthony DellaPelle of McKirdy Riskin Olson & DellaPelle PC

**Commercial Property Executive:** _"What Gas Station Owners Need to Know About the Electric Revolution,"_ September 2019, Podcast

**Real Assets Adviser:** _"5 Questions: Electric vehicles and the end of gasoline stations,"_ December 2019, Author

# Appendix B: Documents Relied Upon

# Documents Relied Upon

## Appraisal Guidance

- Uniform Standards of Professional Appraisal Practice (USPAP)
- The Appraisal of Real Estate, 16th Edition
- Dictionary of Real Estate Appraisal, Eighth Edition
- Hotel Market Analysis and Valuation: International Issues and Software Applications
- Uniform System of Accounts for the Lodging Industry, 11th Revised Edition, American Hotel & Lodging Educational Institute (AHLEI) / Hospitality Financial and Technology Professionals (HFTP)

## Public Domain/Subscription Research

- PwC Real Estate Investor Survey, First Quarter 2026 (National Luxury/Upper Upscale Lodging)
- RERC Real Estate Report, First Quarter 2026
- CoStar/STR, "U.S. Hotel Commentary: December/Full-Year 2023," CoStar STR Benchmark Data Insights Blog (https://www.costar.com/products/str-benchmark/resources/data-insights-blog/us-hotel-commentary-decemberfull-year-2023)
- "CoStar: U.S. ADR and RevPAR Growth Slowed to 2020 Rate in 2024," Lodging Magazine (https://lodgingmagazine.com/costar-u-s-adr-and-revpar-growth-slowed-to-2020-rate-in-2024/)
- CoStar/STR, "U.S. Hotels Report First Full-Year Occupancy, RevPAR Declines Since 2020," CoStar STR Benchmark Press Release, January 20, 2026 (https://www.costar.com/products/str-benchmark/resources/press-releases/us-hotels-report-first-full-year-occupancy-revpar)
- CoStar National Trends, United States Hospitality — March 2026 (data as of April 24, 2026)
- CoStar/STR, "What Is an Occupancy Rate?" CoStar STR Benchmark Data Insights Blog, June 12, 2024 (https://www.costar.com/products/str-benchmark/resources/data-insights-blog/what-occupancy-rate)
- CoStar/STR, "What Is Average Daily Rate (ADR) and How to Calculate It," CoStar STR Benchmark Data Insights Blog, June 12, 2024 (https://www.costar.com/products/str-benchmark/resources/data-insights-blog/what-average-daily-rate-adr-and-how-calculate)
- CoStar/STR, "Revenue Per Available Room (RevPAR)," STR Benchmark Glossary (https://www.costar.com/products/str-benchmark/resources/glossary)
- CoStar/STR, "What Is Hotel Benchmarking?" CoStar STR Benchmark Data Insights Blog (https://www.costar.com/products/str-benchmark/resources/data-insights-blog/what-hotel-benchmarking)

## Other Documents Considered

- Newmark Valuation & Advisory, Appraisal of The Greenbrier Resort (White Sulphur Springs, WV), effective date April 1, 2025 (the "2025 Appraisal")
- STR STAR Reports for The Greenbrier: 2022-2025 (October TTM)
- GHC Historical Financial Statements, 2021 through 2025
- Partner Engineering and Science, Inc., Property Condition Assessment Cost Table — The Greenbrier, White Sulphur Springs, WV, Project No. 24-463118, Tables 1 and 2

Appendix C: Discounted Cash Flow

**EXPERTS WITH IMPACT™**

**Greenbrier Hotel**
**Forecast (FTI)**

| Forecast Year | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of Rooms | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 | 660 |
| Annual Occupancy | 45.0% | 48.0% | 51.0% | 54.0% | 54.0% | 54.0% | 54.0% | 54.0% | 54.0% | 54.0% | 54.0% |
| Average Daily Rate | $ 446.53 | $ 459.92 | $ 473.72 | $ 487.93 | $ 502.57 | $ 517.65 | $ 533.17 | $ 549.17 | $ 565.65 | $ 582.61 | $ 600.09 |
| RevPAR | $ 200.94 | $ 220.76 | $ 241.60 | $ 263.48 | $ 271.39 | $ 279.53 | $ 287.91 | $ 296.55 | $ 305.45 | $ 314.61 | $ 324.05 |
| Days Open | 365 | 366 | 365 | 365 | 365 | 366 | 365 | 365 | 365 | 366 | 365 |
| Number of Annual Rooms Available | 240,900 | 241,560 | 240,900 | 240,900 | 240,900 | 241,560 | 240,900 | 240,900 | 240,900 | 241,560 | 240,900 |
| Number of Rooms Occupied | 108,405 | 115,949 | 122,859 | 130,086 | 130,086 | 130,442 | 130,086 | 130,086 | 130,086 | 130,442 | 130,086 |
| **Operating Revenue** | | | | | | | | | | | |
| Rooms | $ 48,405,613 | $ 53,327,337 | $ 58,200,650 | $ 63,472,945 | $ 65,377,133 | $ 67,522,936 | $ 69,358,600 | $ 71,439,358 | $ 73,582,539 | $ 75,997,659 | $ 78,063,716 |
| Food & Beverage | 38,200,927 | 41,400,542 | 44,548,585 | 47,909,382 | 49,346,664 | 50,931,503 | 52,351,949 | 53,922,507 | 55,540,183 | 57,323,935 | 58,922,662 |
| Other Oper. Dept. Revenue | 20,252,234 | 21,585,608 | 22,895,691 | 24,276,166 | 25,004,451 | 25,789,865 | 26,527,272 | 27,323,090 | 28,142,783 | 29,026,775 | 29,856,734 |
| Gaming | 16,326,826 | 17,401,757 | 18,457,913 | 19,570,816 | 20,157,941 | 20,791,121 | 21,385,599 | 22,027,167 | 22,687,982 | 23,400,634 | 24,069,726 |
| Spa | 4,249,965 | 4,529,776 | 4,804,699 | 5,094,394 | 5,247,226 | 5,412,046 | 5,566,793 | 5,733,796 | 5,905,810 | 6,091,317 | 6,265,486 |
| Retail | 5,294,888 | 5,643,495 | 5,986,012 | 6,346,934 | 6,537,342 | 6,742,686 | 6,935,479 | 7,143,543 | 7,357,850 | 7,588,967 | 7,805,957 |
| Recreation | 4,817,244 | 5,134,404 | 5,446,023 | 5,774,387 | 5,947,618 | 6,134,439 | 6,309,840 | 6,499,135 | 6,694,109 | 6,904,378 | 7,101,794 |
| Total | 137,547,697 | 149,022,918 | 160,339,574 | 172,445,024 | 177,618,375 | 183,324,596 | 188,435,532 | 194,088,598 | 199,911,256 | 206,333,665 | 212,086,075 |
| **Departmental Expenses** | | | | | | | | | | | |
| Rooms | 13,991,786 | 14,812,694 | 15,620,785 | 16,467,983 | 16,962,022 | 17,490,029 | 17,995,042 | 18,534,893 | 19,090,940 | 19,685,217 | 20,253,614 |
| Food & Beverage | 28,877,450 | 30,778,694 | 32,646,728 | 34,615,134 | 35,653,588 | 36,773,501 | 37,824,962 | 38,959,711 | 40,128,502 | 41,388,977 | 42,572,408 |
| Other Oper. Dept. Revenue | - | - | - | - | - | - | - | - | - | - | - |
| Gaming | 8,399,465 | 8,952,472 | 9,495,820 | 10,068,362 | 10,370,413 | 10,696,157 | 11,001,991 | 11,332,051 | 11,672,013 | 12,038,642 | 12,382,861 |
| Spa | 2,045,382 | 2,143,395 | 2,240,590 | 2,341,746 | 2,411,998 | 2,486,060 | 2,558,893 | 2,635,659 | 2,714,729 | 2,798,086 | 2,880,060 |
| Retail | 4,114,568 | 4,311,735 | 4,507,256 | 4,710,745 | 4,852,068 | 5,001,053 | 5,147,566 | 5,301,993 | 5,461,052 | 5,628,737 | 5,793,639 |
| Recreation | 2,655,721 | 2,782,981 | 2,909,179 | 3,040,520 | 3,131,735 | 3,227,897 | 3,322,463 | 3,422,137 | 3,524,801 | 3,633,031 | 3,739,466 |
| Total | 60,084,373 | 63,781,971 | 67,420,357 | 71,244,489 | 73,381,824 | 75,674,697 | 77,850,916 | 80,186,444 | 82,592,037 | 85,172,690 | 87,622,049 |
| **Departmental Profit** | **77,463,325** | **85,240,947** | **92,919,216** | **101,200,535** | **104,236,551** | **107,649,899** | **110,584,616** | **113,902,154** | **117,319,219** | **121,160,974** | **124,464,026** |
| **Undistributed Operating Expenses** | | | | | | | | | | | |
| Administrative and General | 28,828,782 | 30,210,234 | 31,580,154 | 33,005,905 | 33,996,082 | 35,039,948 | 36,066,494 | 37,148,489 | 38,262,944 | 39,437,826 | 40,593,214 |
| Sales and Marketing | 3,910,767 | 4,140,214 | 4,366,079 | 4,602,875 | 4,740,961 | 4,888,541 | 5,029,694 | 5,180,585 | 5,336,003 | 5,502,106 | 5,660,975 |
| Property Operation and Maintenance | 7,615,136 | 7,980,047 | 8,341,912 | 8,718,525 | 8,980,081 | 9,255,818 | 9,526,981 | 9,812,790 | 10,107,174 | 10,417,520 | 10,722,716 |
| Utilities | 4,143,513 | 4,342,067 | 4,538,963 | 4,743,884 | 4,886,200 | 5,036,233 | 5,183,777 | 5,339,290 | 5,499,469 | 5,668,333 | 5,834,395 |
| Total | 44,498,198 | 46,672,562 | 48,827,108 | 51,071,188 | 52,603,324 | 54,220,541 | 55,806,947 | 57,481,155 | 59,205,590 | 61,025,785 | 62,811,301 |
| **Gross Operating Profit** | **32,965,127** | **38,568,386** | **44,092,108** | **50,129,346** | **51,633,227** | **53,429,358** | **54,777,669** | **56,420,999** | **58,113,629** | **60,135,190** | **61,652,725** |
| Management Fees | 4,126,431 | 4,470,688 | 4,810,187 | 5,173,351 | 5,328,551 | 5,499,738 | 5,653,066 | 5,822,658 | 5,997,338 | 6,190,010 | 6,362,582 |
| **Income Before Non-Oper. Inc. & Exp.** | **28,838,696** | **34,097,698** | **39,281,921** | **44,955,996** | **46,304,676** | **47,929,620** | **49,124,603** | **50,598,341** | **52,116,291** | **53,945,180** | **55,290,143** |
| **Undistributed Operating Expenses** | | | | | | | | | | | |
| Property Taxes | 1,991,170 | 2,050,905 | 2,112,433 | 2,175,806 | 2,241,080 | 2,308,312 | 2,377,562 | 2,448,888 | 2,522,355 | 2,598,026 | 2,675,966 |
| Insurance | 3,591,067 | 3,698,799 | 3,809,763 | 3,924,056 | 4,041,777 | 4,163,031 | 4,287,922 | 4,416,559 | 4,549,056 | 4,685,528 | 4,826,094 |
| Other Non-Operating | - | - | - | - | - | - | - | - | - | - | - |
| Total | 5,582,237 | 5,749,704 | 5,922,196 | 6,099,861 | 6,282,857 | 6,471,343 | 6,665,483 | 6,865,448 | 7,071,411 | 7,283,554 | 7,502,060 |
| **Income Before Reserves** | **23,256,458** | **28,347,994** | **33,359,725** | **38,856,134** | **40,021,818** | **41,458,277** | **42,459,120** | **43,732,893** | **45,044,880** | **46,661,626** | **47,788,083** |
| Reserve for Replacement | 3,695,582 | 16,515,535 | 5,932,898 | 5,472,787 | 6,029,250 | 7,003,899 | 4,840,330 | 5,583,105 | 3,944,532 | 9,800,687 | 8,483,443 |
| **Net Operating Income After Reserves** | **$ 19,560,876** | **$ 11,832,459** | **$ 27,426,827** | **$ 33,383,347** | **$ 33,992,568** | **$ 34,454,378** | **$ 37,618,790** | **$ 38,149,788** | **$ 41,100,348** | **$ 36,860,939** | **$ 39,304,640** |

