**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**(BECKLEY DIVISION)**

| | | |
|---|---|---|
| WHITE SULPHUR SPRINGS HOLDINGS, LLC a Texas Limited Liability Company, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 5:26-cv-00257 The Honorable Frank W. Volk |
| JAMES C. JUSTICE, II, Individually; CATHY L. JUSTICE, Individually; JAMES C. JUSTICE, III, Individually; GREENBRIER HOTEL CORPORATION, a West Virginia Corporation; GREENBRIER MEDICAL INSTITUTE, LLC, a West Virginia Limited Liability Company; OAKHURST CLUB, LLC, a West Virginia Limited Liability Company; GREENBRIER GOLF AND TENNIS CLUB CORPORATION, a West Virginia Corporation; GREENBRIER LEGACY COTTAGE DEVELOPMENT COMPANY I, Inc., a West Virginia Corporation; GREENBRIER LEGACY COTTAGE DEVELOPMENT II, Inc., a West Virginia Corporation. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## DECLARATION OF BRIAN C. ONG

I, Brian C. Ong, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1. My name is Brian C. Ong. I am over twenty-one (21) years of age, and I am fully competent to make this declaration. I am able to swear, and I hereby do swear, that all of the facts stated in this declaration are true and correct to the best of my personal knowledge.

2. I am a Senior Managing Director at FTI Consulting, Inc. ("FTI").

3. I am a Certified Public Accountant, licensed in the states of Texas and New York, and a Certified Fraud Examiner. I am also a member of the American Institute of Certified Public

Accountants and the Association of Certified Fraud Examiners. I have a Bachelor of Business Administration degree with a major in accounting.

4.  I have been retained as an expert witness by Plaintiff White Sulphur Springs Holdings, LLC ("WHHS") in the above-styled matter to offer testimony regarding all matters contained in my expert report, including my review and analysis of certain financial data made available to me pertaining to the Greenbrier Resort, the Greenbrier Resort Defendants,[1] and associated entities and individuals. My retention in this matter also includes any necessary rebuttal to Defendants' experts, if any.

5.  A copy of my expert report and the exhibits thereto are attached to this Declaration as **Exhibit 1** (the "Expert Report").

6.  I prepared the Expert Report, and I have verified that it is a true and accurate copy of my Expert Report. The Expert Report accurately sets forth my qualifications and the opinions I have formed in this matter. As a result of my work as an expert witness in this matter, I have personal knowledge of the facts presented in the Expert Report. The exhibits attached to and relied upon in the Expert Report were collected with the assistance of counsel for WSSH.

7.  I hereby incorporate the Expert Report into this Declaration as if set forth fully herein.

8.  If I am called to testify at a hearing or trial in the litigation, my testimony will be consistent with and generally reflect the opinions I have set forth in my Expert Report.

---

[1] The Defendants include Greenbrier Hotel Corporation ("GHC"), Greenbrier Medical Institute, LLC ("GMI"), Oakhurst Club, LLC ("Oakhurst"), Greenbrier Golf and Tennis Club Corporation ("GGTCC"), Greenbrier Legacy Cottage Development Company I, Inc. ("Legacy Development I"), and Greenbrier Legacy Cottage Development Company II, Inc. ("Legacy Development II")—collectively, the "Greenbrier Resort Defendants"—as well as James C. Justice, II, Cathy L. Justice, and James C. Justice, III—collectively, the "Justice Defendants." The Greenbrier Resort Defendants and Justice Defendants are collectively referred to as the "Defendants."

9. No portion of my compensation or FTI's compensation with respect to this matter is contingent on the outcome of this matter.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of May, 2026.



_____

Brian C. Ong

EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
(BECKLEY DIVISION)**

| | | |
|---|---|---|
| WHITE SULPHUR SPRINGS HOLDINGS, LLC | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:26-cv-00257 |
| | ) | |
| JAMES C. JUSTICE, II, Individually; | ) | |
| CATHY L. JUSTICE, Individually; | ) | |
| JAMES C. JUSTICE, III, Individually; | ) | |
| GREENBRIER HOTEL CORPORATION, | ) | |
| a West Virginia Corporation; | ) | |
| GREENBRIER MEDICAL INSTITUTE, LLC, | ) | |
| a West Virginia Limited Liability Company; | ) | |
| OAKHURST CLUB, LLC, | ) | |
| a West Virginia Limited Liability Company; | ) | |
| GREENBRIER GOLF AND TENNIS | ) | |
| CLUB CORPORATION, | ) | |
| a West Virginia Corporation; | ) | |
| GREENBRIER LEGACY COTTAGE | ) | |
| DEVELOPMENT COMPANY I, Inc., | ) | |
| a West Virginia Corporation; | ) | |
| GREENBRIER LEGACY COTTAGE | ) | |
| DEVELOPMENT II, Inc., | ) | |
| a West Virginia Corporation. | ) | |
| | ) | |
| Defendants. | ) | |

**<u>EXPERT REPORT OF BRIAN C. ONG</u>**

Dated as of May 29, 2026

# ━ Table of Contents

I. Experience and Qualifications ................................................................. 1

II. Summary of Professional Opinions ....................................................... 2

III. Scope of Retention and Compensation .................................................. 3

IV. Background ........................................................................................... 4

    a) Relevant Entities ........................................................................ 4

    b) The Judgments ........................................................................... 7

V. Bases for Opinions ................................................................................ 8

    a) Operating Cash Flow Is Insufficient to Service the Interest Accruing on the Judgments ...................................................................... 8

        i. Debt Outstanding ................................................................ 8

        ii. Operating Cash Flow Analysis ........................................... 9

    b) JFG's Cash Flow Has Been Transferred to Related Parties ............. 11

        i. Nature of the Related-Party Transfers .................................. 12

        ii. Recipients of the Related-Party Transfers ........................... 16

    c) Historical Capital Expenditures Have Been Lower Than Represented .......................... 18

    d) Critical Operating Obligations Have Not Been Satisfied as They Became Due .............. 20

        i. Taxes Outstanding ............................................................. 21

        ii. Accounts Payable .............................................................. 22

        iii. Health Fund Contributions ................................................. 23

        iv. 401(k) Contributions ......................................................... 24

VI. Conclusion .......................................................................................... 25

VII. Signature and Right to Modify ........................................................... 26

VIII. List of Exhibits................................................................................... 27

## I.  Experience and Qualifications

I am a Senior Managing Director with FTI Consulting, Inc. ("FTI"). FTI is a publicly traded company that provides a wide variety of accounting, financial, and economic consulting services. I have approximately thirty-nine years of professional experience including providing auditing, forensic accounting, and financial analysis services.

I am a Certified Public Accountant and am licensed in the states of Texas and New York. I am a Certified Fraud Examiner. I am also a member of the American Institute of Certified Public Accountants and the Association of Certified Fraud Examiners. I have a Bachelor of Business Administration degree with a major in accounting.

Before commencing my employment at FTI, I was a partner with KPMG LLP, a "Big 4" accounting firm. While at KPMG, I provided similar services to those that I am currently providing at FTI. I began my professional career as a financial statement auditor at Price Waterhouse, the predecessor firm to PricewaterhouseCoopers. As a financial statement auditor, I conducted audits of publicly held and privately held companies during which I evaluated the financial statement issuer's compliance with generally accepted accounting principles ("GAAP").

I have been an adjunct professor at New York University where I taught post-graduate accounting related courses. I have served as a member of the Texas Board of Public Accountancy's litigation services sub-committee, the American Institute of Certified Public Accountants' Mergers & Acquisition Disputes committee, and the American Institute of Certified Public Accountants' litigation services conference committee. I am a frequent lecturer on the topics of accounting, financial statement analysis, economic analysis, internal controls, and forensic accounting. Additionally, I have authored publications and professional guidance on the topic of forensic accounting.

Attached as **Exhibit 1A** is a copy of my curriculum vitae. Attached as **Exhibit 1B** is a summary of publications that I have authored within the past ten years.[1]

## II.    <u>Summary of Professional Opinions</u>

This report presents my professional opinions and observations regarding the financial condition of Justice Family Group, LLC ("JFG") and its subsidiaries—principally Greenbrier Hotel Corporation ("GHC").

Based on my experience, expertise, review and analysis of the data available to me, and as discussed further in this report, I offer the following professional opinions, conclusions, and observations:

- **JFG's operating cash flow is insufficient to service the interest accruing on the outstanding Judgments**: The Judgment Debtors owe $369,774,473 as of March 1, 2026, with interest accruing at $47,506,643 per year.[2] However, JFG generated only $28,346,093 in operating cash flow in 2024—leaving a shortfall of over $19 million annually even if every dollar of cash flow were devoted solely to interest. The financial records available to me do not indicate the existence of any other Judgment Debtor that is profitable or able to contribute toward satisfying these obligations. Accordingly, the Judgments cannot be satisfied through ongoing operations under current conditions, and the debt burden will continue to escalate. (*See* Section V.a).

- **Nearly all operating cash flow has been diverted to related parties**: During 2017–2024, $204,064,762—equal to *96%* of JFG's operating cash flow—was transferred to related parties outside JFG, including coal mining and agricultural entities unrelated to the Greenbrier Resort. Therefore, Defendants' capacity to satisfy creditor obligations has been undermined by the transfer of cash to enterprises unrelated to the Greenbrier Resort. (*See* Section V.b).

- **Historical capital expenditures are significantly lower than represented in the 2025 GHC appraisal report**: JFG's audited financial statements reflect capital expenditures during 2017–2024 that are over *65% less than the amounts represented in a 2025 appraisal report prepared for GHC*. Therefore, GHC's capital expenditures have been significantly lower relative to both historically represented levels as well as what was indicated to be an adequate level going forward, calling into question both the accuracy of prior representations and the ongoing maintenance of the Greenbrier Resort. (*See* Section V.c)

- **Critical operating obligations remain unsatisfied**: The Greenbrier Resort Defendants owe $7,795,628 relating to past-due taxes, $2,533,196 in delinquent health fund contributions,

---

[1] I have not testified within the past four years.

[2] The Judgments and Judgment Debtors are defined below.

$22,824,845 to vendors, and have repeatedly failed to remit 401(k) participant contributions on time. These delinquencies indicate probable liquidity constraints and deficient financial controls that pose a significant risk to the continued operation and preservation of the Greenbrier Resort. (*See* Section V.d).

Based on the foregoing, and as described in detail below, numerous risk indicators raise concern regarding the Defendants' ability to service the outstanding debt and properly maintain the operation of the Greenbrier Resort.

### III.    Scope of Retention and Compensation

I prepared this expert report at the request of Haynes and Boone, LLP ("Haynes Boone" or "Counsel") in connection with Counsel's representation of White Sulphur Springs Holdings, LLC ("WSSH" or "Plaintiff") in the above-captioned matter.[3] I understand that the subject dispute between the parties stems from, among other things, the operation of The Greenbrier Resort ("Resort"), a luxury resort property located in White Sulphur Springs, West Virginia.

I was retained to review and analyze certain financial data made available to me pertaining to the Resort, the Greenbrier Resort Defendants (defined in **Section IV.a** below), and associated entities and individuals.

My opinions are based on my skills, knowledge, experience, education, and training; the information provided to and analyzed by me; and information independently gathered and reviewed by me or other members of FTI who have assisted me with this engagement. The specific procedures performed in reaching my opinions were performed by me and by professionals working under my direct supervision.[4]

---

[3] First Amended Verified Complaint, White Sulphur Springs Holdings, LLC v. James C. Justice, II, et al., U.S. District Court, S.D. West Virginia (Beckley Division), Case No. 5:26-cv-00257 ("First Amended Complaint").

[4] The procedures performed did not constitute an audit, as that term is defined by the American Institute of Certified Public Accountants.

I have relied upon documents produced in this case by the parties as well as publicly available information. Certain of the materials that I relied upon are cited throughout my report, and a list of the materials I considered in forming my opinions in this matter appears in **Exhibit 2** to this report. It is usual and customary for financial and accounting experts to rely upon sources of information of the types identified in my report and in **Exhibit 2** in conducting these kinds of engagements.

I understand that I may be asked to testify regarding certain of the information and professional conclusions presented in this report, as well as related matters. My report reflects my professional opinions, held to a reasonable degree of certainty, and the analyses upon which they are based. This report should not be construed to constitute or contain opinions on matters of law.

My opinions may be modified or supplemented based upon additional information that may become available to me. In connection with my anticipated testimony in this action, I may use as exhibits various documents, which refer to or relate to the matters discussed in this report. In addition, I may create or assist in the creation of demonstrative exhibits to assist me in my testimony.

FTI is being compensated for my time based on the hourly rate of $1,271. FTI's compensation is not contingent upon any of my findings or the outcome of this matter. I have not and will not receive any compensation that is contingent upon any of my findings or the outcome of this matter.

## IV.    Background

### a)    Relevant Entities

**Table 1** below reflects the Defendants in this litigation as well as the Judgment Debtors, as defined within the Fourteenth Amended and Restated Forbearance Agreement, dated February 28, 2026 ("14th FBA").[5]

---

[5] I refer to the 14th FBA, along with all prior iterations, as the "Forbearance Agreements." The Forbearance Agreements to which I had access included: Forbearance Agreement, dated April 1, 2024; Amended and Restated Forbearance Agreement,

**Table 1 – Defined Entity Terms**

| Defendants | Judgment Debtors |
| --- | --- |
| James C. Justice, II | James C. Justice, II |
| Cathy L. Justice | Cathy L. Justice |
| James C. Justice, III | James C. Justice, III |
| Greenbrier Hotel Corporation | Greenbrier Hotel Corporation |
| Greenbrier Medical Institute, LLC | Greenbrier Medical Institute, LLC |
| Oakhurst Club, LLC | Oakhurst Club, LLC |
| Greenbrier Golf and Tennis Club Corporation | Greenbrier Golf and Tennis Club Corporation |
| Greenbrier Legacy Cottage Development Company I, Inc. | The Greenbrier Sporting Club Development Company, Inc. |
| Greenbrier Legacy Cottage Development Company II, Inc. | Tams Management, Inc. |
| | Justice Family Group, LLC |
| | James C. Justice Companies, Inc. |
| | Bellwood Corporation |
| | Players Club, LLC |
| | Twin Fir Estates, LLC |
| | Wilcox Industries, Inc. |
| | Justice Low Seam Mining, Inc. |
| | The Greenbrier Sporting Club, Inc. |

The Defendants include GHC, Greenbrier Medical Institute, LLC ("GMI"), Oakhurst Club, LLC ("Oakhurst"), Greenbrier Golf and Tennis Club Corporation ("GGTCC"), Greenbrier Legacy Cottage Development Company I, Inc. ("Legacy Development I"), and Greenbrier Legacy Cottage Development Company II, Inc. ("Legacy Development II")—collectively, the "Greenbrier Resort Defendants"—as well as James C. Justice, II, Cathy L. Justice, and James C. Justice, III—collectively, the "Justice Defendants." The Greenbrier Resort Defendants and Justice Defendants are collectively referred to as the "Defendants."[6]

The "Judgment Debtors," as defined in the 14th FBA, are James C. Justice, II, Cathy L. Justice, James C. Justice, III, GMI, Oakhurst, GHC, GGTCC, Bellwood Corporation, Justice Low Seam Mining,

---

dated August 26, 2024; Second Amended and Restated Forbearance Agreement, dated October 15, 2024; Fourth Amended and Restated Forbearance Agreement, dated December 31, 2024; Fifth Amended and Restated Forbearance Agreement, dated February 6, 2025; Sixth Amended and Restated Forbearance Agreement, dated March 31, 2025; Seventh Amended and Restated Forbearance Agreement, dated April 30, 2025; Eighth Amended and Restated Forbearance Agreement, dated May 31, 2025; Ninth Amended and Restated Forbearance Agreement, dated June 30, 2025; Tenth Amended and Restated Forbearance Agreement, dated August 14, 2025; Eleventh Amended and Restated Forbearance Agreement, dated September 30, 2025; Twelfth Amended and Restated Forbearance Agreement, dated December 31, 2025; 14th FBA, dated February 28, 2026.

[6] First Amended Complaint, pp. 1-2.

Inc. ("JLSM"), Tams Management, Inc. ("Tams"), James C. Justice Companies, Inc. ("JCJC"), Twin Fir Estates, LLC, Wilcox Industries, Inc., Players Club, LLC, The Greenbrier Sporting Club Development Company, Inc., The Greenbrier Sporting Club, Inc., and JFG.[7]

JFG is a consolidated entity with multiple subsidiaries. JFG's consolidated organizational structure includes GHC.[8] GHC's revenue represents 88% of JFG's total revenue during the years 2017–2024.[9] Notwithstanding the express requirement in the Forbearance Agreements that "each Justice Party's audited balance sheet and income statement" be provided,[10] only JFG's audited financial statements were available for my review.

---

[7] 14th FBA, p. 1.

[8] Justice Family Group, LLC and Subsidiaries Consolidated Financial Statement for the Years Ended December 31, 2024 and 2023, p. 7.

[9] These are the years for which I have financial statements both for JFG and GHC. I have not been provided JFG's audited financial statements for 2025. *See* **Exhibit 3**.

[10] *See*, *e.g.*, 14th FBA, Schedule 3, Section 2.08. The "Justice Parties" are defined in the 14th FBA and include the Judgment Debtors as well as additional entities known as the "Collateral Parties."

### b) The Judgments

Schedule 2 of the 14th FBA identifies amounts owed by the Judgment Debtors under confessed judgments for twelve debts (the "Judgments").[11] The total due under the Judgments through March 1, 2026 was $369,774,473.[12]

Carter Bank & Trust ("CBT") was originally the creditor of the Judgments. On March 25, 2026, I understand that WSSH assumed CBT's creditor interest in the Judgments and has been assigned CBT's rights under the 14th FBA.[13] I also understand that on April 9, 2026, Plaintiff sent Defendants a Notice of Default and Termination of Forbearance, describing breaches under the 14th FBA.[14] Notwithstanding the asserted breaches, the accommodation not to enforce the 14th FBA terminated automatically on April 15, 2026.[15] As part of the above-captioned action, I understand that Plaintiff is seeking the appointment of a receiver for the Greenbrier Resort Defendants.[16]

---

[11] Confession of Judgment, Case No. CL23000148-00, dated May 15, 2023; Confession of Judgment, Case No. CL23000156-00, dated May 15, 2023; Confession of Judgment, Case No. CL23000155-00, dated May 15, 2023; Confession of Judgment, Case No. CL23000153-00, dated May 15, 2023; Confession of Judgment, Case No. CL23000158-00, dated May 15, 2023; Confession of Judgment, Case No. CL23000152-00, dated May 15, 2023; Confession of Judgment, Case No. CL23000149-00, dated May 15, 2023; Confession of Judgment, Case No. CL23000110-00, dated April 20, 2023; Confession of Judgment, Case No. CL23000151-00, dated May 15, 2023; Confession of Judgment, Case No. CL23000150-00, dated May 15, 2023; Confession of Judgment, Case No. CL23000154-00, dated May 15, 2023; Confession of Judgment, Case No. CL26000061-00, dated March 4, 2026; Confession of Judgment, Case No. CL23000112-00, dated April 20, 2023; Confession of Judgment, Case No. CL23000113-00, dated April 20, 2023; Confession of Judgment, Case No. CL23000114-00, dated April 20, 2023; Confession of Judgment, Case No. CL23000115-00, dated April 20, 2023; Confession of Judgment, Case No. CL23000116-00, dated April 20, 2023; Confession of Judgment, Case No. CL23000111-00, dated April 20, 2023; Confession of Judgment, Case No. CL23000119-00, dated April 20, 2023; Confession of Judgment, Case No. CL23000117-00, dated April 20, 2023; Confession of Judgment, Case No. CL23000118-00, dated April 20, 2023; Confession of Judgment, Case No. CL23000120-00, dated April 20, 2023.

[12] 14th FBA, Schedule 2.

[13] First Amended Complaint, pp. 9-10 and Exhibit V, *Judgments Sale Agreement*.

[14] First Amended Complaint, p. 11 and Exhibit W, *Notice of Default and Termination of Forbearance.*

[15] First Amended Complaint, p. 11.

[16] First Amended Complaint, p. 27.

### V. Bases for Opinions

### a) Operating Cash Flow Is Insufficient to Service the Interest Accruing on the Judgments

    *i.   Debt Outstanding*

As reflected in Schedule 2 to the 14th FBA and **Table 2** below, $369,774,473 was owed on the

Judgments through March 1, 2026:

**Table 2 – Amounts Outstanding as of March 1, 2026**

| Loan Number | Principal | Late Fees | Attorneys Fees | Accrued Interest | Total |
|---|---|---|---|---|---|
| 22231680971 | $ 34,723,733 | - | $ 694,475 | $ 1,909,805 | $ 37,328,014 |
| 22231663972 | 45,002,028 | - | 900,040 | 1,407,826 | 47,309,893 |
| 22231215388 | 51,551,610 | 22,912 | 1,061,052 | 21,351,317 | 73,986,891 |
| 42137284583 | 22,835,763 | - | 456,715 | 244,216 | 23,536,694 |
| 22231297871 | 36,619,536 | 16,275 | 733,254 | 15,166,845 | 52,535,910 |
| 22231724488 | 13,366,647 | - | 267,333 | 171,539 | 13,805,518 |
| 22231276579 | 36,861,113 | - | 737,222 | 2,027,361 | 39,625,696 |
| 21841 | 508,382 | - | 10,167 | 258,798 | 777,346 |
| 22231442370 | 21,304,934 | - | 426,098 | 227,844 | 21,958,877 |
| 22231270687 | 6,242,606 | - | 124,852 | 80,113 | 6,447,572 |
| 22081 | 32,896,893 | - | 657,937 | 1,669,866 | 35,224,695 |
| 5019909047 | 15,000,000 | - | - | 2,237,367 | 17,237,367 |
| **Total** | **$ 316,913,244** | **$ 39,187** | **$ 6,069,145** | **$ 46,752,897** | **$ 369,774,473** |

Interest is accruing on the Judgments in the aggregate amount of $47,506,643 per year, or

$3,958,887 per month.[17] My calculation of interest accruing is detailed in **Exhibit 4**.

---

[17] This is calculated as $47,506,643 divided by twelve. Actual monthly interest would vary depending on the number of days in each month.

I am also aware that, as of March 31, 2026, James C. Justice, II owed $30,244,628 to CF Green Investors LP under a separate interest-bearing promissory note that was due on May 15, 2026 (the "CF Green Note").[18] I understand that GHC is a guarantor of this loan.[19]

*ii.* *Operating Cash Flow Analysis*

I analyzed the cash flow for JFG from 2017–2024. This is summarized by year in **Exhibit 5A** and is supported by **Exhibits 5B-5D**. Operating cash flow represents the net cash generated by JFG from core business operations. JFG generated $211,581,704 of operating cash flow during the period 2017–2024.[20] JFG's annual operating cash flow peaked in 2022 at $49,474,863 and declined during the subsequent two years.[21] In 2024, JFG generated $28,346,093 of operating cash flow.[22]

As discussed above, GHC revenue represents 88% of JFG's total revenue during the years 2017–2024, the years for which I have financial statements both for JFG and GHC.[23] JFG's decline after 2022 is mirrored by GHC's similar decline. GHC's annual operating revenue decreased from $184,831,674 in 2022 to $136,988,956 in 2025—a 26% decrease.[24] GHC's annual net income from

---

[18] Project Senate - 6th AR Note (Executed)(117020310.1).pdf, EXECUTED - Project Senate - Amendment 1 Maturity Extension (March 30, 2026).pdf, and EXECUTED - Project Senate - Amendment No. 2 to Sixth AR Note (March 31 2026).pdf.

[19] Project Senate - 6th AR Note (Executed)(117020310.1).pdf.

[20] **Exhibit 5A**.

[21] *Id.*

[22] *Id.*

[23] **Exhibit 3**.

[24] GHC Income Statement December 31 2023; GHC IS vs Prior 12.31.25. Operating revenue is calculated as [Gross Operating Revenue] + [Revenue Adjustments].

operations declined from $57,858,178 in 2022 to $36,141,718 in 2025—a 38% decrease.[25] These trends

reflect the declining financial performance of the Resort.

Notwithstanding the covenant in the Forbearance Agreements to furnish "[m]onthly within

thirty (30) days of the end of each month end, each Justice Party's internally prepared balance sheet and

income statement for the period ended, prepared in accordance with generally accepted accounting

principles, applied on a consistent basis,"[26] sporadic financial statements for only some of the Judgment

Debtors were provided to me. **Exhibit 6** summarizes the available net income/loss figures for five

Judgment Debtors that are not consolidated into the financial statements for JFG, including GMI (one of

the few Greenbrier Resort Defendants that is not consolidated into JFG).[27]Although complete records

were not available to me, each entity for which I have income statements reflected net losses in every

year from 2019–2026.[28] As a result, all of these Judgment Debtors appear to be unprofitable in the

available income statements and thus unable to satisfy the interest accruing on the Judgments.

As described above, through March 1, 2026, the Judgment Debtors owed $369,774,473 to

WSSH for the Judgments. Furthermore, interest accrues annually at the rate of $47,506,643 ($3,958,887

monthly) on the Judgments. Assuming 100% of JFG's 2024 operating cash flow of $28,346,093—the

operating cash flow for the most current year for which audited financial statements are available—was

achieved consistently year-over-year and is spent entirely on the Judgments, the amount outstanding on

---

[25] GHC Income Statement December 31 2023; GHC IS vs Prior 12.31.25.

[26] 14th FBA, Schedule 3, Section 2.08.

[27] I had partial financial statements for only one Justice Party that was not a Judgment Debtor, Virginia Fuel Corporation. I have included this entity in **Exhibit 6** as well.

[28] **Exhibit 6**. This is based on year-end income statements, when available, or the latest month possible in each year when full year income statements were unavailable.

the Judgments would *increase* by \$19,160,550 each year.[29] This extraordinarily assumes that no operating cash flow is used for capital expenditures (or other non-operating expenditures) and that JFG continues to generate operating cash flow at levels consistent with that achieved in 2024, despite the declining trend since 2022. Taking these extraordinary assumptions one step further, applying 100% of the operating cash flow from JFG's best year during this period of \$49,474,863 exclusively in satisfaction of the Judgments, it would take over seven years to satisfy the amounts already outstanding on the Judgments if no further interest accrued.

**b) JFG's Cash Flow Has Been Transferred to Related Parties**

As depicted in **Chart 1** below, during the period covered 2017–2024, \$204,064,762, equal to 96% of JFG's operating cash flow, was transferred to related parties outside of JFG.[30] *See* **Exhibit 5A**.

**Chart 1 – JFG Cash Flow from 2017–2024[31,32]**



---

[29] This is calculated as [\$47,506,643 annual interest accrual] – [\$28,346,093 2024 operating cash flow].

[30] This is calculated as [\$204,064,762 related party outflows]/[\$211,581,704 operating cash flow]. *See* **Exhibit 5A**.

[31] This includes transactions reported in the supplemental disclosures of the audited JFG statements of cash flows (such as property acquired under notes payable). These amounts are all presented on a net basis.

[32] The net change in JFG's cash balance over this time period was \$1,705,209. *See* **Exhibit 5A**.

*i.  Nature of the Related-Party Transfers*

The JFG financial statements indicate that the transfers to related parties were made pursuant to purported related-party loans/debt obligations that were subject to promissory notes.[33] However, I have not seen any documentation that these transfers were memorialized by formal promissory notes or that the transfers themselves are consistent with bona fide loan or debt obligation transactions, as defined in applicable accounting guidance.[34] The records available to me: (a) do not include a promissory note or other similar documentation that would evidence a valid loan/debt obligation; (b) do not indicate that there is a maturity date or repayment schedule; (c) do not indicate that there is an interest payment obligation; and (d) do not indicate other indicia that the transfers were made pursuant to a bona fide loan/debt obligation transaction.

**Table 3** below summarizes factors that distinguish transfers of funds that are substantively loans/debt obligations from those that are more representative of distributions.

---

[33] *See, e.g.*, Justice Family Group, LLC and Subsidiaries Consolidated Statements of Cash Flows for 2024 at "Notes receivable from related parties, net" and "Notes payable to related parties, net."

