**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**BECKLEY DIVISION**

WHITE SULPHUR SPRINGS HOLDINGS, LLC,

    Plaintiff,

v.

JAMES C. JUSTICE, II, *et al.*,

    Defendants.

Civil Case No. 5:26-cv-00257

Hon. Frank W. Volk

**DEFENDANTS' STATUS REPORT**

Pursuant to the Court's May 30, 2026 Memorandum Opinion and Order (ECF No. 80) (the "May 30 Order"), Defendants James C. Justice, II; Cathy L. Justice; James C. Justice, III; Greenbrier Hotel Corporation; Greenbrier Medical Institute, LLC; Oakhurst Club, LLC; Greenbrier Golf and Tennis Club Corporation; Greenbrier Legacy Cottage Development Company I, Inc.; and Greenbrier Legacy Cottage Development II, Inc., respectfully submit this status report regarding the ongoing financing transaction referenced in Defendants' Motion to Continue Briefing Deadlines and Scheduled Hearing (ECF No. 58).

As of the date of this status report, the financing transaction is proceeding as expected, and Defendants anticipate that it will be completed within the time indicated in the May 30 Order. Additionally, Defendants provide the following details:

- Defendants and Kennedy Lewis Investment Management LLC ("KLIM"), Defendants' financing partner (and, together with Defendants, the "Transaction Parties"), spent the majority of last week conducting on-site due diligence at The Greenbrier. In total, more than 20 representatives of KLIM and its advisors met with members of The

Greenbrier's leadership team during a period from June 5, 2026, through June 11, 2026, to conduct due diligence and advance various aspects of the transaction.

- On-site due diligence is now substantially complete.

- KLIM's property inspection is substantially complete and has identified no issues that would adversely affect the Transaction Parties' ability to close the transaction.

- Financial due diligence is at an advanced stage and similarly has identified no issues that would adversely affect the Transaction Parties' ability to close the transaction.

- Title commitments for the real property involved in the transaction have been prepared.

- Draft transaction documents have been prepared and are under discussion between the Transaction Parties and their counsel.

- The Transaction Parties and their counsel are in communication multiple times each business day regarding tasks that are to be completed before closing.

- The Transaction Parties continue to believe that the transaction will close within the time identified in the May 30 Order.

Dated:  June 14, 2026

Respectfully submitted,

/s/ *Steven R. Ruby*
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
David R. Pogue (WVSB #10806)
CAREY DOUGLAS KESSLER & RUBY
PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV  25323
Telephone:  (304) 345-1234
Facsimile:  (304) 342-1105
sruby@cdkrlaw.com
rfranks@cdkrlaw.com
drpogue@cdkrlaw.com

/s/ *H. Rodgin Cohen*
H. Rodgin Cohen (WVSB #767)
Robert L. Jones IV (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
Telephone:  (212) 558-4000
cohenhr@sullcrom.com
jonesrob@sullcrom.com

Amanda Flug Davidoff (*pro hac vice*)
Oliver W. Engebretson-Schooley (*pro hac vice*)
1700 New York Avenue, N.W.
Suite 700
Washington, DC  20006
Telephone:  (202) 956-7500
davidoffa@sullcrom.com
engebretsono@sullcrom.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2026, the foregoing document was served upon the following counsel by means of the Court's CM/ECF filing system.

Ellen S. Cappellanti, Esq.
Albert F. Sebok, Esq.
Elizabeth B. Elmore, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, WV 25301-3202
ecappellanti@jacksonkelly.com
asebok@jacksonkelly.com
ebelmore@jacksonkelly.com

Seth Patrick Hayes, Esq.
Zachary Hanley Warder, Esq.
JACKSON KELLY PLLC
3000 Swiss Pine Way, Suite 200
P.O. Box 619
Morgantown, WV 26501
shayes@jacksonkelly.com
zachary.warder@jacksonkelly.com

R. Clay Hoblit, Esq.
HOBLIT DARLING RALLS HERNANDEZ
& HUDLOW
802 North Carancahua Street
Suite 2100
Corpus Christi, TX 78401
choblit@hdr-law.com

Charles M. Jones, II
Richard D. Anigian
HAYNES & BOONE
Suite 2300
2801 North Harwood Street
Dallas, TX 75201
charlie.jones@haynesboone.com
rick.anigian@haynesboone.com

Cassandra Lynn Means
John Francis Willems
OFFICE OF THE ATTORNEY GENERAL
State Capitol, Room 435-W
Charleston, WV 25305
cassandra.l.means@wvago.gov
jwillems@wvago.gov

/s/ *H. Rodgin Cohen*
H. Rodgin Cohen (WVSB #767)