**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION**

WHITE SULPHUR SPRINGS HOLDINGS, LLC,

    Plaintiff,

v.

JAMES C. JUSTICE, II, *et al.*,

    Defendants.

Civil Case No. 5:26-cv-00257

Hon. Frank W. Volk

**<u>DEFENDANTS' SECOND STATUS REPORT</u>**

Pursuant to the Court's May 30, 2026 Memorandum Opinion and Order (ECF No. 80) (the "May 30 Order"), Defendants James C. Justice, II; Cathy L. Justice; James C. Justice, III; Greenbrier Hotel Corporation; Greenbrier Medical Institute, LLC; Oakhurst Club, LLC; Greenbrier Golf and Tennis Club Corporation; Greenbrier Legacy Cottage Development Company I, Inc.; and Greenbrier Legacy Cottage Development II, Inc., respectfully submit this status report regarding the ongoing financing transaction referenced in Defendants' Motion to Continue Briefing Deadlines and Scheduled Hearings (ECF No. 58).

As of the date of this status report, the financing transaction is proceeding as expected, and both Defendants and Kennedy Lewis Investment Management LLC ("KLIM"), which is Defendants' financing partner, believe that the transaction can be completed within the time indicated in the May 30 Order.  Additionally, Defendants provide the following details:

- Due diligence is continuing as expected and is substantially complete.

- Both Defendants and KLIM have confirmed their intention to consummate the transaction.

-2-

- KLIM has confirmed that funding is available to fully fund the transaction.

- Work on the primary transaction documents is ongoing and expected to be completed by the middle of next week.

- Defendants have requested confirmation of payoff amounts from creditors and expect to receive those next week.

- The work remaining before closing consists primarily of completing supporting transaction documents, completing and validating schedules that will be included with the transaction documents, the completion of an internal reorganization, and similar tasks to finalize the closing deliverables with respect to the transaction.

- Both Defendants and their financing partner have substantial and well-resourced transaction teams actively working to complete these tasks.

- Defendants will submit an additional report to the Court on July 10 to provide a further update on progress toward closing.

-3-

Dated:  July 3, 2026

Respectfully submitted,

/s/ *Steven R. Ruby*
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
David R. Pogue (WVSB #10806)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV  25323
Telephone:  (304) 345-1234
Facsimile:  (304) 342-1105
sruby@cdkrlaw.com
rfranks@cdkrlaw.com
drpogue@cdkrlaw.com

/s/ *H. Rodgin Cohen*
H. Rodgin Cohen (WVSB #767)
Robert L. Jones IV (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
Telephone:  (212) 558-4000
cohenhr@sullcrom.com
jonesrob@sullcrom.com

Amanda Flug Davidoff (*pro hac vice*)
Oliver W. Engebretson-Schooley (*pro hac vice*)
1700 New York Avenue, N.W.
Suite 700
Washington, DC  20006
Telephone:  (202) 956-7500
davidoffa@sullcrom.com
engebretsono@sullcrom.com

*Counsel for Defendants*

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on July 3, 2026, the foregoing document was served upon the following counsel by means of the Court's CM/ECF filing system.

Ellen S. Cappellanti, Esq.
Albert F. Sebok, Esq.
Elizabeth B. Elmore, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, WV 25301-3202
ecappellanti@jacksonkelly.com
asebok@jacksonkelly.com
ebelmore@jacksonkelly.com

Seth Patrick Hayes, Esq.
Zachary Hanley Warder, Esq.
JACKSON KELLY PLLC
3000 Swiss Pine Way, Suite 200
P.O. Box 619
Morgantown, WV 26501
shayes@jacksonkelly.com
zachary.warder@jacksonkelly.com

R. Clay Hoblit, Esq.
HOBLIT DARLING RALLS HERNANDEZ
& HUDLOW
802 North Carancahua Street
Suite 2100
Corpus Christi, TX 78401
choblit@hdr-law.com

Charles M. Jones, II
Richard D. Anigian
HAYNES & BOONE
Suite 2300
2801 North Harwood Street
Dallas, TX 75201
charlie.jones@haynesboone.com
rick.anigian@haynesboone.com

Cassandra Lynn Means
John Francis Willems
OFFICE OF THE ATTORNEY GENERAL
State Capitol, Room 435-W
Charleston, WV 25305
cassandra.l.means@wvago.gov
jwillems@wvago.gov

/s/ *H. Rodgin Cohen*
H. Rodgin Cohen (WVSB #767)