# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## BECKLEY DIVISION

WHITE SULPHUR SPRINGS HOLDINGS, LLC,

    Plaintiff,

v.

JAMES C. JUSTICE, II, *et al.*,

    Defendants.

Civil Case No. 5:26-cv-00257

Hon. Frank W. Volk

## DEFENDANTS' THIRD STATUS REPORT

Defendants James C. Justice, II; Cathy L. Justice; James C. Justice, III; Greenbrier Hotel Corporation; Greenbrier Medical Institute, LLC; Oakhurst Club, LLC; Greenbrier Golf and Tennis Club Corporation; Greenbrier Legacy Cottage Development Company I, Inc.; and Greenbrier Legacy Cottage Development II, Inc., respectfully submit this status report regarding the ongoing financing transaction referenced in Defendants' Motion to Continue Briefing Deadlines and Scheduled Hearing (ECF No. 58).

As of the date of this status report, the financing transaction is proceeding as expected, and both Defendants and Kennedy Lewis Investment Management LLC ("KLIM"), which is Defendants' financing partner, believe that the transaction will be completed within or shortly after the time indicated in the May 30 Order. In addition to the information set forth in Defendants' previous status reports, Defendants provide the following further details:

- The primary transaction documents have now been substantially completed.

- Materials have been submitted to the West Virginia Lottery Commission ("WVLC") for its review of the proposed transaction as it relates to The Greenbrier's casino license.

- Payoff amounts have been obtained from creditors to be paid off at closing.

- Defendants have begun a pre-closing internal reorganization of several Defendant entities and their affiliates.

- The work remaining before closing consists primarily of completing supporting transaction documents, completing and validating schedules that will be included with the transaction documents, the completion of the above-referenced internal reorganization, and similar tasks to finalize the closing deliverables with respect to the transaction.

- Other preconditions to closing include the completion of the WVLC's review process and any discussions that may occur between the parties to this case regarding resolution of their respective legal claims.

Defendants and KLIM anticipate that, subject to the WVLC's review timeline and any further discussions between the parties to this case, the transaction should be able to be closed by the week of July 20, 2026. Defendants are mindful of the expectation stated in the Court's May 30, 2026 Memorandum Opinion and Order (ECF No. 80) that the transaction would close by July 16, 2026, and have been working diligently to close the transaction by that date. Due to the complexity of the transaction, a brief additional period may be required to close, but Defendants and KLIM continue to affirm their commitment to close the transaction expeditiously. Defendants will continue to update the Court as appropriate or as requested by the Court.

-3-

Dated:  July 10, 2026

Respectfully submitted,

/s/ *Steven R. Ruby*
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
David R. Pogue (WVSB #10806)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV  25323
Telephone:  (304) 345-1234
Facsimile:  (304) 342-1105
sruby@cdkrlaw.com
rfranks@cdkrlaw.com
drpogue@cdkrlaw.com

/s/ *H. Rodgin Cohen*
H. Rodgin Cohen (WVSB #767)
Robert L. Jones IV (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
Telephone:  (212) 558-4000
cohenhr@sullcrom.com
jonesrob@sullcrom.com

Amanda Flug Davidoff (*pro hac vice*)
Oliver W. Engebretson-Schooley (*pro hac vice*)
1700 New York Avenue, N.W.
Suite 700
Washington, DC  20006
Telephone:  (202) 956-7500
davidoffa@sullcrom.com
engebretsono@sullcrom.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2026, the foregoing document was served upon the following counsel by means of the Court's CM/ECF filing system.

Ellen S. Cappellanti, Esq.
Albert F. Sebok, Esq.
Elizabeth B. Elmore, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, WV 25301-3202
ecappellanti@jacksonkelly.com
asebok@jacksonkelly.com
ebelmore@jacksonkelly.com

Seth Patrick Hayes, Esq.
Zachary Hanley Warder, Esq.
JACKSON KELLY PLLC
3000 Swiss Pine Way, Suite 200
P.O. Box 619
Morgantown, WV 26501
shayes@jacksonkelly.com
zachary.warder@jacksonkelly.com

R. Clay Hoblit, Esq.
HOBLIT DARLING RALLS HERNANDEZ
& HUDLOW
802 North Carancahua Street
Suite 2100
Corpus Christi, TX 78401
choblit@hdr-law.com

Charles M. Jones, II
Richard D. Anigian
HAYNES & BOONE
Suite 2300
2801 North Harwood Street
Dallas, TX 75201
charlie.jones@haynesboone.com
rick.anigian@haynesboone.com

Cassandra Lynn Means
John Francis Willems
OFFICE OF THE ATTORNEY GENERAL
State Capitol, Room 435-W
Charleston, WV 25305
cassandra.l.means@wvago.gov
jwillems@wvago.gov

/s/ *Steven R. Ruby*
Steven R. Ruby (WVSB #10752)