IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
(BECKLEY DIVISION)

WHITE SULPHUR SPRINGS HOLDINGS, LLC

     **Plaintiff,**

**v.**                                        **Case No. 5:26-cv-00257**
                                                 **The Honorable Frank W. Volk**

JAMES C. JUSTICE, II, et al.

     **Defendants.**

## NEW LONDON TOBACCO MARKET, INC. AND FIVEMILE ENERGY, LLC's MOTION TO INTERVENE

Pursuant to Rule 24(a)(2) and Rule 24(b)(1)(B) of the *Federal Rules of Civil Procedure*, New London Tobacco Market, Inc. (NLTM) and Fivemile Energy, LLC (Fivemile) move for an order allowing each to intervene in this case to protect each's significant interest in the subject matter and the property at issue in the above-captioned case. Several of the Defendants named in this matter[1] are judicially established alter egos of Kentucky Fuel Corporation, James C. Justice Companies, Inc., and their shareholders, James C. Justice III and Jillean Justice. As such, these Defendants owe tens of millions in an unpaid Judgment in favor of NLTM and Fivemile. Further, James C. Justice Companies, Inc. engaged in fraudulent transfers with these Defendants concerning property at issue in the receivership to avoid paying the Judgment and lawsuits are pending in the Circuit Courts of both Greenbrier and Monroe Counties regarding the same.

---

[1]Specifically, named Defendants Greenbrier Hotel Corporation; Greenbrier Medical Institute, LLC; Oakhurst Club, LLC; and Greenbrier Golf and Tennis Club Corporation. Based upon prior orders, New London Tobacco Market, Inc. and Fivemile Energy, LLC strongly believe that the Court would extend this alter ego finding to other companies within the "Justice Family" that were previously hidden from NLTM and Fivemile.

NLTM and Fivemile's Judgment has been duly registered in the United States District Court for the Southern District of West Virginia and, subsequently, an Abstract of Judgment was duly recorded in Greenbrier County, West Virginia, and Monroe County, West Virginia. NLTM and Fivemile have filed Notices of *Lis Pendens* in both counties, which give each an interest in property subject to and related to this action. NLTM and Fivemile seek to intervene into this matter to protect each's significant interest, as explained in the attached memorandum of law in support of this motion.

New London Tobacco Market, Inc. and Fivemile Energy, LLC move that they be permitted to intervene in this case, under and pursuant to Rule 24 of the *Federal Rules of Civil Procedure*.

Respectfully submitted,

**New London Tobacco Market, Inc.**
**AND Fivemile Energy, LLC.**

**By counsel,**

Shawn R. Romano, Esq. (W. Va. State Bar No. 7577)
Miles B. Berger, Esq. (W. Va. State Bar No. 12147)
**ROMANO & ASSOCIATES, PLLC**
860 Court Street North, Suite 100
Lewisburg, West Virginia 24901
(304) 345-2626
(304) 345-7626 (*facsimile*)
mberger@ro-law.com
www.ro-law.com

&

/s/ *W. Edward Shipe*
*W. Edward Shipe (TN # 023887)
**BROCK SHIPE KLENK PLC**
265 Brookview Centre Way, Suite 604
Knoxville, TN 37919
865-338-9700
eshipe@bskplc.com
*pro hac vice* application forthcoming

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
(BECKLEY DIVISION)

**WHITE SULPHUR SPRINGS HOLDINGS, LLC**

    **Plaintiff,**

**v.**                                                                                    **Case No. 5:26-cv-00257**
                                                                                            **The Honorable Frank W. Volk**

**JAMES C. JUSTICE, II, et al.**

    **Defendants.**


## CERTIFICATE OF SERVICE

I, Miles B. Berger, hereby certify that on this, the 17th day of July, 2026, the foregoing *New London Tobacco Market, Inc. and Fivemile Energy, LLC's Motion to Intervene* was filed using the Court's CM/ECF system. Counsel of record in this Civil Action will be served by the Court's CM/ECF system, as follows:

Seth P. Hayes, Esq.
Zachary H. Warder, Esq.
**JACKSON KELLY PLLC**
3000 Swiss Pine Way, Suite 200
Morgantown, West Virginia 26501
shayes@jacksonkelly.com
zachary.warder@jacksonkelly.com

&

Ellen Cappellanti, Esq.
Albert F. Sebok, Esq.
Elizabeth B. Elmore, Esq.
**JACKSON KELLY PLLC**
500 Lee Street East, Suite 1600
Charleston, West Virginia 25301
ecappellanti@jacksonkelly.com
asebok@jacksonkelly.com
*Counsel for White Sulphur Springs Holdings, LLC*

Steven R. Ruby, Esq.
Raymond S. Franks, II, Esq.
David R. Pogue, Esq.
**CAREY, DOUGLAS, KESSLER & RUBY, PLLC**
707 Virginia Street East, Suite 901
Charleston, West Virginia 25301
sruby@cdkrlaw.com
rfranks@cdkrlaw.com
drpogue@cdkrlaw.com

&

H. Rodgin Cohen, Esq.
Robert L. Jones, IV, Esq.
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
cohenhr@sullcrom.com
jonesrob@sullcrom.com

&

Amanda Flug Davidoff, Esq.
Oliver W. Engebretson-Schooley, Esq.
**SULLIVAN & CROMWELL LLP**
1700 New York Avenue NW, Suite 700
Washington, D.C. 20006
davidoffa@sullcrom.com
engebretsono@sullcrom.com
*Counsel for Defendants*

_____

Miles B. Berger, Esq. (W. Va. State Bar No. 12147)