**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT BECKLEY**

WHITE SULPHUR SPRINGS HOLDINGS, LLC,
*a Texas Limited Liability Company,*

        Plaintiff,

v.                                      CIVIL ACTION NO. 5:26-cv-00257

JAMES C. JUSTICE, II,
*individually,* and
CATHY L. JUSTICE,
*individually,* and
JAMES C. JUSTICE, III,
*individually,* and
GREENBRIER HOTEL CORPORATION,
*a West Virginia Corporation,* and
GREENBRIER MEDICAL INSTITUTE, LLC,
*a West Virginia Limited Liability Company,* and
OAKHURST CLUB, LLC,
*a West Virginia Limited Liability Company,* and
GREENBRIER GOLF AND TENNIS CLUB CORPORATION,
*a West Virginia Corporation,* and
GREENBRIER LEGACY COTTAGE DEVELOPMENT COMPANY I, INC.,
*a West Virginia Corporation,* and
GREENBRIER LEGACY COTTAGE DEVELOPMENT II, INC.,
*a West Virginia Corporation,*

        Defendants.

WEST VIRGINIA STATE TAX DIVISION
OF THE DEPARTMENT OF REVENUE and
FIVEMILE ENERGY, LLC, and
NEW LONDON TOBACCO MARKET, INC.,

        Putative Intervenors.

**ORDER TO SHOW CAUSE**

        Pending are (1) Plaintiff White Sulphur Springs Holdings, LLC's ("WSSH")

Amended Emergency Motion for Appointment of a Receiver [ECF 39], (2) WSSH's Emergency

Motion for Preliminary Injunction [ECF 41], both filed May 1, 2026, (3) Defendants' Amended Motion to Stay [ECF 44], filed May 8, 2026, (4) a Motion to Intervene [ECF 54], filed May 19, 2026, by putative intervenor, West Virginia Tax Division of the Department of Revenue ("Tax Division"), and (5) a Motion to Intervene as Judgment Creditors of Certain Defendants and Parties with Substantial and Significant Interests in this Litigation [ECF 89], filed July 17, 2026, by putative intervenors, Fivemile Energy, LLC, and New London Tobacco Market, Inc.

On May 22, 2026, Defendants filed a Motion to Continue Briefing Deadlines and Scheduled Hearings [ECF 58] ("Suspension Motion"). On May 30, 2026, the Court granted the Suspension Motion, concluding, *inter alia*, Defendants had acted diligently and comparative prejudice weighed in favor of granting the brief delay sought. [ECF 80 at 4–5]. However, the Court warned "[i]f Defendants seek further extensions . . . the balance of prejudice will likely shift rather abruptly." [*Id.* at 5]. The Court further stated its "expectation that closing will occur on or before July 16, 2026." [*Id.* at 6].

Defendants filed a status report on July 10, 2026, representing "a brief additional period may be required to close" but "the transaction should be able to be closed by the week of July 20, 2026." [ECF 86 at 2]. On July 15, 2026, WSSH responded indicating, *inter alia*, (1) concern regarding "a number of material and relevant financial developments" since May 30, 2026, and (2) skepticism that the transaction will materialize based upon (i) the delay in Defendants' timeline, (ii) speculation regarding further impending delays, and (iii) the fact that "routine processes associated with a $500 million debt refinancing have [not] occurred." [ECF 87 at 1–4]. They did not move to extend the previously scheduled deadline.

Accordingly, the Court **ORDERS** Defendants to show cause in writing by **8:30 a.m. on Tuesday, July 21, 2026**, explaining why the Court should not forthwith enter an order setting the further proceedings necessary for a prompt adjudication of the merits.

The Court further **ORDERS** any properly joined party so desiring to respond on or before **5:00 p.m. on Wednesday, July 22, 2026**, to the Motion to Intervene as Judgment Creditors of Certain Defendants and Parties with Substantial and Significant Interests in this Litigation [ECF 89], filed July 17, 2026, by putative intervenors, Fivemile Energy, LLC, and New London Tobacco Market, Inc.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER:  July 19, 2026

Frank W. Volk
Chief United States District Judge

3