# EXHIBIT A

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

T    +1 212.872.1000
F    +1 212.872.1002
akingump.com



**Stephanie Lindemuth**
+1 212.872.7491/fax: +1 212.872.1002
slindemuth@akingump.com

July 21, 2026

**VIA ECF**

Honorable Frank W. Volk
United States District Court
Southern District of West Virginia
Robert C. Byrd United States Courthouse
Suite 7009
300 Virginia Street East
Charleston, WV 25301

      Re:    ***White Sulphur Springs Holdings, LLC v. James C. Justice, II et al.,***
              **Case No. 5:26-cv-00257 (S.D. W. Va.)**

Dear Judge Volk:

      We represent Kennedy Lewis Investment Management, LLC ("KLIM") and write in support of Defendants' Response to the Court's July 19, 2026 Order to Show Cause (ECF No. 92) in the above-captioned action.

      KLIM agrees that the transaction parties are working diligently to consummate the anticipated transaction as quickly as reasonably possible, subject to the completion of definitive transaction documents and certain conditions precedent to closing. The representations in Defendants' Response are consistent with KLIM's views of the transaction.

      We thank the Court for its time and consideration.

                        Respectfully submitted,

                        */s/ Stephanie Lindemuth*

                        Stephanie Lindemuth

CC: All counsel of record (via ECF)