# EXHIBIT C

**From:** Clay Hoblit <choblit@hdr-law.com>
**Date:** Friday, July 17, 2026 at 2:24 PM
**To:** Steve Ruby <sruby@cdkrlaw.com>
**Cc:** Hayes, Seth P. <shayes@jacksonkelly.com>
**Subject:** RE: R. 408 Settlement Communication: Payoff and global resolution

Hi Steve, I meant Old Republic Title…I look forward to hearing from them.

Cordially,


*R. Clay Hoblit*
Office: 361.888.9392
Cell:    361.215.2264
E-mail: choblit@hdr-law.com
Website: www.hdr-law.com [hdr-law.com]



**From:** Clay Hoblit
**Sent:** Friday, July 17, 2026 11:52 AM
**To:** Steve Ruby <sruby@cdkrlaw.com>
**Cc:** Hayes, Seth P. <shayes@jacksonkelly.com>
**Subject:** RE: R. 408 Settlement Communication: Payoff and global resolution

Steve,

Good afternoon. You have our payoff statement and wiring instructions.  Please remit full payment in accordance with the Forbearance Agreement.  Please have Kennedy Lewis and Chicago Title contact me with any questions.

We are preparing appropriate releases and will forward once completed.

Cordially,

*R. Clay Hoblit*
Office: 361.888.9392

1

Cell:    361.215.2264
E-mail: choblit@hdr-law.com
Website: www.hdr-law.com [hdr-law.com]



**From:** Steve Ruby <sruby@cdkrlaw.com>
**Sent:** Friday, July 17, 2026 9:10 AM
**To:** Clay Hoblit <choblit@hdr-law.com>
**Cc:** Hayes, Seth P. <shayes@jacksonkelly.com>
**Subject:** Re: R. 408 Settlement Communication: Payoff and global resolution

Clay,

I'm following up on this proposal. Please let us know if you can speak at 2 pm ET or propose an alternative time. We can make ourselves available this weekend if necessary.

Steve

---

**From:** Steve Ruby <sruby@cdkrlaw.com>
**Date:** Thursday, July 16, 2026 at 3:12 PM
**To:** Clay Hoblit <choblit@hdr-law.com>
**Cc:** Hayes, Seth P. <shayes@jacksonkelly.com>
**Subject:** Re: R. 408 Settlement Communication: Payoff and global resolution

Clay,

We can have the necessary members of our team and Kennedy Lewis's team on a zoom meeting at 2 pm ET tomorrow. Please let me know if you're available then.

Steve

---

**From:** Steve Ruby <sruby@cdkrlaw.com>
**Date:** Thursday, July 16, 2026 at 2:29 PM
**To:** Clay Hoblit <choblit@hdr-law.com>
**Cc:** Hayes, Seth P. <shayes@jacksonkelly.com>
**Subject:** Re: R. 408 Settlement Communication: Payoff and global resolution

Clay,

I'm trying to coordinate schedules with the various members of the transaction teams. I should have a proposed time shortly, but we won't be able to get everyone we need at 2p CT.

Steve

2

**From:** Clay Hoblit <choblit@hdr-law.com>
**Date:** Thursday, July 16, 2026 at 11:57 AM
**To:** Steve Ruby <sruby@cdkrlaw.com>
**Cc:** Hayes, Seth P. <shayes@jacksonkelly.com>, Dan Hulea <dhulea@fortress.com>
**Subject:** RE: R. 408 Settlement Communication: Payoff and global resolution

Steve,

Good morning. We can join a call at 2:00 p.m. CST.  If that works for you, please let me know who will be on the call from your side.

Cordially,


*R. Clay Hoblit*
Office: 361.888.9392
Cell:    361.215.2264
E-mail: choblit@hdr-law.com
Website: www.hdr-law.com [hdr-law.com]



**From:** Steve Ruby <sruby@cdkrlaw.com>
**Sent:** Thursday, July 16, 2026 8:31 AM
**To:** Clay Hoblit <choblit@hdr-law.com>
**Cc:** Hayes, Seth P. <shayes@jacksonkelly.com>; Dan Hulea <dhulea@fortress.com>
**Subject:** Re: R. 408 Settlement Communication: Payoff and global resolution

Clay,

Given your position, please let me know your team's availability this afternoon for a call with our transaction team.

