# EXHIBIT D

| | |
|---|---|
| **From:** | Ethridge, Nell <nethridge@akingump.com> |
| **Sent:** | Monday, July 20, 2026 5:52 PM |
| **To:** | choblit@hdr-law.com; shayes@jacksonkelly.com |
| **Cc:** | Dubin, Brian (External); Daniel Mendelsohn; Jordan Duke; Wittenberg, Zachary; Borthwick, Heather Waters; Ameduri, Anthony; Agahzadeh, Alex; Steve Ruby |
| **Subject:** | Greenbrier - Payoff Documentation |
| **Attachments:** | Greenbrier - Payoff Documentation List 4918-0049-1965 5.docx |

Clay and Seth – good to meet you via email. The Akin team (cc'd) represents Kennedy Lewis (also cc'd). We are reaching out to discuss with you directly the payoff documentation needed in connection with the proposed settlement between Omni and Greenbrier. Please see below and attached. We are available to discuss live at your convenience as helpful.

Documents Required:
1. Payoff Letter
    a. The payoff letter should contain language that, upon receipt of the agreed settlement amount, all obligations owed by the Company to Omni are satisfied in full and all security interests are automatically released.
    b. The payoff letter should also include language authorizing the Company (or its designees) to file all UCC-3s and other terminations and releases to evidence the foregoing.
    c. Finally, the payoff letter should also include customary releases.
2. Other release and termination documents as set forth in the attached chart.

Please let us know if you prefer to draft any of the above listed documents, otherwise we are happy to prepare.

Thanks,
Nell

**Nell Ethridge**
**Akin**

One Bryant Park | New York, NY 10036-6745 | USA | Direct: +1 212.872.7405
Fax: +1 212.872.1002 | Mobile: +1 917.538.0736 | nethridge@akingump.com | akingump.com | Bio
Pronouns: she/her/hers (What's this?)

This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message