## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT BECKLEY

WHITE SULPHUR SPRINGS HOLDINGS, LLC,
*a Texas Limited Liability Company,*

      Plaintiff,

v.

                                                      CIVIL ACTION NO. 5:26-cv-00257

JAMES C. JUSTICE, II,
*individually,* and
CATHY L. JUSTICE,
*individually,* and
JAMES C. JUSTICE, III,
*individually,* and
GREENBRIER HOTEL CORPORATION,
*a West Virginia Corporation,* and
GREENBRIER MEDICAL INSTITUTE, LLC,
*a West Virginia Limited Liability Company,* and
OAKHURST CLUB, LLC,
*a West Virginia Limited Liability Company,* and
GREENBRIER GOLF AND TENNIS CLUB CORPORATION,
*a West Virginia Corporation,* and
GREENBRIER LEGACY COTTAGE DEVELOPMENT COMPANY I, INC.,
*a West Virginia Corporation,* and
GREENBRIER LEGACY COTTAGE DEVELOPMENT II, INC.,
*a West Virginia Corporation,*

      Defendants.

WEST VIRGINIA STATE TAX DIVISION
OF THE DEPARTMENT OF REVENUE and
FIVEMILE ENERGY, LLC, and
NEW LONDON TOBACCO MARKET, INC.,

      Putative Intervenors.

## **ORDER**

Pending is Defendant's Motion To Further Continue Briefing Deadlines and Scheduled Hearings [ECF 94], filed July 21, 2026.

On May 22, 2026, Defendants filed a Motion to Continue Briefing Deadlines and Scheduled Hearings [ECF 58] ("Suspension Motion"). On May 30, 2026, the Court granted the Suspension Motion through July 16, 2026. [ECF 80]. On July 19, 2026, following Defendants' failure to file a motion to extend the previously scheduled deadline, the Court directed Defendants to show cause in writing "why the Court should not forthwith enter an order setting the further proceedings necessary for a prompt adjudication of the merits." [ECF 92 at 2]. On July 21, 2026, Defendants filed a response to the Court's Order to Show Cause. [ECF 93]. The same day, Defendants also filed the Motion To Further Continue Briefing Deadlines and Scheduled Hearings. [ECF 94].

The Court **ORDERS** Plaintiff to file, on **Monday, July 27, 2026**, any response to Defendants' Motion To Further Continue Briefing Deadlines and Scheduled Hearings [ECF 94] or Defendants' Response to Order to Show Cause [ECF 93].

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: July 22, 2026

Frank W. Volk
Chief United States District Judge

2