# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## AT BECKLEY

WHITE SULPHUR SPRINGS HOLDINGS, LLC,
*a Texas Limited Liability Company,*

      Plaintiff,

v.

                                   CIVIL ACTION NO. 5:26-cv-00257

JAMES C. JUSTICE, II,
*individually,* and
CATHY L. JUSTICE,
*individually,* and
JAMES C. JUSTICE, III,
*individually,* and
GREENBRIER HOTEL CORPORATION,
*a West Virginia Corporation,* and
GREENBRIER MEDICAL INSTITUTE, LLC,
*a West Virginia Limited Liability Company,* and
OAKHURST CLUB, LLC,
*a West Virginia Limited Liability Company,* and
GREENBRIER GOLF AND TENNIS CLUB CORPORATION,
*a West Virginia Corporation,* and
GREENBRIER LEGACY COTTAGE DEVELOPMENT COMPANY I, INC.,
*a West Virginia Corporation,* and
GREENBRIER LEGACY COTTAGE DEVELOPMENT II, INC.,
*a West Virginia Corporation,*

      Defendants.

WEST VIRGINIA STATE TAX DIVISION
OF THE DEPARTMENT OF REVENUE and
FIVEMILE ENERGY, LLC, and
NEW LONDON TOBACCO MARKET, INC.,

      Putative Intervenors.

## **ORDER**

On July 29, 2026, the Court received the attached communication by email, which

reads as follows:

I am resident of the sporting club at the Greenbrier. I would ask that you come in unannounced to visit the Greenbrier. The lack of long term maintenance is frighting [sic]. The Justice family has destroyed many of our small business in our community because of non payment of money. I don't think you will find many people here that think the continuation of Justice ownership is a good thing. If he can't pay current debts including taxes, how will the ever be able to pay back a 500 million debt with double digit interest. By postponing the inevitable the Greenbrier will continue to deteriorate. Please do what's best for many of us in the Greenbrier Valley and State of West Virginia
Douglas Van Scoy
Sent from my iPhone

The Court **DIRECTS** the attached email to be filed on the public docket as required by law. *See*, *e.g.*, Code of Conduct for U.S. Judges, Canon 3A(4) (Jud. Conf. of the U.S. 2019) ("If a judge receives an unauthorized ex parte communication bearing on the substance of a matter, the judge should promptly notify the parties of the subject matter of the communication and allow the parties an opportunity to respond, if requested.").

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER:  July 29, 2026

Frank W. Volk
Chief United States District Judge

2