**From:** Douglas Van scoy ███████████████
**Sent:** Wednesday, 29 July 2026 12:54:00
**To:** Frank Volk ███████████████████████████
**Subject:** Greenbrier

CAUTION - EXTERNAL:


I am resident of the sporting club at the Greenbrier. I would ask that you come in unannounced to visit the Greenbrier. The lack of long term maintenance is frighting. The Justice family has destroyed many of our small business in our community because of non payment of money. I don't think you will find many people here that think the continuation of Justice ownership is a good thing. If he can't pay current debts including taxes, how will the ever be able to pay back a 500 million debt with double digit interest. By postponing the inevitable the Greenbrier will continue to deteriorate. Please do what's best for many of us in the Greenbrier Valley and State of West Virginia
Douglas Van Scoy
Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.