**From:** Drew Kagan ████████████████
**Sent:** Thursday, 30 July 2026 11:06:22
**To:** Frank Volk ████████████████
**Subject:** Doug VanScoy's Email

CAUTION - EXTERNAL:


Dear Judge Volk, I'm a Greenbrier Sporting Club Founding member, plus a member of The Greenbrier many years prior to the start of the Sporting Club. I agree with everything Doug wrote, as do every member, and my guess most employees of the club and hotel. I see what Omni has done with the Homestead, plus other properties. We need change, and the sooner the better. Thanks for hearing me out, Drew Kagan
Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.