**From:** Glen Hiner ▮▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Thursday, 30 July 2026 11:39:16
**To:** Frank Volk ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Subject:** The Greenbrier

CAUTION - EXTERNAL:


Dear Judge Volk, My wife Ann and I are both registered voters and tax payers in Greenbrier County. The current issue before you involving the Justice family is just not in the best interest of the citizens of our community. Please do what's right in setting the future course of the Greenbrier, bring back our dignity and pride not debt and disgust. Sincerely, Glen H Hiner, Jr
Sent from my iPhone
CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.