**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**BECKLEY DIVISION**

WHITE SULPHUR SPRINGS HOLDINGS, LLC,

    Plaintiff,

v.

JAMES C. JUSTICE, II, *et al.*,

    Defendants.

Civil Case No. 5:26-cv-00257

Hon. Frank W. Volk

**DEFENDANTS' FIFTH STATUS REPORT**

Pursuant to the Court's Order dated July 27, 2026 (ECF No. 101), Defendants James C. Justice II; Cathy L. Justice; James C. Justice III; Greenbrier Hotel Corporation; Greenbrier Medical Institute, LLC; Oakhurst Club, LLC; Greenbrier Golf and Tennis Club Corporation; Greenbrier Legacy Cottage Development Company I, Inc.; and Greenbrier Legacy Cottage Development II, Inc., respectfully submit this status report regarding the ongoing financing transaction referenced in Defendants' Motion to Further Continue Deadlines and Scheduled Hearings (ECF No. 94).

As of the date of this status report, the financing transaction is proceeding as expected. Defendants and Kennedy Lewis Investment Management LLC ("KLIM"), which is Defendants' financing partner, believe that the transaction should be able to close by August 7, 2026. In addition to the information set forth in Defendants' previous status reports, Defendants provide the following further details:

- As of the date of this status report, the operating agreement for the proposed joint venture, the credit agreement, and nearly all ancillary transaction documents are in substantially final form.

- Plaintiff White Sulphur Springs Holdings, LLC ("WSSH") and Defendants remain in productive communication. To that end, WSSH and Defendants have continued to exchange revisions to the draft release and payoff statement. As of the date of this status report, Defendants have provided WSSH with a third revised draft of the release and payoff statement and expect to reach agreement on a final version soon.

- Defendants are still awaiting approval of the transaction from the West Virginia Lottery Commission ("WVLC"), which is a necessary final step before the financing transaction can close. Defendants remain in regular communication with the WVLC and will expeditiously provide any final documentation needed for approval of the transaction. Defendants do not anticipate any obstacles to obtaining WVLC approval of the financing transaction, though the date of ultimate approval is solely within the WVLC's control.

In sum, subject to the same two caveats set forth in Defendants' Fourth Status Report (ECF No. 102), Defendants and KLIM continue to expect that all aspects of the transaction within their control will be complete by August 7, 2026, and that the transaction should be able to close by that date. In the event that does not occur, Defendants will promptly advise the Court accordingly.

Dated:  July 31, 2026

Respectfully submitted,


/s/ *Steven R. Ruby*
Steven R. Ruby (WVSB #10752)
Raymond S. Franks II (WVSB #6523)
David R. Pogue (WVSB #10806)
CAREY DOUGLAS KESSLER & RUBY PLLC
901 Chase Tower, 707 Virginia Street, East
P.O. Box 913
Charleston, WV  25323
Telephone:  (304) 345-1234
Facsimile:  (304) 342-1105
sruby@cdkrlaw.com
rfranks@cdkrlaw.com
drpogue@cdkrlaw.com

/s/ *H. Rodgin Cohen*
H. Rodgin Cohen (WVSB #767)
Robert L. Jones IV (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004
Telephone:  (212) 558-4000
cohenhr@sullcrom.com
jonesrob@sullcrom.com

Amanda Flug Davidoff (*pro hac vice*)
Oliver W. Engebretson-Schooley (*pro hac vice*)
1700 New York Avenue, N.W.
Suite 700
Washington, DC  20006
Telephone:  (202) 956-7500
davidoffa@sullcrom.com
engebretsono@sullcrom.com


*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2026, the foregoing document was served upon the following counsel by means of the Court's CM/ECF filing system.

Ellen S. Cappellanti, Esq.
Albert F. Sebok, Esq.
Elizabeth B. Elmore, Esq.
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, WV 25301
ecappellanti@jacksonkelly.com
asebok@jacksonkelly.com
ebelmore@jacksonkelly.com

Seth Patrick Hayes, Esq.
Zachary Hanley Warder, Esq.
JACKSON KELLY PLLC
3000 Swiss Pine Way, Suite 200
P.O. Box 619
Morgantown, WV 26501
shayes@jacksonkelly.com
zachary.warder@jacksonkelly.com

R. Clay Hoblit, Esq.
HOBLIT DARLING RALLS HERNANDEZ
& HUDLOW
802 North Carancahua Street
Suite 2100
Corpus Christi, TX 78401
choblit@hdr-law.com

Charles M. Jones, II, Esq.
Richard D. Anigian, Esq.
HAYNES & BOONE
Suite 2300
2801 North Harwood Street
Dallas, TX 75201
charlie.jones@haynesboone.com
rick.anigian@haynesboone.com

Cassandra Lynn Means, Esq.
John Francis Willems, Esq.
OFFICE OF THE ATTORNEY GENERAL
State Capitol, Room 435-W
Charleston, WV 25305
cassandra.l.means@wvago.gov
jwillems@wvago.gov

Shawn R. Romano, Esq.
Miles B. Berger, Esq.
ROMANO & ASSOCIATES, PLLC
860 Court Street North, Suite 100
Lewisburg, WV 24901
mberger@ro-law.com

W. Edward Shipe, Esq.
BROCK SHIPE KLENK PLC
265 Brookview Centre Way, Suite 604
Knoxville, TN 37919
eshipe@bskplc.com

/s/ *H. Rodgin Cohen*
H. Rodgin Cohen (WVSB #767)