**From:** Bryson Cook ████████████████████
**Sent:** Thursday, 30 July 2026 17:18:51
**To:** Frank Volk ████████████████████
**Subject:**

**CAUTION - EXTERNAL:**

I am contacting you to provide my complete support to the email sent to you by Doug Van Scoy, a fellow Sporting Club member. His viewpoints are widely shared by the Greenbrier community.
**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.