# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT BECKLEY

WHITE SULPHUR SPRINGS HOLDINGS, LLC,
*a Texas Limited Liability Company,*

      Plaintiff,

v.                                            CIVIL ACTION NO. 5:26-cv-00257

JAMES C. JUSTICE, II,
*individually,* and
CATHY L. JUSTICE,
*individually,* and
JAMES C. JUSTICE, III,
*individually,* and
GREENBRIER HOTEL CORPORATION,
*a West Virginia Corporation,* and
GREENBRIER MEDICAL INSTITUTE, LLC,
*a West Virginia Limited Liability Company,* and
OAKHURST CLUB, LLC,
*a West Virginia Limited Liability Company,* and
GREENBRIER GOLF AND TENNIS CLUB CORPORATION,
*a West Virginia Corporation,* and
GREENBRIER LEGACY COTTAGE DEVELOPMENT COMPANY I, INC.,
*a West Virginia Corporation,* and
GREENBRIER LEGACY COTTAGE DEVELOPMENT II, INC.,
*a West Virginia Corporation,*

      Defendants.

WEST VIRGINIA STATE TAX DIVISION
OF THE DEPARTMENT OF REVENUE and
FIVEMILE ENERGY, LLC, and
NEW LONDON TOBACCO MARKET, INC.,

      Putative Intervenors.

## ORDER

The Court is in receipt of Defendant's Fifth Status Report [ECF 109], filed July 31, 2026. In this report, counsel claimed that all aspects of the transaction within their control will be complete by August 7, 2026, and that the transaction should closed by that date.  Further, in the event that does not occur, Defendants would promptly advise the Court. As of today, there has been no notification to the Court.

The Court **ORDERS** the Defendants to submit a status report by **Friday, August 14, 2026**.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER:  August 10, 2026



Frank W. Volk
Chief United States District Judge

2