# Lew Keller





July 30, 2026

5:26-CV-00257

The Honorable Judge Volk
Robert C. Byrd United States Courthouse
Suite 7009
300 Virginia Street East
Charleston, WV 25301

Dear Judge Volk,

I'm asking this to be admitted into the trail concerning Jim Justice and re-financing of the debt on the Greenbrier Hotel.

I am (resident of White Sulphur Springs) writing to express my concern regarding the ongoing trial involving Jim Justice and Justice Enterprise. It has become increasingly clear that Jim Justice and his Enterprises have shown no interest in contributing to supporting our community, whether financially or socially

For instance, Jim Justice purchased Oakhurst Links from the Keller Family, a property listed on the "**National Register**". Despite it's historical significance and potential for community engagement, there has been no effort from JimJustice orJustice Enterprises to utilize or promote this site for the benefit of the local residents. Furthermore, **"The National Hickory Championship"**, which could serve as an excellent opportunity for local involvement and tourism, ( which our family "Keller's held for 20 years) the tournament has seen no support from Mr. Jim Justice or his Enterprises. In fact he ended it immediately after the purchase.

This pattern of disinterest raises serious questions about the commitment of Jim Justice or his Enterprises to our communities' well-being and development. I urge the court to consider these factors as you oversee this trial.

I thank you for your attention to this matter.

Sincerely,

Lew Keller

I have set forth three pictures of Oakhurst Links:

A- picture of Oakhurst Links hosting **"The National Hickory Tournament"** under the ownership of the Keller Family. The tournament was held for over fifteen years.

B- this is a picture of Oakhurst Links clubhouse

C- Oakhurst Links is now a hay field

A -





B & C - This view is looking across Oakhurst Links-cutting hay. Bottom current state of Oakhurst Link's Clubhouse



