## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## (BECKLEY DIVISION)

WHITE SULPHUR SPRINGS HOLDINGS, LLC )
a Texas Limited Liability Company,  )
                                 )
           Plaintiff,            )
                                 )
v.                                     )    Case No. 5:26-cv-00257
                                   )    The Honorable Frank W. Volk
JAMES C. JUSTICE, II, Individually;  )
CATHY L. JUSTICE, Individually;  )
JAMES C. JUSTICE, III, Individually;  )
GREENBRIER HOTEL CORPORATION,  )
a West Virginia Corporation;  )
GREENBRIER MEDICAL INSTITUTE, LLC,  )
a West Virginia Limited Liability Company;  )
OAKHURST CLUB, LLC,  )
a West Virginia Limited Liability Company;  )
GREENBRIER GOLF AND TENNIS  )
CLUB CORPORATION,  )
a West Virginia Corporation;  )
GREENBRIER LEGACY COTTAGE  )
DEVELOPMENT COMPANY I, Inc.,  )
a West Virginia Corporation;  )
GREENBRIER LEGACY COTTAGE  )
DEVELOPMENT II, Inc.,  )
a West Virginia Corporation.  )
                                   )
          Defendants.         )

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

On this day came the Plaintiff White Sulphur Springs Holdings, LLC; and Defendants James C. Justice II; James C. Justice III; Cathy L. Justice, Greenbrier Hotel Corporation; Greenbrier Medical Institute, LLC; Oakhurst Club, LLC; Greenbrier Golf & Tennis Club Corporation; Greenbrier Legacy Cottage Development Company I, Inc.; and Greenbrier Legacy Cottage Development II, Inc. (collectively, the "Parties"), through their respective counsel, and represented to the Court that all matters in controversy between the Parties have been settled and compromised.

It is therefore STIPULATED AND AGREED between the Parties that all matters in controversy between them have been resolved and that the above-captioned civil action is

voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each Party to bear its own costs and attorneys' fees.

Prepared by:

/s/ *Seth P. Hayes*

Seth P. Hayes, Esq. (WVSB #10381)
Zachary H. Warder, Esq. (WVSB # 13566)
JACKSON KELLY PLLC
3000 Swiss Pine Way, Suite 200
P.O. Box 619
Morgantown, WV 26501
shayes@jacksonkelly.com
Zachary.warder@jacksonkelly.com

and

Ellen Cappellanti, Esq. (WVSB #627)
Albert F. Sebok, Esq. (WVSB #4722)
Elizabeth B. Elmore (WVSB #6061)
JACKSON KELLY PLLC
500 Lee Street East, Suite 1600
P.O. Box 553
Charleston, WV 25301-3202
ecappellanti@jacksonkelly.com
asebok@jacksonkelly.com
*Counsel for Plaintiff*

Agreed to by:


*/s/ Steven R. Ruby (by SPH via email permission 08/14/26)*

Steven R. Ruby (WVSB #10752) Raymond S. Franks II (WVSB #6523) David R. Pogue (WVSB #10806) CAREY DOUGLAS KESSLER & RUBY PLLC
Charleston, West Virginia 25323
Telephone: (304) 345-1234
Facsimile: (304) 342-1105
sruby@cdkrlaw.com
rfranks@cdkrlaw.com
drpogue@cdkrlaw.com


H. Rodgin Cohen (WVSB #767)
Robert L. Jones IV (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
cohenhr@sullcrom.com
jonesrob@sullcrom.com

Amanda Flug Davidoff (*pro hac vice*)
Oliver W. Engebretson-Schooley (*pro hac vice*)
1700 New York Avenue, N.W.
Suite 700
Washington, D.C. 20006
Telephone: (202) 956-7500
davidoffa@sullcrom.com
engebretsono@sullcrom.com
*Counsel for Defendants*