**Greenbrier Hotel**

**As-Is DCF (FTI)**

| Assumptions | |
|---|---|
| Discount Rate | 10.00% |
| Terminal Cap Rate | 8.50% |
| Cost of Sale | 2.00% |
| Reversion Year | 10 |

| CF Year | Net Cashflow | Net Reversion | Undiscounted CF | Discount Factor | Discounted CF |
|---|---|---|---|---|---|
| 1 | $ 19,560,876 | | $ 19,560,876 | 0.909 | $ 17,782,615 |
| 2 | $ 11,832,459 | | $ 11,832,459 | 0.826 | $ 9,778,892 |
| 3 | $ 27,426,827 | | $ 27,426,827 | 0.751 | $ 20,606,181 |
| 4 | $ 33,383,347 | | $ 33,383,347 | 0.683 | $ 22,801,275 |
| 5 | $ 33,992,568 | | $ 33,992,568 | 0.621 | $ 21,106,710 |
| 6 | $ 34,454,378 | | $ 34,454,378 | 0.564 | $ 19,448,598 |
| 7 | $ 37,618,790 | | $ 37,618,790 | 0.513 | $ 19,304,387 |
| 8 | $ 38,149,788 | | $ 38,149,788 | 0.467 | $ 17,797,158 |
| 9 | $ 41,100,348 | | $ 41,100,348 | 0.424 | $ 17,430,560 |
| 10 | $ 36,860,939 | $ 453,159,379 | $ 490,020,318 | 0.386 | $ 188,924,045 |
| 11 | $ 39,304,640 | | | | |

| | |
|---|---|
| Market Value "As Is" Rounded | $ 355,000,000 |
| Immediate and Short-Term Capital Deduction | $ (8,087,472) |
| Market Value (including excess land) | $ 347,000,000 |
| Market Value "As Is" Per Key | $ 537,879 |
| Implied Cap Rate | 5.64% |

| Discounted Cash Flow Analysis | |
|---|---|
| Year 11 NOI | $ 39,304,640 |
| Terminal Cap Rate | 8.50% |
| Terminal Value | $ 462,407,529 |
| Less Cost of Sale | $ (9,248,151) |
| Net Reversion | $ 453,159,379 |

EXPERTS WITH **IMPACT**™

**Appendix E: Other Appraisals Review Report**



# Appraisal Review Report

**Documents Under Review:**

**Appraisal Report of Real Property**

**As-Is Market Value**

**The Greenbrier - Cottages, Estate Homes and Developer Lots (Two Reports)**

**The Greenbrier - Oakhurst Planned Resort Development and Excess Land**

**The Greenbrier - Timber and Farm Acreage**

**Valuation Dates Under Review:**

**May 1, 2025: Cottages, Estate Homes and Developer Lots**

**April 16, 2023: Cottages, Estate Homes and Developer Lots**

**April 14, 2023: Oakhurst Planned Resort Development and Excess Land**

**April 14, 2023: Timber and Farm Acreage**

**Prepared for:**

**Mr. Richard Kanowitz, Partner**

**Haynes Boone, LLP**

**30 Rockefeller Plaza, 26th Floor**

**New York, NY 10112**

**Prepared by:**

**Mark S. Dunec, MAI, CRE, FRICS**

**Senior Managing Director**

**973.852.8241**

**mark.dunec@fticonsulting.com**

*May 29, 2026*

EXPERTS WITH IMPACT™

56 Livingston Avenue, Suite 400, Roseland, NJ 07068

+1 973.852.8100 telephone | +1 973.364.8464 fax | fticonsulting.com

May 29, 2026

Richard Kanowitz, Partner
Haynes Boone, LLP
30 Rockefeller Plaza, 26th Floor
New York, NY

**Re:  Appraisal Review Reports**
**The Greenbrier - Cottages, Estate Homes and Developer Lots at 101 Main Street West[1]**
**The Greenbrier - Cottages, Estate Homes and Developer Lots at 101 Main Street West[2]**
**The Greenbrier - Oakhurst Planned Resort Development and Excess Land[3]**
**The Greenbrier - Timber and Farm Acreage at Karnes Bottom Road[4]**

Dear Mr. Kanowitz:

FTI Consulting, Inc. ("FTI") is pleased to transmit this Appraisal Review Report ("Review Report") consisting of the following Appraisals ("Appraisal Reports"):

- The Greenbrier Cottages, Estate Homes and Developer Lots located at 101 Main Street West, White Sulphur Springs, WV 24986 prepared by Brian M Johnson and Pamela Yeschenko, MAI ("2025 Newmark Appraiser") of Newmark.

- The Greenbrier Cottages, Estate Homes and Developer Lots located at 101 Main Street West, White Sulphur Springs, WV 24986 prepared by Brian M Johnson and Bryan Younge, MAI, ASA, FRICS ("2023 Newmark Appraiser") of Newmark.

- The Greenbrier Oakhurst Planned Resort Development and Excess Land located at 1 Montague Drive, White Sulphur Springs, WV 24986 prepared by Chase Jones, MAI, ASA ("CBRE Appraiser") of CBRE.

- The Greenbrier Timber and Farm Acreage located at Karnes Bottom Road, Gap Mills, WV 24941 prepared by Chase Jones, MAI, ASA CBRE Appraiser, as defined above.

The Appraisal Reports are to be referred to as the following:

- The Greenbrier Cottages, Estate Homes and Developer Lots Appraisals ("Cottages") and ("2025 Cottages").

- The Greenbrier Oakhurst Planned Resort Development and Excess Land Appraisal ("Oakhurst").

- The Greenbrier Timber and Farm Acreage ("Timber").

Each of the properties above are referred to as either the "Subject Property" and/or the "Property" or "Properties") within our Review Report, the appraisal reports are called either the "Appraisal" or "Appraisals" and the appraisers are referred to as "Appraiser" or Appraisers".

---

[1] The Greenbrier Residential and Lots – 2025
[2] Newmark April 2023 of the Cottages_Homes_Land
[3] CBRE April 2023 of Oakhurst
[4] CBRE April 2023 of Greenbrier Timber and Farm Acreage

The Properties are owned and operated in conjunction with the Greenbrier Resort, located at 101 Main Street West, White Sulphur Springs, WV 24986 is called "The Greenbrier."

The effective dates of value are as follows:

- May 1, 2025: Newmark Appraisal Report

- April 16, 2023: Newmark Appraisal Report

- April 14, 2023: CBRE Oakhurst Appraisal Report and

- April 14, 2023: CBRE Timber/Farm Appraisal Report.

The effective date of this Review Report is May 29, 2026 and has been prepared in conformance with the reporting requirements set forth under Standards Rule 3 & 4 of Uniform Standards of Professional Appraisal Practice ("USPAP")[5] 2024 as adopted for an appraisal review.

This Review Report has been prepared at the request of Haynes Boone, LLP ("Counsel") in connection with its representation of White Sulphur Springs Holdings, LLC ("Client"). Counsel and Client are the intended users of this Review Report for use in litigation proceedings. It is also understood that our Review Report will be exchanged with opposing counsel and the court and future testimony may be required. Neither the undersigned nor FTI Consulting, Inc. are responsible for any unauthorized use of this Review Report by any entity other than the parties noted above. It may not be distributed to or relied upon by any other persons or entities.

The opinions and conclusions presented in this Review Report are based solely on the information considered to date. Should additional information or documents be produced at a later date, my opinions and conclusions could be adjusted to reflect such information.