[34] *See, e.g.,* Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Master Glossary (defining "loan" as "a contractual right to receive money on demand or on fixed or determinable dates that is recognized as an asset in the creditor's statement of financial position"). *See also* "Reasonable Compensation" Job Aid for IRS Valuation Professionals, IRS, dated October 29, 2014, p. 5 ("[s]ome factors that are indicative of a bona fide loan include: the existence of a promissory note, cash payments required according to a specified repayment schedule, interest being charged, and security required for the loan in case of default.").

**Table 3 – Indicia of Loan vs. Distribution**

| Factor | Suggests Loan | Suggests Distribution |
|---|---|---|
| Formal note | Yes | No |
| Interest charged at a set interest rate | Yes | No |
| Terms consistent with arm's-length arrangements | Yes | No |
| Fixed repayment schedule | Yes | No |
| History of repayment | Yes | No |
| Fixed maturity | Yes | No |
| Enforcement efforts | Yes | No |
| Borrower solvent | Yes | No |
| Collateral/security | Yes | No |
| Ability to obtain third-party financing | Yes | No |
| Repeated advances without payment | No | Yes |
| Advances tied to ownership | No | Yes |

While not intended to be an exhaustive list of factors, the above factors are derived from commonly recognized analytical sources and frameworks reflected in regulatory enforcement matters, American Institute of Certified Public Accountants related-party auditing guidance, and substance over form principles under GAAP. Guidance under Generally Accepted Auditing Standards ("GAAS") similarly notes that "the substance of a particular [related-party] transaction may be significantly different from its form" and specifically provides the example that equity distributions could be masked as loans.[35]

It is also instructive to compare the notes section of JFG's audited financial statements describing long-term corporate debt obligations in great detail, including interest rate, amount owed monthly, repayment date ranges, and principal amounts (**Figure 1**) with the complete lack of detail in the notes describing the related-party transactions (**Figure 2**), which do not refer to the existence of

---

[35] AU-C Section 550, *Related Parties*, ¶¶ .A2 and .A8.

promissory notes, loans, or debt obligations but rather characterize these amounts simply as *"advancements."*[36]

**Figure 1 – Corporate Debt Disclosure Excerpt from the 2024 JFG Audited Financial Statements**

| NOTE 8. CORPORATE DEBT (continued) Long-Term Debt: Summary of Obligations | Interest Rate | Range of Repayment Dates | 2024 | 2023 |
|---|---|---|---|---|
| Obligations payable to a bank primarily secured by real estate payable monthly as of December 31, 2024 at $47,999 | 7.02% | 2023-2030 | $ 1,979,072 | $ 3,063,820 |
| Obligations payable to a bank primarily secured by real estate payable monthly as of December 31, 2024 at $440,459 | S+4.62% | 2014-2026 | 51,551,610 | 51,551,610 |

**Figure 2 – Related-Party Disclosure from the 2024 JFG Audited Financial Statements**

> **NOTE 9. RELATED PARTY TRANSACTIONS**
>
> The Company is related to a number of companies with whom it has financial relationships. Related party transactions consisted of the following:
>
> As of December 31, 2024, advancements from the Company to other related companies had a balance of $323,172,852.
>
> As of December 31, 2024, advancements from other related companies had a balance of $37,473,932.

For material related-party transactions, GAAP requires disclosure of the nature of the relationships involved; a description of the transactions, including information necessary to understand their effects on the financial statements; the dollar amounts of the transactions for each period presented; amounts due to or from related parties as of each balance sheet date and, if not otherwise apparent, the terms and manner of settlement (e.g., interest charged, maturity, and repayment).[37] Additionally, if necessary to the understanding of the relationship, GAAP requires the name of the related party to be

---

[36] As described in accounting guidance, footnote disclosures serve an essential role in financial reporting by providing and amplifying information that cannot be fully conveyed on the face of the financial statements alone. *See* Conceptual Framework for Financial Reporting (September 2024), Chapter 7, *Presentation*, ¶ PR11.

[37] FASB ASC 850-10-50-1, *Related Party Disclosures*.

disclosed.[38] GAAP also requires that any representations that related-party transactions were made on an arm's-length basis need to be substantiated.[39] The JFG audited financial statements contain none of the GAAP-required disclosures and notably do not identify the related parties by name or assert that the transactions were conducted on an arm's-length basis.

The Forbearance Agreements include restrictions, including that the Justice Parties:

> "shall not, without the prior written consent of CBT . . . Declare or pay any dividends or distributions of any kind, or purchase or redeem, retire, or otherwise acquire any of any Justice Party's capital stock or other ownership interests, now or hereafter outstanding . . . Make any loan to or pay any obligation, liability or indebtedness of any directors, officers, partners, members, shareholders, subsidiaries or Affiliates [with specific exceptions] . . . Directly or indirectly, sell, lease, transfer, or otherwise dispose of any of its property to, or purchase any property from, or enter into any contract, agreement, understanding, loan, advance, guarantee or transaction (including the rendering of services) with or for the benefit of, any Affiliate (each of the foregoing, an 'Affiliate Transaction'), unless (a) such Affiliate Transaction or series of Affiliate Transactions is (i) in the best interest of such Justice Party and (ii) on terms that are no less favorable to such Justice Party than those what [sic] would have been obtained in a comparable arm's-length transaction by such Justice Party with a person that is not an Affiliate."[40]

As part of the criteria for allowed loans to Affiliates, the Forbearance Agreements indicate that "a full, complete and accurate accounting of all intercompany transactions" shall be provided in financial reports.[41] Even incorporating information outside of the JFG financial statements, such as the Principals' Compliance Certificates ("PCCs") and unaudited financial reports described further below, the disclosures around JFG's related-party transactions violate GAAP and do not comport with a full and complete accounting of related-party transactions in the financial reports. Ultimately, proper disclosure regarding the nature of the related-party transactions was not provided, and the information

---

[38] FASB ASC 850-10-50-3.

[39] FASB ASC 850-10-50-5.

[40] 14th FBA, Schedule 3, Section 3.

[41] 14th FBA, Schedule 3, Section 3.07.

available to me suggests that these related-party advancements are more analogous to distributions rather than loans/debt obligations.

## ii. Recipients of the Related-Party Transfers

The financial statements for JFG indicate material transfers were made to related parties. Although JFG's audited financial statements do not disclose the recipients of the related-party transfers, GHC's financial statements for the periods covered 2017–2025, which are consolidated into JFG, indicate the various entities that received transfers that were effectuated through GHC. After intercompany accounting eliminations are made to eliminate obligations between entities consolidated within JFG, the net related party receivable amounts purportedly owed to GHC increased over 2,031%, or $228,339,136, from $11,245,405 as of December 31, 2017, to $239,584,540 as of December 31, 2025.[42] The increasing related-party receivable balance owed to GHC reflects outgoing transfers of funds from GHC to related parties. *See* **Exhibit 7** for further details on GHC's net related-party balances each year-end from 2017–2025.

Approximately 70% of the $239,584,540 net related-party receivable balance owed to GHC as of December 31, 2025 is from entities whose business activities pertain to coal mining or agriculture and are not related to the operations of the Resort.[43] Specifically, $166,464,736 relates to net transfers from GHC to coal mining businesses and $848,451 relates to net transfers from GHC to agricultural businesses.[44] The remaining 30% of the net related-party receivable balance owed to GHC relates primarily to funds transferred to GMI ($41,426,175), an entity associated with the sports performance and sports medicine facilities historically operated in conjunction with the New Orleans Saints training

---

[42] **Exhibit 7.**

[43] **Exhibit 7.** Of the December 31, 2024, net related-party receivable balance owed to GHC of $223,358,455, 70% also incidentally relates to entities whose business activities are related to coal mining or agriculture.

[44] **Exhibit 7**.

camp and adjacent to the Resort property, and The Greenbrier Clinic ($34,224,588), a healthcare facility located within the Resort.[45]

From April 1, 2024—the date of the original Forbearance Agreement—to December 31, 2025, GHC's net related-party receivable balance due from non-Borrower Affiliates increased $4,542,602, or 4%, from $103,599,723 to $108,142,324.[46] Non-Borrower Affiliates were not permitted to receive transfers on account of a related-party loan under the Forbearance Agreements.[47]

Another source of information regarding transfers of funds is the PCCs. Under the Forbearance Agreements, GHC is required to submit a PCC on the first and fifteenth day of each month disclosing the date, amount, and transferee of every transfer of funds made by GHC that is not (i) a payment on CBT indebtedness or (ii) an ordinary and customary operational expense.[48] I reviewed the available PCCs and observed that the majority of the transfers were with JLSM, a coal mining entity.[49,50] Other transfers noted on the PCCs were with Tams and Bellwood Corporation (both also affiliated with coal mining operations), "GB-WV Holdings," "Intercompany Allocation – Beech Creek," and "Intercompany Allocation – Farms." Additionally, the PCCs indicate transfers to First Guaranty Bank

---

[45] **Exhibit 7**. *See also,* https://technicalhorizons.com/project/greenbrier-medical/.

[46] **Exhibit 7**.

[47] *See*, *e.g.*, 14th FBA, Schedule 3, Section 3.07 for the listing of Borrower Affiliates.

[48] *See*, *e.g.*, 14th FBA, Schedule 3, Section 2.08.

[49] Although the PCCs were due twice monthly, it appears that GHC submitted them on a monthly basis, summarizing the transfers for the entire month. Given that cadence, GHC should have submitted approximately twenty-two PCCs between May 2024 and April 2026. However, I was only provided ten PCCs for the following months: August 2024 (Prinicipals' Compliance Cert August 2024.PDF [sic]), September 2024 (Principals' Compliance Cert September 2024.PDF), October 2024 (October Principals' Compliance Certificate.PDF), November 2024 (November Principals' Compliance Certificate.PDF), February 2025 (February 2025 Compliance Certificate.PDF), March 2025 (March 2025 Compliance Certificate.PDF), April 2025 (April 2025 Compliance Certificate.PDF), August 2025 (August Compliance Certificate.PDF), September 2025 (2025-11-05 08-26), December 2025 (SBRI26012913240.pdf), and January 2026 (January_Compliance Statement (1).pdf), collectively, the "Provided Principals' Compliance Certificates."

[50] As of December 31, 2025, GHC's net related-party receivable balance due from JLSM was $28,311,375. *See* **Exhibit 7.**

for the benefit of James C. Justice, II and James C. Justice, III as well as charges of hundreds of thousands of dollars for "Personal Aircraft Use" and "Personal Vehicle Use" by members of the Justice family.[51] The non-Borrower Affiliates GB-WV Holdings, Intercompany Allocation – Beech Creek, Intercompany Allocation – Farms, James C. Justice, II, and James C. Justice, III were not permitted to receive transfers on account of related-party loans under the Forbearance Agreements.[52]

In addition, I was provided with six canceled checks from 2025 and 2026 that were payable to the order of "The Greenbrier Hotel" or "Greenbrier Resort." These checks appear to have been endorsed and/or deposited by entities that are, to my knowledge, unaffiliated with the Resort—"Bluestone Coal Sales Corp" and "RDC."[53] The treatment of these checks in this fashion lacks the proper observance of corporate formalities and highlights the risk that deposits intended for the Greenbrier Resort Defendants may be improperly transferred to related parties.

### c) Historical Capital Expenditures Have Been Lower Than Represented

As reflected on **Chart 1**, JFG's capital expenditures during the period covered 2017–2024 totaled $23,849,903, exclusive of $11,954,497 for land purchases and $4,950,000 for the purchase of a helicopter and airplane.[54] I refer to this as "Improvement Capex," which is intended to align with the

---

[51] Provided Principals' Compliance Certificates.

[52] *See* 14th FBA, Schedule 3, Section 3.07.

[53] 2026.04.21 Email Gene Anderson Fwd Jeanine Check to Greenbrier 8.5.2025.pdf, 12.2.25 Check CNB to Greenbrier Resort for $58.63.pdf, 10.2.25 Check CNB to Greenbrier Resort for $110.52.pdf, 8.30.25 Check CNB to Greenbrier Resort for $130.30.pdf, 4.2.26 Check CNB to Greenbrier Resort for $74.45.pdf, and 1.9.26 Check CNB to Greenbrier Resort for $1314.34.pdf.

[54] It is unclear what commercial purpose benefiting the Resort was served by the aircraft. However, as discussed, it is clear that the airplane was utilized by Justice family members for personal use.

capital expenditure amounts included in a 2025 appraisal report prepared by Newmark Valuation & Advisory ("'25 Appraisal") for GHC.[55] My calculation of Improvement Capex is detailed in **Exhibit 5D**.

The '25 Appraisal includes the following table of "Recent Capital Expenditures":

**Figure 3 – Recent Capital Expenditures per the '25 Appraisal[56]**

### CAPITAL IMPROVEMENTS

| Recent Capital Expenditures | The subject hotel has been adequately maintained and the property's overall condition is considered to be good. The hotel has received upgrades to select areas as detailed below: |
|---|---|

| RECENT CAPITAL EXPENDITURES | |
|---|---|
| **Year** | **Approx. Cost** |
| 2017 | $6,938,367 |
| 2018 | $6,477,818 |
| 2019 | $8,433,955 |
| 2020 | $7,616,407 |
| 2021 | $10,133,441 |
| 2022 | $10,082,751 |
| 2023 | $11,207,650 |
| 2024 | $6,772,023 |
| **Total** | **$67,662,412** |
| Per Room | $102,519 |

The $67,662,412 of capital expenditures from 2017–2024 reflected in the '25 Appraisal is over 180% greater than the $23,849,903 of Improvement Capex that I observed in the JFG audited financial statements.[57] The '25 Appraisal represents capital expenditures equivalent to 5.8% of JFG's revenue during the period covered 2017–2024, exclusive of revenue generated from "golf" and "real estate lot

---

[55] Based on the characterization of the recent capital expenditures included in the '25 Appraisal, my calculation of Improvement Capex would be consistent with, if not, in fact, higher than the appraisal capital expenditures in comparison principally due to: (a) inclusion of capital expenditures that may have been incurred at the JFG level, whereas the appraisal is at the GHC level; and (b) Improvement Capex includes some purchases, such as vehicles and a boat, that may not fall under the types of capital expenditures included in the '25 Appraisal.

[56] '25 Appraisal, p. 52.

[57] I note that even if you include land purchases and the aircraft purchases into my calculation of JFG's Improvement Capex, the total capital expenditures would be $40,754,400, an amount that is still $26,908,012 lower than the capital expenditure amount noted in the '25 Appraisal. *See* **Exhibit 5D**.

sales, membership sales and dues."[58] However, Improvement Capex represents just 2.0% of those same components of JFG's revenue over that same time period.[59]

The '25 Appraisal includes the following assumption regarding the needed amount of capital expenditures going forward to maintain the Resort:

**Figure 4 - Reserve for Replacements per the '25 Appraisal[60]**

| Reserve for Replacements | It is assumed that the subject hotel's facilities will be well maintained and remain fully competitive throughout the projection period. Replacement reserves equal to 4.0% of total revenue per year is deducted from the operating cash flow to account for short-life replacement items and preserve the competitive positioning of the subject hotel. This estimate of capital reserves should be adequate to account for all typical future capital expenditures throughout the holding period. |
| --- | --- |

While the '25 Appraisal indicates that 4.0% of revenue would be needed going forward as "replacement reserves," as noted above, historical Improvement Capex is equivalent to 2.0% of revenue.[61] JFG's most recently reported level of operating cash flow is insufficient to fund interest payments on the Judgments, much less to also fund the 4% replacement reserves described in the '25 Appraisal.

**d) Critical Operating Obligations Have Not Been Satisfied as They Became Due**

GHC has a history of failing to meet its statutory, contractual, operational, and fiduciary financial obligations, including timely payment of taxes and remittance of contributions to its employee benefit plans.

---

[58] I have excluded "Golf" and "Real estate lot sales, membership sales and dues" revenue in order to be consistent with the forms of revenue that the '25 Appraisal considered. *See* '25 Appraisal pp. 114-116 and **Exhibit 5E**.

[59] *Id.*

[60] '25 Appraisal, p. 53.

[61] The revenue used here is JFG revenue from 2017–2024, excluding "Golf" and "Real estate lot sales, membership sales and dues."

*i. Taxes Outstanding*

The State of West Virginia has outstanding liens against GHC in the aggregate amount of $4,437,109: (a) $3,982,039 due in accrued sales and use taxes, interest, additions to tax, and penalties pertaining to the periods covered May 2025 through November 2025; and (b) $455,070 due for personal income taxes not withheld or paid to the Tax Commissioner from wages paid, interest, and penalties for the September 2025 period.[62] I understand that the State of West Virginia has submitted a motion to intervene in this litigation to "protect its interest" and now asserts "an interest in Defendants' property."[63] *See* **Table 4** and **Exhibit 8A** for additional information regarding these tax lien claims.

**Table 4 – Tax Liens Outstanding Against Greenbrier Hotel Corporation**

| Creditor | Tax Type | Number of Liens | Balance Due |
|---|---|---|---|
| State of West Virginia | Sales & Use | 9 | $ 3,982,039 |
| State of West Virginia | Personal Income Tax Withholding | 1 | 455,070 |
| **Totals** | | **10** | **$ 4,437,109** |

Furthermore, **Table 5** below summarizes $7,131,159 of prior tax liens against GHC issued between 2021 and 2025 that have since been withdrawn. *See* **Exhibit 8B** for additional information regarding these prior tax liens.

**Table 5 – Prior Tax Liens Against Greenbrier Hotel Corporation**

| Creditor | Tax Type | Number of Liens | Balance Owed |
|---|---|---|---|
| State of West Virginia | Sales & Use | 8 | $ 3,927,675 |
| State of West Virginia | Personal Income Tax Withholding | 2 | 840,424 |
| State of West Virginia | Withholding - Unspecified | 3 | 890,355 |
| Internal Revenue Service | Federal Payroll Taxes | 4 | 1,472,705 |
| **Totals** | | **17** | **$ 7,131,159** |

---

[62] *See* **Table 4** and **Exhibit 8A**. According to Greenbrier County Clerk records, these liens had not been withdrawn as of May 12, 2026.

[63] West Virginia State Tax Division's Motion to Intervene for Case No. 5:26-cv-00257, dated May 19, 2026.

In addition, the Greenbrier Resort Defendants also owe $3,358,519 in delinquent 2024 and 2025 real estate taxes as shown in **Table 6** below.[64] *See* **Exhibit 8C** for detail on these delinquent real estate taxes.

**Table 6 – Delinquent Real Estate Taxes**

| Entity | Creditor | Entity Total |
|---|---|---|
| Greenbrier Hotel Corporation | Greenbrier County Sheriff's Tax Office | $ 1,418,502 |
| Greenbrier Legacy Cottage Development Company II, Inc. | West Virginia State Auditor's Office | $ 953,753 |
| Greenbrier Golf and Tennis Club Corporation | West Virginia State Auditor's Office | $ 497,370 |
| The Greenbrier Sporting Club Development Company, Inc. | Greenbrier County Sheriff's Tax Office | $ 247,733 |
| Greenbrier Legacy Cottage Development Company I, Inc. | Greenbrier County Sheriff's Tax Office | $ 109,830 |
| Oakhurst Club, LLC | Greenbrier County Sheriff's Tax Office | $ 63,824 |
| Greenbrier Legacy Cottage Development Company II, Inc. | Greenbrier County Sheriff's Tax Office | $ 43,470 |
| Greenbrier Medical Institute, LLC | Greenbrier County Sheriff's Tax Office | $ 14,497 |
| Greenbrier Golf and Tennis Club Corporation | Greenbrier County Sheriff's Tax Office | $ 9,538 |
| **Total** | | **$ 3,358,519** |

Together, with the $4,437,109 in outstanding tax liens, the Greenbrier Resort Defendants owe $7,795,628 in past due taxes, assuming they have paid all amounts owed for the prior tax liens against GHC described in **Table 5**.

*ii.    Accounts Payable*

GHC's accounts payable balance increased 226% from 2022 ($6,992,368) to 2025 ($22,824,845).[65] GHC's days payable outstanding ("DPO"), a common financial operating metric, rose 316% from 53 days in 2022 to 222 days in 2025. *See* **Chart 2** below and detailed in **Exhibit 9**.[66] For comparison, the average DPO for the casino hotels industry from 2022–2024 ranged from a low of 22.7

---

[64] According to Greenbrier County Sheriff's Tax Office records, these taxes had not been paid as of May 12, 2026. The Greenbrier Sporting Club Development Company, Inc. is not a named Greenbrier Resort Defendant in the First Amended Complaint. However, The Greenbrier Sporting Club Development Company, Inc is a subsidiary of Greenbrier Hotel Corporation, which is a named Greenbrier Resort Defendant. *See* Justice Family Group, LLC and Subsidiaries Consolidated Financial Statements for years ended December 31, 2024, and 2023, p. 7.

[65] **Exhibit 9**.

[66] DPO was calculated as the Average Accounts Payable balance divided by the Corresponding Expenses, which is then multiplied by 365 days. *See* **Exhibit 9**.

days to a high of 53.8 days.[67] GHC's DPO for 2025 of 222 days is over 313% greater than the highest

industry average in any of the three preceding years.

**Chart 2 – GHC Days Payable Outstanding ("DPO")**



### iii.    Health Fund Contributions

Effective June 1, 2022, the Resort's union employees' healthcare coverage moved to a fully

funded plan under Amalgamated National Health Fund ("Health Fund") per terms of the new union

contract.[68] According to an April 20, 2026, letter from McDermott Will & Schulte LLP, counsel for the

Health Fund, GHC was delinquent in its contributions required under the Employee Retirement Income

Security Act of 1974, with the following amounts outstanding as of April 10, 2026:[69]

---

[67] The Casino Hotels industry is comprised of hotels with a casino on the premises. Casino Hotels in the US, IBISWorld, February 2026, pp. 1 and 43.

[68] Justice Family Group, LLC and Subsidiaries Consolidated Financial Statement for the Years Ended December 31, 2024 and 2023, p. 11.

[69] Exhibit Z to the First Amended Complaint.

**Table 7 – Outstanding Health Fund Amounts**

| Component | Amount |
|---|---|
| Delinquent Contributions | $ 2,023,594 |
| Interest (accruing) | 104,883 |
| Liquidated Damages | 404,719 |
| **Total** | **$ 2,533,196** |

    *iv.    401(k) Contributions*

GHC also repeatedly failed to timely remit participant contributions for its 401(k) plan, The Greenbrier Savings and Investment Plan (the "Plan"). The Plan's 2020, 2021, 2023, and 2024 Form 5500 filings (Annual Return/Report of Employee Benefit Plan) indicate that "there [was] a failure to transmit to the plan any participant contributions within the time period described in 29 CFR 2510.3-102" in the following amounts:[70]

**Table 8 – Late 401(k) Participant Contributions**

| Plan Year | Failure to Timely Transmit Participant Contributions? | Late Participant Contributions |
|---|---|---|
| 2020 | Yes | $ 600,755 |
| 2021 | Yes | $ 64,927 |
| 2022 | No | $ - |
| 2023 | Yes | $ 847,079 |
| 2024 | Yes | $ 558,957 |

While certain of the operational obligations noted above may be quantitatively *de minimis* in relation to the Resort's revenue or assets, their mere existence is nonetheless significant. The failure to

---

[70] Greenbrier Hotel Corporation 2020 Form 5500, p. 16; Greenbrier Hotel Corporation 2021 Form 5500, p. 16; Greenbrier Hotel Corporation 2022 Form 5500, p. 15; Greenbrier Hotel Corporation 2023 Form 5500, p. 16; Greenbrier Hotel Corporation 2024 Form 5500, p. 16. According to the instructions for Form 5500, "[t]he total amount of the delinquent contributions should be included on line 4a of the Schedule H or I, as applicable, for the year in which the contributions were delinquent and should be carried over and reported again on line 4a of the Schedule H or I, as applicable, for each subsequent year until the year after the violation has been fully corrected, which correction includes payment of the late contributions and reimbursement of the plan for lost earnings or profits." (2025 Instructions for Form 5500, p. 48).

timely satisfy routine operating obligations is an indicator of broader liquidity constraints and deficiencies in financial and operational controls. In this regard, the issue is not solely the amounts in question, but rather what the nonpayment of such obligations may indicate regarding the overall condition and management of the Resort.

## VI. <u>Conclusion</u>

As I have discussed in detail above, numerous risk indicators raise concern regarding the Defendants' ability to service the outstanding debt and properly maintain the operation of the Resort.

- JFG's operating cash flow has declined and is insufficient to service interest accruing on the outstanding Judgments.

- Significant portions of JFG's cash flow were transferred to related parties whose operations were unrelated to the operation of the Resort. I have not seen any financial or other benefit to the Resort resulting from these transfers and the disclosures for these transfers were inconsistent with GAAP requirements.

- Capital expenditures were lower than the levels represented as being necessary for the hotel to be well maintained and competitive.

- Defendants demonstrated a pattern of failing to satisfy critical operating obligations as they became due.

## VII. <u>Signature and Right to Modify</u>

This report and the exhibits contained herein present my findings and the bases thereof. This report should not be construed to constitute or contain opinions on matters of law. To the extent that any additional information is produced by any party, I reserve the right to incorporate such additional information into my report or to modify my report as necessary. This report was prepared solely for the above-captioned matter and should not be used for any other purpose without prior written authorization.

Respectfully submitted,

Brian C. Ong

May 29, 2026

## VIII.  <u>List of Exhibits</u>

**Exhibit 1A –** Curriculum Vitae of Brian C. Ong

**Exhibit 1B –** Summary of Publications Authored by Brian C. Ong in Past Ten Years

**Exhibit 2 –** Documents Considered

**Exhibit 3 –** JFG and GHC Revenue Comparison

**Exhibit 4 –** Calculation of Interest Accruing on Judgments

**Exhibit 5A –** Summary of JFG Cash Flow

**Exhibit 5B –** JFG Third-Party Financing Cash Flow Detail

**Exhibit 5C –** JFG Related-Party Cash Flow Detail

**Exhibit 5D –** JFG Capital Expenditure Cash Flow Detail

**Exhibit 5E –** Improvement Capex as a Percent of Revenue

**Exhibit 6** – Net Income (Loss) for Non-JFG Judgment Debtors with Financial Statements Available

**Exhibit 7** – Summary of GHC Net Related-Party Account Balances

**Exhibit 8A** – Outstanding GHC Tax Liens

**Exhibit 8B** – Withdrawn GHC Tax Liens

**Exhibit 8C** – Delinquent Property Taxes for Greenbrier Resort Defendants

**Exhibit 9** – GHC Accounts Payable and DPO


Exhibit 1A



# Brian Ong, CPA, CFE

Senior Managing Director
Forensic & Litigation Consulting

1166 Avenue of the Americas, 15th Floor - New York, NY  10036
+1 212 499 3688
Brian.Ong@fticonsulting.com

## Education
B.B.A., Accounting, Abilene Christian University, Abilene, TX

## Certifications
Certified Fraud Examiner
Certified Public Accountant
New York and Texas

## Associations
American Institute of Certified Public Accountants
Association of Certified Fraud Examiners

## Expertise
Forensic Accounting & Investigations
Foreign Corrupt Practices Act/Anti-corruption Advisory
Post-acquisition Disputes
Accounting Advisory
Litigation Support & Consulting Services

Brian Ong is the co-leader of the Forensic Accounting Investigations & Compliance practice and a senior member of the Risk & Investigations practice at FTI Consulting. He previously served as the co-leader of the Forensic Accounting & Advisory Services national practice.  Mr. Ong is a senior business adviser with more than 35 years of providing accounting, forensic accounting, financial analysis, business valuation and corporate transactional advisory services to a variety of clients including corporations, corporate boards of directors, "C-level" executives, in-house legal counsel and external legal counsel. Mr. Ong brings to his clients an array of services designed to help organizations and individuals address critical issues, mitigate risk, enhance corporate governance and improve performance.

Mr. Ong routinely directs large-scale financial investigative assignments including forensic accounting investigations, financial reporting investigations, financial fraud investigations, international bribery and corruption investigations, Foreign Terrorist Organizations investigations, and other white-collar crime and corporate governance investigations.