Steve



**From:** Clay Hoblit <choblit@hdr-law.com>
**Date:** Wednesday, July 15, 2026 at 6:57 PM
**To:** Steve Ruby <sruby@cdkrlaw.com>
**Cc:** Hayes, Seth P. <shayes@jacksonkelly.com>, Dan Hulea <dhulea@fortress.com>
**Subject:** RE: R. 408 Settlement Communication: Payoff and global resolution

Steve,

3

We are pleased that the Justice entities have secured financing to pay White Sulphur Springs Holdings, LLC's ("WSSH") demand in full.  Please do so in accordance with your clients' obligations under the 14th Forbearance Agreement("FBA") and as set forth in the payoff statement and email below.

To be clear, no offer other than the full amount owed as of the payoff date will be considered by WSSH.  The amount owed as of July 16th is $387,692,135, as documented in the attached payment ledger, together with all additional interest and expenses incurred and as calculated pursuant to the FBA.

Regarding Fortress, neither Fortress nor any of its affiliates have any interest, or any right to own an interest, in WSSH.  WSSH is the sole assignee under the FBA and will not entertain the involvement of any third party.

Given your confirmation that your clients have secured funding to satisfy the full amount of the obligations owed to WSSH, we request that representatives of Kennedy Lewis contact us immediately to complete the transaction.

Cordially,

*R. Clay Hoblit*
Office: 361.888.9392
Cell:    361.215.2264
E-mail: choblit@hdr-law.com
Website: www.hdr-law.com [hdr-law.com]



---

**From:** Steve Ruby <sruby@cdkrlaw.com>
**Sent:** Tuesday, July 14, 2026 6:01 PM
**To:** Clay Hoblit <choblit@hdr-law.com>
**Cc:** Hayes, Seth P. <shayes@jacksonkelly.com>; Dan Hulea <dhulea@fortress.com>
**Subject:** Re: R. 408 Settlement Communication: Payoff and global resolution

RULE 408 SETTLEMENT COMMUNICATION

Clay:

Thank you for the payoff statement that you recently provided. The Justice entities have secured financing to pay White Sulphur Springs Holdings, LLC's ("WSSH") demand in full, despite our disagreement with various aspects of the basis for that demand. As I indicated when we last spoke, however, we believe there is merit in exploring a global resolution that would address all parties' claims against each other. Though we expect that we would recover very substantial damages were we to litigate our claims to their conclusion, we are willing to reach a reasonable compromise in the interest of achieving finality and eliminating distractions from our business.

We are also aware of claims by Fortress that relate to the loans at issue. Though we cannot, of course, speak for Fortress, we believe that a resolution can be reached that would address those claims as well. I have copied Dan Hulea of Fortress.

We propose a settlement that would provide WSSH a very generous return while also resolving all pending or future claims. We would, upon the closing of our refinancing transaction, pay WSSH $320,000,000, representing an annualized return of 33% on WSSH's cost basis in the subject loans (the precise payment amount would be set

4

to reflect a 33% annualized return as of the date of closing), and in addition would pay WSSH's claimed costs of collection. If WSSH and Fortress so choose, they could divide the profit portion of the settlement payment to resolve Fortress's claims. We also would dismiss, with prejudice, our pending case in Greenbrier County and would provide a release to WSSH and its affiliates. A final settlement would be contingent upon the parties' negotiating and executing a definitive settlement agreement and release, which would include appropriate and customary settlement terms to be negotiated.

Though we are prepared to move forward with our pending offensive litigation, we believe that a commercial compromise can be reached, and we trust that you will agree. Please let me know promptly if this proposal is of interest. We intend to close our refinancing shortly, which will render our proposal here moot, so we look forward to hearing from you soon.

Regards,
Steve

**From:** Clay Hoblit <choblit@hdr-law.com>
**Date:** Wednesday, July 8, 2026 at 5:24 PM
**To:** Steve Ruby <sruby@cdkrlaw.com>
**Cc:** Hayes, Seth P. <shayes@jacksonkelly.com>
**Subject:** R. 408 Settlement Communication: Payoff and global resolution

Steve,

Good afternoon. Pursuant to your request below, please see attached payoff statement as of July 16, 2026. Interest and expenses continue to accrue so the total payoff will need to be adjusted at closing to account for actual expenses.