Respectfully submitted,

**FTI Consulting, Inc.**
Mark S. Dunec, MAI, CRE, FRICS
Senior Managing Director | Real Estate Solutions
WV Certified General Real Estate Appraiser License Number: CG3369

---

[5] 2024USPAP + 2026GRM_091325.pdf

# Table of Contents

SUMMARY OF SALIENT FACTS & CONCLUSIONS - THE GREENBRIER COTTAGES, ESTATE HOMES AND DEVELOPER LOTS............2

SUMMARY OF SALIENT FACTS & CONCLUSIONS - THE GREENBRIER OAKHURST PLANNED RESORT DEVELOPMENT AND EXCESS LAND ..................................................................................................................................................4

SUMMARY OF SALIENT FACTS & CONCLUSIONS - THE GREENBRIER TIMBER AND FARM ACREAGE ..............6

EXTRAORDINARY ASSUMPTIONS AND HYPOTHETICAL CONDITIONS ...........................................................8

SCOPE OF WORK ..................................................................................................................................9

SUMMARY OF OPINIONS ........................................................................................................................9

CONCLUSION .....................................................................................................................................19

ASSUMPTIONS AND LIMITING CONDITIONS ............................................................................................20

CERTIFICATION STATEMENT ................................................................................................................23

APPENDIX A : PROFESSIONAL QUALIFICATIONS .....................................................................................24

APPENDIX B: DOCUMENTS RELIED UPON ............................................................................................25

APPENDIX C:  GREENBRIER HISTORICAL COTTAGE SALES PRICES AND PROCEEDS .................................27

APPENDIX D: DISCOUNTED CASH FLOW SCENARIO A ...........................................................................29

APPENDIX E: DISCOUNTED CASH FLOW SCENARIO B ...........................................................................31

**EXPERTS WITH IMPACT™**

# Summary of Salient Facts & Conclusions - The Greenbrier Cottages, Estate Homes and Developer Lots

The following is an executive summary of the information that we present in more detail in this Review Report.

| Assignment Information | |
| --- | --- |
| Date of Appraisal Review: | May 29, 2026 |
| Report Type: | Appraisal Review Report |
| Intended Use and User(s): | The intended use of this Review Report is to assess whether the Appraisal Report is credible and compliant with USPAP. |
| | Counsel and Client are the intended users of this Review Report for use in litigation proceedings. It is also understood that our Review Report will be exchanged with opposing counsel and the court and future testimony may be required. |

| Summary of Salient Facts (per the Appraisal Report Under Review) | |
| --- | --- |
| Report Type: | Appraisal Report |
| Date of Appraisal Reports: | May 20, 2025; April 21, 2023 |
| Signor(s) of Certification: | Brian M. Johnson (2023 and 2025 Cottages); Pamela Yeschenko, MAI (2025 Cottages), Bryan Younge, MAI, ASA, FRICS (2023 Cottages) |
| Valuation Date(s): | May 1, 2025; April 16, 2023 |
| Indicated Interest Appraised: | Fee Simple |
| Types of Values: | "As Is" Market Value |
| Intended Use and Intended User(s): | In 2025: The intended use of the Appraisal Report is for loan financing/internal client review. The client, Raymond James & Associates, Inc. is also the intended user. |
| | In 2023: The intended use of the Appraisal Report is for loan financing/internal client review. The client, CLMG Corporation, is also the intended user. |
| Date of Inspection: | In 2025: None; In 2023: April 16, 2023 |
| Value Conclusion for the Property: | In 2025: $99,000,000; In 2023: $110,400,000 |
| | In 2025: The 61 developer lots were valued at $15,100,000 and the 4 estate homes/54 cottages were valued at $83,900,000. |
| | In 2023: The 61 developer lots were valued at $16,400,000 and the 4 estate homes/54 cottages were valued at $94,000,000. |

## Summary of Salient Facts (per the Appraisal Report Under Review)

| | |
|---|---|
| Extraordinary Assumptions: | None stated |
| Hypothetical Conditions: | None stated |
| Location: | 101 Main Street West, White Sulphur Springs, West Virginia 24986 |
| Description of the Subject: | The Subject Property includes cottages and estate homes that are part of the 223±-acre Greenbrier Resort site and 61 residential lots comprising 124± acres located within the Greenbrier Sporting Club property that are available for sale. The cottages and estate homes benefit from their immediate location adjacent to the 660-room Greenbrier hotel. |
| Current Ownership: | The current ownership includes the following entities: |
| | Greenbrier Hotel Corporation (GHC) |
| | The Greenbrier Sporting Club Development Company, Inc. |
| Recent Sales & Offer History: | The Property has not sold or transferred within three years of the effective date of the appraisal. |

# Summary of Salient Facts & Conclusions - The Greenbrier Oakhurst Planned Resort Development and Excess Land

The following is an executive summary of the information that we present in more detail in this Review Report.

| Assignment Information | |
|---|---|
| Date of Appraisal Review: | May 29, 2026 |
| Report Type: | Appraisal Review Report |
| Intended Use and User(s): | The intended use of this Review Report is to assess whether the Appraisal Report is credible and compliant with USPAP. |
| | Counsel and Client are the intended users of this Review Report for use in litigation proceedings. It is also understood that our Review Report will be exchanged with opposing counsel and the court and future testimony may be required. |

| Summary of Salient Facts (per the Appraisal Report Under Review) | |
|---|---|
| Report Type: | Appraisal Report |
| Date of Appraisal Report: | April 28, 2023 |
| Signor(s) of the Letter of Transmittal: | Chase Jones, MAI, ASA |
| Signor(s) of Certification: | Chase Jones, MAI, ASA |
| Valuation Date(s): | April 14, 2023 |
| Indicated Interest Appraised: | Fee Simple |
| Types of Values: | "As Is" Market Value |
| Intended Use and Intended User(s): | The intended use of the appraisal is for financing. The client, CLMG Corporation, is also the intended user. |
| Date of Inspection: | April 14, 2023 |
| Value Conclusion for the Property: | $52,500,000 |
| | The land value (Oakhurst primary site) was valued at $47,300,000 and the excess land value (mountain land) was valued at $5,200,000. |

| Summary of Salient Facts (per the Appraisal Report Under Review) | |
|---|---|
| Extraordinary Assumptions: | It is assumed that the acreage provided by the client and verified by the county records is accurate. |
| | Estimated costs and financial information for the proposed Oakhurst portion of the development were provided by the owners are assumed to be reasonably accurate. |
| Hypothetical Conditions: | None stated |

**EXPERTS WITH IMPACT™**

| | |
|---|---|
| Location: | 1 Montague Drive, White Sulphur Springs, West Virginia 24986 |
| Description of the Subject: | The Subject Property is comprised of numerous tax parcels of land totaling 3,243± acres located at 1 Montague Drive and nearby areas. There is a proposed plan to develop the 1,577± acre Oakhurst portion (the primary site). Plans would involve the renovation of the existing Oakhurst Links 9-hole golf course and the development of 373 residential lots, a new mountaintop golf course and ski slopes. There are several existing structures on this portion considered to have nominal value. |
| | The remaining 1,666 raw acres (primarily wooded mountain land) are considered excess as they are not contiguous with the primary site or involved in the proposed development. |
| Current Ownership: | Oakhurst Club, LLC |
| Recent Sales & Offer History: | The Property has not sold or transferred within three years of the effective date of the appraisal. |

# Summary of Salient Facts & Conclusions - The Greenbrier Timber and Farm Acreage

The following is an executive summary of the information that we present in more detail in this Review Report.

| Assignment Information | |
|---|---|
| Date of Appraisal Review: | May 29, 2026 |
| Report Type: | Appraisal Review Report |
| Intended Use and User(s): | The intended use of this Review Report is to assess whether the Appraisal Report is credible and compliant with USPAP. |
| | Counsel and Client are the intended users of this Review Report for use in litigation proceedings. It is also understood that our Review Report will be exchanged with opposing counsel and the court and future testimony may be required. |

| Summary of Salient Facts (per the Appraisal Report Under Review) | |
|---|---|
| Report Type: | Appraisal Report |
| Date of Appraisal Report: | April 27, 2023 |
| Signor(s) of the Letter of Transmittal: | Chase Jones, MAI, ASA |
| Signor(s) of Certification: | Chase Jones, MAI, ASA |
| Valuation Date(s): | April 14, 2023 |
| Indicated Interest Appraised: | Fee Simple |
| Types of Values: | "As Is" Market Value |
| Intended Use and Intended User(s): | The intended use of the Appraisal Report is for financing. The client, CLMG Corporation, is also the intended user. |
| Date of Inspection: | April 14, 2023 |
| Value Conclusion for the Property: | $59,000,000 |

| Summary of Salient Facts (per the Appraisal Report Under Review) | |
|---|---|
| Extraordinary Assumptions: | A current timber survey of the subject property was requested but not available. It was indicated that a timber survey completed a number of years ago reportedly suggested that the timber was predominately medium to old growth and likely in the $30M to $50M value range. For the purposes of this analysis and in consideration with what has been discussed with the current owners and the prior timber survey report, it has been assumed that the subject does consist of predominately medium-to-old growth hardwoods. Prior timber value range has also been considered in the valuation. |

**EXPERTS WITH IMPACT™**

It is assumed that the acreage provided by the client and verified by the county records is accurate.

An exterior only inspection of the improvements was performed and it is assumed that the interior condition is similar to what was inspected on the exterior.

| | |
|---|---|
| Hypothetical Conditions: | At the client's request, it was assumed that the metallurgical coal reserves does not exist and any inherent mineral rights value has not been considered in the analysis. |
| Location: | Karnes Bottom Road, Gap Mills, West Virginia 24941 |
| Description of the Subject: | The Subject Property is comprised of 41 parcels of timber and agricultural land totaling 17,713± acres located in Fayette and Monroe Counties, WV within 10± miles of the Greenbrier Resort. From the land total, 1,100± acres is comprised of open land being used for agriculture/farming and recreation. The remaining 16,613± acres are timber tracts with some metallurgical coal reserves (not considered in the report) at the client's request). |
| | The Subject Property also consists of 20± structures (houses, sheds, barns, and grain silos) on portions of the Monroe County tracts that have added utility and additional contributory value to the underlying land value. |
| Current Ownership: | Bellwood Corporation |
| Recent Sales & Offer History: | The Property has not sold or transferred within three years of the effective date of the appraisal. |

# Extraordinary Assumptions and Hypothetical Conditions

## Extraordinary Assumptions

An extraordinary assumption is defined by the USPAP as "an assignment-specific assumption as of the effective date regarding uncertain information used in an analysis which, if found to be false, could alter the appraiser's opinions or conclusions.

Comment [per USPAP]: Uncertain information might include physical, legal, or economic characteristics of the subject property; or conditions external to the property, such as market conditions or trends, or the integrity of data used in an analysis."[6]

This Review Report does not employ any extraordinary assumptions.