Mr. Ong has been appointed as an independent monitor, approved by the United States Department of Justice, to oversee the development and implementation of compliance and ethics programs by companies. On behalf of the government and judiciary, Mr. Ong performs independent monitoring of adherence to compliance and ethics programs and settlement agreements, including Deferred Prosecution Agreements, pursuant to actions brought by the United States Department of Justice and other regulatory bodies.

Mr. Ong is experienced in transactional related analysis including corporate transactions involving working capital adjustments, post-closing balance sheet adjustments and "earn out" calculations. He routinely serves as both an advisor to companies involved in transactional related disputes and as a neutral accounting arbiter adjudicating disputes.

Mr. Ong's dispute advisory services experience includes assisting domestic and international clients in high-stakes commercial disputes. He assists in matters involving accounting analysis and the economic and financial analysis of lost profits/lost earnings resulting from a variety of civil claims. He has extensive experience in damage quantification and analysis as an expert witness and as a consultant. Mr. Ong has provided testimony as an expert witness in both litigation and arbitration/mediation proceedings.

Mr. Ong has conducted financial statement audits of publicly and privately held companies. He has provided merger, acquisition, and divestiture advisory services.  Prior to FTI Consulting, Mr. Ong was a Partner at KPMG, an international public accounting firm. Mr. Ong has been an Adjunct Professor at New York University and he regularly instructs on the topics of fraud detection and prevention, financial statement analysis and the financial analysts' role in dispute resolution and quantification of economic losses.

**EXPERTS WITH IMPACT™**




# Exhibit 1B

## <u>Exhibit 1B – Summary of Publications Authored by Brian C. Ong in Past Ten Years</u>

*"Corporate Monitorships: An Enforcement Hammer Looking for a Nail or a Practical Tool in Reconstructing Corporate Credibility?"*
LinkedIn Article, 2025

"Representation & Warranties Insurance, A Tool for M&A Deal Makers…But is the 'Juice Worth the Squeeze?'"
LinkedIn Article, 2025

"Mergers and Acquisitions, The DOJ's Safe Harbor Policy Offers Private Investment Firms a Means to Navigate FCPA Liabilities,"
LinkedIn Article, 2024

"DOJ Is 'Upping the Data Analytics Game,' Update from the American Conference Institute's International Conference on the Foreign Corrupt Practices Act,"
LinkedIn Article, December 2023

"Accounting and Nonprofit Organizations: Steps to Ensure Your Organization Stays on the Right Side of the FCPA,"
LinkedIn Article, June 2021

"In FCPA Investigations, Cooperation is Complex," *National Law Journal*, July 4, 2016


Exhibit 2

**Exhibit 2 - Documents Considered**

**Legal Documents**

Verified Complaint and Exhibits A through L, Case No. 5:26-cv-00257, dated April 9, 2026

Complaint, Case No. CC-13-2026-C-51, dated April 12, 2026

Amended Complaint, Case No. CC-13-2026-C-51, dated April 29, 2026

First Amended Verified Complaint and Exhibits A through II, Case No. 5:26-cv-00257, dated May 1, 2026

Defendants' Amended Motion to Stay and Exhibits 1 through 16, Case No. 5:26-cv-00257, dated May 8, 2026

Memorandum of Law in Support of Defendants' Amended Motion to Stay, Case No. 5:26-cv-00257, dated May 8, 2026

Proposed Order Granting Defendants' Amended Motion to Stay, Case No. 5:26-cv-00257, filed May 8, 2026

Exhibits 1 through 17 to Plaintiffs' Motion for a Preliminary Injunction, Case No. CC-13-2026-C-51

Memorandum of Law in Support of Plaintiffs' Motion for a Preliminary Injunction, Case No. CC-13-2026-C-51, dated May 8, 2026

Proposed Order Granting Plaintiffs' Motion for a Preliminary Injunction, Case No. CC-13-2026-C-51, dated May 8, 2026

West Virginia State Tax Division's Motion to Intervene, Case No. 5:26-cv-00257, dated May 19, 2026

Defendants' Consolidated Memorandum of Law in Opposition to Plaintiff's Amended Emergency Motion for Appointment of a Receiver and Emergency Motion for Preliminary Injunction and Exhibits 1 through 16, Case No. 5:26-cv-00257, dated May 22, 2026

**Forbearance Agreements**

Forbearance Agreement, dated April 1, 2024

Amended and Restated Forbearance Agreement, dated August 26, 2024

Second Amended and Restated Forbearance Agreement, dated October 15, 2024

Fourth Amended and Restated Forbearance Agreement, dated December 31, 2024

Fifth Amended and Restated Forbearance Agreement, dated February 6, 2025

Sixth Amended and Restated Forbearance Agreement, dated March 31, 2025

Seventh Amended and Restated Forbearance Agreement, dated April 30, 2025

Eighth Amended and Restated Forbearance Agreement, dated May 31, 2025

Ninth Amended and restated Forbearance Agreement, dated June 30, 2025

Tenth Amended and Restated Forbearance Agreement, dated August 14, 2025

Eleventh Amended and Restated Forbearance Agreement, dated September 30, 2025

Twelfth Amended and Restated Forbearance Agreement, dated December 31, 2025

Fourteenth Amended and Restated Forbearance Agreement, dated February 28, 2026

**Exhibit 2 - Documents Considered**

**Accounting Guidance**

ASC 850 Related Party Disclosures, Financial Accounting Standards Board (FASB)

ASC Master Glossary, Financial Accounting Standards Board (FASB)

AU-C Section 550, Related Parties, American Institute of Certified of Public Accountants (AICPA)

Conceptual Framework for Financial Reporting, Financial Accounting Standards Board (FASB), dated September 2024

**Public Sources and Websites**

2025 Instructions for Form 5500, Internal Revenue Service

72112 Casino Hotels in the US Industry Report, IBISWorld, dated February 2026

About Form 941, Employer's Quarterly Federal Tax Return, Internal Revenue Service, dated March 30, 2026 (https://www.irs.gov/forms-pubs/about-form-941)

Alabama Secretary of State Business Entity Records (https://arc-sos.state.al.us/CGI/CORPNAME.MBR/INPUT)

Annual Report for 2024 - Justice, James Conley

Candidate Annual Report for 2023 - Justice, James Conley

Candidate Annual Report for 2024 - Justice, James Conley

Greenbrier County Sheriff's Tax Office Real Property Ticket - 2025-0000030611

Greenbrier County Sheriff's Tax Office Real Property Ticket - 2025-0000031331

Greenbrier Golf and Tennis Club Corporation - Real Property Ticket - 2025-0000030538

Greenbrier Hotel Corporation - Real Property Ticket - 2025-0000030542

Greenbrier Hotel Corporation - Real Property Ticket - 2025-0000032991

Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030553

Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030554

Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030555

Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030556

Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030558

Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030560

Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030561

Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030563

Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030565

Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030567

Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030568

Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030569

Greenbrier Legacy Cottage Development II - Real Property Ticket - 2025-0000030574

Greenbrier Legacy Cottage Development II - Real Property Ticket - 2025-0000030577

Greenbrier Medical Institute - Real Property Ticket - 2025-0000030611

Greenbrier Sporting Club Development Company -  Real Property Ticket - 2025-0000031843

Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031809

Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031811

Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031823

Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031833

Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031835

Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031836

Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031837

Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031838

Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031839

Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031840

Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031841

Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031842

**Exhibit 2 - Documents Considered**

Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031847
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031848
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031849
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031850
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031851
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031852
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031853
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031854
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031856
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031857
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031860
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031872
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031873
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031874
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031875
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031876
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031877
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031878
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031879
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031880
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031881
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031882
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031883
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031888
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031890
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031892
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031893
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031894
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031895
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031897
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031898
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031899
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031901
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031902
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031903
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031905
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031906
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031907
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031911
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031912
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031913
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031914
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031915
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031919
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031932
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031933
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031934
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031945

**Exhibit 2 - Documents Considered**

Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031946
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031947
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031948
Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031949
https://technicalhorizons.com/project/greenbrier-medical/
https://www.collegiatetimes.com/lifestyle/gobble-cakes-owner-finds-perfect-balance-with-business-venture/article_9c891798-ef69-5dc7-802f-75b5041b8fb7.html
https://www.legalnewsline.com/west-virginia-record/hotel-consultant-sues-glade-springs-operator-for-nonpayment/article_7f05fc94-6dfa-4cac-8daf-209d62d106ef.html
https://www.marketscreener.com/quote/stock/EPR-PROPERTIES-11908370/news/EPR-Properties-acquired-Wintergreen-Partners-Inc-from-Justice-Family-Group-LLC-38476763/
JUDGEMENT 313084
Lien 279770
Lien 286227
Lien 289018
Lien 313078
Lien 313079
Lien 313080
Lien 313081
Lien 313082
Lien 313083
Lien 314474
Lien 317827
Lien 325877
Lien 325904
Lien 327303
Lien 330979
Oakhurst Club - Real Property Ticket - 2025-0000033534
Oakhurst Club - Real Property Ticket - 2025-0000030538
Oakhurst Club - Real Property Ticket - 2025-0000031316
Oakhurst Club - Real Property Ticket - 2025-0000031317
Oakhurst Club - Real Property Ticket - 2025-0000031319
Oakhurst Club - Real Property Ticket - 2025-0000031320
Oakhurst Club - Real Property Ticket - 2025-0000031325
Oakhurst Club - Real Property Ticket - 2025-0000031327
Oakhurst Club - Real Property Ticket - 2025-0000031330
Oakhurst Club - Real Property Ticket - 2025-0000031331
Oakhurst Club - Real Property Ticket - 2025-0000031332
Oakhurst Club - Real Property Ticket - 2025-0000031335
Oakhurst Club - Real Property Ticket - 2025-0000031336
Oakhurst Club - Real Property Ticket - 2025-0000031337
Oakhurst Club - Real Property Ticket - 2025-0000031339
Oakhurst Club - Real Property Ticket - 2025-0000031343
Oakhurst Club - Real Property Ticket - 2025-0000033531
Oakhurst Club - Real Property Ticket - 2025-0000033532
Oakhurst Club - Real Property Ticket - 2025-0000033533
Reasonable Compensation Job Aid for IRS Valuation Professionals, Internal Revenue Service, dated October 29, 2014
Redemption Greenbrier Golf 544.065 AC - 497370.45
Redemption Greenbrier Legacy - Unit 1 Marigold - 23716.37
Redemption Greenbrier Legacy - Unit 1 Morning glory - 26551.84
Redemption Greenbrier Legacy - Unit 2 Marigold - 22326.80

**Exhibit 2 - Documents Considered**

Redemption Greenbrier Legacy - Unit 2 Morning glory - 26551.84
Redemption Greenbrier Legacy - Unit 3 Marigold - 22326.80
Redemption Greenbrier Legacy - Unit 3 Morning glory - 22326.80
Redemption Greenbrier Legacy - Unit 4 Marigold - 22326.80
Redemption Greenbrier Legacy - Unit 4 Morning glory - 22326.80
Redemption Greenbrier Legacy - Unit 5 Marigold - 22326.80
Redemption Greenbrier Legacy - Unit 5 Morning glory - 22326.80
Redemption Greenbrier Legacy - Unit 6 Marigold - 22326.80
Redemption Greenbrier Legacy - Unit 6 Morning glory - 22326.80
Redemption Greenbrier Legacy - Unit 7 Marigold - 22326.80
Redemption Greenbrier Legacy - Unit 7 Morning glory - 22326.80
Redemption Greenbrier Legacy - Unit 8 Morning glory - 22326.80
Redemption Greenbrier Legacy - Unit A Dogwood - 58451.22
Redemption Greenbrier Legacy - Unit A Hemlock - 43691.70
Redemption Greenbrier Legacy - Unit A Sugar Maple - 41472.78
Redemption Greenbrier Legacy - Unit A Sugar Maple - 43611.00
Redemption Greenbrier Legacy - Unit B Dogwood - 57594.96
Redemption Greenbrier Legacy - Unit B Sugar maple - 41472.78
Redemption Greenbrier Legacy - Unit C Dogwood - 64768.60
Redemption Greenbrier Legacy - Unit C Hemlock - 60190.67
Redemption Greenbrier Legacy - Unit E Hemlock - 48371.77
Redemption Greenbrier Legacy - Unit E Sugar Maple - 41472.78
Redemption Greenbrier Legacy - Unit F Dogwood - 70084.13
Redemption Greenbrier Legacy - Unit F Sugar Maple - 40829.37
Release 281139
Release 290423
Release 290424
RELEASE 314376
Release 316649
Release 316787
Release 318906
Release 320068
Release 320069
Release 321289
Release 323786
Release 329644
Release 329647
Release 330970
Release 330972
State of Delaware Department of State: Division of Corporations (https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx).
State of West Virginia Campaign Financial Statement in Relation to 2020 Election Year
Virginia State Corporation Commission Clerk's Information System (https://cis.scc.virginia.gov/Account/Login)
West Virginia Secretary of State - Online Data Services (https://apps.sos.wv.gov/business/corporations/)

**Exhibit 2 - Documents Considered**

**Other Documents Considered (Listed by Filename)**

12/12/2019
3/19/2020
001
01-31-2025 GSC Consolidated FS (1)
02 - Feb 2025 STR Report
1. Membership Plan Amended & Restated revised 06-09-12
1.1 - Bellwood Corp - Monroe County
1.2 - Bellwood Corp - Fayette County
1.9.26 Check CNB to Greenbrier Resort for $1314.34
10 - Tams Management - Raleigh County
10.2.25 Check CNB to Greenbrier Resort for $110.52
10-15-2024 Five Four Lean payment
10-17-24 RTLF cashier's check
10-17-24Tax Merchant LLC.'s cashier's check
11 - Right of First Refusal - Greenbrier County
12 - Dec 2024 STR Report
12.2.25 Check CNB to Greenbrier Resort for $58.63
15 - Certificate of Corp Resolutions - American Turf Grass Corp
15 - Certificate of Corp Resolutions - Blue Ridge Farm Center
15 - Certificate of Corp Resolutions - Dogwood Cottage Homeowners Association, Inc.
15 - Certificate of Corp Resolutions - Greenbrier Hotel Corp
15 - Certificate of Corp Resolutions - Greenbrier Legacy Cottage Development Company I
15 - Certificate of Corp Resolutions - Greenbrier Legacy Cottage Development Company II
15 - Certificate of Corp Resolutions - Greenbrier Sporting Club, Inc.
15 - Certificate of Corp Resolutions - Hemlock Cottage Homeowners Association, Inc.
15 - Certificate of Corp Resolutions - Honeysuckle Cottage Homeowners Association, Inc.
15 - Certificate of Corp Resolutions - Hyndrangea Cottage Homeowners Association, Inc.
15 - Certificate of Corp Resolutions - Justice Farm Supply, Inc.
15 - Certificate of Corp Resolutions - Justice Low Seam Mining, Inc.
15 - Certificate of Corp Resolutions - Kirby Land Company
15 - Certificate of Corp Resolutions - Marigold Cottage Homeowners Association, Inc.
15 - Certificate of Corp Resolutions - Morning Glory Cottage Homeowners Association, Inc.
15 - Certificate of Corp Resolutions - Rhododendron Cottage Homeowners Association, Inc.
15 - Certificate of Corp Resolutions - Southeast Cotton, Inc.
15 - Certificate of Corp Resolutions - Stoney Brook Plantation
15 - Certificate of Corp Resolutions - Sugar Maple Cottage Homeowners Association, Inc.
15 - Certificate of Corp Resolutions - Tams Management
15 - Certificate of Corp Resolutions - Virginia Fuel Corp
15 - Certificate of Corp Resolutions - Wilcox Industries
15 - Declaration of LLC - Black River Farms, LLC
15 - Declaration of LLC - Greenbrier Medical Institute, LLC
15 - Declaration of LLC - Greenthorn, LLC
15 - Declaration of LLC - Justice Family Farms, LLC
15 - Declaration of LLC - Justice Family Group, LLC
15 - Declaration of LLC - Oakhurst Club, LLC
15 - Declaration of LLC - Players Club, LLC
15 - Declaration of LLC - Rapidan, LLC

**Exhibit 2 - Documents Considered**

15 - Declaration of LLC - Ten Mile Bay, LLC
15 - Declaration of LLC - Twin Fir Estates, LLC
1-Greenbrier Main Hotel - PCA Report
2 - Greenbrier Golf and Tennis - Greenbrier County
2022 JFG Consolidated Financial Statements
2024 Sub Agr TRUST DEED (889-562) Sporting Club
2024.12 Project Mountaineer - Executive Summary
2024.12.18 Project Mountaineer - Outreach Update
2024-01-22 Opinion Letter(167753362.1)
2024-02-21 Orders Denying Motions to Set Aside Confessions of Judgment(168959137.1)
2025 09 Sept GHC Balance Sheet
2025 09 Sept GHC Income vs Prior Year
2025 YTD Oct and Projections
2025.11.10 Lien Search Update hotel
2025-11-05 08-26
2026.04.21 Email Gene Anderson Fwd Jeanine Check to Greenbrier 8.5.2025
24-10-17 Mercer Co. cashier's check-taxes
2421967 GREENBRIAR WV_SSv2_12-12-2024
24-25 Arch 12.5% Property Policy
24-25 Axis Hotel prop 10% Policy
24-25 Beazley 15% Property Policy
24-25 Boiler and Machinery Policy
24-25 LandmarkRSUI 10% Property Policy
24-25 Lexignton 12.5% property policy
24-25 Terrorism Lloyd's Policy
24-463118.3 PCA Cost Table - Greenbrier WV 10Yr v3 - TABLES 1 and 2 - PRELIM DRAFT
2-Greenbrier Maintenance and Support Buildings - PCA Report
3 - Greenbrier Hotel - Greenbrier County
4 - Greenbrier Medical - Greenbrier County
4.2.26 Check CNB to Greenbrier Resort for $74.45
4-2025 Greenbrier Hotel Corporation Lien Search Letter w attachments
470011267219 Commitment v1 (Hotel)
470011267233 Commitment v1 (Golf & Tennis)
4-9-26 Notice of Termination of Forbearance
5 - The Greenbrier Sporting Dev. Company 2015 - Greenbrier County
6 - The Greenbrier Sporting Club Dev Company 2016 - Greenbrier County
7 - James C Justice III - Raleigh County
7.22.2024-25 Allianz Property Policy - 15% of 200M
7.22.2024-25 Zurich Property Policy - 25% of 200M
7.22.2025-26 Allianz Property (20% of 200M) Policy v2
7.22.2025-26 Arch Property (10% of 100M) Policy
7.22.2025-26 Beazley Property (25% of 100M) Policy
7.22.2025-26 Munich Terrorism Policy
7.22.2025-26 RSUI (10% of 100M) Property Policy
7.22.2025-26 Zurich Property (25% of 200M) Policy
7a15624f.fb3dcf30
8 - Justice Low Seam - McDowell County
8.11.2025 Update Lien Letter GHC

**Exhibit 2 - Documents Considered**

8.30.25 Check CNB to Greenbrier Resort for $130.30
9.1 - Oakhurst Club - Monroe County
9.2 - Oakhurst Club - Greenbrier County
Account   21841 - JAMES C JUSTICE - LN - Promissory Note - 3-29-2023
Account   21841 - JAMES JUSTICE - LN - Security Agreement - 8-1-2021
Account   22081 - JAMES C JUSTICE - LN - Guaranty Agreement - 3-29-2023
Account   22081 - JAMES C JUSTICE - LN - Guaranty Agreement - 3-29-2023(1)
Account   22081 - JAMES C JUSTICE - LN - Loan Agreement - 11-20-2023
Account   22081 - JAMES C JUSTICE - LN - Loan Agreement - 11-20-2023(1)
Account   22081 - JAMES C JUSTICE - LN - Loan Agreement - 11-20-2023(2)
Account   22081 - JAMES C JUSTICE - LN - Loan Agreement - 11-20-2023(3)
Account   22081 - JAMES C JUSTICE - LN - Promissory Note - 3-29-2023
Account   22231215388 - JAMES C JUSTICE - LN - Guaranty Agreement - 3-29-2023
Account   22231215388 - JAMES C JUSTICE - LN - Guaranty Agreement - 3-29-2023(1)
Account   22231215388 - JAMES C JUSTICE - LN - Guaranty Agreement - 3-29-2023(2)
Account   22231215388 - JAMES C JUSTICE - LN - Guaranty Agreement - 3-29-2023(3)
Account   22231215388 - JAMES C JUSTICE - LN - Guaranty Agreement - 3-29-2023(4)
Account   22231215388 - JAMES C JUSTICE - LN - Guaranty Agreement - 3-29-2023(5)
Account   22231215388 - JAMES C JUSTICE - LN - Promissory Note - 3-29-2023
Account   22231215388 - JUSTICE FAMILY GROUP LLC - LN - Security Agreement - 12-1-2017
Account   22231215388 - JUSTICE FAMILY GROUP LLC - LN - Security Agreement - 3-29-2010
Account   22231215388 - JUSTICE FAMILY GROUP LLC - LN - Security Agreement - 5-22-2017
Account   22231215388 - JUSTICE FAMILY GROUP LLC - LN - Security Agreement - 6-30-2020
Account   22231270687 - JAMES C JUSTICE - LN - Promissory Note - 3-29-2023
Account   22231276579 - JAMES C JUSTICE - LN - Promissory Note - 3-29-2023
Account   22231297871 - JAMES C JUSTICE - LN - Guaranty Agreement - 3-29-2023
Account   22231297871 - JAMES C JUSTICE - LN - Promissory Note - 3-29-2023
Account   22231442370 - JAMES C JUSTICE - LN - Guaranty Agreement - 3-29-2023
Account   22231442370 - JAMES C JUSTICE - LN - Promissory Note - 3-29-2023
Account   22231663972 - JAMES C JUSTICE - LN - Guaranty Agreement - 3-29-2023
Account   22231663972 - JAMES C JUSTICE - LN - Guaranty Agreement - 3-29-2023(1)
Account   22231663972 - JAMES C JUSTICE - LN - Guaranty Agreement - 3-29-2023(2)
Account   22231663972 - JAMES C JUSTICE - LN - Guaranty Agreement - 3-29-2023(3)
Account   22231663972 - JAMES C JUSTICE - LN - Guaranty Agreement - 3-29-2023(4)
Account   22231663972 - JAMES C JUSTICE - LN - Guaranty Agreement - 3-29-2023(5)
Account   22231663972 - JAMES C JUSTICE - LN - Guaranty Agreement - 3-29-2023(6)
Account   22231663972 - JAMES C JUSTICE - LN - Guaranty Agreement - 3-29-2023(7)
Account   22231663972 - JAMES C JUSTICE - LN - Promissory Note - 3-29-2023
Account   22231663972 - OAKHURST CLUB LLC - LN - UCC Financing Statement - Exp Date  10-7-2029
Account   22231680971 - JAMES C JUSTICE - LN - Promissory Note - 3-29-2023
Account   2223172448 - JAMES C JUSTICE - LN - Loan Agreement - 11-20-2023
Account   2223172448 - JAMES C JUSTICE - LN - Loan Agreement - 11-20-2023(1)
Account   2223172448 - JAMES C JUSTICE - LN - Loan Agreement - 11-20-2023(2)
Account   22231724488 - EVERGREEN TURF CORP - LN - Guaranty Agreement - 3-29-2023
Account   22231724488 - EVERGREEN TURF CORP - LN - Guaranty Agreement - 3-29-2023(1)
Account   22231724488 - EVERGREEN TURF CORP - LN - Guaranty Agreement - 3-29-2023(10)
Account   22231724488 - EVERGREEN TURF CORP - LN - Guaranty Agreement - 3-29-2023(11)
Account   22231724488 - EVERGREEN TURF CORP - LN - Guaranty Agreement - 3-29-2023(12)

**Exhibit 2 - Documents Considered**

Account   22231724488 - EVERGREEN TURF CORP - LN - Guaranty Agreement - 3-29-2023(2)
Account   22231724488 - EVERGREEN TURF CORP - LN - Guaranty Agreement - 3-29-2023(3)
Account   22231724488 - EVERGREEN TURF CORP - LN - Guaranty Agreement - 3-29-2023(4)
Account   22231724488 - EVERGREEN TURF CORP - LN - Guaranty Agreement - 3-29-2023(5)
Account   22231724488 - EVERGREEN TURF CORP - LN - Guaranty Agreement - 3-29-2023(6)
Account   22231724488 - EVERGREEN TURF CORP - LN - Guaranty Agreement - 3-29-2023(7)
Account   22231724488 - EVERGREEN TURF CORP - LN - Guaranty Agreement - 3-29-2023(8)
Account   22231724488 - EVERGREEN TURF CORP - LN - Guaranty Agreement - 3-29-2023(9)
Account   22231724488 - EVERGREEN TURF CORP - LN - Promissory Note - 3-29-2023
Account   5019909047 - Justice Indemnification Note
Acct  20941 - JAMES C JUSTICE - FS - Cash Flow Statement - As of Date  6-30-2021
Acct  20941 - JAMES C JUSTICE - FS - Personal Financial Statements - As of Date  3-31-2022
Acct  20941 - JAMES C JUSTICE - FS - Personal Financial Statements - As of Date  6-30-2019
Acct  20941 - JAMES C JUSTICE II - FS - K-1s - As of Date  12-31-2018
Acct  20941 - JAMES C JUSTICE II - FS - K-1s - As of Date  12-31-2019
Acct  20941 - JAMES C JUSTICE II - FS - K-1s - As of Date  12-31-2020
Acct  20941 - JAMES C JUSTICE II - FS - K-1s - As of Date  12-31-2021
Acct  20941 - JAMES C JUSTICE II - FS - Personal Financial Statements - As of Date  12-31-2020
Acct  20941 - JAMES C JUSTICE II - FS - Personal Financial Statements - As of Date  12-31-2020(1)
Acct  20941 - JAMES C JUSTICE II - FS - Personal Financial Statements - As of Date  12-31-2022
Acct  20941 - JAMES C JUSTICE II - FS - Personal Financial Statements - As of Date  9-30-2018
Acct  20941 - JAMES C JUSTICE II - FS - Tax Returns - As of Date  12-31-2017
Acct  20941 - JAMES C JUSTICE II - FS - Tax Returns - As of Date  12-31-2018
Acct  20941 - JAMES C JUSTICE II - FS - Tax Returns - As of Date  12-31-2019
Acct  20941 - JAMES C JUSTICE II - FS - Tax Returns - As of Date  12-31-2020
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS -  As of Date  9-30-2020
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS -  As of Date  9-30-2021
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  10-31-2019
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  10-31-2020
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  10-31-2021
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  11-30-2019
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  11-30-2020
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  11-30-2021
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  12-31-2019
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  12-31-2020
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  12-31-2021
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  1-31-2020
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  2-28-2021
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  3-31-2021
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  4-30-2020
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  4-30-2021
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  5-31-2020
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  5-31-2021
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  6-30-2018
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  6-30-2020
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  6-30-2021
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  8-31-2019
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  8-31-2020