Regarding your inquiry of whether my client would be interested in a "global resolution," any resolution would require:

1. Payment in full of all judgment obligations, interest and expenses as reflected in the payoff statement, together with any additional expenses and accrued interest as calculated in accordance with the terms of the 14th Forbearance Agreement and related bank debt collateral documents;
2. Payment of all indemnity and expense obligations pursuant to the 14th Forbearance Agreement;
3. Dismissal with prejudice of Case No.: CC-13-2026-C-51, pending in Greenbrier County, West Virginia. Dismissal covers all defendants in that proceeding;
4. Execution by the Justice parties of a comprehensive general release of all known and unknown claims against all WSSH, TRT, Rowling, and Smith defendants [and their affiliates] in the state court action; and
5. The execution by all parties of a comprehensive settlement agreement documenting the foregoing and including all appropriate releases, indemnities, representations, warranties, confidentiality provisions etc.

With regard to the closing, we would ask for an introduction to the representative of Old Republic Title handling the transaction.

Cordially,

*R. Clay Hoblit*

Office: 361.888.9392
Cell:    361.215.2264
E-mail: choblit@hdr-law.com
Website: www.hdr-law.com [hdr-law.com]



**From:** Steve Ruby <sruby@cdkrlaw.com>
**Sent:** Wednesday, July 8, 2026 9:35 AM
**To:** Clay Hoblit <choblit@hdr-law.com>
**Cc:** Hayes, Seth P. <shayes@jacksonkelly.com>
**Subject:** Re: R. 408 Settlement Communication: Payoff, global resolution

Thanks, Clay. Old Republic is the title company.

**From:** Clay Hoblit <choblit@hdr-law.com>
**Date:** Wednesday, July 8, 2026 at 11:31 AM
**To:** Steve Ruby <sruby@cdkrlaw.com>
**Cc:** Hayes, Seth P. <shayes@jacksonkelly.com>
**Subject:** RE:R. 408 Settlement Communication: Payoff, global resolution

Steve,

Good morning. We are working on it and hope to get you the payoff before the end of the day.

What title company is closing the transaction?

Cordially,


*R. Clay Hoblit*
Office: 361.888.9392
Cell:    361.215.2264
E-mail: choblit@hdr-law.com
Website: w [hdr-law.com]ww [hdr-law.com]. [hdr-law.com]h [hdr-law.com]dr- [hdr-law.com]law.c [hdr-law.com]o [hdr-law.com]m [hdr-law.com]



**From:** Steve Ruby <sruby@cdkrlaw.com>
**Sent:** Tuesday, July 7, 2026 5:58 PM
**To:** Clay Hoblit <choblit@hdr-law.com>

6

**Cc:** Hayes, Seth P. <shayes@jacksonkelly.com>
**Subject:** Re: Payoff, global resolution

Clay – Checking on the payoff statement. Could your folks provide that tomorrow? Steve


**Steven R. Ruby**
**Carey Douglas Kessler & Ruby PLLC**
o:  304 345 1234
m: 304 546 6038
sruby@cdkrlaw.com

The information contained in this e-mail is being sent by a law firm and is intended exclusively for the individual or entity to which it is addressed.  This communication is privileged, proprietary, confidential and otherwise legally exempt from disclosure to anyone other than the intended recipient.  If you are not the intended recipient, you are not authorized to read, print, retain, copy, disclose or disseminate this e-mail, any part thereof, or any attachment thereto.  If you have received this e-mail in error, please notify the sender immediately by e-mail or by telephone (304-345-1234) and delete this e-mail and any copies.  There is no intent on the part of the sender to waive any privilege that may attach to this communication.  This e-mail message and any attachments have been scanned for viruses and are believed to be free of any virus or other defect. However, it is the recipient's responsibility to ensure that it is virus free.  This Firm accepts no responsibility for any loss or damage arising from its use.


**From:** Steve Ruby <sruby@cdkrlaw.com>
**Date:** Friday, July 3, 2026 at 10:31 AM
**To:** Clay Hoblit <choblit@hdr-law.com>
**Cc:** Hayes, Seth P. <shayes@jacksonkelly.com>
**Subject:** Payoff, global resolution
RULE 408 communication

Clay,

Following up on my text message from this morning, please provide a payoff statement updated through 7/16/26. Please also let me know if your client is interested in discussing a global resolution. I'm available generally tomorrow and Sunday morning.

Steve

---

**\*\*This is an external message from: sruby@cdkrlaw.com \*\***