## Hypothetical Conditions

A hypothetical condition is defined by the USPAP as "a condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.

Comment [per USPAP]: Hypothetical conditions are contrary to known facts about physical, legal, or economic characteristics of the subject property; or about conditions external to the property, such as market conditions or trends; or about the integrity of data used in an analysis."[7]

This Review Report does not employ any hypothetical conditions.

---

[6] USPAP, p. 4
[7] USPAP, p. 4

# Scope of Work

The scope of work associated with completion of this Review Report includes the following:

- Opining as to whether the 2023 Appraisals with their respective As Is market values should be relied upon.

- If applicable, make corrections to cure a deficiency.

# Summary of Opinions

**Based on my review of the Appraisal Reports, it is my opinion that they are flawed, not market supported, do not represent current market value and should not be relied upon.**

**Opinion A**

**The Appraisers' valuations are unreliable because they are outdated and attribute premiums to the As Is market values of both the Oakhurst and Cottages to account for the enhanced amenities and brand identity created by their association with The Greenbrier, which is not a part of the interest appraised.**

The Appraisers attribute pricing premiums, reduced risk and increased buyer interest to their relationship with The Greenbrier. The Cottages market analysis, highest and best use, and development approach,[8] and Oakhurst's market analysis, highest and best use and land value[9] are all reliant upon the prestige and amenities provided by their association with The Greenbrier.

The quotes below offer a limited sample of the Appraisers' linking their analysis, and ultimately their As Is Market values, to The Greenbrier:

- "According to brokers, branded residences—those affiliated with hotels or other high-end companies—are attracting buyers left and right, according to a report in The Wall Street Journal in 2023."[10]

- "The subject cottages and estate homes benefit from their immediate location adjacent to the 660-room Greenbrier hotel."[11]

- "Buyers at the Greenbrier for the cottages and estate homes will have access to the amenities of the hotel."[12]

- "For the subject, risk is significantly minimized for this product, as the owner is selling finished homes with branding to the Greenbrier hotel."[13]

---

[8] The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report, p. 63, 64, and 65
[9] The Greenbrier Oakhurst Planned Resort Development & Residual Non- Contiguous Raw Land, p. 48, 50, and 56
[10] The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report, p. 84
[11] The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report, p. 2
[12] The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report, p. 3
[13] The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report, p. 88

- "Given the subject's large size and extremely unique development plan as part of a nationally known resort community, a national search of sales was performed and used primarily in support of the land residual analysis completed" [14]

- "According to brokers, branded residences—those affiliated with hotels or other high-end companies—are attracting buyers left and right, according to a report in The Wall Street Journal in 2023." [15]

The Appraisal Reports have an effective date of value of April 2023, over three years before the date of my Review Report.

Although, I do not believe it is ever appropriate to rely on appraisals that are over three-years old, it is especially concerning in this instance, because the Appraisers base many of their key valuation assumptions for both the Cottages and Oakhurst Appraisals on these Properties' association with The Greenbrier. As shown in my 2025 Appraisal Review Report of The Greenbrier, The Greenbrier's operating performance relative to its competitive set across almost every metric and every year reflects a sustained and accelerating decline. The competitive set — properties of similar type, scale, and market positioning was selected by The Greenbrier's own management.

The rapid deterioration in The Greenbrier will negatively impact the Cottages and Oakhurst As Is market values, as they are reliant upon The Greenbrier's brand identity.

## Opinion B [16]

**The Cottages' 2023 Appraisal Report includes 10 units that sold after the date of value for $13,457,650 and proceeds of $10,605,074. [17] Because these units are no longer part of the Property, they should be excluded from the current As Is market value.**

The units presented below have already sold, [18] are therefore no longer a part of the Cottages salable inventory, these units should therefore be eliminated from the Cottages valuation.

---

[14] The Greenbrier Oakhurst Planned Resort Development & Residual Non- Contiguous Raw Land, p. 56
[15] The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report, p. 84
[16] Opinions B through D are limited to the Cottages
[17] Units sold per The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report (2025), p 65-66 and proceeds per Carter Bank provided "Cottages Sales" Excel file.
[18] Ibid

      **EXPERTS WITH IMPACT™**

| No. | Unit | Name | Date Sold | 2025 Appraisal Price | Actual Sale Proceeds | Discount |
|-----|------|------|-----------|---------------------:|---------------------:|---------:|
| 1. | 9 | Rhododendron | 5/30/2024 | $1,194,000 | $895,996 | (25.0)% |
| 2. | 6 | Honeysuckle | 5/30/2024 | 1,194,000 | 895,995 | (25.0)% |
| 3. | 4 | Honeysuckle | 6/17/2024 | 1,194,000 | 775,609 | (35.0)% |
| 4. | 5 | Honeysuckle | 6/17/2024 | 1,144,000 | 848,519 | (25.8)% |
| 5. | 10 | Rhododendron | 7/1/2024 | 1,194,000 | 695,248 | (41.8)% |
| 6. | 7 | Hydrangea | 7/11/2024 | 1,194,000 | 894,995 | (25.0)% |
| 7. | 12 | Hydrangea | 10/29/2024 | 1,194,000 | 1,121,731 | (6.1)% |
| 8. | 3 | Hydrangea | 11/14/2024 | 1,194,000 | 1,121,333 | (6.1)% |
| 9. | 3 | Rhododendron | 11/21/2024 | 1,086,000 | 956,936 | (11.9)% |
| 10. | D | Dogwood | 12/11/2024 | 2,869,650 | 2,398,713 | (16.4)% |
| **Total/Average** | | | | **$13,457,650** | **$10,605,074** | **(21.8)%** |

**Opinion C**

**Actual sales activity in the first two years has proven the Cottages' appraisal to be both overly optimistic and fundamentally flawed. I made limited corrections to the 2025 Cottages appraisal under two alternate scenarios, which reduced the As Is market value from $8.8 to $23.1 million.**

As discussed below, the Cottages appraisal reflected significantly lower costs of sale, and a much faster absorption period than what actually occurred, causing inflated and inaccurate valuation conclusions.

- The Appraiser estimated the Cottages would pay combined commissions/closing costs of 4.5% of the sales price; however, from 8/9/2022- 12/11/2024,[19] 24 properties sold at an average 21.4% discount of sale price to sales proceeds as shown in Appendix C.[20]

- The Appraiser projected 33 of the unsold cottages and estate homes, accounting for $79,428,553, would sell during the first two years of the analysis, or by April 15, 2025.[21] However, as presented above only 10 units sold for aggregate proceeds of $10,605,074,[22] dramatically underperforming projections.

- The Appraiser projected 16 vacant lots would sell within two years, or by April 15, 2025. However, no vacant lots sold during this period.[23]

---

[19] The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report, p 89
[20] Units sold and appraisal price per The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report (2025), p 65-66 and proceeds per Carter Bank provided "Cottages Sales" Excel file
[21] The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report, p 89
[22] Units sold and appraisal price per The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report (2025), p 65-66 and proceeds per Carter Bank provided "Cottages Sales" Excel file
[23] The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report, p 80

EXPERTS WITH IMPACT™

<u>Revised Sellout Analysis</u>

To correct for the issues noted above (rapid absorption and unsupported discount to sale price), I revised the sellout analysis in the 2025 Cottages appraisal to reflect the assumptions below; all other assumptions remain unchanged (Please see Appendix D for this analysis). As shown below, my revised sellout projections range from 10.5% to 27.5% less than the 2025 Cottages appraisal.

<u>Cottages Sellout Analysis Scenario A: Five Sales per Year</u>

From April 2023 (the 2023 appraisal date) to May 2025 (the 2025 appraisal date) 10 units sold over approximately 2.04 years, equating to an average annual sales velocity of five units per year (4.90 unrounded).[24] I recalculated the Cottages sellout in the 2025 appraisal using the following assumptions (see Appendix D):

- FTI total selling costs increased from 4.5% to 6.0% to align with the lower end of the range of discounts of recent sale proceeds relative to sale price. Please note I have taken a conservative position as the deduction to the As Is market value would be greater if I applied the average 21.4% discount observed from 8/9/2022- 12/11/2024.[25]

- I adjusted sales velocity to reflect the average sales velocity from April 2023 to May 2025, extending the projected sellout for the remaining 48 unsold units from year 4 to year 10.

After revising the key assumptions above to reflect recent market activity, the resulting present value of The Cottages sellout is reduced to $60.8 million, or 27.5% less than the $83.9 million As Is value in the 2025 appraisal.

<u>Cottages Sellout Analysis Scenario B: Nine Sales per Year.</u>

From August 2022 (the date of the initial sale) to May 2025 (the 2025 Appraisal Date), 24 units sold over approximately 2.75 years, equating to an average annual sales velocity of nine units per year (8.73 unrounded).[26]

---

[24] Units sold and appraisal price per The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report (2025), p 65-66 and proceeds per Carter Bank provided "Cottages Sales" Excel file
[25] Ibid
[26] Ibid

As above, I recalculated the Cottages sellout in the 2025 appraisal using the following assumptions (see Appendix E):

- FTI total selling costs increased from 4.5% to 6.0% to align with the lower end of the range of discounts of recent sale proceeds relative to sale price.

- Sales velocity adjusted to reflect the average sales velocity from August 2022 to May 2025, extending the projected sellout for the remaining 48 units from year four to year six.

After revising key assumptions to reflect recent market activity, the resulting present value of the Cottages sell out is reduced to $75.1 million, or 10.5% less than the $83.9 million in the 2025 appraisal.

## Opinion D

**I noted multiple calculation errors within the Cottages appraisal, further rendering the Appraiser's findings unreliable.**

Within the Cottages, the Appraiser calculates separate sellouts for vacant lots ("Lots") and lots with existing single-family homes i.e. estate homes and cottages ("Improved").  As discussed below, we identified calculation errors in each sellout value.