**Exhibit 2 - Documents Considered**

Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  8-31-2021
Acct  20944 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  9-30-2018
Acct  20944 - JAMES C JUSTICE COMPANIES INC - FS - Tax Returns - As of Date  12-31-2017
Acct  20944 - JAMES C JUSTICE COMPANIES INC - FS - Tax Returns - As of Date  12-31-2018
Acct  20944 - JAMES C JUSTICE COMPANIES INC - FS - Tax Returns - As of Date  12-31-2019
Acct  20944 - JAMES C JUSTICE COMPANIES INC - FS - Tax Returns - As of Date  12-31-2020
Acct  20944 - JAMES C JUSTICE COMPANIES INC - FS - Tax Returns - As of Date  12-31-2021
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS -  As of Date  10-31-2021
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS - As of Date  10-31-2019
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS - As of Date  10-31-2020
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS - As of Date  11-30-2019
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS - As of Date  11-30-2020
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS - As of Date  11-30-2021
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS - As of Date  12-31-2019
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS - As of Date  12-31-2020
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS - As of Date  12-31-2021
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS - As of Date  1-31-2020
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS - As of Date  3-31-2021
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS - As of Date  4-30-2020
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS - As of Date  4-30-2021
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS - As of Date  5-31-2020
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS - As of Date  6-30-2018
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS - As of Date  6-30-2020
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS - As of Date  6-30-2021
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS - As of Date  8-31-2019
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS - As of Date  8-31-2020
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS - As of Date  8-31-2021
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS - As of Date  9-30-2020
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS - As of Date  9-30-2021
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS- As of Date  2-28-2021
Acct  20944 - JAMES C JUSTICE COMPANIES INC - IS- As of Date  5-31-2021
Acct  20944 - JAMES INC - IS - As of Date  12-31-2020
Acct  20944 - JAMES INC - IS - As of Date  12-31-2021
Acct  20944 - JUSTICE LOW MINING INC - IS - As of Date  12-31-2020
Acct  20944 - JUSTICE LOW SEAM INC - IS - As of Date  12-31-2021
Acct  20944 - JUSTICE LOW SEAM MINING INC - BS -  As of Date  4-30-2020
Acct  20944 - JUSTICE LOW SEAM MINING INC - BS - As of Date  10-31-2019
Acct  20944 - JUSTICE LOW SEAM MINING INC - BS - As of Date  10-31-2020
Acct  20944 - JUSTICE LOW SEAM MINING INC - BS - As of Date  10-31-2021
Acct  20944 - JUSTICE LOW SEAM MINING INC - BS - As of Date  11-30-2019
Acct  20944 - JUSTICE LOW SEAM MINING INC - BS - As of Date  11-30-2020
Acct  20944 - JUSTICE LOW SEAM MINING INC - BS - As of Date  11-30-2021
Acct  20944 - JUSTICE LOW SEAM MINING INC - BS - As of Date  12-31-2019
Acct  20944 - JUSTICE LOW SEAM MINING INC - BS - As of Date  12-31-2020
Acct  20944 - JUSTICE LOW SEAM MINING INC - BS - As of Date  12-31-2021
Acct  20944 - JUSTICE LOW SEAM MINING INC - BS - As of Date  1-31-2020
Acct  20944 - JUSTICE LOW SEAM MINING INC - BS - As of Date  2-28-2021
Acct  20944 - JUSTICE LOW SEAM MINING INC - BS - As of Date  3-31-2021

**Exhibit 2 - Documents Considered**

Acct 20944 - JUSTICE LOW SEAM MINING INC - BS - As of Date 4-30-2021
Acct 20944 - JUSTICE LOW SEAM MINING INC - BS - As of Date 5-31-2020
Acct 20944 - JUSTICE LOW SEAM MINING INC - BS - As of Date 5-31-2021
Acct 20944 - JUSTICE LOW SEAM MINING INC - BS - As of Date 6-30-2018
Acct 20944 - JUSTICE LOW SEAM MINING INC - BS - As of Date 6-30-2020
Acct 20944 - JUSTICE LOW SEAM MINING INC - BS - As of Date 6-30-2021
Acct 20944 - JUSTICE LOW SEAM MINING INC - BS - As of Date 8-31-2019
Acct 20944 - JUSTICE LOW SEAM MINING INC - BS - As of Date 8-31-2020
Acct 20944 - JUSTICE LOW SEAM MINING INC - BS - As of Date 8-31-2021
Acct 20944 - JUSTICE LOW SEAM MINING INC - BS - As of Date 9-30-2020
Acct 20944 - JUSTICE LOW SEAM MINING INC - BS - As of Date 9-30-2021
Acct 20944 - JUSTICE LOW SEAM MINING INC - FS - Tax Returns - As of Date 12-31-2017
Acct 20944 - JUSTICE LOW SEAM MINING INC - FS - Tax Returns - As of Date 12-31-2018
Acct 20944 - JUSTICE LOW SEAM MINING INC - FS - Tax Returns - As of Date 12-31-2019
Acct 20944 - JUSTICE LOW SEAM MINING INC - FS - Tax Returns - As of Date 12-31-2020
Acct 20944 - JUSTICE LOW SEAM MINING INC - FS - Tax Returns - As of Date 12-31-2021
Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 10-31-2019
Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 10-31-2020
Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 10-31-2021
Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 11-30-2020
Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 11-30-2021
Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 12-31-2020
Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 12-31-2021
Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 1-31-2020
Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 2-28-2021
Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 3-31-2021
Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 4-30-2020
Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 4-30-2021
Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 5-31-2020
Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 5-31-2021(1)
Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 6-30-2018
Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 6-30-2020
Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 6-30-2021
Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 8-31-2019
Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 8-31-2020
Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 8-31-2021
Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 9-30-2020
Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 9-30-2021
Acct 20944 - JUSTICE LOW SEAM MINING, INC. - BS - As of Date 7-31-2017
Acct 20944 - JUSTICE LOW SEAM MINING, INC. - IS - As of Date 7-31-2017
Acct 20944 - VIRGINIA FUEL CORP - FS - Tax Returns - As of Date 12-31-2017
Acct 20944 - VIRGINIA FUEL CORPORATION - BS - As of Date 1-31-2017
Acct 20944 - VIRGINIA FUEL CORPORATION - BS - As of Date 2-28-2017
Acct 20944 - VIRGINIA FUEL CORPORATION - BS - As of Date 4-30-2017
Acct 20944 - VIRGINIA FUEL CORPORATION - BS - As of Date 5-31-2017
Acct 20944 - VIRGINIA FUEL CORPORATION - BS - As of Date 6-30-2017
Acct 20944 - VIRGINIA FUEL CORPORATION - BS - As of Date 7-31-2017
Acct 20944 - VIRGINIA FUEL CORPORATION - IS - As of Date 6-30-2017

**Exhibit 2 - Documents Considered**

Acct  20944 - VIRGINIA FUEL CORPORATION - IS - As of Date  1-31-2017
Acct  20944 - VIRGINIA FUEL CORPORATION - IS - As of Date  2-28-2017
Acct  20944 - VIRGINIA FUEL CORPORATION - IS - As of Date  3-31-2017
Acct  20944 - VIRGINIA FUEL CORPORATION - IS - As of Date  4-30-2017
Acct  20944 - VIRGINIA FUEL CORPORATION - IS - As of Date  5-31-2017
Acct  20944 - VIRGINIA FUEL CORPORATION - IS - As of Date  6-30-2018
Acct  20944 - VIRGINIA FUEL CORPORATION - IS - As of Date  7-31-2017
Acct  21030 - GREENBRIER HOTEL CORPORATION - BS  - As of Date  09-30-2018
Acct  21030 - GREENBRIER HOTEL CORPORATION - BS - As of Date  10-31-2020
Acct  21030 - GREENBRIER HOTEL CORPORATION - BS - As of Date  11-30-2019
Acct  21030 - GREENBRIER HOTEL CORPORATION - BS - As of Date  11-30-2020
Acct  21030 - GREENBRIER HOTEL CORPORATION - BS - As of Date  12-31-2017
Acct  21030 - GREENBRIER HOTEL CORPORATION - BS - As of Date  12-31-2018
Acct  21030 - GREENBRIER HOTEL CORPORATION - BS - As of Date  12-31-2019
Acct  21030 - GREENBRIER HOTEL CORPORATION - BS - As of Date  1-31-2020
Acct  21030 - GREENBRIER HOTEL CORPORATION - BS - As of Date  2-29-2020
Acct  21030 - GREENBRIER HOTEL CORPORATION - BS - As of Date  4-30-2020
Acct  21030 - GREENBRIER HOTEL CORPORATION - BS - As of Date  5-31-2020
Acct  21030 - GREENBRIER HOTEL CORPORATION - BS - As of Date  6-30-2020
Acct  21030 - GREENBRIER HOTEL CORPORATION - BS - As of Date  8-31-2019
Acct  21030 - GREENBRIER HOTEL CORPORATION - BS - As of Date  8-31-2020
Acct  21030 - GREENBRIER HOTEL CORPORATION - BS - As of Date  8-31-2024
Acct  21030 - GREENBRIER HOTEL CORPORATION - BS - As of Date  9-30-2017
Acct  21030 - GREENBRIER HOTEL CORPORATION - BS - As of Date  9-30-2020
Acct  21030 - GREENBRIER HOTEL CORPORATION - FS - Financial Statements - As of Date  12-31-2018
Acct  21030 - GREENBRIER HOTEL CORPORATION - FS - Financial Statements - As of Date  12-31-2019
Acct  21030 - GREENBRIER HOTEL CORPORATION - FS - Financial Statements - As of Date  2-28-2020
Acct  21030 - GREENBRIER HOTEL CORPORATION - FS - Financial Statements - As of Date  2-28-2020 (1)
Acct  21030 - GREENBRIER HOTEL CORPORATION - IS -  As of Date  9-30-2017
Acct  21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date  09-30-2018
Acct  21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date  10-31-2019
Acct  21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date  11-30-2018
Acct  21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date  11-30-2019
Acct  21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date  11-30-2020
Acct  21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date  12-31-2017
Acct  21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date  12-31-2017(2)
Acct  21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date  12-31-2018
Acct  21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date  12-31-2019
Acct  21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date  12-31-2020
Acct  21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date  1-31-2020
Acct  21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date  4-30-2020
Acct  21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date  5-31-2019
Acct  21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date  5-31-2020
Acct  21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date  6-30-2018
Acct  21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date  6-30-2020
Acct  21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date  8-31-2019
Acct  21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date  8-31-2020
Acct  21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date  8-31-2024

**Exhibit 2 - Documents Considered**

Acct  21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date  9-30-2020
Acct  21030 - GREENBRIER HOTEL CORPORATION - IS- As of Date  10-31-2020
Acct  21030 - GREENBRIER HOTEL CORPORATION -BS - As of Date  12-31-2020
Acct  21030 - JUSTICE FAMILY GROUP LLC - FS - Tax Returns - As of Date  12-31-2018
Acct  21030 - JUSTICE FAMILY GROUP LLC - FS - Tax Returns - As of Date  12-31-2019
Acct  21030 - JUSTICE FAMILY GROUP LLC - FS - Tax Returns - As of Date  12-31-2020
Acct  21216 - JAMES C JUSTICE III - FS - K-1s - As of Date  12-31-2018
Acct  21216 - JAMES C JUSTICE III - FS - K-1s - As of Date  12-31-2019
Acct  21216 - JAMES C JUSTICE III - FS - K-1s - As of Date  12-31-2020
Acct  21216 - JAMES C JUSTICE III - FS - K-1s - As of Date  12-31-2021
Acct  21216 - JAMES C JUSTICE III - FS - Personal Financial Statements - As of Date  12-31-2019
Acct  21216 - JAMES C JUSTICE III - FS - Personal Financial Statements - As of Date  12-31-2020
Acct  21216 - JAMES C JUSTICE III - FS - Personal Financial Statements - As of Date  12-31-2022
Acct  21216 - JAMES C JUSTICE III - FS - Personal Financial Statements - As of Date  3-31-2022
Acct  21216 - JAMES C JUSTICE III - FS - Personal Financial Statements - As of Date  6-30-2019
Acct  21216 - JAMES C JUSTICE III - FS - Tax Returns - As of Date  12-31-2017
Acct  21216 - JAMES C JUSTICE III - FS - Tax Returns - As of Date  12-31-2018
Acct  21216 - JAMES C JUSTICE III - FS - Tax Returns - As of Date  12-31-2019
Acct  21216 - JAMES C JUSTICE III - FS - Tax Returns - As of Date  12-31-2020
Acct  21216 - JAMES C JUSTICE III - FS - Tax Returns - As of Date  12-31-2021
Acct  21841 - GREENBRIER MEDICAL INSTITUTE LLC - FS - Tax Returns - As of Date  12-31-2021
Acct  21841 - JAMES C JUSTICE  CO INC. FS - Tax Returns - As of Date  12-31-2023
Acct  21841 - JAMES C JUSTICE COMPANIES INC - BS - As of Date  2-28-2022
Acct  21841 - JAMES C JUSTICE COMPANIES INC - IS - As of Date  2-28-2022
Acct  21841 - JAMES C JUSTICE II- FS - Tax Returns - As of Date  12-31-2023
Acct  21841 - JAMES C JUSTICE III - FS - Personal Financial Statements - As of Date  5-31-2017
Acct  21841 - JAMES C JUSTICE III - FS - Tax Returns - As of Date  12-31-2023
Acct  21841 - JAMES JUSTICE - FS - Financial Statements - As of Date  12-31-2024
Acct  21841 - JUSTICE FAMILY GROUP LLC - FS - Tax Returns - As of Date  12-31-2023
Acct  21841 - JUSTICE LOW SEAM MINING INC - FS - Tax Returns - As of Date  12-31-2023
Acct  21841 - TAMS MANAGEMENT INC - FS - Tax Returns - As of Date  12-31-2023
Acct  22081 - TAMS MANAGEMENT INC  - BS - As of Date  8-31-2021
Acct  22081 - TAMS MANAGEMENT INC - BS - As of Date  10-31-2019
Acct  22081 - TAMS MANAGEMENT INC - BS - As of Date  10-31-2020
Acct  22081 - TAMS MANAGEMENT INC - BS - As of Date  10-31-2021
Acct  22081 - TAMS MANAGEMENT INC - BS - As of Date  11-30-2019
Acct  22081 - TAMS MANAGEMENT INC - BS - As of Date  11-30-2021
Acct  22081 - TAMS MANAGEMENT INC - BS - As of Date  12-31-2019
Acct  22081 - TAMS MANAGEMENT INC - BS - As of Date  12-31-2021
Acct  22081 - TAMS MANAGEMENT INC - BS - As of Date  1-31-2020
Acct  22081 - TAMS MANAGEMENT INC - BS - As of Date  2-28-2021
Acct  22081 - TAMS MANAGEMENT INC - BS - As of Date  3-31-2021
Acct  22081 - TAMS MANAGEMENT INC - BS - As of Date  4-30-2020
Acct  22081 - TAMS MANAGEMENT INC - BS - As of Date  4-30-2021
Acct  22081 - TAMS MANAGEMENT INC - BS - As of Date  5-31-2020
Acct  22081 - TAMS MANAGEMENT INC - BS - As of Date  5-31-2021
Acct  22081 - TAMS MANAGEMENT INC - BS - As of Date  6-30-2020
Acct  22081 - TAMS MANAGEMENT INC - BS - As of Date  6-30-2021

**Exhibit 2 - Documents Considered**

Acct  22081 - TAMS MANAGEMENT INC - BS - As of Date  7-31-2017
Acct  22081 - TAMS MANAGEMENT INC - BS - As of Date  8-31-2019
Acct  22081 - TAMS MANAGEMENT INC - BS - As of Date  8-31-2020
Acct  22081 - TAMS MANAGEMENT INC - BS - As of Date  9-30-2020
Acct  22081 - TAMS MANAGEMENT INC - BS - As of Date  9-30-2021
Acct  22081 - TAMS MANAGEMENT INC - FS - Tax Returns - As of Date  12-31-2017
Acct  22081 - TAMS MANAGEMENT INC - FS - Tax Returns - As of Date  12-31-2018
Acct  22081 - TAMS MANAGEMENT INC - FS - Tax Returns - As of Date  12-31-2019
Acct  22081 - TAMS MANAGEMENT INC - FS - Tax Returns - As of Date  12-31-2020
Acct  22081 - TAMS MANAGEMENT INC - FS - Tax Returns - As of Date  12-31-2021
Acct  22081 - TAMS MANAGEMENT INC - IS  - As of Date  4-30-2021
Acct  22081 - TAMS MANAGEMENT INC - IS - As of Date  10-31-2019
Acct  22081 - TAMS MANAGEMENT INC - IS - As of Date  10-31-2020
Acct  22081 - TAMS MANAGEMENT INC - IS - as of Date  10-31-2021
Acct  22081 - TAMS MANAGEMENT INC - IS - As of Date  11-30-2019
Acct  22081 - TAMS MANAGEMENT INC - IS - As of Date  11-30-2021
Acct  22081 - TAMS MANAGEMENT INC - IS - As of Date  12-31-2019
Acct  22081 - TAMS MANAGEMENT INC - IS - As of Date  12-31-2021
Acct  22081 - TAMS MANAGEMENT INC - IS - As of Date  1-31-2020
Acct  22081 - TAMS MANAGEMENT INC - IS - As of Date  2-28-2021
Acct  22081 - TAMS MANAGEMENT INC - IS - As of Date  3-31-2021
Acct  22081 - TAMS MANAGEMENT INC - IS - As of Date  4-30-2020
Acct  22081 - TAMS MANAGEMENT INC - IS - As of Date  5-31-2020
Acct  22081 - TAMS MANAGEMENT INC - IS - As of Date  5-31-2021
Acct  22081 - TAMS MANAGEMENT INC - IS - As of Date  6-30-2020
Acct  22081 - TAMS MANAGEMENT INC - IS - As of Date  6-30-2021
Acct  22081 - TAMS MANAGEMENT INC - IS - As of Date  7-31-2017
Acct  22081 - TAMS MANAGEMENT INC - IS - As of Date  8-31-2019
Acct  22081 - TAMS MANAGEMENT INC - IS - As of Date  8-31-2020
Acct  22081 - TAMS MANAGEMENT INC - IS - As of Date  8-31-2021
Acct  22081 - TAMS MANAGEMENT INC - IS - As of Date  9-30-2020
Acct  22081 - TAMS MANAGEMENT INC - IS - As of Date  9-30-2021
Acct  22231215383 - CHESAPEAKE   OHIO TRAVELER INC - FS - Tax Returns - As of Date  12-31-2018
Acct  22231215383 - CHESAPEAKE   OHIO TRAVELER INC - FS - Tax Returns - As of Date  12-31-2019
Acct  22231215383 - CHESAPEAKE   OHIO TRAVELER INC - FS - Tax Returns - As of Date  12-31-2020
Acct  22231215383 - CHESAPEAKE   OHIO TRAVELER INC - FS - Tax Returns - As of Date  12-31-2021
Acct  22231215383 - JUSTICE FAMILY GROUP LLC - FS - Financial Statements - As of Date  12-31-2017
Acct  22231215386 - GREENBRIER HOTEL CORPORATION - Consolidated - As of Date  12-31-2017
Acct  22231215386 - GREENBRIER HOTEL CORPORATION - FS - Financial Statements - As of Date  12-31-2018
Acct  22231215386 - GREENBRIER HOTEL CORPORATION - FS - Financial Statements - As of Date  12-31-2019
Acct  22231215387 - OAKHURST CLUB LLC - FS - Financial Statements - As of Date  8-31-2019
Acct  22231215388 - GREENBRIER HOTEL CORPORATION - Annual Activity Report - As of Date  12-31-2018
Acct  22231215388 - GREENBRIER HOTEL CORPORATION - FS - Financial Statements - As of Date  12-31-2019
Acct  22231215388 - GREENBRIER HOTEL CORPORATION - FS - Reopening Projections - 2020
Acct  22231270678 - TAMS MANAGEMENT INC - FS - Interim Financial Statements - As of Date  8-31-2024
Acct  22231270678 - TAMS MANAGEMENT INC - FS - Interim Financial Statements - As of Date  8-31-2024(1)
Acct  22231663972 - GREENBRIER SPORTING CLUB INC - FS - Financial Statements - As of Date  12-31-2017
Acct  22231663972 - GREENBRIER SPORTING CLUB INC - FS - Financial Statements - As of Date  12-31-2018

**Exhibit 2 - Documents Considered**

Acct 22231663972 - GREENBRIER SPORTING CLUB INC - FS - Financial Statements - As of Date 12-31-2019
Acct 22231663972 - GREENBRIER SPORTING CLUB INC - FS - Financial Statements - As of Date 12-31-2020
Acct 22232209470 - OLD WHITE CHARITIES INC - BS - As of Date 8-31-2019
Acct 22232209470 - OLD WHITE CHARITIES INC - FS - Tax Returns - As of Date 12-31-2018
Acct 22232209470 - OLD WHITE CHARITIES INC - IS - As of Date 8-31-2019
Acct 5019909047 - GREENBRIER GOLF  TENNIS CLUB INC - FS - Financial Statements - As of Date 12-31-2017
Acct 5019909047 - GREENBRIER GOLF  TENNIS CLUB INC - FS - Financial Statements - As of Date 12-31-2018
Acct 5019909047 - GREENBRIER GOLF  TENNIS CLUB INC - FS - Financial Statements - As of Date 12-31-2019
Acct 5019909047 - GREENBRIER GOLF AND TENNIS CLUB INC - FS - Tax Returns - As of Date 12-31-2018
Acct 5019909047 - GREENBRIER GOLF AND TENNIS CLUB INC - FS - Tax Returns - As of Date 12-31-2021
Acct 5019909047 - GREENBRIER HOTEL CORPORATION - FS - Budget - As of Date 12-31-2020
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - BS - As of Date 10-31-2020
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - BS - As of Date 12-31-2018
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - BS - As of Date 12-31-2019
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - BS - As of Date 12-31-2020
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - BS - As of Date 1-31-2020
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - BS - As of Date 1-31-2023
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - BS - As of Date 2-28-2023
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - BS - As of Date 3-31-2020
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - BS - As of Date 4-30-2020
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - BS - As of Date 5-31-2020
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - BS - As of Date 8-31-2019
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - BS - As of Date 8-31-2020
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - BS - As of Date 9-30-2020
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - BS -As of Date 12-31-2017
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - IS - As of Date 10-31-2020
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - IS - As of Date 11-30-2020
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - IS - As of Date 12-31-2019
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - IS - As of Date 12-31-2019
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - IS - As of Date 12-31-2020
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - IS - As of Date 1-31-2020
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - IS - As of Date 1-31-2023
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - IS - As of Date 2-28-2023
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - IS - As of Date 3-31-2020
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - IS - As of Date 4-30-2020
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - IS - As of Date 5-31-2020
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - IS - As of Date 8-31-2019
Acct 5019909047 - GREENBRIER MEDICAL INSTITUTE LLC - IS - As of Date 9-30-2020
Acct 5019909047 - GREENBRIER MEDICAL LLC - IS - As of Date 12-31-2020
Acct 5019909047 - GREENBRIER MEDICAL LLC - IS - As of Date 2-28-2023
Acct 5019909047 - GREENBRIER SPORTING CLUB DEVELOPMENT - FS - Tax Returns - As of Date 12-31-2018
Acct 5019909047 - GREENBRIER SPORTING CLUB DEVELOPMENT - FS - Tax Returns - As of Date 12-31-2019
Acct 5019909047 - GREENBRIER SPORTING CLUB DEVELOPMENT - FS - Tax Returns - As of Date 12-31-2020
Acct 5019909047 - GREENBRIER SPORTING CLUB DEVELOPMENT - FS - Tax Returns - As of Date 12-31-2021
Acct 5019909047 - GREENBRIER SPORTING CLUB INC - FS - Financial Statements - As of Date 10-31-2019
Acct 5019909047 - JAMES C JUSTICE II - FS - Business Debt Schedule - As of Date 12-31-2019
Acct 5019909047 - JAMES C JUSTICE II - FS - Personal Financial Statements - As of Date 5-31-2017
Acct 5019909047 - LLC - IS - As of Date 12-31-2019

**Exhibit 2 - Documents Considered**

Acct 5019909047 - OAKHURST CLUB LLC - FS - Tax Returns - As of Date 12-31-2018
Acct 5019909047 - OAKHURST CLUB LLC - FS - Tax Returns - As of Date 12-31-2019
Acct 5019909047 - OAKHURST CLUB LLC - FS - Tax Returns - As of Date 12-31-2021
Acct 20941 - JAMES C JUSTICE II - FS - Tax Returns - As of Date 12-31-2021
Acct 20944 - VIRGINIA FUEL CORPORATION - BS - As of Date 3-31-2017
Amended and Restated Indemnification Agreement(128174887.1)
ANHF - Ltr to Secured Lenders - Greenbrier Delinquent Contributions - 4.20.26
Appointment of Successor Trustee
April 2025 Compliance Certificate
April 25 Release and Reaffirmation
August 25 Release and Reaffirmation
August 26, 2024 Promissory Note
August 26, 2024 Release and Reaffirmation Agreement
August Compliance Certificate
Axis Endt Adding Carter Bank as Loss Payee
Bank accounts
Beazley Endt Adding Carter Bank as Loss Payee
Bellwood _ Loan Agreement ($6,380,000 Loan)(11816062.2)
Bellwood - Deed of Trust - 6.30.20
BELLWOOD CORPORATION - DNA - Cert of Beneficial Owners - 4-24-2023
Bellwood Corporation Mod dated Aug 1, 2021
Bellwood Corporation Original DT dated June 30, 2020
Bellwood Fayette Monroe
Bishop_Contingent_Area_Valuation_20250509
Carter Bank & Trust Notice of Recordation re security interest filed 02_11_2025
carter bank justice update 1.26.24
Carter Bank_Justice - Justice Low Seam Modification to Deed of Trust (119800037.1)
Carter Bank_Justice - American Turf Grass Corporation corporate resolution - EXECUTED
Carter Bank_Justice - Bellwood Corporation corporate resolution - EXECUTED
Carter Bank_Justice - Blue Ridge Farm Center, Inc. corporation resolution - EXECUTED
Carter Bank_Justice - Deposit Account Control Agreement 4_24
Carter Bank_Justice - Fifth Amended and Restated Forbearance Agreement - (2_2025)
Carter Bank_Justice - Filed Confession of Judgment v. Bellwood Corporation - 148
Carter Bank_Justice - Filed Confession of Judgment v. JCJIII Note - 23-000110-00
Carter Bank_Justice - Filed Confession of Judgment v. Justice Low Seam Mining - 149
Carter Bank_Justice - Greenbrier Golf and Tennis Club Corporation corporate resolution - EXECuTED
Carter Bank_Justice - Greenbrier Hotel Corp DACA with PNC
Carter Bank_Justice - Greenbrier Hotel Corporation corporate resolution - EXECUTED
Carter Bank_Justice - Greenbrier Hotel Corporation Deed of Trust (Fir(147953505.1)
Carter Bank_Justice - Greenbrier IA Resolution
Carter Bank_Justice - Greenbrier IA Security Agreement(307897531.1)
Carter Bank_Justice - Greenbrier Medical Institute LLC declaration - EXECUTED
Carter Bank_Justice - Greenbrier Sporting Club DACA with PNC
Carter Bank_Justice - Greenbrier Sporting Club DACA with PNC(308446193.1)
Carter Bank_Justice - Greenthorn LLC declaration - EXECUTED
Carter Bank_Justice - IP Security Agreement
Carter Bank_Justice - James C. Justice Companies, Inc. corporate resolution - EXECUTED
Carter Bank_Justice - Justice Family Farms, LLC declaration - EXECUTED