Lots Total Expenses

As depicted below, the Appraiser incorrectly adds sales commissions and closing costs (for example in year 7 he projects sales commissions of $162,073 and closing costs of $60,777, which equals $222,850 ($162,073+$60,777), however, the Appraiser models total expenses of $274,404 ($274,4044-$222,850), a $51,554 calculation error.  The Appraiser makes similar miscalculations in eight of the ten years of the analysis, an aggregate error of $209,148.[27]

|  | | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sales Commissions | A | $144,000 | $144,000 | $108,000 | $111,240 | $114,577 | $118,015 | $162,073 | $139,113 | $143,286 | $147,585 |
| Closing Costs | B | 72,000 | 72,000 | 54,000 | 55,620 | 57,289 | 59,007 | 60,777 | 52,167 | 53,732 | 55,344 |
| Total Expenses (if calculated correctly) | C | 216,000 | 216,000 | 162,000 | 166,860 | 171,866 | 177,022 | 222,850 | 191,280 | 197,018 | 202,929 |
| | | | | | | | | | | | |
| Total Expenses (as depicted in the Report) | | 216,000 | 222,357 | 167,637 | 171,778 | 171,866 | 190,935 | 274,404 | 234,953 | 239,264 | 243,779 |
| Variance | | - | $6,357 | $5,637 | $4,918 | $0 | $13,913 | $51,554 | $43,673 | $42,246 | $40,850 |

---

[27] The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report, p 80

Improved Expenses

The Appraiser makes a similar error as above, miscalculating expenses by an aggregate $4,079.[28]

|  |  | Year 1 | Year 2 | Year 3 | Year 4 |
|---|---|---|---|---|---|
| Sales Commissions | A | $958,488 | $1,536,744 | $924,330 | $610,353 |
| Closing Costs | B | $479,244 | $768,372 | $462,165 | $305,176 |
| Total Expenses (if calculated correctly) | C | 1,437,732 | 2,305,116 | 1,386,495 | 915,529 |
| | | | | | |
| Total Expenses (as depicted in the Report) | | 1,437,732 | 2,308,115 | 1,387,575 | 915,529 |
| Variance | | - | **$2,999** | **$1,080** | **($0)** |

Average Lot Price

The Appraiser concludes to a $550,000 average price per lot;[29] however, he applies a sales price of $600,000, which appears to be a mistake as he does not explain or reference this disconnect. This error overstates the As Is market value by 9.1% ($50,000 overstatement -/ $550,000 estimated average price per lot). He applies a value of $550,000 per lot in the 2025 Cottages appraisal, seemingly addressing this error.[30]

Sales Commissions

The Appraiser states, "we assumed 3% total sale commissions"[31] however, he models sales commissions of 3.0% from years one through six, and incorrectly models commissions of 4% from year seven through the end of the absorption period.[32]

**Opinion E[33]**

**The Oakhurst appraisal fails to account for, or even address, the substantial competition created by the unsold Cottage Lots.**

The Cottage Lots are a part of The Greenbrier and have utilities, including public water and sewer systems.[34] Although the Lots appear to be better located and more highly developed than Oakhurst, which does not have utilities,[35] the Oakhurst appraisal fails to account for the additional risk presented by the 61 unsold units

---

[28] The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report, p 89
[29] The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report, p. 78
[30] The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report (2025), p. 64
[31] The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report, p. 78
[32] The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report, p. 80
[33] Opinions E to F are limited to Oakhurst
[34] The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report, p. 70
[35] The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report (2025), p. 23

against which Oakhurst would seemingly compete, and fails to address why a developer would purchase and develop Oakhurst when only 15 Cottage Lots sold between 2018 and 2023, an average of 2.5 annually.[36]

**Opinion F**

**Utilizes inapplicable 'Comparables' when developing the Sales Comparison Approach.**

The Sales Comparison Approach estimates market value reflecting the market's perception that the value of a property is directly related to the prices of comparable competitive properties; it analyzes the Subject Property's market value based on prices paid in actual market transactions involving properties that have a similar highest and best use to that of the subject.

The reliability of this technique depends on (a) the degree of comparability of the property appraised with each sale, (b) the length of time since the sale, (c) the accuracy of the sales data, and (d) the absence of unusual conditions affecting the sale.

The Appraiser then analyzes the comparable sales to derive market supported adjustments that reflect the significant differences between the comparable sales and the Property; general adjustment categories include buyer expenditures, property rights conveyed, finance terms, conditions of sale, market conditions, location and physical characteristics.

The Appraiser relies on inappropriate comparables (dated, non-comparable sizes and locations) and fails to provide sufficient market support or analysis (effort) to derive market-supported adjustments. The compounding effect of these deficiencies renders his conclusions unreliable.

The Appraiser bifurcates the Oakhurst values into two segments ("Primary", or land to be sold for residential development, to which he attributes 90.1% of the As Is market value, and residual mountain timber land "Timber Land", 9.9% of the As Is market value).[37] Below, I provide a selected list of the deficiencies in the Primary Sales Comparison Approach:

---

[36] The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report (2025), p. 59
[37] The Greenbrier Oakhurst Planned Resort Development & Residual Non- Contiguous Raw Land, letter of transmittal

- Transaction Date – Comparable four sold in August 2016, over seven years before the Appraisers Date of Value and almost ten years prior to the date of my Review Report. The Appraiser applied an upward adjustment of 2.5% annually but provides no support for this conclusion.[38]  Both the selection of such a dated comparable and the failure to adequately support his adjustment render his conclusion unreliable.

- Zoning/Density – Although the Appraiser adjusts comparables 1 and 2 within the Timber Land Sales Comparison analysis for Zoning/Density/Site Utility, he fails to even include this adjustment categories in the Primary Sales Comparison Analysis even though it is a key consideration of land valuation.[39]

- Location – As shown in the map below, the Appraiser includes no West Virgina "comparables," relying on sales in Georgia, Florida, Texas and even New York.  The Appraiser only applies a locational adjustment to one of the four comparables, applying a 15% downward adjustment to comparable 3 (Texas).  He then fails to support this adjustment, stating only that this comparable "has a superior location in the path of growth in suburban Dallas."[40]



- Size – Three of the comparables selected by the Appraiser are significantly smaller than the Subject, the Appraiser applies downward adjustments of 10% to comparables 1, 3 and 4, but does not support these

---

[38] The Greenbrier Oakhurst Planned Resort Development & Residual Non- Contiguous Raw Land, p. 58

[39] Appraisers need to be especially diligent about zoning issues and should not assume that the zoning specifies a certain use" (Land Valuation Real Solutions to Complex Issues, p. 41 or PDF p. 56).  It is important to determine if the use and zoning of the comparables are the same or similar to the use and zoning of the subject site in terms of density, permitted uses, etc.  (Land Valuation Real Solutions to Complex Issues, p. 50 or PDF p. 65)

[40] The Greenbrier Oakhurst Planned Resort Development & Residual Non- Contiguous Raw Land, p. 58

adjustments or explain why he applies the same adjustment to comparables 3 and 4, even though comparable 3 is 47.9% larger than sale 4.[41]

| Size Comparison | Acres | Subject to Comparable % |
|---|---|---|
| Subject Property | 1,577 | N/A |
| Comparable 1 | 512 | 32.5% |
| Comparable 2 | 1,938 | 122.9% |
| Comparable 3 | 633 | 40.1% |
| Comparable 4 | 428 | 27.1% |

The Appraiser notes the issues below in his land sale analysis, but fails to explain their relationship to the Subject Property, or adjust for any of these issues

- Comparable 1 - The topography is rolling to hill along Highway 211.[42]

- Comparable 1 – "This area will reportedly be incorporated into the future mixed-use development to be known as Reveille which will feature, general commercial retail, apartments, single-family and self-storage uses."[43]

- Comparable 2 – "It has unique frontage along the St. Lucie River, the St. Lucie Canal, Interstate 95, Florida's Turnpike, SW Citrus Blvd and SW 96th Street."[44]

- Comparable 4  -"The property is predominately vacant wooded land with Swamp River running through it. The golf course provides 18 holes of play with limited buildings. The property was acquired by Olivet University as the school's private golf course with long term plans to develop the excess land into an education, IT and research center."[45]

**Opinion G - Timber**

**Utilizes inapplicable 'Comparables' when developing the Sales Comparison Approach.**

---

[41]FTI Calculations based on The Greenbrier Oakhurst Planned Resort Development & Residual Non- Contiguous Raw Land, p. 58
[42] The Greenbrier Oakhurst Planned Resort Development & Residual Non- Contiguous Raw Land, p. 57
[43] ibid
[44] Ibid
[45] Ibid

The Appraiser relies on inappropriate comparables (significantly smaller comparables with more valuable development potential beyond the Subject Property's (i.e. residential). Please see Opinion F for a discussion of The Sales Comparison Approach.

Size – All four of the comparables selected by the Appraiser are significantly smaller than the Subject, the Appraiser applies downward adjustments of 10% to comparable 1, 2 and 4, and a 5% downward adjustment to Comparable 3, but does not support these adjustments or explain why he applies the same adjustment to Comparable 1 and 4, even though Comparable 1 is 36.3% larger than Comparable 4.[46]

| Size Comparison | Acres | Subject to Comparable % |
|---|---|---|
| Subject Property | 17,713 | N/A |
| Comparable 1 | 6,904 | 39.0% |
| Comparable 2 | 6,258 | 35.3% |
| Comparable 3 | 10,389 | 58.7% |
| Comparable 4 | 4,400 | 24.8% |

The Appraiser notes the issues below in his land sale analysis, but fails to explain their relationship to the Subject Property, nor adjust for any of these issues.

- Comparable 1 - The property is heavily wooded and was purchased as a timber investment with recreation potential in the near-term.[47]

- Comparable 2 - The buyer is a residential subdivision developer who has completed several other projects locally and in other locations throughout the U.S.  The developer is planning to develop the site over a 10-year period with 1,848 home sites of various sizes.[48]

---

[46] FTI Calculations based on The Greenbrier Timber and Farm Acreage Karnes Bottom Road, p. 35
[47] The Greenbrier Timber and Farm Acreage Karnes Bottom Road, p. 34
[48] The Greenbrier Timber and Farm Acreage Karnes Bottom Road, p. 34

# Conclusion

Based on my review of the Appraisal Report, it is my opinion that the overall methodology is fundamentally flawed, not market supported and culminates in non-credible and unreliable conclusions. The Appraisal Reports should not be relied upon.