**Exhibit 2 - Documents Considered**

Carter Bank_Justice - Justice Family Group, LLC declaration - EXECUTED
Carter Bank_Justice - Justice Farm Supply, Inc. corporate resolution - EXECUTED
Carter Bank_Justice - Justice Low Seam Mining, Inc. corporate resolution - EXECUTED
Carter Bank_Justice - Kirby Land Company, Inc. corporate resolution - EXECUTED
Carter Bank_Justice - Oakhurst Club, LLC - declaration - EXECUTED
Carter Bank_Justice - Players Club, LLC - declaration - EXECUTED
Carter Bank_Justice - Rapidan, LLC declaration - EXECUTED
Carter Bank_Justice - Release and Reaffirmation Agreement - 2_25
Carter Bank_Justice - Release and Reaffirmation Agreement - 3_2_2026
Carter Bank_Justice - Release and Reaffirmation Agreement (10_24)(303194110.1)
Carter Bank_Justice - Seventh Amended and Restated Forbearance Agreement -
Carter Bank_Justice - Southeast Cotton, Inc. corporate resolution - EXECUTED
Carter Bank_Justice - Southeast Cotton, Inc. corporate resolution - EXECUTED (omission in notary)
Carter Bank_Justice - Stoney Brook Plantation, Inc. corporate resolution - EXECUTED
Carter Bank_Justice - Tams Management, Inc. corporate resolution - EXECUTED
Carter Bank_Justice - Ten Mile Bay, LLC - declaration - EXECUTED
Carter Bank_Justice - The Greenbrier Sporting Club, Inc. corporate resolution - EXECUTED
Carter Bank_Justice - Twin Fir Estates Deed of Trust (6_2015)
Carter Bank_Justice - Twin Fir Estates, LLC declaration - EXECUTED
Carter Bank_Justice - Twin Fir Estates, LLC First Modification to Credit Line Deed of Trust (8_2021)
Carter Bank_Justice - UCC-1 Financing Statement - GreenBrier IA Inc._(DE) (filed)
Carter Bank_Justice - Virginia Fuel Corporation - corporate resolution - EXECUTED
Carter Bank_Justice - Wintergreen Partners, Inc. - Deed of Trust (6_2017)
Carter Bank_Justice - Wintergreen Partners, Inc. First Modification to Deed of Trust (8_2021)
Carter Bank_Justice = Release and Reaffirmation Agreement - 11_24(304363827.1)
Carter Bank_Justice- Black River Farms, LLC resolution - EXECUTED
Carter Bank_Justice- Evergreen Turf Corporation corporate resolution - EXECUTED
Carter Bank_Justice- Wilcox Industries, Inc. - corporate resolution - EXECUTED
Carter_Justice - JPMorgan Subordination(31274458.1)
CBRE Trends - Selected Categories
CIF - Balance Sheet - BELLWOOD CORPORATION - BS Date  10-31-2022
CIF - Balance Sheet - BELLWOOD CORPORATION - BS Date  11-30-2022
CIF - Balance Sheet - BELLWOOD CORPORATION - BS Date  12-31-2022
CIF - Balance Sheet - BELLWOOD CORPORATION - BS Date  1-31-2022
CIF - Balance Sheet - BELLWOOD CORPORATION - BS Date  1-31-2023
CIF - Balance Sheet - BELLWOOD CORPORATION - BS Date  2-28-2022
CIF - Balance Sheet - BELLWOOD CORPORATION - BS Date  2-28-2023
CIF - Balance Sheet - BELLWOOD CORPORATION - BS Date  3-31-2022
CIF - Balance Sheet - BELLWOOD CORPORATION - BS Date  4-30-2022
CIF - Balance Sheet - BELLWOOD CORPORATION - BS Date  5-31-2022
CIF - Balance Sheet - BELLWOOD CORPORATION - BS Date  6-30-2022
CIF - Balance Sheet - BELLWOOD CORPORATION - BS Date  7-31-2022
CIF - Balance Sheet - BELLWOOD CORPORATION - BS Date  8-31-2022
CIF - Balance Sheet - BELLWOOD CORPORATION - BS Date  9-30-2022
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  10-31-2021
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  10-31-2022
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  11-30-2021
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  11-30-2022

**Exhibit 2 - Documents Considered**

CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  12-31-2021
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  12-31-2022
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  1-31-2022
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  1-31-2023
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  2-28-2021
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  2-28-2022
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  2-28-2023
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  3-31-2021
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  3-31-2022
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  3-31-2023
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  4-30-2021
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  4-30-2022
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  4-30-2023
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  5-31-2021
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  5-31-2022
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  5-31-2023
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  6-30-2021
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  6-30-2022
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  6-30-2023
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  7-31-2022
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  7-31-2023
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  8-31-2021
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  8-31-2022
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  8-31-2023
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  9-30-2021
CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  9-30-2022
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  10-31-2021
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  10-31-2021(1)
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  10-31-2022
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  11-30-2021
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  11-30-2021(1)
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  11-30-2022
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  12-31-2021
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  12-31-2021(1)
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  12-31-2022
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  1-31-2023
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  2-28-2021
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  2-28-2021(1)
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  2-28-2022
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  2-28-2023
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  3-31-2021
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  3-31-2021(1)
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  3-31-2022
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  4-30-2021
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  4-30-2021(1)
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  4-30-2022
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  5-31-2021
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  5-31-2021(1)

**Exhibit 2 - Documents Considered**

CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  5-31-2022
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  6-30-2021
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  6-30-2021(1)
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  6-30-2022
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  7-31-2022
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  8-31-2021
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  8-31-2021(1)
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  8-31-2022
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  9-30-2021
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  9-30-2021(1)
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  9-30-2022
CIF - Balance Sheet - GREENBRIER MEDICAL INSTITUTE LLC - BS Date  9-30-2024
CIF - Balance Sheet - JAMES C JUSTICE COMPANIES INC - BS Date  10-31-2022
CIF - Balance Sheet - JAMES C JUSTICE COMPANIES INC - BS Date  12-31-2022
CIF - Balance Sheet - JAMES C JUSTICE COMPANIES INC - BS Date  1-31-2022
CIF - Balance Sheet - JAMES C JUSTICE COMPANIES INC - BS Date  1-31-2023
CIF - Balance Sheet - JAMES C JUSTICE COMPANIES INC - BS Date  2-28-2023
CIF - Balance Sheet - JAMES C JUSTICE COMPANIES INC - BS Date  3-31-2022
CIF - Balance Sheet - JAMES C JUSTICE COMPANIES INC - BS Date  4-30-2022
CIF - Balance Sheet - JAMES C JUSTICE COMPANIES INC - BS Date  5-31-2022
CIF - Balance Sheet - JAMES C JUSTICE COMPANIES INC - BS Date  6-30-2022
CIF - Balance Sheet - JAMES C JUSTICE COMPANIES INC - BS Date  7-31-2022
CIF - Balance Sheet - JAMES C JUSTICE COMPANIES INC - BS Date  8-31-2022
CIF - Balance Sheet - JAMES C JUSTICE COMPANIES INC - BS Date  9-30-2022
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  10-31-2022
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  10-31-2023
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  11-30-2022
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  11-30-2023
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  12-31-2022
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  12-31-2023
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  1-31-2022
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  1-31-2023
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  2-28-2022
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  2-28-2023
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  3-31-2022
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  3-31-2023
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  4-30-2022
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  4-30-2023
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  5-31-2022
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  5-31-2023
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  6-30-2022
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  6-30-2023
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  7-31-2022
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  7-31-2023
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  8-31-2022
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  8-31-2023
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  9-30-2022
CIF - Balance Sheet - JUSTICE LOW SEAM MINING INC - BS Date  9-30-2023

**Exhibit 2 - Documents Considered**

CIF - Balance Sheet - TAMS MANAGEMENT INC - BS Date  10-31-2022
CIF - Balance Sheet - TAMS MANAGEMENT INC - BS Date  10-31-2023
CIF - Balance Sheet - TAMS MANAGEMENT INC - BS Date  11-30-2022
CIF - Balance Sheet - TAMS MANAGEMENT INC - BS Date  11-30-2023
CIF - Balance Sheet - TAMS MANAGEMENT INC - BS Date  12-31-2022
CIF - Balance Sheet - TAMS MANAGEMENT INC - BS Date  1-31-2022
CIF - Balance Sheet - TAMS MANAGEMENT INC - BS Date  1-31-2023
CIF - Balance Sheet - TAMS MANAGEMENT INC - BS Date  2-28-2022
CIF - Balance Sheet - TAMS MANAGEMENT INC - BS Date  2-28-2023
CIF - Balance Sheet - TAMS MANAGEMENT INC - BS Date  3-31-2022
CIF - Balance Sheet - TAMS MANAGEMENT INC - BS Date  3-31-2023
CIF - Balance Sheet - TAMS MANAGEMENT INC - BS Date  4-30-2022
CIF - Balance Sheet - TAMS MANAGEMENT INC - BS Date  4-30-2023
CIF - Balance Sheet - TAMS MANAGEMENT INC - BS Date  5-31-2022
CIF - Balance Sheet - TAMS MANAGEMENT INC - BS Date  5-31-2023
CIF - Balance Sheet - TAMS MANAGEMENT INC - BS Date  6-30-2022
CIF - Balance Sheet - TAMS MANAGEMENT INC - BS Date  6-30-2023
CIF - Balance Sheet - TAMS MANAGEMENT INC - BS Date  7-31-2022
CIF - Balance Sheet - TAMS MANAGEMENT INC - BS Date  7-31-2023
CIF - Balance Sheet - TAMS MANAGEMENT INC - BS Date  8-31-2022
CIF - Balance Sheet - TAMS MANAGEMENT INC - BS Date  8-31-2023
CIF - Balance Sheet - TAMS MANAGEMENT INC - BS Date  9-30-2022
CIF - Balance Sheet - TAMS MANAGEMENT INC - BS Date  9-30-2023
CIF - Financial Report (Compiled-Consolidated) - JUSTICE FAMILY GROUP LLC - 12-31-2018
CIF - Financial Report (Compiled-Consolidated) - JUSTICE FAMILY GROUP LLC - 12-31-2019
CIF - Financial Report (Compiled-Consolidated) - JUSTICE FAMILY GROUP LLC - 12-31-2020
CIF - Financial Report (Compiled-Consolidated) - JUSTICE FAMILY GROUP LLC - 12-31-2021
CIF - Financial Report (Compiled-Consolidated) - JUSTICE FAMILY GROUP LLC - 12-31-2023
CIF - Income Statement - BELLWOOD CORPORATION - IS Date 10-31-2022
CIF - Income Statement - BELLWOOD CORPORATION - IS Date 11-30-2022
CIF - Income Statement - BELLWOOD CORPORATION - IS Date 12-31-2022
CIF - Income Statement - BELLWOOD CORPORATION - IS Date 1-31-2022
CIF - Income Statement - BELLWOOD CORPORATION - IS Date 1-31-2023
CIF - Income Statement - BELLWOOD CORPORATION - IS Date 2-28-2022
CIF - Income Statement - BELLWOOD CORPORATION - IS Date 2-28-2023
CIF - Income Statement - BELLWOOD CORPORATION - IS Date 3-31-2022
CIF - Income Statement - BELLWOOD CORPORATION - IS Date 4-30-2022
CIF - Income Statement - BELLWOOD CORPORATION - IS Date 5-31-2022
CIF - Income Statement - BELLWOOD CORPORATION - IS Date 6-30-2022
CIF - Income Statement - BELLWOOD CORPORATION - IS Date 7-31-2022
CIF - Income Statement - BELLWOOD CORPORATION - IS Date 8-31-2022
CIF - Income Statement - BELLWOOD CORPORATION - IS Date 9-30-2022
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 10-31-2021
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 10-31-2022
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 11-30-2021
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 11-30-2022
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 12-31-2021
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 12-31-2022

**Exhibit 2 - Documents Considered**

CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 1-31-2022
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 1-31-2023
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 2-28-2021
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 2-28-2022
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 2-28-2023
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 3-31-2021
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 3-31-2022
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 3-31-2023
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 4-30-2021
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 4-30-2022
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 4-30-2023
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 5-31-2021
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 5-31-2022
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 5-31-2023
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 6-30-2021
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 6-30-2022
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 6-30-2023
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 7-31-2022
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 7-31-2023
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 8-31-2021
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 8-31-2022
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 8-31-2023
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 9-30-2021
CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 9-30-2022
CIF - Income Statement - GREENBRIER MEDICAL INSTITUTE LLC - IS Date 10-31-2021
CIF - Income Statement - GREENBRIER MEDICAL INSTITUTE LLC - IS Date 10-31-2021(1)
CIF - Income Statement - GREENBRIER MEDICAL INSTITUTE LLC - IS Date 12-31-2021
CIF - Income Statement - GREENBRIER MEDICAL INSTITUTE LLC - IS Date 12-31-2021(1)
CIF - Income Statement - GREENBRIER MEDICAL INSTITUTE LLC - IS Date 2-28-2021
CIF - Income Statement - GREENBRIER MEDICAL INSTITUTE LLC - IS Date 3-31-2021
CIF - Income Statement - GREENBRIER MEDICAL INSTITUTE LLC - IS Date 3-31-2021(1)
CIF - Income Statement - GREENBRIER MEDICAL INSTITUTE LLC - IS Date 4-30-2021
CIF - Income Statement - GREENBRIER MEDICAL INSTITUTE LLC - IS Date 4-30-2021(1)
CIF - Income Statement - GREENBRIER MEDICAL INSTITUTE LLC - IS Date 5-31-2021
CIF - Income Statement - GREENBRIER MEDICAL INSTITUTE LLC - IS Date 5-31-2021(1)
CIF - Income Statement - GREENBRIER MEDICAL INSTITUTE LLC - IS Date 6-30-2021
CIF - Income Statement - GREENBRIER MEDICAL INSTITUTE LLC - IS Date 6-30-2021(1)
CIF - Income Statement - GREENBRIER MEDICAL INSTITUTE LLC - IS Date 8-31-2021
CIF - Income Statement - GREENBRIER MEDICAL INSTITUTE LLC - IS Date 8-31-2021(1)
CIF - Income Statement - GREENBRIER MEDICAL INSTITUTE LLC - IS Date 9-30-2021
CIF - Income Statement - GREENBRIER MEDICAL INSTITUTE LLC - IS Date 9-30-2021(1)
CIF - Income Statement - GREENBRIER MEDICAL INSTITUTE LLC - IS Date 9-30-2024
CIF - Income Statement - JAMES C JUSTICE COMPANIES INC - IS Date 10-31-2022
CIF - Income Statement - JAMES C JUSTICE COMPANIES INC - IS Date 12-31-2022
CIF - Income Statement - JAMES C JUSTICE COMPANIES INC - IS Date 1-31-2022
CIF - Income Statement - JAMES C JUSTICE COMPANIES INC - IS Date 1-31-2023
CIF - Income Statement - JAMES C JUSTICE COMPANIES INC - IS Date 2-28-2023
CIF - Income Statement - JAMES C JUSTICE COMPANIES INC - IS Date 3-31-2022

**Exhibit 2 - Documents Considered**

CIF - Income Statement - JAMES C JUSTICE COMPANIES INC - IS Date 4-30-2022
CIF - Income Statement - JAMES C JUSTICE COMPANIES INC - IS Date 5-31-2022
CIF - Income Statement - JAMES C JUSTICE COMPANIES INC - IS Date 6-30-2022
CIF - Income Statement - JAMES C JUSTICE COMPANIES INC - IS Date 7-31-2022
CIF - Income Statement - JAMES C JUSTICE COMPANIES INC - IS Date 8-31-2022
CIF - Income Statement - JAMES C JUSTICE COMPANIES INC - IS Date 9-30-2022
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 10-31-2022
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 10-31-2023
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 11-30-2022
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 11-30-2023
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 12-31-2022
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 12-31-2023
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 1-31-2022
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 1-31-2023
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 2-28-2022
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 2-28-2023
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 3-31-2022
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 3-31-2023
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 4-30-2022
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 4-30-2023
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 5-31-2022
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 5-31-2023
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 6-30-2022
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 6-30-2023
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 7-31-2022
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 7-31-2023
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 8-31-2022
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 8-31-2023
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 9-30-2022
CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 9-30-2023
CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 10-31-2022
CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 10-31-2023
CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 11-30-2022
CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 11-30-2023
CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 12-31-2022
CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 1-31-2022
CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 1-31-2023
CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 2-28-2022
CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 2-28-2023
CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 3-31-2022
CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 3-31-2023
CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 4-30-2022
CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 4-30-2023
CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 5-31-2022
CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 5-31-2023
CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 6-30-2022
CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 6-30-2023
CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 7-31-2022

**Exhibit 2 - Documents Considered**

CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 7-31-2023
CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 8-31-2022
CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 8-31-2023
CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 9-30-2022
CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 9-30-2023
C-LOI-Glade Springs Resort-Apiary HP-04.18.2025
Combined GSC 09.30.25
Confession of Judgment
Confession of Judgment against Greenbrier Hotel Corp - 155
Confession of Judgment against Greenbrier Medical Institute LLC - 153
Confession of Judgment against James C. Justice Companies Inc - 152
Confession of Judgment Greenbrier Sporting Club Development Co - 158
Consolidated 12.31.25
Consolidated GSC 08.31.25
Contributions List
Copy of Justice Calculations for 09.30.2024
Cottage Sales
Cottages
Credit Agreement(113508106.1)
CSXIP LEASE OF GBR SPACE 5-1-2011 (27 pages)
Debt Summary Justice 2024
DEED OF TRUST BOOK (307-145) Summers Co
Deposit Account Control Agreement
Document2
Eagle NBO 20250304
EXECUTED - Project Senate - Amendment 1 Maturity Extension (March 30, 2026)
EXECUTED - Project Senate - Amendment No. 2 to Sixth AR Note (March 31 2026)
EXF-CR-1
Exhibits to Ray Dodson Title Search Letter dated April 11, 2024
Expense Comparables
February 2025 Compliance Certificate
Filed Confession of Judgment against Oakhurst Club, LLC - 151
Filed Confession of Judgment against Tams Management Inc - 154
Filed Confession of Judgment against Tams Management Inc. - 150
Filed Confession of Judgment Greenbrier Golf and Tennis Club 156
Filing[10]
Filing[11]
Filing[12]
Filing[13]
Filing[14]
Filing[15]
Filing[9]
First Mod dated Aug 1, 2021
First Mod dated June 1, 2020
Fist Mod dated Aug 1, 2021
Forbearance Agreement Continuing compliance letter (3)
Forbearance Calculations - 12.10.2024
Form 5500 - 2023

**Exhibit 2 - Documents Considered**

Form 5500 - 2024
GHC 10 - Oct 2024 STR Report
GHC 12 - Dec 2022 STR Report
GHC 12 - Dec 2023 STR Report
GHC 2025 Pace Report
GHC Balance Sheet  for December 31 2024 as of 01202025
GHC Balance Sheet  for January 31 2025 as of 02192025
GHC Balance Sheet  for November 30 2024 as of 12202024
GHC Balance Sheet  for October 31 2024
GHC Balance Sheet  for September 30 2024
GHC Balance Sheet 08.31.25
GHC Balance Sheet April 30 2024
GHC Balance Sheet December 31 2023
GHC Balance Sheet February 29 2024
GHC Balance Sheet January 31 2024
GHC Balance Sheet June 30 2024
GHC Balance Sheet March 31 2024
GHC Balance Sheet May 31 2024
GHC Balance Sheet November 30 2023
GHC Balance Sheet October 31 2023
GHC Balance Sheet September 30 2023
GHC BS 12.31.25
GHC Capitalization by Year thru 10.31.24
GHC Group Room Nights by Year 2022 to 2024
GHC Head Count and Payroll Expense by Department
GHC Income Statement April 30 2024
GHC Income Statement Comparison  for December 31 2024 as of 01202024
GHC Income Statement Comparison  for November 30 2024 as of 12202024
GHC Income Statement Comparison  for October 31 2024
GHC Income Statement Comparison  for September 30 2024
GHC Income Statement Comparison for January 31 2025 as of 02192025
GHC Income Statement December 31 2023
GHC Income Statement February 29 2024
GHC Income Statement January 31 2024
GHC Income Statement June 30 2024
GHC Income Statement March 31 2024
GHC Income Statement May 31 2024
GHC Income Statement November 30 2023
GHC Income Statement October 31 2023
GHC Income Statement September 30 2023
GHC IS vs Prior 12.31.25
GHC Property taxes paid 10132024
GHC vs Prior 08.31.25
GL_BalanceSheet1 GHC 2025 02
GL_BalanceSheet1 GHC 2025 03
GL_BalanceSheet1 GHC 2025 05
GL_BalanceSheet1 GHC April 2025
GL_BalanceSheet1 GMI 2025 02

**Exhibit 2 - Documents Considered**

GL_FinancialReport2 GMI 2025 02
GL_FinancialReport5 GHC 2025 02
GL_FinancialReport5 GHC 2025 03
GL_FinancialReport5 GHC 2025 05 vs PY
GL_FinancialReport5 GHC 2025 06 vs PY
GL_FinancialReport5 GHC July 2025 vs LY
GL_FinancialReport5 GHC v LY April 2025
GL_FinancialReport5_ GHC vs PY 2026 Jan 2 (3)
Glade Springs OM
GMI Balance Sheet for August 31, 2025 as of 9.11.25
GMI Balance Sheet for December 31, 2024 as of 1.20.25
GMI Balance Sheet for December 31, 2025 as of 1.12.26
GMI Balance Sheet for June 30, 2024 as of 7.25.24
GMI Balance Sheet for March 31, 2025 as of 4.16.25
GMI Balance Sheet for May 31, 2025 as of 6.11.25
GMI Balance Sheet for November 30, 2024 as of 12.20.24
GMI Income statement for August 31, 2025 as of 9.11.25
GMI Income Statement for December 31, 2024 as of 1.20.25
GMI Income statement for December 31, 2025 as of 1.12.26
GMI Income Statement for July 31, 2024 as of 8.27.2024 (1)
GMI Income Statement for June 30, 2024 as of 7.25.24
GMI Income statement for March 31, 2025 as of 4.16.25
GMI Income statement for May 31, 2025 as of 6.11.25
GMI Income Statement for November 30, 2024 as of 11.30.2024
Greebrier Housing Cottages Rev 2-11-2022
Greeenbrier Sporting Club Mod dated Aug 1, 2011
Greeenbrier Sporting Club Mod dated Aug 1, 2017
Greenbrier Certification
Greenbrier Gaming
GREENBRIER GOLF   TENNIS CLUB CORPORATION - DNA - Cert of Beneficial Owners - 12-1-2022
Greenbrier Golf & Tennis First Mod dated June 30, 2020
Greenbrier Golf & Tennis Second Mod dated Aug 1, 2021
Greenbrier Group Org Chart_2025
Greenbrier Hotel 2020
Greenbrier Hotel 2021
Greenbrier Hotel 2022
Greenbrier Hotel 2023
Greenbrier Hotel 2024
Greenbrier Hotel Corp Original DT dated June 30, 2020
GREENBRIER HOTEL CORPORATION - DNA - Cert of Beneficial Owners - 12-1-2022
Greenbrier Hotel WV - 2025
Greenbrier IA Security Agreement
Greenbrier Medical Institute First Mod dated June 30, 2020
GREENBRIER MEDICAL INSTITUTE LLC -  Balance Sheet for October 31, 2024
GREENBRIER MEDICAL INSTITUTE LLC - DNA - Cert of Beneficial Owners - 12-1-2022
GREENBRIER MEDICAL INSTITUTE LLC - Income Statement for October 31, 2024
Greenbrier Medical Institute Original DT dated April 8, 2016
Greenbrier Medical Institute Second Mod dated Aug 1, 2021

**Exhibit 2 - Documents Considered**

Greenbrier Sporting Club Dev Co Limited Lien Search
GREENBRIER SPORTING CLUB DEVELOPMENT COMPANY INC - DNA - Cert of Beneficial Owners - 12-1-2022
GREENBRIER SPORTING CLUB INC - DNA - Cert of Beneficial Owners - 12-1-2022
Greenbrier Sporting Club Lien Update
Greenbrier Sporting Club Original DT dated April 8, 2016
Greenbrier_Beltway - 5th AR Note (Executed)_(115150612_1)
Greenbrier_Beltway - Amendment to DOT  (Greenbrier)
Greenbrier_Beltway - Amendment to DOT (GSR)
Greenbrier_Beltway - Amendment to DOT (JH)
Greenbrier_Beltway - Assignment DOT (Beltway to Justice) (Greenbrier)
Greenbrier_Beltway - Assignment DOT (Beltway to Justice) (GSR)
Greenbrier_Beltway - Assignment DOT (Beltway to Justice) (JH)
Greenbrier_Beltway - Assignment DOT (Justice to Fortress) (Greenbrier)
Greenbrier_Beltway - Assignment DOT (Justice to Fortress) (GSR)
Greenbrier_Beltway - Assignment DOT (Justice to Fortress) (JH)
Greenbrier_Beltway - Assumption DOT (Cottages)
Greenbrier_Beltway - Bill of Sale & Assignment (Beltway to Justice) (Executed)_(115129781_1)
Greenbrier_Beltway - Closing Certificate (Executed)
Greenbrier_Beltway - General Release (Executed)(38256920.2)
Greenbrier_Beltway - Loan Purchase Agreement (Executed)_(115129783_1)
Greenbrier_Beltway - Miller Johnson Legal Opinion (Beltway Transaction)(38240718
Greenbrier_Beltway - Payment Direction Letter (Executed)(38258365.1)
Greenbrier_Beltway - Second Amended and Restated Forbearance Agreement (Executed) (1)
Greenbrier_Beltway - West Virginia Legal Opinion (Beltway Transaction)(38323169.1)
Greenbrier_Beltway- Omnibus Officer's Certificate (Executed) (4)-compressed-compressed
Greenbrier_Beltway-Omnibus Consent (Executed)(38256903.2)
GS-21-At_a_Glance_1_sheeter
GSC BS 05.31.25
GSC Club Inc BS 03.31.25
GSC Club Inc BS 04.30.25
GSC Club Inc Income Statement 03.31.25 (1)
GSC Club Inc IS 04.30.25
GSC Combined 06.30.25
GSC Consolidated 01.31.26
GSC Consolidated 02.28.25
GSC Consolidated 02-28-2023
GSC Consolidated 09-30-2023
GSC Consolidated 09-30-2024 FS
GSC Consolidated 10-31-2023 FS
GSC Consolidated 10-31-2024 FS
GSC Consolidated FS 06-30-2023
GSC Consolidated FS 06-30-2024
GSC Consolidated FS 11-30-2023
GSC Consolidated FS 11-30-2024
GSC Consolidated FS 12-31-2023
GSC Consolidated FS 12-31-2024 (2)
GSC Consolidated FS July 2024 (1)
GSC Consolidated Jan 2024 FS

**Exhibit 2 - Documents Considered**

GSC Homes
GSC Homesites
GSC IS 05.31.25
Guaranty - Bellwood Corp
Guaranty - Greenbrier Golf & Tennis
Guaranty - Greenbrier Hotel
Guaranty - Greenbrier Medical
Guaranty - Greenbrier Sporting Club
Guaranty - James C. Justice Companies
Guaranty - Justice Low Seam Mining
Guaranty - Oakhurst
Guaranty - Tams Management
Historical Financials
Hotel Demand Summry
HPSCANNER2385
HPSCANNER2386
HPSCANNER2387
HPSCANNER2388
HPSCANNER2389
HPSCANNER2390
HPSCANNER2391
HPSCANNER2392
HPSCANNER2393
HPSCANNER2394
HPSCANNER2395
HPSCANNER2397
HPSCANNER2398
HPSCANNER2399
HPSCANNER2400
HPSCANNER2401
HPSCANNER2402
HPSCANNER2403
HPSCANNER2404
HPSCANNER2405
HPSCANNER2406
HPSCANNER2407
HPSCANNER2408
HPSCANNER2409
HPSCANNER2410
HPSCANNER2411
HPSCANNER2412
HPSCANNER2413
HPSCANNER2414
HPSCANNER2415
HPSCANNER2416
HPSCANNER2417
HPSCANNER2418
HPSCANNER2419

**Exhibit 2 - Documents Considered**

HPSCANNER2420
HPSCANNER2421
HPSCANNER2422
HPSCANNER2423
HPSCANNER2424
HPSCANNER2425
HPSCANNER2426
HPSCANNER2427
HPSCANNER2428
HPSCANNER2429
HPSCANNER2430
HPSCANNER2431
HPSCANNER2432
i.  Newmark April 2023 of the Hotel
i.  The Greenbrier Golf and Tennis Report 2023
ii.  Newmark April 2023 of the Cottages_Homes_Land
ii.  Oakhurst Club LLC - 2020
iii.  CBRE April 2023 of Oakhurst
iii.  The Greenbrier Sporting Club and Lots - 2023
Indemnification Agreement
Index
INSTRUMENT (5074-7089) Raleigh Co
IP Security Agreement
iv.  CBRE April 2023 of Greenbrier Timber and Farm Acreage
iv.  The Greenbrier Golf and Tennis Report 2023
JAMES C JUSTICE - FS - PFS - As of Date  6-30-2019
JAMES C JUSTICE COMPANIES INC - DNA - Cert of Beneficial Owners - 4-24-2023
James C Justice Companies UCC-112202024_140336
JAMES C JUSTICE II - FS - PFS - As of Date  12-31-2020
JAMES C JUSTICE II - FS - PFS - As of Date  12-31-2022
JAMES C JUSTICE II - FS - PFS - As of Date  9-30-2018
JAMES C JUSTICE III - FS - PFS - As of Date  12-31-2019
JAMES C JUSTICE III - FS - PFS - As of Date  12-31-2020
JAMES C JUSTICE III - FS - PFS - As of Date  12-31-2022
James C Justice III First Mod dated June 30, 2020
January 2025 STR Star Report_The Greenbrier
January_Compliance Statement (1)
Jay Justice Substitution Trustee Raleigh 5087-3472
JCJ2 and Cathy Justice - 2024 tax returns
JCJ3 Justice - 2024 tax returns
JFG 2023 Consolidated Financial Statements
JLS_01.31.2026 (1)
JLS_06_2024_
JLS_07.31.2024_
JLS_12.31.2025
JLS_2.28.2025
JLS_3.31.25
JLS_5.31.2025