Respectfully submitted,

**FTI Consulting, Inc.**
Mark S. Dunec, MAI, CRE, FRICS
Senior Managing Director | Real Estate Solutions
WV Certified General Real Estate Appraiser License Number: CG3369
mark.dunec@fticonsulting.com

# Assumptions and Limiting Conditions

"Review Report" means the consulting report and conclusions stated therein, to which these Assumptions and Limiting Conditions are annexed.

"Subject Property" means the subject of the Review Report.

"FTI" means FTI Consulting, Inc. or its subsidiary that issued the Review Report.

"Analyst(s)" means the employee(s) of FTI who prepared analyses and Review Report.

The Review Report has been made subject to the following assumptions and limiting conditions:

- No opinion is intended to be expressed and no responsibility is assumed for the legal description or for any matters that are legal in nature or require legal expertise or specialized knowledge beyond that of an appraisal. Title to the Subject Property is assumed to be good and marketable and the Subject Property is assumed to be free and clear of all liens unless otherwise stated. No survey of the Subject Property was undertaken.

- The information contained in the Review Report or upon which the Review Report is based has been gathered from sources the Analyst assumes to be reliable and accurate. The owner of the Subject Property may have provided some of such information. Neither the Analyst nor FTI shall be responsible for the accuracy or completeness of such information, including the correctness of estimates, opinions, dimensions, sketches, exhibits and factual matters. Any authorized user of the Review Report is obligated to bring to the attention of FTI any inaccuracies or errors that it believes are contained in the Review Report.

- The opinions are only as of the transaction date stated in the Review Report. Changes since that date in external and market factors or in the Subject Property itself can significantly affect the conclusions in the Review Report.

- That the definition of value together with other definitions and assumptions on which our analyses are based are set forth in appropriate sections of the Review Report and are to be part of these Assumptions and Limiting conditions as if included in their entirety.

- The Review Report is to be used in whole and not in part. No part of the Review Report shall be used in conjunction with any other analyses. Publication of the Review Report or any portion thereof without the prior written consent of FTI is prohibited. Except as may be otherwise stated in the letter of engagement, the Review Report may not be used by any person(s) other than the party(ies) to whom it is addressed or for purposes other than that for which it was prepared. The reader agrees that this Review Report is not to be referred to or quoted, in whole or in part, in any registration statement, prospectus, public filing, loan agreement, or other agreement or document and agrees not to distribute the Review Report without FTI's prior written consent.

- Except as may be otherwise stated in the letter of engagement, the Analyst shall not be required to give testimony in any court or administrative proceeding relating to the Subject Property or the appraisal.

- The Review Report assumes (a) responsible ownership and competent management of the Subject Property; (b) there are no hidden or unapparent conditions of the Subject Property, subsoil or structures that render the Subject Property more or less valuable (no responsibility is assumed for such conditions or for arranging

for engineering studies that may be required to discover them); (c) full compliance with all applicable federal, state and local zoning and environmental regulations and laws, unless noncompliance is stated, defined and considered in the Review Report; (d) all required licenses, certificates of occupancy and other governmental consents have been or can be obtained and renewed for any use on which the value opinion contained in the Review Report is based; and (e) is free of all liens and encumbrances except as specifically discussed herein.

- The physical condition of the improvements considered by the Review Report is based on third party data provided to FTI. FTI assumes no responsibility for the soundness of structural components or for the condition of mechanical equipment, plumbing or electrical components.

- It is assumed that the utilization of the land and/or improvements is within the boundaries or property lines of the property described herein and that there are no encroachments or trespasses unless noted within the Review Report.

- The Review Report assumes no responsibility for the authenticity or completeness of lease information provided by others. FTI recommends that legal advice be obtained regarding the interpretation of lease provisions and the contractual rights of parties.

- The forecasts of income and expenses are not predictions of the future. Rather, they are the FTI's best opinions of current market thinking on future income and expenses. FTI makes no warranty or representation that these forecasts will materialize. The real estate market is constantly fluctuating and changing. It is not FTI's task to predict or in any way warrant the conditions of a future real estate market; FTI can only reflect what the investment community, as of the date of the Review Report, envisages for the future in terms of rental rates, expenses, and supply and demand.

- Unless otherwise stated in the Review Report, the existence of potentially hazardous or toxic materials that may have been used in the construction or maintenance of the improvements or may be located at or about the Subject Property was not considered in arriving at the opinion of value. These materials (such as formaldehyde foam insulation, asbestos insulation and other potentially hazardous materials) may adversely affect the value of the Subject Property. FTI is not qualified to detect such substances. FTI recommends that an environmental expert be employed to determine the impact of these matters on the opinion of value.

- Unless otherwise stated in the Review Report, compliance with the requirements of the Americans with Disabilities Act of 1990 (ADA) has not been considered in this appraisal. Failure to comply with the requirements of the ADA may adversely affect the value of the Subject Property. FTI recommends that an expert in this field be employed to determine the compliance of the Subject Property with the requirements of the ADA and the impact of these matters on the property.

- The appraisal reported herein applies only under the stated program of utilization. The separate allocations for land and buildings must not be used in conjunction with any appraisal and are invalid if so used.

- Possession of this Review Report, or a copy thereof, does not carry with it the right of publication. It may not be used for any purpose by any person other than the party to whom it is addressed without the written consent of FTI, and in any event only with proper written qualifications and only in its entirety.

- In the event of a claim against FTI or its affiliates or their respective officers or employees in connection with or in any way relating to this Review Report or this engagement, the maximum damages recoverable shall be the amount of the monies actually collected by FTI or its affiliates for this Review Report and under no circumstances shall any claim for consequential damages be made.

- By use of this Review Report each party that uses this Review Report agrees to be bound by all of the Assumptions and Limiting Conditions, Hypothetical Conditions and Extraordinary Assumptions stated herein.

# Certification Statement

The undersigned, do hereby certify that to the best of my knowledge and belief:

- The statements of fact contained in this Review Report are true and correct.

- The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

- I have no present or prospective interest in the property that is the subject of this Review Report and no personal interest with respect to the parties involved.

- I have no bias with respect to the Subject Property that is the subject of this Review Report or to the parties involved with this assignment.

- My engagement in this assignment was not contingent upon developing or reporting predetermined results.

- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

- My analyses, opinions, and conclusions were developed in conformity with the Uniform Standards of Professional Appraisal Practice.

- The reported analyses, opinions and conclusions were developed, and this Review Report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Practice of the Appraisal Institute.

- The use of this Review Report is subject to the requirements of the Appraisal Institute relating to review by its duly authorized representatives.

- The Subject Property was not physically inspected by Mark S. Dunec.

- Michael Walden, Mark Field and Daniel Keller provided significant appraisal assistance to the persons signing this certification, including review of the Appraisal Report and supporting research for this Review Report.

- As of the date of this Review Report, Mark S. Dunec has completed the continuing education program for designated members of the Appraisal Institute.

**FTI Consulting, Inc.**
Mark S. Dunec, MAI, CRE, FRICS
Senior Managing Director | Real Estate Solutions
WV Certified General Real Estate Appraiser License Number: CG3369
mark.dunec@fticonsulting.com

# Appendix A : Professional Qualifications



# Mark Dunec

## Senior Managing Director, Co-Leader Real Estate Valuation Practice

+1 973.852.8241
mark.dunec@fticonsulting.com



**Location**
New York, New York
Miami, Florida

**Certifications**
Appraisal Institute, MAI

Canadian National Association of Real Estate Appraisers, DAC

Counselors of Real Estate, CRE

Certified General Real Estate Appraiser, AL, AZ, CA, CO, CT, FL, GA, HI, ID, IL, IN, LA, MA, MS, NJ, NY, PA, SC, TN, TX, UT, VA, WA, WV

Royal Institution of Chartered Surveyors, FRICS

**Education**
B.A., History, York University
M.B.A., Finance, Pace University

**Mark Dunec is a Senior Managing Director in FTI Consulting's Corporate Finance segment and is co-leader of the Real Estate Valuations Practice. Mr. Dunec is based in the greater New York City area and has over 25 years of experience as a real estate advisor and expert witness. His expertise incudes complex financial modeling & analysis of discounted cash flows for real estate and other investment purposes. Mr. Dunec specializes in real property and debt valuation, due diligence, financing, recapitalization, asset and entity restructuring and repositioning. He applies this expertise both to assist clients to optimize their portfolios and serve as an expert witness.**

Mr. Dunec has worked on complex real estate advisory and litigation projects across the United States, as well as in the Bahamas, Canada, Costa Rica, Croatia, England, Finland, Ireland, Panama and the United Arab Emirates. Throughout his career, Mr. Dunec has created and maintained pro forma cash flow models, calculated various sensitivity analyses, determined the profitability of investments and assisted with the management of the entitlement, closing and due diligence processes, as well as calculating damages in connection with real estate disputes. Mr. Dunec has in-depth experience across all types of commercial and special use properties, including office, industrial, retail, multifamily, hospitality, healthcare, golf-courses, self-storage, residential and development properties.

Mr. Dunec has worked on complex real estate litigation assignment, including bankruptcy, foreclosure, partnership disputes, eminent domain, environmental contamination, right-of-way, tax appeal, property management, ground rent and market rent disputes.

Mr. Dunec also has extensive experience encompassing the life cycle of tax liens. He has been involved in the purchasing, managing and redemptions of tax lien portfolios.

Prior to FTI Consulting, Mr. Dunec was a Financial Analyst in Lend Lease's Project Finance group, where he led the underwriting efforts for acquisitions and developments totaling over $500 million. He was also a Real Estate Analyst for Shurgard Storage Centers, where he was responsible for over $70 million of acquisition and re-development capital of the company's portfolio.

In addition to providing valuation, litigation support and expert testimony, Mr. Dunec teaches graduate real estate courses as an adjunct professor at the University of Miami.