**Exhibit 2 - Documents Considered**

JLS_6.30.2025
JLS_8.31.2025
JLS_9.30.2025
JLSM - TRS - Bishop Property
Judgment Calculations (New) - Month End April 2025
July 25 Release and Reaffirmation
June 2 2021 Goodwin Hammond Letter
Justice - Loan Policy of Title Insurance
Justice Calculations for 11.30.2024
Justice Family Entities Organizational Chart.pptx
JUSTICE FAMILY GROUP LLC - DNA - Cert of Beneficial Owners - 2-24-2022
Justice Family Group_2024_Audited FS
JUSTICE FARMS OF NORTH CAROLINA LLC - DNA - Cert of Beneficial Owners - 7-21-2020
Justice Loan Histories
JUSTICE LOW SEAM MINING INC - DNA - Cert of Beneficial Owners - 7-21-2020
JUSTICE LOW SEAM MINING INC - FS - Interim Financial Statements - As of Date  8-31-2024
JUSTICE LOW SEAM MINING INC - FS - Interim Financial Statements - As of Date  8-31-2024(1)
Justice Raleigh
Justice-Tax Merchant Fed Ex label
Jutice Low Seam Mining UCC-112202024_142810
Limited Lien Search - October 1, 2021
Limited Title Report - November 3, 2021
Listing of $250MM Deeds of Trust from Justice Entities (3_2024) (002)
Loan Documents with Note(113508200.1)
Loan Modification Agreement - Instrument No. 151345 - 7.25.2013(168940168.1)
Mainstreet loan document
March 2025 Compliance Certificate
March 25 Release and Reaffirmation
May 25 Release and Reaffirmation
Mercer Co KY 1
Mercer Co. KY FedEx label
Mod dated Aug 2017
Mod dated Jan 1, 2022
Mod dated Jan 5, 2017
Mod dated July 15, 2022
Mod dated June 21, 2016
Mod dated Oct 5, 2022
Motion for Preliminary Injunction
Nelson County - V A - Tax Receipt
November Principals' Compliance Certificate
OAKHURST CLUB LLC -  Deed of Trust - Monroe Co - 4.8.16
Oakhurst Club LLC - 2020
OAKHURST CLUB LLC - Deed of Trust Modification - 8.1.21
Oakhurst Club LLC First Mod dated June 30, 2020
Oakhurst Club LLC Mod dated Aug 1, 2021
Oct 25 Release and Reaffirmation
October 2025 STR Star Report_The Greenbrier
October Principals' Compliance Certificate

**Exhibit 2 - Documents Considered**

October Redemptions-Bellwood Corp.
October Redemptions-Chestnut
October Redemptions-JCJ & Vecellio
October Redemptions-Justice Low Seam Mining
October Redemptions-Kirby Land
October Redemptions-Wilcox
Opinion of Counsel for Justice Entities  - Forbearance Agreement(v7)
Orig DT dated June 30, 2020
Original DT dated Apr 8, 2016
Original DT dated Aug 1, 2021
Original DT dated Dec 1, 2015
Original DT dated Jan 9, 2018
Original DT dated May 24, 2016
Originial DT dated Apr 8, 2016
Originial DT dated July 24, 2015
Preliminary Title Report - April 15, 2022
Preliminary Title Report - April 18, 2022
Preliminary Title Report - April 28, 2022
Preliminary Title Report - April 28, 2022 (2)
Prepayment Waiver consent (December 2025)
Principals' Compliance Cert September 2024
Prinicipals' Compliance Cert August 2024
Project Senate - 5th AR Note (Executed)_(115150612_1)
Project Senate - 6th AR Note (Executed)(117020310.1)
Project Senate - Assignment (Justice to Fortress) (Executed)_(115150225_1)
Ray Dodson Title Search Letter for Greenbrier Hotel Property dated April 11, 2024
Recorded CLDT 11-25-24
Release and Reaffirmation Agreement
RHODODENDRON AND HYDRANGEA COTTAGES-24x36
Right of First Refusal - Greenbrier County
RSUI Endt Adding Carter Bank as Loss Payee
S26031812280
SA - Bellwood
SA - Greenbrier Hotel Corp
SA - Greenbrier Hotel Corp (2)
SA - Greenbrier Sporting Club Dev Corp
SA - Justice Low Seam
SA - Justice Low Seam (2)
SA - Multiple Debtors
SA - Multiple Debtors (10)
SA - Multiple Debtors (2)
SA - Multiple Debtors (3)
SA - Multiple Debtors (4)
SA - Multiple Debtors (5)
SA - Multiple Debtors (6)
SA - Multiple Debtors (7)
SA - Multiple Debtors (8)
SA - Multiple Debtors (9)

**Exhibit 2 - Documents Considered**

SA - Tams
SBRI26012913240
SBRI26031312060
schedule_a-2026-04-28T11_18_33
Second Mod dated Aug 1,2021
Secretary certificate + exhibits cottages
Sporting Club lots
TAM_01.31.2026 (1)
TAM_06_2024_
TAM_07.31.2024_
TAM_12.31.2025
TAM_2.28.2025
TAM_3.31.25
TAM_5.31.25
TAM_6.30.2025
TAM_8.31.2025
TAM_9.30.2025
Tams
TAMS MANAGEMENT INC - DNA - Cert of Beneficial Owners - 4-24-2023
Tams Management Inc First Mod dated June 30, 2020
Tams Management Inc Second Mod dated Aug 1, 2021
Terrorism Endt Adding Carter Bank as Loss Payee
The Greenbrier - CoStar
The Greenbrier Golf and Tennis Report 2023
The Greenbrier Hotel- 2023
The Greenbrier Main Hotel - PCA Report
The Greenbrier Residential and Lots - 2025
The Greenbrier Sporting Club and Lots - 2023
The Greenbrier Sports Complex and Clinic 2023
Third Mod dated Oct 5, 2022
Title Insurance Policy dated 12-01-16
Title Policy - June 26, 2015
Title Policy - March 21, 2014
Title Policy - March 25, 2014
Title Policy - March 29, 2010
Title Policy - November 3, 2015
Title Policy - October 31, 2013
Title Update - January 24, 2023
Title Update - January 25, 2024
Title Update - November 1, 2023
Title Update Letter - Bellwood Corporation
Title Update Letter - Greenbrier Golf and Tennis Club Corporation
Title Update Letter - Greenbrier Hotel (1)
Title Update Letter - Greenbrier Hotel (3)
Title Update Letter - Greenbrier Hotel (4)
Title Update Letter - Greenbrier Medical Institute
Title Update Letter - James C. Justice, III
Title Update Letter - Oakhurst Club, LLC

**Exhibit 2 - Documents Considered**

TLS Unlimited Fed Ex label
Tranche Amounts Breakdown 9-8-24
Tranche B Asset Sale Plan (00000002)
UCC
UCC  20155228142
UCC (10)
UCC (11)
UCC (12)
UCC (13)
UCC (14)
UCC (15)
UCC (16)
UCC (17)
UCC (18)
UCC (19)
UCC (2)
UCC (20)
UCC (21)
UCC (22)
UCC (23)
UCC (24)
UCC (25)
UCC (26)
UCC (27)
UCC (28)
UCC (29)
UCC (3)
UCC (30)
UCC (31)
UCC (32)
UCC (33)
UCC (34)
UCC (35)
UCC (36)
UCC (37)
UCC (38)
UCC (39)
UCC (4)
UCC (40)
UCC (41)
UCC (42)
UCC (43)
UCC (44)
UCC (45)
UCC (46)
UCC (47)
UCC (48)
UCC (49)

**Exhibit 2 - Documents Considered**

UCC (5)
UCC (50)
UCC (51)
UCC (52)
UCC (53)
UCC (54)
UCC (55)
UCC (56)
UCC (57)
UCC (58)
UCC (59)
UCC (6)
UCC (60)
UCC (7)
UCC (8)
UCC (9)
UCC 2015E0191400054
UCC 66992
UCC 7580166822
UCC 7580166822 cont
Use of Proceeds of Main Street Loan(113507815.1)
v. The Greenbrier Hotel- 2023
vi. The Greenbrier Residential and Lots - 2025
vii. Greenbrier Hotel WV - 2025
vkzhmwouokb
Waiver, Release, Extinguishment, and Termination
Wilcox dt (1)
Wilcox dt (2)
Wires Received as of 11.30.2024
Year end spread 21-23 JG
zfl3fcylnio
Zurich Endt Adding Carter Bank as Loss Payee



# Exhibit 3

**Exhibit 3 - JFG and GHC Revenue Comparison**

| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|
| GHC Total Revenue [1] | $ 124,227,074 | $ 135,766,296 | $ 140,309,759 | $ 107,173,618 | $ 173,225,729 | $ 186,234,680 | $ 162,212,985 | $ 162,370,992 | $ 1,191,521,133 |
| JFG Total Revenue [2] | $ 149,079,333 | $ 157,539,675 | $ 180,915,198 | $ 122,525,045 | $ 190,939,915 | $ 203,199,997 | $ 176,197,415 | $ 177,662,086 | $ 1,358,058,664 |
| GHC Revenue as % of JFG Revenue | 83% | 86% | 78% | 87% | 91% | 92% | 92% | 91% | 88% |

[1] Acct 21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date 12-31-2017(2); Acct 21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date 12-31-2018; Acct 21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date 12-31-2019; Acct 21030 - GREENBRIER HOTEL CORPORATION - IS - As of Date 12-31-2020; CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 12-31-2022; GHC Income Statement December 31 2023; GHC Income Statement Comparison for December 31 2024 as of 01202024; GHC IS vs Prior 12.31.25. When available, these amounts are derived from the prior-year figures on the subsequent year's financial statements.

[2] Justice Family Group, LLC and Subsidiaries Consolidated Financial Statements for years ended December 31, 2017 through December 31, 2024.

# Exhibit 4

**Exhibit 4 - Calculation of Interest Accruing on Judgments [1]**

| Judgment Case No. [2] | Loan Number | Borrower | Judgment Principal | Judgment Interest Rate | Annual Interest Accrual [3] | Monthly Interest Accrual [4] |
|---|---|---|---|---|---|---|
| CL23000148-00 | 022231680971 | BELLWOOD CORPORATION | $ 34,723,733.37 | 16.50% | $ 5,808,991.23 | $ 484,082.60 |
| CL23000156-00 | 022231663972 | GREENBRIER GOLF & TENNIS CLUB CORPORATION | $ 45,002,027.63 | 13.75% | $ 6,273,720.17 | $ 522,810.01 |
| CL23000155-00 | 022231215388 | GREENBRIER HOTEL CORPORATION | $ 51,551,610.20 | 13.75% | $ 7,186,795.66 | $ 598,899.64 |
| CL23000153-00 | 042137284583 | GREENBRIER MEDICAL INSTITUTE LLC | $ 22,835,762.75 | 13.75% | $ 3,183,527.34 | $ 265,293.95 |
| CL23000158-00 | 022231297871 | GREENBRIER SPORTING CLUB DEVELOPMENT COMPANY INC | $ 36,619,535.76 | 13.75% | $ 5,105,119.31 | $ 425,426.61 |
| CL23000152-00 | 022231724488 | JAMES C JUSTICE COMPANIES INC | $ 13,366,646.80 | 16.50% | $ 2,236,128.62 | $ 186,344.05 |
| CL23000149-00 | 022231276579 | JUSTICE LOW SEAM MINING INC | $ 36,861,112.50 | 16.50% | $ 6,166,556.95 | $ 513,879.75 |
| CL23000110-00 | 21841 | JUSTICE,JAMES | $ 508,381.50 | 17.25% | $ 88,913.81 | $ 7,409.48 |
| CL23000151-00 | 022231443470 | OAKHURST CLUB LLC | $ 21,304,934.29 | 13.75% | $ 2,970,114.97 | $ 247,509.58 |
| CL23000150-00 | 022231270687 | TAMS MANAGEMENT INC | $ 6,242,606.44 | 16.50% | $ 1,044,336.04 | $ 87,028.00 |
| CL23000154-00 | 22081 | TAMS MANAGEMENT INC | $ 32,896,892.88 | 16.50% | $ 5,503,376.04 | $ 458,614.67 |
| CL26000061-00 | 5019909047 | JUSTICE INDEMNIFICATION NOTE (PLAYERS CLUB, LLC, JUSTICE FAMILY GROUP, LLC, THE GREENBRIER SPORTING DEVELOPMENT COMPANY, INC., THE GREENBRIER SPORTING CLUB, INC., GREENBRIER MEDICAL INSTITUTE, LLC, GREENBRIER GOLF AND TENNIS CLUB CORPORATION, OAKHURST CLUB, LLC, CATHY L. JUSTICE, BELLWOOD CORPORATION, JAMES C. JUSTICE COMPANIES, INC., TWIN FIR ESTATES, LLC, WILCOX INDUSTRIES, INC., JUSTICE LOW SEAM MINING, INC., TAMS MANAGEMENT, INC.) | $ 15,000,000.00 | 12.75% | $ 1,939,062.50 | $ 161,588.54 |
| | | | $ 316,913,244.12 | | $ 47,506,642.63 | $ 3,958,886.89 |

[1] Except as otherwise noted, this data is sourced from the Judgments and is supplemented by Schedule 2 to the 14th Forbearance Agreement.

[2] With the exception of CL23000110-00, these refer to the case numbers of corporate confessions of judgment rather than the personal confessions of judgment.

[3] Consistent with the Judgments, this is calculated as [Judgment Principal] * [Judgment Interest Rate] * [365/360]. The Judgments indicate that interest is calculated "per annum using an actual/360 days counting method." The use of 365 days assumes a non-leap year.

[4] This is calculated as [Annual Interest Accrual]/12. However, actual monthly interest accrual would vary based on the number of days in each month.



Exhibit 5A

**Exhibit 5A - Summary of JFG Cash Flow**

| Net Inflows | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Operating Cash Flow | $ 6,746,121 | $ 8,256,666 | $ 4,136,084 | $ 23,339,013 | $ 43,460,715 | $ 49,474,863 | $ 47,822,149 | $ 28,346,093 | $ 211,581,704 | [1] |
| Third Party Financing | 729,626 | 4,690,179 | (5,535,578) | 32,384,122 | (1,588,771) | (1,986,342) | 6,604,507 | (355,076) | 34,942,667 | [2] |
| Total | $ 7,475,747 | $ 12,946,845 | $ (1,399,494) | $ 55,723,135 | $ 41,871,944 | $ 47,488,521 | $ 54,426,656 | $ 27,991,017 | $ 246,524,371 | |

| Net Outflows | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Related Parties | $ (3,815,173) | $ (9,249,935) | $ 3,399,144 | $ (53,110,480) | $ (35,087,954) | $ (47,435,448) | $ (33,753,242) | $ (25,011,674) | $ (204,064,762) | [3] |
| Improvement Capex | (4,361,237) | (555,437) | (2,142,262) | (2,317,907) | (3,815,273) | (3,856,135) | (6,099,803) | (701,849) | (23,849,903) | [4] |
| Land Purchases | (6,495) | (8,370) | - | (71,455) | - | - | (9,458,177) | (2,410,000) | (11,954,497) | [4] |
| Helicopter and Airplane | - | - | - | - | - | - | (3,450,000) | (1,500,000) | (4,950,000) | [4] |
| Total | $ (8,182,905) | $ (9,813,742) | $ 1,256,882 | $ (55,499,842) | $ (38,903,227) | $ (51,291,583) | $ (52,761,222) | $ (29,623,523) | $ (244,819,162) | |

| Net Change in Cash | $ (707,158) | $ 3,133,103 | $ (142,612) | $ 223,293 | $ 2,968,717 | $ (3,803,062) | $ 1,665,434 | $ (1,632,506) | $ 1,705,209 | [5] |
|---|---|---|---|---|---|---|---|---|---|---|

[1] Justice Family Group, LLC and Subsidiaries Consolidated Statements of Cash Flows for 2017–2024 at "NET CASH PROVIDED BY OPERATING ACTIVITIES."

[2] **Exhibit 5B**.

[3] **Exhibit 5C**.

[4] **Exhibit 5D**.

[5] [Total Net Inflows] + [Total Net Outflows].


Exhibit 5B

**Exhibit 5B - JFG Third-Party Financing Cash Flow Detail**

| Cash Flow Line Item [1] | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Proceeds from Short-Term Debt | $ 10,423,180 | $ 10,097,772 | $ - | $ - | $ - | $ - | $ - | $ - | $ 20,520,952 |
| Principal Payments on Short-Term Debt | (3,065,950) | (435,781) | (385,000) | (10,342,772) | (2,384,505) | (320,000) | - | - | (16,934,008) |
| Proceeds from Notes Payable, Bank | 2,086,762 | 604,336 | - | 43,212,202 | 1,999,505 | - | 3,167,750 | - | 51,070,555 |
| Principal Payments on Notes Payable, Bank | (8,714,366) | (5,576,148) | (6,596,033) | (737,123) | (1,356,928) | (1,701,390) | (3,262,731) | (2,653,020) | (30,597,739) |
| Payments on Capital/Finance Lease Obligations | - | - | (163,210) | (138,129) | (468,322) | (816,551) | (1,087,936) | (1,405,852) | (4,080,000) |
| Property acquired under capital lease obligations | - | - | 1,608,665 | 389,944 | 112,830 | - | - | - | 2,111,439 |
| Property acquired under notes payable, bank | - | - | - | - | 508,649 | 762,034 | 5,115,778 | 1,819,389 | 8,205,850 |
| Property acquired under finance lease obligations | - | - | - | - | - | 89,565 | 2,671,646 | 1,884,407 | 4,645,618 |
| **Total** | **$ 729,626** | **$ 4,690,179** | **$ (5,535,578)** | **$ 32,384,122** | **$ (1,588,771)** | **$ (1,986,342)** | **$ 6,604,507** | **$ (355,076)** | **$ 34,942,667** |

[1] Justice Family Group, LLC and Subsidiaries Consolidated Statements of Cash Flows for 2017–2024.

Exhibit 5C

**Exhibit 5C - JFG Related-Party Cash Flow Detail**

| Cash Flow Line Item [1] | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Notes Receivable from Related Parties, net | $ (2,371,392) | $ (30,796,905) | $ (2,962,602) | $ (33,983,556) | $ (18,601,364) | $ (40,938,481) | $ (41,757,745) | $ (27,042,575) | $ (198,454,620) |
| Notes Payable to Related Parties, net | (1,443,781) | 21,546,970 | 6,361,746 | (19,126,924) | (16,486,590) | (6,496,967) | 99,906 | 2,030,901 | (13,514,739) |
| Property acquired under notes payable, related parties | - | - | - | - | - | - | 7,904,597 | - | 7,904,597 |
| **Total** | **$ (3,815,173)** | **$ (9,249,935)** | **$ 3,399,144** | **$ (53,110,480)** | **$ (35,087,954)** | **$ (47,435,448)** | **$ (33,753,242)** | **$ (25,011,674)** | **$ (204,064,762)** |

[1] Justice Family Group, LLC and Subsidiaries Consolidated Statements of Cash Flows for 2017–2024.



Exhibit 5D

**Exhibit 5D - JFG Capital Expenditure Cash Flow Detail**

| Cash Flow Line Item [1] | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Development Costs | $ (2,510,359) | $ (105,552) | $ (11,315) | $ (8,531) | $ (11,394) | $ (28,757) | $ (13,910) | $ (17,371) | $ (2,707,189) | |
| Purchase of Property & Equipment | (1,857,373) | (458,255) | (522,282) | (1,990,887) | (3,182,400) | (2,975,779) | (3,302,049) | (890,682) | (15,179,707) | |
| Property acquired under capital lease obligations | - | - | (1,608,665) | (389,944) | (112,830) | - | - | - | (2,111,439) | [2] |
| Property acquired under notes payable, bank | - | - | - | - | (508,649) | (762,034) | (5,115,778) | (1,819,389) | (8,205,850) | [2] |
| Property acquired under notes payable, related parties | - | - | - | - | - | - | (7,904,597) | - | (7,904,597) | [2] |
| Property acquired under finance lease obligations | - | - | - | - | - | (89,565) | (2,671,646) | (1,884,407) | (4,645,618) | [2] |
| **Gross Capital Expenditures** | **$ (4,367,732)** | **$ (563,807)** | **$ (2,142,262)** | **$ (2,389,362)** | **$ (3,815,273)** | **$ (3,856,135)** | **$ (19,007,980)** | **$ (4,611,849)** | **$ (40,754,400)** | |

| Calculation of Improvement Capex | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | Total | |
|---|---|---|---|---|---|---|---|---|---|---|
| Gross Capital Expenditures | $ (4,367,732) | $ (563,807) | $ (2,142,262) | $ (2,389,362) | $ (3,815,273) | $ (3,856,135) | $ (19,007,980) | $ (4,611,849) | $ (40,754,400) | |
| Less: Land Purchases [3] | 6,495 | 8,370 | - | 71,455 | - | - | 9,458,177 | 2,410,000 | 11,954,497 | [4] |
| Less: Airplane Purchase [3] | - | - | - | - | - | - | 3,450,000 | - | 3,450,000 | [5] |
| Less: Helicopter Purchase [3] | - | - | - | - | - | - | - | 1,500,000 | 1,500,000 | [6] |
| **Improvement Capex** | **$ (4,361,237)** | **$ (555,437)** | **$ (2,142,262)** | **$ (2,317,907)** | **$ (3,815,273)** | **$ (3,856,135)** | **$ (6,099,803)** | **$ (701,849)** | **$ (23,849,903)** | |

[1] Justice Family Group, LLC and Subsidiaries Consolidated Statements of Cash Flows for 2017–2024.

[2] Presented as negative amounts as they represent an inflow from third-party financing and related parties, offset by an outflow for capital expenditures.

[3] Although the purchases of land and aircraft were cash outflows, they are presented as positive numbers to exclude them from the Improvement Capex calculation.

[4] Calculated as the difference between the land balance in the selected year versus the prior year, as reported in the Justice Family Group, LLC and Subsidiaries Notes to Consolidated Financial Statements for 2017–2024 at the note for "PROPERTY AND EQUIPMENT." Note that as it is possible that the changes in land balance incorporate disposals of land (which are not separately disclosed), it is possible that land purchases are greater than presented in this exhibit. Improvement Capex would be lower if this were the case.

[5] GHC Capitalization by Year thru 10.31.24.xlsx at Tab "Breakdown," Row 110, and Tab "Sheet2," Row 776.

[6] Justice Family Group, LLC and Subsidiaries Notes to Consolidated Financial Statements for 2024 at the note for "CORPORATE DEBT" ("Obligations payable to banks primarily secured by Bell helicopter . . . "). The $1,819,389 "Property acquired under notes payable, bank" in 2024 appears to include the helicopter purchase as all other note increases in the "CORPORATE DEBT" note total less than $1,819,389 in combination.



Exhibit 5E

**Exhibit 5E - Improvement Capex as a Percent of Revenue**

| | Per '25 Appraisal [1] | Per JFG Financial Statements [2] |
|---|---|---|
| **Improvement Capex from 2017-2024** | $ 67,662,412 | $ 23,849,903 |
| **JFG Revenue with Exclusions from 2017-2024 [3]** | $ 1,166,529,148 | $ 1,166,529,148 |
| **Improvement Capex/JFG Revenue** | 5.8% | 2.0% |

[1] '25 Appraisal, p. 52. As discussed in the report, "Improvement Capex" is intended to align with the capital expenditures included in the '25 Appraisal.

[2] **Exhibit 5D**.

[3] Justice Family Group, LLC and Subsidiaries Consolidated Statements of Operation for 2017–2024. This excludes revenues for "Golf" and "Real estate lot sales, membership sales and dues" in order to conform revenue with that included in the '25 Appraisal. *See* '25 Appraisal pp. 114-116.



Exhibit 6

**Exhibit 6 - Net Income (Loss) for Non-JFG Judgment Debtors with Financial Statements Available [1]**

| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 |
|---|---|---|---|---|---|---|---|---|---|---|
| Bellwood Corporation [2] | | | | | | $ (4,448,594) | $ (799,769) | | | |
| Greenbrier Medical Institute, LLC [3] | | | (2,873,669) | (2,295,914) | (2,351,923) | (3,064,568) | (617,955) | (3,792,933) | (1,755,162) | |
| James C. Justice Companies, Inc. [4] | | 727,834 | (2,330,387) | (982,888) | (18,421,451) | (7,113,241) | (1,569,794) | | | |
| Justice Low Seam Mining, Inc. [5] | 11,706,519 | (3,469,796) | (331,890) | (2,066,280) | (3,852,839) | (4,036,229) | (2,645,981) | (4,257,521) | (1,657,324) | (41,444) |
| Tams Management, Inc. [6] | 7,784,421 | | (16,362,427) | (2,465,373) | (6,044,477) | (4,102,289) | (1,904,401) | (3,018,870) | (5,028,877) | (568,458) |
| Virginia Fuel Corporation [7] | (3,636,897) | (1,942,808) | | | | | | | | |
| **Total Net Income (Loss)** | **$ 15,854,043** | **$ (4,684,770)** | **$ (21,898,374)** | **$ (7,810,456)** | **$ (30,670,690)** | **$ (22,764,922)** | **$ (7,537,900)** | **$ (11,069,324)** | **$ (8,441,363)** | **$ (609,902)** |

[1] FTI has not been provided with Income Statements for the year ending December 31 for each entity and year. The years for which there are no statements for an entity are shaded above. Below are the years for which FTI did not receive year-end statements, but did receive them for earlier months.

    Bellwood Corporation: 2023 data is as of February 28, 2023.

    Greenbrier Medical Institute, LLC: 2023 data is as of February 28, 2023.

    James C. Justice Companies, Inc.: 2018 data is as of June 30, 2018. 2023 data is as of February 28, 2023.

    Justice Low Seam Mining, Inc.: 2017 data is as of July 31, 2017. 2018 data is as of June 30, 2018. 2019 data is as of October 31, 2019. 2026 data is as of January 31, 2026.

    Tams Management, Inc.: 2017 data is as of July 31, 2017. 2020 data is as of October 31, 2020. 2023 data is as of November 30, 2023. 2024 data is as of August 31, 2024. 2026 data is as of January 31, 2026.

    Virginia Fuel Corporation: 2017 data is as of July 31, 2017; 2018 data is as of June 30, 2018.

[2] CIF - Income Statement - BELLWOOD CORPORATION - IS Date 12-31-2022; CIF - Income Statement - BELLWOOD CORPORATION - IS Date 2-28-2023.

[3] Acct 5019909047 - LLC - IS - As of Date 12-31-2019; Acct 5019909047 - GREENBRIER MEDICAL LLC - IS - As of Date 12-31-2020; CIF - Income Statement - GREENBRIER MEDICAL INSTITUTE LLC - IS Date 12-31-2021(1); CIF - Income Statement - GREENBRIER MEDICAL INSTITUTE LLC - IS Date 12-31-2022; Acct 5019909047 - GREENBRIER MEDICAL LLC - IS - As of Date 2-28-2023; GMI Income Statement for December 31, 2024 as of 1.20.25; GMI Income statement for December 31, 2025 as of 1.12.26.

[4] Acct 20944 - JAMES C JUSTICE COMPANIES INC - IS - As of Date 6-30-2018; Acct 20944 - JAMES C JUSTICE COMPANIES INC - IS - As of Date 12-31-2019; Acct 20944 - JAMES INC - IS - As of Date 12-31-2020; Acct 20944 - JAMES INC - IS - As of Date 12-31-2021; CIF - Income Statement - JAMES C JUSTICE COMPANIES INC - IS Date 12-31-2022; CIF - Income Statement - JAMES C JUSTICE COMPANIES INC - IS Date 2-28-2023.