# Mark Dunec

## Senior Managing Director, Co-Leader Real Estate Valuation Practice

+1 973.852.8241
mark.dunec@fticonsulting.com



**Location**
New York, New York
Miami, Florida

**Certifications**
Appraisal Institute, MAI

Canadian National Association of Real Estate Appraisers, DAC

Counselors of Real Estate, CRE

Certified General Real Estate Appraiser, AL, AZ, CA, CO, CT, FL, GA, HI, ID, IL, IN, LA, MA, MS, NJ, NY, PA, SC, TN, TX, UT, VA, WA, WV

Royal Institution of Chartered Surveyors, FRICS

**Education**
B.A., History, York University
M.B.A., Finance, Pace University

### Disclosure of Deposition/Trial Testimony

*Jeffrey Leeds vs. Elizabeth Leeds, Circuit Court of the Fifteenth Judicial Circuit, Palm Beach County, Florida, Family Division: Case No.: 502025DR000045XXXAMB*

*Kai Cho Vincent Chan et al., v. TC Havemeyer Manager LLC et al., Supreme Court of the State of New York County of New York, Index No. 652359/2022*

*WF Grocer A1CL15 LESEE LLC v. Amazon Retail LLC, and Amazon.com, Inc., Circuit Court, Arlington County, Virgina, Case No. CL23000436-00C*

*Steven Gurney-Goldman et al., v. Solil Management, LLC et al., Supreme Court of State of New York County of New York, Index No. 655549/2023*

*Webmd Health Corp., v. Two Gateway Center Property Owner, LLC, Superior Court of New Jersey Chancery Division: Essex County, Case No. ESX-C-000112-24*

*Kandi Arnhold, et. al., v. The United States, In The United States Court of Federal Claims, No. 19-1407 L*

*180 Remsen LLC v. St. Francis College et. al., Supreme Court of the State of New York County of New York, Index No. 653148/2023*

*Michael Clancy et. al., v. The Salvation Army, United States District Court For the Northern District of Illinois Eastern Division, Case No. 1:22-cv-01250*

*WEC 98C-4 LLC v. Saks Inc., In The United States District Court For The Northern District of Illinois Eastern Division, Case No. 1:20-cv-04363*

*TBG Funding LLC v. Kenwood Commons, LLC et al., Supreme Court of the State of New York County of Albany, Index No. 902353-19*

*John C. Tatum III et. al., Fairstead Affordable LLC et. al., Chancery Court of the State of Delaware, C.A. No. 2022-0970-JTL*

*1101-43 Ave Acquisition LLC v. Sonder Hospitality USA Inc., et. al., Supreme Court of the State of New York County of New York, Case No: 653840/2020*

*Boster Associates Limited v. Dynamic Finance Corporation et. al., Superior Court of the State of California for the County of Los Angeles, Case No. BC488552*

*Chaim Laibel Newhouse et. al., v. SSMG Realty LLC et. al., Supreme Court of the State of New York County of Richmond, Index No. 151962/2021*

*10839 Associates et. al., v. Second 485 Associates et. al., Supreme Court of the State of New York County of New York, Index No. 655874/2020*

*Catellus Fiber Options, LLC v. Centurylink Communications, LLC, American Arbitration Association, No: 01-22-0002-7979*

*City Colleges of Chicago vs. Moody Nolan, Inc., et al., Circuit Court of Cook County, Illinois County Department, Law Division, Case No. 2019 L 14185*

*State of Arizona, ex rel. Mark Brnovich, Attorney General vs. Arizona Board of Regents, Arizona Superior Court, Arizona Tax Court No. TX2019-000011*



# Mark Dunec

## Senior Managing Director, Co-Leader Real Estate Valuation Practice

+1 973.852.8241
mark.dunec@fticonsulting.com



**Location**
New York, New York
Miami, Florida

**Certifications**
Appraisal Institute, MAI

Canadian National Association
of Real Estate Appraisers, DAC

Counselors of Real Estate, CRE

Certified General Real Estate
Appraiser, AL, AZ, CA, CO, CT,
FL, GA, HI, ID, IL, IN, LA, MA, MS,
NJ, NY, PA, SC, TN, TX, UT, VA,
WA, WV

Royal Institution of Chartered
Surveyors, FRICS

**Education**
B.A., History, York University
M.B.A., Finance, Pace University

### Disclosure of Deposition/Trial Testimony

*333 Johnson LLC vs. Maple 333 Johnson Member, LLC et al., Supreme Court of the State of New York County of New York, Index v. No. 657307/2020*

*Brickchurch Enterprises, Inc. Debtor. United States Bankruptcy Court Eastern District of New York, Chapter 11, Case No. 8-22-70914-ast*

*255 Butler Associates LLC vs. 255 Butler LLC et al., Supreme Court of the State of New York County of Kings, Index No. 511560/2015*

*PPI Talent LLC vs. W Artists LLC et al., JAMS Arbitration No.: 1425036279*

*96 Wythe Acquisition LLC, Debtor. United States Bankruptcy Court Southern District of New York, Chapter 11, Case No. 21-22108 (RDD)*

*Fisher Auto Parts, Inc., et al. vs. Fisher, et al., Virginia: The Circuit Court of Augusta County, Case No. CL19002154-00*

*GVS Portfolio I B LLC, V. Teachers Insurance Annuity Association of America, Supreme Court of New York County of New York, Case No. Index No. 654095/2020*

*Huntington Way Associates, LLC and RRI Associates, LLC and WB-US Enterprises, Inc. Case No: 01-20-0015-3929*

*Phillip Wiskow vs. Helen Zanetakos, Superior Court of New Jersey, County of Morris, Docket No.: FM-14-001316-08-A*

*TRCHF, LLC et al. vs. Marriott Vacations Worldwide Corp et al., In The United State District Court, District of Colorado, Civil Action No.: 1:16-cv-01301-PAB-GBG*

*Atlas MF Mezzanine Borrower, LLC vs. Macquarie Texas Loan Holder, LLC, KKR REPA AIV-2, LP, and KRE LRP Osprey Venture, LLC, Superior Court of the State of New York County of New York, Index No. 651657/2017*

*Bank of America, N.A. vs. Stonestreet Hospitality Realty Company, LLC, Superior Court Judicial District of New London at New London, Docket Nos.: KNL-CV-16-6026981-S*

*Trump Taj Mahal Associates, LLC vs. City of Atlantic City, New Jersey, Docket Nos.: 7574-2008; 10192-2009; 584-2010*

*Trump Marina Associates, LLC vs. City of Atlantic City, New Jersey, Docket Nos.: 7488-2008; 10454-2009; 6062-2010*

*Trump Plaza Associates, LLC vs. City of Atlantic City, New Jersey, Docket Nos.: 7488-2008; 10454-2009; 6064-2010*



# Mark Dunec: Publications/Panels

**Law360:** *"There's No Crying In Property Valuation Baseball Arbitration,"* October 2024, Co-Authored with Sean E. O'Donnell of Herrick Feinstein LLP

**Commercial Property Executive:** *"FTI Experts' Hub: Brace Yourselves for a Full Return to the Office by 2028,"* October 2023, Podcast

**The Counselors of Real Estate:** *"Active versus passive real estate appreciation in real estate litigation",* February 2023, Co-Authored with Glenn Brill and Lauren DeFonte of FTI Consulting

**The Seattle Times:** *"Aging gasoline storage tanks in WA pose environmental hazard but many owners can't afford cleanup,"* May 2022, Quoted

**CRE and Multifamily Finance In the Spotlight:** *"Above or Below the Line: How Expense Categorization Affects Multifamily Valuation,"* March 2022, Co-Authored with Jason Basedow of FTI Consulting

**The Real Deal:** *"Avoiding Partnership Waterfall Disputes and Potential Litigation,"* January 2022, Co-Authored with Eun Oh of FTI Consulting

**Grist:** *"Think apartment-hunting is frustrating? Try doing it with an electric car,"* December 2021, Quoted

**Connected Real Estate Magazine:** *"How can office and apartment landlords provide charging for all those electric vehicles?,"* November 2021, Quoted

**University of Miami:** *"Active versus passive real estate appreciation in matrimonial litigation,"* October 2021, Panelist

**GlobeSt:** *"Are EV Charging Stations Worth the Investment?,"* August 2021, Quoted

**Bloomberg Tax Journal:** "*Passive Real Estate Appreciation in High-Asset Matrimonial Litigation,"* June 2021, Co-Authored with Daniel Serviss of Greenbaum, Rowe, Smith & Davis LLP

**University of Miami:** *"Real Estate Law Transparency and Other Factors Driving Demand for South Florida Real Estate,"* April 2021, Panelist

**New Jersey State Bar Association:** *"The Haunting Trinity of Vexing Valuation issues in High Asset Matrimonial Litigation,"* February 2021, Panelist

**Environmental Law Institute:** *"Governing the Gasoline Spigot – Gas Stations and the Transition Away from Gasoline,"* January 2021, Panelist

**Law360:** *"How to Reliably Value Income-Producing Real Estate,"* January 2021, Co-Authored with Anthony DellaPelle of McKirdy Riskin Olson & DellaPelle PC

**Commercial Property Executive:** *"What Gas Station Owners Need to Know About the Electric Revolution,"* September 2019, Podcast

**Real Assets Adviser:** *"5 Questions: Electric vehicles and the end of gasoline stations,"* December 2019, Author

# Appendix B: Documents Relied Upon

# Documents Relied Upon

## Appraisal Guidance

- Uniform Standards of Professional Appraisal Practice (USPAP)
- 2026 USPAP Guidance and Reference Materials
- Land Valuation: Real Solutions to Complex Issues

## Other Documents Considered

- The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report (May 1, 2025)
- The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report (April 16, 2023)
- The Greenbrier Oakhurst Planned Resort Development & Residual Non-Contiguous Raw Land (April 14, 2023)
- The Greenbrier Timber and Farm Acreage (April 14, 2023)
- Cottage Sales Summary