[5] Acct 20944 - JUSTICE LOW SEAM MINING, INC. - IS - As of Date 7-31-2017; Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 6-30-2018; Acct 20944 - JUSTICE LOW SEAM MINING INC - IS - As of Date 10-31-2019; Acct 20944 - JUSTICE LOW MINING INC - IS - As of Date 12-31-2020; Acct 20944 - JUSTICE LOW SEAM INC - IS - As of Date 12-31-2021; CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 12-31-2022; CIF - Income Statement - JUSTICE LOW SEAM MINING INC - IS Date 12-31-2023; JUSTICE LOW SEAM MINING INC - FS - Interim Financial Statements - As of Date 8-31-2024(1); JLS_12.31.2025; JLS_01.31.2026 (1).

[6] The net loss for Tams Management, Inc. for 2019 was corrected for a mathematical error of $242 in the provided income statement. Acct 22081 - TAMS MANAGEMENT INC - IS - As of Date 7-31-2017; Acct 22081 - TAMS MANAGEMENT INC - IS - As of Date 12-31-2019; Acct 22081 - TAMS MANAGEMENT INC - IS - As of Date 10-31-2020; Acct 22081 - TAMS MANAGEMENT INC - IS - As of Date 12-31-2021; CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 12-31-2022; CIF - Income Statement - TAMS MANAGEMENT INC - IS Date 11-30-2023; Acct 22231270678 - TAMS MANAGEMENT INC - FS - Interim Financial Statements - As of Date 8-31-2024(1); TAM_12.31.2025; TAM_01.31.2026 (1).

[7] Acct 20944 - VIRGINIA FUEL CORPORATION - IS - As of Date 7-31-2017; Acct 20944 - VIRGINIA FUEL CORPORATION - IS - As of Date 6-30-2018. Virginia Fuel Corporation is not a Judgment Debtor, but it is the only other Justice Party for which I received financial statements and is included for reference.



Exhibit 7

**Exhibit 7 - Summary of GHC Net Related-Party Account Balances [1]**

| Account Number [2] | Account Description [2] | Business Name [3] | Business Purpose | Non-Borrower Affiliates [4] | Coal Mining and Agricultural Entities | GHC Net Related-Party Account Balances [2] | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 12/31/2017 | 12/31/2018 | 12/31/2019 | 12/31/2020 | 12/31/2021 | 12/31/2022 | 12/31/2023 | 3/31/2024 | 12/31/2024 | 12/31/2025 |
| 2840-00-000 | Belwood | Bellwood Corporation | Raw land and coal reserves [5] | | X | $ - | $ - | $ - | $ - | $ 294,426 | $ 16,496,635 | $ 18,944,622 | $ 18,944,622 | $ 39,364,316 | $ 42,676,347 |
| 2700-00-000 | Interco - Presidenti | Greenbrier Medical Institute, LLC | Medical/Sports rehabilitation [5] | | | 30,658,997 | 33,505,742 | 35,689,967 | 36,143,829 | 37,538,455 | 39,238,541 | 39,963,015 | 39,964,005 | 41,411,175 | 41,426,175 |
| 2815-00-000 | Blackstone Energy | Blackstone Energy, Ltd. | Coal mining [5] | X | X | - | - | - | 21,006,072 | 31,016,426 | 39,800,758 | 39,800,758 | 39,800,758 | 39,800,758 | 39,800,758 |
| 2755-00-000 | Interco - Clinic | The Greenbrier Clinic, Inc | Medical [5] | X | | 8,051,393 | 13,297,414 | 17,328,513 | 19,797,901 | 22,307,081 | 25,171,195 | 28,628,554 | 29,265,791 | 31,752,620 | 34,224,588 |
| 2775-00-000 | Justice Low Seam | Justice Low Seam Mining, Inc. | Coal mining [5] | | X | (4,250,000) | (4,250,000) | (4,250,000) | (4,250,000) | 215,286 | 215,358 | 21,004,601 | 22,967,367 | 26,018,969 | 28,311,375 |
| 2855-00-000 | Interco - Beech Cree | Beech Creek Coal Corporation | Coal mining | X | X | - | - | - | - | | 19,165,951 | 20,767,951 | 20,436,951 | 19,166,566 | 20,756,196 |
| 2735-00-000 | Interco - JCJ Co | James C. Justice Companies, LLC or James C. Justice Companies, Inc. | Coal mining [6] | | X | 2,048,947 | 3,824,824 | 5,741,714 | 7,660,046 | 8,403,299 | 8,677,737 | 8,856,080 | 8,856,080 | 9,810,270 | 9,837,445 |
| 2795-00-000 | Tams Mgmt. | Tams Management, Inc. | Coal mining [7] | | X | (2,155,500) | (2,155,500) | (2,155,500) | (2,155,500) | 228,580 | 228,580 | 5,648,352 | 5,648,352 | 10,214,874 | 9,190,874 |
| 2820-301-000 | Black River Farms Intercompany | Black River Farms, LLC | Coal mining [8] | X | X | - | - | - | 4,688,907 | 6,792,609 | 6,926,483 | 7,225,483 | 7,260,483 | 7,301,573 | 7,301,573 |
| 2720-00-000 | Interco - Southern C | Southern Coal Corporation | Coal mining [5] | X | X | (724,577) | (409,929) | 6,072,996 | 6,212,787 | 6,278,848 | 6,413,344 | 6,413,344 | 6,413,344 | 6,413,344 | 6,426,444 |
| 2805-00-000 | Stoneybrook Plantati | Stoney Brook Plantation, Inc. | Agriculture, forestry, fishing and hunting [9] | X | X | 221,549 | 716,585 | 1,223,932 | 1,843,310 | 2,467,598 | 3,321,789 | 3,460,321 | 3,495,575 | 3,600,315 | 3,765,863 |
| 2890-00-000 | Justice Thermal | Justice Thermal LLC | Coal mining [5] | X | X | - | - | - | - | | | | | | 3,498,883 |
| 2835-00-000 | Justice Energy Corpo | Justice Energy Company, Inc. | Coal mining [5] | X | X | - | - | - | - | 927,000 | 1,002,000 | 1,002,000 | 1,002,000 | 1,002,000 | 1,002,000 |
| 2725-00-000 | Interco - JF Holding | Justice Holdings LLC | Real Estate, rental, and leasing [10] | X | | - | 1,400 | 173,914 | 311,501 | 434,617 | 435,133 | 435,133 | 435,133 | 435,133 | 435,133 |
| 2830-00-000 | 302 S Jefferson | 302 Jefferson, LLC | Unknown | X | | - | - | - | - | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 | 285,000 |
| 2765-00-000 | Interco - Brier Patc | Saddlebred, LLC DBA The Brier Patch Golf Links, LLC | Golf course [5] | X | | 84,149 | 161,535 | 232,507 | 265,846 | 275,479 | 283,526 | 283,526 | 283,526 | 283,526 | 283,526 |
| 2860-00-000 | Frontier Coal | Frontier Coal Company | Coal mining [5] | X | X | - | - | - | - | | 210,198 | 210,198 | 210,198 | 210,198 | 210,198 |
| 2705-00-000 | Interco - Wintergree | Wintergreen Partners, Inc. | Hospitality / Recreation (Wintergreen Resort) [11] | X | | - | - | - | - | | 116,666 | 124,999 | 124,999 | 124,999 | 124,999 |
| 2710-00-000 | Interco - Glade | Glade Acquisitions, LLC or Glade Springs Real Estate Company L.L.C. | Ownership and operation of The Resort at Glade Springs [12] | X | | 19,491 | 183,516 | 170,045 | 171,452 | 175,716 | 175,716 | 215,088 | 215,088 | (81,482) | 78,224 |
| 2845-00-000 | SE Cotton | Southeast Cotton, Inc. | Agriculture, forestry, fishing and hunting, crop production [13] | X | X | - | - | - | - | | 3,245 | 3,245 | 3,245 | 3,245 | 3,245 |
| 2877-00-000 | 557 - Dogwood | Dogwood Cottage Homeowners Association, Inc. | Accommodation and food services [14] | X | | - | - | - | - | | | 110 | 110 | 110 | 1,110 |
| 2871-00-000 | 781 - Marigold | Marigold Cottage Homeowners Association, Inc. | Accommodation and food services [15] | X | | - | - | - | - | | | 150 | 150 | 150 | 150 |
| 2870-00-000 | 581 - Morning Glory | Morning Glory Cottage Homeowners Association, Inc. | Accommodation and food services [16] | X | | - | - | - | - | | | 110 | 110 | 110 | 110 |
| 2730-00-000 | Interco - BKCC, LLC | PRAS, LLC | Receives & manages legal filings for Justice related companies [5] | X | | 1,212,032 | - | - | - | | | | | | - |
| 2780-00-000 | Interco - Kentucky F | Kentucky Fuel Corporation | Coal mining [5] | X | X | (604,260) | (604,260) | (604,260) | (604,260) | | | | | | - |
| 2790-00-000 | Alabama Carbon | Justice Coal of Alabama, LLC | Coal mining [5] | X | X | (50,000) | (50,000) | (50,000) | (50,000) | | | | | | - |
| 2810-00-000 | Kirby Land Company | Kirby Land Company, Inc. | Raw land and coal reserves [5] | X | X | - | (684) | (684) | (684) | | | | | | - |
| 2825-00-000 | SUMO LLC | Unknown | Unknown | X | | - | - | - | 23,000,000 | | | | | | - |
| 2760-00-000 | Interco - Gobble | Gobble Cakes, LLC | Bakery [17] | X | | 92,870 | 92,639 | 92,284 | 92,398 | | 287 | | | | (2) |
| 2880-00-000 | Interco - Grain Development | Grain Development, Inc. | Agriculture, forestry, fishing and hunting, crop production [18] | X | X | - | - | - | - | | | | (689,500) | (689,500) | (689,500) |
| 2715-00-000 | Interco - Farm Justice | Justice Family Farms, LLC | Agriculture-farming [5] | X | X | (4,428,951) | (4,085,985) | (4,041,510) | (4,035,294) | (3,949,967) | (3,342,284) | (2,396,136) | (2,395,882) | (2,389,188) | (2,231,157) |
| 2800-00-000 | Bluestone Resources | Bluestone Resources, Inc. | Coal mining [5] | X | X | (18,930,735) | (23,217,286) | (36,639,852) | (34,789,856) | (3,977,553) | (3,741,309) | (2,550,356) | (2,547,356) | (2,547,356) | (2,547,356) |
| 2885-00-000 | Interco - Greenbrier WV Holding LLC | Greenbrier-West Virginia Holdings LLC | Unknown | X | | - | - | - | - | | | | | (8,133,272) | (4,587,658) |
| | | | | | | $ 11,245,405 | $ 17,010,011 | $ 18,984,065 | $ 75,308,456 | $ 109,712,901 | $ 161,084,548 | $ 198,326,148 | $ 199,980,149 | $ 223,358,455 | $ 239,584,540 |

Increase ($) from 12/31/2017 to 12/31/2025   $ 228,339,136
Increase (%) from 12/31/2017 to 12/31/2025   2031%

| | | |
|---|---|---|
| Cumulative Net Transfers from GHC to Coal Mining and Agricultural Entities (%) | 70% | 70% |
| 12/31/2025 Cumulative Net Transfers from GHC to Coal Mining Entities | | $ 166,464,736 |
| 12/31/2025 Cumulative Net Transfers from GHC to Agricultural Entities | | $ 848,451 |
| GHC's Net Related-Party Receivables Balance Due from Non-Borrower Affiliates (3/31/2024) | | $ 103,599,723 |
| GHC's Net Related-Party Receivables Balance Due from Non-Borrower Affiliates (12/31/2025) | | $ 108,142,324 |
| Increase in GHC's Net Related-Party Receivables Balance Due from Non-Borrower Affiliates (3/31/2024 to 12/31/2025) ($) | | $ 4,542,602 |
| Increase in GHC's Net Related-Party Receivables Balance Due from Non-Borrower Affiliates (3/31/2024 to 12/31/2025) (%) | | 4% |

[1] Positive amounts represent net receivable balances; negative amounts represent net payable balances.

[2] Acct 21030 - GREENBRIER HOTEL CORPORATION - BS - As of Date 12-31-2017, p. 3; Acct 21030 - GREENBRIER HOTEL CORPORATION - BS - As of Date 12-31-2018, p. 3; Acct 21030 - GREENBRIER HOTEL CORPORATION - BS - As of Date 12-31-2019, p. 3; Acct 21030 - GREENBRIER HOTEL CORPORATION -BS - As of Date 12-31-2020, p. 3; CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date 12-31-2021, pp. 3–4; CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date 12-31-2022, p. 5; GHC Balance Sheet December 31 2023, pp. 3-4; GHC Balance Sheet March 31 2024, p. 4; GHC Balance Sheet for December 31 2024 as of 01202025, p. 4; GHC BS 12.31.25, p. 4.

[3] The full business name associated with each account was not provided. As a result, I have identified the most likely business name corresponding to each account based on the information available to me. *See* West Virginia Secretary of State - Online Data Services (https://apps.sos.wv.gov/business/corporations/), Virginia State Corporation Commission Clerk's Information System (https://cis.scc.virginia.gov/Account/Login), Alabama Secretary of State Business Entity Records (https://arc-sos.state.al.us/CGI/CORPNAME.MBR/INPUT), and State of Delaware Department of State: Division of Corporations (https://icis.corp.delaware.gov/Ecorp/EntitySearch/NameSearch.aspx). Please note that Greenbrier Medical Institute, LLC was formerly known as "GREENBRIER PRESIDENTIAL CARE, INC.," PRAS, LLC was formerly known as "BKCC L.L.C.," and Justice Coal of Alabama, LLC was formerly known as "Alabama Carbon, LLC."

[4] Forbearance Agreements, Section 3.07. James C. Justice Companies, Inc. is listed as a Borrower Affiliate; James C. Justice Companies, LLC is not.

[5] James C. Justice, II United States Senate Financial Disclosures for 2024.

[6] In the James C. Justice, II United States Senate Financial Disclosures for 2024, James C. Justice Companies, LLC is described as being in the coal mining business. The financial statements for James C. Justice Companies, Inc. indicate that entity is also in the coal mining business given line items such as "mineral rights and reserves." *See, e.g.* , CIF - Balance Sheet - JAMES C JUSTICE COMPANIES INC - BS Date 12-31-2022.

[7] West Virginia Secretary of State - Online Data Services Business Organization Detail for Tams Management, Inc.

[8] Based on information from the West Viginia Secretary of State - Online Data Services, Black River Farms, LLC is a subsidiary of James C. Justice Companies, LLC. In the James C. Justice, II United States Senate Financial Disclosures for 2024, James C. Justice Companies, LLC is described as being in the coal mining business. Thus, I categorized Black River Farms, LLC as a coal mining company.

[9] West Virginia Secretary of State - Online Data Services Business Organization Detail for Stoney Brook Plantation, Inc.

[10] West Virginia Secretary of State - Online Data Services Business Organization Detail for Justice Holdings LLC.

[11] https://www.marketscreener.com/quote/stock/EPR-PROPERTIES-11908370/news/EPR-Properties-acquired-Wintergreen-Partners-Inc-from-Justice-Family-Group-LLC-38476763/

[12] https://www.legalnewsline.com/west-virginia-record/hotel-consultant-sues-glade-springs-operator-for-nonpayment/article_7f05fc94-6dfa-4cac-8daf-209d62d106ef.html

[13] West Virginia Secretary of State - Online Data Services Business Organization Detail for Southeast Cotton, Inc.

[14] West Virginia Secretary of State - Online Data Services Business Organization Detail for Dogwood Cottage Homeowners Association, Inc.

[15] West Virginia Secretary of State - Online Data Services Business Organization Detail for Marigold Cottage Homeowners Association, Inc.

[16] West Virginia Secretary of State - Online Data Services Business Organization Detail for Morning Glory Cottage Homeowners Association, Inc.

[17] https://www.collegiatetimes.com/lifestyle/gobble-cakes-owner-finds-perfect-balance-with-business-venture/article_9c891798-ef69-5dc7-802f-75b5041b8fb7.html

[18] West Virginia Secretary of State - Online Data Services Business Organization Detail for Grain Development, Inc.


Exhibit 8A

**Exhibit 8A - Outstanding GHC Tax Liens**

| | Debtor Entity | State | Jurisdiction | Type | Tax Type | Creditor | Date Issued | Period | Balance | Instrument No. | Book Page | Withdrawn [1] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [2] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | State Tax Lien | Sales & Use | State of West Virginia | 9/5/2025 | 5/31/2025 | $ 535,143.17 | 326153 | 70 @ 230 | No |
| [3] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | State Tax Lien | Sales & Use | State of West Virginia | 12/5/2025 | 6/30/2025 | 30,222.31 | 328133 | 70 @ 695 | No |
| [4] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | State Tax Lien | Personal Income Tax Withholding | State of West Virginia | 2/5/2026 | 9/30/2025 | 455,070.11 | 329474 | 71 @ 50 | No |
| [5] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | State Tax Lien | Sales & Use | State of West Virginia | 2/5/2026 | 10/31/2025 | 2,253.99 | 329484 | 71 @ 60 | No |
| [6] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | State Tax Lien | Sales & Use | State of West Virginia | 3/5/2026 | 11/30/2025 | 459,606.48 | 330200 | 71 @ 180 | No |
| [7] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | State Tax Lien | Sales & Use | State of West Virginia | 4/13/2026 | 7/31/2025 | 602,501.78 | 330975 | 71 @ 300 | No |
| [8] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | State Tax Lien | Sales & Use | State of West Virginia | 4/13/2026 | 8/31/2025 | 592,296.74 | 330976 | 71 @ 301 | No |
| [9] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | State Tax Lien | Sales & Use | State of West Virginia | 4/13/2026 | 9/30/2025 | 602,481.11 | 330977 | 71 @ 302 | No |
| [10] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | State Tax Lien | Sales & Use | State of West Virginia | 4/13/2026 | 10/31/2025 | 568,459.47 | 330980 | 71 @ 305 | No |
| [11] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | State Tax Lien | Sales & Use | State of West Virginia | 4/14/2026 | 6/30/2025 | 589,073.46 | 330979 | 71 @ 304 | No |
| | Total | | | | | | | | $ 4,437,108.62 | | | |

[1] As of May 12, 2026.

[2] Ex AA - May Tax Lien

[3] Ex BB - June Tax Lien.

[4] Ex EE - Sept (1) Tax Lien.

[5] Ex GG - Oct (2) Tax Lien.

[6] Ex II - Nov Tax Lien.

[7] Ex CC - July Tax Lien.

[8] Ex DD - Aug Tax Lien.

[9] Ex FF - Sept (2) Tax Lien.

[10] Ex HH - Oct (2) Tax Lien).

[11] Lien 330979.



Exhibit 8B

**Exhibit 8B - Withdrawn GHC Tax Liens**

| | Debtor Entity | State | Jurisdiction | Type | Tax Type | Creditor | Date Issued | Period | Balance | Instrument No. | Book Page | Withdrawn [1] | Withdrawal Date | Withdrawal Instrument No. | Withdrawal Book Page |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [2] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | Federal Tax Lien | Federal Payroll Taxes [3] | Internal Revenue Service | 3/2/2021 | 6/30/2018 | $ 621,601.28 | 286227 | 64 @ 795 | Yes | 7/28/2021 | 290423 | 190 @ 98 |
| [2] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | Federal Tax Lien | Federal Payroll Taxes [3] | Internal Revenue Service | 3/2/2021 | 12/31/2018 | 248,851.36 | 286227 | 64 @ 795 | Yes | 7/28/2021 | 290423 | 190 @ 98 |
| [2] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | Federal Tax Lien | Federal Payroll Taxes [3] | Internal Revenue Service | 3/2/2021 | 3/31/2019 | 206,530.59 | 286227 | 64 @ 795 | Yes | 7/28/2021 | 290423 | 190 @ 98 |
| [4] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | Federal Tax Lien | Federal Payroll Taxes [3] | Internal Revenue Service | 6/11/2021 | 3/31/2018 | 395,722.00 | 289018 | 65 @ 51 | Yes | 7/28/2021 | 290424 | 190 @ 99 |
| [5] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | State Tax Lien | Withholding - Unspecified | State of West Virginia | 7/6/2020 | 3/31/2020 | 7,627.76 | 279770 | 64 @ 234 | Yes | 8/27/2020 | 281139 | 187 @ 204 |
| [6] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | State Tax Lien | Sales & Use | State of West Virginia | 2/5/2024 | 6/30/2023 | 388,540.04 | 313082 | 68 @ 279 | Yes | 4/4/2024 | 314376 | 196 @ 239 |
| [7] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | State Tax Lien | Withholding - Unspecified | State of West Virginia | 2/5/2024 | 6/30/2023 | 330,815.04 | 313079 | 68 @ 276 | Yes | 7/8/2024 | 316787 | 197 @ 18 |
| [8] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | State Tax Lien | Sales & Use | State of West Virginia | 2/5/2024 | 7/31/2023 | 566,800.70 | 313084 | 68 @ 281 | Yes | 7/16/2024 | 316649 | 196 @ 896 |
| [9] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | State Tax Lien | Sales & Use | State of West Virginia | 2/5/2024 | 8/31/2023 | 562,514.11 | 313083 | 68 @ 280 | Yes | 10/15/2024 | 318906 | 197 @ 521 |
| [10] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | State Tax Lien | Withholding - Unspecified | State of West Virginia | 2/5/2024 | 9/30/2023 | 551,912.19 | 313080 | 68 @ 277 | Yes | 12/6/2024 | 320068 | 197 @ 796 |
| [11] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | State Tax Lien | Sales & Use | State of West Virginia | 2/5/2024 | 9/30/2023 | 551,681.37 | 313078 | 68 @ 275 | Yes | 12/6/2024 | 320069 | 197 @ 797 |
| [12] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | State Tax Lien | Sales & Use | State of West Virginia | 2/5/2024 | 10/31/2023 | 568,784.04 | 313081 | 68 @ 278 | Yes | 6/6/2025 | 323786 | 198 @ [illegible] |
| [13] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | State Tax Lien | Sales & Use | State of West Virginia | 4/5/2024 | 11/30/2023 | 518,006.37 | 314474 | 68 @ 448 | Yes | 2/12/2026 | 329647 | 200 @ 373 |
| [14] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | State Tax Lien | Personal Income Tax Withholding | State of West Virginia | 8/23/2024 | 12/31/2023 | 403,647.30 | 317827 | 68 @ 872 | Yes | 2/5/2025 | 321289 | 198 @ 237 |
| [15] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | State Tax Lien | Sales & Use | State of West Virginia | 8/5/2025 | 3/31/2025 | 297,069.55 | 325904 | 70 @ 146 | Yes | 4/9/2026 | 330792 | 200 @ 755 |
| [16] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | State Tax Lien | Sales & Use | State of West Virginia | 8/5/2025 | 4/30/2025 | 474,278.57 | 325877 | 70 @ 120 | Yes | 4/9/2026 | 330970 | 200 @ 753 |
| [17] | Greenbrier Hotel Corporation | WV | Greenbrier County Clerk | State Tax Lien | Personal Income Tax Withholding | State of West Virginia | 10/6/2025 | 6/30/2025 | 436,777.00 | 327303 | 70 @ 508 | Yes | 2/12/2026 | 329644 | 200 @ 370 |
| | Total | | | | | | | | $ 7,131,159.27 | | | | | | |

[1] As of May 12, 2026.

[2] Lien 286227; Release 290423.

[3] The "kind of tax" on the lien is 941. Employers use Form 941 to report the income taxes, Social Security taxes, and Medicare taxes withheld from employee wages and the employer's share of Social Security and Medicare taxes. *See* https://www.irs.gov/forms-pubs/about-form-941. I refer to these as Federal Payroll Taxes.

[4] Lien 289018; Release 290424.

[5] Lien 279770; Release 281139.

[6] Lien 313082; RELEASE 314376.

[7] Lien 313079; Release 316787.

[8] JUDGEMENT 313084; Release 316649.

[9] Lien 313083; Release 318906.

[10] Lien 313080; Release 320068.

[11] Lien 313078; Release 320069.

[12] Lien 313081; Release 323786.

[13] Lien 314474; Release 329647.

[14] Lien 317827; Release 321289.

[15] Lien 325904; Release 330972.

[16] Lien 325877; Release 330970.

[17] Lien 327303; Release 329644.