# Appendix C:  Greenbrier Historical Cottage Sales Prices and Proceeds

| Unit | Name | Date Sold | 2025 Appraisal Price (1) | Actual Sale Proceeds (1) | Discount |
|---|---|---|---|---|---|
| 4 | Rhododendrum | 8/9/2022 | 1,086,000 | 822,968 | (24.2)% |
| 1 | Honey suckle | 8/30/2022 | 1,086,000 | 823,043 | (24.2)% |
| 6 | Hydrangea | 8/31/2022 | 1,086,000 | 823,019 | (24.2)% |
| D | Hemlock | 9/9/2022 | 2,918,830 | 2,650,005 | (9.2)% |
| D | Sugar Maple | 10/4/2022 | 2,230,500 | 2,051,293 | (8.0)% |
| 1 | Hemlock | 10/17/2022 | 2,164,500 | 1,994,113 | (7.9)% |
| 1 | Rhododendrum | 10/18/2022 | 1,086,000 | 822,968 | (24.2)% |
| 3 | Honey suckle | 10/28/2022 | 1,086,000 | 822,943 | (24.2)% |
| 7 | Honey suckle | 11/17/2022 | 1,086,000 | 822,919 | (24.2)% |
| 4 | Honey suckle | 12/21/2022 | 1,086,000 | 822,869 | (24.2)% |
| 4 | Hydrangea | 12/21/2022 | 1,086,000 | 822,869 | (24.2)% |
| 9 | Hydrangea | 1/31/2023 | 1,086,000 | 822,339 | (24.3)% |
| 10 | Hydrangea | 1/31/2023 | 1,086,000 | 821,884 | (24.3)% |
| 12 | Rhododendrum | 3/7/2023 | 1,086,000 | 820,505 | (24.4)% |
| 9 | Rhododendron | 5/30/2024 | 1,194,000 | 895,996 | (25.0)% |
| 6 | Honeysuckle | 5/30/2024 | 1,194,000 | 895,995 | (25.0)% |
| 4 | Honeysuckle | 6/17/2024 | 1,194,000 | 775,609 | (35.0)% |
| 5 | Honeysuckle | 6/17/2024 | 1,194,000 | 848,519 | (28.9)% |
| 10 | Rhododendron | 7/1/2024 | 1,194,000 | 695,248 | (41.8)% |
| 7 | Hydrangea | 7/11/2024 | 1,194,000 | 894,995 | (25.0)% |
| 12 | Hydrangea | 10/29/2024 | 1,194,000 | 1,121,731 | (6.1)% |
| 3 | Hydrangea | 11/14/2024 | 1,194,000 | 1,121,333 | (6.1)% |
| 3 | Rhododendron | 11/21/2024 | 1,086,000 | 956,936 | (11.9)% |
| D | Dogwood | 12/11/2024 | 2,869,650 | 2,398,713 | (16.4)% |
| Total/Average | | | 32,767,480 | 26,348,811 | (21.4)% |

Source: Units sold per The Greenbrier Cottages, Estate Homes and Developer Lots Appraisal Report, p 65-66 and proceeds per Carter Bank provided "Cottages Sales" Excel file.

# Appendix D: Discounted Cash Flow Scenario A

**Cottages DCF - Scenario A (5 sales per year)**

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | Year 6 | Year 7 | Year 8 | Year 9 | Year 10 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Units at Start of the Year | 48 | 43 | 38 | 33 | 28 | 23 | 18 | 13 | 8 | 3 | 48 |
| Units Sold | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 3 | 48 |
| 4 Estate Homes | - | 1 | 1 | 1 | 1 | - | - | - | - | - | 4 |
| Florida Cottage | 1 | - | - | - | - | - | - | - | - | - | 1 |
| SC, Tansas, Baltimore, Paradise | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 30 |
| Spring Row | 1 | 1 | 1 | 1 | 1 | 2 | 2 | 2 | 2 | - | 13 |
| Units at End of the Year | 43 | 38 | 33 | 28 | 23 | 18 | 13 | 8 | 3 | - | - |
| | | | | | | | | | | | |
| Average Lot Price - Remaining Lots | $ 2,328,871 | $ 3,365,191 | $ 3,466,147 | $ 3,570,131 | $ 3,677,235 | $ 1,893,546 | $ 1,950,352 | $ 2,008,863 | $ 2,069,129 | $ 2,634,863 | $ 2,318,785 |
| 4 Estate Homes | $ 9,500,000 | $ 9,500,000 | $ 9,785,000 | $ 10,078,550 | $ 10,380,907 | $ 10,692,334 | $ 11,013,104 | $ 11,343,497 | $ 11,683,802 | $ 12,034,316 | 82,293,391 |
| Florida Cottage | $ 4,318,400 | $ 4,318,400 | $ 4,447,952 | $ 4,581,391 | $ 4,718,832 | $ 4,860,397 | $ 5,006,209 | $ 5,156,395 | $ 5,311,087 | $ 5,470,420 | 37,407,977 |
| SC, Tansas, Baltimore, Paradise | $ 2,079,985 | $ 2,079,985 | $ 2,142,385 | $ 2,206,656 | $ 2,272,856 | $ 2,341,041 | $ 2,411,273 | $ 2,483,611 | $ 2,558,119 | $ 2,634,863 | 18,017,791 |
| Spring Row | $ 1,086,000 | $ 1,086,000 | $ 1,118,580 | $ 1,152,137 | $ 1,186,702 | $ 1,222,303 | $ 1,258,972 | $ 1,296,741 | $ 1,335,643 | $ 1,375,712 | 9,407,434 |
| | | | | | | | | | | | |
| Total Sales | $ 11,644,355 | $ 16,825,955 | $ 17,330,734 | $ 17,850,656 | $ 18,386,175 | $ 9,467,729 | $ 9,751,761 | $ 10,044,314 | $ 10,345,644 | $ 7,904,588 | $ 111,301,680 |
| | | | | | | | | | | | |
| Uses of Cash | | | | | | | | | | | |
| Sales Commissions - 3% | 349,331 | 504,779 | 519,922 | 535,520 | 551,585 | 284,032 | 292,553 | 301,329 | 310,369 | 237,138 | 3,339,050 |
| Other Closing Costs / Sales Discount - 3% | 349,331 | 504,779 | 519,922 | 535,520 | 551,585 | 284,032 | 292,553 | 301,329 | 310,369 | 237,138 | 3,339,050 |
| Total Expenses | 698,661 | 1,009,557 | 1,039,844 | 1,071,039 | 1,103,171 | 568,064 | 585,106 | 602,659 | 620,739 | 474,275 | - |
| | | | | | | | | | | | |
| Net Retail Sales | $ 10,945,694 | $ 15,816,398 | $ 16,290,890 | $ 16,779,616 | $ 17,283,005 | $ 8,899,666 | $ 9,166,656 | $ 9,441,655 | $ 9,724,905 | $ 7,430,313 | $ 104,623,579 |
| | | | | | | | | | | | |
| Discount Factor -15% | 0.8695652 | 0.7561437 | 0.6575162 | 0.5717532 | 0.4971767 | 0.4323276 | 0.3759370 | 0.3269018 | 0.2842624 | 0.2471847 | |
| | | | | | | | | | | | |
| PV of Net Cash Flow | $ 9,517,995 | $ 11,959,469 | $ 10,711,524 | $ 9,593,800 | $ 8,592,708 | $ 3,847,571 | $ 3,446,085 | $ 3,086,494 | $ 2,764,425 | $ 1,836,660 | $ 60,755,646 |
| Round Total of Net Cash Flows | $ 60,800,000 | | | | | | | | | | |
| Per Lot | $ 1,266,667 | | | | | | | | | | |

# Appendix E: Discounted Cash Flow Scenario B

| Cottages DCF - Scenario B (9 sales per year) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | **Year 1** | **Year 2** | **Year 3** | **Year 4** | **Year 5** | **Year 6** | **Total** |
| Units at Start of the Year | 48 | 39 | 30 | 21 | 12 | 3 | 48 |
| Units Sold | 9 | 9 | 9 | 9 | 9 | 3 | 48 |
| 4 Estate Homes | | 1 | 1 | 1 | 1 | - | 4 |
| Florida Cottage | 1 | - | - | - | - | - | 1 |
| SC, Tansas, Baltimore, Paradise | 5 | 6 | 6 | 5 | 5 | 3 | 30 |
| Spring Row | 3 | 2 | 2 | 3 | 3 | - | 13 |
| Units at End of the Year | 39 | 30 | 21 | 12 | 3 | - | - |
| | | | | | | | |
| Average Lot Price - Remaining Lots | $ 1,997,369 | $ 2,683,546 | $ 2,764,052 | $ 2,729,805 | $ 2,811,699 | $ 2,341,041 | $ 2,581,278 |
| 4 Estate Homes | $ 9,500,000 | $ 9,500,000 | $ 9,785,000 | $ 10,078,550 | $ 10,380,907 | $ 10,692,334 | 59,936,790 |
| Florida Cottage | $ 4,318,400 | $ 4,318,400 | $ 4,447,952 | $ 4,581,391 | $ 4,718,832 | $ 4,860,397 | 27,245,372 |
| SC, Tansas, Baltimore, Paradise | $ 2,079,985 | $ 2,079,985 | $ 2,142,385 | $ 2,206,656 | $ 2,272,856 | $ 2,341,041 | 13,122,908 |
| Spring Row | $ 1,086,000 | $ 1,086,000 | $ 1,118,580 | $ 1,152,137 | $ 1,186,702 | $ 1,222,303 | 6,851,721 |
| | | | | | | | |
| Total Sales | $ 17,976,325 | $ 24,151,910 | $ 24,876,467 | $ 24,568,243 | $ 25,305,290 | $ 7,023,124 | $ 123,901,359 |
| | | | | | | | |
| Uses of Cash | | | | | | | |
| Sales Commissions - 3% | 539,290 | 724,557 | 746,294 | 737,047 | 759,159 | 210,694 | 3,717,041 |
| Other Closing Costs / Sales Discount - 3% | 539,290 | 724,557 | 746,294 | 737,047 | 759,159 | 210,694 | 3,717,041 |
| Total Expenses | 1,078,580 | 1,449,115 | 1,492,588 | 1,474,095 | 1,518,317 | 421,387 | - |
| | | | | | | | |
| Net Retail Sales | $ 16,897,746 | $ 22,702,795 | $ 23,383,879 | $ 23,094,148 | $ 23,786,973 | $ 6,601,737 | $ 116,467,278 |
| | | | | | | | |
| Discount Factor -15% | 0.8695652 | 0.7561437 | 0.6575162 | 0.5717532 | 0.4971767 | 0.4323276 | |
| | | | | | | | |
| PV of Net Cash Flow | $ 14,693,692 | $ 17,166,575 | $ 15,375,280 | $ 13,204,154 | $ 11,826,329 | $ 2,854,113 | $ 75,120,143 |
| Round Total of Net Cash Flows | $ 75,100,000 | | | | | | |
| Per Lot | $ 1,564,583 | | | | | | |

\*\*\*

# EXPERTS WITH **IMPACT**™