**Exhibit 8C - Delinquent Property Taxes for Greenbrier Resort Defendants**

| | Debtor Entity [1] | State | Tax Type | Creditor | Period | Balance Due [2] | Instrument No. | Book Page | Ticket No. | Parcel No. |
|---|---|---|---|---|---|---|---|---|---|---|
| [3] | Greenbrier Golf and Tennis Club Corporation | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | $ 9,537.98 | 30538 | 581 @ 648 | | Parcel No. 0149 0000 0000 |
| [4] | Greenbrier Golf and Tennis Club Corporation | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 497,370.45 | | | 0000030495 & 0000030539 | Parcel No. 0150 0000 0000 |
| [5] | Greenbrier Hotel Corporation | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 7,135.82 | 32991 | 576 @ 197 | | Parcel No. 0246 0000 0000 |
| [6] | Greenbrier Hotel Corporation | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 1,411,366.46 | 30542 | 533 @ 427 | | Parcel No. 0001 0000 0000 |
| [7] | Greenbrier Legacy Cottage Development Company I, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 9,152.51 | 30569 | 640 @ 124 | | Parcel No. 0220 0000 0000 |
| [8] | Greenbrier Legacy Cottage Development Company I, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 9,152.51 | 30568 | 640 @ 124 | | Parcel No. 0217 0000 0000 |
| [9] | Greenbrier Legacy Cottage Development Company I, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 9,152.51 | 30567 | 640 @ 124 | | Parcel No. 0216 0000 0000 |
| [10] | Greenbrier Legacy Cottage Development Company I, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 9,152.51 | 30565 | 640 @ 124 | | Parcel No. 0214 0000 0000 |
| [11] | Greenbrier Legacy Cottage Development Company I, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 9,152.51 | 30563 | 640 @ 124 | | Parcel No. 0211 0000 0000 |
| [12] | Greenbrier Legacy Cottage Development Company I, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 9,152.51 | 30561 | 640 @ 114 | | Parcel No. 0209 0000 0000 |
| [13] | Greenbrier Legacy Cottage Development Company I, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 9,152.51 | 30560 | 640 @ 114 | | Parcel No. 0206 0000 0000 |
| [14] | Greenbrier Legacy Cottage Development Company I, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 9,152.51 | 30558 | 640 @ 114 | | Parcel No. 0204 0000 0000 |
| [15] | Greenbrier Legacy Cottage Development Company I, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 9,152.51 | 30556 | 640 @ 114 | | Parcel No. 0201 0000 0000 |
| [16] | Greenbrier Legacy Cottage Development Company I, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 9,152.51 | 30555 | 640 @ 114 | | Parcel No. 0200 0000 0000 |
| [17] | Greenbrier Legacy Cottage Development Company I, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 9,152.51 | 30554 | 640 @ 119 | | Parcel No. 0198 0000 0000 |
| [18] | Greenbrier Legacy Cottage Development Company I, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 9,152.51 | 30553 | 640 @ 119 | | Parcel No. 0192 0000 0000 |
| [19] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 21,805.07 | 30577 | 643 @ 133 | | Parcel No. 0231 0000 0000 |
| [20] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 21,665.42 | 30574 | 643 @ 133 | | Parcel No. 0227 0000 0000 |
| [21] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 23,716.37 | | | 0000030507 & 0000030551 | Parcel No. 0150 0007 0000 |
| [22] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 26,551.84 | | | 0000030508 & 0000030552 | Parcel No. 0150 0008 0000 |
| [23] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 22,326.80 | | | 0000030544 & 0000030583 | Parcel No. 0238 0000 0000 |
| [24] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 26,551.84 | | | 0000030550 & 0000030589 | Parcel No. 0244 0000 0000 |
| [25] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 22,326.80 | | | 0000030545 & 0000030584 | Parcel No. 0239 0000 0000 |
| [26] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 22,326.80 | | | 0000030551 & 0000030590 | Parcel No. 0245 0000 0000 |
| [27] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 22,326.80 | | | 0000030546 & 0000030585 | Parcel No. 0240 0000 0000 |
| [28] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 22,326.80 | | | 0000030552 & 0000030591 | Parcel No. 0246 0000 0000 |
| [29] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 22,326.80 | | | 0000030547 & 0000030586 | Parcel No. 0241 0000 0000 |
| [30] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 22,326.80 | | | 0000030553 & 0000030592 | Parcel No. 0247 0000 0000 |
| [31] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 22,326.80 | | | 0000030548 & 0000030587 | Parcel No. 0242 0000 0000 |
| [32] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 22,326.80 | | | 0000030554 & 0000030593 | Parcel No. 0248 0000 0000 |
| [33] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 22,326.80 | | | 0000030549 & 0000030588 | Parcel No. 0243 0000 0000 |
| [34] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 22,326.80 | | | 0000030555 & 0000030594 | Parcel No. 0249 0000 0000 |
| [35] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 22,326.80 | | | 0000030556 & 0000030595 | Parcel No. 0250 0000 0000 |

**Exhibit 8C - Delinquent Property Taxes for Greenbrier Resort Defendants**

| | Debtor Entity [1] | State | Tax Type | Creditor | Period | Balance Due [2] | Instrument No. | Book Page | Ticket No. | Parcel No. |
|---|---|---|---|---|---|---|---|---|---|---|
| [36] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 58,451.22 | | | 0000030506 & 0000030550 | Parcel No. 0150 0006 0000 |
| [37] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 43,691.70 | | | 0000030504 & 0000030548 | Parcel No. 0150 0004 0000 |
| [38] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 41,472.78 | | | 0000030505 & 0000030549 | Parcel No. 0150 0005 0000 |
| [39] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 43,611.00 | | | 0000030532 & 0000030571 | Parcel No. 0223 0000 0000 |
| [40] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 57,594.96 | | | 0000030539 & 0000030578 | Parcel No. 0233 0000 0000 |
| [41] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 41,472.78 | | | 0000030531 & 0000030570 | Parcel No. 0222 0000 0000 |
| [42] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 61,768.60 | | | 0000030540 & 0000030579 | Parcel No. 0234 0000 0000 |
| [43] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 60,190.67 | | | 0000030536 & 0000030575 | Parcel No. 0228 0000 0000 |
| [44] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 48,371.77 | | | 0000030537 & 0000030576 | Parcel No. 0230 0000 0000 |
| [45] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 41,472.78 | | | 0000030533 & 0000030572 | Parcel No. 0225 0000 0000 |
| [46] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 70,084.13 | | | 0000030543 & 0000030582 | Parcel No. 0237 0000 0000 |
| [47] | Greenbrier Legacy Cottage Development Company II, Inc. | WV | Real Estate Taxes | West Virginia State Auditor's Office | Tax Years: 2024 & 2025 | 40,829.37 | | | 0000030534 & 0000030573 | Parcel No. 0226 0000 0000 |
| [48] | Greenbrier Medical Institute, LLC | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 14,497.23 | 30611 | 565 @ 558 | | Parcel No. 0143 0000 0000 |
| [49] | Oakhurst Club, LLC | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 6,735.78 | 33534 | 579 @ 417 | | Parcel No. 0270 0000 0000 |
| [50] | Oakhurst Club, LLC | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,180.81 | 33533 | 579 @ 419 | | Parcel No. 0164 0000 0000 |
| [51] | Oakhurst Club, LLC | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 5,066.73 | 33532 | 579 @ 419 | | Parcel No. 0041 0000 0000 |
| [52] | Oakhurst Club, LLC | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 1,076.53 | 33531 | 579 @ 419 | | Parcel No. 0028 0000 0000 |
| [53] | Oakhurst Club, LLC | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,655.46 | 31343 | 586 @ 189 | | Parcel No. 0109 0000 0000 |
| [54] | Oakhurst Club, LLC | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 12,710.66 | 31339 | 579 @ 419 | | Parcel No. 0034 0000 0000 |
| [55] | Oakhurst Club, LLC | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 2,833.74 | 31337 | 579 @ 394 | | Parcel No. 0077 0000 0000 |
| [56] | Oakhurst Club, LLC | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 5,511.28 | 31336 | 579 @ 394 | | Parcel No. 0007 0000 0000 |
| [57] | Oakhurst Club, LLC | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 597.06 | 31335 | 579 @ 394 | | Parcel No. 0006 0000 0000 |
| [58] | Oakhurst Club, LLC | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 2,643.32 | 31332 | 579 @ 394 | | Parcel No. 0089 0000 0000 |
| [59] | Oakhurst Club, LLC | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 812.88 | 31331 | 579 @ 394 | | Parcel No. 0048 0000 0000 |
| [60] | Oakhurst Club, LLC | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 2,368.63 | 31330 | 579 @ 394 | | Parcel No. 0041 0000 0000 |
| [61] | Oakhurst Club, LLC | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 1,511.12 | 31327 | 579 @ 394 | | Parcel No. 0044 0000 0000 |
| [62] | Oakhurst Club, LLC | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 1,796.18 | 31325 | 579 @ 394 | | Parcel No. 0043 0000 0000 |
| [63] | Oakhurst Club, LLC | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 1,401.48 | 31320 | 579 @ 394 | | Parcel No. 0004 0000 0000 |
| [64] | Oakhurst Club, LLC | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 861.35 | 31319 | 579 @ 394 | | Parcel No. 0079 0000 0000 |
| [65] | Oakhurst Club, LLC | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 9,608.38 | 31317 | 579 @ 394 | | Parcel No. 0077 0001 0000 |
| [66] | Oakhurst Club, LLC | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 1,452.27 | 31316 | 579 @ 394 | | Parcel No. 0007 0001 0000 |
| [67] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 13,410.04 | 31809 | 575 @ 342 | | Parcel No. 0001 0001 0000 |
| [68] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31811 | 575 @ 342 | | Parcel No. 0042 0000 0000 |
| [69] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31823 | 575 @ 342 | | Parcel No. 0148 0000 0000 |
| [70] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 1,751.17 | 31833 | 575 @ 342 | | Parcel No. 0051 0000 0000 |
| [71] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 4,059.40 | 31835 | 575 @ 342 | | Parcel No. 0056 0000 0000 |

**Exhibit 8C - Delinquent Property Taxes for Greenbrier Resort Defendants**

| | Debtor Entity [1] | State | Tax Type | Creditor | Period | Balance Due [2] | Instrument No. | Book Page | Ticket No. | Parcel No. |
|---|---|---|---|---|---|---|---|---|---|---|
| [72] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 1,751.17 | 31836 | 575 @ 342 | | Parcel No. 0062 0000 0000 |
| [73] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 2,443.64 | 31837 | 575 @ 461 | | Parcel No. 0064 0000 0000 |
| [74] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 1,751.17 | 31838 | 575 @ 342 | | Parcel No. 0067 0000 0000 |
| [75] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 1,751.17 | 31839 | 575 @ 342 | | Parcel No. 0070 0000 0000 |
| [76] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 1,751.17 | 31840 | 575 @ 342 | | Parcel No. 0073 0000 0000 |
| [77] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 1,751.17 | 31841 | 575 @ 342 | | Parcel No. 0076 0000 0000 |
| [78] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 1,751.17 | 31842 | 575 @ 342 | | Parcel No. 0079 0000 0000 |
| [79] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 1,751.17 | 31843 | 575 @ 342 | | Parcel No. 0083 0000 0000 |
| [80] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31847 | 597 @ 671 | | Parcel No. 0087 0000 0000 |
| [81] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31848 | 575 @ 342 | | Parcel No. 0089 0000 0000 |
| [82] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31849 | 575 @ 342 | | Parcel No. 0090 0000 0000 |
| [83] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31850 | 597 @ 671 | | Parcel No. 0092 0000 0000 |
| [84] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31851 | 575 @ 342 | | Parcel No. 0093 0000 0000 |
| [85] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31852 | 575 @ 342 | | Parcel No. 0096 0000 0000 |
| [86] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31853 | 575 @ 342 | | Parcel No. 0097 0000 0000 |
| [87] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31854 | 575 @ 342 | | Parcel No. 0099 0000 0000 |
| [88] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31856 | 575 @ 342 | | Parcel No. 0103 0000 0000 |
| [89] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31857 | 575 @ 342 | | Parcel No. 0112 0000 0000 |
| [90] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31860 | 575 @ 342 | | Parcel No. 0113 0000 0000 |
| [91] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 5,790.58 | 31872 | 590 @ 807 | | Parcel No. 0152 0000 0000 |
| [92] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 5,790.58 | 31873 | 590 @ 807 | | Parcel No. 0155 0000 0000 |
| [93] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 5,790.58 | 31874 | 590 @ 807 | | Parcel No. 0159 0000 0000 |
| [94] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 5,790.58 | 31875 | 605 @ 130 | | Parcel No. 0161 0000 0000 |
| [95] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 5,790.58 | 31876 | 605 @ 130 | | Parcel No. 0162 0000 0000 |
| [96] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 5,790.58 | 31877 | 605 @ 130 | | Parcel No. 0163 0000 0000 |
| [97] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 5,790.58 | 31878 | 590 @ 807 | | Parcel No. 0164 0000 0000 |
| [98] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 5,790.58 | 31879 | 590 @ 807 | | Parcel No. 0165 0000 0000 |
| [99] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 5,790.58 | 31880 | 590 @ 807 | | Parcel No. 0168 0000 0000 |
| [100] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 5,790.58 | 31881 | 590 @ 807 | | Parcel No. 0170 0000 0000 |
| [101] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 5,790.58 | 31882 | 590 @ 807 | | Parcel No. 0171 0000 0000 |
| [102] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 5,790.58 | 31883 | 590 @ 807 | | Parcel No. 0172 0000 0000 |
| [103] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 5,790.58 | 31888 | 597 @ 671 | | Parcel No. 0092 0000 0000 |
| [104] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 5,790.58 | 31890 | 597 @ 671 | | Parcel No. 0129 0000 0000 |
| [105] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31892 | 575 @ 342 | | Parcel No. 0002 0000 0000 |
| [106] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31893 | 575 @ 342 | | Parcel No. 0003 0000 0000 |
| [107] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31894 | 575 @ 342 | | Parcel No. 0004 0000 0000 |
| [108] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,782.41 | 31895 | 575 @ 461 | | Parcel No. 0001 0000 0000 |
| [109] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31897 | 575 @ 342 | | Parcel No. 0012 0000 0000 |
| [110] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31898 | 575 @ 342 | | Parcel No. 0013 0000 0000 |
| [111] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31899 | 575 @ 342 | | Parcel No. 0014 0000 0000 |
| [112] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31901 | 575 @ 342 | | Parcel No. 0021 0000 0000 |
| [113] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31902 | 575 @ 342 | | Parcel No. 0022 0000 0000 |
| [114] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31903 | 575 @ 342 | | Parcel No. 0023 0000 0000 |
| [115] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31905 | 575 @ 461 | | Parcel No. 0002 0000 0000 |
| [116] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31906 | 575 @ 342 | | Parcel No. 0003 0000 0000 |
| [117] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31907 | 575 @ 342 | | Parcel No. 0004 0000 0000 |
| [118] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31911 | 575 @ 342 | | Parcel No. 0016 0000 0000 |
| [119] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31912 | 575 @ 342 | | Parcel No. 0017 0000 0000 |
| [120] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31913 | 575 @ 461 | | Parcel No. 0018 0000 0000 |

**Exhibit 8C - Delinquent Property Taxes for Greenbrier Resort Defendants**

| | Debtor Entity [1] | State | Tax Type | Creditor | Period | Balance Due [2] | Instrument No. | Book Page | Ticket No. | Parcel No. |
|---|---|---|---|---|---|---|---|---|---|---|
| [121] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31914 | 575 @ 342 | | Parcel No. 0019  0000  0000 |
| [122] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31915 | 575 @ 342 | | Parcel No. 0020  0000  0000 |
| [123] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31919 | 575 @ 342 | | Parcel No. 0031  0000  0000 |
| [124] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,699.33 | 31932 | 575 @ 342 | | Parcel No. 0061  0000  0000 |
| [125] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,699.33 | 31933 | 575 @ 342 | | Parcel No. 0062  0000  0000 |
| [126] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,699.33 | 31934 | 575 @ 342 | | Parcel No. 0063  0000  0000 |
| [127] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 2,328.23 | 31945 | 575 @ 461 | | Parcel No. 0007  0000  0000 |
| [128] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31946 | 575 @ 342 | | Parcel No. 0008  0000  0000 |
| [129] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31947 | 575 @ 342 | | Parcel No. 0009  0000  0000 |
| [130] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 6,944.69 | 31948 | 575 @ 461 | | Parcel No. 0004  0000  0000 |
| [131] | The Greenbrier Sporting Club Development Company, Inc. | WV | Real Estate Taxes | Greenbrier County Sheriff's Tax Office | Tax Year: 2025 | 3,193.81 | 31949 | 575 @ 342 | | Parcel No. 0005  0000  0000 |
| | **Total** | | | | | **$ 3,358,519.04** | | | | |

**Exhibit 8C - Delinquent Property Taxes for Greenbrier Resort Defendants**

[1] The Greenbrier Sporting Club Development Company, Inc. is a subsidiary of Greenbrier Hotel Corporation. *See* Justice Family Group, LLC and Subsidiaries Consolidated Financial Statements for years ended December 31, 2024 and 2023, p. 7.

[2] Greenbrier County Sheriff's Tax Office balances are as of May 15-16, 2026. West Virginia State Auditor's Office balances are as of May 27, 2026.

[3] Greenbrier Golf and Tennis Club Corporation - Real Property Ticket - 2025-0000030538.

[4] Redemption Greenbrier Golf 544.065 AC - 497370.45.

[5] Greenbrier Hotel Corporation - Real Property Ticket - 2025-0000032991.

[6] Greenbrier Hotel Corporation - Real Property Ticket - 2025-0000030542.

[7] Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030569.

[8] Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030568.

[9] Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030567.

[10] Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030565.

[11] Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030563.

[12] Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030561.

[13] Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030560.

[14] Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030558.

[15] Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030556.

[16] Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030555.

[17] Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030554.

[18] Greenbrier Legacy Cottage Development I - Real Property Ticket - 2025-0000030553.

[19] Greenbrier Legacy Cottage Development II - Real Property Ticket - 2025-0000030577.

[20] Greenbrier Legacy Cottage Development II - Real Property Ticket - 2025-0000030574.

[21] Redemption Greenbrier Legacy - Unit 1 Marigold - 23716.37.

[22] Redemption Greenbrier Legacy - Unit 1 Morning glory - 26551.84.

[23] Redemption Greenbrier Legacy - Unit 2 Marigold - 22326.80.

[24] Redemption Greenbrier Legacy - Unit 2 Morning glory - 26551.84.

[25] Redemption Greenbrier Legacy - Unit 3 Marigold - 22326.80.

[26] Redemption Greenbrier Legacy - Unit 3 Morning glory - 22326.80.

[27] Redemption Greenbrier Legacy - Unit 4 Marigold - 22326.80.

[28] Redemption Greenbrier Legacy - Unit 4 Morning glory - 22326.80.

[29] Redemption Greenbrier Legacy - Unit 5 Marigold - 22326.80.

[30] Redemption Greenbrier Legacy - Unit 5 Morning glory - 22326.80.

[31] Redemption Greenbrier Legacy - Unit 6 Marigold - 22326.80.

[32] Redemption Greenbrier Legacy - Unit 6 Morning glory - 22326.80.

[33] Redemption Greenbrier Legacy - Unit 7 Marigold - 22326.80.

[34] Redemption Greenbrier Legacy - Unit 7 Morning glory - 22326.80.

[35] Redemption Greenbrier Legacy - Unit 8 Morning glory - 22326.80.

[36] Redemption Greenbrier Legacy - Unit A Dogwood - 58451.22.

[37] Redemption Greenbrier Legacy - Unit A Hemlock - 43691.70.

[38] Redemption Greenbrier Legacy - Unit A Sugar Maple - 41472.78.

[39] Redemption Greenbrier Legacy - Unit A Sugar Maple - 43611.00.

[40] Redemption Greenbrier Legacy - Unit B Dogwood - 57594.96.

[41] Redemption Greenbrier Legacy - Unit B Sugar maple - 41472.78.

[42] Redemption Greenbrier Legacy - Unit C Dogwood - 64768.60.

[43] Redemption Greenbrier Legacy - Unit C Hemlock - 60190.67.

[44] Redemption Greenbrier Legacy - Unit E Hemlock - 48371.77.

[45] Redemption Greenbrier Legacy - Unit E Sugar Maple - 41472.78.

[46] Redemption Greenbrier Legacy - Unit F Dogwood - 70084.13.

[47] Redemption Greenbrier Legacy - Unit F Sugar Maple - 40829.37.

**Exhibit 8C - Delinquent Property Taxes for Greenbrier Resort Defendants**

[48] Greenbrier County Sheriff's Tax Office Real Property Ticket - 2025-0000030611.
[49] Oakhurst Club - Real Property Ticket - 2025-0000033534.
[50] Oakhurst Club - Real Property Ticket - 2025-0000033533.
[51] Oakhurst Club - Real Property Ticket - 2025-0000033532.
[52] Oakhurst Club - Real Property Ticket - 2025-0000033531.
[53] Oakhurst Club - Real Property Ticket - 2025-0000031343.
[54] Oakhurst Club - Real Property Ticket - 2025-0000031339.
[55] Oakhurst Club - Real Property Ticket - 2025-0000031337.
[56] Oakhurst Club - Real Property Ticket - 2025-0000031336.
[57] Oakhurst Club - Real Property Ticket - 2025-0000031335.
[58] Oakhurst Club - Real Property Ticket - 2025-0000031332.
[59] Greenbrier County Sheriff's Tax Office Real Property Ticket - 2025-0000031331.
[60] Oakhurst Club - Real Property Ticket - 2025-0000031330.
[61] Oakhurst Club - Real Property Ticket - 2025-0000031327.
[62] Oakhurst Club - Real Property Ticket - 2025-0000031325.
[63] Oakhurst Club - Real Property Ticket - 2025-0000031320.
[64] Oakhurst Club - Real Property Ticket - 2025-0000031319.
[65] Oakhurst Club - Real Property Ticket - 2025-0000031317.
[66] Oakhurst Club - Real Property Ticket - 2025-0000031316.
[67] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031809.
[68] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031811.
[69] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031823.
[70] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031833.
[71] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031835.
[72] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031836.
[73] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031837.
[74] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031838.
[75] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031839.
[76] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031840.
[77] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031841.
[78] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031842.
[79] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031843.
[80] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031847.
[81] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031848.
[82] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031849.
[83] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031850.
[84] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031851.
[85] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031852.
[86] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031853.
[87] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031854.
[88] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031856.
[89] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031857.
[90] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031860.
[91] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031872.
[92] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031873.
[93] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031874.
[94] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031875.

**Exhibit 8C - Delinquent Property Taxes for Greenbrier Resort Defendants**

 [95] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031876.
 [96] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031877.
 [97] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031878.
 [98] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031879.
 [99] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031880.
[100] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031881.
[101] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031882.
[102] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031883.
[103] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031888.
[104] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031890.
[105] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031892.
[106] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031893.
[107] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031894.
[108] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031895.
[109] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031897.
[110] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031898.
[111] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031899.
[112] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031901.
[113] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031902.
[114] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031903.
[115] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031905.
[116] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031906.
[117] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031907.
[118] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031911.
[119] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031912.
[120] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031913.
[121] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031914.
[122] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031915.
[123] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031919.
[124] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031932.
[125] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031933.
[126] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031934.
[127] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031945.
[128] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031946.
[129] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031947.
[130] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031948.
[131] Greenbrier Sporting Club Development Company - Real Property Ticket - 2025-0000031949.

# Exhibit 9

**Exhibit 9 - GHC Accounts Payable and DPO**

| | 2021 [1] | 2022 [2] | 2023 [3] | 2024 [4] | 2025 [5] |
|---|---|---|---|---|---|
| **DPO [6]** | | 53 | 125 | 181 | 222 |
| | | | | | |
| **Accounts Payable** | | | | | |
| A/P - Trade | $ 4,476,238 | $ 7,207,120 | $ 18,512,593 | $ 15,670,378 | $ 23,133,481 |
| A/P Purchasing Card | 7,347 | - | - | 7,911 | - |
| Spark Card | (99,111) | (223,139) | (106,670) | (439,523) | (82,395) |
| People's Bank - MC | - | - | (44,175) | (91,604) | (401,226) |
| Peoples MC - AS | - | - | - | - | 88,878 |
| Accrued Insurance Expense | (31,954) | 8,387 | 24,426 | 7,037 | 9,034 |
| Accrued Expense A&G | 196,228 | - | 212,073 | 77,073 | 77,073 |
| | $ 4,548,748 | $ 6,992,368 | $ 18,598,248 | $ 15,231,272 | $ 22,824,845 |
| | | | | | |
| **Numerator: Average Accounts Payable** | | $ 5,770,558 | $ 12,795,308 | $ 16,914,760 | $ 19,028,058 |
| | | | | | |
| **Denominator: Corresponding Expenses** | | | | | |
| Liquor Costs | | $ 660,534 | $ 606,335 | $ 605,417 | $ 497,182 |
| Wine Costs | | 1,355,429 | 1,163,566 | 1,061,770 | 796,283 |
| Beer Costs | | 187,579 | 167,079 | 170,818 | 150,206 |
| Food Costs | | 9,432,360 | 8,995,020 | 8,692,611 | 8,092,850 |
| Merchandise for Sale | | 5,149,735 | 4,066,393 | 2,034,396 | 1,933,563 |
| Interiors Cost | | 288,311 | 262,412 | 159,901 | 127,544 |
| Purchased Golf Rounds | | 14,181 | 810 | 11,199 | 12,660 |
| Purchased Golf Rounds Ashford | | 15,040 | 11,452 | 17,745 | 19,240 |
| Contract Services | | 2,159,179 | 1,585,176 | 1,497,945 | 1,641,942 |
| Contract Services Caddie Services | | 339,738 | 340,269 | 308,830 | 216,730 |
| Legal Fees | | 773,376 | 853,641 | 1,697,596 | 2,271,640 |
| Accounting Audit Services | | 220,000 | 180,000 | 197,200 | 199,416 |
| Lesson Fees | | 53,840 | 66,427 | 73,876 | - |
| Music & Entertainment | | 787,555 | 916,956 | 710,554 | 624,193 |
| Audio/Visual | | - | - | - | 6,732 |
| TV & Programming | | 242,052 | 228,481 | 297,517 | 203,316 |
| Life Safety | | 23,458 | 25,314 | 63,614 | 31,817 |
| Tournament/Special Event Expenses | | 835 | - | - | - |
| Awards | | 905 | 7,992 | 12,890 | 12,669 |
| Course Maintenance Materials | | 374,693 | 403,446 | 421,021 | 347,928 |
| Signage | | 1,234 | 1,045 | 145 | 2,948 |
| Flowers & Decorations | | 278,786 | 378,594 | 427,842 | 241,590 |
| Garden and Seeds | | 16,485 | 879 | 429 | 580 |
| Guest Supplies | | 521,548 | 700,634 | 564,844 | 341,162 |
| General Supplies | | 2,431,787 | 2,304,143 | 2,124,466 | 1,880,798 |
| Carpenter Supplies | | 57,251 | 41,912 | 32,256 | 21,191 |
| Tin Shop Supplies | | 14,819 | 4,341 | 1,886 | 932 |
| HVAC Supplies | | 116,181 | 47,195 | 84,943 | 70,636 |
| Electrical Supplies | | 93,492 | 69,193 | 65,644 | 59,626 |
| Plumbing Supplies | | 166,478 | 143,550 | 91,938 | 72,629 |
| Paint & Supplies | | 57,765 | 34,120 | 37,432 | 42,430 |
| Mechanical Supplies | | 60,775 | 55,499 | 47,789 | 40,455 |
| Mason Supplies | | 2,313 | 2,221 | 2,374 | 3,478 |
| Upholstery Supplies | | 3,658 | 910 | 2,610 | 2,934 |
| Grounds Maintenance Materials | | 112,415 | 50,363 | 28,303 | 39,394 |
| Linen | | 63,491 | 25,712 | 5,267 | 2,014 |
| Laundry | | 1,468,203 | 1,433,646 | 1,354,411 | 1,187,987 |
| Office Supplies & Printing | | 425,914 | 345,224 | 308,884 | 235,171 |
| China, Glass | | 85,762 | 72,066 | 85,910 | 42,833 |
| Silver | | 18,487 | 10,340 | 41,926 | 2,609 |
| Tools and Equipment | | 132,469 | 88,789 | 65,782 | 64,279 |
| Vehicle Expense | | 460,775 | 438,927 | 404,651 | 376,739 |
| Aircraft Fuel | | 495,936 | - | - | - |
| Aviation Costs | | - | 876,149 | 735,918 | - |

**Exhibit 9 - GHC Accounts Payable and DPO**

| | 2021 [1] | 2022 [2] | 2023 [3] | 2024 [4] | 2025 [5] |
|---|---|---|---|---|---|
| Uniforms | | 217,004 | 137,613 | 123,097 | 119,151 |
| Advertising And Promotion | | 20,288 | 44,233 | 4,003 | 122,971 |
| Advertising Print Media | | 29,551 | 12,801 | 2,500 | - |
| Advertising Website | | - | - | - | 916 |
| Advertising Tourism | | 14,830 | - | - | - |
| Advertising Digital Media | | 48,957 | 141,100 | 4,960 | 5,660 |
| Business Promotion Expenses | | 2,141,419 | 2,011,253 | 1,790,922 | 1,152,600 |
| In House Events | | 60,309 | 41,730 | 22,185 | 8,346 |
| Rent & Lease | | 1,474,088 | 1,427,262 | 1,428,193 | 1,613,681 |
| Rent - Heavy Machinery | | 37,398 | 17,136 | 11,653 | 6,945 |
| Rent - Storage | | - | 21,592 | 24,600 | - |
| Repairs and Maintenance Building | | 43,073 | 67,050 | 50,827 | 40,892 |
| Repairs and Maintenance Elevator | | 55,833 | 85,218 | 44,255 | 78,919 |
| Repairs and Maintenance Equipment | | 88,525 | 42,326 | 33,902 | 11,906 |
| Utilities Other | | 117 | 23,512 | 2,673 | 21,401 |
| Utilities Gas | | 1,706,609 | 1,367,804 | 1,016,597 | 1,201,377 |
| Utilities Power | | 1,974,859 | 2,143,504 | 2,273,677 | 2,321,298 |
| Utilities Water/Sewer | | 361,662 | 459,373 | 546,638 | 348,702 |
| Waste Disposal/Garbage | | 92,839 | 92,020 | 78,372 | 78,029 |
| Communications | | 452,945 | 458,825 | 526,685 | 580,088 |
| Computer/IT | | 43,295 | 42,165 | 33,064 | 117,415 |
| Software Support | | 680,558 | 992,338 | 929,731 | 1,041,876 |
| Freight, Postage, Shipping | | 673,571 | 435,411 | 279,052 | 276,399 |
| Miscellaneous Expense | | 65,236 | 324,663 | 310,614 | 178,952 |
| | $ | 39,447,790 | $ 37,395,150 | $ 34,088,750 | $ 31,245,850 |

**[1]** CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  12-31-2021.

**[2]** CIF - Balance Sheet - GREENBRIER HOTEL CORPORATION - BS Date  12-31-2022; CIF - Income Statement - GREENBRIER HOTEL CORPORATION - IS Date 12-31-2022.

**[3]** GHC Balance Sheet December 31 2023; GHC Income Statement December 31 2023.

**[4]** GHC Balance Sheet  for December 31 2024 as of 01202025; GHC Income Statement Comparison  for December 31 2024 as of 01202024.

**[5]** GHC BS 12.31.25; GHC IS vs Prior 12.31.25.

**[6]** Days Payable Outstanding is calculated as the Average Accounts Payable balance divided by the Corresponding Expenses, which is then multiplied by 365 days.